## ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 0 2005

CLERK, U.S. DISTRICT COURT
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | CRIMINAL NO.  4:00-CR-0260-Y |
| JULIUS OMAR ROBINSON (02), | § | |
| also known as Face, also | § | |
| known as Scar, also known, | § | |
| as Scarface | § | |
| | § | |
| Defendant | § | |

### ORDER APPOINTING COUNSEL

On December 23, 2004, attorneys Wes Ball and Jack V. Strickland filed a Motion to withdraw and for appointment of substitute counsel to represent **Julius Omar Robinson** to pursue post-conviction relief pursuant to 28 U.S.C. § 2255.  On December 27, 2004, this Court granted permission for Wes Ball and Jack Strickland to withdraw by written order.  No opposition has been filed to the motion to appoint substitute counsel.

Having reviewed the motion to appoint substitute counsel, the Court finds that **Julius Omar Robinson**  is entitled to the appointment of counsel by the provisions of 21 U.S.C. § 848(q)(4)(B).  *See McFarland v. Scott*, 512 U.S. 849, 855-58, 114 S.Ct. 2568, 2572-73, 129 L.Ed.2d 666 (1994).  The Court further finds that attorney **Mike Charlton** possesses the background,

1

knowledge, and experience to enable him to represent **Julius Omar Robinson** with due consideration to the seriousness of the sentence and the unique and complex nature of the litigation, and is qualified and willing to accept this appointment as lead counsel. The Court also finds that **Gary Taylor** is qualified and willing to accept appointment as counsel to assist the lead counsel appointed herein. Accordingly, the Court orders as follows:

IT IS, THEREFORE, ORDERED that **Mike Charlton** be and he is hereby appointed as lead counsel to represent **Julius Omar Robinson**, and **Gary Taylor** is hereby appointed as co-counsel to assist lead counsel in this cause. Both counsel are entitled to compensation in accordance with Volume VII, Chapter II, of the Guide to Judicial Policies and Procedures, which counsel are directed to read along with the instructions for form CJA 30 in order to ensure proper compensation for time and expenses incurred herein. Appointed counsel should also promptly contact **Julius Omar Robinson**, investigate this matter, and determine the time for filing any petition for habeas corpus relief in accordance with 28 U.S.C. § 2255.

A copy of this Order along and CJA 30 forms shall be provided to appointed counsel at the following addresses:

2

| *Lead Counsel* | *Co-Counsel* |
|---|---|
| Mike Charlton | Gary Taylor |
| P.O. Box 2269<br>Alvin, TX 77512 | P.O. Box 90212<br>Austin, TX 78709 |

SIGNED January __10__ , 2005.


_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/rs:be

3