# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | X | |
| | X | |
| V | X | CAUSE NO. 4:00-CR-00260-2 |
| | X | |
| JULIUS ROBINSON | X | |

## MOTION TO DESIGNATE AND ADD

## THE FEDERAL PUBLIC DEFENDER'S OFFICE AS

## COCOUNSEL IN THIS CAUSE

Julius Robinson, the defendant in this cause and petitioner in an action for writ of habeas corpus asks this Court to add Sean Kennedy, the Supervising Attorney of the Capital Habeas Unit of the Federal Public Defender's Office for the Central District of California as cocounsel in this case for the following reasons:

### I.

Mr. Robinson is a inmate convicted in this Court and sentenced to death. This Court appointed Michael B. Charlton and Gary Taylor to represent Mr. Robinson in proceedings under 28 USC Section 2255 attacking his conviction and sentence.

Prior to the appointment, Sean Kennedy, the Supervising Counsel for the Capital Habeas Unit of the Federal Public Defender's Office for the Central District of California was recruited by Federal death penalty resource counsel, Richard Burr, to represent Mr. Robinson. Mr. Kennedy visited Mr. Robinson in prison to ascertain whether Mr. Robinson would agree; this Court, however, entered its order of appointment before Mr. Kennedy could file his motion with the Court.

Mr. Kennedy has conferred with both of the counsel appointed and all are in agreement

on this request.   The undersigned counsel would ask this Court to designate Mr. Kennedy as cocounsel in this case.

The appointment of Mr. Kennedy would serve this Court's mission in providing counsel to represent death sentenced inmates for habeas proceedings well for a variety of reasons.

First, Mr. Kennedy is extremely well qualified to handle this assignment. His resume is attached.  He is currently the Supervising Attorney for the Federal Defender's Capital Habeas Unit in the Central District of California where he supervises 12 attorneys plus support staff; their sole responsibility is representing some of California's death row population. From 1992 ro 2003, he was a Deputy Federal Public Defender in that same office.  He is a graduate of Loyola Law School (1989) and is an adjunct professor at that Law School.  He is the 2002 recipient of the Skip Glenn Award for Excellence in Indigent Defense presented by the California Attorneys for Criminal Justice.  He has been a lecturer on mental health and the law since 1999 with the American College of Forensic Psychiatry and Psychology.

Second, the association of Mr. Kennedy and his office as cocounsel in this case will result in enormous cost savings to this Court's Criminal Justice Act Budget.   Mr. Kennedy's Office has already been provided extensive resources in investigators, mitigation specialists, and funds for expert assistance.   With those resources available, it would not be necessary for the undersigned counsel to even ask this Court for such assistance.

Finally, the association of Mr. Kennedy and his office would assure the Court that Mr. Robinson would get the best legal representation possible.   It is essential that habeas counsel investigate every reasonable avenue for relief and Mr. Kennedy's appointment will serve that goal. The Court could be assured that every viable claim that could be raised would be raised with, as noted, substantially less cost to the Court.

WHEREFORE, PREMISES CONSIDERED, Mr. Robinson respectfully requests that this Court enter an order denominating Sean Kennedy of the Capital Habeas Unit of the Federal Public Defender's Office for the Central District of California as cocounsel for the petitioner.

Respectfully submitted,

Michael B. Charlton
P.O. Box 2269
Alvin Tx 77512
(713) 572 2333
(832 201 9653 (fax)
mike@charlton-legal.com
State Bar of Texas # 04144800
COUNSEL FOR JULIUS ROBINSON

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Motion was served on Angie Henson of the United States Attorney's Office for the Northern District of Texas, 801 Cherry St. , Unit 4, Fort Worth Tx 76102 on January 20, 2005 by both email and by postal service.

Michael B. Charlton