ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 8 2005

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

UNITED STATES OF AMERICA,        §
            Plaintiff,           §
                                 §
V.                               §
                                 §   CRIMINAL NO.   4:00-CR-260-Y
JULIUS OMAR ROBINSON (02),       §
also known as Face, also         §
known as Scar, also known,       §
as Scarface                      §
            Defendant            §

## ORDER DENYING ADDITIONAL CO-COUNSEL

On January 21, 2005, Julius Omar Robinson filed his *Motion to Designate and Add the Federal Public Defender's Office as Co-counsel in this Cause* [doc. #2221-1].  Having reviewed the motion and pleadings on file, the Court finds that Robinson has already been appointed highly qualified lead counsel and co-counsel pursuant to 21 U.S.C. § 848(q)(4)(B).  Since there is no showing that this case is sufficiently complex, or other circumstances exist, to justify the appointment of three attorneys, the motion is denied.

IT IS, THEREFORE, ORDERED that Robinson's *Motion to Designate and Add the Federal Public Defender's Office as Co-counsel in this Cause* be, and it is hereby, **DENIED**.

SIGNED February **8**, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/drs:be

1