ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 3 2005

CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA,   §
          Plaintiff,        §
                            §
V.                          §
                            §        CRIMINAL NO.   4:00-CR-0260-Y
                            §
JULIUS OMAR ROBINSON (02),  §
also known as Face, also    §
known as Scar, also known,  §
as Scarface                 §
          Defendant         §

### ORDER GRANTING LEAVE OF COURT TO SUBPOENA FILE

On February 14, 2005, Julius Omar Robinson filed his *Motion to Compel Production of Trial Counsel's Files*, containing a certificate of conference indicating that the Government did not oppose the motion. Having reviewed the motion and pleadings on file, the Court finds that Robinson is entitled to the records sought and that leave of court should be granted to subpoena his prior counsel's file in this cause.

IT IS, THEREFORE, ORDERED that Robinson's *Motion to Compel Production of Trial Counsel's Files* be, and it is hereby, GRANTED, and Robinson is granted leave to use the procedures set forth in Rule 45 of the Federal Rules of Civil Procedure to obtain his file from his trial counsel, Jack V. Strickland.

SIGNED February **23**, 2005.


TERRY R. MEANS
UNITED STATES DISTRICT JUDGE


TRM/drs:be

1