

CTO w/o

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 7 2005
12:35

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS ROBINSON ,               §
                    Petitioner   §
                                 §
                                 §
v.                               §    NO. 4:00-CR-0620-Y   260-Y
                                 §
UNITED STATES                    §
                                 §
                                 §
                                 §
                    Respondent   §

## MOTION FOR AUTHORIZATION FOR FUNDS

## FOR TRAVEL EXPENSES

Comes now the Petitioner, Julius to ask leave of this Court for authorization to expend funds for his counsel to travel to the United States Prison at Terre Haute, Indiana in order to meet with and interview their newly appointed client. Petitioner would respectfully show that the issuance of a travel authorization for the undersigned counsel will ensure that the expenses incurred with regard to travel will be at the best possible rate. Petitioner would further show the Court:

I.

Mr. Robinson is a death sentenced inmate as a result of a trial held in this Court. The Court recently appointed the undersigned counsel to represent Mr. Robinson with regard to the investigation, preparation and filing of a motion under 28 USC § 2255.

II.

In order to fulfill their duties to their Client and to this Court's appointment, the

undersigned must conduct exhaustive interviews with Mr. Robinson. Neither counsel has met Mr. Robinson. It is imperative that this interview be in person so that counsel and petitioner can begin building the trust and relationship required in such proceedings.

III.

This travel must include at least two days and more likely three days. The undersigned counsel's previous experience with visitation at this facility is that travel will include the majority of a day. Counsel must fly into Indianapolis and rent a vehicle to travel to Terre Haute. The "check in" and security process involved in counsel's previous trip was approximately one hour. The interview process usually includes a minimum of at least three hours and can take a great deal more time.

IV.

The undersigned Counsel would respectfully request that this Court enter an order authorizing the undersigned counsel to travel to Indianapolis, Indiana over a three day period on or before the end of April, 2005. Counsel should specifically be authorized expenses for a rental vehicle and lodging. Once this order has been entered, Counsel will be able to arrange their travel through the National Travel Service at the best possible rates and time.

WHEREFORE, PREMISES CONSIDERED, the Petitioner respectfully requests that this Court authorize travel expenditures for the undersigned counsel to meet and interview their newly appointed client.

Respectfully Submitted,

**GARY TAYLOR**
Attorney at Law
P. O. Box 90212
Austin, Texas 78709-0212
(512) 301-5100
(512) 233-2936 (facsimile)
gtlaw@earthlink.net

By: _____
Gary Taylor
COUNSEL FOR PETITIONER
Texas Bar No. 19691650

**MICHAEL CHARLTON**. P.C.
Attorney at Law
P.O. Box 2269
Alvin Houston, Texas 77512
(713) 572-2333
(832) 201 9653 (facsimile)
mike@charlton-legal.com

By: _____
Michael Charlton
COUNSEL FOR PETITIONER
Texas Bar No. 04144800

## CERTIFICATE OF SERVICE

This above and foregoing was served on Respondent, United States Attorney–Ft Worth, by United States Mail at their published address

Dated March 3, 2005

Gary A. Taylor
Michael B. Charlton