ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 29 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | CRIMINAL NO.  4:00-CR-0260-Y |
| JULIUS OMAR ROBINSON (02), | § | |
| also known as Face, also | § | |
| known as Scar, also known, | § | |
| as Scarface | § | |
| Defendant | § | |

## ORDER APPROVING TRAVEL AUTHORIZATIONS

On March 8, 2005, attorneys Gary Taylor and Michael Charlton filed a *Motion for Authorization for Funds for Travel Expenses* to visit their client, Julius Omar Robinson, at the United States Prison in Terre Haute, Indiana.

After having the reviewed the motion and the authorizations, the Court finds that a the motion should be granted and the authorizations issued.

IT IS, THEREFORE, ORDERED that the *Motion for Authorization for Funds for Travel Expenses* be and it is hereby **Granted** and the authorizations attached to such motion are approved.

SIGNED on this the ___29th___ day of March, 2005.

TERRY R. MEANS
United States District Judge

1