ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR 2 9 2005

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

| | | |
|---|---|---|
| *JULIUS ROBINSON* , | § | |
| Petitioner | § | |
| | § | |
| v. | § | NO. 4:00-CR-0620-Y-1 |
| | § | |
| *UNITED STATES* | § | |
| | § | |
| | § | |
| | § | |
| Respondent | § | |

# TRAVEL AUTHORIZATION

Authorized Traveler:          **Michael Charlton**

Authorized Travel Dates:      After the entry of this Order until April 30, 2005

Purpose of Travel:            To consult with client pursuant to this Court's
                              appointment of representation

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are authorized to obtain governmental travel rates for the above described trips in connection with your providing representation under the Criminal Justice Act (CJA), subject to budget approval.

You are authorized to contact National Travel Service (NTS) at 1-800.445.0668 to request airline tickets, rental vehicle reservations or hotel reservations. You must provide NTS your voucher number, and you must identify yourself as a CJA Panel Attorney in the Northern District of Texas and advise NTS that your tickets are to be charged to that Court's account. You may instruct NTS where to deliver your tickets.

A copy of this Travel Authorization, as well as a copy of the airline tickets which were provided by NTS, must be attached to your voucher for audit purposes.

TERRY MEANS
UNITED STATES DISTRICT JUDGE
Date: **3-29-05**