IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA,        §
       Plaintiff,            §
                     §
                     §
V.                                §
                     §   CRIMINAL NO.   4:00-CR-0260-Y
JULIUS OMAR ROBINSON (02),        §
also known as Face, also          §
known as Scar, also known,        §
as Scarface                       §
       Defendant              §

### ORDER DISMISSING MOTIONS AS MOOT

On March 11, 2005, Jack V. Strickland filed his *Motion to Modify Subpoena*.  On March 14, 2005, Julius Omar Robinson filed his *Response to Mr. Strickland's Motion to Modify Subpoena and Motion to Order Mr. Strickland to Show Cause Why He Should Not Be Held in Contempt*. Subsequently, the Court has been informed by the attorney for Robinson that the parties have resolved the issues in the motions and that they are now moot.

IT IS, THEREFORE, ORDERED that Mr. Strickland's *Motion to Modify Subpoena* and Robinson's *Motion to Order Mr. Strickland to Show Cause Why He Should Not Be Held in Contempt* be, and they are both DISMISSED as moot.

SIGNED March 30, 2005.

*Terry R. Means*

TERRY R. MEANS
United States District Judge