**IN THE UNITED STATES DISTRICT COURT**               **ECF**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**
**ORDER STRIKING/UNFILING PLEADING**

**The Clerk, having identified a defect in the form of the document indicated below, and the Court, having independently determined that the document should be stricken and unfiled, it is ORDERED that the document be stricken from the record of this case, and the Clerk is directed to note on the docket that the document has been unfiled.**

July 12, 2005
DATE

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

**NOTICE OF DEFICIENCY**

Judge:      Means                         Date:    7-8-05

Case Number:   4-00-cr-260-Y              Defendant:    Robinson   (# 2 )

Deputy Clerk: kd                          Telephone Number:  817-850-6601

* * * * * * * * * * * * * *

A(n)   **Motion To Permit Withdrawal Of Counsel And To Appoint Second Counsel In This Case**

has been filed by    USA: _____ Defendant: __X__ and is considered deficient in the areas(s) noted below:

_____   1.   A criminal cover sheet must be filed with the Indictment/Information  See LCrR49.1.

_____   2.   The document(s) must be in proper form.  See LCrR49.3.

_____   3.   The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See LCrR 49.3(b) and Section II.C of the CM/ECF Civil and Criminal Administrative Procedures Manual..

_____   4.   A completed certificate of service is required.  See F.R.Cr.P.49/F.R.Civ.P. 5(d).

_____   5.   Each separate document contained therein must be identified.  See LCrR49.3(a).

__X__   6.   The motion must include:

    a.   _X__   certificate of conference or inability to confer.  See LcrR 47.1(b).

    b.   ____   brief in support of motion.  See LcrR 47.1(d) .

    c.   ____   proposed order.  See Order Requiring Counsel to Register For Notice by Electronic Transmission and Requiring Electronic Submission of Proposed Orders entered _____

_____   7.   An attorney seeking *pro hac vice* admission must apply for admission on an approved form and pay a $25.00 fee.  See LcrR 57.9.

_____   8.   Additional copies are required.  See LCrR49.2(b).

_____   9.   The attorney filing the pleading is not admitted to practice in this district.  See LCrR57.7.

_____   10.   Other: