

ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | X |
| | X |
| **V** | X    **CAUSE NO. 4:00-CR-00260-2** |
| | X |
| **JULIUS ROBINSON** | X |

## MOTION TO WITHDRAW

COMES NOW, **GARY TAYLOR**, the undersigned counsel, and would respectfully show the Court as follows:

### I.

After a determination of indigency, the undersigned counsel was appointed to represent petitioner in this cause.

### II.

The undersigned counsel has been offered, and accepted, a position with the Federal Public Defender's Office in Las Vegas, Nevada. Counsel will be moving to Nevada August 1, 2005. This employment requires counsel to close his practice.

### III.

The undersigned counsel is notifying petitioner of these circumstances by forwarding a letter to petitioner, along with this pleading.

### IV.

Michael Charlton was appointed co-counsel in this case. The undersigned counsel has discussed his circumstances with Mr. Charlton. Mr. Charlton will seek the appointment of co-counsel in this case through a separate motion.

## V.

Counsel would thank the Court for their trust in him but, due to these circumstances, respectfully request that the Court allow him to withdraw IMMEDIATELY. Counsel will submit all/any vouchers for services rendered in a timely fashion.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully requests this Court allow him to withdraw in this cause.

Respectfully Submitted,

GARY TAYLOR
Attorney at Law
P. O. Box 90212
Austin, Texas 78709
512.301.5100
512.233.2953 (fax)

By: _____
Gary Taylor
State Bar No. 19691650

## CERTIFICATE OF SERVICE

I herein certify that a true and correct copy of the above and foregoing motion was served on the United States Attorney's Office, and on the petitioner by United States Mail.

_____          _____
Date                             Gary Taylor

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | X | |
| | X | |
| **V** | X | **CAUSE NO. 4:00-CR-00260-2** |
| | X | |
| **JULIUS ROBINSON** | X | |

## ORDER ALLOWING COUNSEL TO WITHDRAW

## AND APPOINTING COUNSEL

On this day came on to be heard the motion by Gary Taylor to withdraw from the representation in this cause. The Court, after considering said motion, finds that allegations therein are sufficient cause and that counsel should be allowed to withdraw in this case. THEREFORE, the Court **GRANTS** this motion and Gary Taylor is withdrawn as counsel in this cause and will owe no further duties in this case.

SIGNED on this the _____ day of _____, 2005.

_____
JUDGE PRESIDING