IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 2 0 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | X | |
| | X | |
| V | X | CAUSE NO. 4:00-CR-00260-2 |
| | X | |
| JULIUS ROBINSON | X | |

# ORDER ALLOWING COUNSEL TO WITHDRAW

# AND APPOINTING COUNSEL

On this day came on to be heard the motion by Gary Taylor to withdraw from the

representation in this cause. The Court, after considering said motion, finds that allegations

therein are sufficient cause and that counsel should be allowed to withdraw in this case.

THEREFORE, the Court **GRANTS** this motion and Gary Taylor is withdrawn as counsel in this

cause and will owe no further duties in this case.

SIGNED on this the **20th** day of _____July_____, 2005.

_____
JUDGE PRESIDING