ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 2 1 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | X | |
| | X | |
| V | X | CAUSE NO. 4:00-CR-00260-2 |
| | X | |
| JULIUS ROBINSON | X | |

## ORDER

On this the 21st day of July, 2005 came on Julius Robinson's request to associate Sean Kennedy of the Capital Habeas Unit of the Federal Public Defender's Office for the Central District of California as cocounsel in the 28 USC Section 2255 action to be filed in this Court. It is the opinion of the Court that this motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Clerk of the Court shall notice in this Court's records that Sean Kennedy of the Federal Public Defender's Office for the Central District of California be designated as cocounsel in this cause and that all documents, notices etc shall be mailed to him at the Federal Public Defender, 321 East 2nd Street, Los Angeles, CA, 90012-4202.

Terry R. Means

HONORABLE TERRY MEANS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS