IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA,   §
                            §
V.                          §    CRIMINAL NO.  4:00-CR-260-Y
                            §       (death-penalty case)
JULIUS OMAR ROBINSON (02)   §

ORDER TO INCLUDE NOTATION ON ALL FUTURE PLEADINGS

The Court assigns cases to its law clerks based upon the last number in the cause number, with cases ending in an even number being assigned to one law clerk and cases ending in an odd number being assigned to the other, with the exception of death-penalty cases.  They are assigned to death-penalty law clerks.  It has come to the Court's attention that occasionally pleadings in a death-penalty case may be misdirected to a law clerk assigned to work on the Court's regular docket which results in delay in getting the pleading to the death-penalty law clerk.  In order to assist the Court and its staff in properly routing all papers in this cause to the correct law clerk, counsel for the parties are hereby ORDERED to include the notation "(death-penalty case)", as is seen above, underneath the case number on all documents filed and/or submitted in this cause.  Any document filed with the clerk that does not include the notation required by this order may be unfiled.

SIGNED September 20, 2005.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE