## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

---

### INDEX OF EXHIBITS IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

---

**INDEX OF EXHIBITS**

*United States of America v. Julius Robinson*
Case No. 4:00-CR-00260-2

1.      Declaration of Mark Cunningham, Ph.D., dated November 28, 2005

2.      Statement of Stephen K. Martin, Ph.D., dated November 23, 2005

3.      Declaration of Tony Billups, dated October 21, 2005

4.      Declaration of Landry Burdine, dated November 22, 2005

5.      Declaration of Jamila Camp, dated November 10, 2005

6.      Declaration of Christopher Scott Connor, dated November 28, 2005

7.      Declaration of Josephine Dotson, dated September 18, 2005

8.      Declaration of Keith Edington, dated October 22, 2005

9.      Declaration of Arlette Gorins, dated October 2005

10.     Declaration of Guffrie Gorins, dated October 21, 2005

11.     Declaration of Andrew Hagman, dated November 2005

12.     Declaration of Mildred Holliman, dated October 22, 2005

13.     Declaration of Milton Willis Holliman, dated October 21, 2005

14.     Declaration of John Hollimon, Jr., dated November 13, 2005

15.     Declaration of Robert Hollimon, dated November 21, 2005

16.     Declaration of Jana Holiman, dated October 23, 2005

17.     Declaration of Rose Mae Holomn, dated November 26, 2005

18.     Declaration of Bernice Johnson, dated September 18, 2005

19.     Declaration of Louis Johnson, dated October 19, 2005

## INDEX OF EXHIBITS

*United States of America v. Julius Robinson*
Case No. 4:00-CR-00260-2

20.    Declaration of Elvin Jones, dated November 18, 2005

21.    Declaration of Wayne Jordan, dated October 20, 2005

22.    Declaration of Leroy Kennedy, dated October 21, 2005

23.    Declaration of Carl McCree, dated October 20, 2005

24.    Declaration of Beotha Moore, dated November 10, 2005

25.    Declaration of Willie Michael Nelson, dated November 20, 2005

26.    Declaration of Willie Nimmer, dated October 20, 2005

27.    Declaration of Willie Parker, dated November 2, 2005

28.    Declaration of Alquantis Kentrel Pitts, dated October 24, 2005

29.    Declaration of Jimmie Lee Robinson, dated November 18, 2005

30.    Declaration of Marcus Jwain Robinson, dated November 13, 2005

31.    Declaration of Jesse Wallis, dated November 28, 2005

32.    Declaration of Rodney White, dated October 21, 2005

33.    Declaration of Willie White, dated November 2005

34.    Declaration of Michael Williams, dated October 22, 2005

35.    Declaration of Carol Wilson, dated November 18, 2005

36.    Declaration of David York, dated November 18, 2005

37.    School records of Julius Robinson

## INDEX OF EXHIBITS

*United States of America v. Julius Robinson*
Case No. 4:00-CR-00260-2

38.    Medical Records from Cape Fear Valley Medical Center re: Birth of Julius

Robinson

39.    Pesticide Research and Information

40.    Juror questionnaire of Marchesa Amarh

41.    Juror questionnaire of Brenda Broadwell

42.    Juror questionnaire of Dorothy Jean Debose

43.    Declaration of Eddy Peach, dated November 28, 2005