## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 1 (PART 4 OF 4, PAGES 94-124)

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

# Indiana Commuted Capital Offenders

- 39 inmates commuted since 1972
- March 1999 review of general population disciplinary records



Reidy, T.J., Cunningham, M.D.,  & Sorensen, J. (in press) From death to life: Disciplinary behavior of former death row inmates in Indiana. *Criminal Justice and Behavior.*

**Exhibit 1 - 94**

*Prison violence rates:*

# How Do Capital Inmates Compare to General and High Security Inmates?



(Number of violations* per 100 inmates each year)

19.54 — High Security Unit (1,712)

11.66 — Texas Prisons System–wide (38,246)

2.60 — Life sentence (107)

1.61 — Released death row (90)

*homicide, assault on inmate with weapon, sex by force, assault on staff

Marquart, J., Ekland-Olson, S., & Sorensen, J. (1989). Gazing into the crystal ball: Can jurors accurately predict dangerousness in capital cases? *Law & Society Review*, 23(3), 449-468.

**Exhibit 1 - 95**

*Prison violence rates:*

# Other studies of murderers who are sentenced to life in prison

*Disciplinary records review 1977-1992*
(Missouri state prisons)

93  death row inmates

323  life-without-parole inmates

<u>232 </u>life-with-parole inmates

648  total

## Three groups similar in assaultive rule violations

*Cumulative prevalence across 15 years:*



1/3  minor assaults ⌐     ⌐ 2/3 more serious assaults

1.2% inmate homicide

**78.2%  no assaults**

Sorensen, J. & Wrinkle, R. D. (1996). No hope for parole: Disciplinary infractions among death-sentenced and life-without-parole inmates. <u>Criminal Justice and Behavior, 23,</u> 542-552.

Exhibit 1 - 96

# BOP Assaultive Infractions
# Capital Defendants Convicted and Sentenced to Life

- 1995-1998
- 25 capital inmates reported

  2 inmates - aggravated assaults (8%)

  2 inmates  -  simple assaults (8%)

  1 inmate - weapons contraband charges (4%)



- 11 inmates had no disciplinary write-ups of any sort

*Source of data:* Correspondence of Miles Harer, BOP,  12-14-98

**Exhibit 1 - 97**

## Individualized Actuarial Likelihood of Murderer Exhibiting Severe Violence in Prison

- 6,390 murderers convicted 1989-1999
- Followed an average of 4.55 years
- Rates of serious violence* extrapolated for life sentence

**Overall risk 16.4%**

Incremental increases or decreases in risk relative to the overall risk rate:

- Robbery/burglary in capital offense                    +7.4%
- Multiple murder victims in capital offense             + 5.6%
- Attempted murder/assault in capital offense            + 4.0%
- Prison gang membership                                 +10.4%
- Prior prison term (unless non-violent record)          + 5.3%
- Age less than 21                                       + 5.5%
- Age 26-30                                              - 7.2%
- Age 31-35                                              -12.3%
- Age over 35                                            -14.4%

*(Depending on the factors present, the overall risk rate for a capital life term may vary from 2-50.6%)*

Risk of aggravated assault on a correctional officer = 1%
Risk of inmate-on-inmate homicide =  .2% (2 per thousand)

*Homicide, attempted homicide, assault with a weapon, fight with a weapon, sexual assault, robbery on inmate. Aggravated assault on correctional officer.

Sorensen J.R. & Pilgrim, R.L. (in press).  Actuarial assessments of future dangerousness in the punishment phase of capital trials. Journal of Criminal Law & Criminology

**Exhibit 1 - 98**

# The Relationship of Offense History to Prison Adjustment

- ◆ Past violence in the community is not strongly or consistently associated with  prison violence.
- ◆ Current offense, prior convictions, and escape history are only weakly associated with prison misconduct.
- ◆ Severity of offense is not a good predictor of prison adjustment.

Alexander, J. & Austin, J. (1992). *Handbook for Evaluating Objective Prison Classification Systems.* San Francisco: National Council on Crime and Delinquency.  Sponsored by U.S. Department of Justice.

National Institute of Corrections, U.S. Department of Justice. (1992) *Jail Classification System Development: A Review of  the Literature, revised edition.*

**Exhibit 1 - 99**

# Frequency of Assaults in Federal Prison: Total Population and High Security



Harer, M. (1992). Assaults on BOP staff and inmates – where and when they occur. *Research Forum*, 2, 1-19. U.S. Department of Justice, Federal Bureau of Prisons.

