# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

---

## EXHIBIT NUMBER 2

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
### AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
### AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

---

## Statement of Stephen K. Martin, Ph.D.

**State of Texas**                    *

**County of Smith**                  *

BEFORE ME, the undersigned official, personally appeared Stephen K. Martin, Ph.D., a person known to me, who, after being sworn upon his oath, deposed and stated:

**Professional Background Information**: Dr. Martin received his B.A. degree in psychology from Millsaps College in Jackson, MS (5/86) and his M.A. & Ph.D. in Clinical Psychology from the University of Southern Mississippi (12/91). He has completed a two year post-doctoral fellowship in Neuropsychology from the University of Texas Southwestern Medical Center (9/94). He worked as a Neuropsychologist from HealthSouth Rehabilitation Hospital of Tyler from 10/94 until 8/00, and is currently in private practice in Tyler, TX. Dr. Martin has provided neuropsychological evaluations in a variety of forensic settings and has extensive background in the evaluation and treatment of neurological conditions.

**Tests Administered**: Wechsler Adult Intelligence Scale-3 (WAIS-3); Wechsler Memory Scale-3rd (WMS-3); Halstead Reitan Neuropsychological Test Battery; Wide Range Achievement Test-3 (WRAT-3); Lateral Dominance Exam; Grip Strength; Aphasia Screening Exam; Wisconsin Card Sorting Test (WCST); Paced Auditory Serial Addition Test (PASAT); Ruff 2 & 7 Test; Stroop Neuropsychological Screening Test; Controlled Oral Word Association (COWA); Sensory Perceptual Exam; Trail Making Test A&B; California Verbal Learning Test-2 (CVLT-2); Rey-O Complex Figure; Grooved Pegboard; Clock Drawing; Rey-15 Item test; Portland Digit Recognition Test (PDRT)

**Behavioral Observations**: The patient was tested in a visitation booth at the Federal Prison in Terre Haute, Indiana on November 3rd and 4th, 2005. The patient was noted to wear glasses throughout the evaluation and appeared to put forth excellent effort during the evaluation. On the Rey-15 item test and the PDRT, two malingering inventories, the patient's score was not suggestive of malingering. Overall, these results are considered to be a valid estimate of his current cognitive abilities.

**Test Results**: On the WAIS-3, he demonstrated a verbal IQ of 102 (average), a performance IQ of 113 (high average), for a full scale IQ of 107 (average). There was a noteworthy difference between his verbal and performance scores with his verbal score being lower. There was a degree of subtest variability noted within the verbal and performance subtests. In terms of his verbal skills, he demonstrated low average skills on a measure assessing verbal concept formation. He demonstrated average skills on measures assessing knowledge of vocabulary words and simple and complex auditory attention. High average skills were noted on a measure assessing general fund of knowledge. He demonstrated superior skills on a measure assessing social comprehension. In terms of his performance skills, he demonstrated low average skills on a sensitive measure of brain dysfunction assessing visual motor learning and motor persistence. Average skills were noted on a measure assessing visual perceptual reasoning and problems solving. He demonstrated high average skills on measures assessing attention to detail and visual sequencing. On a measure assessing abstraction and problem solving he demonstrated very superior skills.

On the WRAT-3, he demonstrated the following grade equivalents: Reading-7th grade, Spelling-4th grade, and Arithmetic-6th grade. These are equivalent to the standard scores of 82 (12th percentile), 72 (3rd percentile) and 80 (9th percentile), respectively. These scores are lower than expected given his level of education and intellectual status, and may represent long term learning difficulties.

## Exhibit 2 - 1

On tests more sensitive to the biological integrity of the brain, the patient demonstrated a Halstead Impairment Index of 0.3 (30% of components test within the brain damage range). On the General Neuropsychological Deficit Scale, his score of 24 falls at the low end of the average range.

In terms of his auditory attention, he demonstrated moderately impaired performance while attending to slowly paced material and average skills while attending to more rapidly paced auditory information. On a complex auditory attention task requiring the patient to rapidly add a sequence of numbers, his scores tended to fall in the average to high average ranges. He also demonstrated average simple visual attention and tracking skills. On a complex visual attention and tracking task requiring flexibility of thought and motor sequencing ability, he demonstrated above average performance. On a complex visual attention task requiring rapid visual sequencing and the ability to quickly shift cognitive sets, the patient demonstrated mildly impaired skills. On another visual attention task requiring rapid visual sequencing, sustained vigilance, and the ability to shift cognitive sets, the patient demonstrated above average speed and accuracy skills.

