## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **JULIUS ROBINSON** | : | **United States District Judge** |

_____

### EXHIBIT NUMBER 3

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

<u>DECLARATION OF TONY BILLUPS</u>

I, Tony Billups, Declare:

1.    I am one of Julius Robinson's cousins.  My mother and Julius' grandmother are sisters.

2.    I grew up in Dermott, Arkansas.  In the late 1980's, a man named Johnny Wright moved to Dermott.  His nickname was *John-John* and he was a member of a *Crip* gang.  He was from the Los Angeles area, and had been incarcerated.  John-John lived in the Bellvue Apartments.  We called them *The Projects*.  John-John used to hang out at the playground by the projects and tell stories.  The young kids were fascinated by his stories.  Not long after John-John's arrival, a Crip gang formed in Dermott.

3.    After the Dermott gang formed, there were a lot more break-ins and a lot more drug activity.  Also, I recall an ice storm one Winter, possibly the Winter of 1992, where the electric power in Dermott was knocked out.  During the black-out, a couple of pawn shops were burglarized and a number of guns were stolen.   After that, there were incidents of people's houses being shot up.

4.    I am familiar with an individual named Michael Williams.  His nickname is *One Love*.  One Love lost one of his legs in a shooting accident when he was in his early teens.  His parents got into an argument and struggled over a gun.  The gun discharged and One Love was hit.

5.    One Love is a person that cannot be trusted.  He will do whatever it takes to serve

1

**Exhibit 3 - 1**



his immediate needs.  He has no sense of honor.  Over the years, people have cut him a lot of slack because of his injury.  They feel sorry for him.  If One Love hadn't lost that leg, somebody probably would have killed him by now, because he has betrayed so many people.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

_____10/21_____, 2005

TONY BILLUPS

2

**Exhibit 3 - 2**