## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 4

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF LANDRY BURDINE

I, Landry Burdine, declare:

1. I played high school football with Julius Robinson at Lamar High School in Arlington, Texas.

2. During Julius' capital trial, I ran into a mutual friend and former teammate, Trace Anderson, and he told me that Julius was on trial at the federal courthouse. I went to the courthouse and sat in the audience.

3. During one of the breaks in the trial, a member of Julius' defense team approached me and asked me who I was. I believe it was an investigator, rather than an attorney. I told him how I knew Julius.

4. At the next break, one of Julius' attorneys came over and asked if I would be willing to testify for Julius. I said that I would. The attorney told me to come back on a certain date and said that he would ask me a few questions.

5. I returned to the courthouse on the date specified by the attorney and testified. I did not receive any additional instruction or preparation. I just got up there and answered whatever they asked me.

6. After the trial, I ran into a number of our former teammates on various occasions. I told them about my experience at Julius' trial, and most, if not all of them



1

**Exhibit 4 - 1**

said that they would have testified or helped in any way they could if anyone had asked them to. Julius was a well-liked and well-respected player on our team.

I declare under penalty of perjury under the laws of the United States of America this 2 2 day of November, 2005.

LANDRY BURDINE

2

**Exhibit 4 - 2**