## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **<u>DEATH PENALTY CASE</u>** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 5

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF JAMILA CAMP

I, Jamila Camp, declare:

1.  I was born December 11, 1978.

2.  In 1998, I met Julius Robinson.  I was introduced to him by a woman  named Kenya who was dating Nathan Henderson at the time.  Julius and Nathan worked together.  I started dating Julius in 1999.

3.  Once we began dating, I saw Julius every day.  I kept my own apartment, but we spent most nights together, either at his apartment or mine.  Even on the nights we spent apart, I would usually see him during the day.

4.  Julius was my first serious romantic relationship.  He was very sweet and supportive toward me.  When we first started dating, I was a little on the chunky side. Julius made me feel loved.  When I told him I wanted to get in better shape, he offered to help me.  We began working out together.  Julius and I would go jogging.  He was a good  motivator.

5.  Julius supported me in other ways.  I was taking classes at Tarrant County Junior College when we started dating, and he helped me financially so that I could stay in school.  Also, around that time, two women were murdered in my apartment complex. They were known as *The Bathroom Murders*.  To protect myself, I bought a small hand



1

**Exhibit 5 - 1**

gun. One night, I was out driving after midnight. A police officer ran my tags and found that I had some unpaid traffic tickets, so he pulled me over. He discovered the gun in my purse. It was unregistered, so I caught a case for that. Julius helped my mother handle the situation. He helped her find a lawyer, etc.

6. Julius was never violent around me. I never felt that he would hurt me.

7. Julius often went out of his way to be nice to me. On Valentine's Day, 2000, he had two dozen red roses delivered to me. Later that Spring, I experienced some pelvic pain and he took me to the emergency room and stayed with me the whole time I was there.

8. In June of 2000, my sister and my best friend gave birth to babies on the same day. I didn't have a car then, so Julius drove me to Mesquite, Texas, and took me to both hospitals. Because of where I was in my cycle, they didn't want me to hold the newborns. Julius held both babies. He was very sweet with them.

9. Julius loved babies and children. My sister's baby suffered from acid reflux, so I offered to babysit and give my sister a break when the baby was two or three months old. Julius helped me. He changed and burped the baby, did everything.

10. Julius taught me how to cook. He would get up on Sunday mornings and go shop for groceries. Then he would come home and show me how to make a roast, things like that.

11. Julius told me that when he was a child, he and his brother got left with other

2

Exhibit 5 - 2

people a lot.  It forced Julius to grow up quickly.  He matured faster, and better, than his brother, Marcus.  Julius always tried to provide for and take care of his family members, including his brother.  Marcus never appreciated what Julius did for him.  Marcus always lived off women.  Julius ended up being more of a father to Marcus' kids than Marcus.

12.  Julius loved his mother more than I ever could have, given the circumstances.  He was very hurt and embarrassed by her substance abuse and her behavior, but he always tried to include her in his life.  He gave her money to move to Ohio, to get a fresh start, and he brought her back to Texas for his birthday party.  I remember him getting tense if he saw her with a drink, because she wasn't the kind of person that could have just one drink.  She would get falling down drunk if he didn't stop her.

13.  I never heard Julius talk about his father.

14.  Julius always needed to be responsible.  Because he was forced to grow up early and take care of himself, he developed an attitude of: If I don't do it, it won't get done.  He always tried to take care of the needs of his family and friends.

15.  Julius didn't use drugs, and he barely drank.

16.  When we were dating, I used to tease Julius about his writing skills.  His spelling was terrible, and sometimes he would word his sentences in a way you couldn't understand them.  I used to say: What are you, dyslexic?  From time to time, he would have the same trouble speaking.  I had a hard time figuring what he was talking about.



3

Exhibit 5 - 3

The problem would show up mostly in his writing. His letters were often very difficult to figure out.

17. I was never contacted by Julius' trial attorneys. If I had been, I would have provided all the information in this declaration.

I declare under penalty of perjury under the laws of the United States of America this 10 day of November, 2005.

_____
JAMILA CAMP

4

**Exhibit 5 - 4**