## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 6

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## <u>DECLARATION OF CHRISTOPHER SCOTT CONNOR</u>

I, Christopher Scott Connor, declare:

1.     I am a paralegal employed with the Office of the Federal Public Defender in the Central District of California.  The facts set forth herein are true and correct of my own personal knowledge and if called upon as a witness, I could testify thereto.

2.     Our office received six (6) boxes of documents from the office of Gary Taylor, prior counsel of record in this case.  The six boxes consisted of the original files of Wes Ball, one of the defense attorneys representing Julius Robinson at the time of his capital trial.

3.     I personally reviewed the records in Mr. Ball's boxes.  During my review of Mr. Ball's records, I was unable to locate any memos and/or notes of defense interviews or investigation at the time of the trial.

4.     Upon receipt of Mr. Ball's 6 boxes of documents, our office made an electronic copy of the records, and the integrity and order of the originals were not disturbed.  The original six boxes of Mr. Ball's records were returned to Mr. Taylor on February 28, 2005.

///

///

///

1

**Exhibit 6 - 1**

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 28th day of November, 2005, in Los Angeles, California.

CHRISTOPHER SCOTT CONNOR

2

**Exhibit 6 - 2**