THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | **Honorable Terry Means** |
| JULIUS ROBINSON | : | **United States District Judge** |

_____

**EXHIBIT NUMBER 7**

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

DECLARATION OF JOSEPHINE DOTSON

I, Josephine Dotson, declare:

1.    I am an older sister of Julius Robinson's mother, Rose Hollimon.  I have eight siblings. My oldest brother, Roosevelt, was born in 1938.  His father was Jessie Ford.  All my mother's other children had John Hollimon as their father.  After Roosevelt, came Margie, me, Robert, John Jr., Adolf, Rosie May, who is Julius Robinson's mother, and Mildred and Milton, who are twins.  I think my mother also had two children who died in infancy.

2.    My father was born and raised in Camden, Arkansas.  He went to school up to the fourth grade.  He could spell and count. He worked as a field hand on farms, picking cotton and vegetables.  My mother, Margaret, was born and raised in Lakeport and attended school until the third grade.  She also worked as a field hand, chopping cotton and picking beans.  Margaret doesn't read or write, although she knows some of the letters, but not all of them.  My mother and father met while they were both working in the field.  My daddy always told the story that my mom liked the way he wore his hat.

3.    My older brother and sister were born at home with a midwife.  I was born in 1953 in a clinic in Lake Port, Arkansas. I believe all my younger brothers and sisters were born there also.



J.D.

1

**Exhibit 7 - 1**

4.   I was about four years old when I was outside playing and my daddy was chopping wood.  A piece of wood went into his eye.  I remember there was blood all over his face.  That eye was blinded.  His other eye became blind also, but I am not sure if that had anything to do with the piece of wood in his first eye. He had surgery on his eyes about 10 years later and he could tell light and dark for a while.  Then a door hit his head during his recovery from the surgery, and he lost whatever vision he had gained back.

5.   My family was on welfare because of my dad's blindness, but the amount was very little.  My mother worked in the field. I began to do fieldwork when I was eleven years old and my brothers and sisters did also.  The only one who didn't work in the fields was Rose.  Rose went to live with Sarah Pittman when she was four or five years old.  Sarah was a neighbor who was a widow and lived all alone.  Rose was the only one in our family who lived with her.  Sarah liked to keep Rose neat and she never wanted Rose to work in the fields.  We worked during the summer when school was out.  We chopped cotton, cutting the grass from between the cotton plants, and cut beans, cutting down the weeds around the beans.

6.   My family's first house had outdoor plumbing and was on Sheppard Street.  One time, our whole family drove to Texas for the funeral of my daddy's sister and when we returned, our house

2

J.D.

**Exhibit 7 - 2**

had burned down.  We lived in several houses, none with indoor plumbing, while a house was being built for us on Sheppard Street.

7.    My elementary school was segregated.  When I was ready to go to middle school, the schools were integrated, but I didn't want to go there.  In the eighth grade, I went to Morris Booker School, which charged a small tuition.  My family didn't have any extra money.  I was able to pay for school myself by working as a teacher's aide while going to school.  Morris Booker School was a college first, but when I went there, it was kindergarten through twelfth grade.  After I graduated from Morris Booker, I moved to Witchita Falls, Texas and later to Chicago.

8.    Before he started going to church, my daddy used to drink.  He would go off with his friends on the weekends and drink whiskey.  Sometimes, my mother would have to send me and by brother or sister to go get him.  We had to hold him up and sometimes, he was so drunk, he fell over into the ditch.  When he would come home late, he and my mother would argue.  He never did hit her, though, because he was blind and my mother could get out of the way.  My father was very jealous.  He wouldn't let my mother go anywhere without him, except when she went to the fields with us.  If she wanted to go to the store, she had to go with him.

9.    When I was little, my mother took us to the Baptist

3

J. D.
J.D.

**Exhibit 7 - 3**

Church.  When I was about twelve years old, my family stopped going to church.  Later on, when I was about twenty years old, my parents started going back to church.  They went to the Church of God in Christ, which is a sanctified church.  When they went back to church my father stopped his drinking.

10.    My father would discipline his children by whipping them with a belt.  Even though he was blind, we never ran from him, we had to stay still.  When I was about eleven years old, he stopped whipping us.  He would talk to us about what we did wrong.

11.    My sister, Rose, did pretty good in school until she started having an affair with one of her teachers, Charles Carr. My parents went to the school board to complain about this, but then Rose denied having relations with Mr. Carr, so nothing came of it.  Rose started sneaking out of Sarah's house by the window. My dad would have talks with Sarah and he would bring Rose home for a while.  Rose would go back to live with Sarah and start right up again, sneaking out.

