# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

---

## EXHIBIT NUMBER 8

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

---

<u>DECLARATION OF KEITH EDINGTON</u>

I, Keith Edington, Declare:

1.    I was born on November 23, 1982, and grew up in Dermott, Arkansas.  As a kid, I looked up to Julius Robinson.  He is about six years older than me, and he was always good at sports back in Dermott.  ████████████████████████████████████████ ████████████████████████████████████████.  I have never been involved in any financial dealings with Julius Robinson.

2.    I recall the December 28, 2000 incident involving Michael *"One Love"* Williams.  I have been told that the prosecutor in Julius Robinson's capital case argued that Kentrel Pitts, Wayne Jordan and I received an order from Julius Robinson to kill One Love.  That is not true.  We were seventeen years old at the time and had no relationship with Julius, other than being from the same town.  We did not take orders from him.  We did not take orders from anyone.

3.    I have been told that One Love testified that he took the three of us to a bank to get some money.  That is not true.  I have never been to a bank with One Love.

4.    What I know about the incident is this: I heard Kentrel bought some bad drugs from One Love.  I was not there when the purchase was made.  The next day, Wayne, Kentrel and I were chillin' on the corner, near the projects in Dermott.  I think it was the corner of Walnut and Maple.  Kentrel spotted One Love and approached him.  Kentrel told him he wanted his money back.  We rode around in One Love's car for awhile and then went to a house.  One Love and Kentrel went inside to get

1

**Exhibit 8 - 1**

*A short time later,* [handwritten]

Kentrel's money. ~~████████████████~~ Kentrel came out. We left without Kentrel getting his money.

5. Later, the police arrested us and said that One Love had accused us of trying to rob him.

6. I have been shown One Love's handwritten statement in the police report. My nickname back then was *"Little Black."* However, I did not make the statement One Love says I did. I never told One Love we were going to kill him. That is a lie.

7. In October of 2005, I was contacted by an investigator from the Office of the Federal Public Defender. Prior to that time, I had never been contacted regarding Julius Robinson's capital case. If I had been contacted earlier, I would have provided all of the information in this declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

_10/22_, 2005

KEITH EDINGTON

2

**Exhibit 8 - 2**