# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

---

## EXHIBIT NUMBER 9

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

---

<u>DECLARATION OF ARLETTE GORINS</u>

I, Arlette Gorins, declare as follows,

1.    I began my teaching career in 1970 at the Chicot County School, the school for black children.  One year later, the Chicot County School and the Dermott School, where the white children attended, consolidated.  I taught at the integrated school until I retired in May of 1997.  I am an English teacher and a certified Reading Specialist.  Julius Robinson was my student when he was in the seventh grade.

2.    As can be seen in his school records, Julius was in my Remedial English class.  He was academically slow but was not a trouble maker.  He received an F in my class.  In looking at Julius Robinson's grades, I notice he received a B in geography.  I  had observed that most students in that particular geography class received either an A or a B, whether they earned it or not.

3.    If a student was good in sports but had a lot of difficulty in academic subjects, the coaches would request that he or she  receive some special attention in the form of one-on-one help.  The student, thereby, would be able to meet the grade requirements needed to participate in sports.

4.    On October 21, 2005, I was contacted by an investigator for the Office of the Federal Public Defender.  This was the first time I spoke with anyone from Julius Robinson's legal team.  Had I been asked before, I would have willingly provided the information contained herein.

I declare under penalty of perjury under the laws of the United States of America this ___ day of October, 2005, at Dermott, Arkansas.

Arlette Gorins

**Exhibit 9 - 1**