# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 10

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF GUFFRIE GORINS

I, Guffrie Gorins declare as follows:

1.      I have been a resident of Dermott, Arkansas, my whole life and have reared my family in this town.  Both my wife and I were teachers at the Dermott School and, before integration in 1971, at the Chicot County School, the black school.  I have taught mathematics and computer science at the middle school and high school levels.  In 1999, I retired after thirty-one years due to health problems.  I know the Holliman and the Robinson families and taught Rose Holliman, Julius Robinson's mother, and other Hollimans and Robinsons.

2.      Rose Holliman was in my class for two years.  She was a quiet girl in school who stayed to herself.  In this day and age Rose would be in a Special Education class. The whole Holliman family had learning problems.  She left school because she became pregnant in her mid teens.

3.      Many people in Dermott planted cotton to supplement their income, and many still do.  There are fields strewn all around Dermott.  Crop dusters are very active in the spring but principally in the late summer.  They drop clouds of pesticides to kill the pests which attack the crops.  DDT was used for a long time but it's been outlawed. *since the early 80s but some people used it if they could get it.* The same pesticide, DDT, was used for mosquito abatement.  Mosquitoes are a problem in this region.  I don't know what is being used now.

4.      Living in Dermott has always been difficult.  The few industries we had

1                                                          GG

**Exhibit 10 - 1**

here started moving away in the eighties and nineties. The situation in the town has been dismal for a while now. People are living in miserable conditions. I saw the product of the depressed state of the town when I taught school, so many children were and are in need.

5.     The first time I was contacted by a member of Julius Robinson's legal team was on September 17, 2005. Had I been asked before, I would have willingly provided the information herein.

I declare under penalty of perjury under the laws of the United States of America this 21 day of October, 2005, at Dermott, Arkansas.

Guffrie Gorins

2

GG

**Exhibit 10 - 2**