## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 11

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF ANDREW HAGMAN

I, Andrew Hagman, declare as follows:

1.      I was Julius Robinson's twelfth grade Informal Geometry teacher at Venture School.  This class is the equivalent of a pre algebra course for geometry.  It is not a senior year course but it was a requirement for Julius to graduate.

2.      Venture School is an Arlington School District alternative school for students who are at least one semester behind in their course work.  It is not a school for students who present disciplinary problems.  Most students at Venture are academically challenged.

3.      I was impressed with Julius's attitude.  Julius never let his lack of knowledge sour him.  He was always open to learning, and though he wanted to move on and get his high school requirements completed, Julius was never disdainful.  Julius was not killing time at school, he wanted his diploma.

4.      When Julius was attending Venture School, students had to pass a minimum, basic skills exam in order to graduate from high school.  This exam was called the Texas Assessment of Academic Skills, commonly referred to as TAAS.  Julius passed the Reading Section the first time he took it.  He took the Writing Section twice and the Mathematics Section three times.  The current exit exam is TAKS, Texas Assessment of Knowledge and Skills, and it is more difficult than its



1

AH

**Exhibit 11 - 1**

predecessor.

5.    Julius and I became friends.  We went to the movies and a couple of football games together.  We did not visit each others' homes but I dropped Julius off at his apartment a few times.  Although we came from very different places, we had a very respectful relationship.  We talked a lot about life and sports.  I never met Julius's mother and he didn't talk about her either.

6.    Julius did not dress like a gang member.  His appearance was of a nice, clean-cut guy.

7.    Julius mentioned that he wanted to play football, with the thought  that there was a possibility to do so at the junior college level.  I did not have the impression that he was seeking to further academic preparation.

8.  On November 9, 2005, I was contacted by an investigator from the Office of the Federal Public Defender.  This was the first time a legal representative for Julius Robinson contacted me.  Had I been asked previously, I would have willingly provided the information contained in this declaration.

I declare under penalty of perjury under the laws of the United States of America this ___ day of November, 2005, at Arlington, Texas.

Andrew Hagman

2

**Exhibit 11 - 2**