# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

---

## EXHIBIT NUMBER 12

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

---

<u>DECLARATION OF MILDRED HOLLIMAN</u>

I, Mildred Holliman, declare:

1.    I am Julius Robinson's aunt on his mother's side.  Rose Holliman, Julius' mother, is my sister.  My twin brother, Milton, and I are the youngest children of my parents, John and Margaret Holliman.  We were born prematurely, at seven months.  I also got polio and I spent a lot of time in the hospital before I could come home.

2.    I have eight brothers and sisters, but I remember the most that Milton, Josephine and Adolf were living at home as I was growing up.  The older kids left home and moved away.  My brothers, John and Robert, didn't finish high school. John left home for Texas when he was 15 years old.  My sister Rose lived down the street with an older widow named Sarah Pittman.  We called her Mama Sarah.

3.    My dad was blind, he never saw us.  He cooked and cleaned the house.  My mom and my brothers and sisters worked in the fields, chopping cotton.  I stayed home with my dad and helped with the housework.  I did the sweeping and mopping and the washing.  My dad did the cooking.  He dressed himself and made his bed.  He was also able to get around town by himself. He had some friends who lived on Shepard Street, several blocks away, and he would walk over there and visit them, using his cane.



M.H.

1

**Exhibit 12 - 1**

4. My dad did most of the disciplining in our family, but he didn't really have to do too much. We knew our parents weren't playing when they told us not to do something. I can remember one time my mom told Rose and me not to go out of the house. We sneaked out and went riding in a car with some boys. When we got home, my dad whipped us both with a switch. Another time, I was arguing with my brother, Adolf, and I broke a window. My mom whipped me that time. Those are the only times I remember getting a whipping. And I never saw my dad hit my mom.

5. I have five children. I had my first child, Kelvin Ford, when I was 16 years old. My sister had already had her first son, Marcus, and had left Dermott. I went back to school after Kelvin was born and finished the eleventh grade. My other children are Jana, Antonio, Monique and Cliff.

6. Around the time I had my third child, I moved to the house next door to my parents on Deer Street. This was around the time when Marcus and Julius came to live with my parents. Mama Sarah stayed with them also. She told us that Rose's husband, Jimmie Lee, was beating on Rose. Rose did not come home to Dermott when she left Jimmie Lee.

7. Both my parents and my houses on Deer Street were backed by fields. Those fields were farmed by Bob Green. He grew soybeans. Bob Green would spray the fields. The kids would be playing outside in the fields and would get sprayed on. No

2

M.H.

**Exhibit 12 - 2**

one thought to come inside.

8.   When Julius and Marcus were little, my mom would take the boys to church three times a week.  They walked to church, a walk of 20 or 30 minutes.  I never saw or heard of my parents disciplining the boys.  I also can't remember a time when my sister, Rose, came home to see her boys.

9.   When my own son, Tony, started getting into trouble, Julius sent for him and brought him to Arlington, Texas.  Tony went to high school in Arlington and was doing really well.  He played football there until he tore some ligaments in his leg and had to drop out of school.  He came home to Dermott a week or so after Julius was arrested.

10.   I have never been interviewed by anyone representing Julius in his criminal case until now.  Had I been asked before, I would have willingly provided the information contained in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of October, 2005 in Dermott, Arkansas.

*Mildred Holliman*

Mildred Holliman

3

**Exhibit 12 - 3**