# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

---

## EXHIBIT NUMBER 13

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

---

<u>DECLARATION OF MILTON WILLIS HOLLIMAN</u>

I, Milton Holliman, declare:

1.    I am the youngest brother of Rose Hollimon, who is Julius Robinson's mother.  My twin sister, Mildred, and I were born on July 15th, 1959, the last two children of my parents' eight children.

2.    When I was growing up, my family lived in three different houses that I can remember.  We lived on Shepard Street, Wolfe Street and Deer Street.  My oldest brother, Roosevelt, who is my mother's son by a different man than my father, left home in about 1971 to move to Buffalo, New York.  My brother John and my sister Margie both left in 1972 or 1973 for Witchita Falls, Texas.  I grew up with my sisters, Mildred and Josephine and my brother, Adolph in the house.  My sister, Rose, lived next door with our neighbor, Miss Sarah.

3.    My mother and all my siblings except Rose and Mildred had to help our family by chopping or picking cotton.  Rose lived with our neighbor, Miss Sarah.  My twin sister Mildred was handicapped from childhood polio.  I began picking cotton when I was twelve.  The most I ever picked in one day was 75 pounds of cotton.  When I was 16 years old, I switched to chopping cotton because picking cotton was too hard.  Each person, children and adults, earned five dollars a day chopping cotton in the 1970's.

4.    My father was blind, so he stayed around the house.  He

1

M.H.

**Exhibit 13 - 1**

did the cooking and the cleaning.  Even though he was blind, he could get around Dermott really well.  He used a cane and he knew the roads better than me.

5.    When I was very little, my dad would go down the street to be with his friends.  They would hang out and drink.  My dad would bring me with him.  He drank whiskey and most of his friends drank beer.  He always bought me a soda pop.  My dad would get drunk and then it was my job to guide him home.  When we got home, my mom would be mad and they would argue.  After 15 or 20 minutes of argument, my dad would go to bed.  My dad also smoked cigarettes that he rolled himself.

6.    One time when I was ten years old,  my brother and sisters and I were in the yard chasing the chickens.  My dad told us to leave those chickens alone, but I ignored him.  I caught a chicken and wrung its neck.  I really wanted a chicken dinner.  My dad was really mad at me and he used a switch on me.  He really tore up my butt.  That was the last time my dad ever disciplined me and I never messed with the chickens again.  My mom never disciplined any of us.

7.    After Rose got married and left Dermott, she would come back home sometimes.  When she was home, I saw her smoke marijuana and I also saw her drink alcohol.

8.    I was still living at home with my parents on Deer street in Dermott when Miss Sarah came back to Dermott from North

2

M.H.

**Exhibit 13 - 2**

Carolina.  She brought Rose's children, Marcus and Julius with her.  They all stayed at our house.  Julius was just a little boy still in diapers.  Miss Sarah told us she came because Rose and Jimmie Lee were fighting too much and the authorities were getting ready to take the children away from Rose.

9.    I have never been interviewed by anyone representing Julius in his criminal case until now.  Had I been asked before, I would have willingly provided the information contained in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of October, 2005 in Dermott, Arkansas.

*Milton Holliman*

Milton Holliman

3

**Exhibit 13 - 3**