# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | **Honorable Terry Means** |
| JULIUS ROBINSON | : | **United States District Judge** |

_____

## EXHIBIT NUMBER 14

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF JOHN HOLLIMON, JR.

I, John Hollimon, Jr., declare:

1.  I am Rose Holiman's older brother and Julius Robinson's uncle.  I was born in 1954 in Dermott. Arkansas, the fifth child of nine in our family.

2.  My father was blind and he was on welfare.  My mother cannot read or write and she worked in the fields.  Our family was very poor, we usually only had one extra set of clothes, but we always had something to eat.

3.  Our family lived next door to an older woman named Miss Sarah. She really liked Rose and because Miss Sarah didn't have anyone living with her to help her, she started having Rose sleep at her house.  All of my brothers and sisters, including Rose, all played together and spent time together.  Rose slept at Miss Sarah's house and Miss Sarah bought her school things.  Miss Sarah, like my mother, couldn't read or write and Rose could help her by reading to her.

4.  I am one year older than Jimmie Lee Robinson and when we were growing up, we were friends.  We lived on the same street.  Jimmie and his mother were members of the Jehovah's Witness church.  Jimmie was very into his religion and when I was in elementary school, I attended his church with

1



J.H.

**Exhibit 14 - 1**

him for two or three years. We would walk to services. My family was Baptist at that time, but my mother let me go with Jimmie. We also played ball together and went fishing and hunting together. When we were young, Jimmie was very easy going and I never saw a mean streak in him.

5.  In 1970, I got my girlfriend, who later became my wife, pregnant. I was sixteen years old. I left Dermott and came to Wichita Falls, Texas. In Dermott, there were no jobs for young people. When I was growing up in Dermott, the closest place to find a summer job would have been Monticello or Pine Bluff and they were 50 miles away. Even adults didn't have many options outside of farm work, picking cotton and other crops. My uncle, Leroy Smith, was able to get me a summer job at Shepherd Air Force Base. After the summer, I was able to stay on at my job and send for my wife. I worked at the air force base for 22 years.

6.  Rose came and stayed with my family in Wichita Falls after she left Jimmie. Her two children stayed with my parents back in Dermott. She lived with us for about a year. She got a job at a nursing home. Although Rose never talked about it with me, my dad told me that Jimmie was violent with her. While she stayed with us, she was drinking and smoking marijuana. She also had several boyfriends during the time she stayed with us. I can remember only one of her

2

_J.H._

J.H.

**Exhibit 14 - 2**

boyfriends, Zebediah Young. He was very rough and violent. One time, I came home and found that he had broken the coffee table and the chandelier was down.

7. Rose then moved to Arlington, Texas. I didn't see her for quite a while. I always kept in contact with my family through my dad back in Dermott. We would talk on the telephone. He and my mother were raising Rose's two boys. When Julius was about 14 or 15 years old, my dad brought him to live with Rose in Arlington. He told me that Julius was being accused by the police of doing something. My dad wanted to protect Julius from how the law treated young black men in Dermott. If the police wanted to arrest someone and charge them with a crime and make the charge stick, whether the person was in fact not guilty of that crime, they could and would do it.

8. I came to Arlington several times while Julius was in high school and I stayed with him and my sister, Rose. I was very concerned by what I saw. Rose was drinking and smoking marijuana. Julius was on his own. My sister was not capable of raising up a boy. Julius was more or less taking care of her.

9. On my two visits, Rose was really out of it. She was often drunk. She would go to work and when she came home, she would begin drinking. She drank whiskey then. When she drank, you couldn't talk to her. She has a real temper. I



J.H.

3

**Exhibit 14 - 3**

would say to her, Rose, you have been drinking too much and I think you should slow down. She would get really mad at me, yell "don't tell me how to live my life," and walk out, slamming the door. She would be staggering drunk and slurring her words.

10. When Julius was arrested, he called me from jail. He called me several times. He gave me his attorney's telephone number and I called. I called a couple of times and left messages. I finally got through and went to one of the attorney's offices. I can't remember his name, but I met with one of Julius's attorneys for about 30 minutes. We had a casual conversation about Julius. I testified at his detention hearing. Later, when his trial started, I came to the courtroom. I was told I couldn't stay because they were going to ask me to testify. I met with his attorney and he told me questions he was going to ask me. We talked for about 15 minutes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _13_ day of November, 2005 in Arlington, Texas.

John Hollimon, Jr.

4

**Exhibit 14 - 4**