# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **JULIUS ROBINSON** | : | **United States District Judge** |

_____

## EXHIBIT NUMBER 15

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION ROBERT HOLLIMON

I, Robert Hollimon, declare:

1.  I am an older brother of Julius Robinson's mother.  I was born in 1950 in Dermott, Arkansas, the second son of my mother, Margaret Hollimon and the eldest son of my father, John Hollimon.

2.  My father was a farmer until one day when I was about five years old.  He was cutting wood in our yard when a splinter from the log got stuck in his eyeball.  He had to have an operation and somehow, the operation put out his other eye and he became totally blind.  My mother stayed at home except when she could get work chopping and picking cotton.  When my mother worked in the fields, my dad did the cooking.

3.  My dad got a welfare check, but our family couldn't live on it.  I started chopping cotton when I was about seven or eight years old.  I always went to school, but would work in the fields in the summers and weekends when work was available.  When I first started working in the fields, I would get paid $2.25 per day.  I can remember my dad repairing our shoes with bailing wire when the soles came loose.  Our family didn't have extra money to buy new shoes.

1

R.H.

**Exhibit 15 - 1**

4. My sister, Rose, went to live with our next door neighbor, Mama Sarah, when she was about ten years old. Mama Sarah was widow who didn't have anyone and she always liked Rose. She couldn't read or write. She had a bedroom in her house all for Rose. In our house, we had two bedrooms, one for my mother and father, and one for all nine children. So, Rose was able to help out Mama Sarah and my family was grateful for the help she gave Rose.

5. When Rose went to live with Mama Sarah, she still played with us and we all still walked to school together. But Rose was a spoiled brat. Mama Sarah would give her anything she wanted. If Rose said she wanted a new dress, Mama Sarah would get it for her. If Rose said she needed ten dollars, Mama Sarah would give it to her.

6. I left Dermott in 1969 when I was 19 years old. I came to Wichita Falls and got a job working for Pioneer Restaurant. I worked there for many years. In the last four years, I have been working as a supervisor and dietician in the Red River Hospital kitchen.

7. After Rose left her husband, Jimmie Robinson, she came to Wichita Falls. She worked as a nurse's aide in a nursing home. She had a boyfriend named Donald Spence who was very abusive to her. I lived with both of them

2

*Robert S Holliman*
R.H.

**Exhibit 15 - 2**

for a few months and I saw for myself what he did to her. They both drank alcohol and smoked marijuana daily. If they had enough money for it, they preferred to drink whiskey. When they drank and smoked, they would get into arguments and yell at each other. Donald would lock Rose in their room and beat her. She would come out of the room crying and bruised.

8. Donald couldn't hold a job, but his mom and step-dad supported him. They gave him money and he would use it to buy alcohol and drugs. During the time she was with him, my sister was very thin. She is a small woman anyway, but they spent all their money on drugs and alcohol and not on food. One time, Rose called me at my job and told me she was hungry and needed money for food.

9. I saw Rose and Donald shoot some drug when we all lived together. I don't know what the drug was, but they melted it down and then they put it in a syringe and both of them injected it.

10. One time we all went fishing. Rose and Donald were drinking and they started fighting. Donald tried to push Rose into the water and drown her. That was the final fight for Rose. Soon after that fight, Rose left Wichita Falls and moved to Arlington, Texas. I saw very little of her after that. During the

*Robert Holliman*
R.H.

3

**Exhibit 15 - 3**

time she lived in Wichita Falls, I never knew her to go home to Dermott and visit her two sons.

11.   When I was growing up in Dermott, Arkansas, the population was about three quarters white and one quarter black.  Almost the exact opposite is true today.  The white folks tended to live in town and the black families lived in the country.  When I was a young man, I was taught that if a white lady was coming down the street, I needed to look away.  I can remember on three different occasions seeing the body of a black man hanging from a rope at the train station.  One of the hanged men was said to have whistled at a white woman.

12.   When I was growing up in Dermott, there were no black restaurants. If you wanted to get food from a restaurant, you had to go to the back and even then, sometimes you wouldn't get served.  There were no school buses for the black kids, so we all had to walk to school, the buses were all for the white kids. And even if a black person had the money, they couldn't buy a new car, they had to buy a used car.  There were no jobs for blacks except for work in the fields. In Dermott, Arkansas in the 1950's and 1960's, the place for a black man was in the cotton fields, not working in a restaurant.  When I came to Wichita Falls,

4

R.H.

Exhibit 15 - 4

there were jobs for me.

13.  No one from my nephew, Julius Robinson's legal team has ever contacted before.  Had I been asked, I would have willingly provided the information which appears in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of November, 2005 in Wichita Falls, Texas.

Robert Hollimon

5

**Exhibit 15 - 5**