# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

## EXHIBIT NUMBER 16

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF JANA HOLIMAN

I, Jana Holliman, declare:

1.    I am Julius Robinson's cousin.  His mother and my mother are sisters.  I was born in 1977, one year after Julius was born and I grew up in Dermott, Arkansas.

2.    Until I was about six years old, I lived with my mother, Mildred Holliman, in a house right next to my grandparents on Deer Street.  Julius and his brother, Marcus, lived with my grandparents.  From the time I was in the first grade until I was about ten years old, I lived with an older woman named Alice Johnson.  My mother and my grandmother both knew her from church and from the neighborhood.  We lived on Main Street, about four blocks away from my mother's house.

3.    In the summers, from the time I was seven years old until I was eleven, I spent most of my days playing with my friends and cousins at my grandmother's house.  We played ball between the rows of soybeans in the fields behind her house. During the summer, the fields were dusted two or three times a week.  When the planes came on a week day, they sprayed in the early evening.  If they came on a Saturday, they would spray in the morning.  We would be in the fields and the airplane would spray right over us.  I can remember a white airplane with a company name on the side.  I was often playing with Julius when this happened.  It would be hot in the fields and the spray was a

J. H.

1

**Exhibit 16 - 1**

kind of mist, like a light rain.  The airplane would go back and forth up and down the field.  Dermott also had mosquito trucks which sprayed an insecticide from the truck to kill the mosquitoes.  We called this insecticide "Ocean Spray".  The mist the airplanes sprayed on the fields and on the kids smelled like this Ocean Spray.

4.  One summer when I was about ten or eleven years old, I went to stay with Julius and his mother, Rose, in their apartment in Arlington, Texas.  I remember staying with them for several months.  No one else lived in the apartment but the three of us. I went to vacation bible school during the day.  Rose would come home from work every day and go into her room or else the bathroom and smoke marijuana.  I knew what marijuana smelled like and I could smell it.  On the weekends, Rose would go to the apartment of her cousin, Pinky, which was a few blocks away from her apartment.  Pinky, her husband and Rose would play cards, drink beer and smoke marijuana and primos.  Primos are marijuana cigarettes mixed with cocaine.  I know what they were smoking was sometimes primos because I saw Pinky's husband putting white powder into the marijuana cigarettes he was rolling.

5. In the early 1980's, several people, Satra and John John, came from Los Angeles and brought the gangs with them.  They began doing initiations.  The person being initiated was put in the center of a circle of between seven and ten gang members.

2

_Jo H._
J.H.

**Exhibit 16 - 2**

The O.G., or oldest gang member, would ask person in the center what he wanted to be.  If he said a Playboy Hustler Crip, the O.G. would hit him in the face really hard with his closed fist. Then the other gang members from the circle would fight the newcomer for four or five minutes, hitting, kicking and punching him.  The newcomer could fight back.  If at the end of the time, the newcomer was still standing, he was initiated.  If he fell down during the fighting, he would have to go another round. After the initiation, they would get drunk and high.  The process was the same for the girls.  I went through the initiation myself.

6.    I did not see Julius' initiation, but I knew when he became a Crip because he started wearing a blue bandana.  Members of the Crips did not wear any red, they only wore blue or black. In Dermott there were two branches of the Crips, the Playboy Hustlers and the East Coast Crips.  I was a member of the East Coast Crips.  We hung out at the projects in Dermott and at the trailer court.

\\\

\\\

\\\

\\\

\\\

\\\

*J.H*
3
J.H.

**Exhibit 16 - 3**

7.    I have never been interviewed by anyone representing Julius in his criminal case until now.  Had I been asked before, I would have willingly provided the information contained in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23 day of October, 2005 in Little Rock, Arkansas.

_Jana Holliman_
Jana Holliman

4

**Exhibit 16 - 4**