## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **JULIUS ROBINSON** | : | **United States District Judge** |

_____

### EXHIBIT NUMBER 17

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

DECLARATION OF ROSE MAE HOLOMN

I, Rose Mae Holomn, declare:

1.    I am Julius Robinson's mother.  I was born in 1958 in Dermott, Arkansas.  Julius is the second of my two children.  Marcus Robinson is my firstborn son.

2.    My parents, Margaret and John Hollimon, raised nine children.  Only my mother's first child, Roosevelt, was by a different father.  After Roosevelt came Margorie, Josephine, Robert, John, Jr., Adolf, me and finally my twin brother and sister, Mildred and Milton.  My dad was blind by the time I was born, although he was not born blind.  He had an accident while chopping wood when he was around 30 years old and he became blind.  Before that, he was a farmer.

3.    While I was growing up, my dad stayed home and did some of the cooking and cleaning.  My mother couldn't read or write.  My mom and my brothers and sisters worked in the fields, chopping cotton and picking beans.  My dad could get around our town using just his cane and his memory of the streets.

4.    When I was small, my family had a next door neighbor named

*R.H.*

1

**Exhibit 17 - 1**

Sarah Pittman. She was an older lady and we called her Mama Sarah. She didn't have anyone to help her because her son died in a tree felling accident. Mama Sarah asked my parents if I could stay with her and my parents said yes. I was in elementary school when I began to live with her. I had my own room in her house. I also spent lots of time at my own house, with my brothers and sisters. We walked to school together and we went to church together on Sundays. I went to Bible study on Wednesday nights at the Ash Street Baptist Church. When I was about 15 years old, I stayed full time with Mama Sarah.

5.     Mama Sarah couldn't read or write either. I would help her by reading her mail and telling her about her bills. I would explain her food stamps to her, or at least I tried to.

6.     My brothers and sisters worked in the cotton and soybean fields alongside my mother. Mama Sarah wouldn't allow me to go with them even though I begged her to let me go. The one time she said it was alright for me to go with them, I cut my ankle with the blade used for cutting beans so badly that I had to go to the doctor. Dr. Thomas was a white man and I was really scared. It was the first time a white person had ever touched me. I ended up having 14 stitches. Usually when one of us kids got sick, we used folk remedies. When



2                                                                R.H.

**Exhibit 17 - 2**

we got the chicken pox, I remember they rubbed cow dung on us to relieve the itch. For hives, they used watermelon rind.

7.     My family was very poor when I was growing up. Blacks in the country mostly bought things from peddlers. Going downtown to the stores was not a pleasant experience. Storekeepers were very rude to blacks. Dermott was segregated and black people lived on their own side of town. The schools were segregated when I started going to school. I went to Chicot School in elementary school. I only went to the integrated school for a short time in high school because I got pregnant and left school.

8.     I started drinking beer when I started to go to Dermott High School in the seventh or eighth grade. That is also when I started smoking marijuana. I would walk home from school every day with a group of my friends and one person or another would have some marijuana and we would all smoke it. That was just about every day. After a basketball game or a football game, I would go with my friends to someone's house and we would drink beer and often smoke marijuana. I also would steal beer from my Mama Sarah sometimes. Mama Sarah kept some beer in the house. She and I would go fishing together and she would give me a can of beer to drink. She noticed that I was stealing

3



R.H.

Exhibit 17 - 3

her beer, so she told me to stop stealing it and she started to give it to me occasionally.

9.    Jimmie Lee Robinson lived with his mother down the street from my family on Deer Street.  Jimmie was in college when I started seeing him and I got pregnant when I was 16 years old.  I didn't realize I was pregnant until I was five months pregnant.  My daddy took me to the doctor's.  After that, I had monthly check ups and the doctor gave me vitamins.  I never took the vitamins because they made me feel sick.  Jimmie went into the military.  We were married in 1974 in Dermott and Jimmie went overseas.  I stayed in Dermott, and lived at Mama Sarah, my mother and Jimmie Lee's mother's house at different times during my pregnancy.  I gave birth to Marcus Jwain Robinson in November of 1974.

10.    When I was about 15 years old, I had a teacher named Mr. Carr.  I know some people said that he was the father of my first son, Marcus, but I only went to parties with him and had drinks with him.

11.    When Jimmie Lee returned from his overseas duty, we both went to live at Fort Bragg in North Carolina.  Marcus was four or five months old.  When I was in North Carolina with Jimmie, I asked Mama Sarah to come stay

4

R.H.

**Exhibit 17 - 4**

with us. I think Marcus was just under a year old when she came.

12.    When I was in North Carolina, I would drink about a six-pack of beer every weekend. In addition, if I was socializing with my friends, I would drink more. I was also a big cigarette smoker. I would smoke about a pack of cigarettes a day and sometimes more.

13.    I got pregnant with Julius, but I didn't realize I was pregnant until I was into my sixth month and I fainted while I was at a barbeque some friends were having. The next thing I knew, I woke up in the hospital. Once I found out I was pregnant, I stopped smoking. The doctor said I should stop drinking beer, but I didn't. I got prenatal care and gave birth to Julius at the Cape Fear Valley Hospital in Fayetteville.

14.    Marcus weighed seven pounds, but Julius was very small, although he was a full term baby. Once Julius was born, I started smoking cigarettes again and continued drinking beer. When Julius was only about a year old, Jimmie was transferred to Fort Hood in Texas. I went with Jimmie and our boys to Killeen, Texas and Mama Sarah left to take care of her mother who was 100 years old and lived in Little Rock.

