## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 18

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

DECLARATION OF BERNICE JOHNSON

I, Bernice Johnson, declare:

1.    I am the half sister of Julius Robinson's grandmother, Margaret Hollimon.  Our mother was Josephine Smith.  Margaret's father was John Henry Gross.  He and Josephine separated and then my mother was with my father, James Johnson.  I had thirteen brothers and sisters.

2.    I was born in Lake Village, Arkansas in 1936.  I believe that Margaret was born in Lakeport, Arkansas and she was much older than me.  I am the youngest girl in the family. Margaret was already out of the house by the time I can remember.

3.    The father of Margaret's first child, Roosevelt, was only with Margaret for a short time.  She was with John Hollimon, the father of all her other children, until he died in 1999.

4.    When Margaret's daughter, Rose, was a little girl, her neighbor, Sarah, took Rose into her house.  Sarah was like a godmother to Rose.  She was a widow and was afraid to live alone.

5.    Rose started going with Jimmie Lee Robinson.  Jimmie Lee could be a wild person.  He would go after Rose with a gun. One time, after Rose's first child, Marcus, was born, Jimmie Lee came into my house looking for Rose.  He had a gun with him.  I asked him what he was doing with the gun.  He told me "I'm going to kill her".  I kept telling him Rose wasn't at my house and he better leave.

B.J.

1

**Exhibit 18 - 1**

6. I heard that Jimmie Lee was violent with Rose, even when she was pregnant with Julius. They didn't live in Dermott then, so I didn't see them. When Rose left Jimmie Lee and came back to Dermott to stay with her mother and father, her two boys were little. Julius was still in diapers. Rose left to get work and Margaret and John kept the boys because it was too hard to work and take care of two small children.

7. Julius always had a temper when he was young, often over nothing. If he wanted something and couldn't have it, he would have a tantrum and scream and cry.

8. At the time Julius and his brother Marcus were living with Margaret and John, I was living down the street from them. One Sunday when Julius was about 8 or 9 years old, he and a group of children were playing in my front yard. Some of the children came in and told me Julius doesn't want to play right, he just wanted to fight. I went outside and told Julius, "There's no fighting here, the only one you'll fight with is me. Do you want me to whip you?" Julius just said "No, you're not going to whip me." I sent Julius home.

9. When I went to talk to Margaret about his behavior, Julius told her "Grandma, I didn't do it". Margaret said she would whip Julius but I never saw her do it. I did see Margaret try to whip Julius on some other occasions, but John would always stop her. Margaret would say one thing and then John would say

2

B.J.
B.J.

**Exhibit 18 - 2**

the opposite.  If Julius asked Margaret for permission to do something and Margaret said no, he would go to his grandfather, John, who would say oh, go on ahead.

10.    John was blind, so he wasn't always aware of what Julius was doing and he didn't really want to hear what was going on with him if it differed from the picture he had of Julius. Margaret was not that competent.  She had a lot of memory loss and wasn't that aware of Julius's problems.

11.    Margaret did make Julius and Marcus go to church every Sunday and when they were little, every night of the week also. They belonged to a sanctified church and they would all walk the several miles there every evening.  Some member of the church would often bring them home by car.

12.    I have a son around Julius' age, Tony Billup.  When the boys were young, a man named Satra came to town from out of state and he started the gang.  Lots of the boys around ten to twelve years old were very attracted to Satra and got involved in his gang.  I was overprotective of my son, so he didn't get involved, but Julius did.

\\\

\\\

\\\

\\\

\\\

3

_B.J._
B.J.

**Exhibit 18 - 3**

13.    No one has ever come and talked to me about Julius Robinson.  Had I been asked, I would have willingly given the foregoing information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _15_ day of September, 2005 in Dermott, Arkansas.

*Bernice Johnson*

Bernice Johnson

4

**Exhibit 18 - 4**