THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | Honorable Terry Means |
| JULIUS ROBINSON | : | United States District Judge |

---

### EXHIBIT NUMBER 19

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

---

## DECLARATION OF LOUIS JOHNSON

I, Louis Johnson, Declare:

1.    I grew up in Dermott, Arkansas, and have known Julius Robinson since he was a kid. We would hang out together, drinking beer and talking. Sometimes we would go to movies, but mostly we would just hang out together. I also hung out with Julius' brother, Marcus Robinson, when we were growing up.

2.    I know a guy named Michael Williams. He has one leg, and his nickname is *One Love*. Back in the late 1990's and 2000, One Love was selling drugs. He was living in Pine Bluff, Arkansas. In December of 2000, One Love came to Dermott for a visit. I was with him when he sold some cocaine to Wayne Jordan, Keith Eddington and Kentrel Pitts. It was bad cocaine; it was mostly baking soda.

3.    The next day, Jordan, Eddington and Pitts approached me. They were very upset at being sold bad product. They wanted their money back.

4.    I passed this information on to One Love when I saw him, and he just laughed.

5.    Later that day, while I was driving around Dermott with One Love, Jordan, Eddington and Pitts flagged us down. One Love turned to me, smiled, and said: "Watch me sell them some more cocaine."

6.    We pulled over, and the three guys came up to the car. Pitts pulled out a gun. He demanded their money back. One Love said he would give them their money, but he didn't have it with him.

7.    Pitts told me to get out of the car. When I got out, the three guys got in the car

1

**Exhibit 19 - 1**

with One Love and Pitts said: "Let's go get the money." The car drove off. At no time did I hear any mention of Julius Robinson or his case. As far as I could tell, the whole incident was about being sold bad cocaine. Jordan, Eddington, and Pitts are about seven years younger than Julius Robinson. As far as I know, they have never had any business relationship with Julius.

8. I was interviewed by the F.B.I. in connection with the *One Love* incident. I told the F.B.I. that I believed *One Love* had sold Jordan, Eddington, and Pitts some bad drugs and that this had been the cause of the incident. I denied being in the car with *One Love* to the F.B.I. because I didn't want to get involved with a legal matter at that time. Prior to being contacted by a Federal Public Defender investigator, I had never been contacted by any member of Julius Robinson's defense team. If I had been contacted earlier, I would have provided all of the information contained in this declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

10 - 19 , 2005

*Louis Johnson*

LOUIS JOHNSON

2

**Exhibit 19 - 2**