## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 20

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF ELVIN JONES

I, Elvin Jones, declare as follows:

1.    I am a football coach at Lamar High School.  We have position coaches at Lamar and I work with the offense.  I did not have many one on one dealings with Julius Robinson on the field while he was at Lamar but I did see him.

2.    I first met Julius when he was in junior high.  Both he and my son were in the same Boys Club basketball team.  Julius was not allowed to continue playing in the team when he made some failing grades in his classes.

3.    A man, whose name I cannot remember, contacted the Lamar football coaches about testifying in Julius's trial.  I was with the rest of the coaches when the man spoke.  I did not speak with him or with anyone else in his legal team individually.  No one asked me what I had to say about Julius.  The day we were supposed to testify, I showed up in court and I was asked to take the stand.  The attorneys asked me two or three questions and that was it.   Everyone was very respectful.

I declare under penalty of perjury under the laws of the United States of America this 18 day of November, 2005.

Elvin Jones
Elvin Jones

1

**Exhibit 20 - 1**