## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 21

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF WAYNE JORDAN

I, Wayne Jordan, Declare:

1.  I was born on December 15, 1982, and grew up in Dermott, Arkansas.  I knew Julius Robinson and his family, but because I was about six years younger than Julius, I didn't hang out with him as a kid.  I did hang out with a couple of guys that are related to Julius, Cliff Holiman and Antonio Ford.

2.  I remember an incident that occurred in late December of 2000 involving Michael Williams, also known as *One Love*.  That day, I was walking up Maple, toward Main Street, in Dermott, and I ran into a friend of mine named Alquantis Kentrel Pitts, who goes by *Kentrel*.  My recollection is that another friend of ours, Keith Eddington, was with Kentrel at the time.

3.  Kentrel said that he had purchased some crack cocaine from One Love either earlier that day or the day before, and the crack was bad.  It was mostly baking soda.

4.  I used to sell drugs for One Love, and I knew that he would sell bad drugs from time to time.  I never sold drugs for Julius Robinson, nor did I ever have any financial dealings with him.

5.  Kentrel wanted to find One Love and confront him about the bad drugs.

6.  Keith, Kentrel, and I walked up Maple and encountered One Love, in a car with Louis Johnson, near the intersection of Maple and Walnut.

7.  Kentrel confronted One Love about the bad drugs.  One Love offered to replace the drugs or refund Kentrel's money.  Kentrel said he wanted his money back.

1

W.J

**Exhibit 21 - 1**

8.     During the confrontation, I did not see any gun.

9.     Kentrel got into the car with One Love and they drove off. I don't know where they went. If someone later told me where they went, I don't remember.

10.    A short time later, Kentrel and One Love returned. Keith and I got in the car with them and we drove to a house that I believe was owned by One Love's grandparents.

11.    One Love and Kentrel went into the house to get the money. Keith and I got out of the car, and sat on the hood to wait.

12.    After a little while, I heard a *thump* or *bonk* noise from inside the house. Then I heard some shouting. Someone was yelling about being robbed.

13.    Kentrel came out of the house, followed by One Love and some of his relatives.

14.    Keith, Kentrel, and I walked away from the house.

15.    At no time during the entire incident did I hear anyone threaten to kill One Love, nor did I hear anyone make any comment about One Love providing information or giving testimony against Julius Robinson.

16.    I was arrested in connection with the incident, and charged with attempted robbery. I spend a couple of days in jail and ultimately was put on probation. I knew that it had not been a robbery attempt, but after the whole thing dragged on for awhile, I decided it wasn't worth it to try to fight the case.

17.    In October of 2005, I was contacted by an investigator from the Office of the Federal Public Defender. Prior to that time, I had never been contacted regarding Julius Robinson's capital case. If I had been contacted earlier, I would have

2

W.S

**Exhibit 21 - 2**

provided all of the information provided in this declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

_____10/20_____, 2005

Wayne Jordan

WAYNE JORDAN

3

**Exhibit 21 - 3**