# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | Honorable Terry Means |
| JULIUS ROBINSON | : | United States District Judge |

_____

## EXHIBIT NUMBER 22

## SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF LEROY KENNEDY

I, Leroy Kennedy, Declare:

1.  During the late 1980's and early 1990's, I worked as a counselor for the Delta Youth and Family Services organization, in Dermott, Arkansas.

2.  The Delta records indicated that Julius Robinson was referred to Delta for counseling from 6/1/89 to 5/1/90, and assigned to me. I cannot recall the specific reason for the referral, nor can I recall specifically who referred him. He could have been referred by his school or the juvenile court, for example. The reason for the referral could have been problems at school, or given the timing of the referral, gang activity. 1989 was around the time gang activity started in Dermott. I believe Julius had some gang involvement back then because of the people he associated with and the clothing he wore.

3.  During the time I supervised Julius, I saw him three times per week. I checked on him at school and at his grandparents' house. I may have met with Julius a few times at my office, I can't specifically recall.

4.  Julius was a pretty good kid. He was smart and had some initiative. Julius seemed to take responsibility for his actions. I liked Julius. He was always very respectful toward me.

5.  Julius' grandfather was blind. His grandmother always believed whatever Julius told her. She was a bit naive in that regard. I remember being concerned that the grandparents' home was somewhat chaotic. They had a revolving door policy, with

1

**Exhibit 22 - 1**

young people coming and going all the time. Friends and relatives seemed to live there for a few days, then disappear. It was not a stable environment.

6.  At the time I supervised Julius, I had a case load of 60-70 kids. It was a bit overwhelming, and I often felt that I was fighting a losing battle. There simply was not enough time for each child. I would have 10-15 minutes to talk with them, find out if they were okay, then I would have to move on to the next one. If one of the kids had been suspended from school, I would try to deal with that.

7.  I had very little in the way of tools at my disposal to assist the kids. There was no budget to take the kids on field trips and get them out of the area for awhile.

8.  I really needed more resources to affect a change in the lives of the kids I was counseling. More than that, I needed more time. The caseload just didn't allow that.

9.  When the gang activity began in Dermott, I noticed a dramatic change generally. A change in attitude, a change in attendance, etc. There were more fights all of a sudden, and more break-ins. I remember that weapons were stolen and used to shoot up houses.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

(0-21          , 2005

LEROY KENNEDY

2

**Exhibit 22 - 2**