## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 23

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF CARL MCCREE

I, Carl McCree, Declare:

1.    I grew up in Dermott, Arkansas and graduated from high school there in 1984. After attending the University of Central Arkansas, I became a police officer. I worked for the McGehee, Arkansas Police Department for one year, and then joined the Dermott Police Department in September of 1988. I became the Chief of Police in 2000. I am currently a detective with the Marianna, Arkansas Police Department.

2.    In the late 1980's, a man by the name of Johnny Wright moved to Dermott from the Los Angeles area. He had a prison record and a number of tattoos. His nickname was *John-John*. He organized some of the young boys in Dermott, including Julius Robinson, into a *Crip* gang.

3.    After that gang was organized, we saw a lot more criminal activity in Dermott. Julius Robinson was twelve or thirteen years old at the time. We had an 11:00 p.m. curfew in Dermott, which Julius and others began violating.

4.    Julius Robinson lived with his grandparents back then. His grandfather was blind, and his grandmother thought Julius could do no wrong. If Julius got into trouble and made up some story to tell his grandmother, she would say to the police: "If that's what my boy said, that's what happened!" Julius' grandfather would later come down to the police station, apologize, and provide whatever additional information he had.

1

**Exhibit 23 - 1**

5.    The gang problem in Dermott got so bad that Chief Melton was interviewed on the national news.  Nearly all of the young African-American males in Dermott were jumped into the Crip gang.  In my generation, Dermott was just a quiet little country town.  The boys played basketball... went hunting and fishing... did things like that.  Johnny Wright and the Crip gang changed all that.  Kids burned cars and houses as part of their initiation into the gang.  There was a sharp rise in thefts and serious assaults.  Also, once the gang was organized, the drug activity in Dermott increased dramatically.  However, I do not specifically recall Julius Robinson being involved in drug activity prior to his moving to Texas.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

10 / 20 / _____, 2005

CARL MCCREE

2

**Exhibit 23 - 2**