THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | Honorable Terry Means |
| JULIUS ROBINSON | : | United States District Judge |

_____

EXHIBIT NUMBER 24

SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF BEOTHA MOORE

I, Beotha Moore, declare:

1.  I grew up in Dermott, Arkansas, across the street from John and Margaret Holliman and their family.  My parents were godparents to Milton and Mildred Holliman.  I was good friends with Rose Holliman since we were children.

2.  Rose started seeing Jimmie Robinson when he and Rose were in school.  They were always fighting, even back then.  Jimmie would beat up Rose and she would have a black eye, a cut lip or bruises.

3.  I saw Rose when she came to Dermott and was pregnant with her second son, Julius Robinson.  While she was pregnant with Julius, I saw her drinking beer and smoking cigarettes.  Although I believe it was early in her pregnancy, her pregnancy showed.  I know Rose knew she was pregnant because she told me.  Rose was drinking beer at least every weekend.

4.  I can remember Rose and Jimmie fighting in the street, with both of them yelling at each other.  They would fight about Jimmie's drinking and about him seeing other women.  On at least one occasion, I stepped in between them when I thought Jimmie was going to hit Rose.  On other occasions, I saw

1

B.M.

**Exhibit 24 - 1**

Jimmie hit Rose in the face with his fist and throw her to the ground. During this time, Rose and Jimmie had their older son, Marcus, with them. I saw them argue and fight in front of him.

5. Jimmie was disrespectful to Miss Sarah. Miss Sarah raised Rose and she helped take care of Rose's children. Miss Sarah would tell Jimmie to leave Rose alone and not fight with her or hit her because Rose was pregnant. Jimmie would use profanity and not listen to Miss Sarah, continuing to argue with Rose and to hit her.

6. I have never been interviewed by anyone representing Julius Robinson in his criminal case until now. Had I been asked before, I would have willingly provided the information contained in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of November, 2005 in Fayetteville, Arkansas.

Beotha Moore

2

**Exhibit 24 - 2**