# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

## EXHIBIT NUMBER 25

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF WILLIE MICHAEL NELSON

I, Willie Michael Nelson, declare as follows:

1.    I was one of them position coaches at Lamar High School when Julius Robinson was on the football team.  I was in charge of the corner backs and Julius was a line backer.  I was also the Head Track Coach.

2.    Julius was going out for track but he was arrested for something and did not get to follow through with his plan.  I had already issued Julius the track warm-ups.  I thought I would never see the clothes again after the arrest but Julius walked in with everything he had been given a few days later.  I did not talk with Julius about the arrest.

3.    I, along with the other coaches, thought a lot of Julius.  He was a good, hard working athlete.  Furthermore, we were all impressed with Julius when he brought his young cousin who had been getting into trouble to us, wanting to know if we could help.  This happened after Julius had left the school.  There was no indication that Julius was a gang member, either in his dress or in his behavior.

4.    I testified in court for Julius's case after he was found guilty.  I and the other coaches were contacted by a male investigator right after Julius was convicted.  The investigator gave me a card as a way of identifying himself.  I do



WMN

1

**Exhibit 25 - 1**

not remember the man's name or what he looked like.  We met at the coaches'
office and the investigator told us that they were trying to save Julius's life.  The
possible outcomes of the case were life in prison or death.  They were looking for
anything positive to use.  The investigator returned after the initial contact and
asked if I was willing to testify.  I agreed to do it and was told when and where to
show up.  I did not speak with the attorneys prior to testifying.

I declare under penalty of perjury under the laws of the United States
of America this 20 day of November, 2005, at Arlington, Texas.

_Willie Michael Nelson_
Willie Michael Nelson

2

**Exhibit 25 - 2**