## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 26

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

<u>DECLARATION OF WILLIE NIMMER</u>

I, Willie Nimmer, Declare:

1.      I served on the Dermott, Arkansas police force from 1984 to 1994.  In the late 1980's, a man named Johnny Wright moved to Dermott and started a Crip gang.  After that, break-ins, theft, fighting and gunplay all increased dramatically in Dermott.  Chief Melton was interviewed on the national news regarding the problem of gangs coming to small towns like Dermott.  The police in Dermott threatened to lock up the parents of kids who were caught engaging in gang activity.  That plan didn't go over very well, and was quickly abandoned.

2.      With the gang activity came drug activity.  They'd give it to the kids for free at first, to get them hooked.  Then they'd sell it to them.  They had kids working for them.  We had young kids walking around Dermott with $400 or $500 in their pockets.  People who had never worked a day in their lives were suddenly driving around in fancy cars.

3.      An 11:00 p.m. curfew was instituted in Dermott.

4.      I remember once picking up Julius Robinson for a curfew violation.  We weren't allowed to put the kids in a cell, so I cuffed him to the door and called his grandparents.  He started crying when his grandparents arrived.

5.      Once, after Julius moved to Texas, he came back to Dermott for a funeral. He approached me and said: "I'm sorry for any trouble I caused you.  I wish I'd listened to your advice."  Julius then purchased twenty-five raffle tickets to support

1

**Exhibit 26 - 1**

my daughter's basketball team.

6.     It's my understanding that Julius moved to Texas, upon the advice of his grandmother, because too much stuff was being put on him that he didn't do.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

10-20-05 , 2005

WILLIE NIMMER

2

**Exhibit 26 - 2**