THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION


| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
|---|---|---|
| | : | <u>**DEATH PENALTY CASE**</u> |
| vs. | : | |
| | : | **Honorable Terry Means** |
| JULIUS ROBINSON | : | **United States District Judge** |

_____

### EXHIBIT NUMBER 27

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF WILLIE PARKER

I Willie Parker, declare as follows:

1.  I have been a coach at the Dermott School for approximately thirty years.  I coached Julius Robinson and his older brother, Marcus.

2.  Julius was a nice boy but he grew up in the streets without parental guidance.  I would see him around town on his own.  My years of experience with kids have taught me to recognize the ones who are lacking TLC, tender loving care, and Julius was someone who was not getting it.  The Dermott School sets aside certain athletic events to recognize the parents of the students.  These are called Parent Appreciation Days. On the special day, each student athlete gets to escort his parent or parents to the reserved seats before the game begins, while everyone watches.  During the time he played sports, Julius never had a parent to accompany.

3.  Julius was an exceptional child considering the material and emotional poverty in which he grew up.  I knew the family and their situation.  Julius's grandparents, his guardians, were simple country people without any kind of education and with the added impediment of John Holiman, who could have been the bread-winner, being blind.  The grandparents were good people but were ill-prepared to educate and care for their grandchildren.  I don't know if the family was on welfare but Julius participated in the free lunch program at the school.  I believe the income and resource criteria to qualify for the program was the same as for welfare - it was reserved for children from poor families.

4.  The attention Julius would have needed to come from his parents, he ended up getting from his peers.  Nevertheless, Julius was appreciative of any little thing.  Even if I just sat with him on the bleachers and chatted, his thank-yous and his face showed that these moments meant a lot to him.


WP

1

**Exhibit 27 - 1**

Furthermore, Julius stood out in how receptive he was when a teacher called his attention to something he was doing. Sometimes after a game, the boys would get a little rowdy and the coaches would have to bring some order to the group. Julius was always responsive to our requests. He was a nice kid.

5. Julius was a slow learner but his personality helped him. Although Julius was not a Special Education student, he was a Resource student. These students receive special assistance with their school work. My feeling is that if a student is doing his best, he shouldn't be held back. About half of the Dermott students need special assistance, and the ones that do are not always identified. It is very frustrating to be a teacher here. It is an overwhelming problem.

6. In Dermott, we have an ongoing relationship with the police department when it comes to kids who participate in sports. The police would come by and let us know if the athletes were getting into trouble. No one ever said anything to me about Julius.

7. There are two criminal detention facilities in the Dermott area, one is for juveniles. I am involved in special sports program with the juveniles. Most of the time, I feel I am not making a difference. I cannot fight the extreme poverty these kids come from. The kids in custody tell me that they at least have food and a bed when they are detained.

8. Had I been asked about the information contained in this declaration previously, I would have provided it willingly.

I declare under penalty of perjury under the laws of the United States of America this 12th of November, 2005.

Willie Parker

2

**Exhibit 27 - 2**