# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
|  | : | __DEATH PENALTY CASE__ |
| vs. | : |  |
|  | : | Honorable Terry Means |
| JULIUS ROBINSON | : | United States District Judge |

_____

## EXHIBIT NUMBER 28

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF ALQUANTIS KENTREL PITTS

I, Alquantis Pitts, Declare:

1.      I was born on April 15, 1983, and grew up in Dermott, Arkansas.

2.      In December of 2000, I was living with my girlfriend, LaToya, at 201 E. Hickory, apartment 1, in Dermott. At that time, I owned a 1987 Cadillac DeVille, but the manager of my apartment building had it towed away. I needed $60 to get my car back.

3.      I new that Michael "*One Love*" Williams was someone who would have cash. He was a drug dealer in Dermott who had a reputation of cheating people on drug deals. For example, he would *Blow up* his cocaine, mixing it with baking soda, so that he would have more to sell and increase his profits at the expense of his customers. I decided to rob One Love to get money to get my car back.

4.      I went and got my friend, Keith Edington, and we were joined by another friend, Wayne Jordan. Wayne used to sell drugs for One Love, but he stopped when One Love didn't pay him on a deal. We went looking for One Love.

5.      We found One Love in a car, with Louis Johnson and Skip Thompson, on a dead end street by the trailer park in Dermott. I called Louis and Skip out of the car and told them that if they didn't want to get robbed they should move on. They walked away.

6.      I went to the driver's side window and asked One Love if he had an 8-ball of crack cocaine. He said that he was sold out. Then I pulled my .38 Special and told him I

1

**Exhibit 28 - 1**

wanted money. At first, he thought I was joking, so I hit him in the side of the head to show him I was serious. I told him to slide over, and I got in the driver's seat. I told Keith and Wayne to get in the car, and they climbed into the back seat.

7. I had Keith and Wayne shake One Love down, but he only had about $17 dollars on him. One Love said he had $1,500 in an account at the Simmons First bank, in Dermott, so we decided to go there and have him make a withdrawal.

8. When we got to the bank, One Love wanted me to go in with him. I didn't think that was a good idea. One Love said he had some more money at his grandfather's house on Drew Street, so we went there.

9. On the way to his grandfather's house, Keith said something about One Love snitching on people in Texas and that he ought to be killed for it. Keith was just talking. We had not been given any order to kill One Love. Keith was just stating his opinion. I have never had any business dealing with Julius Robinson, nor have I ever received any kind of order from him.

10. About two weeks prior to this incident, I had gambled with One Love and won $500 and a shotgun from him. A week later, we gambled again and One Love won the money and the shotgun back. As we were driving to his grandfather's house, I told One Love I wanted the shotgun in addition to some money.

11. When we got to the grandfather's house, One Love's brother, Jose Thompson, came to the car. One Love told him to get the shotgun. He went next door, got the empty shotgun and brought it to the car. He handed it to One Love, who handed it to Keith and Wayne in the back seat.

2



**Exhibit 28 - 2**

12. One Love's grandfather came out of the house. One Love told him to get the yellow envelopes on his computer, and the grandfather went to get them. When he came back, he had the wrong envelopes. One Love said he would go in and get the money, so I went into the house with him.

13. We went back to where the computer was, and One Love began unscrewing a plate from the back of the computer. I stopped paying attention and One Love rushed me.

14. The gun in my pants fell down my pant leg when One Love wrapped his arms around me. We fell to the floor and he started yelling that he was being robbed. I was able to get hold of the gun. I hit One Love on the leg with the gun and he let go of me. I ran to the front of the house, kicked open the door, and ran into the yard. I told Keith and Wayne to get out of the car, and we ran off.

15. About two weeks later, I was arrested for the incident. While I was at the jail, Officer Bryson hit me in the face. My face swelled up and I was seen by a doctor. My father cut a deal with the Chief of Police, Carl McCree. I agreed to *not* sue the police department and they agreed to drop the robbery charges.

16. In October of 2005, I was contacted by an investigator from the Office of the Federal Public Defender. Prior to that time, I had never been contacted by any member of Julius Robinson's defense team. If I had been contacted earlier, I

3



**Exhibit 28 - 3**

Exhibit 28 - 4

would have provided all of the information in this declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

October 27, 2005

ALQUANTIS PITTS

4

**Exhibit 28 - 4**