# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

---

## EXHIBIT NUMBER 29

## SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

---

## DECLARATION OF JIMMIE LEE ROBINSON

I, Jimmie Lee Robinson, declare:

1.     I am Julius Robinson's father.  Rose Hollimon, his mother, and I married after she became pregnant with our first son, Marcus Robinson.  Julius is almost two years younger than Marcus.

2.     I was born in 1953 in Dermott, Arkansas, and grew up there.  My mother was Bertha Scales Robinson and my father was named Eddie Robinson.  The last time I saw my father was when I was eight or nine years old.  My father left for the Bellglade/Orlando area to work on the citrus harvest and never returned.  I have a memory of trucks full of white men, police and hooded Klu Klux Klan men, driving up to my house looking for my father.  They said to my mother, "Where is he?  We're gonna kill that nigger."  My mother told them that my father had gone into the woods.  This happened before my father went to Florida.  My mother told me that the men were looking for my father because he had stood up to some police officers who wanted to keep the black men from getting together at a black cafe on Saturday nights.

3.     My father was a hard working man who was an alcoholic and loved to fight, according to my mother.  He was the foreman at Bynant Farms for ten years

1

*JLR*

**Exhibit 29 - 1**

prior to leaving Dermott. He and his farm crew worked in the fields from Monday to Saturday at noon. It was customary for the men to then pick up their families after they got off work and, with their earnings, head to the store to do their weekly shopping for staples. The store was owned by Mr. Bynant's brother. After shopping, my father would head to the local cafe in the black side of town for his weekend ritual: spending the rest of his wages and drinking moonshine until he was completely drunk. Inevitably, fights would break out, and my father was involved more often than not. At the close of the evening, someone would usually put my father in the back of a pick-up truck and he would be tossed out at our front yard. Sometimes he slept off his drunkenness outside on the yard. Other times, he made it inside the house and slept all of Sunday. On Monday, he was back at his job.

4.      My mother was paralyzed from a shot fired from my father's rifle. The incident was described to me by my mother as having been an accident, something about the loaded rifle leaning against the wall and discharging when some thunder shook the house and the weapon fell. This is different from other renditions of what happened. It is possible that my mother didn't want to tell me the harder things about my father so as not to tarnish my image of him. My

2

JLR

**Exhibit 29 - 2**

mother always said that no matter what a person does, I had to forgive them because God forgives.

5.    I used to call my grandfather from my father's side, Mr. Robinson, never grandfather. I don't know what his first name was. I never met my father's mother. As far as I know, my father had two sisters, one of them was named Abigail. I don't know the other one's name. My Aunt Gail told me that their father used to beat his children mercilessly. And, the one he beat the most was my father. My grandfather made, sold and delivered moonshine. He drank a lot of it. Just like my father, he was a bad alcoholic.

6.    In contrast to my father's family, my mom's side, the Scales, were church people. My grandfather Scales was a Baptist preacher. My mother converted to the Jehovah's Witness faith when I was a child. My mother was a very spiritual woman. She felt that her new faith allowed her to tell truth from falsity, "God's word from man's philosophy", is how she described it to me. In the Jehovah's Witness church, my mother found equality between the races, the church was integrated, and there was no emphasis on conflict as she had experienced in the Baptist church. The first biracial couples I saw were at the Jehovah's Witness conventions, a completely different situation from what existed

JLR

**Exhibit 29 - 3**

in Dermott. My mother always told me that God's love is the same for every person, regardless of their color. "In God's eyes everyone is equal.", she said. My mother's teachings are what eventually rescued me from being totally destroyed by drugs and alcohol.

7.    I worked in the fields when I was around eight years old, picking cotton, beans and tomatoes. We were not slaves, because we were paid for the work but we were treated like animals. A person could be fired or beaten for the smallest reason, if the boss felt like it. If the beating was severe and the worker badly hurt, the boss might take him to the clinic, not a real hospital but the place for black people. A black person couldn't appeal to the law for a white on black crime. The police were white and they would never punish a white person for harming a black person.

8.    There were planes, crop dusters, dropping pesticides on the fields during the harvest season. One could smell, feel and see the pesticides. The whole town was also sprayed for insects, mainly mosquitoes. There were fields planted with cotton and soy beans in back of the Hollimons and my mother's house. My Uncle Hoss had a cotton field directly behind my mother's house on Deere Street. Across the street, he planted corn. All of the neighborhood kids


JLR

4

Exhibit 29 - 4

played in the crop fields when I was a child and when Marcus and Julius were kids. I saw my boys playing there. This is just what Dermott kids did and probably still do. Another activity kids have there is going into the woods. You have to walk through the fields to get to the woods.

