**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF TEXAS**

**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

**EXHIBIT NUMBER 30**

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF MARCUS JWAIN ROBINSON

I, Marcus Jwain Robinson, declare:

1. I am Julius Robinson's older brother. I was born in 1974 in Dermott, Arkansas, two years before my brother, Julius.

2. My earliest memories are of me and Mama Sarah, who helped my mother take care of me and my brother, sitting outside of our house. I could hear my mother and father fighting inside the house. I heard their voices, yelling at each other. I think it must have been when we lived in North Carolina where my dad was stationed. I can't remember my brother being there, although he may have already been born. I can also remember my mother going out and I wanted to go with her, so I would follow her. She would yell at me and whip me with a switch or hit me with her hand on my butt. She would tell me I couldn't come with her and that made me cry. I remember that happening often.

3. My parents were always arguing and when they fought, it was physical fights with hitting and punching. When I was a little boy, Mama Sarah would say to me, "When you grow up, don't fight and drink and do drugs like they do. And, don't you hit ladies." The fighting was always my daddy's fault

1

_M R_

M.R.

**Exhibit 30 - 1**

because my mother could do no wrong in Mama Sarah's eyes.

4.   Our parents split up when my brother and I were very young and we were sent to live with my mom's mother and father.  Mama Sarah would also stay off and on with my grandparents and take care of us when we were little.  I felt closer to her when I was growing up than I felt to either my mother or my grandmother, Margaret.

5.   Mama Sarah was much easier on my brother and me than our grandparents who we lived with.  My grandmother was the one who disciplined us.  She used a switch from a tree and she would whip our butts.  Julius got into much more trouble than I did.

6.   Our father would send clothes and shoes for me and my brother.  He visited us maybe two or three times that I can remember.  One of the times, he came with his second wife, Linda Love.  I must have been eight or ten years old.  Our father at least made an effort to do something for us.  Our mom wasn't doing anything.  She came to see us once or twice in all the time we lived with our grandparents and she never sent us anything.   When our mother visited Dermott, she was on the go all the time, always partying and going out with her friends.  She really didn't spend the time with my brother and me.  I cried when

*M R*
—————————
M.R.

2

**Exhibit 30 - 2**

she would go out partying.

7.  Julius and I played in the fields behind my grandparent's house all the time when we were kids.  During the summer, we played ball there with our cousins or flew kites.  Soybeans or cotton was grown there and during certain times of the year, especially in the summer, a crop duster sprayed pesticides on the fields.  They sprayed at least three times a week.  We would be playing out there and they sprayed right on top of us.

8.  My father's mother, Grandmother Bertha, lived next door to us.  She was in a wheel chair.  I heard from the family that my grandfather, who I never met, shot her accidentally when he was cleaning his gun.  That never made sense to me, why would he be cleaning his gun with bullets in it?  She may have been in a wheelchair but she could make us mind better than our grandmother, Margaret.  Grandma Bertha was more aware, you couldn't slip anything by her.  Unlike Grandma Margaret, Grandma Bertha didn't cuss but if we heard her say "Darn it!", we'd say, "Oh, oh, she hot.  We're in big trouble."

9.  Grandma Bertha was the only one who could help us with our school work because Grandma Margaret was illiterate.  Our grandfather was blind so he had his limits, but he was good at math.  We just had to tell him the problem

3

*M.R.*

---

**Exhibit 30 - 3**

and he would give us the answer. It didn't help us learn just to get the answers, though. He didn't show us the process like Grandma Bertha did. We got all our school work help and guidance from her.

10. It was hard when she got sick with cancer. It hurt to see her fall apart like she did, especially when she was getting chemotherapy. I was around twelve or thirteen when she died. The chemotherapy really changed her. She had long hair and all her hair fell off. It was scary the way she looked. We lost a really strong person in our lives when she died.

11. Our cousin, Rodney White, came to stay with our grandmother, Bertha, when she got sick. After she died, he stayed on and lived with our great-grandmother, Mahaela. Our great-grandmother died one year after Grandma Bertha. Julius was really taken with Rodney, who was older. My brother admired Rodney and started spending as much time as he could with him. Rodney ran with a guy from California named John-John Wright. John-John brought the whole idea of gangs to Dermott. It was around this time that my brother started getting into trouble. He was listening to the wrong music and he was listening to the wrong people.

12. I was playing a lot of sports, football, basketball and baseball when I

4

M.R.

**Exhibit 30 - 4**

was in school. I also ran track. Julius also played sports in school in Dermott but he had other things on his mind. He looked up to Rodney and John-John.

13. After John-John brought gangs to Dermott, most of the young boys became interested in belonging to a gang. You had to pick a side. Even if you weren't initiated, you had certain people you hung out with. I was never initiated but I was associated with the Gangster Disciples, started by Larry Hoover in Chicago. The GDs then turned into Growth and Development in the late 1980's. It became more a program about developing your knowledge and staying away from drugs. The kids in Dermott had a lot of little made-up gangs which were just the people you hung out with.

14. There were a lot of drugs in Dermott, even when I was growing up there. There was crack cocaine and marijuana. The same guys who sold it when I was in high school are still selling it there today. In Dermott, you've got to survive and there is absolutely no work there. When I was growing up in Dermott, there were no jobs and there still aren't any jobs.

15. I visited my mother and brother in Arlington twice, during the summers when I was going to high school. I stayed with them for about a month each time. My brother was in high school. I remember not having

5

M.R.

**Exhibit 30 - 5**

anything to eat but potatoes with ketchup or hot sauce for days, waiting for my mother to get her paycheck. That's all the food there was in the house. When she got paid, she bought food and also a big bottle of whiskey. The bottle would last her about four or five days.

16. I was a really angry young man my last years in high school. I felt our mother had abandoned us when we were kids. After spending time with our mother during the summers and seeing her drinking, smoking dope and running around with men, I thought she was just no good. Except for when she woke up in the morning, she was always drunk or high on marijuana or both. Julius would sometimes tell our mother she needed to stop doing all the drinking and smoking she was doing, but that never changed her. I don't know if Julius was angry like I was because he kept his feelings from showing.

17. I graduated from Dermott High School in 1993. I married Roshelle Bethune when I was seventeen and six months before I graduated my son, Marcus Jr., was born. Roshelle is one year older than I am. Little Marcus stayed at my grandparents house when Roshelle joined the Navy. After my graduation, I joined Roshelle in Virginia. We stayed together for about a year and then I came back to Dermott. I went to the University of Arkansas at Pine



M.R.

6

Exhibit 30 - 6

Bluff on a football scholarship. I was there about one year and then I returned to Dermott. In 1994 or 1995, I came to Arlington where my mother and brother were living. My brother had left Dermott around five years before.

18. I moved to Arlington in 1994 or 1995. I lived with my mother and brother for about five months. My mother was working as a nurse's aide. When she came home from work, she smoked marijuana. She smoked every day. She also drank. When she drank, her speech would become slurred and she would yell. Sometimes she would leave the apartment and sometimes she would just go to bed. I was always amazed that she could get up the next morning and go to work after how much she had been drinking the night before. Sometimes Julius would leave the apartment, also, and sometimes he wasn't even there.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

7

M.R.

**Exhibit 30 - 7**

19.   My mom had a boyfriend living with her then, a guy named Vernon Ozby, who I knew for a fact was on crack.  He wasn't allowed to drive my mother's car so he had me give him a ride and I saw him buy the crack.

20.   Had I been asked before I would have willingly provided the information which appears in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _13_ day of November, 2005 in Arlington, Texas.

_____
Marcus Jwain Robinson

8

**Exhibit 30 - 8**