THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | <u>**DEATH PENALTY CASE**</u> |
| vs. | : | |
| | : | **Honorable Terry Means** |
| JULIUS ROBINSON | : | United States District Judge |

_____

EXHIBIT NUMBER 32

SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

<u>DECLARATION OF RODNEY WHITE</u>

I, Rodney White, Declare:

1.  I am one of Julius Robinson's cousins.  My father and his father are brothers.  As a child, I lived in Dermott, Arkansas.  I moved to Little Rock when I was about seven, but I spent my summers back in Dermott.

2.  Julius was a cool kid.  He is about six years younger than me.  When I went to Dermott each summer, I would spend some time with Julius.   We did country boy stuff: hunting, fishing, playing king-of-the-hill.  Julius did well in school and had a promising athletic career.

3.  I remember when Johnny Wright came on the scene in Dermott.  They called him *John-John*.  He was from the Los Angeles area, and he told city stories.  The kids in Dermott only knew country stories.  The city stories excited the young kids; they sounded cool, sort of glamorous.   John-John was older.  He became a role model for the kids.  It wasn't that he gave orders.  The kids just wanted to be like him. John-John was on drugs.

4.  Inspired by John-John and his stories, the kids in Dermott formed a *Crip* gang.

5.  Young African-American men were often harassed by the police in Dermott.  The police routinely broke up groups of youngsters and ran them off.  I recall an incident where the police rounded up nearly all the African-American young men in town because a school had been broken into.   Julius and I were both included in this round-up.  The police checked everyone's shoes to try to match them to

1

**Exhibit 32 - 1**

footprints found at the school. This kind of profiling was common.

6. People leave Dermott, because there's no financial opportunity there. People go to Little Rock, or Texas, or California. If you stay in Dermott, there are only a few farming jobs available. There are not enough jobs to go around. Unemployment is a big problem in Dermott.

7. Julius moved to Texas. He got involved in some business dealings with a man named Nate.

8. I visited Julius in Texas once. We went to some clubs and things. Julius' business associate, Nate, was picking up the checks everywhere we went, and he seemed to be in charge of their business ventures. For example, when I tried to ask Nate about how his business worked, he told me I would have to talk to Julius about that. By making me go through Julius to obtain information about his business dealings, Nate was establishing that he was the top dog in his business ventures with Julius. As a matter of fact, Julius told me that Nate was *the man* when it came to their business ventures.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

10-21- , 2005

_Rodney E. White_

RODNEY WHITE

2

**Exhibit 32 - 2**