THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION


| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | <u>DEATH PENALTY CASE</u> |
| vs. | : | |
| | : | Honorable Terry Means |
| JULIUS ROBINSON | : | United States District Judge |

---

EXHIBIT NUMBER 33

SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

---

## <u>DECLARATION OF WILLIE WHITE</u>

I, Willie White, declare as follows:

1.    I am Jimmie Lee Robinson's half-brother.  My brother and Rose Hollimon had two children, Marcus and Julius Robinson.

2.    Jimmie and I have the same mother.  Our mother, Bertha Scales, had me when she was seventeen years old.  She later married Eddie Robinson, Jimmie's father.  Jimmie was born almost three years after I was.

3.    Eddie Robinson didn't give a damn about me.  He never said more than twenty-five words to me.  I lived with our grandparents, Eddie and Mahaela Scales.  My mother's husband was an alcoholic, he would be brought home early on Sunday mornings from his Saturday night binges.  In the summer, he would be lying out on the front yard, sleeping off his drunk.  Eddie would sometimes be arrested for being drunk.

4.    What I heard from the family about the event which caused my mother to end up in a wheelchair was that my stepfather shot my mother on purpose one day they were arguing about her going to church.  My mother was walking out the door and Eddie Robinson had been cleaning his gun at the table when it happened.  I use to fantasize about shooting my stepfather for leaving my

1


WW

**Exhibit 33 - 1**

mother paralyzed. I looked forward to reaching age twelve, the time when I would be allowed to handle shotguns for hunting.

5.    Eddie Robinson was in the habit of gambling and drinking away the money he earned. It was customary for the men to travel to Florida to work in the fields during the harvests. Eddie was the only one who would come back with nothing to show for it. It was a good thing that Eddie left Dermott for good.

6.    At one time, all of the land in back of the Scales/Robinson and the Hollimon's houses was owned by grandfather Scales and his two brothers, Hoss and William. Hoss Scales still owned the land when my nephews, Marcus and Julius Robinson, were coming up. The land was worked by other people at times. There was cotton planted there as well as soybeans.

7.    Before crop dusters were used to spray pesticides on the fields, people sprayed ammonia nitrate on the crops with spray guns, and then everyone waited around hoping it would rain. The rain was the only irrigation we had. Planes started to be used in 1960s`. The pesticides the planes dropped killed all of our game. We would find dead rabbits and racoons after the planes dropped the pesticides. These were animals we hunted and ate.

8.    In 1970 and 1971, during my junior and senior years in high school, I


WW

2

Exhibit 33 - 2

worked in Dumas, a town close to Dermott, at the Experimental Station, an agricultural program out of the University of Arkansas. The other workers and I pulled weeds and had other tasks. When the crop dusters sprayed, we would be moved to other fields and were told to cover our faces. In Dermott, people would just watch the white stream coming out of the airplanes, they wouldn't move elsewhere.

9.     I never could understand why of all the women around, my brother Jimmie had to go and pick Rose Hollimon for a spouse. Jimmie had done better than I did in school and the family was counting on him to have a better future than the rest. Jimmie had a better head on his shoulders for school but not for picking mates. The people in the town downgraded and ridiculed the Hollimons. The Hollimons struggled like the rest of us but they were worse off. Their kids were dirty and they kept the one dirty spot in the neighborhood. The father, John Hollimon, was blind and Margaret Hollimon, the mother, was on the slow side and didn't seem to be grounded enough to keep control of the family. Besides, Margaret didn't have much of an education, if any, and she was running everything. This situation still existed when Marcus and Julius eventually went to live at the Hollimon home.



3

WW

**Exhibit 33 - 3**

10.     The Hollimons were less disciplined than our family by a wide margin. And, with Rose Hollimon, the question one asked was, not who had she slept with but was there anyone she hadn't slept with, so I was not happy when I heard that my little brother had hooked up with her. Even our granddaddy Scales had warned Jimmie not to let Rose pull him in. It was obvious to everyone but Jimmie that Rose couldn't dedicate herself to only one man. Even when she was married , if Rose wanted someone different, she would go out and get them.

