## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

---

### EXHIBIT NUMBER 34

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

---

## DECLARTION OF MICHAEL WILLIAMS

I, Michael Williams, Declare:

1.    I was born on June 17, 1970, and grew up in Dermott, Arkansas.

2.    On December 28, 2000, I was involved in an incident in Dermott which resulted in a police report being filed against three young men: Kentrel Pitts, Wayne Jordan, and Keith Edington.

3.    I believe that young men wanted money from me, and that this was the cause of the incident.  I do not believe that they had been ordered by Julius Robinson to kill me.  If they had been ordered to kill me, or if they had really wanted to kill me for some other reason, I would have been killed on that date.  It was three against one, and they had a gun.

4.    The young men knew that I kept large sums of money.  Back then, I was a drug dealer.  One of the young men, Wayne Jordan, actually sold drugs for me from time to time.  I would have him pick up drug payments and bring them to me.  These sometimes reached as high as $800.  So the young men knew I kept large amounts of cash.

5.    While we were riding in my car, the young men said things about my cooperating with the prosecution in the Julius Robinson capital case.  They said that I had *snitched* and that they ought to kill me.  I think they said these things to scare me and to convince me that they meant business.  I think they were trying to justify going after my money.

1

*MDW*

## Exhibit 34 - 1

6.     In October of 2005, I was contacted by an investigator from the Office of the Federal Public Defender. I don't recall being interviewed about the December 28, 2000 incident by any member of Julius Robinson's defense team before. If I had been contacted earlier, I would have provided all of the information in this declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

_____, 2005

                                               MICHAEL WILLIAMS

2

**Exhibit 34 - 2**