# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION


UNITED STATES OF AMERICA      :      **CAUSE NO. 4:00-CR-00260-2**
     :      <u>**DEATH PENALTY CASE**</u>

vs.      :
     :      **Honorable Terry Means**

JULIUS ROBINSON      :      **United States District Judge**

---

## EXHIBIT NUMBER 35

## SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

---

## DECLARATION OF CAROL WILSON

I, Carol Wilson, declare as follows:

1.      I was Julius Robinson's Child Development teacher at Lamar High School when he was in the twelfth grade.  I am currently a counselor at Lamar.

2.      Child Development is an elective.  It's an easy and fun class which a lot of athletes take.  I liked teaching it because the kids enjoyed it and I felt that the information I imparted was useful to them.

3.      Julius was a good kid who was always positive and smiling.  After leaving the school, Julius came back to Lamar to enroll his younger cousin who was having some trouble.  He spoke with me about the cousin.  I thought that it was amazing that Julius was doing this.  He was a child himself and yet he was taking on the role of caretaker.

4.      I had the impression that Julius did not have a good home life from little comments he made and from listening to other kids talking about him.  I do not remember specific remarks.

5.      Julius was not a strong academic student as is borne out by his transcripts.  In reviewing his records, I notice that he had to repeat classes in summer school, indicated by the letter "R."  The "M"s in the transcript refer to

1

*CW*

**Exhibit 35 - 1**

courses in which the material is modified for the student who has difficulties. These modifications provide the student with opportunities for passing the class. Julius's grade point average was a 4.9 out of a possible 12, that is in the 70-72 or C- range. Omission of his Physical Education grades in the calculation would lower his Grade Point Average even further. His ranking in the school, 387 out of 482, places him in the lower third of his class. Julius lost credits in the 11th grade due to his absences.

6. Julius ended up at Venture Alternative School because he lacked the credits to graduate. He attended the first part of his 12th grade at Lamar and then moved to Venture. The Venture Alternative School is not an institution for students with discipline problems but rather one for students who cannot deal with regular instruction, for whatever reason. Kids with disciplinary issues are referred to Turning Point School. At Venture, students can work at their own pace. There is a lot more interaction with the instructors. Hours are also more flexible so as to take into account the needs of students who have to work.

7. Differences between the economic classes at Lamar High School are pronounced. There are students here who have a lot of money and lots of opportunities. The disparity was even greater when Julius was attending the



CW

2

**Exhibit 35 - 2**

school.  There were around eighteen hundred students then, in contrast to the more than thirty-seven hundred who are currently enrolled.  At that time, there were fewer middle class students so the school had the two extremes, rich and poor.  The student parking lot had Porsches and other luxury cars while other students had barely enough money for the bus.  The gap was huge.  The kids were aware of these differences and reflected this in comments they made.

8.    Had I been asked previously, I would have provided the information contained in this declaration.

I declare under penalty of perjury under the laws of the United States of America on this 1̸8̸ day of November, 2005, at Arlington, Texas.

Carol Wilson

3

**Exhibit 35 - 3**