THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | **Honorable Terry Means** |
| JULIUS ROBINSON | : | United States District Judge |

_____

EXHIBIT NUMBER 36

SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF DAVID YORK

I, David York, declare as follows:

1.     I am the Defensive Coordinator and Linebacker Coach for the football program at Lamar High School.  Julius Robinson was a line backer for the football team in his senior year.  I do not remember if Julius played the same position in his junior year.  It was during Julius's senior year that I had the most contact with him.

2.     Although Julius never mentioned anything about his family, I had the impression that Julius didn't really have anyone at home to care for him.  My experience working with kids has taught me to recognize the kids whose home life is compromised.  I am convinced that if Julius had grown up in a different environment, he would have had another kind of life.  I say this because he tried so hard to do well.  He showed a real need to take care of people.  He brought someone from his family to us, the coaches, to see if we could help him out.  We have a lot of kids who come from difficult backgrounds and most of them don't make it.  Many kids drop out or don't get enough preparation to live a stable and productive life.

3.     We were not counting on Julius to do anything worthwhile in football


DY

**Exhibit 36 - 1**

his senior year.  His junior year had been so-so.  It took a while for him to catch on, Julius was not a quick learner.  In order to play senior year, Julius had to work really hard, but he did it.  On the field, he was on a mission.  He had a goal and he showed us he could reach it.  I have had the experience with some kids who think that they can finagle themselves onto the field - I call these kids the "Eddie Haskells", not so Julius.  He had the ability to talk with people, but on the field what counts is not what you say, but what you do and what you've done to prepare yourself.

4.    The coaching staff never had any disruptive behavior from Julius.  He was respectful.

5.    In 1994, Lamar High School had about 15-20 percent minority students.  About 20percent of the football team was black.  This percentage has increased over the years the last ten years. When Julius was attending the school, there were many kids who came from very affluent families.

//

//



DY

**Exhibit 36 - 2**

6.     I and the other coaches were contacted by a man connected with Julius's legal team when he was on trial.  He may have been an investigator.  He is the only one with whom I spoke prior to testifying.  I don't know if Julius had been *I BELIEVE D.Y.* convicted already but I do know that I testified at his trial.  ~~About~~ two weeks to one month transpired between the time the man contacted us and when I testified.

I declare under penalty of perjury under the laws of the United States of America this _18_ day of November, 2005, in Arlington, Texas.

David York

**Exhibit 36 - 3**