THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | <u>DEATH PENALTY CASE</u> |
| vs. | : | |
| | : | Honorable Terry Means |
| JULIUS ROBINSON | : | United States District Judge |

_____

EXHIBIT NUMBER 37 (PART 1 OF 6, PAGES 1-27)

SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

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    Birthdate: 08/08/1976

Robinson, Julius O
533 Riding #144
Arlington, TX    76011

# TYLER JUNIOR COLLEGE
## P.O. BOX 9020
## TYLER, TEXAS 75711

Lamar H S
Arlington, TX    76012

Graduated from HS: 1996

Printed: 23-Aug-05    Page 1 of 1

| COURSE | DESCRIPTIVE TITLE | SEM. GRADE | SEM. HRS. | GRADE POINTS | COURSE | DESCRIPTIVE TITLE | SEM. GRADE | SEM. HRS. | GRADE POINTS |
|---|---|---|---|---|---|---|---|---|---|

```
** Test Scores **
                READ    MATH    WRIT    ESSA    MTHE
TT    08/01/1996    16       9       6       1       0
                MTHF

** End Test Scores **
            Texas Success Initiative
AREA        STATUS       EXPLANATION
Reading     Complete     Coursework
Math        Incomplete
Writing     Incomplete

        Tyler Junior College - Spring 1997
CADD1331    INTR AUTOCAD        W      0.00
ENGL0301    DEVELP ENG I        C    [ 3.00]    6.0
MATH0301    DEV MATH I          IP   [ 0.00]
PHED2127    INT WGT TRNG        D      1.00      1.0
READ1301    ADVNCE READING      B      3.00      9.0
        Attempt Earned Points Divisor   GPA
Sem Undergrad    7.00    7.00   16.00    7.00    2.29
Cum Undergrad    4.00    4.00   10.00    4.00    2.50
-------------------------------------------------------
            Core Curriculum
-------------------------------------------------------
010 COMMUNICATION
020 MATHEMATICS
030 LABORATORY SCIENCES
040 HUMANITIES
050 VISUAL/PERFORMING ARTS
080 SOCIAL AND BEHAVIORAL SCIENCE
090 INSTITUTIONAL OPTION
        ** END OF TRANSCRIPT **
```

UNOFFICIAL

STUDENT ENTITLED TO HONORABLE DISMISSAL UNLESS OTHERWISE INDICATED. NOT OFFICIAL WITHOUT SIGNATURE OF THE REGISTRAR AND THE IMPRESSED SEAL OF TYLER JUNIOR COLLEGE - TYLER, TEXAS.

*-Repeat; H-Scholars Academy Course
V-Virtual College; ()-Not counted in EARNED
[]-Developmental, counted in term ONLY

Federal Public Defender
Central District of California
321 East 2nd Street
Los Angeles, CA 90012-4206

**Exhibit 37 - 1**

## EXPLANATION OF TRANSCRIPT

### SEMESTER CREDIT:

All Tyler Junior College credit is reported in terms of semester hours, whether earned during a regular 16 week semester, a summer session, or a flexible entry session.

### EXPLANATION OF GRADING SYSTEM:

A - Excellent (4 points per hour)
B - Good (3 points per hour)
C - Average (2 points per hour)
D - Poor (1 point per hour)
F - Failure (0 points per hour)
I - Incomplete (not computed in GPA)
IP - In Progress, neither passing nor failing (may be repeated following semester)
W - Withdrawal from class or school, passing

WF - Withdrawal from class or school, failing
**X - Drop from class, passing
**XF - Drop from class, failing
CR - Credit (Hours count toward graduation but are not used in calculating GPA)
AU - Audit (No Credit)
N - Not reported

*If work is not satisfactorily complete, incompletes are automatically changed to an F grade 30 days into the next long semester.
**With the fall semester of 1981, the X and XF were eliminated and W and WF substituted for withdrawal from class and withdrawal from school.

### MEANING OF COURSE NUMBERS:

Course number carrying three numeric digits: The first digit in the course number represents the level of the course (i.e., "1" = freshman level and "2" = sophomore level.) The third digit in the course number represents the total semester credit hours awarded for the course.

Course numbers carrying four numeric digits: The first digit in the course number represents the level of the course (as above). The second digit in the course number represents the total semester credit hours awarded for the course.

Remedial courses: Any courses which have a number beginning with "0" are noncollege-level courses. The semester credit hours indicated for such courses count toward the student's load and are calculated into the grade point average for the term in which taken. However, these courses do not count toward credit for graduation and are not included nor calculated into the cumulative grade point average.

### TRANSFER CREDIT:

Credit accepted in transfer from other institutions is shown with the number of semester hours accepted, en bloc, from each institution.

### DEGREES AND AWARDS GRANTED:

A.A. - Associate in Arts
A.A.S. - Associate in Applied Science
Proficiency Certificates - one year or more

[Previously, the Associate in Business Administration (A.B.A.) and the Associate in Science (A.S.) were also offered.]
[Certificates of Completion (less than one year) are noted on transcript.]

### ACCREDITATION:

Tyler Junior College, established in 1926, is fully accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award the associate in arts degree, the associate in applied science degree and proficiency certificates. Membership in this accrediting association makes possible the transfer of credit for work completed at Tyler Junior College to other accredited colleges and universities.

### VALIDATION:

A transcript is official when signed by the Registrar, is dated, and imprinted with the embossed seal of Tyler Junior College.

This academic record is furnished at the request of the student. Pursuant to the Family Educational Rights and Privacy Act of 1974, Federal Law 93-380, release of it or disclosure of its contents to a third party without the written consent of the student is prohibited.

**Exhibit 37 - 2**

State of Texas

County of Smith

On this the 9th day of November, 2001, I certify that the attached document(s) are true, exact, complete, and unaltered photocopies made by me of school records, presented to me by the document's custodian, Kenneth D. Lewis.

_____
Signature

_____
Custodian Signature

Sworn and subscribed before me on the _____9th_____ day of __November__, __2001__.

_____
Notary Public Signature



JANET RICHELLE DENNIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 4-27-2004

Criminal No. 4:00-CR-260-Y

USA v. Nathan Henderson, et al

GOVT'S EXHIBIT 296

DATE: _____IDEN.

DATE: _____EVID.

BY: _____
Deputy Clerk

**Exhibit 37 - 3**

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    Birthdate: 08/08/1976

Robinson, Julius O
533 Riding #144
Arlington, TX   76011

# TYLER JUNIOR COLLEGE
## P.O. BOX 9020
## TYLER, TEXAS 75711

Lamar H S
Arlington, TX   76012

Graduated from HS: 1996

| COURSE | DESCRIPTIVE TITLE | SEM. GRADE | SEM. HRS. | GRADE POINTS | COURSE | DESCRIPTIVE TITLE | SEM. GRADE | SEM. HRS. | GRADE POINTS |
|---|---|---|---|---|---|---|---|---|---|

** Test Scores **

| | | READ | MATH | WRIT | ESSA | MTHE |
|---|---|---|---|---|---|---|
| TT | 08/01/1996 | 16 | 9 | 6 | 1 | 0 |
| | | MTHF | | | | |

** End Test Scores **
Current TASP Status:
Math: Not Met
Read: Not Met
Write: Not Met

Tyler Junior College - Spring 1997

| CADD1331 | INTR AUTOCAD | W | 0.00 | |
|---|---|---|---|---|
| ENGL0301 | DEVELP ENG I | C | [ 3.00] | 6.0 |
| MATH0301 | DEV MATH I | IP | [ 0.00] | |
| PHED2127 | INT WGT TRNG | D | 1.00 | 1.0 |
| READ1301 | ADVNCE READING | B | 3.00 | 9.0 |

| | Attempt | Earned | Points | Divisor | GPA |
|---|---|---|---|---|---|
| Sem Undergrad | 7.00 | 7.00 | 16.00 | 7.00 | 2.29 |
| Cum Undergrad | 4.00 | 4.00 | 10.00 | 4.00 | 2.50 |

Core Curriculum

010 COMMUNICATION
020 MATHEMATICS
030 LABORATORY SCIENCES
040 HUMANITIES
050 VISUAL/PERFORMING ARTS
060 HISTORY
070 POLITICAL SCIENCE
080 SOCIAL AND BEHAVIORAL SCIENCE
090 INSTITUTIONAL OPTION

** END OF TRANSCRIPT **

*Kenneth A. Lewis*
REGISTRAR

STUDENT ENTITLED TO HONORABLE DISMISSAL UNLESS OTHERWISE IN-DICATED. NOT         AL WITHOUT SIGNATURE OF         STRAR AND THE IMPRESSED         OF TYLER JUNIOR COLLEGE - TYLER, TEXAS.

