THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | **Honorable Terry Means** |
| JULIUS ROBINSON | : | United States District Judge |

---

EXHIBIT NUMBER 37 (PART 2 OF 6, PAGES 28-54)

SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

---

CCI TRAINING CENTER, INC.

## BOOKS AND SUPPLIES
## VERIFICATION FORM

This is to document that I have received the following books and / or supplies from CCI Training Center, Inc. and have found them to be in good order.

## NT WORKSTATION 4.0

PRINT NAME: _Julius Robinson_

S.S.#: _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_    DOB: _8/8/76_

PHONE: _817-265-3892_    DATE: _9-21-00_

SIGNATURE: _Julius Robin_

**Exhibit 37 - 28**

CCI TRAINING CENTER, INC.

## BOOKS AND SUPPLIES
## VERIFICATION FORM

This is to document that I have received the following books and / or supplies from CCI Training Center, Inc. and have found them to be in good order.

## NT SERVER 4.0 STUDY GUIDE

PRINT NAME: _Julius Robinson_

S.S.#: _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_     DOB: _8/8/76_

PHONE: _817-265-3892_     DATE: _10-24-00_

SIGNATURE: _Julius Robinson_

**Exhibit 37 - 29**

CCI TRAINING CENTER, INC.

## BOOKS AND SUPPLIES
## VERIFICATION FORM˙

This is to document that I have received the following books and / or supplies from CCI Training Center, Inc. and have found them to be in good order.

## NETWORKING ESSENTIALS

PRINT NAME: _Julius Robinson_

S.S.#: _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_    DOB: _8/8/76_

PHONE: _817-265-3892_    DATE: _8/23/00_

SIGNATURE: _Julius Robin_

**Exhibit 37 - 30**

## CCI TRAINING CENTER, INC.

## BOOKS AND SUPPLIES
## VERIFICATION FORM

This is to document that I have received the following books and / or supplies from CCI Training Center, Inc. and have found them to be in good order.

## <u>INSIDE THE PC</u>
## <u>COMPLETE GUIDE TO DOS 6.22</u>

PRINT NAME: Julius Robinson

S.S.#: 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     DOB: 08-08-76

PHONE: 817-265-3892     DATE: 08-04-00

SIGNATURE: Julius Robin

**Exhibit 37 - 31**

CCI TRAINING CENTER, INC.

## BOOKS AND SUPPLIES
## VERIFICATION FORM

This is to document that I have received the following books and / or supplies from CCI Training Center, Inc. and have found them to be in good order.

## <u>CCI BINDER, PADFOLIO & BACKPACK</u>

PRINT NAME: Julius Robinson

S:S.#: 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    DOB: 08-08-76

PHONE: 817-265-3892    DATE: 08-07-00

SIGNATURE: Julius Robinson

**Exhibit 37 - 32**

**CCI TRAINING CENTER, INC.**
122 Lincoln Square * Arlington, TX 76011
*CLIENT INFORMATION*                          1328

Date 7-18-00                          Counselor Jim Harrell

| Name Julius Robinson | Address 2602 Clayborn CT |
|---|---|
| Home Phone 817 265-3892 | City, State, Zip Arlington, Tx 76014 |
| Work Phone 817-454-8015 | Birth Date (Required) 8-8-76 |
| Social Security # 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 | E-Mail Address: JRobinson950 AoL |

| Education: High school          Degree? | Referred By: N/A |
|---|---|
| Resume:     Yes_____     No X | Willing to Travel? yes |

Areas of Expertise: none/ sale pep

*For Office Use Only:*

| Workshops: | Start Date: | End Date: |
|---|---|---|
| ~~Networking Day~~ Eve | Aug 07, 00 | |

| CAD Interest | Net Tech Interest |
|---|---|
| Pre-Req Met?/Industry Exp. | Computer Literacy? |

| Tuition Plan: | Interview Date:_____   Counselor:_____ |
|---|---|

| TRC | WIA | Full |
|---|---|---|
| SallieMae | Tech/Plato | TEC |

First _____
Second 8/01/00          BG

| Availability: | Education Validation: | Yes ✓ | No |
|---|---|---|---|
| Day_____   Half Day_____ | Test Waived? | Yes_____ | No ✓ |
| Eve (M/T/Th)_____   Eve (W/F/Alt Sat)_____ | | | |

| Notes: _____ | Admission Test: | Math | Reading | Status |
|---|---|---|---|---|
| _____ | 1st Date: | 10.7 | 12.9 | |
| | 2nd Date: | | | |

**Exhibit 37 - 33**

Pre-Test Report for Julius Robinson

ID Number: 80100
Test Date: 08/01/00
Run Date: 08/01/00          Untimed Administration

:IN
TABE 7/8 SURVEY BE
Bud Graves
Arlington

| Subtests | L/F | NR | NA | SS | GE | NP | NC | NS | OM | Predicted | GED |
|----------|-----|----|----|-----|------|----|----|----|-----|-----------|-----|
| Reading | A7 | 18 | 25 | 592 | 10.7 | 88 | 74 | 7 | 40 | Reading | 51 |
| Math Compu | A7 | 12 | 15 | 655 | 12.9 | 99 | 99 | 9 | 100 | Science | 51 |
| | | | | | | | | | | Soc/Std | 51 |

