THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | Honorable Terry Means |
| JULIUS ROBINSON | : | United States District Judge |

_____

EXHIBIT NUMBER 37 (PART 3 OF 6, PAGES 55-68)

SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

Case 4:00-cr-00260-Y   Document 2322   Filed 11/30/05   Page 2 of 15   PageID 5974

# MAT6 — METROPOLITAN ACHIEVEMENT TESTS SURVEY

**WITH OTIS-LENNON SCHOOL ABILITY TEST** — LEVEL INTERMEDIATE FORM R — NORMS 6.7

INDIVIDUAL REPORT

| | |
|---|---|
| TEACHER | WILLIAMS |
| SCHOOL | DERMOTT UPPER ELEM |
| SYSTEM | DERMOTT SCHOOL DISTR |

GRADE 6 — LEVEL INTERMEDIATE — FORM M — AGE 12 YRS. 8 MOS. — TEST DATE 4/89 — MAT6 NORMS 6.7

PROCESS NO 135-00-903212-005

FOR **JULIUS O ROBINSON**

## TESTS AND TOTALS

| TESTS | SCALE SCORE | NATL PR-S | NATL NCE | GRADE EQUIV | AAC RANGE |
|---|---|---|---|---|---|
| VOCABULARY | 24 | 701 | 84-7 | 70.9 | 11.1 | HIGH |
| READING COMPREHENSION | 60 | 632 | 37-4 | 43.0 | 5.5 | MIDDLE |
| MATHEMATICS: CONCEPTS | 35 | 739 | 99-9 | 99.0 | PHS | HIGH |
| MATHEMATICS: PROBLEM SOLVING | 30 | 617 | 31-4 | 39.6 | 5.3 | MIDDLE |
| MATHEMATICS: COMPUTATION | 30 | 654 | 54-5 | 52.1 | 7.4 | HIGH |
| SPELLING | 25 | 691 | 86-7 | 72.8 | 11.1 | HIGH |
| LANGUAGE | 50 | 619 | 37-4 | 43.0 | 5.4 | MIDDLE |
| SCIENCE | 50 | 613 | 41-5 | 45.2 | 5.9 | MIDDLE |
| SOCIAL STUDIES | 50 | 649 | 77-7 | 65.6 | 9.1 | HIGH |
| RESEARCH SKILLS | 56 | 629 | 58-5 | 54.2 | 7.3 | HIGH |
| TOTAL READING | 84 | 642 | 44-5 | 46.8 | 6.0 | MIDDLE |
| TOTAL MATHEMATICS | 95 | 667 | 78-7 | 66.3 | 9.2 | HIGH |
| TOTAL LANGUAGE | 75 | 635 | 53-5 | 51.6 | 6.8 | HIGH |
| TOTAL BASIC BATTERY | 254 | 647 | 59-5 | 54.8 | 7.1 | HIGH |
| TOTAL COMPLETE BATTERY | 354 | 642 | 60-6 | 55.3 | 7.1 | HIGH |

OTIS-LENNON SCHOOL ABILITY TEST — 80

| | | | |
|---|---|---|---|
| AGE | PR-S | 16-3 | RS= 27 |
| GRD | PR-S | 25-4 | SAI= 84 |

**NATIONAL PERCENTILE BANDS** — 1 5 10 20 30 40 50 60 70 80 90 95 99



### OTHER INFO

INDEPENDENT READING LEVEL GRADE 4

INSTRUCTIONAL READING LEVEL GRADE 5

FRUSTRATION READING LEVEL GRADE 6

**READING PERFORMANCE BY GRADE LEVEL OF READING PASSAGES**

| PASSAGE LEVEL | RS/NP |
|---|---|
| Grade 3 | 5/6 |
| Grade 4 | 10/11 |
| Grade 5 | 9/11 |
| Grade 6 | 9/16 |
| Grade 7-8 | 3/11 |
| Grade 9-10 | 0/5 |

HIGH ORDER THINKING SKILLS — CODE T7-01 RS/NP = 44/69 — AVERAGE

INSTRUCTIONAL MATHEMATICS LEVEL — HIGH SCHOOL

## CONTENT CLUSTERS

| | LOW AVG HIGH |
|---|---|
| **VOCABULARY** 23/24 | ✓ |
| **READING COMPREHENSION** 36/60 | ✓ |
| Literal Comprehension 13/17 | ✓ |
| Inferential Comprehension 12/25 | ✓ |
| Critical Analysis 11/18 | ✓ |
| **MATHEMATICS: CONCEPTS** 33/35 | ✓ |
| Numeration 22/22 | ✓ |
| Geometry & Measurement 11/13 | ✓ |
| **MATHEMATICS: PROBLEM SOLVING** 20/30 | ✓ |
| Problem Solving 15/24 | ✓ |
| Add/Subtract with Regrouping 5/6 | ✓ |
| Multiply/Divide Basic Facts 4/6 | ✓ |
| Multiply/Divide Beyond Basic Facts 4/5 | ✓ |
| Decimals & Fractions 1/3 | ✓ |
| Multi-Step 1/4 | ✓ |
| Choose 7/9 | ✓ |
| Solve 8/15 | ✓ |
| Graphs & Statistics 5/6 | ✓ |
| **MATHEMATICS: COMPUTATION** 24/30 | ✓ |
| Computation: Whole Numbers 20/22 | ✓ |
| Add/Subtract with Regrouping 4/5 | ✓ |
| Multiply/Divide Basic Facts 4/4 | H✓ |
| Multiply/Divide Beyond Basic Facts 6/6 | ✓ |
| ASMD Unlimited 3/4 | ✓ |
| Estimation 3/3 | ✓ |
| Computation: Decimals & Fractions 4/8 | ✓ |

| | LOW AVG HIGH |
|---|---|
| **SPELLING** 23/25 | ✓ |
| Grade 4 3/3 | H✓ |
| Grade 5 8/8 | ✓ |
| Grade 6 8/9 | ✓ |
| Grade 7 4/5 | ✓ |
| **LANGUAGE** 27/50 | ✓ |
| Punctuation & Capitalization 15/20 | ✓ |
| Usage 4/10 | ✓ |
| Written Expression 3/10 | ✓ |
| Study Skills 5/10 | ✓ |
| **SCIENCE** 28/50 | ✓ |
| Physical 11/17 | ✓ |
| Earth & Space 6/16 | ✓ |
| Life 11/17 | ✓ |
| **SOCIAL STUDIES** 39/50 | ✓ |
| Geography 11/14 | ✓ |
| Economics 7/10 | ✓ |
| History 7/8 | ✓ |
| Political Science 6/10 | ✓ |
| Human Behavior 8/8 | ✓ |
| **RESEARCH SKILLS** 35/56 | ✓ |

Copyright © 1984 by Harcourt Brace Jovanovich, Inc. ALL RIGHTS RESERVED. Printed in the U.S.A.

THE PSYCHOLOGICAL CORPORATION — HARCOURT BRACE JOVANOVICH, INC.

