# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 37 (PART 4 OF 6, PAGES 69-81)

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## NEW STUDENT TRANSCRIPT UPDATES AND TRANSCRIPT CHANGES

TEAMS: MATH _____ _____   READ/LANG _____ _____   DATE ENTD _____

            MM   YY                  MM   YY

STU ID: _82399_   STU NAME: _Julius Robinson_

TRANS GRD: _07_   TRANS YEAR _89-90_   ORIGINAL OR REPEAT   1   2   3
(ONLY ONE MUST BE CIRCLED)

SEM 1 LOCATION SCHOOL: _Dermott, Arkansas_

SEM 2 LOCATION SCHOOL: _____

FILL IN THE FIELDS BELOW:                GRADUATION PLAN:   A   H

| CRS# | SP | L | GRD | ATT | ERN | * | GRD | ATT | ERN | * | TOT | C A |
|------|----|----|-----|-----|-----|---|-----|-----|-----|---|-----|-----|
| Eng 0720 | | | 72 | | | | | | | | | |
| Math 0130 | | | 72 | | | | | | | | | |
| ...it 0746 | | | 88 | | | | | | | | | |
| Sci 0775 | | | 88 | | | | | | | | | |
| PE 0701 | | | 95 | | | | | | | | | |
| Band 0756 | | | 88 | | | | | | | | | |

COUNSELOR'S INITIALS _MGF_

**Exhibit 37 - 69**

Case 4:00-cr-00260-Y    Document 2323    Filed 11/30/15    Page 3 of 14    PageID 5990

# HEALTH APPRAISAL RECORD

Approved by The Arkansas Department of Health
and The Arkansas Department of Education

## School Entry Requirements

Birth Certificate # 132 _Vol. 331 Q.410_
Immunizations complete
Physical Examination

**Name** _Dawson Quinn_
Last        First        Middle

Race _N_    Sex _M_

Birth Date _8-8-76_    State of Birth _Ark._

Parent _Rose Robinson - Parent_
_Margaret Holmes - Grandmother_   Guardian

Relationship _Mother_

Home Address _501 N. Deer St._
(Write in Pencil)

Directions to Home _____

Phone _None_    Emergency Phone _____

Child's Physician _Dr. Sen_    Phone _____

Alternate Physician _____    Phone _____

Dentist _____    Phone _____

Medical Care Information _____

*Required by Act 244 of 1967 and 633 of 1973

### Immunizations and Tests (Enter dates. Describe severe reactions or difficulties in Progress Notes).

|  | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| DTP or TD* | 2-23-79 | 5-31-79 | 8-30-79 | 10-22-80 | |
| Oral Polio* | 2-23-79 | 5-31-79 | 8-30-79 | 10-22-80 | |
| Measles (Rubeola)* | 5-31-79 | | | | |
| Rubella* | (1) | | | | |
| Mumps | 5-31-79 | | | | |
| Tetanus Boosters | (1) | (2) | (3) | (4) | (5) |
| TB Skin Test | 2-23-79 | 6/9/81 | (3) | (4) | (5) |
| Sickle Cell Test | (1) | | | | |
| Hemoglobin/Hematocrit | 6/12/81 11.2 | (2) | (3) | (4) | (5) |
| Other (Specify) | | | | | |

| Height and Weight Record (Record yearly in September and April) | | | | Vision Tests | | | | Hearing Tests | | | | Dental Card | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | HEIGHT | WEIGHT | AGE to ½ year | DATE | TEST | RIGHT | LEFT | DATE | TEST | RIGHT | LEFT | DATE | AGE | REFER TO DENTIST | CONDITION CORRECTED |
| 6-81 | 43½ | 44½ | 5 | | | | | 12 Jun 81 - Grossly Normal | | | | | | | |

**Exhibit 37 - 70**



Copyright © 1984 by Harcourt Brace Jovanovich, Inc. ALL RIGHTS RESERVED.
Printed in the U.S.A.

THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC

**Exhibit 37 - 71**

# INDIVIDUAL STUDENT REPORT

**KANSAS**
*Performance Testing Program*

88-89

Grade 6

Code: 09-01-004
District: DERMOTT SCHOOL DIST.
School: Dermott Upper Elementary
Class: WILLIAMS
Student: ROBINSON    JULIUS  0

| Areas and Objectives | Corr. | Mastery |
|---|---|---|
| **READING** | | |
| **WORD RECOGNITION** | | |
| 1.1 Use context clues | 4 | Yes |
| 1.3 Select synonym | 3 | Yes |
| 1.4 Select antonym | 4 | Yes |
| 1.5 Select homonym | 3 | Yes |
| 1.7 Words with prefix/suffix | 3 | Yes |
| 1.9 Define multimeaning word | 2 | No |
| 1.13 Prefix/suffix meaning | 3 | Yes |
| **COMPREHENSION** | | |
| 2.1 Identify main idea | 3 | Yes |
| 2.2 Recall details | 4 | Yes |
| 2.3 Recall sequence of events | 3 | Yes |
| 2.4 Predict logical outcome | 4 | Yes |
| 2.5 Identify setting | 3 | Yes |
| 2.6 Distinguish fact/opinion | 3 | Yes |
| 2.9 Identify cause/effect | 4 | Yes |
| 2.10 Infer/conclude/generalize | 3 | Yes |
| **STUDY SKILLS** | | |
| 3.1 Follow written directions | 3 | Yes |
| 3.2A Use table of contents | 4 | Yes |
| 3.2B Use glossary | 4 | Yes |
| 3.3 Use resource materials | 4 | Yes |
| 3.4 Alphabetize words | 4 | Yes |
| 3.5 Use guide words | 4 | Yes |
| 3.6 Use encycl./tel. directory | 4 | Yes |
| 3.7 Inter. charts/tables/graphs | 4 | Yes |

Minimum passing score: 645
Student scale score: 658
Pass: Yes

| Goal Areas and Objectives | Corr. | Mastery |
|---|---|---|
| **MATHEMATICS** | | |
| **WHOLE NUMBER NUMERATION** | | |
| 1.1 Identify place value | 4 | Yes |
| 1.3 Round to nearest 1,000 | 4 | Yes |
| 1.4 Recog. word name/numerals | 4 | Yes |
| **WHOLE NUMBER OPERATIONS** | | |
| 2.1 Add with regrouping | 4 | Yes |
| 2.2 Subtract with regrouping | 4 | Yes |
| 2.3 Multiply numbers | 4 | Yes |
| 2.4 Divide numbers | 3 | Yes |
| **RATIONAL NUMBERS** | | |
| 3.2 Find least common denom. | 3 | Yes |
| 3.3 Add fractions | 4 | Yes |
| 3.4 Subtract fractions | 4 | Yes |
| 3.5 Change mixed num./imp.frac. | 1 | No |
| 3.8 Add decimals | 4 | Yes |
| 3.9 Subtract decimals | 4 | Yes |
| 3.10 Mult. dec. by whole num. | 3 | Yes |
| **MEASUREMENT** | | |
| 4.1 Measure line segment | 3 | Yes |
| 4.3 Tell time to nearest min. | 4 | Yes |
| 4.4 Determine money to $10.00 | 4 | Yes |
| **GEOMETRY** | | |
| 5.1 Identify shapes | 4 | Yes |
| 5.2 Identify point/lines | 4 | Yes |
| 5.3 Identify congruent figure | 2 | No |
| 5.4 Identify circle parts | 4 | Yes |
| 5.6 Find perimeter | 3 | Yes |

Minimum passing score: 644
Student scale score: 656
Pass: Yes

| Goal Areas and Objectives | Corr. | Mastery |
|---|---|---|
| **SOCIAL STUDIES** | | |
| **CULTURES** | | |
| 1.4 Ident. similar/diff. group | 4 | Yes |
| 1.6 Ident. prejudice/discrim. | 4 | Yes |
| 1.7 Define culture terms | 2 | No |
| **GOVERNMENT** | | |
| 2.1 Define rights/liberties | 3 | Yes |
| 2.2 Give reasons for laws | 3 | Yes |
| 2.3 Leadership | 3 | Yes |
| 2.6 Ident. government forms | 4 | Yes |
| **ECONOMICS/RELATED SUBJ.** | | |
| 3.1 Understand econ. choices | 3 | Yes |
| 3.4 Effect of social changes | 4 | Yes |
| **REFERENCE SKILLS** | | |
| 4.1 Use resource materials | 3 | Yes |
| 4.3 Use horizontal time line | 3 | Yes |
| 4.5 Use map scale | 4 | Yes |
| 4.6 Use compass directions | 4 | Yes |
| 4.7 Locate continents/oceans | 4 | Yes |
| 4.9 Compare time zones | 4 | Yes |
| 4.10 Define reference terms | 4 | Yes |

