# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | **Honorable Terry Means** |
| JULIUS ROBINSON | : | **United States District Judge** |

_____

### EXHIBIT NUMBER 37 (PART 6 OF 6, PAGES 109-135)

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

E 2/15/95

AME **Robinson    Julius**    9:50 - 4:00
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
last (PRINT)        first

IRCLE AT LEAST FIVE, REMEMBERING TO INCLUDE COURSES YOU WILL NOT FINISH BY JUNE 29

## COURSE NAME and COURSE NUMBER    NC1074.313

NC1040.77;

### ENGLISH

| | |
|---|---|
| English I a | LA1210 |
| English I b | LA2210 |
| English II a | LA1220 |
| English II b | LA2220 |
| English III a | LA1230 |
| English III b | LA2230 |
| English IV a | LA1240 |
| English IV b | LA2240 |
| Practical Writing | LA1212 |
| Read Imp I | LA1273 |
| Read Imp II | LA1274 |
| Advanced Read | LA1275 |

414
612

### SOCIAL STUDIES

| | |
|---|---|
| World Geography a | SS1212 |
| World Geography b | SS2212 |
| World History a | SS1211 |
| World History b | SS2211 |
| US History a | SS1210 |
| US History b | SS2210 |
| Government | SS1220 |
| Economics | SS1230 |
| AM CULTURE STUDIES | SS1214 |

✓ wait

### PE/HEALTH

| | |
|---|---|
| PE | PE1240 |
| Health | PE1244 |

### MATH

| | |
|---|---|
| Algebra I a | MA1220 |
| Algebra I b | MA2220 |
| Geometry a | MA1245 |
| Geometry b | MA2245 |
| Algebra II a | MA1230 |
| Algebra II b | MA2230 |
| Inf. Geometry a | MA1240 | 925 |
| Inf. Geometry b | MA2240 |
| Math of Money a | MA1250 |
| Math of Money b | MA2250 |

### SCIENCE

| | |
|---|---|
| Phy. Science a | SC1210 |
| Phy. Science b | SC2210 | 541 |
| Biology a | SC1220 |
| Biology b | SC2220 |
| Geology a | SC1270 |
| Geology b | SC2270 |
| Chemistry a | SC1250 |
| Chemistry b | SC2250 |
| GED | NC1055 |

### CAREER/TECHNOLOGY

| | | Eligibility |
|---|---|---|
| Management (Career Exploration) | | |
| | VE1233 | 9-12 |
| Parenting I a | VE1239 | 7-12 |
| Parenting I b | VE2239 | 7-12 |
| Parenting II a | VE12 | 7-12 |
| Parenting II b | VE22 | 7-12 |
| Micro Computer Application a | | |
| | BU1219 | 9-12 |
| Micro Computer Application b | | |
| | BU2219 | 9-12 |
| (computer science credit) | | |
| Office Support Systems a | VE1279 | 9-12 |
| Office Support Systems b | VE2279 | 9-12 |
| Multi Occupational Career Training | | |
| MOCT I a (16 yrs. old) | VE6250 | 11-12 |
| MOCT I b | VE9250 | 11-12 |
| MOCT II a | VE6251 | 12 |
| MOCT II b | VE9251 | 12 |
| Home Economics Cooperative Education | | |
| HECE I a (16 yrs. old) | VE6237 | 11-12 |
| HECE I b | VE9237 | 11-12 |
| HECE II a | VE6238 | 12 |
| HECE II b | VE9238 | 12 |
| Ind. and Family Life | VE1236 | 11-12 |

872

PREFERRED TIME SCHEDULE: _____

Exhibit 37 - 109

STATE OF TEXAS ACADEMIC ACHIEVEMENT RECORD

8/16/95

Case 4:00-cr-00260-Y   Document 2325   Filed 11/30/05   Page 3 of 28   PageID 6032

**Exhibit 37 - 110**

Full Legal Name __ROBINSON   JULIUS   Q__
Student ID Number __82399__   Ethnicity __BLACK NOT HISPAN__
Social Security Number __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__   Sex __MALE__
Date of Birth __8/08/76__   Place of Birth __FAYETTEVILL   AR__
Parent ___ Guardian Name __HOLLIMAN   ROSA__
Current Address __1413 N. COOPER CIR # A__
__ARLINGTON__ City   __TX__ State   __76011__ Zip Code

Most Recent Former Address _____
Street   City / State / Zip Code
Home Phone _____   Business Phone __817 274-5571__

Name of High School __VENTURE SCHOOL__
Phone __817 460-7841__   Proposed Date of Graduation __1996__
High School Address __2315 STONEGATE__
__ARLINGTON__ City   __TX__ State   __76010__ Zip Code
District Name __ARLINGTON INDEPENDENT SCHOOL DISTRICT__
TEA County/District/Campus Number __220 901 006__
Rank _____   No. in Class _____   Date of Ranking _____
Grade Point Average __4.58333__   Date Graduated _____
Last District/High School Attended __DERMOTT JR HIGH SCHOOL__
Address _____ __DERMOTT AR 71638__
City   State   Zip Code

Page __1__ of __1__
College Board Campus Code Number _____
High School Program __X__
Advanced High School Program _____
Advanced High School Honors Program _____
Recommended Program _____
Date of Entry in 8th Grade _____
TAAS Mastery, Exit Level
Writing ____
Reading __10/94__
Mathematics ____

Signature and Title of School Official _____

| Generic Course Name | GRADE 09 1991 - 92 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 10 1992 - 93 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 11 1993 - 94 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 12 1994 - 95 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 7-8 1990 - 91 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENGLISH LANGUAGE ARTS | ENG 1 A | 65 | | | ENG 2 | 48 | 42 | | ENG 3 | 71 | ABS | .5 | | | | | | | | |
| | ENG 1   R | 80 | | .5 | CR LA2 SM1   R | 82 | | .5 | ENG 4   R | 73 | | .5 | | | | | | | | |
| | ENG 1 B | | 71 | .5 | ENG 2   R | | 85 | .5 | | | | | | | | | | | | |
| MATHEMATICS | PRE-ALG | 85 | 70 | 1.0 | ALG 1 | 45 | INC | | ALG 1 | 72 | | .5 | INF GEOM | 86 | | .5 | | | | |
| | | | | | | | | | ALG 1 B | | 39 | | | | | | | | | |
| | | | | | | | | | ALG 1   R | | 74 | .5 | | | | | | | | |
| SCIENCE | PHYS SCI | 70 | 64 | .5 | BIO 1   M | 55 | | | BIO 1 | 73 | | .5 | | | | | | | | |
| | | | | | BIO 1 | | 43 | | BIO 1   M | | 70 | .5 | | | | | | | | |
| SOCIAL STUDIES | W HIST | 85 | | .5 | W HIST | 64 | 60 | | SOC | 70 | | .5 | | | | | | | | |
| | | | | | | | | | US HIST | 83 | 80 | 1.0 | | | | | | | | |
| ECONOMICS / FREE ENTERPRISE | | | | | | | | | PSYCH | 54 | | | | | | | | | | |
| HEALTH | HLTH ED | | 77 | .5 | | | | | W HIST | 71 | | .5 | | | | | | | | |
| PHYSICAL ED / EQUIVALENT | PE 1 | 95 | 96 | 1.0 | PE EQUIV | 90 | 100 | 1.0 | PE EQUIV | 100 | | | PE EQUIV | 100 | | | | | | |
| | | | | | | | | | ECO-FE 1SM   R | | 75 | .5 | | | | | | | | |
| OTHER LANGUAGES | | | | | | | | | | | | | | | | | | | | |
| FINE ARTS | BAND 1 | 85 | 86 | 1.0 | | | | | | | | | | | | | | | | |
| COMPUTER SCIENCE | | | | | | | | | | | | | | | | | | | | |
| VOCATIONAL EDUCATION | | | | | RKPG | 77 | | .5 | MICROAP | 79 | 72 | 1.0 | ACCNTG | 73 | | .5 | | | | |
| | | | | | FSN | | INC | | | | | | PS | 85 | | .5 | | | | |
| BUSINESS EDUCATION | | | | | | | | | | | | | FSN | 86 | | .5 | | | | |
| OTHER ELECTIVES | | | | | | | | | | | | | ACD | 81 | | .5 | | | | |
| LOCAL CREDIT | | | | | | | | | | | | | | | | | | | | |
| | Total Credits for Year | | | 5.5 | Total Credits for Year | | | 2.5 | Total Credits for Year | | | 6.5 | Total Credits for Year | | | 2.5 | Total Credits for Year | | | |

