# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 38 (PART 1 OF 4, PAGES 1-10)

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

Cape Fear Valley Medical Center
October 12, 2005


Office Of The Public Defender
Central District Of California
321 East 2Nd St.
Los Angeles, CA 90012



RE:        294911  Robinson, Rose

Enclosed is the medical information you requested.

CFVMC MEDICAL RECORDS CORRESPONDENCE SECTIONS

---

Cape Fear Valley Health System      8:30AM - 5:00PM EST
P.O. Box 2000                            Monday - Friday
Fayetteville, NC  28302              Ph. (910)609-6626

        ATTN:  Health Information Management Department

---

HighSmith Rainey Memorial            9:00AM - 5:00PM EST
150 Robinson Street                      Monday - Friday
Fayetteville, NC  28301              Ph. (910)609-1153
        ATTN: Health Information ManagementDepartment

---

Page 1


**Exhibit 38 - 1**

# AFFIDAVIT AND CERTIFICATION

CERTIFICATION OF CUSTODIAN

RE:  ROSE HOLLIMAN (a/k/a ROSE MARY ROBINSON)

The undersigned, being first duly sworn, states as follows:

I

I am the acting Medical Records Custodian employed by Cape Fear Valley Medical Center, in Fayetteville, North Carolina.  I maintain in my custody all of the hospital medical records for inpatients, Short Stay Center, Emergency Department, and Observation patients at Cape Fear Valley Medical Center.

II

As such custodian, I do hereby certify that the foregoing and attached medical records are true and accurate copies of the medical records pertaining to the treatment of **ROSE MARY HOLLIMAN (a/k/a ROSE MARY ROBINSON)**, **DOB: 05/16/1958**, **SSN: 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**, at Cape Fear Valley Medical Center from **1974 until 1980**.  These records were made and kept under a system whereby it is the practice that such records be made and kept in the regular course of business, at or near the time of acts, conditions or events recorded, and that they were made by doctors, nurses, and other health care professionals having knowledge of the information set forth in the records.

III

That this affidavit/certification, together with a true, accurate copy of said medical records are hereby tendered to the OFFICE OF THE FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA, 321 EAST 2nd STREET, LOS ANGELES, CALIFORNIA 90012.

**Sworn to and subscribed before me**

This _13th_ day of _October_, **2005.**

_____
       NOTARY PUBLIC

My commission expires _5/15/2010_ .

------------------------------------
         **SEAL**

**This 13th day of OCTOBER 2005.**

_____ RHIA
**Cathy Watts, RHIA**
**Administrative Director**
**Health Information Management**
**Cape Fear Valley Medical Center**
**Fayetteville, North Carolina**

**Exhibit 38 - 2**

# CUMBERLAND COUNTY HOSPITAL SYSTEMS, INC.
## FAYETTEVILLE, NORTH CAROLINA

NO: 294 911

| 1. HISTORY NO. | 2. PATIENT'S NAME (LAST FIRST INITIAL TITLE) | | | | 3. AGE | 4. BIRTH | 5. ADMIT DATE | 6. ADMIT TIME | 7. ROOM NO. |
|---|---|---|---|---|---|---|---|---|---|
| 294 911 | Robinson, Rose Mary | | | | 018 | 05-16-58 | 08-07-76 | 10:40Pm | 0409 |

| 9. PATIENT'S ADDRESS (ST. NO. | CITY | STATE | COUNTY | ZIP) | 10. DISCHARGE DATE | 11. DISCHARGE TIME | 12. DAYS OF CARE |
|---|---|---|---|---|---|---|---|
| 5987 Dunvegon S Ct | Fayetteville | NC | | 28301 126 | 8-11-76 | | 4 |

| 13. SEX | 14 RACE | 15 CLASS | 16. M/S | 17 COND | 18. ADMITTING PHYSICIAN | 19. PHYS. NO. | 20 SER | 21. HOME TELEPHONE | 22. REL | 23. CHURCH |
|---|---|---|---|---|---|---|---|---|---|---|
| F | B | 01 | 3 | E | Dr Daniel | 26895 | 22 | None | P | Baptist |