**Exhibit 1 - 100**

# Base Rate of Inmate and Staff Homicide

## Inmate-on-inmate homicide

Federal = 6 per 100,000 inmates (2000, 2001)
State = 5.6 per 100,000 inmates (1997)

## Inmate-on-staff homicide

Federal = 1 per 500,000 inmates
(last in 1997)
State = 1 per 1,000,000 inmates

## Comparison ( Murder & Non-negligent homicide- 1998):

United States = 6.3 per 100,000
Texas = 6.8 per 100,000
Ft. Worth = 12.9 per 100,000
Dallas = 23.1 per 100,000

*Source of data:*
Maguire, K. & Pastore, A.L.,eds. (2000). Sourcebook of Criminal Justice Statistics – (1999). U.S. Department of Justice, Bureau of Justice Statistics. Washington,D.C.
Corrections Compendium, June 1998
U.S. Bureau of Prisons (January 2002)

**Exhibit 1 - 101**

# Disciplinary Infraction Rates

## (Median, by age at admission and time served group)



source of data: Flanagan, T.J. (1979). *Long-term prisoners: A study of the characteristics, institutional experience and perspectives of long-term inmates in State correctional facilities.* Dissertation: School of Criminal Justice, State University of New York at Albany.

see also: Flanagan, T.J. (1980). Time served and institutional misconduct: Patterns of involvement in disciplinary infractions among long-term and short-term inmates. *Journal of Criminal Justice*, 8, 357-367.

**Exhibit 1 - 102**

86   M. D. Cunningham and T. J. Reidy



Figure 5. Incidence of prison infractions in NY, 1975, by age. (From: Hirschi & Gottfredson, 1989; copyright 1989 by The University of Chicago Press; used by permission of the publisher)

*Graph reproduced in:*

Cunningham, M.D. & Reidy, T.J.(1998). Integrating base rate data in violence risk assessments at capital sentencing. *Behavioral Sciences and the Law, 16,* 71-95.

**Exhibit 1 - 103**

# AVERAGE NUMBER OF PRISON RULE VIOLATIONS PER INMATE PER YEAR BY AGE



SOURCE: PRISON RULE VIOLATORS-BUREAU OF JUSTICE STATISTICS 1989

**Exhibit 1 - 104**

# How the age affects the rate of violence in the community:



Swanson, J. W., Holzer, C. E. III, Granju, V.K., & Jono, R. T. (1990). Violence and psychiatric disorder in the community: Evidence from the epidemiologic catchment area surveys. Hospital and Community Psychiatry, 41, 761-770.

**Exhibit 1 - 105**



Base rates of violence in capital sentencing    83

Figure 3a. Age distribution of criminal offenders in the general population of England and Wales, 1842–1844. (From: Hirschi & Gottredson, 1989; copyright 1989 by The University of Chicago Press; used by permission of the publisher.)

84    M. D. Cunningham and T. J. Reidy



Figure 3b. Age distribution of criminal offenders in the general population of the United States 1977. (From: Hirschi & Gottredson, 1989; copyright 1989 by The University of Chicago Press; used by permission of the publisher.)

*Graph reproduced in:*

Cunningham, M.D. & Reidy, T.J.(1998). Integrating base rate data in violence risk assessments at capital sentencing. *Behavioral Sciences and the Law, 16,* 71-95.

**Exhibit 1 - 106**

# Summary of Prison Violence Base Rate Findings

- Capital inmates have low rates of violence in the general prison population

- Seriousness of offense does not predict prison violence.

- Infraction rates are progressively lower as an inmate ages. This is consistent with multiple studies which demonstrate markedly decreasing rates of criminality and violence with aging.

Anchoring Base Rates (Across capital life sentence):

- Assault $= 20 - 30\%$

- Repetitive assault $= 10\%$

- Aggravated assault on staff $= 1\%$

- Homicide of inmate $= .2 - 1\%$

- Homicide of staff $= 1$ per 500,000 annual (BOP)

**Exhibit 1 - 107**

# Custody Options
## (Federal)

U.S. Minimum security prison

U.S. Low security prison

U.S. Medium security prison

U.S. Penitentiary (high security), general population

U.S. Penitentiary  Marion (high security)

U.S. Penitentiary (high security)
administrative detention / administrative safe

ADX Florence, general population unit

ADX Florence, control unit (several years)

ADX Florence, control unit (long-term)

Special security arrangements

**Exhibit 1 - 108**

" A male inmate with more than 30 years remaining to serve (including non-parolable LIFE sentences) shall be housed in a High security level institution unless the PSF [Public Safety Factor] has been waived."