On other complex cognitive measures, he demonstrated average skills on a semi structured task requiring flexibility of thought, ability to shift cognitive sets and problem solving ability. However, he demonstrated a single "failure to maintain set" error, suggesting some disruption in sustained problem solving skills. On another measure assessing abstraction ability and logical analysis, he demonstrated average skills. On this test, he was required to "figure out" the underlying principle to use in a problem solving situation. Finally, on a complex psychomotor problem solving task (placing blocks in a form board while blindfolded), he demonstrated average skills.

On a brief aphasia screening exam he demonstrated evidence of dysnomia, spelling dyspraxia and central dysarthria. He demonstrated low average verbal fluency skills on a measure requiring him to generate as many words as possible beginning with a specific letter.

The patient demonstrated evidence of mild constructional dyspraxia upon examination. He performed adequately on a clock drawing task. Average performance was noted on a WAIS-3 measure requiring visual spatial and visual motor integration skills. He demonstrated average performance on a psychomotor problem solving task that has a strong spatial component.

In terms of his ability to incidentally learn information that he did not specifically set out to learn, he demonstrated average skills with simple information and above average skills with complex information.

In terms of his verbal memory, he demonstrated low average immediate recall (SS=8) and average 30 minute delayed recall (SS=9) for simple, paragraph length material. On a less structured list learning task, he demonstrated average memory storage, as he was able to learn thirteen of sixteen words after five trials. He did not benefit greatly from verbal cuing. His recognition memory was in the low average range.

In terms of his visual memory, he demonstrated average immediate recall (SS=9) and superior 30 minute delayed recall (SS=14) for simple visual information. On a more complex visual memory measure, he demonstrated an adequate performance while reconstructing a complex geometrical design. His immediate and 30 minute delayed recalls were also within normal limits. His recognition of the specific details and the overall gestalt was in the average range.

On simple motor measures assessing finger tapping speed and grip strength he demonstrated bilaterally impaired skills. In addition, on the finger tapping measures his left hand was slower than expected when compared with his right. On a measure assessing fine motor dexterity the patient demonstrated bilaterally adequate skills. He did not demonstrate any simple sensory errors in the tactile, auditory or visual modalities, nor did he demonstrate any finger agnosia errors. He demonstrated a single left sided finger tip number writing error. His tactile form

Exhibit 2 - 2

recognition performance was within normal limits. He did not demonstrate any visual field cuts upon gross visual field examination.

**Summary:** Results of this evaluation are valid and reflect that Mr. Robinson gave excellent effort while being evaluated. His neuropsychological profile reflects variable abilities including several areas of mild impairment along with multiple areas of cognition that fell within normal limits. These results are generally consistent with subtle cognitive deficits associated with chronic exposure to organophosphate pesticides combined with general learning disabilities. More specifically, he demonstrated mild deficits involving aspects of language including word finding problems, low average verbal recall for contextual information, mild constructional dyspraxia, as well as subtle deficits involving sustained auditory attention and mental flexibility. He also demonstrated mild to moderate bilateral impairment on a measure assessing simple motor skills. General learning problems were evidenced by the discrepancy between his intellectual quotient which fell in the average range (Full Scale IQ = 107) and his scores on measures assessing basic academic abilities (Reading SS = 82, Spelling SS = 72, Math SS = 80). In contrast, areas of relative strength involved aspects of attention / concentration, visual processing speed, simple problem solving, abstraction skills, psychomotor problem solving, performance IQ, incidental memory, verbal memory for non-contextual information, visual memory for simple and complex information, as well as simple and complex sensory skills.

Research has demonstrated that chronic exposure to organophosphate pesticides can have negative behavioral effects involving learning capacity as well as other cognitive abilities. Review of Mr. Robinson's academic and medical history suggests that although he was never diagnosed with ADD or any specific learning disabilities, his school performance was quite variable over the years. Upon clinical interview, he also reported longstanding problems with aspects of concentration and distractibility, and feels that he had to work harder than other students to make good grades.

**FURTHER AFFIANT SAYETH NOT.**

Stephen K. Martin, Ph. D.
**Clinical Neuropsychologist**

**SWORN TO AND SUBSCRIBED** before me, the undersigned official, on this the 23rd day of November, 2005.

Notary Public in and for
**THE STATE OF TEXAS**
My comm.. Exp _10-15-06_

MELISSA A. NICHOLSON
Notary Public, State of Texas
My Commission Exp. 10-15-2006

**Exhibit 2 - 3**