12.    Jimmie Lee Robinson and his family lived down the street from my family.  He was in the same class in elementary school as me.  He was raised as a Jehovah's Witness.  He could be violent.  One day when I was at home with Rose and her girlfriend Miki, Miki said something to Jimmie Lee that made him mad. Jimmie Lee attacked Miki.  I came into the room and saw Jimmie

J. D.
_____
J. D.

4

**Exhibit 7 - 4**

Lee hitting Miki.

13.    Rose got pregnant and dropped out of school when she was about sixteen.  She had Marcus in Lake Village Hospital.  I had moved away from Dermott by then, but our family would all get together in Dermott for holidays.  One time, Rose, Jimmie Lee and I were all together.  This was before Julius was born.  Jimmie Lee offered me a ride somewhere and on the way, he stopped the car and asked some people if they wanted to buy some marijuana.  I told him to take me home as soon as I realized he was selling marijuana.  Both Jimmie Lee and Rose smoked marijuana, starting early in their relationship.

14.    After they got married, Rose went to live with Jimmie Lee in Texas and later in North Carolina.  Jimmie Lee was in the military.  Sarah, the woman who raised Rose, was with Rose when Marcus was a baby, but when Rose got pregnant with Julius, Sarah came home to Dermott and brought Marcus with her.  Sarah talked about Jimmie Lee's violence toward Rose.  Sarah would hear them fighting and go into their room.  She saw Jimmie Lee hitting and punching Rose and kicking and stomping on her.  If she tried to intervene, Jimmie Lee yelled at her to leave them alone.  She told me that was why she had to leave.

15.    After Rose had Julius, she came back to Dermott and got Marcus.  Rose would call me every other month or so and ask for money.  Rose told me she didn't have any money for food and

5

J.D.

**Exhibit 7 - 5**

she and her children were hungry.  I told Rose to go to where Jimmie Lee worked at the base and tell them she wasn't getting any money from Jimmie Lee.  Rose told me that she did that and they told her there wasn't anything they could do.  I sent her what money I could, $50 or $60 at a time.  I was living in Chicago at that time and I believe it was between 1978 and 1979 when I was sending Rose money.  By the time Rose and Jimmie Lee were in North Carolina, Jimmie Lee was living mostly with another woman.  Rose told me that when she met this other woman, the woman told Rose she was Jimmie Lee's wife.  Rose also got money from our father for rent.  There was a couple from the base, Billie Ray Plummer and his wife, who also helped her with food.

16.    At some point, Rose sent the children home to our parents in Dermott.  Soon after she got the two boys, Marcus and Julius, my mother came to visit me and my family in Chicago and she brought the babies with her.  I remember that Julius was a baby in diapers, not much more than eight months old.  My mother told me that social services was getting ready to take the children away from Rose.  That is the reason my parents raised Marcus and Julius.

17.    Children living in Dermott all played outside, in their yards and in the nearby fields.  There were crop duster airplanes which sprayed for mosquitos right on the kids where they played.  They also sprayed pesticides on the crops.  When I


J.D.

**Exhibit 7 - 6**

was a child working in the fields, the planes would come and spray, right on top of the field workers.

18.    There was a curfew in Dermott when Julius growing up there.  The police would find Julius out on the street after curfew and they took him to the police station.  My parents would have to come down to the police station and pick him up.  When Julius was in high school, something happened and the police chief came to my father and told him if Julius didn't get out of town, he was going to get hurt.  Julius went to live with his mother in Texas

19.    My sister, Rose, was working in a nursing home when Julius came to live with her.  My father told me she called him often and told him she didn't have any money for the rent or food.  Even though my father lived on a fixed income and that income was minimal, he would wire the money for Rose's rent directly to her landlord.  Then a woman fell on Rose at her work and she had surgery and wasn't working.  Julius started selling marijuana and was able to help pay some of the bills.

20.    After Julius was arrested, his lawyer called and spoke

\\\

\\\

\\\

\\\

\\\

7

$$\underline{\phantom{xxx}\mathcal{J}_{\iota}\mathcal{D}\phantom{xxx}}$$
J.D.

**Exhibit 7 - 7**

to me.  He asked me if I would be willing to come to Texas and testify at his trial.  I told him I was willing to, but it turned out he didn't ask me to come.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of September, 2005 in Dermott, Arkansas.

*Josephine Dotson*

Josephine Dotson

8

**Exhibit 7 - 8**