15.    I stayed with Jimmie Lee for five years in all. He never abused the

RH
_____
R.H.

5

**Exhibit 17 - 5**

kids, but he was a womanizer. We sometimes got in arguments. Jimmie didn't allow me to work and I wasn't allowed to go to clubs. One night, I decided to go to a club with another military wife. We just happened to go to the same club that Jimmie Lee was at, with another woman. I always suspected Jimmie of seeing other women, but as long as he didn't bring it home and kept it outside, I could ignore it. At the club, I didn't see him, but he saw me and came over to my table and hit me in the head. I didn't loose consciousness, but was I groggy. He carried me to the car and took me home. After he hit me at the club, that was the end. I didn't call the police and I didn't report him because I didn't want to ruin his military career. I stayed with him for another month or so, planning to leave. As soon as Jimmie went on some overnight operations, I packed up, took the kids and left.

16. I went back to Dermott and stayed with my parents. Jimmie got a 30-day leave and came to Dermott wanting to get me back, but I wouldn't go. He came back another time also, about six months later. Even my daddy didn't want my boys to have too much contact with Jimmie, because of his violence.

17. I stayed in Dermott for about a year and then I moved to Witchita, Texas where my brothers, Robert and John and my sister Margie lived. I left



R.H.

6

**Exhibit 17 - 6**

Marcus and Julius with my mother and father. John got me a job on the base, in the mess hall where he was a supervisor. I then got a job at a nursing home in Witchita Falls called Cottonwood Nursing Home and I worked there for about a year. I came back to Dermott and got my two boys and brought them back to Witchita Falls. We all lived with John, his wife Brenda and their three girls.

18.    After a while, I took my two boys back to Dermott to live with my parents. I can't remember how old the boys were, but I know that neither one of them had started school yet. I was young and I was going, going, going. I still had a lot of party in me. I went back to Witchita Falls and continued to work.

19.    A friend of mine told me that there were better jobs in Arlington, so I moved there. This was in 1990 or 1991. I got a job at Arlington Villa as a nurse's assistant and I worked there for about five years. I then worked at the Villa of Arlington, an assisted living facility.

20.    When Julius was approximately 16, he got into some kind of trouble. It had something to do with the law. My dad told me that the chief of police, a man named Payne who is now deceased, came to him and told him to get Julius out of town or Julius would get killed. I never asked my father anything about the details of what Julius had done to cause the police chief to



R.H.

7

**Exhibit 17 - 7**

want him out of town.  I never asked Julius anything about it either.  Julius was a quiet person around me.

21.    By the time Julius came to live with me, I was smoking marijuana regularly.  I would smoke about 20 dollars worth of marijuana a night.  In those days, 20 dollars would buy about a half full sandwich baggy of marijuana.  I was working the day shift at the nursing home, from 7:00 in the morning until 3:30 in the afternoon.  On days when I didn't have to work the next morning, I would drink about a six-pack of beer or sometimes more.

22.    When Julius got to Texas, he went to Lamar HS.  We were living in an apartment complex and my boyfriend at the time, Vern, was living in the same complex with his brother.  At some point, possibly in 1997, I was driving home with some girls from our job at Arlington Villa Nursing Home.  One of the girls had a marijuana cigarette and we all smoked it.  I felt really good after I smoked and I asked what kind of marijuana it was.  That is when I learned it contained crack cocaine.  We smoked five or six marijuana cigarettes containing crack cocaine, or primos, that evening.  That was the beginning of my involvement with primos.   Julius was in the eleventh grade.

23.    Vern was smoking crack with a pipe, but I was never on the pipe.  I

8



R.H.

**Exhibit 17 - 8**

started buying crack and smoking it with marijuana more and more and missing work. I also started hanging out with a man named Dave, who lived in the same apartment complex I did. I tried to never be home at the same time Julius was because I didn't want him to see me. Eventually, the nursing home let me go.

24. After I lost my job, I stayed home for three months before I found another job. Julius scared Dave away, which slowed down my using. After approximately two years of using, I knew I needed to stop. I asked Vern to leave and he refused. I warned him that Julius told him he didn't want to see Vern there when he got back, but Vern still refused to leave. When Julius came back to the apartment, he attacked Vern with a board on the back of his head. Vern was bleeding a lot and I ran out to get the police. The police picked Julius up and kept him overnight, but Vern never pressed charges. After that night, I never did primos again.

25. By the time Julius and Nathan started working together, I had stopped using primos. I did drink, however. At this time, I was drinking between a 12 pack and a case (24 cans) per day, of English 800. I still drink beer, but much less now.

26. In the summer of 1999, my dad was dying of cancer. I went back to

9

R.H.

**Exhibit 17 - 9**

Dermott for about 6 months to help take care of him.  After he died, I moved to Dayton, Ohio.

27.    I first heard that Julius had been arrested when my sister, Josephine, called and told me.  At some later point, Julius's lawyer, Wes, called me.  He told me he was going to send me a ticket to come to Arlington and testify in Julius's trial.  When I asked him what I was going to testify about, he told me he would tell me more about it when I got there.  I flew from Dayton, Ohio to Dallas and Marcus came and picked me up.  I stayed with my brother, John.  After about three days, Wes called me and asked me to come to his office in Fort Worth.  Marcus's girlfriend drove me to his office.  I asked him about the charges against Julius and he explained them to me.  He then asked me about my drug problem.  We talked for maybe ten minutes.  He never asked me about anything else.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26 day of November, 2005 in Dayton, Ohio.

Rose Holomn

10

**Exhibit 17 - 10**