9.    Being black in Dermott meant that life was going to be really hard. It wasn't that far from the days of slavery. Sheer desperation allowed people to survive. There was always a sense of desperation. People talked of getting out of the ghetto when they expressed their desire to break away from being downtrodden and poor. There was not only the history of blacks and whites to contend with but there were few jobs to be found in Dermott. I remember my mother and my grandmother, Mahaela Scales, going to Lake Village, some twenty miles away, with a cotton sack that would be filled with government assistance food. Everyone who could, planted vegetables and people hunted and fished. People bartered if they had something to exchange for what they needed. There was no electricity in my house until I was seven or eight years old, in the early 60s. For cooking we used a wood stove, meats were preserved in the smoke house and refrigeration was provided by the blocks of ice delivered by the iceman.

10.    I do not like to use derogatory terms but the word nigger was used

JLR
5                                           JLR

**Exhibit 29 - 5**

frequently by whites in Dermott.  The races were completely separated in the town, physically by the railroad tracks, and socially by laws and customs.  There were white businesses and a few black stores, white water fountains and no water fountains for the blacks.  Black people  had to follow prescribed guidelines when in the white part of town and they couldn't go there simply because they felt like it.  Integration of the schools came to Dermott in 1971 but some small changes started to be seen the year before - the Dollar General Store discontinued its practice of prohibiting blacks from using the front door.  This small opening of society was not widespread though, blacks could still not go to white restaurants and most places continued to be segregated.

11.    It was very dangerous to violate the practice of keeping the races separate.  When I was a boy, my mother and I saw a black man taking a drink from a white drinking fountain.  The man seemed to be very tired.  A white woman saw the man take a drink and called the police.  The man ran back across the tracks but the police caught up with him and beat him fiercely.  I saw the man, all bloodied , being dragged away to jail.  The next day, the man was found dead in the middle of one of the streets in the black side of town.

12.    I graduated from Dermott High School, the integrated school, and prior to that I went to the black school, Chicot County School.  I did well the last couple of

JLR
JLR

**Exhibit 29 - 6**

years in school so I was offered scholarships to a couple of schools, the University of Arkansas at Fayettevile and a technical school but I was impatient and wanted to make money and buy a car. I was in a hurry to have a better life. I first went to Little Rock and worked at Cast Iron Motor Company, where motors for boats were made.

13.    It was at that time that I started courting my buddy, John Hollimon's sister, Rose. John and I were almost the same age and we had done a lot of hunting and fishing together. It was common for boys to start hunting at age twelve. Our families ate what we hunted and we bartered the excess.

14.    My mother didn't take my infatuation with Rose very seriously at first. She thought that I would eventually get together with a girl from the Jehovah's Witness faith. My home was very religious, unlike the Hollimons who were known as hard working people but also known for their partying. The Hollimons had nine children. The mother, Margaret, was a little lax in her disciplining and the father was blind. The Hollimon children ruled the household, and there were always barbeques in their backyard with lots of drinking and music. The eldest sister, Marjorie, was the one who actually reared the rest of the kids, except for Rose who lived with a lady named Miss Sarah.

15.    Rose was a wild country girl. She was what would be called easy - she

7

JLR

Exhibit 29 - 7

slept around. I had already started to stray from my roots when I fell in love with her. Rose had lived with Miss Sarah from the time she was very young and when Rose was around eight years old, Miss Sarah moved next door to the Hollimons. Lax as she may have been, Margaret would require that the young men who came courting her daughters stay on the porch. Miss Sarah thought it was all right to visit in the bedroom. Once Rose became pregnant and I told my mother that I was planning to marry her, my mother advised me to try to instill in Rose some values. My mother explained to me that I had to do it because Rose had not had much instruction. She said it was up to me to educate Rose. It turned out that I was in no position to teach anybody anything because I got hooked on alcohol and drugs. We both fell into a very unhealthy lifestyle.

16.    I ended up joining the Army in November of 1974, the same month Marcus was born. I did the six weeks basic training at Fort Polk, Louisiana. Then I was sent to Fort Hicks, New Jersey, to train in television technology as I had been promised when I signed up. After Fort Hicks, I was sent to Korea on a two year tour. Rose, meanwhile, stayed in Dermott with the baby. She seemed to have calmed down and, as far as I knew, became more like a wife and mother. I came back on a thirty day pass when grandfather Scales died.