11.     Once, when they were already married, Rose and Jimmie visited my wife and I in Little Rock. Both Jimmie and Rose` drank and smoked marijuana. I told them they had to go outside on the porch to smoke the marijuana, I didn't want them to do that in the house. During that visit, my wife and I and Rose and Jimmie went to a club. Rose found nothing better to do than to start talking with some dude there. Once back at my house, Jimmie and Rose got into a shouting match and a fight on account of Rose's behavior. I walked in when Jimmie had just slapped Rose. I got in between them and Jimmie was still reaching around me trying to get at Rose. I had heard from our mother that Jimmie and Rose were having lots of problems. Our mother was on the protective side with Jimmie and he would tell her everything that was going.

4


WW

**Exhibit 33 - 4**

12.    Rose had always been rough with her mouth.  She was verbally abusive, talking like she was a 6'5", 260 lbs. man.  The things she said would make someone want to kill her.

13.    A couple of years ago, I went to Dermott for a visit.  I was walking down the street and a ways down the block, I saw three women walking towards me.  I'm a little deaf but, even with the distance between the women and me and my bad ear, I could still hear the woman in the middle making suggestive remarks about me.  She was talking about how good I looked and other stuff - me, an old man!  As I neared the women, I realized that Rose was the middle one making the remarks.  I said to her, "You fool, can't you see I'm your ex brother-in-law?"  Rose made up some silly excuses and started back peddling from what she had been saying.  Rose hadn't changed.

14.    I knew that my brother was messing with drugs at Fayetteville, and, from his visits to Little Rock, I knew that Jimmie couldn't get up in the morning without having a beer and smoking a marijuana joint.  I would get after him all the time about this.

15.    By and large, Jimmie and Rose ignored their children.  They didn't have time for them so the boys had no guidance from their parents, no teaching.  I

5


WW

**Exhibit 33 - 5**

had occasion to see Rose with her sons one time when they were young. She showed no sign of caring and didn't treat them as if they were kids. It was as if they were her little brothers and she didn't bear any responsibility for them.

16. Julius and Marcus came to live at an already full house when their mother brought them to live in Dermott. There were around ten persons living at the house on Deere Street. I saw this when I would visit Dermott once or twice a month. Julius and Marcus would flock to my mother's house when they were little. My mother told me that the boys were getting no guidance at the Hollimon house and that she was doing what she could with her grandsons.

17. Julius and Marcus played in the fields planted with cotton and soybeans when they were little, just like all the kids did. Another childhood activity, which could earn them a whipping if caught, was wading in the drainage ditches running alongside the street. The ditches were dangerous because the water could move quickly when there was a lot of it, the water was dirty and, though it was not much of a consideration at that time, the water included the pesticide laden runoff from the fields. Every street had drain ditches. The Hollimons, who lived south of my mother's house on Deere Street, were right by a big ditch.



6

Exhibit 33 - 6

18.    The Hollimons lived in what was called a "quick house." The house had white siding, a water resistant fabric coated with asbestos, a predecessor of aluminum and vinyl siding.

19.    My son, Rodney White, lived in Dermott for a while when Julius was around eleven or twelve years old. Rodney is the son I had with my first girlfriend. I was not able to have much influence with him when he was an adolescent because of a very contentious situation with his mother and her husband. I came to find out later that they had exposed my son to a lot of drugs and had even made him get high when he was a boy. Consequently, my son had a lot of problems. Rodney ended up doing time in prison because of his illegal activities. Julius followed Rodney around in Dermott, and looked up to his older cousin. I don't believe that Rodney was a good influence on Julius.

20.    Had I been asked to provide the information contained in this declaration previously, I would have done so willingly.

I declare under penalty of perjury under the laws of the United States of America this ____ day of November, 2005.

*Willie White*
Willie White

7

**Exhibit 33 - 7**