*-Repeat; H-Scholars Academy Course
V-Virtual College; ()-Not count    n EARNED
[]-Developmental, counted in te     NLY

**Exhibit 37 - 4**

# EXPLANATION OF TRANSCRIPT

## SEMESTER CREDIT:

All Tyler Junior College credit is reported in terms of semester hours, whether earned during a regular 16 week semester, a summer session, or a flexible entry session.

## EXPLANATION OF GRADING SYSTEM:

A - Excellent    (4 points per hour)
B - Good    (3 points per hour)
C - Average    (2 points per hour)
D - Poor    (1 point per hour)
F - Failure    (0 points per hour)
I - Incomplete    (not computed in GPA)
IP - In Progress, neither passing nor failing (may be repeated following semester)
W - Withdrawal from class or school, passing

WF - Withdrawal from class or school, failing
**X - Drop from class, passing
**XF - Drop from class, failing
CR - Credit (Hours count toward graduation but are not used in calculating GPA)
AU - Audit (No Credit)
N - Not reported

*If work is not satisfactorily complete, incompletes are automatically changed to an F grade 30 days into the next long semester.

**With the fall semester of 1981, the X and XF were eliminated and W and WF substituted for withdrawal from class and withdrawal from school.

## MEANING OF COURSE NUMBERS:

Course number carrying three numeric digits: The first digit in the course number represents the level of the course (i.e., "1" = freshman level and "2" = sophomore level.) The third digit in the course number represents the total semester credit hours awarded for the course.

Course numbers carrying four numeric digits: The first digit in the course number represents the level of the course (as above). The second digit in the course number represents the total semester credit hours awarded for the course.

Remedial courses: Any courses which have a number beginning with "0" are noncollege-level courses. The semester credit hours indicated for such courses count toward the student's load and are calculated into the grade point average for the term in which taken. However, these courses do not count toward credit for graduation and are not included nor calculated into the cumulative grade point average.

## TRANSFER CREDIT:

Credit accepted in transfer from other institutions is shown with the number of semester hours accepted, en bloc, from each institution.

## DEGREES AND AWARDS GRANTED:

A.A. - Associate in Arts
A.A.S. - Associate in Applied Science
Proficiency Certificates - one year or more

[Previously, the Associate in Business Administration (A.B.A.) and the Associate in Science (A.S.) were also offered.]
[Certificates of Completion (less than one year) are noted on transcript.]

## ACCREDITATION:

Tyler Junior College, established in 1926, is fully accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award the associate in arts degree, the associate in applied science degree and proficiency certificates. Membership in this accrediting association makes possible the transfer of credit for work completed at Tyler Junior College to other accredited colleges and universities.

## VALIDATION:

A transcript is official when signed by the Registrar, is dated, and imprinted with the embossed seal of Tyler Junior College.

This academic record is furnished at the request of the student. Pursuant to the Family Educational Rights and Privacy Act of 1974, Federal Law 93-380, release of it or disclosure of its contents to a

Exhibit 37 - 5

**Tyler Junior College**
P.O. Box 9020
Tyler, Texas 75711

# TAAS INVENTORY

Name _Julius Robinson_ Social Security No. _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_

Address _533 Riding #144_

City _Arlington_ State _TX_ Zip _76011_

Have you passed the **Texas Assessment of Academic Skills Test?**    **(TAAS or TEAMS)**

☒ Yes    ☐ No

Name of High School attended _Lamar High School_

Date of Graduation _5/25/96_

High School was:

☒    1.    Texas Public High School

☐    2.    Private High School

☐    3.    Out of State High School

☐    4.    Home Study

☐    5.    G.E.D.

☐    6.    Other

Any falsification of this information will cause my status to be reviewed, with possible dismissal.

Date _8-1-96_

_____
Signature

Tyler Junior College gives equal consideration of all applicants for admission without regard to race, creed, color, national origin, sex, age, marital status or physical handicap.

5/92

**Exhibit 37 - 6**

# STATE OF TEXAS ACADEMIC ACHIEVEMENT RECORD

Full Legal Name ROBINSON JULIUS O
Student ID Number 82399  Ethnicity BLACK NOT HISPAN
Social Security Number 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  Sex MALE
Date of Birth 8/08/76  Place of Birth FAYETTEVILL AR
___ Parent ___ Guardian  Name HOLLIMAN ROSA
Current Address 533 RIDING PL. #144
ARLINGTON  TX  76011
City  State  Zip Code

Most Recent Former Address ___
Street  City / State / Zip Code
Home Phone 817 828-5830  Business Phone 817 261-3601

Name of High School LAMAR HIGH SCHOOL
Phone 817 460-4721  Proposed Date of Graduation 1996
High School Address 1400 LAMAR BLVD W
ARLINGTON  TX  76012
City  State  Zip Code
District Name ARLINGTON INDEPENDENT SCHOOL DISTRICT
TEA County/District/Campus Number 220 901 003
Rank 387  No. in Class 482  Date of Ranking 5/24/96
Grade Point Average 4.98214  Date Graduated 5/24/96
Last District/High School Attended LAMAR HIGH SCHOOL
Address ARL TX.
City  State  Zip Code

Page 1 of 2
College Board Campus Code Number 440241
High School Program X
Advanced High School Program ___
Advanced High School Honors Program ___
Recommended Program ___
Date of Entry in 8th Grade ___

TAAS Mastery, Exit Level
Writing  3/96
Reading  10/94
Mathematics  5/96

WELDON K. ENGLISH  PRINCIPAL
Signature and Title of School Official

| Generic Course Name | GRADE 09 1991 - 92 | | | | GRADE 10 1992 - 93 | | | | GRADE 11 1993 - 94 | | | | GRADE 12 1994 - 95 | | | | GRADE 7-8 1990 - 91 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. |
| ENGLISH LANGUAGE ARTS | ENG 1 A | 65 | | | ENG 2 | 48 | 42 | | ENG 3 | 71 | ABS | .5 | | | | | | | | |
| | ENG 1 R | 80 | | .5 | CR LA2 SM1 R | 82 | | .5 | ENG 4 R | 73 | | .5 | | | | | | | | |
| | ENG 1 B | | 71 | .5 | ENG 2 R | | 85 | .5 | | | | | | | | | | | | |
| MATHEMATICS | PRE-ALG | 85 | 70 | 1.0 | ALG 1 | 45 | INC | | ALG 1 | 72 | | .5 | INF GEOM | 86 | | .5 | | | | |
| | | | | | | | | | ALG 1 B | | 39 | | | | | | | | | |
| | | | | | | | | | ALG 1 R | 74 | | .5 | | | | | | | | |
| SCIENCE | PHYS SCI | 70 | 64 | .5 | BIO 1 M | 55 | | | BIO 1 | 73 | | .5 | | | | | | | | |
| | | | | | BIO 1 | | 43 | | BIO 1 M | 70 | | .5 | | | | | | | | |
| SOCIAL STUDIES | W HIST | 85 | | .5 | W HIST | 64 | 60 | | SOC | 70 | | .5 | | | | | | | | |
| | | | | | | | | | US HIST | 83 | 80 | 1.0 | | | | | | | | |
| ECONOMICS / FREE ENTERPRISE | | | | | | | | | PSYCH | 54 | | | | | | | | | | |
| HEALTH | HLTH ED | | 77 | .5 | | | | | W HIST | 71 | | .5 | | | | | | | | |
| PHYSICAL ED / EQUIVALENT | PE 1 | 95 | 96 | 1.0 | | | | | PE EQUIV L | 100 | | | PE EQUIV L | 100 | | | | | | |
| | | | | | PE EQUIV | 90 | 100 | 1.0 | ECO-FE 1SM R | 75 | | .5 | | | | | | | | |
| OTHER LANGUAGES | | | | | | | | | | | | | | | | | | | | |
| FINE ARTS | BAND 1 | 85 | 86 | 1.0 | | | | | | | | | | | | | | | | |
| COMPUTER SCIENCE | | | | | | | | | | | | | | | | | | | | |
| VOCATIONAL EDUCATION | | | | | RKPG | 77 | | .5 | MICROAP | 79 | 72 | 1.0 | ACCNTG | 73 | | .5 | | | | |
| | | | | | FSN | | INC | | | | | | PS | 85 | | .5 | | | | |
| BUSINESS EDUCATION | | | | | | | | | | | | | FSN | 86 | | .5 | | | | |
| OTHER ELECTIVES | | | | | | | | | | | | | ACD | 81 | | .5 | | | | |
| LOCAL CREDIT | | | | | | | | | | | | | | | | | | | | |
| | Total Credits for Year | | | 5.5 | Total Credits for Year | | | 2.5 | Total Credits for Year | | | 6.5 | Total Credits for Year | | | 2.5 | Total Credits for Year | | | |