L/F=Test Level & Form    NR=Number Right         NA=Number Attempted
SS=Scale Score           GE=Grade Equivalent     NP=National %ile
NC=Normal Curve Equiv    NS=National Stanine      OM=% of Obj. Mastered

| Objectives | Score | MST Level | Percent |
|------------|-------|-----------|---------|
| Reading | | | |
| INTERP.GRAPHICS | 2/ 2 | + | 100 |
| WDS. IN CONTEXT | 2/ 3 | P | 66 |
| RECALL INFORMA. | 1/ 3 | - | 33 |
| CONSTRUCT MEAN. | 6/ 9 | P | 66 |
| EVAL/EX.MEANING | 7/ 8 | + | 87 |
| Subtest Avg | | | 72 |
| | | | |
| Math Compu | | | |
| DECIM/FRAC/INTE | 7/ 9 | + | 77 |
| PERCNT/ALGEB OP | 5/ 6 | + | 83 |
| Subtest Avg | | | 80 |
| Total Average | | | 75 |

**Exhibit 37 - 34**

Case 4:00-cr-00260-Y   Document 2321   Filed 11/30/05   Page 9 of 28   PageID 5953

Exhibit 37 - 35

# Mirabeau B. Lamar High School

## Arlington, Texas

This certifies that

### Julius Robinson

having satisfactorily fulfilled the requirements prescribed by the Board of Education for graduation from the High School, is presented with this

## Diploma

Given this twenty-fifth day of May, nineteen hundred and ninety-six.



_____
Superintendent

_____
Principal

_____
President

_____
Secretary

Tuesday, August 15, 2000

Julius Robinson
2602 Clayborn Court
Arlington, Texas 76014

Dear Julius,

We are pleased to issue this Admission Letter for the Network Administrator Program, contingent upon receipt of your high school diploma (equivalency) or college transcript with tenth grade reading, math and comprehension test scores or a college diploma. Workshops provide job training, job placement assistance, and preparation to test for certification both as a Microsoft Certified Professional (MCP) in Windows NT and in Windows 95/Networking.

### WINDOWS NT & 95 NETWORK ADMINISTRATOR PROGRAM

| | |
|---|---|
| Minimum Required Hours: | 308 |
| Tuition: | $5580.00 |
| Supplies/Handouts: | $56.00 |
| Books: | $294.00 |
| Registration Fee: | $50.00 |
| Certification Tests: | *$500.00 |

*Certification tests are taken at a Prometric Certified Testing Center.

Start Date:08/07/00 Evening                    Class End Date:12/20/00

Workshops are subject to cancellation if the minimum number of participants is not met. No financial aid is available from CCI Training Center, Inc..

Our workshops are instructor led and utilize a hands-on format designed to give you that "competitive edge" in the shortest possible time frame. This is an accelerated job training program and requires regular attendance to prepare you for the job market.

Sincerely,

Tina Harrell
Training Coordinator

**Exhibit 37 - 36**

# NETWORKING TECHNOLOGIES
## WORKSHOP ENROLLMENT CONTRACT

| NAME Julius Robinson | DATE OF BIRTH 08-08-76 |
|---|---|
| ADDRESS 2602 Clayborn CT | DAY PHONE 817-454-8015 |
| CITY, STATE, ZIP Arlington, Tx 76014 | EVE PHONE 817-265-3892 |
| WORKING KNOWLEDGE OF: ___PC DOS ___WINDOWS ___WORD PROCESSING | SOCIAL SECURITY # 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 |
| EDUCATION: HIGH SCHOOL Lamar    COLLEGE _____    DEGREE _____ | |

| ☑ REGISTRATION/PROCESSING FEE (NON-REFUNDABLE)   $50.00 | WORKSHOP START DATE: 8-21-00 FT Day |
|---|---|

| PROGRAM | HOURS | FEES |
|---|---|---|
| ☑ NETWORK ADMINISTRATION | 308 | $5580.00 |
| Supply Fee | | $56.00 |
| Book Fee | | 294 |
| [ ] MODULE _____ | ____ | ____ |
| Supply Fee | | ____ |
| Book Fee | | ____ |
| [ ] COMPUTER SUPPORT SPEC. | 175 | $2980.00 |
| Supply Fee | | $64.00 |
| Book Fee | | ____ |

REGISTRATION CONFIRMED BY: _Jim Harrell_

DATE: 8-07-00

TOTAL PROGRAM AMOUNT: 5980

PAYMENT DUE DATE:

OFFICE USE ONLY:

PAYMENT METHOD: (Fees are payable one week prior to start of workshop)

[ ] CASH        [ ] CHECK        [ ] MONEY ORDER

[ ] SPONSORED BY: _____        [ ] OTHER: Tech loan

| CCI TRAINING CENTER, INC. | 122 Lincoln Square * Arlington, TX 76011 * Metro (817) 226-1900 |
|---|---|
| | 12815 Preston Road, Suite 137 * Dallas, TX 75230 * (972) 488-3334 |

**Exhibit 37 - 37**

## TEXAS WORKFORCE COMMISSION
**Proprietary Schools**
Receipt of Enrollment Policies

*C C I  Training  Center,  Inc.*
(Name of School)

**Authority for Data Collection:** Texas Education Code, Section 132.055 & Texas Administrative Code, Section 807.143.

**Planned Use of the Data:**  To provide evidence of receipt of that information which is required by law to be provided the student prior to enrollment.

**Instructions:**  This form is to be completed by the student prior to enrollment and the completed form maintained by the school in each student's file.  A copy of the completed form will be given to the student.  If additional clarification is needed, contact Proprietary Schools at (512) 936-3100.