*See back for aids for interpretation.*

Exhibit 37 - 55

MEMBER OF NORTH CENTRAL ASSOCIATION

OFFICE OF THE
SUPERINTENDENT
538-5264

Dermott Public Schools

P. O. BOX 368

DERMOTT ARKANSAS 71638

OFFICES OF THE
PRINCIPALS
HIGH SCHOOL 538-3291
MIDDLE SCHOOL 538-3252
ELEMENTARY 538-3249

To Whom It May Concern:

Public Law 93-380, regarding the "Release of School Records" has been modified by SB 182, Article 5, Privacy of Pupil Records, 10947 which reads:

Access shall be permitted to the following:

Officials and employees of other public schools or school systems including local, county, or state correctional facilities where educational programs leading to high school graduation are provided. Where the pupil intends to or is directed to enroll, subject to the rights of parents is provided in Section 10939.

Persuant to the above, we are requesting a transcript, health record, standardized test scores, special education records, and cumulative folder for the following student:

_____    _____    __9__    _____
Student's Name                Birthdate        Grade    Date Enrolled

Records are requested by _Betty Oates_ Counselor _____

Date _____         _____

                         P.O. Box 368

                         Dermott, AR  71638

_Bernard Youngblood_ Principal
Dermott Junior High School

**Exhibit 37 - 56**

# MAT6 METROPOLITAN ACHIEVEMENT TESTS SURVEY

INDIVIDUAL REPORT



| | | | |
|---|---|---|---|
| TEACHER | GRADE 7 | AGE 13 YRS. 8 MOS. | FOR |
| SCHOOL DERMOTT JR HIGH SCH | LEVEL ADVANCED 1 | TEST DATE 4/90 | JULLUS O ROBINRON |
| SYSTEM DERMOTT SCHOOL DISTR | FORM M | MAT6 NORMS 7.7 | |

PROCESS NO 126-00-900072-001



## TESTS AND TOTALS

| TESTS AND TOTALS | NUMBER OF ITEMS | SCALE SCORE | NATL PR-S | NATL NCE | GRADE EQUIV |
|---|---|---|---|---|---|
| VOCABULARY | 24 | 596 | 7-2 | 18.9 | 3.5 |
| READING COMPREHENSION | 60 | 637 | 29-4 | 38.3 | 5.8 |
| MATHEMATICS: CONCEPTS | 35 | 638 | 40-5 | 44.7 | 6.9 |
| MATHEMATICS: PROBLEM SOLVING | 30 | 645 | 44-5 | 46.8 | 6.9 |
| MATHEMATICS: COMPUTATION | 30 | 635 | 34-4 | 41.3 | 6.0 |
| SPELLING | 25 | 651 | 52-5 | 51.1 | 7.6 |
| LANGUAGE | 50 | 611 | 20-3 | 32.3 | 4.7 |
| SCIENCE | 50 | 631 | 51-5 | 50.5 | 7.8 |
| SOCIAL STUDIES | 50 | 628 | 46-5 | 47.9 | 7.0 |
| RESEARCH SKILLS | 57 | 627 | 46-5 | 47.9 | 7.0 |
| TOTAL READING | 84 | 625 | 20-3 | 32.3 | 5.0 |
| TOTAL MATHEMATICS | 95 | 639 | 38-4 | 43.6 | 6.7 |
| TOTAL LANGUAGE | 75 | 624 | 29-4 | 38.3 | 5.8 |
| TOTAL BASIC BATTERY | 254 | 630 | 27-4 | 37.1 | 5.9 |
| TOTAL COMPLETE BATTERY | 354 | 630 | 31-4 | 39.6 | 6.2 |

NATIONAL PERCENTILE BANDS
1 5 10 20 30 40 50 60 70 80 90 95 99

OTHER INFO 2  11

### INDEPENDENT READING LEVEL
GRADE 5

INSTRUCTIONAL
READING
LEVEL
GRADE 6

FRUSTRATION READING LEVEL
GRADE 7-8

### READING PERFORMANCE BY GRADE LEVEL OF READING PASSAGES

| PASSAGE LEVEL | RS/NP |
|---|---|
| Grade 5 | 5/6 |
| Grade 6 | 11/17 |
| Grade 7-8 | 8/18 |
| Grade 9-10 | 6/12 |
| Grade 11+ | 4/7 |

### HIGH ORDER THINKING SKILLS
CODE T7-01   RS/NP = 28/62
AVERAGE

### INSTRUCTIONAL MATHEMATICS LEVEL
GRADE 7-8

## CONTENT CLUSTERS

RAW SCORE/NO. POSSIBLE — LOW AVG HIGH

| | | RAW SCORE/NO. POSSIBLE |
|---|---|---|
| A | VOCABULARY | 10/24 |
| C | READING COMPREHENSION | 34/60 |
| C6-01 | Literal Comprehension | 13/18 |
| C4-02 | Inferential Comprehension | 16/22 |
| C6-03 | Critical Analysis | 5/20 |
| D | MATHEMATICS: CONCEPTS | 19/35 |
| D1 | Numeration | 11/20 |
| D2 | Geometry & Measurement | 8/15 |
| E | MATHEMATICS: PROBLEM SOLVING | 19/30 |
| E1 | Problem Solving | 14/24 |
| E1-08 | ASMD Beyond Basic Facts&Unlimited | 6/8 |
| E1-09 | Decimals & Fractions | 1/4 |
| E1-10 | Percents | 2/6 |
| E1-11 | Multi-Step | 5/6 |
| | Choose | 5/7 |
| | Solve | 9/17 |
| E2 | Graphs & Statistics | 5/6 |

| | | RAW SCORE/NO. POSSIBLE |
|---|---|---|
| F | MATHEMATICS: COMPUTATION | 18/30 |
| F1 | Computation: Whole Numbers | 13/14 |
| F1-08 | ASMD Beyond Basic Facts | 7/7 |
| F1-09 | ASMD Unlimited | 4/4 |
| F1-10 | Estimation | 2/3 |
| F2 | Computation: Decimals & Fractions | 5/16 |
| F2-01 | Decimals & Fractions | 3/12 |
| F2-02 | Percents | 2/4 |
| G | SPELLING | 17/25 |
| G1-06 | Grade 6 | 4/4 |
| G1-07 | Grade 7 | 8/9 |
| G1-08 | Grade 8 | 5/12 |
| H | LANGUAGE | 22/50 |
| H2 | Punctuation & Capitalization | 9/16 |
| H3 | Usage | 2/12 |
| H4 | Written Expression | 5/11 |
| H5 | Study Skills | 6/11 |
| J | SCIENCE | 27/50 |
| J1 | Physical | 9/20 |
| J2 | Earth & Space | 7/13 |
| J3 | Life | 11/17 |
| K | SOCIAL STUDIES | 27/50 |
| K1 | Geography | 8/14 |
| K2 | Economics | 2/9 |
| K3 | History | 7/10 |
| K4 | Political Science | 7/9 |
| K5 | Human Behavior | 3/8 |
| L | RESEARCH SKILLS | 33/57 |

Copyright © 1984 by Harcourt Brace Jovanovich, Inc. ALL RIGHTS RESERVED.
Printed in the U.S.A.

THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC

See back for aids for interpretation

Exhibit 37 - 57

Case 4:00-cv-00860-Y Document 317 Filed 11/30/05 Page 5 of 15 PageID 5977

Full Legal Name ROBINSON   JULIUS   Q
Student ID Number 82399   Ethnicity BLACK NOT HISPAN
Social Security Number S22512114   Sex MALE
Date of Birth 8/08/76   Place of Birth FAYETTEVILL ARK
Parent __ Guardian __ Name ROSA M HOLLIMAN
Current Address 1425 COOPER ST #A
ARLINGTON   TX   76011
City   State   Zip Code

Most Recent Former Address _____
Street   City / State / Zip Code
Home Phone _____   Business Phone _____

Name of High School NICHOLS JUNIOR HIGH SCHOOL
Phone 817 460-7161   Proposed Date of Graduation 1991
High School Address 1200 N. COOPER
ARLINGTON   TX   76011
City   State   Zip Code
District Name ARLINGTON INDEPENDENT SCHOOL DISTRICT
TER County/District/Campus Number 220 901 043
Rank ____ No. in Class ____ Date of Ranking ____
Grade Point Average .00000   Date Graduated ____
Last District/High School Attended DERMOTT JR HIGH SCHOOL
Address DERMOTT ARK   71538
City   State   Zip Code

College Board Campus Code Number _____
High School Program   X
Advanced High School Program _____
Advanced High School Honors Program _____
Date of Entry in 8th Grade _____

LINDA DENSON   PRINCIPAL
Signature and Title of School Official

| Generic Course Name | GRADE 07 1989 - 90 | | | | GRADE 08 1990 - 91 | | | | GRADE 19 - | | | | GRADE 19 - | | | | GRADE 19 - | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. |
| ENGLISH LANGUAGE ARTS | ENG 7 | 72 | 68 | | ENG 8 | 75 | 73 | | | | | | | | | | | | | |
| MATHEMATICS | MATH 7 | 72 | 75 | | MATH 8 | 66 | 59 | | | | | | | | | | | | | |
| SCIENCE | L SCI 7 | 88 | 65 | | E SCI 8 | 95 | 82 | | | | | | | | | | | | | |
| SOCIAL STUDIES | TX HST 7 | 88 | 84 | | US HIS 8 | 78 | 65 | | | | | | | | | | | | | |
| ECONOMICS / FREE ENTERPRISE | | | | | | | | | | | | | | | | | | | |
| HEALTH | | | | | | | | | | | | | | | | | | | |
| PHYSICAL ED / EQUIVALENT | PE 7 | 95 | 93 | | ATH 8-B | 100 | | | | | | | | | | | | | | |
| OTHER LANGUAGES | | | | | | | | | | | | | | | | | | | |
| FINE ARTS | PERC 7 | 88 | 81 | | C BD 8 | 83 | 71 | | | | | | | | | | | | | |
| COMPUTER SCIENCE | | | | | C LIT 8 | | 73 | | | | | | | | | | | | | |
| VOCATIONAL EDUCATION | | | | | | | | | | | | | | | | | | | |
| BUSINESS EDUCATION | | | | | | | | | | | | | | | | | | | |
| OTHER ELECTIVES | | | | | | | | | | | | | | | | | | | |
| LOCAL CREDIT | | | | | | | | | | | | | | | | | | | |
| | Total Credits for Year | | | | Total Credits for Year | | | | Total Credits for Year | | | | Total Credits for Year | | | | Total Credits for Year | | | |

A PASSING GRADE IS 70 OR ABOVE

| VALUES | BASIC | REGULAR | HONORS |
|---|---|---|---|
| 97-100 | 9 | 12 | 15 |
| 93-96 | 8 | 11 | 14 |
| 89-92 | 7 | 10 | 13 |
| 85-89 | 6 | 9 | 12 |
| 81-96 | 5 | 8 | 11 |
| 2 | 4 | 7 | 10 |
| | 3 | 6 | 9 |
| | 2 | 5 | 8 |
| | 1 | 4 | 7 |
| | 0 | 0 | 0 |

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | | | |
| Entry 5/09/90 W/D ____ | | | |
| Reason ____ | | | |
| Entry ____ W/D ____ | | | |
| Reason ____ | | | |

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | 2.0 | 24.0 | 26.0 |
| Entry 8/28/90 W/D ____ | | | |
| Reason ____ | | | |
| Entry 8/28/90 W/D ____ | | | |
| Reason ____ | | | |

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | | | |
| Entry ____ W/D ____ | | | |
| Reason ____ | | | |
| Entry ____ W/D ____ | | | |
| Reason ____ | | | |

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | | | |
| Entry ____ W/D ____ | | | |
| Reason ____ | | | |
| Entry ____ W/D ____ | | | |
| Reason ____ | | | |

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | | | |
| Entry ____ W/D ____ | | | |
| Reason ____ | | | |
| Entry ____ W/D ____ | | | |
| Reason ____ | | | |

Note: In the "Abbreviated Course Name" column, space is provided to the right of the dashed line for H = Honors Courses;
P = Advanced Placement Courses; I = International Baccalaureate Courses; R = Summer School Courses;
S = Special Education Courses taken with modified content or mastery levels as a result of an ARD decision. Other

ACCREDITED BY:
Texas Education Agency   Southern Association of Secondary Schools
X Yes __ No   X Yes __ No

A.I.S.D ●RK: ● J. Buty ____ DATE: ● 9/16/91

Exhibit 37 - 58

# IMMUNIZATIONS

| VACCINE | STATUS | MO/YR | MO/YR | MO/YR | MO/YR | MO/YR | MO/YR | MO/YR |
|---------|--------|-------|-------|-------|-------|-------|-------|-------|
| D/TET | B | 10/80 | | | | | | |
| POLIO | B | 10/80 | | | | | | |
| MEASLES | XX | 5/79 | | | | | | |
| RUBELLA | XX | 5/79 | | | | | | |
| MUMPS | XX | 5/79 | | | | | | |
| VISION | XX | | | | | | | |
| HEARING | XX | | | | | | | |
| SCOLIO | XX | | | | | | | |

| STATUS | DESCRIPTION | STATUS | DESCRIPTION |
|--------|-------------|--------|-------------|
| 1 | FIRST SHOT | MR | MEDICAL / RELIGION / AGE / DISEASE |
| 2 | SECOND SHOT | XX | UNKNOWN |
| 3 | THIRD SHOT | N | NORMAL |
| B | BOOSTER SHOT | R | REFER |

Academic Achievement Record Sent:

Requesting Agency   Date Sent

_____

_____

_____

_____

_____

_____

Academic Achievement Record Sent:

Requesting Agency   Date Sent

_____

_____

_____

_____

_____

_____

Honors/Activities_____

_____

_____

_____

Special Comments _____

_____

Case 4:00-cr-00260-Y Document 2322 Filed 11/30/05 Page 6 of 15 PageID 5978

Exhibit 37 - 59

PageID 5979
Page 7 of 15
Document 232 Filed 11/30/05
Case 4:00-cr-00260-Y

**Exhibit 37 - 60**

Full Legal Name __ROBINSON   JULIUS   Q__
Student ID Number __82399__   Ethnicity __BLACK NOT HISPAN__
Social Security Number __S22512114__   Sex __MALE__
Date of Birth __8/08/76__   Place of Birth __FAYETTEVILL ARK__
___ Parent  ___ Guardian   Name __ROSA M HOLLIMAN__
Current Address __1425 COOPER ST #A__
__ARLINGTON__   __TX__   __76011__
City                State                Zip Code
Most Recent Former Address _____
Street _____ City / State / Zip Code
Home Phone _____ Business Phone _____

Name of High School __NICHOLS JUNIOR HIGH SCHOOL__
Phone __817 460-7161__   Proposed Date of Graduation __199?__
High School Address __1200 N. COOPER__
__ARLINGTON__   __TX__   __76011__
City                State                Zip Code
District Name __ARLINGTON INDEPENDENT SCHOOL DISTRICT__
TER County/District/Campus Number __220 901 043__
Rank _____   No. in Class _____   Date of Ranking _____
Grade Point Average __.00000__   Date Graduated _____
Last District/High School Attended __DERMOTT JR HIGH SCHOOL__
Address __DERMOTT ARK__   __71638__
City                State                Zip Code

Page __1__ of __1__
College Board Campus Code Number _____
High School Program __X__
Advanced High School Program _____
Advanced High School Honors Program _____
Date of Entry in 8th Grade _____

__LINDA DENSON__   __PRINCIPAL__
Signature and Title of School Official

| Generic Course Name | GRADE 07  1989 - 90 | | | | GRADE 08  1990 - 91 | | | | GRADE  19  - | | | | GRADE  19  - | | | | GRADE  19  - | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. |
| ENGLISH LANGUAGE ARTS | ENG 7 | 72 | 68 | | ENG 8 | 75 | 73 | | | | | | | | | | | | | |
| MATHEMATICS | MATH 7 | 72 | 75 | | MATH 8 | 66 | 59 | | | | | | | | | | | | | |
| SCIENCE | L SCI 7 | 88 | 65 | | E SCI 8 | 95 | 82 | | | | | | | | | | | | | |
| SOCIAL STUDIES | TX HST 7 | 88 | 84 | | US HIS 8 | 78 | 65 | | | | | | | | | | | | | |
| ECONOMICS / FREE ENTERPRISE | | | | | | | | | | | | | | | | | | | | |
| HEALTH | | | | | | | | | | | | | | | | | | | | |
| PHYSICAL ED / EQUIVALENT | PE 7 | 95 | 93 | | ATH 8-B | 100 | | | | | | | | | | | | | | |
| OTHER LANGUAGES | | | | | | | | | | | | | | | | | | | | |
| FINE ARTS | PERC 7 | 88 | 81 | | C BD 8 | 83 | 71 | | | | | | | | | | | | | |
| COMPUTER SCIENCE | | | | | C LIT 8 | | 73 | | | | | | | | | | | | | |
| VOCATIONAL EDUCATION | | | | | | | | | | | | | | | | | | | | |
| BUSINESS EDUCATION | | | | | | | | | | | | | | | | | | | | |
| OTHER ELECTIVES | | | | | | | | | | | | | | | | | | | | |
| LOCAL CREDIT | | | | | | | | | | | | | | | | | | | | |
| Total Credits for Year | | | | | | | | | | | | | | | | | | | | |

A PASSING GRADE IS 70 OR ABOVE

| VALUES | BASIC | REGULAR | HONORS |
|---|---|---|---|
| 97 - 100 | 9 | 12 | 15 |
| 93 - 96 | 8 | 11 | 14 |
| 90 - 92 | 7 | 10 | 13 |
| 87 - 89 | 6 | 9 | 12 |
| 83 - 86 | 5 | 8 | 11 |
| 80 - 82 | 4 | 7 | 10 |
| 77 - 79 | 3 | 6 | 9 |
| 73 - 76 | 2 | 5 | 8 |
| 70 - 72 | 1 | 4 | 7 |
| 0 | 0 | 0 | 0 |

**ABSENCES**
1st Sem 2nd Sem Total
Regular School Year [ ] [ ] [ ]
Entry __5/09/90__ W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

**ABSENCES**
1st Sem 2nd Sem Total
Regular School Year [ 2.0 ] [ 24.0 ] [ 26.0 ]
Entry __8/28/90__ W/D _____
Reason _____
Entry __8/28/90__ W/D _____
Reason _____

**ABSENCES**
1st Sem 2nd Sem Total
Regular School Year [ ] [ ] [ ]
Entry _____ W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

**ABSENCES**
1st Sem 2nd Sem Total
Regular School Year [ ] [ ] [ ]
Entry _____ W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

**ABSENCES**
1st Sem 2nd Sem Total
Regular School Year [ ] [ ] [ ]
Entry _____ W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

Note: In the "Abbreviated Course Name" column, space is provided to the right of the dashed line for H = Honors Courses;
P = Advanced Placement Courses; I = International Baccalaureate Courses; R = Summer School Courses;
S = Special Education Courses taken with modified content or mastery levels as a result of an ARD decision. Other

ACCREDITED BY:
Texas Education Agency   Southern Association of Secondary Schools
__X__ Yes ___ No   __X__ Yes ___ No