Minimum passing score: 642
Student scale score: 655
Pass: Yes

| Areas and Objectives | Corr. | Mastery |
|---|---|---|
| **LANGUAGE ARTS** | | |
| **CAPITALIZATION** | | |
| 1.1 Capitalize | 4 | Yes |
| **PUNCTUATION** | | |
| 2.1 Use commas | 2 | No |
| 2.5 Punc. bus./friendly letter | 4 | Yes |
| 2.7 Use end punctuation | 3 | Yes |
| **USAGE** | | |
| 3.1 Identify nouns as subject | 2 | No |
| 3.2 Identify plurals | 1 | No |
| 3.3 Identify verbs | 0 | No |
| 3.5 Identify main/helping verbs | 1 | No |
| 3.7 Identify adjectives | 1 | No |
| 3.11 Identify sent. frag./run-on | 1 | No |
| 3.12 Identify double negatives | 2 | No |
| 3.13 Identify pronouns/antec. | 2 | No |
| 3.16 Ident. subj./verb agreement | 3 | Yes |
| **COMPOSITION** | | |
| 5.1 Combine sentences | 3 | Yes |

Minimum passing score: 637
Student scale score: 628
Pass: No

| Goal Areas and Objectives | Corr. | Mastery |
|---|---|---|
| **SCIENCE** | | |
| 2.1 Identify living/nonliving | 4 | Yes |
| 3.1 Define heredity terms | 0 | No |
| 4.2 Identify nine body systems | 4 | Yes |
| 8.2 Classify vertebrate/invert. | 3 | Yes |
| 10.1 Define environment terms | 4 | Mastery |
| 12.1 Define earth crust terms | 3 | Yes |
| 13.1 Identify weather terms | 3 | Yes |
| 13.2 Ident./use weather instr. | 4 | Yes |
| 14.1 Define universe terms | 2 | No |
| 15.2 Identify natural resources | 3 | Yes |
| 16.1 Recog. pollution sources | 3 | Yes |
| 17.1 Define water cycle terms | 1 | No |
| 24.2 Trace electron flow | 3 | Yes |
| 26.2 Ident. insulator/conductor | 2 | No |
| 28.1 Ident. reflection/refract. | 3 | Yes |
| 30.1 Ident. force/energy, etc. | 4 | Yes |

Minimum passing score: 647
Student scale score: 650
Pass: Yes

The number under "Corr." column indicates number of questions answered correctly. A "YES" in "Mastery" column indicates that the objective was mastered. Mastery is defined as correctly answering at least 3 out of 4 questions.

**Exhibit 37 - 72**

# Cumulative Record

## SUGGESTIONS FOR ADDITIONAL DATA WHICH MAY BE FILED IN THIS FOLD

1. SCHOOL HEALTH AND PHYSICAL RECORD CARD
2. CORRESPONDENCE WITH PARENTS
3. RECORD OF HOME VISITS, PARENT INTERVIEWS
4. RECORD OF PUPIL INTERVIEWS OR COUNSELING
5. ANECDOTAL RECORD OR BEHAVIOR JOURNAL
6. DIARIES, AUTOBIOGRAPHIES, ETC.

7. COPIES OF PUPILS LONG-RANGE COU
8. PROFILE SHEETS FROM INTEREST INV
9. PERSONALITY RATING SHEETS
10. VOCATIONAL THEMES, CAREER BOOK
11. NEWSPAPER CLIPPINGS

Case 4:00-cr-00260-Y   Document 2323   Filed 11/30/05   Page 6 of 14   PageID 5993

Exhibit 37 - 73

## METROPOLITAN ACHIEVEMENT TESTS — MAT6 SURVEY ©1985 HBJ

ROBINSON JULIUS O   Gr 5  AGE 11-8   Test Date 4/88
Level INTER   Norms
Form M   Grade 5.7
IRL GRD 6   IML HS   H.O.T.S. AVERAGE

| SCORE TYPE | VOCAB | WRD REC SKILLS | READING COMP | MATH CONC | MATH PROB SOLV | |
|---|---|---|---|---|---|---|
| SCALED SCORE | 642 | | 646 | 739 | 624 | Reason |
| GRADE EQUIV | 5.9 | | 6.2 | PHS | 5.6 | |
| NAT'L PR-S | 54-5 | | 60-6 | 99-9 | 49-5 | |
| NAT'L NCE | 52.1 | | 55.3 | 99.0 | 49.5 | |

| SCORE TYPE | MATH COMP | SPELLING | LANGUAGE | SCIENCE | SOC ST | RESEARCH SKILLS | TOT RDG/ READING | TOT MATH/ MATH | TOT LANG/ LANG | TOT BASIC BATTERY | TOT COMP BATTERY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCALED SCORE | 664 | 649 | 622 | 634 | 620 | 614 | 645 | 674 | 630 | 648 | 642 | |
| GRADE EQUIV | 8.6 | 7.4 | 5.6 | 8.1 | 6.4 | 5.8 | 6.1 | 9.9 | 6.3 | 7.1 | 7.1 | |
| NAT'L PR-S | 77-7 | 69-6 | 49-5 | 77-7 | 59-5 | 52-5 | 59-5 | 92-8 | 59-5 | 75-6 | 74-6 | |
| NAT'L NCE | 65.6 | 60.4 | 49.5 | 65.6 | 54.8 | 51.1 | 54.8 | 79.6 | 54.8 | 64.2 | 63.5 | |

| NAME | PRESSCORE | FORM | DATE | QUO. | SCORES | COMP | TOTAL SCORES | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBINSON JULIUS | 1 | 4-83 | | GR. EQUIV. | 2-9 | 2-3 | 2-7 | NO | NC | NC | NC | NO |
| ID GRID | A | GRD. 1 | %ILE | NTL %ILE | 87 | 67 | 88 | TEST | TEST | TEST | TEST | TEST |
| OPT SCORE | LEV. SEM. 2 | STA EAS | STA OR OPT | 7 | 6 | 7 | | | | | | |
| | | | | | COMP | RDG | MATH | LANG ART | REF MAT | SOC STU | SCIENCE | SAS |

| NAME | PRESSCORE | FORM | DATE | QUO. | SCORES | COMP | TOTAL SCORES | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBINSON JULIUS | 1 | 4-84 | | | 2-3 | 1-6 | 3-2 | 1-0 | NC | NC | NC | NC |
| ID GRID | C | GRD. 2 | %ILE | NTL %ILE | 29 | 13 | 64 | 22 | TEST | TEST | TEST | TEST |
| SCHOOL LOC | | LEV. SEM. 2 | STA EAS | STA OR OPT | 53 | 33 | 75 | 38 | | | | |
| | | | | | COMP | RDG | MATH | LANG ART | REF MAT | SOC STU | SCIENCE | SAS |

| NAME | PRESSCORE | ED. ABIL. | GRADE/SEM | TEST | SCORES | COMPOSITE | READING | LANGUAGE | MATHEMATICS | REF. MTLS. | SOC. STUDY | SCIENCE | APPL SKILL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBINSON JULIUS | | 13 | 3-2 | ACH | NATL PERCENTILE | 18 | 09 | 15 | 36 | NC | NC | NC | NO |
| ID NO. | | 84 | | | GRADE EQUIV. | 2-8 | 1-8 | 2-3 | 3-5 | TEST | TEST | TEST | TEST |
| BIRTHDATE AUG 08 1976 | ABILITY QUOTIENT | | 4-85  1 D | | SCHOOL LOCAL | 20 | 13 | 13 | 38 | | | | |
| | | | TEST DATE | FORM LEVEL | | | | | | | | |