A PASSING GRADE IS 70 OR ABOVE

| VALUES | RESOURCE | REGULAR | HONORS |
|---|---|---|---|
| 97 - 100 | 9 | 12 | 15 |
| 93 - 96 | 8 | 11 | 14 |
| 90 - 92 | 7 | 10 | 13 |
| 87 - 89 | 6 | 9 | 12 |
| 83 - 86 | 5 | 8 | 11 |
| 80 - 82 | 4 | 7 | 10 |
| 77 - 79 | 3 | 6 | 9 |
| 73 - 76 | 2 | 5 | 8 |
| 70 - 72 | 1 | 4 | 7 |
| BELOW - 70 | 0 | 0 | 0 |

ABSENCES
1st Sem 2nd Sem Total
Regular School Year __ 4.0 4.0__
Entry __4/01/92__ W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

ABSENCES
1st Sem 2nd Sem Total
Regular School Year __11.0 7.0 18.0__
Entry __8/24/92__ W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

ABSENCES
1st Sem 2nd Sem Total
Regular School Year __5.0 8.0 13.0__
Entry __8/18/93__ W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

ABSENCES
1st Sem 2nd Sem Total
Regular School Year __5.0   5.0__
Entry __8/16/94__ W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

ABSENCES
1st Sem 2nd Sem Total
Regular School Year _____
Entry _____ W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

Note: In the "Abbreviated Course Name" column, space is provided to the right of the dashed line for H = Honors Courses;
P = Advanced Placement Courses; CBE = Credit by Exam; CP = Correspondence Course; R = Summer School Courses;
S = Special Education Courses taken with modified content or mastery levels as a result of an ARD decision; M = Modified
Material; A = Articulated credit between the high school and TCJC or UTA; Other.

ACCREDITED BY:
Texas Education Agency
__X__ Yes ___ No

CERTIFIED BY A.I.S.D
RECORDS CLERK: _____   DATE: _____

ARLINGTON I.S.D
SET00850.CVL
REVISED 05/11/95

Case 4:00-cr-00260-Y   Document 2325   Filed 11/30/05   Page 4 of 28   PageID 6033

# STANDARDIZED TEST RESULTS

| TAAS: | 3/93 | SS: | WRITING | 1350 | READING | 1310 | MATH | |
|---|---|---|---|---|---|---|---|---|
| TAAS: | 10/93 | SS: | WRITING | 1450 | READING | 1430 | MATH | 1230 |
| TAAS: | 3/94 | TLI: | READING | 56 | MATH | 51 | | |
| TAAS: | 3/94 | SS: | WRITING | 1350 | | | | |
| TAAS: | 10/94 | TLI: | READING | 70 | MATH | 60 | | |
| TAAS: | 10/94 | SS: | WRITING | 1290 | | | | |

# IMMUNIZATIONS

| VACCINE | STATUS | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR |
|---|---|---|---|---|---|---|---|---|
| D/TET | B | 10/01/80 | 9/01/90 | | | | | |
| POLIO | B | 10/01/80 | | | | | | |
| MEASLES | 1 | 5/01/79 | | | | | | |
| RUBELLA | 1 | 5/01/79 | | | | | | |
| MUMPS | 1 | 5/01/79 | | | | | | |
| VISION | XX | | | | | | | |
| HEARING | XX | | | | | | | |
| SCOLIO | XX | | | | | | | |

| STATUS | DESCRIPTION | | STATUS | DESCRIPTION |
|---|---|---|---|---|
| 1 | FIRST SHOT | | MR | MEDICAL / RELIGION / AGE / DISEASE |
| 2 | SECOND SHOT | | XX | UNKNOWN |
| 3 | THIRD SHOT | | N | NORMAL |
| B | BOOSTER SHOT | | R | REFER |

Academic Achievement Record Sent:

Requesting Agency                     Date Sent

_____

_____

_____

_____

_____

Academic Achievement Record Sent:

Requesting Agency                     Date Sent

_____

_____

_____

_____

_____

Honors/Activities_____

_____

_____

_____

Special Comments _____

_____

*: ___ = NOT RECENTERED/NOT REVISED SCORE

X = REVISED SCORE

R = RECENTERED SCORE

Z = RECENTERED AND REVISED SCORE

Exhibit 37 - 111

82399-12

Lamar

# Application Rating Form

Date Application Received __6-6-95__ Date Reviewed _____ Acceptance Priority 1 2 3 4 5

Student Name __Robinson, Julius_____ DOB __8-8-76___ Age __18__

**Counselor Review** date __6/19/95_____ Initials _KW_ Special Ed. _____
Credits__ 17 __ Grade__ 12 __

Reading level _____ date _____ Math level _____ date _____

Aptitude V ____ NR _____ Q ____

Thurs 3:00

_____ Counseling _____ Alchohol\Drug Rehab _____ Medication

**Teacher Review** date_____ Initials ____ ____ ____
Exit TAAS completed
__10/94__ Reading    _____ Working          _____ Parenting
_____ Math      _____ Interested in Working   _____ Needs Child Care
_____ Writing   __✓__ Has own transportation   _____ Needs Bus Service

__✓__ Out of School   _____ Pregnant _____ Due Date _____ Doctors conformation
_____ Pregnant 8th Grade and below _____ Pregnant Special Education

**JTPA Coordinator** date _____ JTPA eligible ____ Initials____
COMMENTS: _no telephone numbers - needs to be notified by mail_____
_Letter Sent No Resp_
_7/95_

RECOMMENDATION:_____
contact results _____

Principal intake interview date _____ Time _____

If pregnant and/or parenting, route to School Age Parent Coordinator and then to Counselor for scheduling. If not, route to Counselor and/or Social Worker.
**School Age Parent Coordinator** _____ Initials_____
**Social Worker** date _____ Initials _____
Results:_____
_____ Principal's initials_____

ORIENTATION DATE:_____    TIME:_____

**Exhibit 37 - 112**

# VENTURE SCHOOL APPLICATION

### PARENT AND STUDENT PORTION

COMPLETE AND RETURN TO VENTURE SCHOOL WITH THE HOME SCHOOL'S RECOMMENDATION
PACKET.  DATE APPLICATION COMPLETED: _____5-22-95_____

NAME _Robinson_   _Julius_   _O_ Birthdate _8/8/76_ Age _18_
      (last)     (first)   (m.i.)

ADDRESS _1413 # A North Cooper_   _Arlington_  _Tx_  _76011_
     (street)           (city)   (st)  (zip)

HOME PHONE (___) _NA_          SEX _M_

FATHER _Jimmy Robinson_   EMPLOYMENT _N/A_   PHONE _N/A_

MOTHER _Rosa Holliman_   EMPLOYMENT _N/A_   PHONE _N/A_

SPOUSE _____   EMPLOYMENT _____   PHONE _____

LIVING WITH _Rosa Holliman_ RELATIONSHIP _mom_ NO. IN HOUSEHOLD _3_

WOULD YOU BE INTERESTED IN OR QUALIFY FOR FEDERAL OR STATE FINANCIAL ASSISTANCE?
    CIRCLE:    (YES)      NO
ARE YOU CURRENTLY EMPLOYED ?  YES  (NO)   WHERE_____ HOURS PER WK._____

ARE YOU PRESENTLY ENROLLED IN SCHOOL ?   YES   NO   HOW LONG ? _____
LAST SCHOOL ATTENDED ? _Lamar High school_
REASON FOR WITHDRAWAL _Went to jail_
GRADES REPEATED: _1 2_   HAVE YOU ATTENDED SPECIAL EDUCATION:   YES  (NO)

TRANSPORTATION TO VENTURE IS NOT PROVIDED BY AISD, MY TRANSPORTATION TO SCHOOL
WILL BE: ____ OWN CAR _✓_ FAMILY ____ OTHER, EXPLAIN _car_

PLEASE LIST MEDICAL ILLNESS OR HEALTH ISSUE THAT EFFECTS SCHOOL
PERFORMANCE/ATTENDANCE FOR WHICH YOU MAY NEED SUPPORT:

MEDICATIONS TAKEN REGULARLY : _____
HAVE YOU EVER BEEN IN A TREATMENT CENTER ?   YES  (NO)
ARE YOU CURRENTLY (OR PREVIOUSLY) RECEIVING COUNSELING SERVICES ? YES  (NO)

Exhibit 37 - 113

## STATEMENT OF NEED

STUDENT - WHY DO YOU FEEL THIS PROGRAM WOULD BE OF BENEFIT TO YOU?