| 24. PATIENT'S EMPLOYER | 25. EMPLOYER'S ADDRESS | 26. EMPLOYER'S PHONE NO. |
|---|---|---|
| Unemployed | | |

| 27. FATHER'S NAME (RANK) | 28. MOTHER'S NAME | 29. ADMITTED BY |
|---|---|---|
| John H. Holland | Margaret Gross Holland | PB/NO |

| 30. RESPONSIBLE PARTY (RANK) | RELATIONSHIP | 31. RESPONSIBLE PARTY ADDRESS | 32. HOME TELEPHONE |
|---|---|---|---|
| Rose M. Robinson | Self | 5987 Dunvegon S k Fayetteville | None |

| 33. PLACE OF BUSINESS | 34. BUSINESS OR MILITARY ADDRESS | 35. BUS. TELEPHONE NO. |
|---|---|---|
| Unemployed | | |

| 36. THIRD PARTY COVERAGE (LIST PRIMARY FIRST) | 37. POLICY HOLDER | 38. GROUP | 39. CERTIFICATE NO. | 40. COVERAGE CODE |
|---|---|---|---|---|
| A. Self Pay | | | | |
| B. | | | | |

| CHAMPUS – I. D. CARD NO. | EFF. DATE | EXP. DATE | S.S. NO. |
|---|---|---|---|
| C. | | | |

**41. ADMITTING DIAGNOSIS**

O    B

| DISCHARGE DIAGNOSIS | CODE |
|---|---|
| **PRIMARY DIAGNOSIS** IUP  42½ wks , delivered | 6649 357 1319 |
| **SECONDARY DIAGNOSIS** LOA SGA infant Probable polyhydramnios Trichimonas – treated | |
| **COMPLICATIONS** | |
| **INFECTIONS** | |
| **PRIMARY SURGERY** Normal spontaneous vaginal delivery over MLE + repair DATE 8 8 76 | 73.7 73.1 |
| **SECONDARY SURGERY** Amniotomy DATE 8 8 76 | 75.6 |

**SUMMARY OF PATIENT'S STAY**

uneventful

_____ M. D.

CONSULTATIONS

| DISCHARGE STATUS | ☑ ALIVE | ☐ DEATH + 48 | ☐ AUTOPSY | ☐ TRANSFERRED |
|---|---|---|---|---|
| ACCOMMODATION | ☐ CORONARY | ☐ INTENSIVE CARE | ☐ NURSERY CARE | ☐ OTHER |

SIGNATURE OF ATTENDING PHYSICIAN

Ellen B. Hartmann

CONFIDENTIAL
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

**Exhibit 38 - 3**

OUT PATIENT MEDICAL RECORD

# CUMBERLAND COUNTY HOSPITAL SYSTEM, INC. No.

FAYETTEVILLE, N.C.

| SERVICE | CODE | CHARGE |
|---|---|---|
| EMERG. ROOM FEE | 3400 | |
| DRUGS - NARCOTICS | 5200 | |
| DRUGS | 5000 | |
| X - RAY | | |
| LABORATORY | | |
| DRESSING | | |
| STERILE TRAYS | | |
| SUTURE TRAY | | |
| EKG | 1700 | |
| CAST | | |
| BLOOD | 1678 | |
| TRANSFUSION FEE | 1655 | |
| OPERATING ROOM | | |
| ANES | | |
| OXYGEN | | |
| IV. SOL. | | |
| ER PHYSICIAN | 3450 | |
| MISC. | | |
| TOTAL CHARGE | | |
| TOTAL PAYMENT | | |
| BALANCE DUE | | |

DATE 3-7-76  TIME 10:00P PM  DOCTOR: Dr. G.

PATIENT'S NAME: Robinson Rose    Mary

ADDRESS: 5987 Dunvegon St.

CITY Fayetteville  STATE N.C.  ZIP CODE 28301  TELE. none

AGE 18  DATE OF BIRTH 5-16-58  SEX (F)  RACE B  MARITAL STATUS (S) M W D

NEXT OF KIN OR PERSON RESPONSIBLE: Rose XXXXXXX Robinson    RELATION Self Cs

ADDRESS: 5987 Dunvegon St.