*Security Designation and Custody Classification Manual (5100.07, p. 4)*

**Exhibit 1 - 109**



## Cell at USP Florence

Source: Bureau of Prisons, Department of Justice

**Exhibit 1 - 110**

# ADX Florence
# Super Maximum Custody

- single cell, bar door and steel door
- window faces inner recreation yard
- poured reinforced concrete fixtures
- 23 hour a day lockdown
- meals in cell



- double escort with baton, cuffed behind back, feet shackled
- 1-2 fifteen minute phone calls monthly, (monitored)
- no contact visits, glass has high hammer rating, (monitored)
- mail x-rayed, opened, read

**Exhibit 1 - 111**



**Exhibit 1 - 112**



**Exhibit 1 - 113**



**Exhibit 1 - 114**



**Exhibit 1 - 115**



**Exhibit 1 - 116**



**Exhibit 1 - 117**

# Administrative Maximum Penitentiary

Florence, Colorado    6-19-98

## *General Information*

- Current Population          417 (405 on 3-4-02)
- Rated Capacity          490
- Percent Under Capacity          15%
- Housing Units          9
- General Population (3), Intermediate, Transitional, Pre-Transfer, Control, Special Housing, High Security

## *Sentence Imposed*

- 21 Years to Life (1997)          46.0%
- Life Sentences (1997)          25.0%
- Average Sentence          36.3 Years

## *Reason for Referral*

- Inmate murder/attempt          22.3%
- Assaults on inmates          20.0%
- Assaults on staff          17.1%
- Greater security - increased monitoring needs / concerns          12.9%
- Escape behavior          9.2%
- Rioting          4.6%
- Court Commitment          4.1%

**Exhibit 1 - 118**

ADX Florence
## General Population and Step-Down Unit Operations

# General Population Units

restraints and two officer escorts when removed from cells

12 hours weekly of out of cell exercise in small groups

meals in cell, shower in cell

*12 month minimum*

# Intermediate Unit

restraints and two officer escorts when removed from cells

several hours daily out of cell on ranges

meals in common area on range

out of cell exercise in large outside rec. yard / gymnasium

*7 month minimum*

# Transitional Unit

escorted off unit unrestrained in small groups to
programming areas

*5 month minimum*

# Pre-Transfer Unit

unrestrained when out of cells and when escorted

employed in UNICOR for half the day

meals in institutional dining hall

*12 month minimum*

**Exhibit 1 - 119**

# Assaults in ADX Florence

| Offense | 1996 | 1997 | 1998 | 1999 | 2000 (4) |
|---|---|---|---|---|---|
| *Assaults* | | | | | |
| On Inmate w/ weapon | 1 | 1 | 0 | 0 | 0 |
| On Inmate | 5 | 3 | 4 | 3 | 0 |
| On Staff w/ weapon | 1 | 0 | 2 | 2 | 1 |
| On Staff | 25 | 12 | 18 | 13 | 4 |
| Homicide of inmate | 0 | 0 | 0 | 0 | 0 |
| Homicide of staff | 0 | 0 | 0 | 0 | 0 |
| Escape | 0 | 0 | 0 | 0 | 0 |
| Total | 27 | 16 | 24 | 18 | 5 |
| Average daily census | 342 | 377 | 410 | 371 | 344 |

**Exhibit 1 - 120**

# ADX Control Unit

- in cell 23 hours a day

- sliding outer steel door, sliding inner bar door

- legs shackled and hands handcuffed behind back before removed from cell or otherwise moved

- triple escort when out of cell

- 7 hours out-of-cell solitary exercise weekly

- meals taken in cell

- *duration:*
  *-until able to function in a less restrictive environment without posing a threat to others or to the orderly operation of the institution  (CFR 541.50)*

**Exhibit 1 - 121**



**Exhibit 1 - 122**



**Exhibit 1 - 123**

# Conclude
# Risk Assessment

**Exhibit 1 - 124**