JLR

8

**Exhibit 29 - 8**

17.     After my tour in Korea, I was assigned to Fort Bragg, North Carolina. Rose and Marcus did not join me right away. They, along with Miss Sarah, came once I had settled in. We lived in a trailer. Miss Sarah came to help take care of Marcus. Things between Rose and me started to fall apart when we got to Fort Bragg. Military life was wild. I lost all my principles then. Even before Julius was born, Rose and I had already started having extramarital affairs and partying. Partying meant drinking and doing drugs, mainly smoking marijuana. We lost all control of our lives. Rose went back to her old ways - she was promiscuous - and I didn't restrain myself from sleeping around either. I had already started selling drugs, marijuana and microdot acid, to increase my income. Both Rose and I were involved in the business. I hustled the drugs on the outside and Rose dispensed them out of our home. Furthermore, I was drinking heavily, at least two six-packs per day and smoking weed. During the pregnancy with Julius, Rose drank a minimum of two to three beers per day and smoked a half an ounce of marijuana, around twelve joints, every day. We would get drunk, smoke marijuana and get into huge fights. Our arguing and physical fights were so constant that Miss Sarah took Marcus and went to stay with some friends who lived across the way. There was one incident that occurred when Rose was pregnant with Julius that I recall well. We were riding in the car, both of us were drunk or high,

JLR

9

JLR

**Exhibit 29 - 9**

or both, and we got into one of our arguments. Rose jumped out of the car in the middle of the highway. When I got her back in the car, I punched her in the chest. She had bruises on her chest from me hitting her. I can't remember the exact incident, but Rose had bruises on her ribs after another one of our fights too. Rose did not smoke marijuana when she was pregnant with Marcus, and the drinking, to my knowledge, did not start until we were in North Carolina.

18.    While she was pregnant with Julius and after she gave birth, Rose held "Soap Opera" parties at our home. Ten or twelve women would get together at our house from noon to four o'clock and watch television, drink and smoke marijuana, while Rose tended to the customers who dropped by the house to buy drugs. One of the women, a New Yorker, introduced cocaine to the group, I came to find out some months after Julius was born. I found out when I tried to purchase a car with the twelve thousand dollars I thought we had in our bank account. Rather than twelve thousand, we had around eighteen hundred dollars. Rose had been giving me the deposit slips but I wasn't aware that she was writing checks to buy drugs and who knows what else. I saw copies of the checks in the bank's microfiche records. Rose told me about what had happened when I confronted her. She said that when the New York woman first brought the cocaine they all chipped in to buy it. After some time, because it was so expensive, Rose was the only

_JLR_

10

JLR

**Exhibit 29 - 10**

one who was paying for it. She had more cash available than the others from the drug sales going on in our place. I don't know for a fact that Rose used cocaine when she was pregnant with Julius, she probably did because of the money she was spending, but she certainly used it right after he was born.

19.    The last two years Rose and I were together, Julius's first two years of life, were really bad. After Julius was born, Rose wanted to party even more and did. I also rejected my responsibilities and wanted to party more and went ahead and did it. Drugs, alcohol and violence were the order of the day in our home. We would both get high and drunk and start fighting. We argued every day and I hit Rose several times, that I can remember. I would push and shove her more often. I was filled with jealousy and insecurity, and I would question Rose on her activities. Rose had the serious habit of picking things up and hitting me with them. One time, she hit me over the head with a bottle. I shoved her against a wall. Rather than mellowing out with marijuana, Rose became more aggressive.

20.    I was transferred to Fort Hood, Texas, in 1978. We spent thirty days back in Dermott before heading to my new assignment. Miss Sarah had left Fort Bragg a couple of months before we did. Fort Hood was even more of a problem. Rose had gotten used to her independent lifestyle and took the same pattern to Fort Hood but all of our money



JLR

11

Exhibit 29 - 11

was blown so things were tight. We could not afford to rent our own place so we ended up staying with friends . I started hustling drugs again and after three months of living with our friends, I could afford to rent an apartment. Rose couldn't get used to Fort Hood, she didn't like it, and told me that she was going to Wichita Falls to stay with some of her kin. She took the kids but promised to be back when I got housing on the base. I was finally able to get us a place on base but Rose only lasted three months. She tried working on the base washing dishes but it didn't work out. Living on the base in Fort Hood sort of cramped our habits. We continued to have our loud rows, too loud for our, mainly white, neighbors. One time, during one of our fights, our neighbors called the Military Police and they took me away in handcuffs. I wasn't charged with anything and was sent home after six hours but Rose and the kids were gone by then. I got a hold of an old car and attempted to drive it to Arkansas to get Rose and the boys but the car broke down in Louisiana.