TRANSCRIPT FORWARDED TO ADMISSIONS FOR EVALUATION

APR 24 1997

PVED DATE

PASSING GRADE IS 70 OR ABOVE

| VALUES | RESOURCE | REGULAR | HONORS |
|---|---|---|---|
| 97 - 100 | 9 | 12 | 15 |
| 93 - 96 | 8 | 11 | 14 |
| 90 - 92 | 7 | 10 | 13 |
| 87 - 89 | 6 | 9 | 12 |
| 83 - 86 | 5 | 8 | 11 |
| 80 - 82 | 4 | 7 | 10 |
| 77 - 79 | 3 | 6 | 9 |
| 73 - 76 | 2 | 5 | 8 |
| 70 - 72 | 1 | 4 | 7 |
| BELOW - 70 | 0 | 0 | 0 |

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | | 4.0 | 4.0 |

Entry 4/01/92 W/D ___
Reason ___
Entry ___ W/D ___
Reason ___

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | 11.0 | 7.0 | 18.0 |

Entry 8/24/92 W/D ___
Reason ___
Entry ___ W/D ___
Reason ___

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | 5.0 | 8.0 | 13.0 |

Entry 8/18/93 W/D ___
Reason ___
Entry ___ W/D ___
Reason ___

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | 5.0 | | 5.0 |

Entry 8/16/94 W/D ___
Reason ___
Entry ___ W/D ___
Reason ___

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | | | |

Entry ___ W/D ___
Reason ___
Entry ___ W/D ___
Reason ___

Note: In the "Abbreviated Course Name" column, space is provided to the right of the dashed line for H = Honors Courses;
P = Advanced Placement Courses; CBE = Credit by Exam; CP = Correspondence Course; R = Summer School Courses;
S = Special Education Courses taken with modified content or mastery levels as a result of an ARD decision; M = Modified
Material; L = Local credit; A = Articulated credit between the high school and TCJC or UTA; Other.

ACCREDITED BY:
Texas Education Agency
X Yes ___ No

CERTIFIED BY A.I.S.D RECORDS CLERK:

DATE:

ARLINGTON I.S.D
SET00850.OVL
REVISED 11/21/95

Exhibit 37 - 7

Case 4:00-cr-00260-Y   Document 2320   Filed 11/30/05   Page 9 of 28   PageID 5925

# STANDARDIZED TEST RESULTS

```
TAAS:  3/93  SS: WRITING 1350   READING 1310   MATH ____
TAAS: 10/93  SS: WRITING 1450   READING 1430   MATH 1230
TAAS:  3/94  TLI: READING  56   MATH  51
TAAS:  3/94  SS: WRITING 1350
TAAS: 10/94  TLI: READING  70   MATH  60
TAAS: 10/94  SS: WRITING 1290
TAAS: 10/95  TLI: READING ___   MATH  59
TAAS: 10/95  SS: WRITING 1480
TAAS:  3/96  TLI: READING ___   MATH  66
TAAS:  3/96  SS: WRITING 1570
```

= NOT RECENTERED/NOT REVISED SCORE

= REVISED SCORE

R = RECENTERED SCORE

Z = RECENTERED AND REVISED SCORE

# IMMUNIZATIONS

| VACCINE | STATUS | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR |
|---------|--------|----------|----------|----------|----------|----------|----------|----------|
| D/TET | B | 10/01/80 | 9/01/90 | | | | | |
| POLIO | B | 10/01/80 | | | | | | |
| MEASLES | 1 | 5/01/79 | | | | | | |
| RUBELLA | 1 | 5/01/79 | | | | | | |
| MUMPS | 1 | 5/01/79 | | | | | | |
| VISION | XX | | | | | | | |
| HEARING | XX | | | | | | | |
| SCOLIO | XX | | | | | | | |

| STATUS | DESCRIPTION |
|--------|-------------|
| 1 | FIRST SHOT |
| 2 | SECOND SHOT |
| 3 | THIRD SHOT |
| B | BOOSTER SHOT |

| STATUS | DESCRIPTION |
|--------|-------------|
| MR | MEDICAL / RELIGION / AGE / DISEASE |
| XX | UNKNOWN |
| N | NORMAL |
| R | REFER |

Academic Achievement Record Sent:

Requesting Agency          Date Sent

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

Academic Achievement Record Sent:

Requesting Agency          Date Sent

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

Honors/Activities_____

_____

_____

Special Comments _____

_____

**Exhibit 37 - 8**

ARLINGTON I S D

5/24/96

**Full Legal Name** ROBINSON JULIUS O
**Student ID Number** 82399 **Ethnicity** BLACK NOT HISPAN
**Social Security Number** 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 **Sex** MALE
**Date of Birth** 8/08/76 **Place of Birth** FAYETTEVILL AR
**Parent** **Guardian Name** HOLLIMAN ROSA
**Current Address** 533 RIDING PL. #144
ARLINGTON TX 76011
City State Zip Code

**Most Recent Former Address** _____
Street City / State / Zip Code
**Home Phone** 817 828-5830 **Business Phone** 817 261-3601

**Name of High School** LAMAR HIGH SCHOOL
**Phone** 817 460-4721 **Proposed Date of Graduation** 1996
**High School Address** 1400 LAMAR BLVD W
ARLINGTON TX 76012
City State Zip Code
**District Name** ARLINGTON INDEPENDENT SCHOOL DISTRICT
**TEA County/District/Campus Number** 220 901 003
**Rank** 387 **No. in Class** 482 **Date of Ranking** 5/24/96
**Grade Point Average** 4.98214 **Date Graduated** 5/24/96
**Last District/High School Attended** LAMAR HIGH SCHOOL
**Address** _____ ARL TX.
City State Zip Code

**Page** 2 **of** 2
**College Board Campus Code Number** 440241
**High School Program** X
**Advanced High School Program** _____
**Advanced High School Honors Program** _____
**Recommended Program** _____
**Date of Entry in 8th Grade** _____
**TAAS Mastery, Exit Level**
Writing 3/96
Reading 10/94
Mathematics 5/96
WELDON K. ENGLISH PRINCIPAL
Signature and Title of School Official

| Generic Course Name | GRADE 12 1995-96 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 19 - Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 19 - Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 19 - Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 19 - Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENGLISH LANGUAGE ARTS | ENG 3 | | 80 | .5 | | | | | | | | | | | | | | | | |
| | ENG 4 B | | 80 | .5 | | | | | | | | | | | | | | | | |
| MATHEMATICS | INF GEOM | | 81 | .5 | | | | | | | | | | | | | | | | |
| SCIENCE | PHYS SCI | | 84 | .5 | | | | | | | | | | | | | | | | |
| SOCIAL STUDIES | W GEO | 81 | 81 | 1.0 | | | | | | | | | | | | | | | | |
| ECONOMICS / FREE ENTERPRISE | US GOVT | 82 | | .5 | | | | | | | | | | | | | | | | |
| HEALTH | | | | | | | | | | | | | | | | | | | | |
| PHYSICAL ED / EQUIVALENT | | | | | | | | | | | | | | | | | | | | |
| OTHER LANGUAGES | | | | | | | | | | | | | | | | | | | | |
| FINE ARTS | | | | | | | | | | | | | | | | | | | | |
| COMPUTER SCIENCE | | | | | | | | | | | | | | | | | | | | |
| VOCATIONAL EDUCATION | MGT | 89 | | .5 | | | | | | | | | | | | | | | | |
| BUSINESS EDUCATION | | | | | | | | | | | | | | | | | | | | |
| OTHER ELECTIVES | | | | | | | | | | | | | | | | | | | | |
| LOCAL CREDIT | | | | | | | | | | | | | | | | | | | | |
| | **Total Credits for Year** | | | 4.0 | **Total Credits for Year** | | | | **Total Credits for Year** | | | | **Total Credits for Year** | | | | **Total Credits for Year** | | | |

TRANS ADMISSION TO
APR 24 1997

A PASSING GRADE IS 70 OR ABOVE

| VALUES | RESOURCE | REGULAR | HONORS |
|---|---|---|---|
| 97—100 | 9 | 12 | 15 |
| 93—96 | 8 | 11 | 14 |
| 90—92 | 7 | 10 | 13 |
| 87—89 | 6 | 9 | 12 |
| 83—86 | 5 | 8 | 11 |
| 80—82 | 4 | 7 | 10 |
| 77—79 | 3 | 6 | 9 |
| 73—76 | 2 | 5 | 8 |
| 70—72 | 1 | 4 | 7 |
| BELOW - 70 | 0 | 0 | 0 |

| | ABSENCES 1st Sem 2nd Sem Total |
|---|---|
| Regular School Year | |
| Entry W/D | |
| Reason | |
| Entry W/D | |
| Reason | |

Note: In the "Abbreviated Course Name" column, space is provided to the right of the dashed line for H = Honors Courses;
P = Advanced Placement Courses; CBE = Credit by Exam; CP = Correspondence Course; R = Summer School Courses;
S = Special Education Courses taken with modified content or mastery levels as a result of an ARD decision; M = Modified
Material; L = Local credit; A = Articulated credit between the high school and TCJC or UTA; Other.