**This information is provided for the student's protection.  Ensure each item of information is given to the student, fully explained and all questions answered prior to signing an enrollment agreement or contract.**

*The prospective student must acknowledge receipt by initialing*
*in the space provided on the bottom of the first page and signing at the end of the form.*

**A:**
I have received prior to enrollment:

☑ a copy of the school catalog and a program/course outline for the program(s) in which I wish to enroll.

☑ a schedule of the tuition, fees, and other charges.

☑ a copy of the cancellation and refund policy.

☑ the attendance, progress and grievance policies.

☑ rules of operation and conduct.

☑ regulations pertaining to incomplete grades.

☑ written and verbal explanations of the difference between a LOAN and a GRANT.
*(Complete this item only if the school participates in a loan or grant program.)*

☑ an invitation to tour the school's facilities and inspect equipment related to my planned program of instruction.
Date of Tour ___7- 1<-00___

**B:**
☐ If the school awards credit hours, I understand that transferability of any credit hours earned at this school may be limited.  I have also been provided a list of all known Texas institutions of higher learning and state technical institutes that will accept any or all of the credit hours earned at this school.

___JR___
(Student Initials)

## NET STAR SCHOLARSHIP PROGRAM

Net Star is CCI Training Center's proprietary bonus program designed to reward participants who have excelled in the Networking Technologies program. The Net Star program awards scholarships to students based on attendance and Microsoft® Certification achievements.

One of the following two scholarships are available:

1.  Full Elective Scholarship – Includes tuition-free scholarships for **BOTH** the TCP/IP and Internet Information Server workshops. To qualify the student must meet the Scholarship Criteria listed below and in addition must pass five (5) Microsoft Certification exams – Networking Essentials, NT 4.0 Workstation NT 4.0 Server, NT 4.0 Server in the Enterprise and Windows 95. A full elective scholarship may also be earned by passing four MCSE core certifications while in addition attending a minimum of 293 class hours (95% attendance rate) out of a total of 308 hours that make up the CCI Networking Technologies program.

2.  Single Elective Scholarship – Includes a tuition-free scholarship for **EITHER** the TCP/IP or Internet Information Server workshops. To qualify the student must meet the requirements listed below in the Scholarship Criteria and in addition must pass (4) Microsoft Certification exams – Networking Essentials, NT 4.0 Server, NT Server in the Enterprise and either Windows 95 or NT 4.0 Workstation.

### Scholarship Criteria:

1.  The student must complete **ALL** Networking Technologies workshops at CCI Training Center.

2.  All tuition and fee payments for the Networking Technologies program must be current before the student is eligible to receive a scholarship award.

3.  Students enrolled in the full day program must complete all of the required Microsoft Certifications within four (4) months of the start date of the first workshop, half-day students must complete within six (6) months, and evening students must complete within nine (9) months.

4.  Students who qualify for a scholarship must choose one of the two available scholarship options. Copies of the Microsoft exam scores and instructor documentation of class attendance must be submitted as verification of your eligibility.

5.  Scholarships are for tuition only. Participants are responsible for the payment of the enrollment fee ($50) and books prior to the start of each workshop. Payments for Microsoft Certification exams are also the responsibility of each participant.

6.  The scholarship offer applies only to electives available at CCI. All workshop schedules are subject to cancellation or revision without prior notice.

7   Dependant on the schedule of electives offered, the deadline to start the electives may be adjusted as necessary.

8.  CCI Training Center reserves the right to modify or cancel the Net Star program at any time.

I have read the contents of the Net Star program and agree with its terms and conditions.

Name (Print) _Julius Robinson_     Date _7-20-00_

Signature _Julius Robi_

**Exhibit 37 - 39**

# 2ⁿᵈ Interview Form

Name: **Julius Robinson**    CCI Counselor: **Tina Harrell**

## 1 - Academic/Physical ability to successfully complete program

1) Math test score of 10.0 or above.    **Yes**

2) Reading comprehension test score of 10.0 or above.    **Yes**

3) Physically capable of lifting computer, sitting and/or operating a keyboard.    **Yes**

4) Any foreseeable problems with regular and on-time attendance?    **No**

## 2 - Personal Commitment

1) Does student fully understand the commitment in effort required to successfully complete program?    **Yes**

2) Does student fully understand the commitment in outside-the-classroom time required? (<u>minimum</u> of 3 hours reading per class day – full day NA classes)    **Yes**

3) Has student discussed time requirements with family, significant other, etc.?    **Yes**

## 3 – Motivation

1) What has motivated student to pursue this career path?

**Likes computers wants secure career future**

2) How far does student intend to pursue his/her education in this field? (emphasis on the importance of certifications to job search/career progress)

**MCSE**

## 4 - Financial Ability

1) What is source of funding? (open, TRC, TWC, DCLWDB, etc)    **Open**

2) Agency Counselor    **N/A**

3) Is student employed [    ]  or unemployed?    **XX**

4) If employed, what class is student applying for? (Full day, half day, evening) (If full day, how does student plan to meet study time requirement?)

**Evenings**

Page 1 of 2

**Exhibit 37 - 40**

5) If unemployed, what is student's source of subsistence while attending school?

> **Savings + insurance settlement**

### 5 – Employability Concerns

1) Anything in student's personal or work history which would hinder or prevent student from being employable in the information technology industry?

> **No**

2) Does student have a realistic expectation of his/her entry-level salary probability?

> **Yes**

3) Does student know what Job Placement Assistance is as opposed to a Job Placement Agency? | **Yes**

### 6 – Other Concerns

1) Any other concerns on the part of the interviewer?

> **No**

2) Any questions or concerns on the part of the prospective student?