DATE: _____

IOWA TESTS OF BASIC SKILLS

PARENT REPORT

DISTRICT: ARLINGTON ISD
SCHOOL: NICHOLS JR HIGH
GROUP: DENSON
GRADE:  8   NORM: MID-YEAR
LEVEL: 14   FORM: G

ROBINSON JULI
8219900000

PROCESS NUMBER: 10208-00265
TEST DATE:  2/10/91

NATIONAL PERCENTILE RANK

| | NATIONAL PR/S | :1 | 5 | 10 | 25 | 50 | 75 | 90 | 95 | 99: |
|---|---|---|---|---|---|---|---|---|---|---|
| VOCABULARY | 16/3 | :XXXXXXXXXXXX | | | | : | | | | : |
| READING | 26/4 | :XXXXXXXXXXXXXXXX | | | | : | | | | : |
| SPELLING | 1/1 | :X | | | | : | | | | : |
| CAPITALIZATION | 20/3 | :XXXXXXXXXXXXXX | | | | : | | | | : |
| PUNCTUATION | 32/4 | :XXXXXXXXXXXXXXXXX | | | | : | | | | : |
| USAGE & EXPRESSION | 21/3 | :XXXXXXXXXXXXXX | | | | : | | | | : |
| TOTAL LANGUAGE | 10/2 | :XXXXXXXXXX | | | | : | | | | : |
| VISUAL MATERIALS | DNA | : | | | | : | | | | : |
| REFERENCE MATERIALS | DNA | : | | | | : | | | | : |
| TOTAL WORK-STUDY | DNA | : | | | | : | | | | : |
| MATH CONCEPTS | 16/3 | :XXXXXXXXXXXX | | | | : | | | | : |
| MATH PROBLEMS | 5/2 | :XXXXXXX | | | | : | | | | : |
| MATH COMPUTATIONS | 5/2 | :XXXXXXX | | | | : | | | | : |
| TOTAL MATH | 4/2 | :XXXXXX | | | | : | | | | : |
| BASIC COMPOSITE | 3/1 | :XXXXX | | | | : | | | | : |
| COMPLETE COMPOSITE | DNA | : | | | | : | | | | : |
| SOCIAL STUDIES | DNA | : | | | | : | | | | : |
| SCIENCE | DNA | : | | | | : | | | | : |
| | | :1 | 5 | 10 | 25 | 50 | 75 | 90 | 95 | 99: |

PR/S = PERCENTILE RANK / STANINE     DNA = DID NOT ATTEMPT

**Exhibit 37 - 61**

STUDENT PROFILE
FOR

JULIUS O ROBINSON
GENDER MALE
14 YRS   6 MOS

STUDENT NO. 082399000

SCHOOL:     NICHOLS

DISTRICT:   ARLINGTON ISD

GRADE:         08
TEST DATE:   02/91
NORMS:  GRADE 08  SPRING
LEVEL:  1     FORM:  C

CAREER INTEREST INVENTORY LEVEL:  1

| DIFFERENTIAL APTITUDE TESTS | NP | MALE PR-S | NATIONAL PERCENTILE BANDS | COMBND PR-S |
|---|---|---|---|---|
| VERBAL REASONING | 40 | 26-4 | | 23-4 |
| NUMERICAL REASONING | 40 | 33-4 | | 30-4 |
| ABSTRACT REASONING | 40 | 13-3 | | 12-3 |
| PERCEPTUAL SPEED & ACCURACY | 100 | 59-5 | | 50-5 |
| MECHANICAL REASONING | 60 | 9-2 | | 11-3 |
| SPACE RELATIONS | 50 | 37-4 | | 39-4 |
| SPELLING | 40 | 8-2 | | 6-2 |
| LANGUAGE USAGE | 40 | 7-2 | | 5-2 |
| SCHOLASTIC APTITUDE (VR+NR) | 80 | 26-4 | | 24-4 |

National Percentile Bands scale: 1  5  10  20  30  40 50 60  70  80  90  95  99

## EDUCATIONAL PLANS

When you took the DAT, you indicated that your future educational plans included attending a college or a university.  In some courses, you might have to work a little harder than other students.  Therefore, you may want to think about attending a school that offers courses that will help you improve upon your scholastic abilities.  The Scholastic Aptitude score gives you some information about your ability to learn the subjects taught in school.  Your score is in the low-average range.

## CAREER INTEREST INVENTORY

OCCUPATIONAL GROUPS     LOW     MEDIUM     HIGH

Building Trades
Health Services
Management
Math & Science
Sales
Transportation
Clerical Services
Fine Arts
Agriculture
Machine Operations
Social Science
Benchwork
Legal Services
Educational Services
Customer Services

| SUBJECT AREAS | DISLIKE | NEUTRAL | LIKE |
|---|---|---|---|
| Art or Music | | | ✓ |
| Auto Repair | | | ✓ |
| Bookkeeping/Office Pract. | | | ✓ |
| Computers | | | ✓ |
| Cooking or Sewing | | | ✓ |
| Creative Writing | | | ✓ |
| English or Literature | | | ✓ |
| Farming or Livestock Care | | | ✓ |
| Health Care | | | ✓ |
| Mathematics | | | ✓ |
| Metal Shop or Woodworking | | | ✓ |
| Newspaper Writing | | | ✓ |
| Science | | | ✓ |
| Social Studies | | | ✓ |
| Speech or Drama | | | ✓ |
| Typing or Office Machines | | | ✓ |

There are 15 Occupational Groups that represent types of career interests.  The Groups are listed in order of interest, from greatest to least.

The bars across from each Occupational Group indicate whether the degree of interest in the Occupational Group was low, medium, or high.  Career exploration should take place in the Occupational Groups where there is a high degree of interest.  If the results do not indicate high interest in any Group, it may mean limited knowledge about the world of work.  In this case, exploration of many different career fields should be encouraged.

Information about interests and aptitudes can be used as a tool to help plan a direction for the future.  However, this report can only tell how things look at the present time.  Abilities, interests, educational plans, and goals may change.

| SCHOOL ACTIVITIES | DISLIKE | NEUTRAL | LIKE |
|---|---|---|---|
| Automobile Club | | | ✓ |
| Business Club | | | ✓ |
| Computer Club | | | ✓ |
| Farming Club | | | ✓ |
| Literary Magazine | | | ✓ |
| Mathematics Club | | | ✓ |
| Office Helper or Assistant | | | ✓ |
| Photography Club | | | ✓ |
| School Newspaper | | | ✓ |
| School Officer | | | ✓ |
| School Play | | | ✓ |
| Science Fair | | | ✓ |
| Speech or Debate Team | | | ✓ |
| Student Government | | | ✓ |
| Teacher's Aide | | | ✓ |
| School Library Aide | ✓ | | |

Scores based on Normative Data Copyright © 1990 by The Psychological Corp.  All rights reserved.
COPY 02                                                PROCESS NO. 19109883-7612-04624-2

Copyright © 1990 by The Psychological Corporation
All rights reserved. Printed in the United States of America

THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH

Exhibit 37 - 62

Exhibit 37 - 63

Case 4:00-cr-00260-Y   Document 2322   Filed 11/30/05   Page 10 of 15   PageID 5982



# Arlington Independent School District

ARLINGTON, TEXAS

RICHARD E. BERRY, SUPERINTENDENT

STUDENT GRADE REPORT 19 __89-90__

"Quality In Action"

MS. LINDA DENSO.
NICHOLS JR HIGH
1200 N. COOPER
ARLINGTON, TEXAS 76012

488-7161

STUDENT'S NAME ____ ROBINSON JULIUS C ____   GRADE __07__   STUDENT ID __82399__   HR TEACHER NO __0130__

| COURSE DESCRIPTION | | 1st SEMESTER | | EXAM | AVG | CREDITS EARNED | 2nd SEMESTER | | | EXAM | AVG | CREDITS EARNED | 7 & 8 FINAL | CITIZENSHIP | | | | | | ABSENCES BY PERIOD | CURRENT COMMENTS | INSTRUCTOR NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATH 7 | | | | | | | 72 | 72 | 72 | 95 | 75 | | | A | | | | | | | | ALEXANDER |
| TEX HIST 7 | | | | | | | 85 | 88 | 87 | 71 | 84 | | | A | | | | | | | | TAYLOR |
| PE 7 | | | | | | | 95 | 95 | 97 | 80 | 93 | | | A | | | | | | | | SIMS |
| LUNCH HR/JUR 7 | | | | | | | | | | | | | | A | | | | | | | | ALEXANDER |
| PERCUSSION 7 | | | | | | | 85 | 85 | 85 | 55 | 81 | | | E | | | | | | 1 | | BAKER |
| LIFE SCI 7 | | | | | | | 72 | 72 | 82 | 43 | 65 | | | E | | | | | | | | GENTRY |
| ENGLISH 7 | | | | | | | 72 | 86 | 87 | 82 | 88 | | | A | | | | | | | | ANDERSON |

TUTORIALS ARE AVAILABLE FOR STUDENTS NEEDING ADDITIONAL HELP.