## METROPOLITAN ACHIEVEMENT TESTS — MAT6 SURVEY ©1986 HBJ

ROBINSON JULIUS O   Gr 4  AGE 11-8   Test Date 4/87
Level ELEMENTARY   Norms
Form M   Grade 4.7
IRL GRD 4   IML GRD 5-6   H.O.T.S. AVERAGE

| SCORE TYPE | VOCAB | WRD REC SKILLS | READING COMP | MATH CONC | MATH PROB SOLV |
|---|---|---|---|---|---|
| SCALED SCORE | 590 | 575 | 613 | 592 | 589 |
| GRADE EQUIV | 3.4 | 2.5 | 4.5 | 4.2 | 4.1 |
| NAT'L PR-S | 30-4 | 19-3 | 47-5 | 42-5 | 40-5 |
| NAT'L NCE | 39.0 | 31.5 | 48.4 | 45.8 | 44.7 |
| AAC | LOW | LOW | MID | MID | MID |

| SCORE TYPE | MATH COMP | SPELLING | LANGUAGE | SCIENCE | SOC ST | RESEARCH SKILLS | TOT RDG/ READING | TOT MATH/ MATH | TOT LANG/ LANG | TOT BASIC BATTERY | TOT COMP BATTERY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SCALED SCORE | 625 | 585 | 620 | 609 | 607 | 597 | 598 | 599 | 608 | 600 | 602 |
| GRADE EQUIV | 5.5 | 3.5 | 5.4 | 5.6 | 5.4 | 4.8 | 3.6 | 4.7 | 4.6 | 4.3 | 4.5 |
| NAT'L PR-S | 64-6 | 31-4 | 60-6 | 69-6 | 64-6 | 54-5 | 34-4 | 48-5 | 50-5 | 42-5 | 49-5 |
| NAT'L NCE | 57.5 | 39.6 | 55.3 | 60.4 | 57.5 | 52.1 | 41.3 | 48.9 | 50.0 | 45.8 | 49.5 |
| AAC | MID | MID | MID | HIGH | MID | MID | MID | MID | MID | MID | MID |

# MAT6 — METROPOLITAN ACHIEVEMENT TESTS SURVEY

1

**CLUSTER ANALYSIS FOR**

JULIUS O ROBINSON

| | |
|---|---|
| TEACHER | HARROD |
| SCHOOL | DERMOTT ELEM SCHOOL |
| SYSTEM | DERMOTT SCHOOL DISTR |

| | |
|---|---|
| GRADE | 4 |
| LEVEL | ELEMENTARY |
| FORM | M |

AGE 11 YRS. 8 MOS.
TEST DATE 4/87
MAT6 NORMS 4.7
PROCESS NO 123-00-001212-001

## CONTENT CLUSTERS

| | | |
|---|---|---|
| | SKILLS ORDER OF IMPORTANCE FOR AN IRL OF GRADE 4 | |
| HIGH: | VOCABULARY IN CONTEXT | |
| | WORD PART CLUES | |
| SOME: | SIGHT VOCABULARY | |
| | PHONEME/GRAPHEME: VOWELS | |
| | RATE OF COMPREHENSION | |
| LOW: | PHONEME/GRAPHEME: CONSONANTS | |

| | | LOW AVG HIGH |
|---|---|---|
| C | READING COMPREHENSION | 43/60 |
| C4-01 | Literal Comprehension | 19/21 |
| C4-011 | Detail | 16/18 |
| C4-012 | Sequence | 3/3 |
| C4-02 | Inferential Comprehension | 13/23 |
| C4-021 | Inferred Meaning/Figurative Lang. | 5/10 |
| C4-022 | Cause & Effect | 5/7 |
| C4-023 | Main Idea | 2/3 |
| C4-024 | Character Analysis | 1/3 |
| C4-03 | Critical Analysis | 11/16 |
| C4-031 | Drawing Conclusions | 11/16 |

| | | LOW AVG HIGH |
|---|---|---|
| E | MATHEMATICS: PROBLEM SOLVING | 19/30 |
| E1 | Problem Solving | 18/25 |
| E1-04 | Add/Subtract No Regrouping | 4/5 |
| E1-05 | Add/Subtract with Regrouping | 9/10 |
| E1-06 | Multiply/Divide Basic Facts | 5/10 |
| | Listen | 7/10 |
| | Read | 11/15 |
| | Choose | 7/10 |
| | Solve | 11/15 |
| E2 | Graphs & Statistics | 1/5 |

| | | LOW AVG HIGH |
|---|---|---|
| G | SPELLING | 15/21 |
| G1-03 | Grade 3 | 3/5 |
| G1-04 | Grade 4 | 8/10 |
| G1-05 | Grade 5 | 6/6 |
| H | LANGUAGE | 32/42 |
| H2 | Punctuation & Capitalization | 16/21 |
| H2-02 | Periods & Question Marks | 2/3 |
| H2-03 | Commas | 6/7 |
| H2-05 | Other Punct. & No Punct. Needed | 3/4 |
| H2-06 | Capitalization | 5/7 |
| H3 | Usage | 6/9 |
| H4 | Written Expression | 4/6 |
| H5 | Study Skills | 6/6 |
| H5-01 | Alphabetizing | 3/3 |
| H5-03 | Dictionary Skills | 3/3 |

| | | LOW AVG HIGH |
|---|---|---|
| L | RESEARCH SKILLS | 29/43 |
| L5 | Reference Skills | 6/6 |
| E2 | Graphs & Statistics | 1/5 |
| J0-01 | Science Inquiry & Critical Analysis | 11/16 |
| K0-01 | Soc. St. Inquiry & Critical Analysis | 11/16 |

## CONTENT CLUSTERS

| | | | LOW AVG HIGH |
|---|---|---|---|
| B | WORD RECOGNITION SKILLS | 15/29 | |
| B4 | Phoneme/Grapheme: Consonants | 5/6 | H |
| B4-01 | Initial Consonants | 3/3 | H |
| B4-02 | Final Consonants | 2/3 | |
| B5 | Phoneme/Grapheme: Vowels | 5/14 | |
| B5-01 | Short Vowels | 2/5 | |
| B5-02 | Long Vowels | 3/5 | |
| B5-03 | Digraphs & Diphthongs | 0/4 | |
| B6 | Word Part Clues | 5/9 | |
| B6-01 | Affixes | 3/6 | |
| B6-02 | Compound Words | 2/3 | |
| A | VOCABULARY | 18/22 | |
| A0-01 | Subjects & Predicates | 5/6 | H |
| A0-02 | Adjectives, Adverbs & Prepositions | 7/8 | |
| A0-03 | Direct & Indirect Objects | 6/8 | |

| | | | LOW AVG HIGH |
|---|---|---|---|
| F | MATHEMATICS: COMPUTATION | 25/30 | |
| F1 | Computation: Whole Numbers | 21/26 | |
| F1-04 | Add/Subtract No Regrouping | 4/4 | H |
| F1-05 | Add/Subtract with Regrouping | 6/8 | |
| F1-06 | Multiply/Divide Basic Facts | 8/8 | |
| F1-07 | Multiply/Divide Beyond Basic Facts | 3/6 | |
| F2 | Computation: Decimals & Fractions | 4/4 | |
| D | MATHEMATICS: CONCEPTS | 22/35 | |
| D1 | Numeration | 14/20 | |
| D1-04 | Hundreds | 4/5 | |
| D1-05 | Thousands | 4/5 | |
| D1-06 | Beyond Thousands | 3/5 | |
| D1-07 | Decimals & Fractions | 3/5 | |
| D2 | Geometry & Measurement | 8/15 | |
| D2-02 | Shapes & Figures | 3/3 | H |
| D2-06 | Money & Time | 4/6 | |
| D2-07 | Customary & Metric Measurement | 1/6 | |

| | | | LOW AVG HIGH |
|---|---|---|---|
| J | SCIENCE | 34/45 | |
| J1 | Physical | 12/16 | |
| J2 | Earth & Space | 11/14 | |
| J3 | Life | 11/15 | |
| | Knowledge | 8/10 | |
| | Comprehension | 15/19 | |
| | Inquiry Skills | 7/10 | |
| | Critical Analysis | 4/6 | |
| K | SOCIAL STUDIES | 32/45 | |
| K1 | Geography | 8/11 | |
| K2 | Economics | 5/9 | |
| K3 | History | 6/7 | |
| K4 | Political Science | 4/7 | |
| K5 | Human Behavior | 9/11 | |
| | Knowledge | 11/13 | |
| | Comprehension | 10/16 | |
| | Inquiry Skills | 7/10 | |
| | Critical Analysis | 4/6 | |

| | | | LOW AVG HIGH |
|---|---|---|---|
| T7-01 | Higher Order Thinking Skills | 33/51 | |

Copyright © 1984 by Harcourt Brace Jovanovich, Inc. ALL RIGHTS RESERVED.
Printed in the U.S.A.