*Because it would let me get out of school on time and work at the same time*

PARENT/GUARDIAN - WHY DO YOU FEEL THIS PROGRAM WOULD BE OF BENEFIT TO YOUR CHILD?

I understand that the Venture School is by selection only and is intended for students who are "at risk" of dropping out or have already dropped out of school. If I am selected, I will follow the rules and expectations pertaining to Venture School.

In order to provide support for the above mentioned needs, Venture Schools requests permission to provide individual assessment, counseling and support groups for your child.

_____
Student's signature

_____
Parent's signature

**Exhibit 37 - 114**

**PREGNANT AND/OR PARENTING STUDENTS ONLY**

ARE YOU RECEIVING PRENATAL CARE?  ___ YES  ___ NO

IF YES, WHO PROVIDES YOUR PRENATAL CARE (DOCTOR/CLINIC)?

_____

NEXT APPOINTMENT DATE _____

ARE YOU A PARENT  ___ YES  ___ NO

IF YES, WHAT IS THE NAME(S) AND DATE OF BIRTH OF YOUR CHILD(REN?

_____    _____

_____    _____

_____    _____

PLEASE PROVIDE A COPY OF YOUR CHILD'S BIRTH CERTIFICATE.

DO YOU HAVE CHILD CARE ARRANGED FOR YOU CHILD?  ___ YES  ___ NO

IF YES, LIST THE NAME OF THE DAY CARE OR PERSON CARING FOR YOUR CHILD.

_____

WILL LACK OF CHILD CARE PREVENT YOU FROM CONTINUING YOUR EDUCATION?
___ YES  ___ NO

Exhibit 37 - 115

**PARENT APPROVAL FOR VENTURE TESTING**

**AND GROUP AND INDIVIDUALIZED COUNSELING**

APPROVAL IS HEREBY GRANTED FOR _____
                                          (student's name)
TO RECEIVE THE FOLLOWING:

      ___    INDIVIDUAL ASSESSMENT
      ___    TESTING
      ___    COUNSELING

DATE: _____    SIGNATURE: _____

                      RELATIONSHIP: _____

Exhibit 37 - 116

## CONSENT FOR THE RELEASE OF CONFIDENTIAL INFORMATION

I, _____ authorize

_____
(name or general designation of program making disclosure)

to disclose to    _____
(name of person or organization to which disclosure is to be made)

the following information:

_____

_____

_____

_____

_____

The purpose of the disclosure authorized herein is to

_____
(purpose of disclosure as specific as possible)

ALCOHOL AND DRUG ABUSE INFORMATION:

I understand that my records are protected under the federal regulations governing Confidentiality of Alcohol and Drug Abuse Patient Records, 42 CFR Part 2, and cannot be disclosed without my written consent unless otherwise provided for in the regulations. I also understand that I may revoke this consent at any time except to the extent that action has been taken in reliance on it, and that in any event this consent expires automatically as follows:

_____
(specification of the date, event, or condition upon which this consent expires)

OTHER INFORMATION:

I understand that my records are protected under the federal regulations governing Confidentiality of School Records and cannot be disclosed without my written consent unless otherwise provided for in the regulations.

Dated: _____     _____
                                   Signature of Participant

                                   _____
                                   Signature of parent, guardian, or authorized
                                   representative when required

Exhibit 37 - 117

## CAMPUS RECOMMENDATION

IMPORTANT NOTICE TO:    AISD Home School Campus
Please attach to this application the following:
  1.  R.A.P. Information Sheet
  2.  R.A.P. Individual Student Plan and/or 504 Modification page(s)
  3.  Transcript
  4.  Withdrawal (if appropriate)
  5.  Pregnancy Confirmation form (if appropriate)
  6.  Any information that you feel would be beneficial to the screening committee at Venture School.

THE APPLICATION WILL BE CONSIDERED INCOMPLETE WITHOUT THIS PAGE AND THE ABOVE INFORMATION BEING INCLUDED WITH THE PARENT/STUDENT PORTION .

This recommendation will be viewed by a screening committee at the Venture School to decide if the Venture program is an appropriate placement for this student. Please be candid as to the limitations and strengths of this candidate.

NAME OF STUDENT _____Julius Robinson_____ DATE: 5-22-95

HOME CAMPUS _____Lamar High School_____

NAME OF PERSON COMPLETING FORM _____Larry Lassiter_____

POSITION _____Counselor_____

IS THIS STUDENT A LEGAL RESIDENT OF AISD?    ✓ YES    ___ NO

ATTENDANCE DURING LAST REPORTING PERIOD:

not in school spring semester

_____ ABSENT
_____ TARDY

ECONOMIC
  _____ EMPLOYED – SUPPORTING SPOUSE AND/OR CHILDREN
  _____ EMPLOYED – SUPPORTING HANDICAPPED OR UNEMPLOYED PARENT
  _____ EMPLOYED – TOTALLY SUPPORTING SELF
  _____ EMPLOYED – SUPPLEMENTAL INCOME

SEND COMPLETED APPLICATION TO:    VENTURE SCHOOL
                                   2315 STONEGATE
                                   ARLINGTON, TEXAS 76010

Exhibit 37 - 118

Exhibit 37 - 119

Case 4:00-cr-00260-Y   Document 2325   Filed 11/30/05   Page 13 of 28   PageID 6042

Exhibit 37 - 120

**Full Legal Name** ROBINSON  JULIUS  O
**Student ID Number** 82399   **Ethnicity** BLACK NOT HISPAN
**Social Security Number** 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   **Sex** MALE
**Date of Birth** 8/08/76   **Place of Birth** FAYETTEVILL  AR
_____ Parent _____ Guardian  **Name** HOLLIMAN  ROSA
**Current Address** 1413 N. COOPER CIR # A
ARLINGTON              TX           76011
City                   State        Zip Code

**Most Recent Former Address** _____
          Street          City / State / Zip Code
**Home Phone** _____   **Business Phone** 817 274-5571

**Name of High School** LAMAR HIGH SCHOOL
**Phone** 817 460-4721   **Proposed Date of Graduation** 1995
**High School Address** 1400 LAMAR BLVD W
ARLINGTON              TX           76012
City                   State        Zip Code
**District Name** ARLINGTON INDEPENDENT SCHOOL DISTRICT
**TER County/District/Campus Number** 220 901 003
**Rank** 458   **No. in Class** 520   **Date of Ranking** 1/24/95
**Grade Point Average** 4.58333   **Date Graduated** _____
**Last District/High School Attended** DERMOTT JR HIGH SCHOOL
**Address** DERMOTT AR 71638
          City          State          Zip Code

**Page** 1 of 1
**College Board Campus Code Number** 440241
**High School Program** X
**Advanced High School Program** _____
**Advanced High School Honors Program** _____
**Date of Entry in 8th Grade** _____

**TAAS Mastery, Exit Level**
Writing       _____
Reading       10/94
Mathematics   _____

WELDON K. ENGLISH   PRINCIPAL
Signature and Title of School Official

| Generic Course Name | GRADE 09 1991 - 92 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 10 1992 - 93 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 11 1993 - 94 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 12 1994 - 95 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 7-8 1990 - 91 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENGLISH LANGUAGE ARTS | ENG 1 A | 65 | | | ENG 2 | 48 | 42 | | ENG 3 | 71 | ABS | .5 | | | | | | | | |
| | ENG 1 R | 80 | | .5 | CR LA2 SM1 R | 82 | | .5 | ENG 4 R | 73 | | .5 | | | | | | | | |
| | ENG 1 B | | 71 | .5 | ENG 2 R | | 85 | .5 | | | | | | | | | | | | |
| MATHEMATICS | PRE-ALG | 85 | 70 | 1.0 | ALG 1 | 45 | INC | | ALG 1 | 72 | | .5 | INF GEOM | 86 | | .5 | | | | |
| | | | | | | | | | ALG 1 B | | 39 | | | | | | | | | |
| | | | | | | | | | ALG 1 R | | 74 | .5 | | | | | | | | |
| SCIENCE | PHYS SCI | 70 | 64 | .5 | BIO 1 M | 55 | | | BIO 1 | 73 | | .5 | | | | | | | | |
| | | | | | BIO 1 | | 43 | | BIO 1 M | | 70 | .5 | | | | | | | | |
| SOCIAL STUDIES | W HIST | 85 | | .5 | W HIST | 64 | 60 | | SOC | 70 | | .5 | | | | | | | | |
| | | | | | | | | | US HIST | 83 | 80 | 1.0 | | | | | | | | |
| ECONOMICS / FREE ENTERPRISE | | | | | | | | | PSYCH | | 54 | | | | | | | | | |
| HEALTH | HLTH ED | | 77 | .5 | | | | | W HIST | | 71 | .5 | | | | | | | | |
| PHYSICAL ED / EQUIVALENT | PE 1 | 95 | 96 | 1.0 | PE EQUIV | 90 | 100 | 1.0 | PE EQUIV | 100 | | | PE EQUIV | 100 | | | | | | |
| | | | | | | | | | ECO-FE 1SM R | | 75 | .5 | | | | | | | | |
| OTHER LANGUAGES | | | | | | | | | | | | | | | | | | | | |
| FINE ARTS | BAND 1 | 85 | 86 | 1.0 | | | | | | | | | | | | | | | | |
| COMPUTER SCIENCE | | | | | | | | | | | | | | | | | | | | |
| VOCATIONAL EDUCATION | | | | | RKPG | 77 | | .5 | MICROAP | 79 | 72 | 1.0 | ACCNTG | 73 | | .5 | | | | |
| | | | | | FSN | INC | | | | | | | PS | 85 | | .5 | | | | |
| BUSINESS EDUCATION | | | | | | | | | | | | | FSN | 86 | | .5 | | | | |
| OTHER ELECTIVES | | | | | | | | | | | | | ACD | 81 | | .5 | | | | |
| LOCAL CREDIT | | | | | | | | | | | | | | | | | | | | |
| **Total Credits for Year** | | | | 5.5 | | | | 2.5 | | | | 6.5 | | | | 2.5 | | | | |