CITY Fayetteville  STATE N.C.  ZIP CODE 28301  TELE. none

EMPLOYER OF PERSON RESPONSIBLE: Unemployed

INSURANCE CO.: Self Pay    CO. ADDRESS

POLICY NO. Margrett Gross  GROUP NO. John H. Holland  CERTIFICATE NO. NO  Baptist

SSN

| SELF | R.C. | COMP | COMM | MEDICARE | MEDICAID | COUNTY | STATE | OTHER |
|---|---|---|---|---|---|---|---|---|
| 01 XXX | 02 | 05 | 07 | 14 | 19 | | | |

PATIENT BROUGHT BY: Friend walked pub

CHIEF COMPLAINT: C/O Ob Clinic Possible Labor

HISTORY/PHYSICAL:

TREATMENT - MEDICATION

☐ LAB REQUEST    ☐ X-RAY REQUEST    ☐ MEDICATION

DIAGNOSIS: IUP 42½ wks

CONDITION ON DISCHARGE

INSTRUCTIONS TO PATIENT: Admit

DISPOSITION

SEEN & OUT  TIME

ADMITTED  TIME 10:30 pm

ROOM NO. 409  CASE NO. 294-91

DOCTORS SIGNATURE    M.D.

NURSE    PATIENT'S SIGNATURE  DATE  TIME

CONFIDENTIAL
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

**Exhibit 38 - 4**

## CAPE FEAR VALLEY HOSPITAL
### FAYETTEVILLE, N. C.

Obstetrical Discharge Summary

EDC _____    Date Admitted _August 7 1976_

Gravida _II_    Para _7_    Abortions _____    Date Discharged _____

Stillbirths _C_    Children _O_

Maternal Complications: _____

Onset of Labor: _____    ✓ Spontaneous    _____ Induced

Method of Stimulation    _____ Medical _____
                         _____ Surgical – Stripping or rupt of membranes

Membranes Ruptured:    _____ Spontaneously    _____ Prior to Adm.    _____ After Adm.
                       ✓ Artificially
                       _____ Hours prior to Delivery

Analgesia _____

Position: _L O A_

Episiotomy: _MLE_

Type of Delivery _NSVD_

Anesthesia: _Local 1% xylocaine_

Comments on Labor and Delivery _probable poly hydramnios_
_placenta to Path_

Sex of Infant: ✓ M    _____ F    Weight _5 - 6_    ( SGA )

Condition: _Apgar 8/9_

Post Partum course: ✓ Normal    _____ Abnormal, Specify _____

_Hgb 12    ✓ Hct 34.2_

_JMiller_
Signature

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

Exhibit 38 - 5



CONSENT FOR TREATMENT

I hereby authorize the performance of any medical or surgical procedures, under local, saddle block, or general anesthesia which may be advised and recommended by the attending physician or surgeon of _Rose M. Robinson_, a patient at Cape Fear Valley Hospital. Furthermore, I respectfully request the use of any facilities of this hospital which may be regarded as necessary or beneficial in the performance of said procedures.

_____
WITNESS

_____
SIGNATURE

_5-6-76_
DATE

_____
RELATIONSHIP TO PATIENT

ccha    029    Revised 10-7-70

Ⓐ

the person to whom it pertains.

**Exhibit 38 - 6**

76-11939

# NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
## DIVISION OF HEALTH SERVICES
### PRENATAL RECORD

5-6-76

Form developed by the Committee on Maternal and Child Care, Council on Medical Service, American Medical Association, in cooperation with the Committee on Maternal and Child Health of The American College of Obstetricians and Gynecologists.

| Hospital | Doctor | Date |

| Hosp. No. | Office No. | Insurance |

Pts. Name  Robinson, Rose M   Age   Race B   Relig.   Country of Birth   Occupation Unemployed

Address 5987 Dunvegan 4    Phone    Marital Status S M W D (Sep)   Years Married    Education 11th