21.    At Fort Hood, I was told that I had to take the Sergeant IV exam and complete a ninety day cross training for artillery in order to qualify for the promotion. I was under the impression that I would be able to return to my television technician duties after the cross training but that was not the case. I appealed the order because it contradicted the condition under which I had enlisted but I was told that I either went

JLR

12

JLR

**Exhibit 29 - 12**

along with it or resign.  I chose to resign.

22.    I went back to Dermott and lived with my mother.  I saw Julius and Marcus while I was there.  Rose stayed in Dermott for a couple of months after leaving Fort Hood.  The kids were with their grandmother and grandfather, Rose's parents, and Rose stayed with her sister, Josephine, who hadn't moved away from Dermott yet.  She wasn't really living with Josephine, just hanging out with her.  Josephine was not a party girl like Rose but she wouldn't knock Rose's comings and goings.  I would see Rose at the cafes drinking and partying.

23.    Leaving the Army and going back to Dermott was completely demoralizing for me.  The Army allowed me to see some of the world and gave me a broader view.  Although I was losing myself because of the alcohol and the way of life I had embarked upon, I still harbored some aspirations to do something worthwhile with my life.  I had traveled, I had gotten married and had children, a family, but everything had disintegrated.  In Dermott, I hit rock bottom.  I was filled with shame and became a terrible alcoholic, drinking at least a case of beer per day and smoking some marijuana.

24.    In Dermott, I got a job at the Monticello Boat Company.  When I got together a little money, I bought a car and moved in with my brother, Willie White, in Little Rock.  I had the hope of getting work in television but couldn't find anything.

JLR

13

JLR

**Exhibit 29 - 13**

25.     I hated it when Rose and I separated.  I had a great love for my boys but I never developed the structure to continue the role of a father.  I would have to say that I didn't know how to be a father.  There were some things I could do, like provide a few material things, before I let drugs and alcohol take over my life, but the boys needed me there with them to guide them and to be with them.  In reality, my boys ended up without a mother or a father.  I was lost in my addictions and in my sense of failure about my life.  I didn't want to face anything and I know that my children have suffered because of that.

26.     In 1979, I obtained a Veteran's Educational Grant and enrolled at the University of Arkansas, Fayetteville.  I attended one semester and lived in that town part of 1979 and 1980.  During a visit to the town of McGehee, close by to Dermott, I met my second wife, Linda Love.  We lived together for six months in McGehee, and I went back to work at the Monticello Boat Company during our stay.  In 1981, Linda and I moved to Hollywood, Florida, where I attended Prospect Hall College.  I graduated with an Associate of Arts degree in Business and Restaurant Management in 1983.  I managed a Kentucky Fried Chicken franchise in Fort Lauderdale from 1984 to 1986.

27.     Linda and I had no children and we divorced in 1986.  I really loved Linda and the divorce sent me over the edge.  I was overcome with all my failures and I basically checked out of my life.  The year 1986 was the beginning of my addiction to

*JLR*

14

**Exhibit 29 - 14**

crack cocaine which became my crutch and my death.

28.    In 1987, I was arrested for Possession of Drugs.  In 1992, I was arrested five times for the same crime.  Rather than being sent to prison for so many possession charges, I was identified as an addict and was ordered to participate in a rehabilitation program.  In 1994, I participated in a two year recovery program and stayed clean until 1998 when I was picked up again and did a ninety day jail program.  I was clean again from 1999 to 2001 then had a six month relapse.  In all, I was addicted to crack cocaine for fifteen years.

29.    I cannot claim that I am clean and sober because I will occasionally smoke a joint, a marijuana cigarette, or drink a beer in social situations but I have not binged.  I have a network of Alcoholics Anonymous friends and my Church Faith Center people who care for me.  I have a girlfriend who I stay with who is also an addict.

30.    I do not take medication for the depression which grips me many times.  What helps me cope are faith and prayer.  There are times when I blossom, when my spirit is so pure.  I work as a cook, and there are days that I have a full spirit and am filled with inspiration - everything is easy and I can do anything.  Then I have times when I give it all away because of the pain, times when I lose focus of my purpose.  When I come into depression, there's nothing I can do but take to prayer and ask the Lord to help me.  I

JLR

JLR

15

**Exhibit 29 - 15**

went through four months of depression when I found out about the situation Julius is in. Again I lost focus and was overwhelmed. I feel responsible.