ACCREDITED BY:
Texas Education Agency
X Yes ___No

CERTIFIED BY A.I.S.D
RECORDS CLERK:

DATE

Exhibit 37 - 9

ARLINGTON I.S.D
SET00850.OVL

Case 4:00-cr-00260-Y    Document 2320    Filed 11/30/05    Page 11 of 28    PageID 5927

# STANDARDIZED TEST RESULTS

TAAS: _3/93_ SS: WRITING 1350   READING 1310   MATH ____
TAAS: 10/93 SS: WRITING 1450   READING 1430   MATH 1230
TAAS: _3/94_ TLI: READING _56_   MATH _51_
TAAS: _3/94_ SS: WRITING 1350
TAAS: 10/94 TLI: READING _70_   MATH _60_
TAAS: 10/94 SS: WRITING 1290
TAAS: 10/95 TLI: READING ___   MATH _59_
TAAS: 10/95 SS: WRITING 1480
TAAS: _3/96_ TLI: READING ___   MATH _66_
TAAS: _3/96_ SS: WRITING 1570

= NOT RECENTERED/NOT REVISED SCORE
= REVISED SCORE
= RECENTERED SCORE
 _Z_ = RECENTERED AND REVISED SCORE

# IMMUNIZATIONS

| VACCINE | STATUS | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR |
|---------|--------|----------|----------|----------|----------|----------|----------|----------|
| D/TET | B | 10/01/80 | 9/01/90 | | | | | |
| POLIO | B | 10/01/80 | | | | | | |
| MEASLES | 1 | 5/01/79 | | | | | | |
| RUBELLA | 1 | 5/01/79 | | | | | | |
| MUMPS | 1 | 5/01/79 | | | | | | |
| VISION | XX | | | | | | | |
| HEARING | XX | | | | | | | |
| SCOLIO | XX | | | | | | | |

| STATUS | DESCRIPTION |
|--------|-------------|
| 1 | FIRST SHOT |
| 2 | SECOND SHOT |
| 3 | THIRD SHOT |
| B | BOOSTER SHOT |

| STATUS | DESCRIPTION |
|--------|-------------|
| MR | MEDICAL / RELIGION / AGE / DISEASE |
| XX | UNKNOWN |
| N | NORMAL |
| R | REFER |

Academic Achievement Record Sent:

Requesting Agency                Date Sent
_____
_____
_____
_____
_____
_____

Academic Achievement Record Sent:

Requesting Agency                Date Sent
_____
_____
_____
_____
_____
_____

Honors/Activities_____
_____
_____
_____

Special Comments _____
_____

**Exhibit 37 - 10**

ARLINGTON I.S.D
BET00051

# STANDARDIZED TEST RESULTS

| TAAS: 3/93 | SS: WRITING 1350 | READING 1310 | MATH ____ |
| TAAS: 10/93 | SS: WRITING 1450 | READING 1430 | MATH 1230 |
| TAAS: 3/94 | TLI: READING 70 | MATH 60 | |
| TAAS: 3/94 | SS: WRITING 1350 | | |
| TAAS: 10/94 | TLI: READING 70 | MATH 60 | |
| TAAS: 10/94 | SS: WRITING 1290 | | |

# IMMUNIZATIONS

| VACCINE | STATUS | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR |
|---------|--------|----------|----------|----------|----------|----------|----------|----------|
| D/TET | B | 10/01/80 | 9/01/90 | | | | | |
| POLIO | B | 10/01/80 | | | | | | |
| MEASLES | 1 | 5/01/79 | | | | | | |
| RUBELLA | 1 | 5/01/79 | | | | | | |
| MUMPS | 1 | 5/01/79 | | | | | | |
| VISION | XX | | | | | | | |
| HEARING | XX | | | | | | | |
| SCOLIO | XX | | | | | | | |

| STATUS | DESCRIPTION |
|--------|-------------|
| 1 | FIRST SHOT |
| 2 | SECOND SHOT |
| 3 | THIRD SHOT |
| B | BOOSTER SHOT |

| STATUS | DESCRIPTION |
|--------|-------------|
| MR | MEDICAL / RELIGION / AGE / DISEASE |
| XX | UNKNOWN |
| N | NORMAL |
| R | REFER |

Academic Achievement Record Sent:

Requesting Agency                    Date Sent

_____
_____
_____
_____
_____
_____

Academic Achievement Record Sent:

Requesting Agency                    Date Sent

_____
_____
_____
_____
_____
_____

Honors/Activities _____
_____
_____
_____

Special Comments _____
_____

Criminal No. 4:00-CR-260-Y

USA v. Nathan Henderson, et al

GOVT'S EXHIBIT 297

DATE: _____ IDEN.

DATE: _____ EVID.

BY: _____
        Deputy Clerk

Exhibit 37 - 11

**Full Legal Name** ROBINSON   JULIUS   O
**Student ID Number** 82399   **Ethnicity** BLACK NOT HISPAN
**Social Security Number** 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   **Sex** MALE
**Date of Birth** 8/08/76   **Place of Birth** FAYETTEVILL   AR
**Parent ___ Guardian ___ Name** HOLLIMAN   ROSA
**Current Address** 1413 N. COOPER CIR # A
ARLINGTON    TX    76011
City    State    Zip Code

**Most Recent Former Address**
Street    City / State / Zip Code
**Home Phone** ___ **Business Phone** 817 274-5571

**Name of High School** LAMAR HIGH SCHOOL
**Phone** 817 460-4721   **Proposed Date of Graduation** 1995
**High School Address** 1400 LAMAR BLVD W
ARLINGTON    TX    76012
City    State    Zip Code
**District Name** ARLINGTON INDEPENDENT SCHOOL DISTRICT
**TER County/District/Campus Number** 220 901 003
**Rank** 458   **No. in Class** 520   **Date of Ranking** 1/24/95
**Grade Point Average** 4.58333   **Date Graduated** ___
**Last District/High School Attended** DERMOTT JR HIGH SCHOOL
**Address** DERMOTT AR 71638
City    State    Zip Code

**Page** 1 **of** 1
**College Board Campus Code Number** 440241
**High School Program** X
**Advanced High School Program** ___
**Advanced High School Honors Program** ___
**Date of Entry in 8th Grade** ___

TAAS Mastery, Exit Level
Writing
Reading    10/94
Mathematics ___

WELDON K. ENGLISH    PRINCIPAL
Signature and Title of School Official

Case 4:00-cr-00260-Y   Document 2320   Filed 11/30/05   Page 13 of 28   PageID 5929

**Exhibit 37 - 12**

| Generic Course Name | GRADE 09 1991 - 92 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 10 1992 - 93 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 11 1993 - 94 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 12 1994 - 95 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 7-8 1990 - 91 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENGLISH LANGUAGE ARTS | ENG 1 A | 65 | | | ENG 2 | 48 | 42 | | ENG 3 | 71 | ABS | .5 | | | | | | | | |
| | ENG 1 R | 80 | | .5 | CR LA2 SM1 R | 82 | | .5 | ENG 4 R | 73 | | .5 | | | | | | | | |
| | ENG 1 B | | 71 | .5 | ENG 2 R | | 85 | .5 | | | | | | | | | | | | |
| MATHEMATICS | PRE-ALG | 85 | 70 | 1.0 | ALG 1 | 45 | INC | | ALG 1 | 72 | | .5 | INF GEOM | 86 | | .5 | | | | |
| | | | | | | | | | ALG 1 B | | 39 | | | | | | | | | |
| | | | | | | | | | ALG 1 R | | 74 | .5 | | | | | | | | |
| SCIENCE | PHYS SCI | 70 | 64 | .5 | BIO 1 M | 55 | | | BIO 1 | 73 | | .5 | | | | | | | | |
| | | | | | BIO 1 | | 43 | | BIO 1 M | | 70 | .5 | | | | | | | | |
| SOCIAL STUDIES | W HIST | 85 | | .5 | W HIST | 64 | 60 | | SOC | 70 | | .5 | | | | | | | | |
| | | | | | | | | | US HIST | 83 | 80 | 1.0 | | | | | | | | |
| ECONOMICS / FREE ENTERPRISE | | | | | | | | | PSYCH | 54 | | | | | | | | | | |
| HEALTH | HLTH ED | | 77 | .5 | | | | | W HIST | 71 | | .5 | | | | | | | | |
| PHYSICAL ED / EQUIVALENT | PE 1 | 95 | 96 | 1.0 | PE EQUIV | 90 | 100 | 1.0 | PE EQUIV | 100 | | | PE EQUIV | 100 | | | | | | |
| | | | | | | | | | ECO-FE 1SM R | 75 | | .5 | | | | | | | | |
| OTHER LANGUAGES | | | | | | | | | | | | | | | | | | | | |
| FINE ARTS | BAND 1 | 85 | 86 | 1.0 | | | | | | | | | | | | | | | | |
| COMPUTER SCIENCE | | | | | | | | | | | | | | | | | | | | |
| VOCATIONAL EDUCATION | | | | | RKPG | 77 | | .5 | MICROAP | 79 | 72 | 1.0 | ACCNTG | 73 | | .5 | | | | |
| | | | | | FSN | | INC | | | | | | PS | 85 | | .5 | | | | |
| BUSINESS EDUCATION | | | | | | | | | | | | | FSN | 86 | | .5 | | | | |
| OTHER ELECTIVES | | | | | | | | | | | | | ACD | 81 | | .5 | | | | |
| LOCAL CREDIT | | | | | | | | | | | | | | | | | | | | |
| | **Total Credits for Year** | | | 5.5 | **Total Credits for Year** | | | 2.5 | **Total Credits for Year** | | | 6.5 | **Total Credits for Year** | | | 2.5 | **Total Credits for Year** | | | |