> **No**

| 1C | 2B | 3C | 4B | 5B | 6C |
|----|----|----|----|----|----|
| A/P | C | M | F | E | O |

Interviewer: _G. J. Graves_    Signature    _8 / 0 / 00_    Date

Student: _Julius Robinson_    Signature    _8 / 0 / 00_    Date

Page 2 of 2

**Exhibit 37 - 41**

## CCI TRAINING CENTER, INC.
### PAYMENT RECORD

Name: __ROBINSON, JULIUS_____          Sponsor: _OPEN__

Social Security #: __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____          CCI#: _1338_____

Counselor: __TINA HARRELL_____          Class #: _810_____

Workshop(s) ___NETWORK ADMIN._____          Total: _____

| Date | Invoice Amount | Credit Amount | Balance |
|------|---------------|--------------|---------|
| 7-21 | 50.00 | 50.00 | -0- |
| 8-7 | 55.00 | 55.00 | -0- |
| 8-8 | 5636.00 | 5636.00 | -0- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Exhibit 37 - 42**

DCI Training Center,
122 Lincoln Square
Arlington, TX 76011

Phone #: (817) 226-1900
Fax #:   (817) 226-6601

Customer ID: ROBINSON

**************************************
*                                    *
*          I N V O I C E             *
*                                    *
**************************************

Bill to:
 Julius Robinson
 2602 Clayborn Ct.
 Arlington, TX 76014

Ship to:
 Julius Robinson
 2602 Clayborn Ct.
 Arlington, TX 76014

—Date————————————————————————————————————————————————————————Due Date————————————————
08/08/00 |                          |                  | 02/08/00
—Order————————P.O. Number——————————————Salesperson————————————————————————————————————
08/08/00 |                          |                  |

| Req | Shp | B.O. | Item No. | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | | H | Supplies/Handouts | 56.00 | 56.00 |
| 1 | 1 | | PT | PC Essentials | 725.00 | 725.00 |
| 1 | 1 | | NT | Networking Essentials Tuitio | 995.00 | 995.00 |
| 1 | 1 | | WT | Windows NT 4.0  Workstation | 1222.00 | 1222.00 |
| 1 | 1 | | ST | Windows NT 4.0 Server | 1080.00 | 1080.00 |
| 1 | 1 | | ET | NT4 Server in the Enterprise | 770.00 | 770.00 |
| 1 | 1 | | ZT | Windows 95 Networking | 788.00 | 788.00 |

Invoice subtotal              5636.00

Invoice total                 5636.00

Less payments received        5636.00

Net balance due                  0.00

**Exhibit 37 - 43**

CCI Training Center,
132 Lincoln Square
Arlington, TX 76011

Invoice #:    7235

Customer ID: ROBINSON

Phone #: (817) 226-1900
Fax #:   (817) 226-6601

```
****************************************
*                                      *
 *         I N V O I C E            *
  *                                  *
   ****************************************
```

Bill to:
Julius Robinson
2602 Clayburn Ct.
Arlington, TX 76014

Ship to:
Julius Robinson
2602 Clayburn Ct.
Arlington, TX 76014

| Date | | Due Date |
|---|---|---|
| 08/07/00 | | 08/07/00 |

| Order | P.O. Number | Salesperson |
|---|---|---|
| 08/07/00 | | |

| Req | Shp | B.O. | Item No. | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | | PB | Inside the PC-P. Norton | 31.00 | 31.00 |
| 1 | 1 | | DOS | Compl Guide to DOS 6.22 | 24.00 | 24.00 |
| | | | | Invoice subtotal | | 55.00 |
| | | | | Invoice total | | 55.00 |
| | | | | Less payments received | | 55.00 |
| | | | | Net balance due | | 0.00 |

**Exhibit 37 - 44**

CCI Training Center,                        Invoice #:    7195

CCI Training Center,                        Customer ID: ROBINSON
CCI Lincoln Square
Arlington, TX 76011

Phone #: (817) 226-1900          ***************************
Fax #:   (817) 226-6601          *                         *
                                 *      I N V O I C E       *
                                 *                         *
                                 ***************************

Bill to:                         Ship to:
   Julius Robinson                  Julius Robinson
   2602 Clayborn Ct.                2602 Clayborn Ct.
   Arlington, TX 76014             Arlington, TX 76014

---Date---------------------------------------Due Date-----------------
07/20/00                                    : 07/21/00
---Order--------P.O. Number------------------Salesperson----------------
07/21/00                      :                                 :

| Req | Shp | B.O. | Item No. | Description | Price | Amount |
|-----|-----|------|----------|-------------|-------|--------|
| 1   | 1   | R    |          | Registration | 50.00 | 50.00 |
|     |     |      |          | Invoice subtotal | | 50.00 |
|     |     |      |          | Invoice total | | 50.00 |
|     |     |      |          | Less payments received | | 50.00 |
|     |     |      |          | Net balance due | | 0.00 |

**Exhibit 37 - 45**

FEDERAL PUBLIC DEFENDER
321 East 2nd Street
Los Angeles, California 90012-4202

Telephone (213) 894-2854
Facsimile (213) 894-4683



## FACSIMILE TRANSMISSION COVER SHEET

Date Sent:        August 19, 2005

TO:

NAME:    _LISA_

FAX #:    _870-538-1005_

Number of Pages to Follow: _2_

FROM:    _Ellen Turlington_

COMMENTS: _Please see enclosed letter_

IN EVENT OF TRANSMISSION ERROR OR FOR VOICE COMMUNICATION

FAX (213) 894-4683 or CALL (213) 894-2854

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

**Exhibit 37 - 46**

Case 4:00-cr-00260-Y   Document 2321   Filed 11/30/05   Page 21 of 28   PageID 5965