ANY GRADE BELOW 70 IS FAILING.

TO THE PARENTS OF

ROBINSON JULIUS C
1823 VAN BUREN CIR APT 208
ARLINGTON, TEXAS          76011

GRADUATION CREDITS

SEM. ACCUMULATIVE GPA     CURRENT 6 WKS. GPA

0.00          0.00

STUDENTS WILL BE PROMOTED ONLY ON THE BASIS OF ACADEMIC ACHIEVEMENT.

**CODES**
R   –REGULAR
H   –HONORS
B   –BASIC
M   –MODIFIED MAT
S   –SP. ED./RESOURCE
INC –INCOMPLETE
NC  –NO CREDIT
P/F –PASS/FAIL
WD  –WITHDRAW
ABS –ATTENDANCE POLICY

**COMMENTS**
1 – FINE WORK
2 – POOR TEST SCORES
3 – CLASSWORK LACKING
4 – HOMEWORK LACKING
5 – WILL NOT FOLLOW DIRECTIONS
6 – DOES NOT STAY ON TASK
7 – BECOMES FRUSTRATED VERY EASILY
8 – WILL NOT COME IN FOR EXTRA HELP

**CITIZENSHIP**
A   EXCELLENT
B   SATISFACTORY
C   IMPROVEMENT NEEDED
F   CONFERENCE REQUESTED
    UNSATISFACTORY

**GRADE POINTS**

| Value | Basic | Regular | Honors |
|---|---|---|---|
| 97-100 | | 5 | |
| 93-96 | | 5 | |
| 90-93 | | 6 | |
| 87-89 | | 6 | |
| 83-86 | | 6 | |
| 80-82 | | 6 | |
| 77-79 | | 1 | |
| 73-76 | | 1 | |
| 70-72 | | 1 | |
| Below 70 | C | | |

ANY FAILING GRADE INDICATES A NEED FOR A CONFERENCE BETWEEN THE APPROPRIATE TEACHER, PARENT AND STUDENT. PLEASE CALL THE SCHOOL FOR AN APPOINTMENT.

Exhibit 37 - 64

Case 4:00-cr-00260-Y Document 2322 Filed 11/30/05 Page 11 of 15 PageID 5988

FULL LEGAL NAME ROBINSON JULIUS C

STUDENT ID NUMBER 82399  ETHNICITY BLACK

SOC. SECURITY NUMBER 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  SEX MALE

DATE OF BIRTH 08/08/76

PLACE OF BIRTH FAYETTEVILL ARK

PARENT / GUARDIAN ROSA M HOLLIMAN

CURRENT ADDRESS 1823 VAN BUREN CIR APT 206

CITY, STATE ARLINGTON, TEXAS  ZIP 76011

FORMER ADDRESS 501 N DEER

CITY, STATE DERMOTT ARK  ZIP 71638

HOME PHONE  BUSINESS PHONE 817-274-5571

HIGH SCHOOL NICHOLS JR HIGH

PHONE NUMBER 817-460-7161  PROPOSED GRAD DATE 05/95

HIGH SCHOOL ADDRESS 1200 N. COOPER

CITY, STATE ARLINGTON, TEXAS  ZIP 76012

DISTRICT NAME ARLINGTON I.S.D.

TEA COUNTY - DISTRICT - CAMPUS NUMBER 220-901 - 043

RANK  NO. IN CLASS  DATE OF RANKING

GRADE POINT AVERAGE 0.00000  GRADUATION DATE

LAST DIST /HIGH SCHOOL DERMOTT JR HIGH SCHOOL

STREET ADDRESS

CITY, STATE DERMOTT ARK  ZIP 71638

STATE OF TEXA

COLLEGE BOARD CAMPUS CO

HIGH SCHOOL PROGRAM

ADVANCED HIGH SCHOOL PF

ADVANCED HIGH SCHOOL HO

DATE OF 8TH GRADE ENTRY

TEAMS MASTERY, EXIT LEV

ENGLISH, LANGUAGE ARTS

MS. LINDA

SIGNATURE AND TITLE OF SC

| Generic Course Name | Abbreviated Course Name | | 1ST SEM GRADE | 2ND SEM GRADE | CREDIT |
|---|---|---|---|---|---|
| | GRADE 07 19 89-90 | | | | |
| English Language Arts | ENG 7 | * | 72 | 68 | P |
| Mathematics | MATH 7 | ** | 72 | 75 | P |
| Science | L SCI 7 | ** | 88 | 65 | P |
| Social Studies | TX HST 7 | ** | 88 | 84 | P |
| Economics/Free Enterprise | PE 7 | ** | 95 | 93 | P |
| Health | PERC 7 | * | 88 | 81 | P |
| Physical Ed/Equivalent | | | | | |
| Other Languages | | | | | |
| Fine Arts | | | | | |
| Computer Science | | | | | |
| Vocational Education | | | | | |
| Business Education | | | | | |
| Other Electives | | | | | |
| Local Credit | | | | | |

| Abbreviated Course Name | 1ST SEM GRADE | 2ND SEM GRADE | CREDIT |
|---|---|---|---|
| GRADE 19 | | | |

| Abbreviated Course Name | 1ST SEM GRADE | 2ND SEM GRADE | CREDIT |
|---|---|---|---|
| GRADE 19 | | | |

| Abbreviated Course Name | 1ST SEM GRADE | 2ND SEM GRADE |
|---|---|---|
| GRADE 19 | | |

A PASSING GRADE IS 70 OR ABOVE

| Values | Basic | Regular | Honors |
|---|---|---|---|
| 97-100 | 5 | 12 | 15 |
| 93-96 | 8 | 11 | 14 |
| 90-92 | 7 | 10 | 13 |
| 87-89 | 6 | 9 | 12 |
| 83-86 | 5 | 8 | 11 |
| 80-82 | 4 | 7 | 10 |
| 77-79 | 3 | 6 | 9 |
| 73-76 | 2 | 5 | 8 |
| 72 | 1 | 4 | 7 |
| 0 | 0 | 0 | |