THE PSYCHOLOGICAL CORPORATIO
HARCOURT BRACE JOVANOVICH, PUBLISHERS

Exhibit 37 - 74

# MAT6 METROPOLITAN ACHIEVEMENT TESTS SURVEY

**2** | **INDIVIDUAL REPORT**

WITH OTIS-LENNON SCHOOL ABILITY TEST    LEVEL ELEMENTARY    FORM R    NORMS 4.7

| | | | | | |
|---|---|---|---|---|---|
| TEACHER | HARROD | GRADE 4 | | AGE | 11 YRS. 8 MOS. |
| SCHOOL | DERMOTT ELEM SCHOOL | LEVEL ELEMENTARY | | TEST DATE | 4/87 |
| SYSTEM | DERMOTT SCHOOL DISTR | FORM M | | MAT6 NORMS | 4.7 |

FOR

**JULIUS O ROBINSON**

PROCESS NO 123-00-001212-001

| TESTS AND TOTALS | NUMBER OF ITEMS | SCALE SCORE | NATL PR-S | NATL NCE | GRADE EQUIV | AAC RANGE |
|---|---|---|---|---|---|---|
| VOCABULARY | 22 | 590 | 30-4 | 39.0 | 3.4 | LOW |
| WORD RECOGNITION SKILLS | 29 | 575 | 19-3 | 31.5 | 2.5 | LOW |
| READING COMPREHENSION | 60 | 613 | 47-5 | 48.4 | 4.5 | MIDDLE |
| MATHEMATICS: CONCEPTS | 35 | 592 | 42-5 | 45.8 | 4.2 | MIDDLE |
| MATHEMATICS: PROBLEM SOLVING | 30 | 589 | 40-5 | 44.7 | 4.1 | MIDDLE |
| MATHEMATICS: COMPUTATION | 30 | 625 | 64-6 | 57.5 | 5.5 | MIDDLE |
| SPELLING | 21 | 585 | 31-4 | 39.6 | 3.5 | MIDDLE |
| LANGUAGE | 42 | 620 | 60-6 | 55.3 | 5.4 | MIDDLE |
| SCIENCE | 45 | 609 | 69-6 | 60.4 | 5.6 | HIGH |
| SOCIAL STUDIES | 45 | 607 | 64-6 | 57.5 | 5.4 | MIDDLE |
| RESEARCH SKILLS | 43 | 597 | 54-5 | 52.1 | 4.8 | MIDDLE |
| TOTAL READING | 111 | 598 | 34-4 | 41.3 | 3.6 | MIDDLE |
| TOTAL MATHEMATICS | 95 | 599 | 48-5 | 48.9 | 4.7 | MIDDLE |
| TOTAL LANGUAGE | 63 | 608 | 50-5 | 50.0 | 4.6 | MIDDLE |
| TOTAL BASIC BATTERY | 269 | 600 | 42-5 | 45.8 | 4.3 | MIDDLE |
| TOTAL COMPLETE BATTERY | 359 | 602 | 49-5 | 49.5 | 4.5 | MIDDLE |
| OTIS-LENNON SCHOOL ABILITY TEST | 70 | AGE | PR-S | 31-4 | RS= | 43 |
| | | GRD | PR-S | 56-5 | SAI= | 92 |



**NATIONAL PERCENTILE BANDS**

| INDEPENDENT READING LEVEL | READING PERFORMANCE BY GRADE | HIGH ORDER THINKING SKILLS | |
|---|---|---|---|
| GRADE 3 | LEVEL OF READING PASSAGES | CODE T7-01  RS/NP = 33/51 | |
| | | AVERAGE | |
| INSTRUCTIONAL READING LEVEL GRADE 4 | PASSAGE LEVEL    RS/NP | | INSTRUCTIONAL MATHEMATICS LEVEL GRADE 5-6 |
| | Grade 2    11/12 | | |
| | Grade 3    14/15 | | |
| | Grade 4    13/16 | | |
| FRUSTRATION READING LEVEL | Grade 5    2/11 | | |
| GRADE 5 | Grade 6    3/6 | | |

### RAW SCORE/NO. POSSIBLE

| | | RAW SCORE/NO. POSSIBLE | |
|---|---|---|---|
| A | VOCABULARY | 18/22 | ✓ |
| B | WORD RECOGNITION SKILLS | 15/29 | ✓ |
| B4 | Phoneme/Grapheme: Consonants | 5/6 | H✓ |
| B5 | Phoneme/Grapheme: Vowels | 5/14 | ✓ |
| B6 | Word Part Clues | 5/9 | ✓ |
| C | READING COMPREHENSION | 43/60 | ✓ |
| C4-01 | Literal Comprehension | 19/21 | ✓ |
| C4-02 | Inferential Comprehension | 13/23 | ✓ |
| C4-03 | Critical Analysis | 11/16 | ✓ |
| D | MATHEMATICS: CONCEPTS | 22/35 | ✓ |
| D1 | Numeration | 14/20 | ✓ |
| D2 | Geometry & Measurement | 8/15 | ✓ |
| E | MATHEMATICS: PROBLEM SOLVING | 19/30 | ✓ |
| E1 | Problem Solving | 18/25 | ✓ |
| E1-04 | Add/Subtract No Regrouping | 4/5 | ✓ |
| E1-05 | Add/Subtract with Regrouping | 9/10 | ✓ |
| E1-06 | Multiply/Divide Basic Facts | 5/10 | ✓ |
| | Listen | 7/10 | ✓ |
| | Read | 11/15 | ✓ |
| | Choose | 7/10 | ✓ |
| | Solve | 11/15 | ✓ |
| E2 | Graphs & Statistics | 1/5 | ✓ |

| | | RAW SCORE/NO. POSSIBLE | |
|---|---|---|---|
| F | MATHEMATICS: COMPUTATION | 25/30 | ✓ |
| F1 | Computation: Whole Numbers | 21/26 | |
| F1-04 | Add/Subtract No Regrouping | 4/4 | H✓ |
| F1-05 | Add/Subtract with Regrouping | 6/8 | ✓ |
| F1-06 | Multiply/Divide Basic Facts | 8/8 | ✓ |
| F1-07 | Multiply/Divide Beyond Basic Facts | 3/6 | ✓ |
| F2 | Computation: Decimals & Fractions | 4/4 | ✓ |
| G | SPELLING | 15/21 | ✓ |
| G1-03 | Grade 3 | 3/5 | ✓ |
| G1-04 | Grade 4 | 8/10 | ✓ |
| G1-05 | Grade 5 | 4/6 | ✓ |
| H | LANGUAGE | 32/42 | ✓ |
| H2 | Punctuation & Capitalization | 16/21 | ✓ |
| H3 | Usage | 6/9 | ✓ |
| H4 | Written Expression | 4/6 | ✓ |
| H5 | Study Skills | 6/6 | ✓ |
| J | SCIENCE | 34/45 | ✓ |
| J1 | Physical | 12/16 | ✓ |
| J2 | Earth & Space | 11/14 | ✓ |
| J3 | Life | 11/15 | ✓ |
| K | SOCIAL STUDIES | 32/45 | ✓ |
| K1 | Geography | 8/11 | ✓ |
| K2 | Economics | 5/9 | ✓ |
| K3 | History | 6/7 | ✓ |
| K4 | Political Science | 4/7 | ✓ |
| K5 | Human Behavior | 9/11 | ✓ |
| L | RESEARCH SKILLS | 29/43 | ✓ |

Copyright © 1984 by Harcourt Brace Jovanovich, Inc. ALL RIGHTS RESERVED.
Printed in the U.S.A.

THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC.