A PASSING GRADE IS 70 OR ABOVE

| VALUES | BASIC | REGULAR | HONORS |
|---|---|---|---|
| 97 - 100 | 9 | 12 | 15 |
| 93 - 96 | 8 | 11 | 14 |
| 90 - 92 | 7 | 10 | 13 |
| 87 - 89 | 6 | 9 | 12 |
| 83 - 86 | 5 | 8 | 11 |
| 80 - 82 | 4 | 7 | 10 |
| 77 - 79 | 3 | 6 | 9 |
| 73 - 76 | 2 | 5 | 8 |
| 70 - 72 | 1 | 4 | 7 |
| BELOW - 70 | 0 | 0 | 0 |

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | | 4.0 | 4.0 |

Entry 4/01/92 W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | 11.0 | 7.0 | 18.0 |

Entry 8/24/92 W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | 5.0 | 8.0 | 13.0 |

Entry 8/18/93 W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | 5.0 | | 5.0 |

Entry 8/16/94 W/D _____
Reason _____
Entry _____ W/D _____
Reason _____

| ABSENCES | 1st Sem | 2nd Sem | Total |
|---|---|---|---|
| Regular School Year | | | |

Entry _____ W/D _____
Reason _____

Note: In the "Abbreviated Course Name" column, space is provided to the right of the dashed line for H = Honors Courses; P = Advanced Placement Courses; I = International Baccalaureate Courses; CBE = Credit by Exam; CP = Correspondence Courses; R = Summer School Courses; S = Special Education Courses taken with modified content or mastery levels as a result of an ARD decision; M = Modified Material; A = Articulated credit between the high school and TCJC or UTA; Other.

**ACCREDITED BY:**
Texas Education Agency — X Yes _____ No
Southern Association of Secondary Schools — X Yes _____ No

CERTIFIED BY A.I.S.D
RECORDS CLERK: _____   DATE: _____

ARLINGTON I.S.D
SET00SSO.OVL
REVISED 01/23/95

Exhibit 37 - 121

Case 4:00-cr-00260-Y   Document 2325   Filed 11/30/05   Page 14 of 28   PageID 6043

# STANDARDIZED TEST RESULTS

TAAS:  3/93  SS: WRITING 1350  READING 1310  MATH ____
TAAS: 10/93  SS: WRITING 1450  READING 1430  MATH 1230
TAAS:  3/94  TLI: READING 70  MATH 60
TAAS:  3/94  SS: WRITING 1350
TAAS: 10/94  TLI: READING 70  MATH 60
TAAS: 10/94  SS: WRITING 1290

# IMMUNIZATIONS

| VACCINE | STATUS | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR |
|---|---|---|---|---|---|---|---|---|
| D/TET | B | 10/01/80 | 9/01/90 | | | | | |
| POLIO | B | 10/01/80 | | | | | | |
| MEASLES | 1 | 5/01/79 | | | | | | |
| RUBELLA | 1 | 5/01/79 | | | | | | |
| MUMPS | 1 | 5/01/79 | | | | | | |
| VISION | XX | | | | | | | |
| HEARING | XX | | | | | | | |
| SCOLIO | XX | | | | | | | |

| STATUS | DESCRIPTION |
|---|---|
| 1 | FIRST SHOT |
| 2 | SECOND SHOT |
| 3 | THIRD SHOT |
| B | BOOSTER SHOT |

| STATUS | DESCRIPTION |
|---|---|
| MR | MEDICAL / RELIGION / AGE / DISEASE |
| XX | UNKNOWN |
| N | NORMAL |
| R | REFER |

Academic Achievement Record Sent:

Requesting Agency                    Date Sent

_____

_____

_____

_____

_____

Academic Achievement Record Sent:

Requesting Agency                    Date Sent

_____

_____

_____

_____

_____

Honors/Activities_____

_____

_____

Special Comments _____

_____

Case 4:00-cr-00260-Y Document 2325 Filed 11/30/05 Page 15 of 28 PageID 6044

**Exhibit 37 - 122**

Full Legal Name ROBINSON JULIUS Q
Student ID Number 82399  Ethnicity BLACK NOT HISPAN
Social Security Number 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  Sex MALE
Date of Birth 8/08/76  Place of Birth FAYETTEVILL AR
Parent ___ Guardian  Name HOLLIMAN ROSA
Current Address 1413 N. COOPER CIR # A
ARLINGTON  TX  76011
City  State  Zip Code

Most Recent Former Address _____
Street  City / State / Zip Code
Home Phone _____  Business Phone 817 274-5571

Name of High School LAMAR HIGH SCHOOL
Phone 817 460-4721  Proposed Date of Graduation 1995
High School Address 1400 LAMAR BLVD W
ARLINGTON  TX  76012
City  State  Zip Code
District Name ARLINGTON INDEPENDENT SCHOOL DISTRICT
TER County/District/Campus Number 220 901 003
Rank 458  No. in Class 520  Date of Ranking 1/24/95
Grade Point Average 4.58333  Date Graduated _____
Last District/High School Attended DERMOTT JR HIGH SCHOOL
Address  DERMOTT AR 71638
City  State  Zip Code

Page 1 of 1
College Board Campus Code Number 440241
High School Program X
Advanced High School Program _____
Advanced High School Honors Program _____
Date of Entry in 8th Grade _____
TAAS Mastery, Exit Level
Writing
Reading 10/94
Mathematics ___.