Name of Father of Child    Age   Ht.   Wt.   Significant disease

Business Address    Business Phone   Occupation   Education

FAMILY HISTORY: (Tbc, Hypertension, Heart D., Diabetes, Neuro-Psych., Epilepsy, Allergies, Mult. Births, Congenital Anom.)
Mo. Rex Time

MENSTRUAL HISTORY: Onset at 11 Yrs.   Interval Irregular Days   Duration 7 Days   Amt. moderate

Months Preg. Attempted   L.M.P. 10-15-75   Normal   E.D.C. 7-22-76 (29)

| PRIOR MEDICAL HISTORY | Pos. | Remarks (Include date and time of Rx) | HISTORY SINCE LAST MENSTRUAL PERIOD | Pos. | Remarks (Include date and time of Rx) |
|---|---|---|---|---|---|
| Kidney Disease | | | Nausea | | |
| Heart Disease | | | Vomiting | | |
| Hypertension | | | Indigestion | | |
| Rheumatic Fever | | | Constipation | | |
| Tuberculosis | | | Headache | ✓ | |
| Venereal Disease | | | Bleeding (Specify) | | |
| Gyn. Disorder | | | Vaginal Discharge | | |
| German Measles | | | Edema | | |
| Nervous & Mental | | | Abdominal Pain | | |
| Diabetes | | | Urinary Complaints | | |
| Thyroid Dysfunction | | | German Measles | | |
| Phlebitis, Varicosities | | | Other Virus | | |
| Epilepsy | | | Radiation (Specify) | | |
| Drug Sensitivity | | | Accidents | | |
| Allergies | | | Medications | | |
| Blood Dyscrasia | | | | | |
| Blood Transfusions | | | | | |
| Rh, ABO Sensitivity | | | | | |
| Operations, Accidents | | | | | |

SUMMARY OF PREVIOUS PREGNANCIES   Full Term 1   Premature 0   Abortions 0   Now Alive 1   Mult. Births 0

| No. | Year | Place of Confinement | Dur. of Gestation | Dur. of Labor | Type of Delivery | Born A or D | Weight | Complications Maternal | Child |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1974 | Arkansas | 40 wks | 30 min | Vag | A | 6 lbs | | Boy |

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

Exhibit 38 - 7

Patient's Name: _Robinson, Rose M_    Date of Birth: _5-16-58_

PHYSICAL EXAMINATION:

T. ___ P. ___ R. ___ B.P. _92/60_ Hgt. ___ Pres. Wt. _113_ Wt. at L.M.P. _119_

Eyes _PERALA_ Teeth _c_    Thyroid _c_    Throat _c_    Skin _c_

Heart _NSR S M_

Lungs _clear to P+A_

Breasts _w_ _masses_    Nipples _c_    Tumors _c_

Abdomen _Soft_    Height of Fundus _24 cm_

Fetal Heart ___    Presentation and Position ___

Extremities _WNL_    Varicosities _c_    Edema ___

General Body Type ___

PELVIC EXAMINATION (bi-manual and speculum):

Vulva _WNL_

Vagina _"_

Perineum _"_

Cervix _"_

Uterus _24m_

Adnexae _WNL_

Rectal Exam. _c_

Diag. Conj. ___ cm. Trans. Diam. Outlet ___ cm. Shape Sacrum ___

Arch ___    Coccyx ___    S.-S. notch ___

Ischial Spines ___

| Inlet: | Mid Pelvis: | Outlet: | Prognosis for Delivery: |
|---|---|---|---|
| ☐ Adequate | ☑ Adequate | ☐ Adequate | _Good_ |
| ☐ Borderline | ☐ Borderline | ☐ Borderline | |
| ☐ Contracted | ☐ Contracted | ☐ Contracted | |

LABORATORY EXAMINATIONS: For Syphilis    Type _STS_ Date _5-6-76_ Result _NR_

Blood Type and Rh: Patient _B Pos_    Father of Child ___

Hemoglobin ___    Hematocrit or RBC _39_

Urinalysis: Albumin _neg_    Sugar _neg_    Microscopic ___

Exam. for Tbc: Type _Normal_    Date _5-6-76_ Result ___

(Cytology, Chemistry, etc.)