31.    I had no contact whatsoever with Julius from 1989 to the mid to late 90s. I isolated myself. I was too embarrassed to let my family see what I had gotten into and I became sicker and sicker. Prior to those years, I saw the boys in Dermott a few times during my vacation.

32.    Marcus and Julius were reared by their grandparents, Margaret and John Hollimon and my mother, Bertha Robinson. The boys lived with Margaret and John but spent a lot of time with my mother who lived next door. My mother and grandmother, Mahaela Scales, lived together. My mother died first in the late 80s and my grandmother died one year later. My mother told me that Julius had a temper just like my father. She said that there was something odd about Julius. When he became angry, he would sit in a corner and cry and stew for an inordinate amount of time for a child.

33.    One of the times I visited, when Julius was around five years old, Margaret told me that one of the neighborhood boys had touched Julius's private parts. Margaret wanted me to talk with Julius about it. I told Julius that he had to tell momma, Margaret, if anyone tried to touch him again and that no one was to touch his privates. When Julius heard me say that to him, he pitched a fit the likes of which I had never seen anyone



JLR

16

**Exhibit 29 - 16**

throw in my life. Julius thrashed about, hitting and throwing himself against things and screaming uncontrollably , "Daddy, you don't love me. Daddy, you don't love me." My mother told me that Julius would go to extremes with his tantrums and cry and cry and cry.

34.    Although I didn't see him often, I believe that Julius and I had a connection. It was special when I went to Dermott.

35.    When Julius was fourteen years old he came home one day all beaten up, Margaret told me. Julius told his grandmother that the other kids had hit him with bottles. It was his initiation into the Crips. He was so badly injured that it took Margaret one month to cure him. She used home remedies and didn't take him to the doctor.

36.    Margaret was not the disciplining type of caretaker, as she hadn't been with her own children, unlike my mother who was loving but strict. Margaret is a simple person who could not deal with the difficulties the boys had. She fed them and provided shelter but she had to resort to John to keep them in line but John with his blindness couldn't really keep on top of things either. She also relied on my mother for many things. Margaret would send the kids to my mother's for help with school work and other problems.

37.    Some of the Hollimons are a little slow. It 's very noticeable with Milton



JLR

17

Exhibit 29 - 17

and Mildred, the twins. I wouldn't say that Rose was like her twin siblings but there was something off with her which wasn't as obvious. She seemed to have difficulty doing things differently that what she was accustomed to doing. For example, if the bundle of dirty clothes she took to the laundromat was larger than what she usually washed, rather than washing another load, she would only wash the customary amount and bring back the rest unwashed. There was no convincing her to do otherwise - she wouldn't budge.

38. Rose was very lenient with the kids. In terms of educating the children, Rose used to say, "What's wrong with what we got?" I would tell her that we may not be in jail, though I later had some of that myself, but we're not that good. Much later I learned that the term which describes us is dysfunctional. Rose thought there was nothing wrong with drinking while she was pregnant. I brought it up once. She claimed that Margaret drank while she was pregnant, and that there was nothing wrong with it. When I first got together with Rose, I saw John Hollimon drink but not Margaret. I don't know if what Rose said was true. There was alcoholism in Rose's family as well as mine. I remember her Uncle Red was drunk all the time.

39. I myself have certain difficulties when I try to concentrate. I get distracted easily, it's hard for me to maintain my attention focused. I feel as if I have a mental block.



JLR

18

**Exhibit 29 - 18**

40. I believe that Julius's corruption started when my nephew, Rodney White, went to stay in Dermott. Julius was around ten years old when Rodney came into his life. Rodney was already involved in drugs and gangs in Little Rock and brought these ways with him to Dermott. Rodney became a role model for Julius who admired him very much. Both Rodney and Spyri, Josephine's son, were into the street lifestyle.

41. In October of this year, I was contacted by an investigator from the Office of the Federal Public Defender who indicated that the Office of the Federal Public Defender and attorney Michael Charlton represent my son, Julius Robinson, in a federal court proceeding reviewing Julius's conviction and death sentence. This was the first time attorneys representing my son have contacted me. Had I been asked before about the above information, I would have been willing to talk about it and testify regarding the same. I have read and reviewed this _19_ page declaration.

I declare under penalty of perjury under the laws of the United State of America this _18_ day of November, 2005, in Fort Lauderdale, Florida.

Jimmie Lee Robinson

19

**Exhibit 29 - 19**