**A PASSING GRADE IS 70 OR ABOVE**

| VALUES | BASIC | REGULAR | HONORS |
|---|---|---|---|
| 97 - 100 | 9 | 12 | 15 |
| 93 - 96 | 8 | 11 | 14 |
| 90 - 92 | 7 | 10 | 13 |
| 87 - 89 | 6 | 9 | 12 |
| 83 - 86 | 5 | 8 | 11 |
| 80 - 82 | 4 | 7 | 10 |
| 77 - 79 | 3 | 6 | 9 |
| 73 - 76 | 2 | 5 | 8 |
| 70 - 72 | 1 | 4 | 7 |
| BELOW - 70 | 0 | 0 | 0 |

**ABSENCES** (1st Sem / 2nd Sem / Total)
Regular School Year: 4.0 / 4.0   Entry 4/01/92 W/D ___ Reason ___ Entry ___ W/D ___ Reason ___
Regular School Year: 11.0 / 7.0 / 18.0   Entry 8/24/92 W/D ___ Reason ___ Entry ___ W/D ___ Reason ___
Regular School Year: 5.0 / 8.0 / 13.0   Entry 8/18/93 W/D ___ Reason ___ Entry ___ W/D ___ Reason ___
Regular School Year: 5.0 / 5.0   Entry 8/16/94 W/D ___ Reason ___ Entry ___ W/D ___ Reason ___
Regular School Year: ___ Entry ___ W/D ___ Reason ___ Entry ___ W/D ___ Reason ___

Note: In the "Abbreviated Course Name" column, space is provided to the right of the dashed line for H = Honors Courses; P = Advanced Placement Courses; I = International Baccalaureate Courses; CBE = Credit by Exam; CP = Correspondence Course; R = Summer School Courses; S = Special Education Courses taken with modified content or mastery levels as a result of an ARD decision; M = Modified Material; A = Articulated credit between the high school and TCJC or UTA; Other.

**ACCREDITED BY:**
Texas Education Agency: X Yes ___ No
Southern Association of Secondary Schools: X Yes ___ No

**CERTIFIED RECORD** _BPratt_    **DATE** ___ 7/01

OFFICIAL COPY

T Y L E R   J U N I O R   C O L L E G E                    07-JAN-97
REGISTRATION FORM
SPRING SEMESTER 1997

                    AS ON FILE                                    CHANGE

SOC. SEC. NUMBER        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              ( ASK FOR PROCEDURE )
STUDENT NAME            Julius O Robinson        ( ASK FOR SPECIAL FORM )
SEMESTER APPLIED       FALL SEMESTER 1996        _____
LAST SEM/YR ATTENDED                             _____

PERMANENT ADDRESS
  STREET LINE 1         533 Riding #144          _____
  STREET LINE 2                                  _____
  CITY / STATE / ZIP    Arlington, TX  76011     _____
  TELEPHONE NUMBER      (817) 461-7313           (____) _____-_____

LOCAL ADDRESS
  STREET LINE 1         533 Riding #144          _____
  STREET LINE 2                                  _____
  CITY / STATE / ZIP    Arlington, TX  76011     _____
  TELEPHONE NUMBER      (817) 461-7313           (____) _____-_____

DATE OF BIRTH            8/08/1976               ____/____/____
  MAJOR          9999   UNDECIDED MA             _____
  SEX                   Male                     _____
  RACE                  Black Non-Hispanic       _____
  RESIDENCE STATUS      Out-of-District          _____

PLEASE UPDATE SPECIAL POPULATIONS DATA                   ANSWER BY CIRCLING
  HOMEMAKER NEEDING NEW JOB SKILLS                       YES OR NO
  SINGLE PARENT                                          YES OR NO
  IS ENGLISH YOUR SECOND LANGUAGE?                       YES OR NO
  DO YOU HAVE A PHYSICAL OR LEARNING DISABILTY?   PHYSICAL OR LEARNING

          LIST COLLEGES ATTENDED SINCE LAST ENROLLED AT TJC
HRS    COLLEGE NAME          ADDRESS          CITY / STATE        ZIP
____  _____  _____  _____  _____
____  _____  _____  _____  _____

I UNDERSTAND THE REQUIREMENTS FOR CLASSIFICATION AS AN OUT-OF-DISTRICT TUITION
RESIDENT FOR TUITION PURPOSES AND AFFIRM BY MY SIGNATURE THAT TO THE BEST OF
MY KNOWLEDGE AND BELIEF I AM ELIGIBLE TO BE SO CLASSFIED.  I ALSO AFFIRM THAT
I WILL NOTIFY THE PROPER OFFICIALS IF CIRCUMSTANCES CHANGE SO AS TO DIS-
QUALIFY ME FOR THIS CLASSIFICATION.  I UNDERSTAND THAT VIOLATION OF THIS
OATH OF RESIDENCY WILL RESULT IN DISCIPLINARY ACTION.

ALSO, I UNDERSTAND THE STATE TASP REQUIREMENTS AND AGREE TO COMPLY.

          DATE: 1 / 2 / 97    SIGNED: _____

             STANDARD: YOURS     STANDARD: YOURS    STANDARD: YOURS
PTT SCORES.:  READ:  16           MATH:  9.          WRITE:
              ESSAY:  1           MATHE:             BUF:        0301

              READ 1301         MATH 0301

TASP STATUS:  TASP REQUIRED

**Exhibit 37 - 13**



PageID 5931

Page 15 of 28

Filed 11/30/05

Document 2320

# TENTATIVE STUDENT SCHEDULE REQUEST

SEMESTER _____ S' YEAR

NAME, (MR., MISS, MRS.) _____

(LAST)      (FIRST)      (OTHER)

Social Security Number: _____

(PHONE)

| TIME | MONDAY | WEDNESDAY | FRIDAY | TIME | TUESDAY | THURSDAY |
|------|--------|-----------|--------|------|---------|----------|
| 7:00 7:50 | | | | 7:00 8:15 | | |
| 8:00 8:50 | | | | 8:25 9:40 | CADD1331 0039625 9 INTR AUTOCAD 08:25AM 11:05AM T R | |
| 9:00 9:50 | 0019625 5 MATH READING 09:00AM 09:00AM M W F | | | 9:50 11:05 | | |
| 10:00 10:50 | | | | 11:15 12:30 | | |
| 11:00 11:50 | ENGL 0301 0029625 1 DEVELP ENG I 11:00AM 11:50AM M W F | | | 12:40 1:55 | | |
| 12:00 12:50 | 0301 0059625 9 DE MATH I 12:00PM 12:50PM M W F | | 20625 | 2:05 3:20 | | |
| 1:00 1:50 | | | | 3:30 4:45 | | |
| 2:00 2:50 | | | | | | |
| 3:00 3:50 | | | | | | |
| 4:00 4:50 | | | | | | |

Exhibit 37 - 14

## COUNSELOR/ADVISOR COURSE LISTING

READ 1301 ✓
MATH 0301
ENGL 0301
CADD 1331
DEVR 1304 (FN)
MFG 2109

134PM
SIGNATURE

### EVENING CLASSES

| Days | Period & Time | | Course |
|------|------|-----------|--------|
| Monday | 1 M | 5:35 - 6:50 | |
| | 2 M | 7:00 - 9:30 | |
| Tuesday | 1 Tu | 5:35 - 6:50 | |
| | 2 Tu | 7:00 - 9:30 | |
| Wednesday | 1 W | 5:35 - 6:50 | |
| | 2 W | 7:00 - 9:30 | |
| Thursday | 1 Th | 5:35 - 6:50 | |
| | 2 Th | 7:00 - 9:30 | |

### WEEKEND CLASSES

| Days | Period & Time | | Course |
|------|------|-----------|--------|
| Friday | 1 F | | |
| | 2 F | | |
| | 3 F | | |
| Saturday | 1 S | | |
| | 2 S | | |
| | 3 S | | |
| Sunday | 1 Su | | |