**Exhibit 37 - 47**

**I. NAME** Robinson Julius
(Last) (First) (Middle)

MALE ☒  FEMALE ☐  **DATE OF BIRTH** 1976 8 8 (Yr. / Mo. / Day)

**PLACE OF BIRTH** — Town — State  CODE ☐

Soc. Sec. No. _____

## II. DROP-OUT AND RE-ENTRY RECORD

| Date | Local Address* | Phone* | Date of Attendance* | Name of School* | Date | School and Grade Left | Reason | Date Re-Entered | School and Grade Re-Entered |
|---|---|---|---|---|---|---|---|---|---|
| Aug 81 | Hwy 35 E. | 8-3249 | Aug 81- | Dermott Elem | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**IV. PHOTOGRAPH**

## III. FAMILY DATA

| | MOTHER | FATHER |
|---|---|---|
| Name of Parents | Rose Robinson | |
| Home Address* | 501 N. Deer | |
| National Descent | | |
| Date Naturalized | | |
| Language in Home | | |
| Occupation* | | |
| Education* | | |
| Marital Status* | | |
| Deceased | | |
| With Whom Does Child Reside | grandmother | |

**CODE FOR REASONS FOR LEAVING SCHOOL**

TR—Transferred  EP—Employment Permit  D—Dead
PI—Permanent Illness  OA—Over Legal Age  M—Married

Date and Grade Record Started
Number Children in Family*
Boys*    Girls*
Remarks Regarding Home Conditions:

| Date | |
|---|---|
| | |
| | |
| | |
| | |

Date
Age
Grade

## V. ELEMENTARY SCHOOL RECORD

| | SUBJECTS | 82-83 KDG. | 83-84 1st Grade | 84-85 2nd Grade | 85-86 3 Grade | 86-87 3 Grade | 87-88 4 Grade | 88-89 5 Grade | 6 Grade | Grade |
|---|---|---|---|---|---|---|---|---|---|---|
| AR | Arithmetic | S | A- A | B B | C | D | B B | B- C- | C C | C D |
| ENGLISH | Reading | | A- A | B C | A- | C | A- B- | C+ C+ | B B | C C |
| ENGLISH | Language Grammar | S | | B B | 13 | B- | A- C | C- D+ | B C | C C |
| ENGLISH | Handwriting | S | B+ | B+ a- | B- | 13 | 13 B- | C C | S S- | S S |
| ENGLISH | Spelling | | | B+ a- | B A- | A | A B+ | C+ B- | D B | D D |
| ENGLISH | Phonics | | B+ B | | | | | | | |
| SOCIAL STUDIES | | | | a B | D- | D | B- B+ | B- D | B C | B B |
| SOCIAL STUDIES | | | | Promoted | | | | | | |
| SCIENCE | General Science | | | a B | | D+ | 13 B | B- D+ | C C | D |
| SCIENCE | Agriculture | | | | | | | | | |
| SCIENCE | Physiology Hygiene | | | | | | | | | |
| | Health | Health | | S S | D- | | 13 B- | | | C |
| | | | | A | | Retained | Promoted | Promoted | (Promoted) | |
| ARTS AND CRAFTS | Household Arts | | | A | | | | | | |
| ARTS AND CRAFTS | Industrial Arts | | | | | | | | | |
| ARTS AND CRAFTS | Art | | S S | S S | S | | | S | S S | |
| ARTS AND CRAFTS | Music | S S | S S | S S | S S | S | | S | S S | |
| | PE | PE | | S S | | | | S | A B | |
| | Band | Band | | | | | | | | |
| | Days Present | 172 | 176 | 176 88 | 82 83½ | 87 | 86 88 | 178 | 164 | |
| | Days Absent | 3 | 3 | 2 1 | 4 1 | 5 | 1 0 | 0 | 14 | |
| | Times Tardy | C | 0 | 178 | 0 0 | 0 | 0 2 | | | |
| | REMARKS | | | | | | | | | |

## VI. SECONDARY SCHOOL RECORD

**7th Grade YEAR 1989-90**

Weeks in School Year ____

| SUBJECTS | Mark 1st | Mark 2nd | Units |
|---|---|---|---|
| English | D | | |
| Math | D | | |
| Science | B | | |
| Geography | B | | |
| Art/Health | C/A | | |
| History/Music | | | |
| P.E. | A | A | |
| Jr. Band | B | | |

Units for the Year
Half Days Absent

| YEAR | Wks. in Sch. Yr. ____ SUBJECTS | Hrs. Per Wk. | Mark 1st | Mark 2nd | Units | Points | Grade |
|---|---|---|---|---|---|---|---|

Units and Points for Year
Units and Points to Date

**8th Grade YEAR**

Weeks in School Year ____

| SUBJECTS | Mark 1st | Mark 2nd | Units |
|---|---|---|---|

Units for the Year
Half Days Absent

| YEAR | Wks. in Sch. Yr. ____ SUBJECTS | Hrs. Per Wk. | Mark 1st | Mark 2nd | Units | Points | Grade |
|---|---|---|---|---|---|---|---|

Units and Points for Year
Units and Points to Date

**YEAR 91-92**

Weeks in School Year ____

| SUBJECTS | Mark 1st | Mark 2nd |
|---|---|---|
| English | F | |
| Phy Science | D | |
| Civics | B | |
| G. Math I | B | |
| Band | B | |
| PE/Health | A | |