TOTAL CREDITS FOR THE YEAR

| ABSENCES | 1ST SEM | 2ND SEM | TOTAL |
|---|---|---|---|
| REGULAR SCHOOL YEAR | | | |
| ENTERED 05/09/90 | WITHDREW | | |
| REASON | | | |
| ENTERED | WITHDREW | | |
| REASON | | | |

TOTAL CREDITS FOR THE YEAR

| ABSENCES | 1ST SEM | 2ND SEM | TOTAL |
|---|---|---|---|
| REGULAR SCHOOL YEAR | | | |
| ENTERED | WITHDREW | | |
| REASON | | | |
| ENTERED | WITHDREW | | |
| REASON | | | |

TOTAL CREDITS FOR THE YEAR

| ABSENCES | 1ST SEM | 2ND SEM | TOTAL |
|---|---|---|---|
| REGULAR SCHOOL YEAR | | | |
| ENTERED | WITHDREW | | |
| REASON | | | |
| ENTERED | WITHDREW | | |
| REASON | | | |

TOTAL CREDITS FOR THE YEAR

| ABSENCES | 1ST SEM | 2ND SE |
|---|---|---|
| REGULAR SCHOOL YEAR | | |
| ENTERED | WITHDREW | |
| REASON | | |

NOTE: In the Abbreviated Course Name column, space is provided to the right of the dashed line for H Courses; P-Advanced Placement Courses; I-International Baccalaureate Courses; R-Summer Courses; S-Special Education Courses taken with modified content or mastery levels as a result of decision. Other. # INDICATES CREDIT BY EXAMINATION

* INDICATES COURSE WORK TAKEN OUT OF SD DIS
* THAT MAY HAVE BEEN CONVERTED TO AISD VALUES

HEALTH INFO:  MEASLES: 05/79  VIS.:
...: 10/80 (B) RUBELLA: 05/79  HEAR:
...10/80 (B) MUMPS..: 05/79  SCOL:
BY AISD RECORDS CLERK
DATE

**Exhibit 37 - 65**

Case 4:00-cr-00260-Y Document 2322 Filed 11/30/05 Page 12 of 15 PageID 5984

# STATE OF TEXAS ACADEMIC ACHIEVEMENT RECORD
06/03/9?

## ARLINGTON I.S.D.

HIGH SCHOOL  NICHOLS JR HIGH

PHONE NUMBER  817-460-7161    PROPO... GRAD DATE  05/95

HIGH SCHOOL ADDRESS  1200 N. COOPER

CITY, STATE  ARLINGTON, TEXAS    ZIP  76012

DISTRICT NAME  ARLINGTON I.S.D.

TEA COUNTY - DISTRICT - CAMPUS NUMBER  220-901 - 043

RANK              NO. IN CLASS          DATE OF RANKING

GRADE POINT AVERAGE  0.00000    GRADUATION DATE

LAST DIST /HIGH SCHOOL  DERMOTT JR HIGH SCHOOL

STREET ADDRESS

CITY, STATE  DERMOTT ARK    ZIP  71638

CITY  BLACK
MALE

APT 206
76011

71638

817-274-5571

| | |
|---|---|
| COLLEGE BOARD CAMPUS CODE NUMBER | PSAT: V  M |
| HIGH SCHOOL PROGRAM  / | SAT1: V  M |
| ADVANCED HIGH SCHOOL PROGRAM  / | SAT2: V  M |
| ADVANCED HIGH SCHOOL HONORS PROGRAM  / | SAT3: V  M |
| DATE OF 8TH GRADE ENTRY  / | ACT1: |
| TEAMS MASTERY, EXIT LEVEL  / | ACT2: |

ENGLISH, LANGUAGE, ARTS    MO  YR        MATHEMATICS    MO  YR

MS. LINDA DENSON    PRINCIPAL

SIGNATURE AND TITLE OF SCHOOL OFFICIAL

| SEM GRADE | CREDIT | Abbreviated Course Name | 1ST SEM GRADE | 2ND SEM GRADE | CREDIT |
|---|---|---|---|---|---|
| 68 | P | | | | |
| 75 | P | | | | |
| 65 | P | | | | |
| 84 | P | | | | |
| 93 | P | | | | |
| 81 | P | | | | |

GRADE 19

GRADE 19

GRADE 19

GRADE 19

TOTAL CREDITS FOR THE YEAR

| ABSENCES | 1ST SEM | 2ND SEM | TOTAL |
|---|---|---|---|
| REGULAR SCHOOL YEAR | | | |
| ENTERED | | WITHDREW | |
| REASON | | | |
| ENTERED | | WITHDREW | |
| REASON | | | |

NOTE: In the *Abbreviated Course Name* column, space is provided to the right of the dashed line for H-Honors Courses; P-Advanced Placement Courses; I-International Baccalaureate Courses; R-Summer School Courses; S-Special Education Courses taken with modified content or mastery levels as a result of an ARD decision. Other    # INDICATES CREDIT BY EXAMINATION

ACCREDITED BY
TEXAS EDUCATION AGENCY SOUTHERN ASSOCIATION OF SECONDARY SCHOOLS

X YES    NO        X YES    NO

S: 05/79 VIS.:
A: 05/79 HEAR:

SD DISTRICT
INDICATES COURSE WORK TAKEN OUT OF ... VALUES.

CENSUS/REGISTER INFORMATION .... Arlington Public Schools                    State # A-061-87

.hool Code

_ent Robinson    Julius    C.    1    M    8/8/76    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
      Last        First        M.I.  Grade  Sex  Birthdate   Soc. Sec. Nbr.

dress 823 Van Buren CR apt 266    Zip 76011   Home Phone_____

ather Robinson    R. Jimmy    Mother Robinson    Rosa
      Last        First                    Last        First    274-____
                                    Arlington Villa          ____

_____ Father Employer _____ Rosa M. Holliman    Phone _____    Mother Employer _____    Phone
Person with whom student lives: Rosa M. Holliman

Doctor_____    Phone_____    Birthplace Fayetteville ARK
Person to contact in an emergency-other than parents Ora Holmes                    Phone 640-5900
Former Address 501 N Deer    City/State Dermott, Arkansas    Zip 71638
Last Dist./High School Attended Dermott JR high
              Address    City/State Dermott, Arkansas    Zip 71638
Date of 8th Grade Entry:_____    CIRCLE RACE:    American-Indian    Asian    Black    Hispanic    White
Have you previously attended school in Arlington?_____    Where?_____    When?_____
I hereby authorize the school to administer first aid and transport in case of emergency.