**Exhibit 37 - 75**

# MAT⑥ METROPOLITAN ACHIEVEMENT TESTS SURVEY

**1**

**CLUSTER ANALYSIS**

**FOR**

| | |
|---|---|
| TEACHER | PHILLIPS THIRD GRADE |
| SCHOOL | DERMOTT ELEM |
| SYSTEM | DERMOTT ELEM |

GRADE **3**
LEVEL **ELEMENTARY**
FORM **M**

AGE **9 YRS. 9 MOS.**
TEST DATE **4/86**
MAT6 NORMS **3.8**
PROCESS NO 00-010530-001

**JULIUS ROBINSON**

## CONTENT CLUSTERS — LOW AVG HIGH

| Code | Skill | Score |
|---|---|---|
| | SKILLS ORDER OF IMPORTANCE | |
| | FOR AN IRL OF GRADE 3 | |
| | HIGH: SIGHT VOCABULARY | |
| | PHONEME/GRAPHEME: VOWELS | |
| | VOCABULARY IN CONTEXT | |
| | WORD PART CLUES | |
| | SOME: PHONEME/GRAPHEME: CONSONANTS | |
| | LOW: RATE OF COMPREHENSION | |
| C | READING COMPREHENSION | 30/60 |
| C4-01 | Literal Comprehension | 13/21 |
| C4-011 | Detail | 12/18 |
| C4-012 | Sequence | 1/3 |
| C4-02 | Inferential Comprehension | 9/23 |
| C4-021 | Inferred Meaning/Figurative Lang. | 4/10 |
| C4-022 | Cause & Effect | 2/7 |
| C4-023 | Main Idea | 3/3 |
| C4-023 | Character Analysis | 0/3 |
| C4-03 | Critical Analysis | 8/16 |
| C4-031 | Drawing Conclusions | 8/16 |
| E | MATHEMATICS: PROBLEM SOLVING | 20/30 |
| E1 | Problem Solving | 17/25 |
| E1-04 | Add/Subtract No Regrouping | 5/5 |
| E1-05 | Add/Subtract with Regrouping | 8/10 |
| E1-06 | Multiply/Divide Basic Facts | 4/10 |
| | Listen | 8/10 |
| | Read | 9/15 |
| | Choose | 7/10 |
| | Solve | 10/15 |
| E2 | Graphs & Statistics | 3/5 |
| G | SPELLING | 11/21 |
| G1-03 | Grade 3 | 4/5 |
| G1-04 | Grade 4 | 5/10 |
| G1-05 | Grade 5 | 2/6 |
| H | LANGUAGE | 24/42 |
| H2 | Punctuation & Capitalization | 17/21 |
| H2-02 | Periods & Question Marks | 3/3 |
| H2-03 | Commas | 6/7 |
| H2-05 | Other Punct. & No Punct. Needed | 2/4 |
| H2-06 | Capitalization | 6/7 |
| H3 | Usage | 3/9 |
| H4 | Written Expression | 2/6 |
| H5 | Study Skills | 2/6 |
| H5-01 | Alphabetizing | 1/3 |
| H5-02 | Dictionary Skills | 1/3 |
| L | RESEARCH SKILLS | 23/43 |
| L2 | Reference Skills | 2/6 |
| E2 | Graphs & Statistics | 3/5 |
| J0-01 | Science Inquiry & Critical Analysis | 8/16 |
| K0-01 | Soc. St. Inquiry & Critical Analysis | 10/16 |

## CONTENT CLUSTERS — LOW AVG HIGH

| Code | Skill | Score |
|---|---|---|
| B | WORD RECOGNITION SKILLS | 8/29 |
| B4 | Phoneme/Grapheme: Consonants | 3/6 |
| B4-01 | Initial Consonants | 2/3 |
| B4-02 | Final Consonants | 1/3 |
| B5 | Phoneme/Grapheme: Vowels | 2/14 |
| B5-01 | Short Vowels | 1/5 |
| B5-02 | Long Vowels | 1/5 |
| B5-03 | Digraphs & Diphthongs | 0/4 |
| B6 | Word Part Clues | 3/9 |
| B6-01 | Affixes | 3/6 |
| B6-02 | Compound Words | 0/3 |
| A | VOCABULARY | 13/22 |
| A0-01 | Subjects & Predicates | 3/6 |
| A0-02 | Adjectives, Adverbs & Prepositions | 4/8 |
| A0-03 | Direct & Indirect Objects | 6/8 |
| F | MATHEMATICS: COMPUTATION | 26/30 |
| F1 | Computation: Whole Numbers | 23/26 |
| F1-04 | Add/Subtract No Regrouping | 4/4 |
| F1-05 | Add/Subtract with Regrouping | 7/8 |
| F1-06 | Multiply/Divide Basic Facts | 8/8 |
| F1-07 | Multiply/Divide Beyond Basic Facts | 4/6 |
| F2 | Computation: Decimals & Fractions | 3/4 |
| D | MATHEMATICS: CONCEPTS | 23/35 |
| D1 | Numeration | 14/20 |
| D1-04 | Hundreds | 3/5 |
| D1-05 | Thousands | 5/5 |
| D1-06 | Beyond Thousands | 3/5 |
| D1-07 | Decimals & Fractions | 3/5 |
| D2 | Geometry & Measurement | 9/15 |
| D2-02 | Shapes & Figures | 2/3 |
| D2-06 | Money & Time | 5/6 |
| D2-07 | Customary & Metric Measurement | 2/6 |
| J | SCIENCE | 21/45 |
| J1 | Physical | 7/16 |
| J2 | Earth & Space | 8/14 |
| J3 | Life | 6/15 |
| | Knowledge | 6/10 |
| | Comprehension | 7/19 |
| | Inquiry Skills | 5/10 |
| | Critical Analysis | 3/6 |
| K | SOCIAL STUDIES | 28/45 |
| K1 | Geography | 5/11 |
| K2 | Economics | 8/9 |
| K3 | History | 5/7 |
| K4 | Political Science | 5/7 |
| K5 | Human Behavior | 5/11 |
| | Knowledge | 8/13 |
| | Comprehension | 10/16 |
| | Inquiry Skills | 8/10 |
| | Critical Analysis | 2/6 |
| T7-01 | Higher Order Thinking Skills | 25/51 |

Copyright © 1984 by Harcourt Brace Jovanovich, Inc. ALL RIGHTS RESERVED.
Printed in the U.S.A.

**THE PSYCHOLOGICAL CORPORATION**
HARCOURT BRACE JOVANOVICH, INC.

Exhibit 37 - 76

# ARKANSAS
Minimum Performance Testing Program
**1985-86**

**DERMOTT SCHOOL DISTRICT**
Code: **09-01-001**

Student: **ROBINSON    JULIUS  O**
Grade: **03**
Class: **PHILLIPS SANDRA**
School: **DERMOTT ELEMENTARY SCHO**