WELDON K. ENGLISH  PRINCIPAL
Signature and Title of School Official

| Generic Course Name | GRADE 09 1991-92 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 10 1992-93 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 11 1993-94 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 12 1994-95 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. | GRADE 7-8 1990-91 Abbreviated Course Name | 1st Sem Gr. | 2nd Sem Gr. | Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENGLISH LANGUAGE ARTS | ENG 1 A | 65 | | | ENG 2 | 48 | 42 | .5 | ENG 3 | 71 | ABS | .5 | | | | | | | | |
| | ENG 1 R | 80 | | .5 | CR LA2 SM1 R | 82 | | .5 | ENG 4 R | 73 | | .5 | | | | | | | | |
| | ENG 1 B | | 71 | .5 | ENG 2 R | | 85 | .5 | | | | | | | | | | | | |
| MATHEMATICS | PRE-ALG | 85 | 70 | 1.0 | ALG 1 | 45 | INC | | ALG 1 | 72 | | .5 | INF GEOM | 86 | | .5 | | | | |
| | | | | | | | | | ALG 1 B | | 39 | | | | | | | | | |
| | | | | | | | | | ALG 1 R | | 74 | .5 | | | | | | | | |
| SCIENCE | PHYS SCI | 70 | 64 | .5 | BIO 1 M | 55 | | | BIO 1 | 73 | | .5 | | | | | | | | |
| | | | | | BIO 1 | | 43 | | BIO 1 M | | 70 | .5 | | | | | | | | |
| SOCIAL STUDIES | W HIST | 85 | | .5 | W HIST | 64 | 60 | | SOC | 70 | | .5 | | | | | | | | |
| | | | | | | | | | US HIST | 83 | 80 | 1.0 | | | | | | | | |
| ECONOMICS / FREE ENTERPRISE | | | | | | | | | PSYCH | 54 | | | | | | | | | | |
| HEALTH | HLTH ED | | 77 | .5 | | | | | W HIST | | 71 | .5 | | | | | | | | |
| PHYSICAL ED / EQUIVALENT | PE 1 | 95 | 96 | 1.0 | PE EQUIV | 90 | 100 | 1.0 | PE EQUIV | 100 | | | PE EQUIV | 100 | | | | | | |
| | | | | | | | | | ECO-FE 1SM R | | 75 | .5 | | | | | | | | |
| OTHER LANGUAGES | | | | | | | | | | | | | | | | | | | | |
| FINE ARTS | BAND 1 | 85 | 86 | 1.0 | | | | | | | | | | | | | | | | |
| COMPUTER SCIENCE | | | | | | | | | | | | | | | | | | | | |
| VOCATIONAL EDUCATION | | | | | RKPG | 77 | | .5 | MICROAP | 79 | 72 | 1.0 | ACCNTG | 73 | | .5 | | | | |
| | | | | | FSN | | INC | | | | | | PS | 85 | | .5 | | | | |
| BUSINESS EDUCATION | | | | | | | | | | | | | FSN | 86 | | .5 | | | | |
| OTHER ELECTIVES | | | | | | | | | | | | | ACD | 81 | | .5 | | | | |
| LOCAL CREDIT | | | | | | | | | | | | | | | | | | | | |
| | Total Credits for Year | | | 5.5 | Total Credits for Year | | | 2.5 | Total Credits for Year | | | 6.5 | Total Credits for Year | | | 2.5 | Total Credits for Year | | | |

A PASSING GRADE IS 70 OR ABOVE

| VALUES | BASIC | REGULAR | HONORS |
|---|---|---|---|
| 97-100 | 9 | 12 | 15 |
| 93-96 | 8 | 11 | 14 |
| 90-92 | 7 | 10 | 13 |
| 87-89 | 6 | 9 | 12 |
| 83-86 | 5 | 8 | 11 |
| 80-82 | 4 | 7 | 10 |
| 77-79 | 3 | 6 | 9 |
| 73-76 | 2 | 5 | 8 |
| 70-72 | 1 | 4 | 7 |
| BELOW-70 | 0 | 0 | 0 |

ABSENCES 1st Sem 2nd Sem Total
Regular School Year 4.0 4.0  Entry 4/01/92 W/D
Regular School Year 11.0 7.0 18.0  Entry 8/24/92 W/D
Regular School Year 5.0 8.0 13.0  Entry 8/18/93 W/D
Regular School Year 5.0 5.0  Entry 8/16/94 W/D

Note: In the "Abbreviated Course Name" column, space is provided to the right of the dashed line for H = Honors Courses; P = Advanced Placement Courses; I = International Baccalaureate Courses; CBE = Credit by Exam; CP = Correspondence Course; R = Summer School Courses; S = Special Education Courses taken with modified content or mastery levels as a result of an ARD decision; M = Modified Material; A = Articulated credit between the high school and TCJC or UTA; Other.

ACCREDITED BY:
Texas Education Agency  X Yes ___No
Southern Association of Secondary Schools  X Yes ___No

CERTIFIED BY A.I.S.D.
RECORDS CLERK: _____  DATE: _____

# STANDARDIZED TEST RESULTS

TAAS: 3/93 SS: WRITING 1350 READING 1310 MATH ____
TAAS: 10/93 SS: WRITING 1450 READING 1430 MATH 1230
TAAS: 3/94 TLI: READING 70 MATH 60
TAAS: 3/94 SS: WRITING 1350
TAAS: 10/94 TLI: READING 70 MATH 60
TAAS: 10/94 SS: WRITING 1290

# IMMUNIZATIONS ·

| VACCINE | STATUS | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR | MO/DY/YR |
|---|---|---|---|---|---|---|---|---|
| D/TET | B | 10/01/80 | 9/01/90 | | | | | |
| POLIO | B | 10/01/80 | | | | | | |
| MEASLES | 1 | 5/01/79 | | | | | | |
| RUBELLA | 1 | 5/01/79 | | | | | | |
| MUMPS | 1 | 5/01/79 | | | | | | |
| VISION | XX | | | | | | | |
| HEARING | XX | | | | | | | |
| SCOLIO | XX | | | | | | | |

| STATUS | DESCRIPTION |
|---|---|
| 1 | FIRST SHOT |
| 2 | SECOND SHOT |
| 3 | THIRD SHOT |
| B | BOOSTER SHOT |

| STATUS | DESCRIPTION |
|---|---|
| MR | MEDICAL / RELIGION / AGE / DISEASE |
| XX | UNKNOWN |
| N | NORMAL |
| R | REFER |

Academic Achievement Record Sent: _____

Requesting Agency          Date Sent
_____
_____
_____
_____
_____
_____
_____

Academic Achievement Record Sent: _____

Requesting Agency          Date Sent
_____
_____
_____
_____
_____
_____

Honors/Activities_____
_____
_____
_____

Special Comments _____
_____

Exhibit 37 - 123

Case 4:00-cr-00260-Y   Document 2325   Filed 11/30/05   Page 16 of 28   PageID 6045



# Venture School

**Ferguson Educational Center**

2315 Stonegate•Arlington, Texas 76010•(817) 460-7851

July 18, 1995

Julius Robinson
1413 #A North Cooper
Arlington, Texas 76011

Dear Julius,

Your application to attend the Venture School has been accepted. I have attempted to reach you by phone and have been unable to make contact with you.

If you are still interested in attending the Venture School, please call my office at (817) 460-7841, between 8:00 A.M. and 4:30 P.M. to schedule an appointment for an intake interview with Mr. Lonny Porter, Principal.

If you have not responded to this letter by Monday, July 24,1995, your application will be removed from our active files and you will need to reapply for admittance into our program.

Sincerely,

Georgia Clements
Secretary

ARLINGTON INDEPENDENT SCHOOL DISTRICT

An Equal Opportunity Employer

**"Quality in Action"**

Exhibit 37 - 124

INDIVIDUAL PROFILE

LEARNING STYLE INVENTORY

NAME: ROBINSON JULIUS          ID. NO.: 82399          DATE: 10-04-1995

SEX: M      GRADE:  11      BIRTHDATE: 76/08          GROUP NO.:  0
                                       YR/MO

GROUP IDENTIFICATION:                              SPECIAL CODE:  109

********************  SCALE  ********************

| SCORE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAW | 11 | 8 | 13 | 13 | 12 | 10 | 7 | 7 | 8 | 0 | 7 | 8 | 6 | 4 | 6 | 12 | 4 | 0 | 3 | 5 | 8 | 7 |
| STD. | 42 | 37 | 38 | 59 | 20 | 25 | 33 | 34 | 27 | 20 | 29 | 29 | 37 | 20 | 20 | 38 | 25 | 20 | 20 | 25 | 20 | 20 |

****************  P R E F E R E N C E     S U M M A R Y  ****************

```
      20          30          40          50          60          70          80
      +----------+----------+----------+----------+----------+----------+
 1 /       Prefers Quiet    /-*- NOISE LEVEL     /    Prefers Sound    /  1
 2 /         Prefers Dim -*- /      LIGHT         /    Prefers Bright   /  2
 3 /         Prefers Cool -*-/    TEMPERATURE     /    Prefers Warm     /  3
 4 /      Prefers Informal  /      DESIGN      -*-    Prefers Formal    /  4
 5 *-           Low         /     MOTIVATION      /        High         /  5
 6 /      -*-   Low         /     PERSISTENT      /        High         /  6
 7 /           Low-*-       /     RESPONSIBLE     /        High         /  7
 8 /      Does Not L-*-     /     STRUCTURE       /        Wants        /  8
 9 /      Pre-*-s Alone     /     ALONE/PEERS     / Prefers With Peers  /  9
10 *-Does Not Want Pres     / AUTHORITY FIGURES   /    Wants Present    / 10
11 / Does No-*-earn In      /    SEVERAL WAYS     /   Prefers Variety   / 11
12 /    Does N-*-Prefer     /      AUDITORY       /       Prefers       / 12
13 /    Does Not Prefer-*-  /       VISUAL        /       Prefers       / 13
14 *- Does Not Prefer       /       TACTILE       /       Prefers       / 14
15 *- Does Not Prefer       /     KINESTHETIC     /       Prefers       / 15
16 /  Does Not Prefer -*-/        INTAKE         /       Prefers       / 16
17 /   P-*-ers Evening      /     TIME OF DAY     /   Prefers Morning   / 17
18 *- Does Not Prefer       /    LATE MORNING     /       Prefers       / 18
19 *- Does Not Prefer       /     AFTERNOON       /       Prefers       / 19
20 ·/  D-*- Not Prefer      /      MOBILITY       /       Prefers       / 20
21 *-           Low         / PARENT MOTIVATED    /         High        / 21
22 *-           Low         / TEACHER MOTIVATED   /         High        / 22
      +----------+----------+----------+----------+----------+----------+
      20          30          40          50          60          70          80
```