_5/6/76 Class I_

FACTS OF SPECIAL IMPORTANCE:
Initial Over-all Evaluation of Patient

Sensitivities _None Known_    Nutritional Status ___

Type of Del. planned ___    Anesthesia planned ___

Physician to call if attending M.D. not available ___

M.D. who will attend infant ___    Is breast feeding planned? _no_

Date _5/6/76_    Signature ___

CONFIDENTIAL
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

(Original to be submitted to hospital upon completion.)

Exhibit 38 - 8

**NAME** _Pittman, Dale M_    **FILE NUMBER** _____

RH — B Pos
STS — N.R.
EDC — 7-22

## SUBSEQUENT PRENATAL VISITS

| DATE | Headache | Dizziness | Edema | Nausea & Vomiting | Bleeding | Blood Pressure | Weight | Height of Fundus | Fetal Movement Felt | Position and Presentation | Fetal Heart | Albumin | Sugar | Hemoglobin | Week of Pregnancy | M Return Date | Init. |
|------|----------|-----------|-------|-------------------|----------|----------------|--------|------------------|---------------------|---------------------------|-------------|---------|-------|------------|-------------------|---------------|-------|
| 5-6-76 | ✓ | — | — |  | — | 92/60 | 113 | 24 | ✓ |  |  | 0 | 0 | 39 | 29 | 5-27-76 | DX |
| 5/27/76 | — | — | — |  | — | 90/50 | 113 |  | ✓ |  |  | 0 | 0 |  | 32 | 6-9-76 | M3 |
| 6/9/76 | — | — | — |  |  | 104/78 | 115 |  | ✓ |  |  | 0 | 0 |  | 34 | 6-24-76 | 9E |
| 6/24/76 | — | — | — |  | — | 98/80 | 114 | 30 | ✓ | def | 144 | 0 | 0 |  | 36 | 7-7-76 | DX |
| 7/7/76 | — | — | — |  |  | 90/60 | 116 |  | ✓ |  |  | 0 | 0 | 36 | 37 | 7-21-76 | DX |

| DATE | LABORATORY EXAM | RESULTS | DATE | LABORATORY EXAM | RESULTS |
|------|-----------------|---------|------|-----------------|---------|
| 5/6/76 | r. titer | >20 |  |  |  |
| 5/27 | Hgb electro | normal |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| DATE | SUBSEQUENT MEDICAL EXAMINATION | Dr's. Signature |
|------|-------------------------------|-----------------|
| 6/24/76 | T m. dx — No problems — Maalox | DE Bu |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

CONFIDENTIAL
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

(1)

Exhibit 38 - 9

## NURSES NOTES

NAME Robinson, Rose M                                    File No. 76-11939

| DATE | PROGRESS NOTES | Nurse's Signature |
|------|----------------|-------------------|
| 5-6-76 | 2nd Preg 11 BF. No problems. General prenatal instructions, diet, danger signs, Lamp ___ discussed. Prescrip. for Iubron given. 1st P.E. | S. Tillinger |
| 5-27-76 | C/o "heartburn." Admits to eating fried foods. Had fried chicken & cabbage last visit. Explained the need to decrease intake of gas forming foods & not to eat fried ___. Suggested Mom taus for heartburn. ___ gain so stressed importance of ___ ___ nourishing diet. Taking Fe & ___. Preparing for baby. RTC 6-9-76. | M Humphrey |
| 6-9-76 | Very pleasant lady. Still having heartburn but has ↓ fried foods & it is some better. Has many things for baby. Wants IUD for B.C. Recall oped from previous visits. RTC 6-24-76 | J Eason RN |
| 6/24/76 | C/o "heartburn" Has decreased fried foods & gas forming foods. Has tried several medications. Is ready & baby supplies, & admission discussed. 3rd tri ✓ | S. Tilley c. |

CONFIDENTIAL
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

Exhibit 38 - 10