T Y L E R   J U N I O R   C O L L E G E                  07-JAN-97
REGISTRATION FORM
SPRING SEMESTER 1997

                    AS ON FILE                          CHANGE

SOC. SEC. NUMBER        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       ·        ( ASK FOR PROCEDURE )
STUDENT NAME            Julius O Robinson          ( ASK FOR SPECIAL FORM )
SEMESTER APPLIED        FALL SEMESTER 1996         _____
LAST SEM/YR ATTENDED                               _____

PERMANENT ADDRESS
    STREET LINE 1       533 Riding #144            _____
    STREET LINE 2                                  _____
    CITY / STATE / ZIP  Arlington, TX  76011       _____
    TELEPHONE NUMBER    (817) 461-7313             (____) _____-_____

LOCAL ADDRESS
    STREET LINE 1       533 Riding #144            _____
    STREET LINE 2                                  _____
    CITY / STATE / ZIP  Arlington, TX  76011       _____
    TELEPHONE NUMBER    (817) 461-7313             (____) _____-_____

DATE OF BIRTH           8/08/1976                  ____/____/____
    MAJOR      9999     UNDECIDED MA               _____
    SEX                 Male                       _____
    RACE                Black Non-Hispanic         _____
    RESIDENCE STATUS    Out-of-District            _____

PLEASE UPDATE SPECIAL POPULATIONS DATA                ANSWER BY CIRCLING
    HOMEMAKER NEEDING NEW JOB SKILLS                    YES OR (NO)
    SINGLE PARENT                                       YES OR (NO)
    IS ENGLISH YOUR SECOND LANGUAGE?                    YES OR (NO)
    DO YOU HAVE A PHYSICAL OR LEARNING DISABILTY?   PHYSICAL OR LEARNING

            LIST COLLEGES ATTENDED SINCE LAST ENROLLED AT TJC
HRS     COLLEGE NAME            ADDRESS          CITY / STATE      ZIP
____  _____  _____  _____  _____
____  _____  _____  _____  _____

I UNDERSTAND THE REQUIREMENTS FOR CLASSIFICATION AS AN OUT-OF-DISTRICT TUITION
RESIDENT FOR TUITION PURPOSES AND AFFIRM BY MY SIGNATURE THAT TO THE BEST OF
MY KNOWLEDGE AND BELIEF I AM ELIGIBLE TO BE SO CLASSFIED.  I ALSO AFFIRM THAT
I WILL NOTIFY THE PROPER OFFICIALS IF CIRCUMSTANCES CHANGE SO AS TO DIS-
QUALIFY ME FOR THIS CLASSIFICATION.  I UNDERSTAND THAT VIOLATION OF THIS
OATH OF RESIDENCY WILL RESULT IN DISCIPLINARY ACTION.

ALSO, I UNDERSTAND THE STATE TASP REQUIREMENTS AND AGREE TO COMPLY.

            DATE: _1_ / _2_ / _97_    SIGNED: _Julius Robinson_____

            STANDARD: YOURS      STANDARD: YOURS     STANDARD: YOURS
PTT SCORES.:   READ: (16)           MATH: (9)          ITE:           0301
            ESSAY:   1             MATHE:              THF:

            READ 1301            MATH 0301

TASP STATUS:   TASP REQUIRED

**Exhibit 37 - 15**

**Tyler Junior College**
P. O. Box 9020
Tyler, Texas 75711

**Admissions Application**

It is the policy of Tyler Junior College not to discriminate on the basis of race, creed, sex, national origin, age or handicap in its educational programs, activities or employment or admission policies.

SPRING

Name __Robinson__ __Julius__ __Orion__
       Last      First      Middle

Social Security No. __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__

Gender: ☒Male   ☐Female

Permanent (Parent's Address): __533 Riding H 144__
                                Box or Street Number

Area Code - Phone No. __817-461-7373__

City __Arlington__   State __TX__  Zip Code __76011__  County __Tarrant__

Birth Date __8__ __8__ __76__   Place _____  __NC__
            Month  Day  Year              City    State

Local/Commuting Address __533 Riding H 144__
                          Box or Street Number

Area Code -- Phone No. _____

City __Arlington__   State __TX__  Zip Code __760__  County __Tarrant__

In case of emergency, name of person to contact: __Ora Hornbea__

ACCEPTANCE

Relationship: __Friend__

Address: __193 Camera__

Telephone:(Area Code __817__ ) __465-4522__

---

To verify residency, attach a COPY (do not sent original) of at least one of the following: (1) **high school transcript,** if you graduated during the preceding 12 months; (2) **Texas drivers license,** if valid during the preceding 12 months; (3) **Texas voter registration card,** if valid during preceding 12 months; (4) **property tax receipts, utility bills,** or **other documents** that clearly show your residence at least 12 months ago.

### DO NOT LEAVE THIS SECTION BLANK. THE INFORMATION DETERMINES LEGAL RESIDENCE.

1. Are you claiming Texas residence (out-of-district) status for tuition purposes?  ☒Yes  ☐No
2. Are you claiming Tyler Junior College (in-district) residence status for tuition purposes?  ☐Yes  ☒No
3. Upon whom are you basing your claim of residence status?  ☐Self  ☒Parent  ☐Legal Guardian*
   *If Legal Guardian, guardianship papers must be provided.
4. If your claim of residence status is based upon self, answer the following questions:

   (a) How long have you resided in Texas? __5__ Years and __0__ Months
   (b) How long have you resided in-district? __0__ Years and __0__ Months
   (c) Previous state or country of residence __Dermott, AR__
   (d) If you came here within the past 5 years, why did you move to Texas?  ☒Education  ☐Employment  ☐Other _____

5. If your claim for residence status is based upon parent or legal guardian, please answer the following questions:

   (a) Name of person upon whom claim is based __Rosie Hutchins__
   (b) Relationship to self:  ☒Parent  ☐Legal Guardian
   (c) How long has this person resided in Texas? __7__ Years and __0__ Months
   (d) How long has this person resided in district? __0__ Years and __0__ Months
   (e) Previous state or country of residence __Dermott AR__
   (f) If this person came here within the past 5 years, why did this person move to Texas?

      ☐Education  ☒Employment  ☐Other _____
   (g) Is this person a U.S. Citizen?  ☒Yes  ☐No
   (h) Has parent or legal guardian claimed you as a dependent for U.S. federal income tax purposes for the tax year preceding your registration?  ☒Yes  ☐No
   (i) Will this person claim you for the current tax year?  ☐Yes  ☒No

---

### Oath of Residency

I understand that information submitted herein will be relied upon by Tyler Junior College officials to determine my status for admission and residency eligibility. I authorize Tyler Junior College to verify the information I have provided and to obtain my TASP scores to complete my admission. I agree to notify the proper officials of the institution of any changes in the information I have provided. I certify that the information on this application is complete and correct and understand that the submission of false information is grounds for rejection of my application, withdrawal of any offer of acceptance, cancellation of enrollment, or appropriate disciplinary action.

Signature __Julius Robinson__   Date __8-1-96__

Active military duty in Texas?  ☐Yes  ☒No

Are you a legal resident of the  TJC District?  ☐Yes  ☒No  ☐Out of State  ☐Alien
(District is composed of Tyler*, Chapel Hill*, Grand Saline, Lindale, Van*, Winona)
   *Portions are not in TJC District.

Are you a U.S. citizen?  ☒Yes  ☐No  If no, complete the box below:

---

To be completed by non-U.S. citizens ONLY:

Country of citizenship_____                 Country of birth_____
List the number of years you attended the following schools:
Elementary ( )      Secondary ( )      College/University ( )
Have you been granted a permanent resident status?  ☐ Yes   ☐ No
If yes, list your number_____
Are you requesting an I-20?  ☐ Yes   ☐ No   If yes, attach your Toefl score and affidavit of support.

*(Complete other side)*

**Exhibit 37 - 16**

*Ethnic Origin:     (1) ☐ White, Non-Hispanic     (3) ☐ Hispanic          (5) ☐ American Indian or Alaskan Native
                    (2) ☐ Black, Non-Hispanic     (4) ☐ Asian or Pacific Islander     (6) ☐ Non-Resident Alien
    *Optional: For affirmative action and statistical purposes.