Units for the Year
Half Days Absent

| YEAR | Wks. in Sch. Yr. ____ SUBJECTS | Hrs. Per Wk. | Mark 1st | Mark 2nd |
|---|---|---|---|---|

Units and Points for Year
Units and Points to Date



Exhibit 37 - 48

MEMBER OF NORTH CENTRAL ASSOCIATION

| OFFICE OF THE<br>SUPERINTENDENT<br>538-5264 | **Dermott Public Schools**<br>P. O. BOX 368<br>DERMOTT, ARKANSAS 71638<br>Betty Oates - Counselor | OFFICES OF THE<br>PRINCIPALS<br>HIGH SCHOOL 538-3291<br>MIDDLE SCHOOL 538-3252<br>ELEMENTARY 538-3249 |
|---|---|---|

Date ___4/ 22/92_____

Name of Student ___Julius Robinson___ Grade ___9th_____

Reason for Withdrawal ___Transfer_____

The grades for the above student are listed below, as of the day of the Quarter in which he or she withdrew from Dermott Junior High School.

| Period | Subject/Teacher | Qtr. 1 | Qtr. 2 | Sem. | Qtr. 3 | Qtr. 4 | Book Clear Yes/No | Teacher Signature |
|---|---|---|---|---|---|---|---|---|
| 1 | Alth/coaches | | | | | | | |
| 2 | Civics/ Lambert | | | | D+ | | | |
| 3 | Band/ Triggs | | | | A+ | | | |
| 4 | P.C. Hea/ Fleming Smith | | | | B | | | |
| 5 | Sci. /Owyoung | | | | F | | | |
| 6 | Eng/ Berry | | | | F | | | |
| 7 | Math/ Brown | | | | C+ | | | |

Days Absent:    1st. Sem. __4 1/2__ 2nd. Sem. __5 1/2__

Library Clearance ___-0-___

Office (Lock & Charges) ___-0-___

Counselor ___Mrs. Betty Oates___

Date Enrolled (If Late) _____

Date Withdrew ___3/27/92___

**Exhibit 37 - 49**

Case 4:00-cr-00260-Y   Document 2321   Filed 11/30/09   Page 24 of 28   PageID 5968

Exhibit 37 - 50

# HEALTH APPRAISAL RECORD

Approved by The Arkansas Department of Health
and The Arkansas Department of Education

## School Entry Requirements

Birth Certificate # *132*
*Vol. 331  P.410*
Immunizations complete
Physical Examination

Name: Last _____  First _____  Middle _____

Race _N_  Sex _M_

Birth Date _8-8-76_   State of Birth _Ark._

Parent _Rose Robinson - Parent_
_Margaret Holmes - Grandmother_   Guardian

Relationship _Mother_

Home Address _501 N. Deer St._
(Write in Pencil)

Directions to Home _____

Phone _None_   Emergency Phone _____

Child's Physician _Dr. Ser_   Phone _____

Alternate Physician _____   Phone _____

Dentist _____   Phone _____

Medical Care Information _____

*Required by Act 244 of 1967 and 633 of 1973

### Immunizations and Tests (Enter dates. Describe severe reactions or difficulties in Progress Notes).

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| DTP or TD* | 2-23-79 | 5-31-79 | 8-30-79 | 10-22-80 |  |
| Oral Polio* | 2-23-79 | 5-31-79 | 8-30-79 | 10-22-80 |  |
| Measles (Rubeola)* | 5-31-79 |  |  |  |  |
| Rubella* | (1) |  |  |  |  |
| Mumps | 5-31-79 |  |  |  |  |
| Tetanus Boosters | (1) | (2) | (3) | (4) | (5) |
| TB Skin Test | 2-23-79 | 6/9/81 | (3) | (4) | (5) |
| Sickle Cell Test | (1) |  |  |  |  |
| Hemoglobin/Hematocrit | 6/12/81  11.2 | (2) | (3) | (4) | (5) |
| Other (Specify) |  |  |  |  |  |

### Height and Weight Record (Record yearly in September and April)

| DATE | HEIGHT | WEIGHT | AGE to ½ year |
|---|---|---|---|
| 6/81 | 43½ | 44½ | 5 |

### Vision Tests

| DATE | TEST | RIGHT | LEFT |
|---|---|---|---|
|  |  |  |  |

### Hearing Tests

| DATE | TEST | RIGHT | LEFT |
|---|---|---|---|
| 12 Jun 81 - Grossly Normal |  |  |  |

### Dental Card

| DATE | AGE | REFER TO DENTIST | CONDITION CORRECTED |
|---|---|---|---|
|  |  |  |  |

Case 4:00-cr-00260-Y   Document 2321   Filed 11/30/05   Page 25 of 28   PageID 5969

**Exhibit 37 - 51**

| Illness and Conditions (Give age and occurrence) | | DATE | PROGRESS NOTES | SIGNATURE |
|---|---|---|---|---|
| Chicken Pox | | | | |
| Mumps | | | | |
| Measles | | | | |
| Rubella | | | | |
| Headlice | | | | |
| Scabies | | | | |
| Diabetes | | | | |
| TB Contact | | | | |
| Convulsions | | | | |
| Hypertension | | | | |
| Scoliosis | | | | |
| Serious Injuries | | | | |
| Allergies (Specify) | | | | |
| Other (Specify) | | | | |

A physician's written diagnosis is required for all illnesses.