                    Rosa M. Robinson Holliman    5/7/90
                    Signature of parent or guardian    Date

*************************************************** TO BE FILLED IN BY OFFICE ***************************************************

3-23-94    0020    0    5-9-90            TEAMS
  ID#    Counselor    Entry Code    Date    Graduation Plan        Passed Exempt

                                    Lang: _____
10-22-80    10-22-80    5-31-79    5-31-79    5-31-79
 DT Date    Polio Date    Measles Date    Rubella Date    Mumps Date    Locker #    Math: _____

Exhibit 37 - 66

MEMBER OF NORTH CENTRAL ASSOCIATION

CE OF THE
ERINTENDENT
538-5264

OFFICES OF THE
PRINCIPALS
HIGH SCHOOL 538-3291
MIDDLE SCHOOL 538-3252
ELEMENTARY 538-3249

# Dermott Public Schools

P. O. BOX 368

DERMOTT, ARKANSAS 71638

Betty Oates - Counselor

Date 5-7-90

Name of Student Julius Robinson   Grade 7

Reason for Withdrawal

The grades for the above student are listed below, as of the day of the Quarter in which he or she withdrew from Dermott Junior High School.

| Subject/Teacher | Qtr. 1 | Qtr. 2 | Sem. | Qtr. 3 | Qtr. 4 | Book Clear Yes/No | Teacher Signature |
|---|---|---|---|---|---|---|---|
| P.E. Fleming | | | | A | A | | Fleming |
| Music/Carson | | | | | | | |
| Band/Carson | | | | B | B | | Carson |
| Geography/Withers | | | | B | B | | with |
| Math/Tyler | | | | D | D | | Tyler |
| Science/Stanford | | | | D | D | | N. Stanford |
| English/Jarins | | | | D | F | | Hern |

Days Absent:     1st. Sem. _____   2nd. Sem. _____

Library Clearance _____

Office (Lock & Charges) _____

Counselor B. Oates _____

Date Enrolled (If Late) _____

Date Withdrew _____

Plese don't release records, he has not Turned in Track equipment. Fleming

**Exhibit 37 - 67**

Case 4:00-cr-00260-Y Document 2322 Filed 11/30/05 Page 15 of 15 PageID 5987

Robinson, Julius

**I. NAME** Robinson Julius (Middle)
(Last) (First)

MALE ☒  DATE OF BIRTH: 1976  8  8
FEMALE ☐  Yr. Mo. Day

PLACE OF BIRTH _____ Town _____ State
CODE ☐

Soc. Sec. No. _____

**II. DROP-OUT AND RE-ENTRY RECORD**

| Date | Local Address* | Phone* | Date of Attendance* | Name of School* |
|---|---|---|---|---|
| A-81 | Hwy 35 E. | 8-3249 | Aug 81- | Dermott Elem |

| Date | School and Grade Left | Reason | Date Re-Entered | School and Grade Re-Entered |
|---|---|---|---|---|
| | | | | |

**III. FAMILY DATA**

| | MOTHER | FATHER |
|---|---|---|
| Name of Parents | Rose Robinson | |
| Home Address* | 501 N. Deer | |
| National Descent | | |
| Date Naturalized | | |
| Language in Home | | |
| Occupation* | | |
| Education* | | |
| Marital Status* | | |
| Deceased | | |
| With Whom Does Child Reside | grandmother | |

**CODE FOR REASONS FOR LEAVING SCHOOL**

TR—Transferred  EP—Employment Permit  D—Dead
PI—Permanent Illness  OA—Over Legal Age  M—Married

Date and Grade Record Started
Number Children in Family*
Boys* _____  Girls* _____
Remarks Regarding Home Conditions:

| Date | |
|---|---|
| | |

**IV. PHOTOGRAPH**

Date
Age
Grade

**V. ELEMENTARY SCHOOL RECORD**

| SUBJECTS | KDG. | 1st Grade | 2nd Grade | 3 Grade | 3 Grade | 4 Grade | 5 Grade | 6 Grade | Grade |
|---|---|---|---|---|---|---|---|---|---|
| YEAR | | 82-83 | 83-84 | 84-85 | 85-86 | 86-87 | 87-88 | 88-81 | |
| **ARITH** Arithmetic | S | A- | A | B | B | C | D | B | B | B- | C- | C | C | D | D | |
| **ENGLISH** Reading | | A- | A | B | C | A- | C | A- | B- | C+ | C+ | B | B | C | C | |
| Language Grammar | S | S | | B | B | B | B- | A- | C | C- | D+ | B | C | C | C | |
| Handwriting | S | B+ | B+ | a- | B | B- | B | B | B- | C | C | S | S- | S | S | |
| Spelling | | B+ | a-B- | A- | A | A | B+ | C+ | B- | D | B | D | D | |
| Phonics | B+ | B | | | | | | | | |
| **SOCIAL STUDIES** | | | a- | B- | D- | D | B- | B+ | B- | D | B | C | B | B | |
| **SCIENCE** General Science | Promoted | a- | B | | D+ | B | B | B- | D+ | C | C | D | |
| Agriculture | | | | | | | | | | |
| Physiology Hygiene | | | S | S | D- | | B | B- | | | C | |
| Health | | | A | | Retained | | Promoted | | Promoted | | Promoted | |
| **ARTS AND CRAFTS** Household Arts | | | A | | | | | | | |
| Industrial Arts | | | | | | | | | | |
| Art | S | S | S | S | S | | | | S | | S | S | |
| Music | S | S | S | S | S | S | S | S | | S | S | S | S | |
| PE | | S | S | | | | | S | | S | A-75 | |
| trend | | | | | | | | | | |

**VI. SECONDARY SCHOOL RECORD**

YEAR 1989-90  7th Grade

| Weeks in School Year _____ SUBJECTS | Mark 1st | 2nd | Units |
|---|---|---|---|
| English | D | | |
| Math | D | | |
| Science | B | | |
| Geography | B | | |
| Art/Health | S/A | | |
| History/Music | | | |
| P.E. | A | | |
| Jr. Band | B | | |

Units for the Year
Half Days Absent

YEAR _____ Grade
| Wks. in Sch. Yr. _____ SUBJECTS | Hrs. Per Wk. | Mark 1st | 2nd | Units | Points |
|---|---|---|---|---|---|
| | | | | | |

YEAR 8th Grade

| Weeks in School Year _____ SUBJECTS | Mark 1st | 2nd | Units |
|---|---|---|---|
| | | | |

Units for the Year
Half Days Absent

YEAR _____ Grade
| Wks. in Sch. Yr. _____ SUBJECTS | Hrs. Per Wk. | Mark 1st | 2nd | Units | Points |
|---|---|---|---|---|---|
| | | | | | |

YEAR

| Weeks in School Year _____ SUBJECTS | Mark 1st | 2nd | Units |
|---|---|---|---|
| | | | |

Units for the Year
Half Days Absent

YEAR _____ Grade
| Wks. In Sch. Yr. _____ SUBJECTS | Hrs. Per Wk. | Mark 1st | 2nd | Units |
|---|---|---|---|---|
| | | | | |

Units and Points for Year

| | 172 | 176 | 176 | 88 | 82 | 53½ | 87 | 86 | 88 | 178 | 164 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 3 | 2 | 1 | 4 | 1 | 5 | 1 | 0 | 0 | 14 |

**Exhibit 37 - 68**