| Goal Areas and Objectives | Corr. | Mastery | Goal Areas and Objectives | Corr. | Mastery |
|---|---|---|---|---|---|
| **R E A D I N G** | | | **M A T H E M A T I C S** | | |
| **WORD RECOGNITION** | | | **WHOLE NUMBER NUMERATION** | | |
| 1.1  RECOGNIZE DOLCH BASIC VOCABULARY LIST | 4 | YES | 1.1  IDENTIFY ODD/EVEN NUMBERS | 4 | YES |
| 1.3A IDENTIFY PREFIXES | 4 | YES | 1.2  IDENTIFY PLACE VALUES | 3 | YES |
| 1.3B IDENTIFY SUFFIXES | 4 | YES | 1.3  COMPARE TWO NUMBERS | 0 | NO |
| 1.4  IDENTIFY ABBREVIATIONS | 4 | YES | 1.4  MATCH STANDARD NUMBER/WORD NAME | 3 | YES |
| 1.5A IDENTIFY SYNONYMS | 2 | NO | 1.5  IDENTIFY POSITION OF OBJECT | 4 | YES |
| 1.5B IDENTIFY ANTONYMS | 2 | NO | 4 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | |
| 1.6  RECOGNIZE IRREGULAR PLURALS | 4 | YES | | | |
| 1.7  USE CONTEXT CLUES | 3 | YES | **WHOLE NUMBER OPERATIONS** | | |
| 1.8  DECODE WORDS | 3 | YES | 2.1  ADD THREE NUMBERS | 4 | YES |
| 1.9  KNOW WORDS CHANGED BY PREFIXES/SUFFIXES | 4 | YES | 2.2  ADD NUMBERS/REGROUPING | 3 | YES |
| 8 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | | 2.3  ADD TO CHECK SUBTRACTION | 4 | YES |
| | | | 2.4  SUBTRACT NUMBERS/REGROUPING | 1 | NO |
| **COMPREHENSION** | | | 2.5  USE SYMBOL/TERMS FOR MULTIPLICATION | 4 | YES |
| 2.1  IDENTIFY MAIN IDEA | 3 | YES | 2.7  DEFINE FACTOR, PRODUCT, QUOTIENT | 1 | NO |
| 2.2  IDENTIFY FACTS | 3 | YES | 2.8  USE SYMBOLS/TERMS FOR DIVISION | 4 | YES |
| 2.3  IDENTIFY CAUSE/EFFECT | 2 | NO | 5 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | |
| 2.5  READ TO PROVE POINT | 2 | NO | | | |
| 2.6  IDENTIFY SEQUENCE OF EVENTS | 4 | YES | **RATIONAL NUMBERS** | | |
| 2.7  PREDICT OUTCOME | 4 | YES | 3.1  MATCH FRACTIONS WITH SHADED REGIONS | 3 | YES |
| 2.8  DISTINGUISH FICTION/NONFICTION | 4 | YES | 1 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | |
| 2.9  ATTACH MEANINGS TO PRONOUNS | 4 | YES | | | |
| 2.10 IDENTIFY EMOTIONS/MOODS | 2 | NO | **MEASUREMENT** | | |
| 6 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | | 4.1  TELL TIME TO NEAREST FIVE MINUTES | 4 | YES |
| | | | 4.2  READ CALENDAR | 4 | YES |
| **STUDY SKILLS** | | | 4.3  COUNT CHANGE TO $1.00 | 4 | YES |
| 3.1  IDENTIFY DICTIONARY SECTIONS | 4 | YES | 4.4  READ RULER TO NEAREST INCH/HALF-INCH | 2 | NO |
| 3.2A USE TABLE OF CONTENTS | 4 | YES | 4.5  READ SCALE TO NEAREST POUND | 1 | NO |
| 3.2B USE GLOSSARY | 4 | YES | 3 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | |
| 3.3  CLASSIFY WORDS | 4 | YES | | | |
| 3.4  ALPHABETIZE WORDS | 4 | YES | **GEOMETRY** | | |
| 3.5C INTERPRET GRAPHS | 4 | YES | 5.2  MATCH CONGRUENT SHAPES | 4 | YES |
| 3.5D INTERPRET MAPS | 4 | YES | 1 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | |
| 3.6  USE GUIDE WORDS | 4 | YES | MINIMUM PASSING SCORE        341 | | |
| 8 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | | STUDENT  SCALE  SCORE        343 | | |
| MINIMUM PASSING SCORE        343 | | | | | |
| STUDENT  SCALE  SCORE        354 | | | | | |

The number under "Corr." column indicates number of questions answered correctly.  A blank indicates no response to any of the questions in the objective.  A "YES" under "Mastery" column indicates that the objective was mastered.

Exhibit 37 - 77

# ARKANSAS
## Minimum Performance Testing Program
### 1984-85

**Individual Student Report - Grade 3**

STUDENT: ROBINSON, JULIUS    School: DERMOTT ELEM SCHOOL

CLASS: PHILLIPS, S    DISTRICT: DERMOTT SPECIAL

CODE: 09-01-001-01

## READING

### WORD RECOGNITION

| OBJECTIVE CODE | GOAL AREAS AND OBJECTIVES | NUMBER CORRECT | MASTERY |
|---|---|---|---|
| 3-1.2 | Recognize Dolch Basic Vocabulary List | 4 | YES |
| 3-1.4 | Apply knowledge of decoding | 4 | YES |
| 3-1.5 | Recognize root words | 4 | YES |
| 3-1.6a | Attach meaning to prefixes | 3 | YES |
| 3-1.6b | Attach meaning to suffixes | 1 | NO |
| 3-1.7 | Effect of prefix/suffix on meaning | 2 | NO |
| 3-1.10 | Singular/plural of irregular nouns | 3 | YES |
| 3-1.13 | Demonstrate knowledge of abbreviations | 4 | YES |
| | **6 Objectives Mastered in this Goal Area** | | |

### COMPREHENSION

| OBJECTIVE CODE | GOAL AREAS AND OBJECTIVES | NUMBER CORRECT | MASTERY |
|---|---|---|---|
| 3-2.3 | Read to prove a point | 2 | NO |
| 3-2.4 | Identify stated facts | 2 | NO |
| 3-2.5 | Recognize and recall main idea | 4 | YES |
| 3-2.6 | Arrange sentences in sequence | 3 | YES |
| 3-2.7 | Predict an outcome | 1 | NO |
| 3-2.9 | Distinguish fiction/nonfiction | 4 | YES |
| 3-2.10 | Infer cause and effect | 1 | NO |
| 3-2.11 | Interpret character mood/emotion | 2 | NO |
| 3-2.16 | Recognize pronoun meaning | 3 | YES |
| | **4 Objectives Mastered in this Goal Area** | | |

### STUDY SKILLS

| OBJECTIVE CODE | GOAL AREAS AND OBJECTIVES | NUMBER CORRECT | MASTERY |
|---|---|---|---|
| 3-3.3 | Locate dictionary sections | 3 | YES |
| 3-3.4 | Use guide words/entry words | 3 | YES |
| 3-3.6a | Use table of contents | 3 | YES |
| 3-3.8a | Use simple graphs | 3 | YES |
| 3-3.8b | Use simple maps | 3 | YES |
| 3-3.10 | Classify words | 4 | YES |
| | **6 Objectives Mastered in this Goal Area** | | |

Scale Score: 341

## MATHEMATICS

### NUMERATION

| OBJECTIVE CODE | GOAL AREAS AND OBJECTIVES | NUMBER CORRECT | MASTERY |
|---|---|---|---|
| 3-1.6 | Identify place value (3 digits) | 1 | NO |
| | **0 Objectives Mastered in this Goal Area** | | |

### WHOLE NUMBERS

| OBJECTIVE CODE | GOAL AREAS AND OBJECTIVES | NUMBER CORRECT | MASTERY |
|---|---|---|---|
| 3-2.1 | Add 2 two digits (no regrouping) | 4 | YES |
| 3-2.8 | Subtract 2 two digits (no regrouping) | 4 | YES |
| 3-2.11 | Check subtraction by adding | 1 | NO |
| 3-2.12a | Identify multiplication symbol | 3 | YES |
| 3-2.12b | Use multiplication symbol | 3 | YES |
| 3-2.18a | Identify division symbols | 4 | YES |
| 3-2.18b | Use division symbols | 2 | NO |
| | **5 Objectives Mastered in this Goal Area** | | |

### RATIONAL NUMBERS

| OBJECTIVE CODE | GOAL AREAS AND OBJECTIVES | NUMBER CORRECT | MASTERY |
|---|---|---|---|
| 2-3.1 | Recognize one-half of a region | 4 | YES |
| | **1 Objectives Mastered in this Goal Area** | | |

### MEASUREMENT

| OBJECTIVE CODE | GOAL AREAS AND OBJECTIVES | NUMBER CORRECT | MASTERY |
|---|---|---|---|
| 3-4.1 | Tell time to nearest 5 minutes | 4 | YES |
| 3-4.2 | Count change under $1.00 | 3 | YES |
| 3-4.3 | Read ruler to nearest inch | 4 | YES |
| 3-4.4 | Read scales to nearest pound | 4 | YES |
| | **4 Objectives Mastered in this Goal Area** | | |

### GEOMETRY

| OBJECTIVE CODE | GOAL AREAS AND OBJECTIVES | NUMBER CORRECT | MASTERY |
|---|---|---|---|
| 3-5.2 | Recognize geometric figures | 2 | NO |
| | **0 Objectives Mastered in this Goal Area** | | |

Scale Score: 345

Exhibit 37 - 78

In the "Number Correct" column, the number of questions answered correctly is indicated for each objective and the number of objectives mastered is indicated for each Goal Area. A blank space indicates that the student made no attempt. In the "Mastery" column, mastery is indicated for each objective. A YES indicates the student attempted enough questions to achieve a mastery or non-mastery rating. A NO indicates the student answered insufficient questions.