CONSISTENCY:  25                              PROFILE NO.:  1

Price Systems,Inc., Box 1818, Lawrence, Ks. 66044-1818 Phone 913-843-7892

**Exhibit 37 - 125**

# VENTURE SCHOOL PROGRESS REPORT 1995-1996

UDENT NAME: _Julius Robinson_

JURSE: **WORLD GEOGRAPHY** NO: **2212**

TEACHER: _____

Original Entry Date: __/__/__

Advisor: _____

Based on performance & attendance this student is
6 wk. session
On Schedule
Ahead of Schedule
Behind Schedule

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | | | | | | |

**AUGUST**  **SEPTEMBER**  **OCTOBER**

**NOVEMBER**  **DECEMBER**  **JANUARY**

**FEBRUARY**  **MARCH**  **APRIL**

**MAY**  **JUNE**  **JULY**

■ School Days  ■ Holidays  ▨ Teacher Workdays  ▨ Teacher Inservice & Development  ☐ No School  ▨ End of Six Weeks

SESSION _II_

| | DATE | GRADE | | AVERAGE |
|---|---|---|---|---|

**4th Six Weeks**

| | | | | |
|---|---|---|---|---|
| Unit 6 Chapter 17 | Maps ✓ | 85 | 5-14-96 | **80** 4th Six Weeks |
| Chapter 18 | | 80 | 5-14-96 | |
| Chapter 19 | Test 82 Ave | 84 | 5-16-96 | **81** 5th Six Weeks |
| Unit 7 Chapter 20 | Maps ✓ | 80 | 5-16-96 | **81** 6th Six Weeks |
| Chapter 21 | | 74 | 5-16-96 | |
| Chapter 22 | Test 76 | 74 | 5-16-96 | **81** Exam |

**5th Six Weeks**

| | | | | |
|---|---|---|---|---|
| Unit 8 Chapter 23 | Maps ✓ | 85 | | ___ Final Average |
| Chapter 24 | | 86 | 5-16-96 | |
| Chapter 25 | Test 80 | 72 | 5-16-96 | |
| Unit 9 Chapter 26 | Maps ✓ | 81 | 5-16-96 | 81 |
| Chapter 27 | | ___ | ___ | Turned in 5-20-96 |
| Chapter 28 | Test 81 | 80 | 5-16-96 | |

**6th Six Weeks**

| | | | |
|---|---|---|---|
| Unit 5 Chapter 29 | Maps ✓ | 90 | |
| Chapter 30 | | 76 | |
| Chapter 31 | Test 76 | 81 | |

| | | |
|---|---|---|
| ~~Unit 6 Chapter 32~~ | ___ | ___ |
| ~~Chapter 33~~ | ___ | ___ |
| ~~Chapter 34~~ | ___ | ___ |
| ~~Maps~~ | ___ | ___ |
| ~~Test~~ | ___ | ___ |

Parent/Guardian
Please sign and return
PARENT SIGNATURE _____

1st  2nd  3rd  4th  5th  6th  Six Weeks

| OFFICE USE ONLY | | | |
|---|---|---|---|
| Student Name | Robinson, Julius | 82399 | Completion Date 5-20-96 |
| | Grade Level 12  Course No. 55  Grade 81 | | |
| | 2212 | | |

Exhibit 37 - 126

# VENTURE SCHOOL PROGRESS REPORT 1995-1996

STUDENT NAME: _Julius Robinson_

COURSE: **INFORMAL GEOM.** NO: **MA 2240**

TEACHER: _Hagman_

Original Entry Date: _8/15/95_

Advisor: _George_

Based on performance & attendance this student is:

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| 6 wk. session | | | | | | |
| On Schedule | | | | | | |
| Ahead of Schedule | | | | | | ✓ |
| Behind Schedule | ✓ | ✓ | ✓ | ✓ | ✓ | |

■ School Days  ■ Holidays  ▨ Teacher Workdays  ◨ Teacher Inservice & Development  □ No School  ☑ End of Six Weeks

---

## INFORMAL GEOMETRY

**SECOND SEMESTER**

**MA2240**

|  | | GRADE | DATE |
|---|---|---|---|
| **First Six Weeks:** | | | |
| Chapter 9 | Perimeter and Area | 78 | 10/5/95 |
| Chapter 10 | Similarity | 83 | 10/25/95 |
| **Second Six Weeks:** | | | |
| Chapter 11 | Similar Triangles | 82 | 11/2/95 |
| Chapter 12 | Square Roots and Right Triangles | 81 | 12/1/95 |
| Chapter 13 | Circles | 81 | 1/13/96 |
| **Third Six Weeks:** | | | |
| Chapter 14 | Area and Volume of Prisms | 90 | 2/14/96 |
| Chapter 15 | Other Solid Figures | 83 | 4/4/96 |
| Chapter 16 | Trigonometry | 88 | 4/22/96 |
| Review and Final | | 70 | 5/16/96 |

1ST SIX WEEKS: 81

2ND SIX WEEKS: 81

3RD SIX WEEKS: 87

EXAM: 70

FINAL GRADE: 81

---

Parent/Guardian
Please sign and return
PARENT SIGNATURE _____

1st  2nd  3rd  4th  5th  6th  Six Weeks

OFFICE USE ONLY

Student Name_____

Completion Date ___-___-___

Grade Level_____ Course No_____ Grade_____

Exhibit 37 - 127

# VENTURE SCHOOL PROGRESS REPORT 1995-1996

Per 1,2

STUDENT NAME: _Robinson, Julius_

COURSE: **WORLD GEOGRAPHY** NO: _1212_

TEACHER: _____

Original Entry Date: _4/19/9_

Advisor: _George_

| Based on performance & attendance this student is: 6 wk. session | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| On Schedule | | | | | | |
| Ahead of Schedule | | | | | | |
| Behind Schedule | | | | | | |



■ School Days ■ Holidays ▦ Teacher Workdays ▨ Teacher Inservice & Development ☐ No School ▧ End of Six Weeks

SESSION _II_

| SESSION II | | | DATE | GRADE | | AVERAGE |
|---|---|---|---|---|---|---|
| **1st Six Weeks** | | | Stud₁ – 95 | | | |
| Unit 1 Chapter 1 | Maps ✓ | | C 81 | 4-23-96 | | **79** 1st Six Weeks |
| Chapter 2 | | | C 80 | 4-23-96 | | |
| Chapter 3 | Test 74 | | C 80 | 4-25-96 | | **80** 2nd Six Weeks |
| Chapter 4 | | | 81 | 4-29-96 | | |
| Unit 2 Chapter 5 | Maps ✓ | | 82 | 4-29-96 | | **82** 3rd Six Weeks |
| Chapter 6 | | | 85 | 4-29-91 | | |
| Chapter 7 | Test 81 | | 80 | 5-2-96 | | **83** Exam |
| **2nd Six Weeks** | | | Stud₁ Ceptl₁ – 80 | | | |
| Unit 3 Chapter 8 | Maps ✓ | | 80 | 5-9-96 | | ____ Final Average |
| Chapter 9 | | | 81 | 5-10-96 | | |
| Chapter 10 | Test 80 | | 80 | 5-10-96 | | |
| Unit 4 Chapter 11 | Maps ✓ | | 82 | 5-10-96 | | ⟨81⟩ |
| Chapter 12 | | | 78 | | | |
| Chapter 13 | Test 75 | | 80 | 5-13-96 | | |
| **3rd Six Weeks** | | | | | | |
| Unit 5 Chapter 14 | Maps ✓ | | 78 | 5-13-96 | | Turned 5-14-96 |
| Chapter 15 | | | 85 | 5-14-96 | | |
| Chapter 16 | Test 72 | | 82 | 5-14-96 | | |

Parent/Guardian
Please sign and return
PARENT SIGNATURE _____    1st  2nd  3rd  4th  5th  6th  Six Weeks

| OFFICE USE ONLY | | | | | |
|---|---|---|---|---|---|
| Student Name _Robinson, Julius_ 82399 | Completion Date _5-14-96_ | | | | |
| | Grade Level _12_  Course No _55_  Grade _81_ | | | | |
| | 1212 | | | | |