Name under which you attended high school _____

Name of High School Attended _____     Graduation Date _____

City and State of High School _____

Have you passed the Texas Assessment of Academic Skills Test? (TAAS or TEAM)     ☒ Yes     ☐ No

Have you ever attended Tyler Junior College?     ☐ Yes     ☒ No

Name under which you attended _____

DATE OF LAST ATTENDANCE AT TYLER JUNIOR COLLEGE: _____

COLLEGE RECORD:
    List all colleges or universities, including Tyler Junior College, you have attended.

| School | City and State | Attendance Dates | Sem. Hours Completed |
|--------|----------------|------------------|----------------------|
|        |                |                  |                      |
|        |                |                  |                      |
|        |                |                  |                      |
|        |                |                  |                      |

Semester last attended: (1) ☐ Fall     (2) ☐ Spring     (3) ☐ Summer     Year _____

Are you eligible to return to the last school (college) attended?     ☐ Yes     ☐ No

Highest degree held:     ☐ None (0)     ☒ High School (1)     ☐ Associate Degree (2)
                         ☐ Certificate, GED (3)     ☐ Baccalaureate (4)     ☐ Other (5)

Do you plan to receive a degree or certificate from Tyler Junior College?     ☐ Yes     ☐ No

        IF YES, WHAT WILL BE YOUR MAJOR? Undecd

**Admissions to Tyler Junior College does not mean admissions in certain programs with limited enrollment.

What is your primary reason for attending Tyler Junior College?

☐ Earn a two-year degree (1)          ☐ Improve skills needed
☒ Earn credit to apply to a               in current job (6)
   four-year degree (2)               ☐ Get a better job (7)
☐ Earn a certificate of proficiency (3)   ☐ Maintain licensure (8)
☐ Personal enrichment (4)            ☐ Other (9)
☐ Get a job (5)

Are you a homemaker who has cared for the home and/or family
without pay and as a result needs training to enter the job market?
    ☐ Yes     ☒ No

Are you a single parent who is separated, divorced, or widowed and
who has separate or joint custody for one or more minor children?
    ☐ Yes     ☒ No

1. TEXAS ACADEMIC SKILLS PROGRAM (TASP)

    Tests Taken?     ☐ Yes     ☒ No
    Scores requested for TJC?     ☐ Yes     ☐ No     Date _____

    TASP scores:     Reading _____     Date Taken _____

                     Writing _____     Date Taken _____

                     Math _____     Date Taken _____

2. TASP EXEMPTION:
    Are you EXEMPT from TASP?     ☐ Yes     ☒ No

Check if you would like information on the following:     ☒ Financial Aid     ☐ Services for the Disabled

Date you plan to enter Tyler Junior College _____ Fall _____
                                              Semester          Year

Classification:     ☒ Freshman     ☐ Sophomore     ☐ Graduate

When you enroll, will you live: 1. ☐ at home                3. ☒ In residence hall
                                2. ☐ In off-campus housing      (If so, a residence hall
                                                                application must be completed)

Are you interested in a joint baccalaureate degree program between Tyler Junior College and The University of Texas at Tyler?
    ☒ Yes     ☐ No

Other senior institutions which you might wish to attend _____

Signature _____     Date 8-1-90

        (Complete other side)

                                                                RV-3-95

**Exhibit 37 - 17**

## CCI TRAINING CENTER, INC.
### 122 LINCOLN SQUARE * ARLINGTON, TX 76011

## INTERNAL WORKSHOP RECORDS

Participant's Name: _**ROBINSON, JULIUS**__ Sponsor: __**OPEN**____

Courses: ___**NETWORK ADMIN.**_____

Contract Start Date: __**08/07/00**__  End Date: ____**12/20/00**___

CCI Internal Auditor: ___**CE**

*********************************************************************************

✓ Master Student Registration List (MSRL)

✓ Enrollment Agreement with Signatures

✓ Record of Charges

✓ Payment Records

___ Attendance Records

✓ Tabe-PC Grades or Agency Testing
        (if necessary)

✓ Client Information Sheet

N/A Agency Contract / Corp PO

✓ Emergency Contact Information

✓ Letter of Admissions

___ Certificate Copies

✓ Diploma/Transcript

*********************************************************************************

Open/Corp. Refund Request

✓ Refund Calculation Worksheet

___ Refund check number and date (less than 120 days from term)

___ Cancelled refund check copy (more than 120 days from term)

NOTES:_____

| | | | | |
|---|---|---|---|---|
| NE Exam - ____ | V | Other Exams - ____ - ____ V | | |
| WS Exam - ____ | V | ____ - ____ V | | |
| Serv Exam - ____ | V | A+ Reg.- _____ | | |
| Ent Exam - ____ | V | Network + Reg.- _____ | | |
| W95 Exam - ____ | V | | | |

## Exhibit 37 - 18

TEXAS WORKFORCE COMMISSION
Proprietary Schools
Refund Worksheet

Instructions: We suggest you use this form to calculate allowable refund charges, and to include it in the student's file. You must have all of the supportive documentation listed on page 2 readily available; and we encourage you t attach copies of that documentation to this Refund Worksheet in the student's file.

School # _____ School Name _CCI Training Center_ Date of this Refund _12-13-00_

Student's Name _Julius Robinson_ Student's SSID # _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_

Student's Address _2602 Clayborn Ct._ Student's SSID # _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_

Student's Phone # _817-454-8015_ City/State/Zip _Arlington, TX 76014_

Type of funding (circle if applicable) LOAN, GRANT, (CASH,) SPONSORED (by_____) Refund Computed By _Debbie Wesson_

Program _Network Admin_ 
(use separate Refund Worksheet for each Program) Total Clock Hours in Program (1) _308_ or (2) _____

Fee $ _50.00_ Tuition (1) $ _5580.00_ or (2) $ _____

Enrollment Date _8-7-00_ First Day of Attendance _8-7-00_ Other Charges if separate from Tuition $ _350.00_

Last Day of Attendance _11-7-00_

Hours Scheduled Per Day _4_ Days Scheduled Per Week _4_ Termination Date _11-22-00_

**Computation Data:**

Has the student completed more than three weeks of training? _yes_ If not, how many weeks? _____

1. Hours Attended _200_

2. Hours Absent _12_

3. Scheduled Hours _212_ (how many hours scheduled through the last day of attendance)

4. Total hours scheduled for the current year _308_

5. Percent scheduled hours completed _69_ % (Total of #3 divided by total of #4 multiplied by 100)

(1) Program hours and costs should reflect totals adjusted for credit given for previous education and training if applicable.
(2) Clock hours are for the current year; if the normally scheduled program length exceeds one year, charge for each year independently.

Page 1 of 2

**Exhibit 37 - 19**

# MICHAEL GREGORY
**Attorney at Law**
**111 North Houston Street, Suite 200**
**Fort Worth, Texas**
**(817) 335-1854**
**Fax: (817) 335-3193**

November 22, 2000

Attn: Tina Harrell
CCI TRAINING CENTER
122 Lincoln Square
Arlington, Texas 76011

Sent via fax to: 817-226-6601

RE:   JULIUS ROBINSON

Dear Ms. Tina:

Pursuant to our telephone conversation with your office, this letter is to advise that my office represents Julius Robinson in various legal matters concerning his personal business. At this time, Julius is unable to continue school at your facility and has requested that I contact you for the purpose of canceling his classes and receiving any tuition refund that may be due him at this time.

Your refund policy indicates that the effective termination date should be ten school days following the last date of attendance, which I believe would have been around the first week of November. Please calculate Julius' refund amount and forward same to my office at the address shown above.

If you have any questions or need further information, please contact my office. Thank you for your courtesy and assistance.

Sincerely,

MICHAEL GREGORY

MG:m

**Exhibit 37 - 20**

**Debbie Wesson**

From:          Tina Harrell
Sent:          Thursday, November 16, 2000 3:35 PM
To:            Debbie Wesson
Cc:            Christa Erb; Jim Red; Philip Dickson
Subject:       student

Julius Robinson will be with drawing from the program. He will fax us a with draw letter this afternoon. Tina

1

**Exhibit 37 - 21**

## Christa Erb

From:              Tina Harrell
Sent:              Thursday, November 09, 2000 11:16 AM
To:                Philip Dickson
Cc:                Christa Erb; Debbie Wesson; Jim Red
Subject:           Leave of absence