## PHYSICIAN'S EXAMINATION

| | Pre-School | | | School |
|---|---|---|---|---|
| | Under 5 Yrs. | 5-6 Yrs. | Over 6 Yrs. | Over 6 Yrs. |
| Date | 12 June 81 | | | |
| Age | 5 | | | |
| Normal | ✓ | | | |
| Defects Found | None | | | |
| Restrictions | None | | | |
| Can Participate in Athletics | Yes   HWJ | | | |

## PHYSICIAN'S EXAMINATION

| | School | | | |
|---|---|---|---|---|
| | Over 6 Yrs. | Over 6 Yrs. | Over 6 Yrs. | Over 6 Yrs. |
| Date | | | | |
| Age | | | | |
| Normal | | | | |
| Defects Found | | | | |
| Restrictions | | | | |
| Can Participate in Ahtletics | | | | |

Physician's Examination - Enter impressions and recommendation in Progress Notes

50M-9/80-SF-80-6214-Wimmer Brothers-60729

G. B. "BING" COLVIN, III

ATTORNEY AT LAW

125 MAIN STREET

P. O. BOX 322

DERMOTT, ARKANSAS  71638

TELEPHONE (501) 538-5361

24 April 81

Mr. Robert Smalley
Principal
Dermott Elementary School
Dermott, Ark. 71638

Re: Julius Robinson
501 N. Deer
Dermott, Ark.

Dear Mr. Smalley;

I take means of this letter to advise you that I have been retained by Mr. and Mrs. John Holiman of the above address to obtain guardianship papers over the person of the above stated grandson of theirs.

Though they are in no financial position to pay me my entire fee at this time, I have agreed to proceed with their promise of a small monthly payment. What effect the whereabouts of the father and mother being unknown will have on this, I do not know, but I will proceed to obtaining Letters of Guardianship as quickly as the law will allow.

In the meantime, as I will be filing the Petition this coming week, if you would take into consideration that we are doing all possible to obtain the guardianship and allow this child to be enrolled in kindergarten in the Dermott Public School System, I would deeply appreciate it.

If you have questions concerning this matter, I would appreciate your contacting me in order that I might attempt to clear them up.

Yours very truly,

G. B. "BING" COLVIN, III

GBCIII/s

P.S.  I am proceeding in the same action to have the Holimans appointed Guardian of Marcus Robinson, who I understand is enrolled in Kindergarten at this time. His date of birth is 11/17/74, Julius having been born 8/8/76.

**Exhibit 37 - 52**

# ARKANSAS
Minimum Performance Testing Program

## 1988-89

## INDIVIDUAL STUDENT REPORT

### Grade 6

Code: 09-01-004
District: DERMOTT SCHOOL DIST.
School: Dermott Upper Elementary
Class: WILLIAMS
Student: ROBINSON    JULIUS  O

| Goal Areas and Objectives | Corr. | Mastery |
|---|---|---|

## READING

### WORD RECOGNITION
| | | | |
|---|---|---|---|
| 1.1 | Use context clues | 4 | Yes |
| 1.3 | Select synonym | 3 | Yes |
| 1.4 | Select antonym | 4 | Yes |
| 1.5 | Select homonym | 3 | Yes |
| 1.7 | Words with prefix/suffix | 3 | Yes |
| 1.9 | Define multimeaning word | 2 | No |
| 1.13 | Prefix/suffix meaning | 3 | Yes |

### COMPREHENSION
| | | | |
|---|---|---|---|
| 2.1 | Identify main idea | 3 | Yes |
| 2.2 | Recall details | 4 | Yes |
| 2.3 | Recall sequence of events | 3 | Yes |
| 2.4 | Predict logical outcome | 4 | Yes |
| 2.5 | Identify setting | 3 | Yes |
| 2.6 | Distinguish fact/opinion | 3 | Yes |
| 2.9 | Identify cause/effect | 4 | Yes |
| 2.10 | Infer/conclude/generalize | 3 | Yes |

### STUDY SKILLS
| | | | |
|---|---|---|---|
| 3.1 | Follow written directions | 3 | Yes |
| 3.2A | Use table of contents | 4 | Yes |
| 3.2B | Use glossary | 4 | Yes |
| 3.3 | Use resource materials | 4 | Yes |
| 3.4 | Alphabetize words | 4 | Yes |
| 3.5 | Use guide words | 4 | Yes |
| 3.6 | Use encycl./tel. directory | 4 | Yes |
| 3.7 | Inter. charts/tables/graphs | 4 | Yes |

Minimum passing score: 645
Student scale score: 658
Pass: Yes

## MATHEMATICS

### WHOLE NUMBER NUMERATION
| | | | |
|---|---|---|---|
| 1.1 | Identify place value | 4 | Yes |
| 1.3 | Round to nearest 1,000 | 4 | Yes |
| 1.4 | Recog. word name/numerals | 4 | Yes |

### WHOLE NUMBER OPERATIONS
| | | | |
|---|---|---|---|
| 2.1 | Add with regrouping | 4 | Yes |
| 2.2 | Subtract with regrouping | 4 | Yes |
| 2.3 | Multiply numbers | 4 | Yes |
| 2.4 | Divide numbers | 3 | Yes |

### RATIONAL NUMBERS
| | | | |
|---|---|---|---|
| 3.2 | Find least common denom. | 3 | Yes |
| 3.3 | Add fractions | 4 | Yes |
| 3.4 | Subtract fractions | 4 | Yes |
| 3.5 | Change mixed num./imp.frac. | 1 | No |
| 3.8 | Add decimals | 4 | Yes |
| 3.9 | Subtract decimals | 4 | Yes |
| 3.10 | Mult. dec. by whole num. | 3 | Yes |