Case 4:NS-cv-00260-Y    Document 2325    Filed 11/30/05    Page 12 of 14    PageID 5999

# ARKANSAS
**Minimum Performance Testing Program**
**1985-86**

DERMOTT SCHOOL DISTRICT
Code: 09-01-001

Student: ROBINSON  JULIUS   0
Grade: 03
Class: PHILLIPS SANDRA
School: DERMOTT ELEMENTARY SCHO

| Goal Areas and Objectives | Corr. | Mastery | Goal Areas and Objectives | Corr. | Mastery |
|---|---|---|---|---|---|
| **R E A D I N G** | | | **M A T H E M A T I C S** | | |
| **WORD RECOGNITION** | | | **WHOLE NUMBER NUMERATION** | | |
| 1.1 RECOGNIZE DOLCH BASIC VOCABULARY LIST | 4 | YES | 1.1 IDENTIFY ODD/EVEN NUMBERS | 4 | YES |
| 1.3A IDENTIFY PREFIXES | 4 | YES | 1.2 IDENTIFY PLACE VALUES | 3 | YES |
| 1.3B IDENTIFY SUFFIXES | 4 | YES | 1.3 COMPARE TWO NUMBERS | 0 | NO |
| 1.4 IDENTIFY ABBREVIATIONS | 4 | YES | 1.4 MATCH STANDARD NUMBER/WORD NAME | 3 | YES |
| 1.5A IDENTIFY SYNONYMS | 2 | NO | 1.5 IDENTIFY POSITION OF OBJECT | 4 | YES |
| 1.5B IDENTIFY ANTONYMS | 2 | NO | 4 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | |
| 1.6 RECOGNIZE IRREGULAR PLURALS | 4 | YES | | | |
| 1.7 USE CONTEXT CLUES | 3 | YES | **WHOLE NUMBER OPERATIONS** | | |
| 1.8 DECODE WORDS | 3 | YES | 2.1 ADD THREE NUMBERS | 4 | YES |
| 1.9 KNOW WORDS CHANGED BY PREFIXES/SUFFIXES | 4 | YES | 2.2 ADD NUMBERS/REGROUPING | 3 | YES |
| 8 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | | 2.3 ADD TO CHECK SUBTRACTION | 4 | YES |
| | | | 2.4 SUBTRACT NUMBERS/REGROUPING | 1 | NO |
| **COMPREHENSION** | | | 2.5 USE SYMBOL/TERMS FOR MULTIPLICATION | 4 | YES |
| 2.1 IDENTIFY MAIN IDEA | 3 | YES | 2.7 DEFINE FACTOR, PRODUCT, QUOTIENT | 1 | NO |
| 2.2 IDENTIFY FACTS | 3 | YES | 2.8 USE SYMBOLS/TERMS FOR DIVISION | 4 | YES |
| 2.3 IDENTIFY CAUSE/EFFECT | 2 | NO | 5 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | |
| 2.5 READ TO PROVE POINT | 2 | NO | | | |
| 2.6 IDENTIFY SEQUENCE OF EVENTS | 4 | YES | **RATIONAL NUMBERS** | | |
| 2.7 PREDICT OUTCOME | 4 | YES | 3.1 MATCH FRACTIONS WITH SHADED REGIONS | 3 | YES |
| 2.8 DISTINGUISH FICTION/NONFICTION | 4 | YES | 1 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | |
| 2.9 ATTACH MEANINGS TO PRONOUNS | 4 | YES | | | |
| 2.10 IDENTIFY EMOTIONS/MOODS | 2 | NO | **MEASUREMENT** | | |
| 6 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | | 4.1 TELL TIME TO NEAREST FIVE MINUTES | 4 | YES |
| | | | 4.2 READ CALENDAR | 4 | YES |
| **STUDY SKILLS** | | | 4.3 COUNT CHANGE TO $1.00 | 4 | YES |
| 3.1 IDENTIFY DICTIONARY SECTIONS | 4 | YES | 4.4 READ RULER TO NEAREST INCH/HALF-INCH | 2 | NO |
| 3.2A USE TABLE OF CONTENTS | 4 | YES | 4.5 READ SCALE TO NEAREST POUND | 1 | NO |
| 3.2B USE GLOSSARY | 4 | YES | 3 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | |
| 3.3 CLASSIFY WORDS | 4 | YES | | | |
| 3.4 ALPHABETIZE WORDS | 4 | YES | **GEOMETRY** | | |
| 3.5C INTERPRET GRAPHS | 4 | YES | 5.2 MATCH CONGRUENT SHAPES | 4 | YES |
| 3.5D INTERPRET MAPS | 4 | YES | 1 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | |
| 3.6 USE GUIDE WORDS | 4 | YES | MINIMUM PASSING SCORE          341 | | |
| 8 OBJECTIVE(S) MASTERED IN THIS GOAL AREA | | | STUDENT  SCALE  SCORE          343 | | |
| MINIMUM PASSING SCORE       343 | | | | | |
| STUDENT  SCALE  SCORE       354 | | | | | |

The number under "Corr." column indicates number of questions answered correctly.  A blank indicates no response to any of the questions in the objective.  A "YES" under "Mastery" column indicates that the objective was mastered.

## Exhibit 37 - 79

SKILLS PROFILE: **INDIVIDUAL**

| NAME | GRADE | SEMESTER | DATE TESTED | LEVEL | FORM | TAPE NO. |
|---|---|---|---|---|---|---|
| ROBINSON JULIUS | 2 | 2 | 4-04-84 | C | 1 | 01312  15  8421 |

DERMOTT ELEM SCH DERMOTT   AR MCINTYRE

SCHOOL   CITY   ST   TEACHER/GROUP

SCHOOL LOCAL 68420-001-0

OPTION SCORE   SRA REFERENCE

| SUBJECT AREA | GE | GROWTH SCALE | OPT SCORE | NAT'L PCTLE | NATIONAL PERCENTILE BANDS |
|---|---|---|---|---|---|
| COMPOSITE | 2-3 | 180 | 53 | 29 | XXX (near 30-40) |
| READING | 1-6 | 160 | 33 | 13 | XXXXX (near 10-20) |
| MATHEMATICS | 3-2 | 216 | 75 | 64 | XXXXX (near 60-70) |
| LANGUAGE ARTS † | 1-0 | 185 | 38 | 22 | XXXXX (near 20-30) |
| EDUCATIONAL ABILITY SERIES (QUO) | | | | | |

Percentile band scale: 1  2  5  10  20  30  40  50  60  70  80  90  95  98  99

GROUP SIZE

† Language arts is not tested at Level A or B.

STANINE BANDS:  1  2  3  4  5  6  7  8  9

Reorder No. 7-5855
REV. 4/83

**NATIONAL PERCENTILE BANDS:** Above is a graph of how well the student did on all the tests taken. Each row of marks shows the range of national percentile scores a student would be likely to get if a particular test were taken many times instead of just once. The student's national percentile for this testing is near the center of the band.

You can compare bands to see if the student did better in one test than another. Look at any two bands. If the ends do not overlap, it is likely the student did better in one test. If the ends do overlap, there is not a true difference in the scores.