Exhibit 37 - 128

# VENTURE SCHOOL PROGRESS REPORT 1995-1996

STUDENT NAME: ROBINSON, JULIUS (082399)  Original Entry Date: 8/16/95

COURSE: ENG. 3, SEM. 2    NO: LA2230    Advisor: George

TEACHER: Thilman

| Based on performance & attendance this student is: 6 wk. session | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| On Schedule | | | | | | |
| Ahead of Schedule | | ✓ | | ✓ | ✓ | |
| Behind Schedule | ✓ | | ✓ | | | |

■ School Days  ■ Holidays  ▨ Teacher Workdays  ■ Teacher Inservice & Development  ☐ No School  ☒ End of Six Weeks

| | GRADE | DATE | | GRADE | DATE | | GRADE | DATE |
|---|---|---|---|---|---|---|---|---|
| **WEEK ONE** Daily Work | 96 | 8-21 | **WEEK SEVEN** "Self Acceptance" Daily Work | 86 | 2-8 | **WEEK THIRTEEN** Communication Daily Work | 82 | 4-4 |
| | | | | | | Writing | | |
| **WEEK TWO** Daily Work | 83 | 8-31 | | | | Test | 95 | 4-1 |
| Writing | 82 | 8-31 | **WEEK EIGHT** Daily Work | 86 | 2-8 | | | |
| Test | 80 | 10-31 | Test | 80 | 2-13 | **WEEK FOURTEEN** Daily Work | 82 | 4-4 |
| **WEEK THREE** Daily Work | 86 | 9-13 | **WEEK NINE** Research | 88 | 1-16 | **WEEK FIFTEEN** "Acceptance of Others" Daily Work | 86 | 4-17 |
| Grammar | 84 | 9-13 | | | | Writing | 82 | 4-29 |
| **WEEK FOUR** Daily Work | 78 | 10-4 | **WEEK TEN** Research | 88 | 1-16 | **WEEK SIXTEEN** Daily Work | 86 | 4-22 |
| Writing | 87 | 10-4 | Test | ✓ | ✓ | | | |
| **WEEK FIVE** Daily Work | 78 | 10-27 | **WEEK ELEVEN** Daily Work | ✓ | ✓ | **WEEK SEVENTEEN** "Social Qualities" Daily Work | 100 | 4-24 |
| Writing | 75 | 11-7 | Resume | 85 | 2-1 | Writing | 93 | 4 |
| | | | | | | PLATO | | |
| **WEEK SIX** Daily Work | 81 | 10-17 | **WEEK TWELVE** Our Town Daily Work | 85 | 2/1 | **WEEK EIGHTEEN** Daily Work | 95 | 4-30 |
| Writing | 85 | 11-7 | Writing TAAS | ✓ | | Test WRITING | 90 | 4-30 |
| Test | 70 | 1-11 | Test | 79 | 2/6 | | | |
| Vocabulary | 86 | 1-25 | Vocabulary | 73, 80 | 2-14 | Vocabulary | ✓ | ✓ |
| **1ST 6 WEEKS GRADE** | 80 | 1-25 | **2ND 6 WEEKS GRADE** | 83 | 2-14 | **3RD 6 WEEKS GRADE** | 82 | 5-1 |

TEXTBOOK RETURNED 5/31/96    SEMESTER EXAM 71    SEMESTER GRADE 80

Parent/Guardian Please sign and return    1st  2nd  3rd  4th  5th  6th  Six Weeks
PARENT SIGNATURE _____

| OFFICE USE ONLY | 82399 | Completion Date 4-18-96 | |
|---|---|---|---|
| Student Name Robinson, Julius | | Grade Level 12  Course No LA 2230  Grade 80 | 9 |

Exhibit 37 - 129

# DE MOINE SCHOOL PROGRESS REPORT 1995-1996

STUDENT NAME: _Robinson, Julius_

COURSE: Physical Science   NO: 2210

TEACHER: _Connors_

Original Entry Date: _8/16/95_

Advisor: _George_

Based on performance & attendance this student is:

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| 6 wk. session | | | | | | |
| On Schedule | ✓ | ✓ | | | | |
| Ahead of Schedule | | | | | | |
| Behind Schedule | | | | | | |

**AUGUST** **SEPTEMBER** **OCTOBER**

**NOVEMBER** **DECEMBER** **JANUARY**

**FEBRUARY** **MARCH** **APRIL**

**MAY** **JUNE** **JULY**

■ School Days  ■ Holidays  ▨ Teacher Workdays  ◪ Teacher Inservice & Development  ☐ No School  ◨ End of Six Weeks

## Physical Science - Physics

### First Six Weeks

| Week | Topics | Packet | Test | Date Completed |
|---|---|---|---|---|
| 1 | Lab Safety | 98 | 95 | 8-23 |
| 2 | Metric System | 84 | 70 | 8-30 |
| 3 | Scientific Method, Graphing | 93, 100 | 92, 100 | 9-12 |
| | Unit Test | | 78 | |
| 4 | Speed | 94 | 86 | 9-18 |
| 5 | Velocity - Acceleration-Momentum | 96 | 85 | 9-26 |
| 6 | Newton's First Law, Second Law | 100, 100 | 103, 70 | 9-27, 9-28 |

First Six Weeks Average _89_

_good attendance!_

### Second Six Weeks

| | | | | |
|---|---|---|---|---|
| 7 | Third Law, Gravity-Force-Weight | 90, 97 | 90, 80 | 10-11 |
| | Unit Test | | 93 | |
| 8 | Work, Inclined Plane | 100, 92 | 91, R 90 | |
| 9 | Levers and Pulleys | 99 | 96 R | 1-23 |
| | Unit Test | | R, 70 | |
| 10 | Energy, Kinetic Energy & Temp. | 97, 88 | 86, 70 | 11-29 |
| 11 | Heat Flow | 99 | R 74 | |
| | Unit Test | | 84 | |
| 12 | Electric Charges, Electric Current | 99, 100 | 70, 93 | 12-7 1-25 |

Second Six Weeks Average _81_

← should be here 11/6/95

### Third Six Weeks

| | | | | |
|---|---|---|---|---|
| 13 | Current Types, Magnetism | 90, 93 | 70, 70 R | 1-31, 1-30 |
| | Unit Test | | 72 | 3-7 3-12 |
| 14 | Waves, Wave Types | 99, 99 | 72, 70 | 2-14 |
| 15 | Sound | 93 | 94 | 3-27 |
| 16 | Light and the EMS | 82 | 77 | 4-2 |
| 17 | Refraction & Reflection of Light | 81 | 80 R | 4-16 |
| | Unit Test | | 70 R | 4-18 |
| 18 | Semester Review | | 82 | |

Third Six Weeks Average _80_

SB  Project = 100
Exam = 90

Semester Grade _84_  (Record must be clear for credit in this semester)

Parent/Guardian
Please sign and return
PARENT SIGNATURE _____

1st  2nd  3rd  4th  5th  6th  Six Weeks

| OFFICE USE ONLY | | |
|---|---|---|
| Student Name _Robinson, Julius_ 82399 | Completion Date _4-24-96_ | |
| | Grade Level _12_ Course No. _SC_ Grade _84_ | |
| | 2210 | |

Exhibit 37 - 130

# VENTURE SCHOOL PROGRESS REPORT 1995-1996

**STUDENT NAME:** Robinson, Julius

**Original Entry Date:** 1, 18, 96

**COURSE:** GOVERNMENT    **NO:** SS 1220

**Advisor:** George

**TEACHER:** MR. UPSHAW

Based on performance & attendance this student is:

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| 6 wk. session | | | | | | |
| On Schedule | | | | | | |
| Ahead of Schedule | | | | | | |
| Behind Schedule | | | | | | |