Julius Robinson is in class # 810 and will need to take a leave of absence. Tina

1

**Exhibit 37 - 22**

## CCI TRAINING CENTER, INC.
### ARLINGTON, TX
### August 2000   ATTENDANCE RECORD

NAME: **ROBINSON, JULIUS**

PROGRAM:   NETWORK ADMIN.          START DATE: 08/07/00 #810

| DAY OF WEEK | August | ACTIVITY | TIME IN | TIME OUT | HOURS | SIGNATURE (REQUIRED) |
|---|---|---|---|---|---|---|
| TUE | 1st | | | | | |
| WED | 2nd | | | | | |
| THURS | 3rd | | | | | |
| FRI | 4th | | | | | |
| SAT | 5th | | | | | |
| SUN | 6th | | | | | |
| MON | 7th | Julius | 6:00 | 10:00 pm | 4 | Julius Robinson |
| TUE | 8th | Julius | 6:00 | 10:00 pm | 4 | Julius Robin |
| WED | 9th | Julius | 6:00 | 10:00 pm | 4 | Julius Rob |
| THURS | 10th | Julius | 6:00 | 10:00 pm | 4 | Julius Rob |
| FRI | 11th | | | | | |
| SAT | 12th | | | | | |
| SUN | 13th | | | | | |
| MON | 14th | — | 6:00 | 10:00 pm | 4 | Julius Rob |
| TUE | 15th | | 6:00 | 10:00 pm | 4 | Julius Rob |
| WED | 16th | | 6:00 | 10:00 pm | 4 | Julius Rob |
| THURS | 17th | | 6:00 | 10:00 pm | 4 | Julius Rob |
| FRI | 18th | | | | | |
| SAT | 19th | | | | | |
| SUN | 20th | | | | | |
| MON | 21st | | 6:00 | 10:00 pm | 4 | Julius Rob |
| TUE | 22nd | | 6:00 | 6:00 pm | 4 | Julius Rob |
| WED | 23rd | | 6:00 | 10:00 pm | 4 | Julius Rob |
| THURS | 24th | | 6:00 | 10:00 pm | 4 | Julius Rob |
| FRI | 25th | | | | | |
| SAT | 26th | | | | | |
| SUN | 27th | | | | | |
| MON | 28th | | 6:00 | 10:00 pm | 4 | Julius Rob |
| TUES | 29th | | 6:00 | 10:00 pm | 4 | Julius Rob |
| WED | 30th | | 6:00 | 10:00 pm | 4 | Julius Rob |
| THURS | 31st | | 6:00 | 10:00 pm | 4 | Julius Rob |

**Exhibit 37 - 23**

## CCI TRAINING CENTER, INC.
### ARLINGTON, TX
### September 2000   ATTENDANCE RECORD

NAME: **ROBINSON, JULIUS**

PROGRAM:   NETWORK ADMIN.          START DATE: 08/07/00 #810

| DAY OF WEEK | September | ACTIVITY | TIME IN | TIME OUT | HOURS | SIGNATURE (REQUIRED) |
|---|---|---|---|---|---|---|
| FRI | 1st | | | | | |
| SAT | 2nd | | | | | |
| SUN | 3rd | | | | | |
| MON | 4th | | | | | |
| TUE | 5th | | 6:00 | 10:00 | 4 | Julius Rob— |
| WED | 6th | | 6:00 | 10:00 | 4 | Julius Rob— |
| THURS | 7th | | 6:00 | 10:00 | 4 | Julius Rob— |
| FRI | 8th | | | | | |
| SAT | 9th | | | | | |
| SUN | 10th | | | | | |
| MON | 11th | | 6:00 | 10:00 | 4 | Julius Rob— |
| TUE | 12th | | 6:00 | 10:00 | 4 | Julius Rob— |
| WED | 13th | | 6:00 | 10:00 | 4 | Julius Rob— |
| THURS | 14th | | 6:00 | 10:00 | 4 | Julius Rob— |
| FRI | 15th | | | | | |
| SAT | 16th | | | | | |
| SUN | 17th | | | | | |
| MON | 18th | | 6:00 | 10:00 | 4 | Julius Rob— |
| TUE | 19th | | 6:00 | 10:00 | 4 | Julius Rob— |
| WED | 20th | | | | | |
| THURS | 21st | | 6:00 | 10:00 | 4 | Julius Rob— |
| FRI | 22nd | | | | | |
| SAT | 23rd | | | | | |
| SUN | 24th | | | | | |
| MON | 25th | | 6:00 | 10:00 | 4 | Julius Rob— |
| TUES | 26th | | 6:00 | 10:00 | 4 | Julius Rob— |
| WED | 27th | | 6:00 | 10:00 | 4 | Julius Rob— |
| THURS | 28th | | 6:00 | 10:00 | 4 | Julius Rob— |
| FRI | 29th | | | | | |
| SAT | 30th | | | | | |

**Exhibit 37 - 24**

**CCI TRAINING CENTER, INC.**
**ARLINGTON, TX**
**October 2000   ATTENDANCE RECORD**

NAME:     **ROBINSON, JULIUS**

PROGRAM:   NETWORK ADMIN.          START DATE: 08/07/00 #810

| DAY OF WEEK | October | ACTIVITY | TIME IN | TIME OUT | HOURS | SIGNATURE (REQUIRED) |
|---|---|---|---|---|---|---|
| SUN | 1st | | | | | |
| MON | 2nd | | 6:00 | 10:00 | 4 | Julius RR |
| TUE | 3rd | | 6:00 | 10:00 | 4 | Jul Rob |
| WED | 4th | | 6:00 | 10:00 | 4 | Jul Rob |
| THURS | 5th | | 6:00 | 10:00 | 4 | Jul Rob |
| FRI | 6th | | | | | |
| SAT | 7th | | | | | |
| SUN | 8th | | | | | |
| MON | 9th | | | | | |
| TUE | 10th | | 6:00 | 10:00 | 4 | Julius Rob |
| WED | 11th | | 6:00 | 10:00 | 4 | |
| THURS | 12th | | 6:00 | 10:00 | 4 | |
| FRI | 13th | | | | | |
| SAT | 14th | | | | | |
| SUN | 15th | | | | | |
| MON | 16th | | 6:00 | 10:00 | 4 | |
| TUE | 17th | | 6:00 | 10:00 | 4 | |
| WED | 18th | | 6:00 | 10:00 | 4 | Julius Rob |
| THURS | 19th | | 6:00 | 10:00 | 4 | Jul Rob |
| FRI | 20th | | | | | |
| SAT | 21st | | | | | |
| SUN | 22nd | | | | | |
| MON | 23rd | | 6:00 | 10:00 | 4 | Jul Rob |
| TUES | 24th | | 6:00 | 10:00 | 4 | Jul Rob |
| WED | 25th | | 6:00 | 10:00 | 4 | Rob Rob |
| THURS | 26th | | 6:00 | 10:00 | 4 | Rob Rob |
| FRI | 29th | | | | | |
| SAT 30th | 30th | | 6:00 | 10:00 | 4 | Jul Rob |
| SUN | 31st | | | | | |

**Exhibit 37 - 25**

**CCI TRAINING CENTER, INC.**
**ARLINGTON, TX**
November 2000    ATTENDANCE RECORD

NAME:    **ROBINSON, JULIUS**
PROGRAM:    NETWORK ADMIN.    START DATE: 08/07/00 #810

| DAY OF WEEK | November | ACTIVITY | TIME IN | TIME OUT | HOURS | SIGNATURE (REQUIRED) |
|---|---|---|---|---|---|---|
| WED | 1st | | 6:00 | 10:00 | 4 | *(signature)* |
| THURS | 2nd | | 6:00 | 10:00 | 4 | *(signature)* |
| FRI | 3rd | | | | | |
| SAT | 4th | | | | | |
| SUN | 5th | | | | | |
| MON | 6th | | 6:00 | 10:00 | 4 | *(signature)* |
| TUE | 7th | | 6:00 | 10:00 | 4 | *(signature)* |
| WED | 8th | | | | | |
| THURS | 9th | | | | | |
| FRI | 10th | | | | | |
| SAT | 11th | | | | | |
| SUN | 12th | | | | | |
| MON | 13th | | | | | |
| TUE | 14th | | | | | |
| WED | 15th | | | | | |
| THURS | 16th | | | | | |
| FRI | 17th | | | | | |
| SAT | 18th | | | | | |
| SUN | 19th | | | | | |
| MON | 20th | | | | | |
| TUES | 21st | | | | | |
| WED | 22nd | | | | | |
| THURS | 23rd | | | | | |
| FRI | 24th | | | | | |
| SAT | 25th | | | | | |
| SUN | 26th | | | | | |
| MON | 27th | | | | | |
| TUES | 28TH | | | | | |
| WED | 29TH | | | | | |
| THURS | 30th | | | | | |

**Exhibit 37 - 26**



## Implementing and Supporting Microsoft® Windows NT® Workstation 4.0
## Examination Score Report

**CANDIDATE:** Julius Robinson

**CANDIDATE ID:** 2080634                    **DATE:** 23-Oct-2000

**REGISTRATION NUMBER:** 1715642           **SITE NUMBER:** 34356

**EXAM:** Implementing and Supporting Microsoft® Windows NT® Workstation 4.0

**SERIES:** 070-073



PASSING SCORE: 700    YOUR SCORE: 733    GRADE: Pass

### Section Analysis

|  | Percent Correct |
|---|---|
| Planning | 100% |
| Installation and Configuration | 42% |
| Managing Resources | 100% |
| Connectivity | 50% |
| Running Applications | 50% |
| Monitoring and Optimization | 100% |
| Troubleshooting | 100% |

### DO NOT LOSE THIS REPORT
**Thank you for choosing VUE!**

This examination was delivered at an authorised VUE Testing Centre.  For all your Microsoft testing needs, please contact your local VUE Testing Centre or visit our World Wide Web site at
**www.vue.com/ms**

*Or call...*

ADMIN, ZIP

**Exhibit 37 - 27**