### MEASUREMENT
| | | | |
|---|---|---|---|
| 4.1 | Measure line segment | 3 | Yes |
| 4.3 | Tell time to nearest min. | 4 | Yes |
| 4.4 | Determine money to $10.00 | 4 | Yes |

### GEOMETRY
| | | | |
|---|---|---|---|
| 5.1 | Identify shapes | 4 | Yes |
| 5.2 | Identify point/lines | 4 | Yes |
| 5.3 | Identify congruent figure | 2 | No |
| 5.4 | Identify circle parts | 4 | Yes |
| 5.6 | Find perimeter | 3 | Yes |

Minimum passing score: 644
Student scale score: 656
Pass: Yes

## SOCIAL STUDIES

### CULTURES
| | | | |
|---|---|---|---|
| 1.4 | Ident. similar/diff. group | 4 | Yes |
| 1.6 | Ident. prejudice/discrim. | 4 | Yes |
| 1.7 | Define culture terms | 2 | No |

### GOVERNMENT
| | | | |
|---|---|---|---|
| 2.1 | Define rights/liberties | 3 | Yes |
| 2.2 | Give reasons for laws | 3 | Yes |
| 2.3 | Leadership | 3 | Yes |
| 2.6 | Ident. government forms | 4 | Yes |

### ECONOMICS/RELATED SUBJ.
| | | | |
|---|---|---|---|
| 3.1 | Understand econ. choices | 3 | Yes |
| 3.4 | Effect of social changes | 4 | Yes |

### REFERENCE SKILLS
| | | | |
|---|---|---|---|
| 4.1 | Use resource materials | 3 | Yes |
| 4.3 | Use horizontal time line | 3 | Yes |
| 4.5 | Use map scale | 4 | Yes |
| 4.6 | Use compass directions | 4 | Yes |
| 4.7 | Locate continents/oceans | 4 | Yes |
| 4.9 | Compare time zones | 4 | Yes |
| 4.10 | Define reference terms | 4 | Yes |

Minimum passing score: 642
Student scale score: 655
Pass: Yes

## LANGUAGE ARTS

### CAPITALIZATION
| | | | |
|---|---|---|---|
| 1.1 | Capitalize | 4 | Yes |

### PUNCTUATION
| | | | |
|---|---|---|---|
| 2.1 | Use commas | 2 | No |
| 2.5 | Punc. bus./friendly letter | 4 | Yes |
| 2.7 | Use end punctuation | 3 | Yes |

### USAGE
| | | | |
|---|---|---|---|
| 3.1 | Identify nouns as subject | 2 | No |
| 3.2 | Identify plurals | 1 | No |
| 3.3 | Identify verbs | 0 | No |
| 3.5 | Identify main/helping verbs | 1 | No |
| 3.7 | Identify adjectives | 1 | No |
| 3.11 | Identify sent. frag./run-on | 1 | No |
| 3.12 | Identify double negatives | 2 | No |
| 3.13 | Identify pronouns/antec. | 2 | No |
| 3.16 | Ident. subj./verb agreement | 3 | Yes |

### COMPOSITION
| | | | |
|---|---|---|---|
| 5.1 | Combine sentences | 3 | Yes |

Minimum passing score: 637
Student scale score: 628
Pass: No

## SCIENCE

| | | | |
|---|---|---|---|
| 2.1 | Identify living/nonliving | 4 | Yes |
| 3.1 | Define heredity terms | 0 | No |
| 4.2 | Identify nine body systems | 4 | Yes |
| 8.2 | Classify vertebrate/invert. | 3 | Yes |
| 10.1 | Define environment terms | 4 | Yes |
| 12.1 | Define earth crust terms | 3 | Yes |
| 13.1 | Identify weather terms | 3 | Yes |
| 13.2 | Ident./use weather instr. | 4 | Yes |
| 14.1 | Define universe terms | 2 | No |
| 15.2 | Identify natural resources | 3 | Yes |
| 16.1 | Recog. pollution sources | 3 | Yes |
| 17.1 | Define water cycle terms | 1 | No |
| 24.2 | Trace electron flow | 3 | Yes |
| 26.2 | Ident. insulator/conductor | 2 | No |
| 28.1 | Ident. reflection/refract. | 3 | Yes |
| 30.1 | Ident. force/energy, etc. | 4 | Yes |

Minimum passing score: 647
Student scale score: 650
Pass: Yes

Printed in U.S.A.    2905. Data Recognition Corp  54321

The number under "Corr." column indicates number of questions answered correctly. A "YES" in "Mastery" column indicates that the objective was mastered. Mastery is defined as correctly answering at least 3 out of 4 questions.

Exhibit 37 - 53

# FORM FOR ACADEMIC SKILLS DEVELOPMENT PLAN

Stinson, Julius          Language Arts

| OBJECTIVES NOT MASTERED | INSTRUCTIONAL STRATEGY | MASTERY DATE | TEACHER SIGNATURE |
|---|---|---|---|
| 2.1 Use commas | Reteach | 6-90 | Creath |
| 3.1 Identify nouns as subjects | Reteach | | |
| 3.2 Identify plurals | Reteach | | |
| 3.3 Identify verbs | Reteach | | |
| 3.5 Identify main/helping verbs | Reteach | | |
| 3.7 Identify adjectives | Reteach | | |
| 3.11 Identify sent. frag./run-on | Reteach | | |
| 3.12 Identify double negatives | Reteach | | |
| 3.13 Identify pronouns/antec. | Reteach | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Exhibit 37 - 54**