**RATIO; PERCENT CORRECT:** The scores listed under RATIO indicate how many questions the student got right out of the total number of questions in the skill area. The graph under PERCENT CORRECT indicates the ratio in percentage form. Each mark covers a range of 10 percentage points.

| SPECIFIC SKILL AREA | * | PERCENT CORRECT (1-10) | RATIO RIGHT/TOTAL |
|---|---|---|---|
| VISUAL DISCRIMINATION | | | |
| Letter features | | | |
| Letter forms | | | |
| Word forms | | | |
| AUDITORY DISCRIMINATION | | | |
| Same word | | | |
| Beginning sounds | | | |
| Vowels | | | |
| Ending sounds | | | |
| Beginning/ending sounds | | | |
| LETTERS AND SOUNDS | * | S  N | 7/20 |
| Letter matching | | | |
| Letter recognition | | | |
| Initial/final consonants | * | S  N | 3/ 7 |
| Vowels | * | S  N | 2/ 9 |
| Patterns, bases | * | S  N | 2/ 4 |

| SPECIFIC SKILL AREA | * | PERCENT CORRECT (1-10) | RATIO RIGHT/TOTAL |
|---|---|---|---|
| LISTENING COMPREHENSION | * | N  S | 17/20 |
| Understanding directions | * | S N | 2/ 3 |
| Grasping details | * | N  S | 4/ 4 |
| Summarizing | * | N  S | 4/ 4 |
| Perceiving relationships | * | N  S | 4/ 4 |
| Drawing conclusions | * | S N | 3/ 5 |
| Understanding vocabulary | | | |
| VOCABULARY | * | S  N | 11/25 |
| Literal | * | S  N | 11/25 |
| Nonliteral | | | |
| READING COMPREHENSION | * | S  N | 7/24 |
| Understanding sentences | * | S  N | 2/ 7 |
| Grasping details | * | E | 4/ 6 |
| Summarizing | * | S  N | 0/ 4 |
| Perceiving relationships | * | S  N | 0/ 3 |
| Drawing conclusions | * | S  N | 1/ 4 |
| MATH: CONCEPTS | * | S N | 22/35 |
| Numbers, numerals | * | N S | 12/18 |
| Geometry, measurement | * | N S | 7/ 9 |
| Problem solving | * | S  N | 3/ 8 |

| SPECIFIC SKILL AREA | * | PERCENT CORRECT (1-10) | RATIO RIGHT/TOTAL |
|---|---|---|---|
| MATH: COMPUTATION | * | N  S | 26/27 |
| Add'n, subtr. facts | * | N S | 3/ 3 |
| Add'n, subtr. algorithms | * | N  S | 19/20 |
| Mult., div. facts | * | N  S | 4/ 4 |
| Mult., div. algorithms | | | |
| LANGUAGE ARTS: MECHANICS | * | N  S | 17/20 |
| Capitalization | * | N  S | 7/ 8 |
| Punctuation | * | N S | 4/ 6 |
| Alphabetization | * | N  S | 6/ 6 |
| LANGUAGE ARTS: USAGE | * | S  N | 4/20 |
| Verbs | * | S  N | 0/ 5 |
| Pronouns, modifiers | * | S  N | 2/11 |
| Sentence structure | * | S N | 2/ 4 |
| Sentence transformations | | | |
| LANGUAGE ARTS: SPELLING | * | S  N | 13/29 |
| EDUCATIONAL ABILITY SERIES | | | |
| Verbal | | | |
| Nonverbal | | | |

Percent correct scale: 1 2 3 4 5 6 7 8 9 10   RIGHT/TOTAL

* Skill is measured in this level of the test.
S — Percentage of items answered correctly by the student.
N — Percentage of items answered correctly by the national population.
E — The point at which the student and the national population answered the same percentage of items correctly.

© 1978, Science Research Associates, Inc. All rights reserved.
® Science Research Associates, Inc. Chicago, Palo Alto, Toronto,

Exhibit 37 - 80

SRA

# SRA ACHIEVEMENT SERIES

**SKILLS PROFILE: INDIVIDUAL**

| NAME | GRADE | SEMESTER | DATE TESTED | LEVEL | FORM | TAPE NO. |
|---|---|---|---|---|---|---|
| ROBINSON JULIUS | 1 | 2 | 4-12-83 | A | 1 | 04026  24  83 |
| DERMOTT ELEM SCH DERMOTT | | | AR SANCY COURSON | | RAW SCORE | 64460-001 |
| SCHOOL | CITY | ST. | TEACHER/GROUP | | OPTION SCORE | SRA REFEREN |

## National Percentile Bands

| SUBJECT AREA | GE | GROWTH SCALE | OPT. SCORE | NAT'L PCTLE | Band marks |
|---|---|---|---|---|---|
| COMPOSITE | 2-9 | 212 | 65 | 87 | XXXX (~85-90) |
| READING | 2-3 | 211 | 102 | 67 | XXXX (~60-70) |
| MATHEMATICS | 2-7 | 190 | 30 | 88 | XXXXXX (~80-90) |
| LANGUAGE ARTS† | | | | | |
| EDUCATIONAL ABILITY SERIES (QUO) | | | | | |

GROUP SIZE: 

† Language arts is not tested at Level A or B.

STANINE BANDS: 1  2  3  4  5  6  7  8  9

23    54    23

Reorder No. 7-5855

**NATIONAL PERCENTILE BANDS:** Above is a graph of how well the student did on all the tests taken. Each row of marks shows the range of national percentile scores a student would be likely to get if a particular test were taken many times instead of just once. The student's national percentile for this testing is near the center of the band.

You can compare bands to see if the student did better in one test than another. Look at any two bands. If the ends do not overlap, it is likely the student did better in one test. If the ends do overlap, there is not a true difference in the scores.

**RATIO; PERCENT CORRECT:** The scores listed under RATIO indicate how many questions the student got right out of the total number of questions in the skill area. The graph under PERCENT CORRECT indicates the ratio in percentage form. Each mark covers a range of 10 percentage points.

---

| SPECIFIC SKILL AREA | * | PERCENT CORRECT (1-10) | RATIO RIGHT/TOTAL |
|---|---|---|---|
| VISUAL DISCRIMINATION | * | SN | 20/25 |
| Letter features | * | E | 10/11 |
| Letter forms | * | S  N | 3/5 |
| Word forms | * | SN | 7/9 |
| AUDITORY DISCRIMINATION | * | E | 22/25 |
| Same word | * | E | 6/7 |
| Beginning sounds | * | NS | 6/6 |
| Vowels | * | SN | 5/6 |
| Ending sounds | * | SN | 5/6 |
| Beginning/ending sounds | | | |
| LETTERS AND SOUNDS | * | NS | 25/25 |
| Letter matching | * | NS | 6/6 |
| Letter recognition | * | E | 6/6 |
| Initial/final consonants | * | N S | 13/13 |
| Vowels | | | |
| Patterns, bases | | | |

| SPECIFIC SKILL AREA | * | PERCENT CORRECT (1-10) | RATIO RIGHT/TOTAL |
|---|---|---|---|
| LISTENING COMPREHENSION | * | N S | 35/35 |
| Understanding directions | * | NS | 3/3 |
| Grasping details | * | NS | 5/5 |
| Summarizing | * | NS | 3/3 |
| Perceiving relationships | * | NS | 5/5 |
| Drawing conclusions | * | N  S | 9/9 |
| Understanding vocabulary | * | NS | 10/10 |
| VOCABULARY | | | |
| Literal | | | |
| Nonliteral | | | |
| READING COMPREHENSION | | | |
| Understanding sentences | | | |
| Grasping details | | | |
| Summarizing | | | |
| Perceiving relationships | | | |
| Drawing conclusions | | | |
| MATH: CONCEPTS | * | NS | 30/30 |
| Numbers, numerals | * | NS | 15/15 |
| Geometry, measurement | * | NS | 10/10 |
| Problem solving | * | NS | 5/5 |

| SPECIFIC SKILL AREA | * | PERCENT CORRECT (1-10) | RATIO RIGHT/TOTAL |
|---|---|---|---|
| MATH: COMPUTATION | | | |
| Add'n, subtr. facts | | | |
| Add'n, subtr. algorithms | | | |
| Mult., div. facts | | | |
| Mult., div. algorithms | | | |
| LANGUAGE ARTS: MECHANICS | | | |
| Capitalization | | | |
| Punctuation | | | |
| Alphabetization | | | |
| LANGUAGE ARTS: USAGE | | | |
| Verbs | | | |
| Pronouns, modifiers | | | |
| Sentence structure | | | |
| Sentence transformations | | | |
| LANGUAGE ARTS: SPELLING | | | |
| EDUCATIONAL ABILITY SERIES | | | |
| Verbal | | | |
| Nonverbal | | | |

* - Skill is measured in this level of the test.

S - Percentage of items answered correctly by the student.

N - Percentage of items answered correctly by the national population.

E - The point at which the student and the national population answered the same percentage of items correctly.

© 1978, Science Research Associates, Inc. All rights reserved.

® Science Research Associates, Inc. Chicago, Palo Alto, Toronto.

**Exhibit 37 - 81**

SRA