SESSION II

|  | EEM | Date | Average | |
|---|---|---|---|---|
| **1st 6 Weeks** | | | | |
| Government and Our Lives | 76 | 1-25-96 | 80 | 1st 6 Weeks |
| Creation of the Federal Government (2) | 72 | 2-1-96 | | |
| The Constitution (3) | 80 | 2-7-96 | 85 | 2nd 6 Weeks |
| The Federal System | 84 | 3-4-96 | | |
| Citizenship and Civil Liberties (6 & 7) | 82  C | 3-7-96 | 83 | 3rd 6 Weeks |
| | | | 82 | Exam |
| **2nd 6 Weeks** | | | | |
| The Organization of Congress (13) | 80 C | 3-11-96 | | Final Grade |
| The Power of Congress (14) | 85 | | | |
| Congress at Work (15) | 80 C | 3-11-96 | | |
| The Presidency (16) | 85 | | | |
| Presidential Leadership (17) | 90  C | 3-7-96 | | |
| Federal Bureaucracy (18) | 90  C | 3-7-96 | | |
| **3rd 6 Weeks** | | | | |
| The Federal Court System (19) | 88 C | | | |
| Supreme Court Decisions (20) | 88 | 3-11-96 | | |
| Organization of State Government (24) | 80 | 4-3-96 | | |
| Texas State Government | 82 | 4-16-96 | | |
| Organization of Local Government (26) | 74 | 4-3-96 | | |
| Comparative Government System (28) | 90 | 3-6-96   'G.hary' | | |

82

Turned in 4-18-96

**Parent/Guardian**
Please sign and return
PARENT SIGNATURE _____

1st  2nd  3rd  4th  5th  6th  6th Weeks

**OFFICE USE ONLY**

Student Name: Robinson, Julius    8239

Completion Date 4-18-96
Grade Level 12  Course No. SS  Grade 82
1220

Exhibit 37 - 131

# VENTURE SCHOOL PROGRESS REPORT 1995-1996

STUDENT NAME: _Robinson, Julius_    Original Entry Date: _8/15/95_

COURSE: _English IV_    NO. _LA2240_    Advisor: _George_

TEACHER: _Lewelly_

Based on performance & attendance this student is
6 wk. session
On Schedule
Ahead of Schedule
Behind Schedule

| Grade | Date | | Grade | Date | | Grade | Date |
|---|---|---|---|---|---|---|---|
| **WK ONE** X | | | **WK SEVEN** X | | | **WK THIRTEEN** | |
| Daily Work 73 | 8/11 | | Daily Work 80 | 11/9 | | Daily Work 79 | 4/16 |
| | | | Careers 80 | 11/9 | | | |
| **WK TWO** | | | TAAS | | | **WK FOURTEEN** | |
| Daily Work 78 | 8/21 | | **WK EIGHT** | | | Daily Work 86 | 1/30 |
| Essay TAAS 78 | 8/25 | | Daily Work 80 | 11/9 | | Unit Test 70 | 3/27 |
| | | | Unit Test 70 | 11/9 | | | |
| **WK THREE** | | | TAAS | | | **WK FIFTEEN** | |
| Daily Work 90 | 4/95 | | **WK NINE** | | | Drama 88 | 1/30 |
| TAAS | | | Daily Work 80 | 10/31 | | | |
| **WK FOUR** | | | Essay TAAS 90 | 10/31 | | **WK SIXTEEN** | |
| Essay 72 | 9/9 | | | | | Daily Work 70 | 1/24 |
| Unit Test 72 | 9/9 | | **WK TEN** | | | Writing TAAS 80 | 3/96 |
| TAAS | | | Daily Work 83 | 11/16 | | Novel Test 70 | 1/31 |
| **WK FIVE** | | | | | | **WK SEVENTEEN** | |
| Daily Work 75 | 9/9 | | **WK ELEVEN** | | | Daily Work 70 | 4/3 |
| TAAS | | | Unit Test 90 | 11/7 | | Writing TAAS 80 | 3/96 |
| **WK SIX** | | | Daily Work 80 | 11/18 | | | |
| Daily Work 80 | 9/95 | | | | | **WK EIGHTEEN** | |
| Essay TAAS 80 | 10/95 | | **WK TWELVE** | | | Novel Test 77 | 4/16 |
| | | | Daily Work 81 | 12/7 | | | |
| Vocabulary 80 | 10/95 | | Unit Test 80 | 11/7 | | Vocabulary 79 | 3/15 |
| | | | Vocabulary 95 | 1/26 | | | |

X TAAS Remediation
First & second Six weeks

6 WKS GRADE _78_ 10/9    12 WKS GRADE _90_ 1/26    18 WKS GRADE _77_ 4/16

SEMESTER EXAM GRADE _70_    SEMESTER GRADE _(80)_    DATE _4/18/96_

Date book returned _3/96_

Parent/Guardian
Please sign and return        1st  2nd  3rd  4th  5th  6th  Six Weeks
PARENT SIGNATURE _____

| OFFICE USE ONLY | | | |
|---|---|---|---|
| Student Name _Robinson, Julius_ 82399 | Completion Date _4-18-96_ | | |
| | Grade Level _12_  Course No. _LA_  Grade _80_ | | |
| | 2240 | | |

School Days   Holidays   Teacher Work days   Teacher Inservice & Development   No School   End of Six Weeks   Taking TAAS Review 4/95

Exhibit 37 - 132

# Venture School

**TEACHER:** *Lewellyn*

Ferguson Educational Cen
2315 Stonegate   Arlington, Texas 76010 • (817) 460-7

## VENTURE SCHOOL
### Textbook Contract

I understand that I will not receive credit in this course until I have returned the textbook issued to me initialed below.  In the event I do not have the book to return at the conclusion of the course, I understand I must pay the school the cost of the book as indicated. If the book is damaged during the period it is issued to me, I understand that I must pay a damage fee.

## ENGLISH

| INITIAL | BOOK # | BOOK OUT DATE | TITLE | COST | BOOK IN DATE |
|---|---|---|---|---|---|
| JR | 13A2 | 11/21/96 | Animal Farm | | 1/26/96 |
| | | | | | |
| | | | | | |
| | | | Literature Gold 9 | 25.50 | |
| | | | Literature Platinum 10 | 26.93 | |
| | | | American Experience 11 | 26.93 | |
| | | | English Tradition 12 | 27.00 | |

_____          _____
**STUDENT**                                      **DATE**

ARLINGTON INDEPENDENT SCHOOL DISTRICT
**"Quality in Action"**

Exhibit 37 - 133

# VENTURE SCHOOL PROGRESS REPORT 1995-1996

IDENT NAME: Robinson, Julius

RSE: Management    NO: VE-1233

TEACHER: Alum

Original Entry Date: 8/15/95

Advisor: George

(finished on 1-17-96)

## SELF-AWARENESS
(1st. 6 wks.)

100 STUDENT INFORMATION
100 CAREER SUCCESS # 1&2
100 LEARNING STYLES INVENTORY
100 A STUDY IN LEARNING STYLES
100 LEARNING STYLES PRIMER
100 LEFT/RIGHT BRAIN TEST
100 GLOBAL/ANALYTIC
100 BECOME WHOLE BRAINED
100 THOUGHT CHECK
100 FAMILY CONSTELLATION
100 PERSONALITY PROFILE
100 IDENTIFYING YOUR VALUES
100 ABILITIES, SKILLS, VALUES
100 TRUE COLORS: I, II, III

## GRADES:

6 weeks 100
6 weeks 85  -12/1
6 weeks 89  -(1-17-96)
FINAL 89   - 1-17-96

## WORLD OF WORK
(2nd. 6 wks)

86 Self-Esteem, Module A
70/90 DECISION MAKING
100 GOAL SETTING
90 WORK VALUES
70 RATING WORK VALUES
100 WORK PERSONALITY
90 PEOPLE DATA & THINGS I & II
70 LOOKING AT SKILLS
100 DISCOVER APTICOM CAPS -(10/19)
90 DISCOVER ANALYSIS
70 CAREER PATHWAYS 11/2

## WORK PREPARATION
(3rd. 6 wks)

100 ATTITUDE INVENTORY PACKET
100 JOB MARKET SEARCH PACKET
90 APPLICATION PACKET
70 RESUME PACKET Redo' - (1-12-96)
75 BUSINESS LETTERS Redo(1-12-96)
100 INTERVIEW PACKET
80 "WHO AM I COLLAGE"
90 PERSONAL CHARACTERISTICS (1-16-96)
90 OCCUPATION SEARCH (1-16-96)
76 Semester Exam (1-17-96)

Parent/Guardian
Please sign and return
PARENT SIGNATURE _____

1st  2nd  3rd  4th  5th  6th  9th Weeks

| OFFICE USE ONLY | | |
|---|---|---|
| Student Name Robinson, Julius 82399 | | |

Completion Date 1-17-96
Grade Level 12  Course No VE  Grade 89
1233

Exhibit 37 - 134

Arlington ISD
Records Mgt. Center - 736
1204-A West Arkansas Ln
Arlington, Tx 76013

Mónica Giner
Federal Public Defender
321 E. 2ND St.
Los Angeles, CA 90012-4202

**Exhibit 37 - 135**