## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 38 (PART 2 OF 4, PAGES 11-20)

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

CAPE FEAR VALLEY HOSPITAL                    HIGHSMITH-RAINEY MEMORIAL HOSPITAL

LABORATORY REPORTS

DATE _____



SS 8-9-76

### URINE

Voided ☐
Catheterized ☐
24 Hr. ☐

### ROUTINE URINALYSIS 1042

| | | |
|---|---|---|
| Appearance | Clear | amber |
| Sp. Gr. | 1.003–1.040 | 1.006 |
| pH | 4.5–8 | 6 |
| Protein 1040 | NEG | neg |
| Sugar 1016 | NEG | neg |
| Ketone Bodies | NEG | neg |
| Occult Blood | NEG | large |
| MICROSCOPIC | | |
| RBC | 0 | 50+ |
| WBC | 0-10 | 15 |
| Casts | 1-2 | |
| Epithelial Cells | | mod |
| Crystals | 0 | |
| Bacteria | 0 | few |

6 ?
1
3 2

### MISCELLANEOUS URINE

| | |
|---|---|
| Urobilinogen | 1046 |
| Porphobilinogen | 1030 |
| Uro Porphyrin | 1010 |
| Copro Porphyrin | 1030 |
| Diagnex Blue | 1012 |
| 5-HIAA | 1018 |
| Bence Jones | 1006 |
| PKU | 1028 |
| B.I.P. (Urotest) | 1008 |
| Sulkowitch (Calcium) | 1044 |
| Osmolality | 1048 |
| Metabolic Screen | |

☐ CAPE FEAR VALLEY – I
STOOL URIN
PATIENT

035005

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

**Exhibit 38 - 11**

CONSENT FOR TREATMENT

I hereby authorize the performance of any medical or surgical procedures, under local, saddle block, or general anesthesia which may be advised and recommended by the attending physician or surgeon of _____, a patient at Cape Fear Valley Hospital. Furthermore, I respectfully request the use of any facilities of this hospital which may be regarded as necessary or beneficial in the performance of said procedures.

_____
WITNESS

_____
DATE   8-7-76

_____
SIGNATURE

_____
RELATIONSHIP TO PATIENT

ccha   029   Revised 10-7-70

the person to whom it pertains.

**Exhibit 38 - 12**

CAPE FEAR VALLEY HOSPITAL

LABOR AND DELIVERY RECORD

NAME Robinson, Rosie Mary                    EDC July 21

ADDRESS 5987 Dunvegor        City           PHONE ——

AGE 18 GRAVIDA II PARA I Rh pos SHOW? ALLERGIES NKA

ONSET OF LABOR 7⁰⁰ PM.        SPONTANEOUS ☑        INDUCED ☐

MEMBRANES RUPTURED 1 5⁰/A M. DATE 8-8-76  SPONTANEOUS ☐  ARTIFICIAL ☑

ATE LAST 5⁰⁰ P    FOOD B.B.Q. Ribs, P. Chips, Soda   Pepsi - 10

ARTIFICIAL TEETH ——    CONTACT LENS ——    T.    P.    R.

PEDIATRICIAN On call        WILL NURSE ____  WILL NOT NURSE ✓

| DATE | TIME | B/P | FHR | CONT. | EFF. | DIL. | STA. | R/V | COMMENTS AND SIGNATURE |
|------|------|-----|-----|-------|------|------|------|-----|------------------------|
|      |      |     |     |       |      |      |      |     |                        |
|      |      |     |     |       |      |      |      |     |                        |
|      | 11   |     |     |       |      |      |      |     |                        |
|      |      |     |     |       |      |      |      |     |                        |
| 8/8  | 12¹⁵ A |   |     |       | 100% | 4    | -2   | ✓   |                        |
|      | 12 AM |    |     |       |      |      |      |     |                        |
|      |      |     |     |       |      |      |      |     |                        |
|      | 55 A | 10/68 | 120 |   |      |      |      | ✓   |                        |
|      | 3    |     | 128 |       |      |      |      |     |                        |
|      | 2    | 90/60 | 132 |     |      |      |      | ✓   |                        |
|      | 2 A  | 100/64 | 160/132 | | 100 | 4  | -1/2 | ✓ | Accen                |
|      | 3    |     |     |       |      |      |      |     |                        |
|      |      |     |     |       |      |      |      |     |                        |
|      |      |     |     |       |      |      |      |     |                        |

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

**Exhibit 38 - 13**

DATE DELIVERED _8 Aug. 76_ TIME _3 42_ a.M.

SEX _m_ WEIGHT _5-6_ APGAR SCORE _9_

PLACENTA _3 5²_ _c_ M. SPONTANEOUS _____ MANUAL _____

EPISIOTOMY _m cf_ LACERATION _____ REPAIR _chromic return_

TYPE OF DELIVERY _spn_ POSITION _d C_

OXYTOXIC _pitocin iv dv_ BLOOD LOSS _____

TOTAL HOURS OF LABOR _____ FIRST STAGE _____ SECOND STAGE _____

SCRUB NURSE _Baxy - Tembono - m. Jox 14_ CIRCUMCISION _____

REMARKS _____

OBSTETRICIAN _Joe miller mmill_

ANESTHESIA STARTED _____ ENDED _____

ANESTHESIA _local infiltra in -Xylocaine_

POST-ANESTHESIA REMARKS - TO RECOVERY ROOM _4¹⁰/c_

CONDITION OF PATIENT _____ B/P _¹¹⁰/₇₀ ¹³⁰/₇₀_

ANESTHETIST _Jn J. millc_

COMPLICATIONS _____

**CONFIDENTIAL**
This information is confidential.
Rediscloure prohibited without
the expressed written consent of
the person to whom it pertains.

_miller mD_ S SIGNATURE

**Exhibit 38 - 14**

BEST
AVAILABLE COPY

REMARKS
ADMITTED

Name

Room

CONFIDENTIAL
This information is confidential.
Rediscinsure prohibited without
the expressed written consent of
the person to whom it pertains.

ccha    084    3/11/70

Exhibit 38 - 15

**PATHOLOGY REPORT**

Name: ROBINSON, ROSE

Pathology No.: S76-4634

Hospital No.: 294 911      Room No.: 409

Age: 18    Sex: F    Race: N

Date of Operation: 8-8-76

Surgeon: Dr. Daniel

Clinical Diagnosis:

Specimen: Placenta

Cape Fear Valley Hosp. — Highsmith-Rainey Memorial Hosp.

323-6151            485-3111, Ext. 247

Fayetteville, N. C. 28302

CHARLES L. WELLS, M.D., F.C.A.P., DIRECTOR
ROY A. WEAVER, M.D., F.C.A.P., ASSOCIATE
GEORGE B. LUTMAN, M.D., F.C.A.P., ASSOCIATE

GROSS:

Tissue submitted identified as "placenta" and it consists of a placenta 14.5 cm. in diameter and measuring from 2.0 to 3.0 cm. in thickness. At the margins are attached the membranes which appear adequate. Slightly eccentrically attached is the umbilical cord 30.0 cm. in length, and 1.4 cm. in diameter with a normal complement of vascular spaces. The maternal surface of the placenta is composed of cotelydons which appear intact. Serial slicing of the placenta reveals it to be pink in color with occasional gray-white foci of infarction. No particularly unusual features are noted. Representative portions of the placenta and umbilical cord are submitted.

WBL/bw

MICROSCOPIC:    Sections of umbilical cord reveal a normal compliment of vascular spaces. Placenta is of a term type with multiple small chorionic villi showing occasional areas of hyalinization and infarction. There is a thin layer of decidual tissue on the maternal surface. The fetal surface is intact and shows no evidence of inflammation.

DIAGNOSIS:    Term placenta and portion of umbilical cord histologically unremarkable. (NC)

Code 1
WBL/ck
8/10/76

William B. Leach, M.D.
Pathologist

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

**Exhibit 38 - 16**

CAPE FEAR VALLEY HOSPITAL                HIGHSMITH-RAINEY MEMORIAL HOSPITAL

## PROGRESS NOTES

| DATE | |
|---|---|
| 8/8 0:15 | Cx 4cm, 100% Vtx at -2/-3  8 felt too high to rupture will wait for descent of head.  /J Miller External monitor. |
| 8/8 1:30 | in old slowly. Vtx still high. will wait another hour for ctrm. Epid Nary on  /J Miller |
| 8/8 2:30 Am | Vtx now -1/-2 Has descended & is _____ _____ ARom c clear fluid  /J Miller |
| 8/8 ⁰⁄ₐ | Delivery time 3.49 Am NSVD over MLE + repair Male, 5-6 oz, Apgar 8/9 Probable polyhydramnios c leakage large amt fluid post delivery Cord c 3 vessels; Placenta c few Cat SBL 200 cc's  Fetal tracing from monitor - OK, no evidence of distress  /J Miller |
| 8/8 8:³⁄ₐ | Day of delivery - Doing well. Vital bleeding  /J Miller |

**CONFIDENTIAL**
This information is confidential.
Redisc101sure prohibited without
the expressed written consent of
the person to whom it pertains.

Exhibit 38 - 17

CAPE FEAR VALLEY HOSPITAL                    HIGHSMITH-RAINEY MEMORIAL HOSPITAL

### PROGRESS NOTES

| DATE | |
|---|---|
| 8/7/76 23:30 | 18 year old Sep BF para 1-0-1 gr II who presents in early labor |
| | LMP 10/15/75 |
| | EDC 7/22/76 |
| | Labor cont q5' @ 1400          BT   B+ |
| | Meds   I                        Bottle Feed. |
| | Bleeding Show |
| | Prenatal course essentially uncomp & now 42½ wks missed last clinic appt. |
| | Exam   T= 98²      P - 88      R = 18      BP = 112/70 |
| | HEENT wnl |
| | neck supple |
| | clear to P+A |
| | Heart S₁ S₂ wnl  gr I/VI pulm flow ⊙ |
| | breast preg |
| | abd   FH 32      FHT 120-140 |
| | Pelvis   Cx 3½ cm      50-75%      @ 2300 |
| | Vtx -3 |
| | Extrem OK      DTR 2+ |
| | Imp BF P 42½ wks , early labor |
| | Dnp Admit |
| | Follow ē descent of head      J Miller |
| | Pelvis pv |

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

cchc   003   11/4/74                                            ADDRESSOGRAPH

**Exhibit 38 - 18**

CAPE FEAR VALLEY HOSPITAL                    HIGHSMITH-RAINEY MEMORIAL HOSPITAL

## PROGRESS NOTES

DATE

8-9-76
6⁴⁵/A

PP #1

S: ō ℅

O: afebrile, uterus firm, voiding, mod.
D/C

A: doing well

P: cont present tx

E Hartmann

8-10-76
8³⁰/A

PP #2

S: ō ℅

O: afebrile, uterus firm, voiding, D/C < pd.,
Trichimonas found on routine urine — d/ed c̄
Flagyl 2gm po

A: doing well

P: D/C in AM

E Hartmann

8-11-76
6³⁰/A

PP #3

S: ō ℅

O: afebrile, uterus firm, D/C ~ pd.

A: doing well

P: D/C today

E Hartmann

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.



**Exhibit 38 - 19**

CAPE FEAR VALLEY HOSPITAL
FAYETTEVILLE, N.C.

DOCTORS' ORDER SHEET

DOCTOR _____

*Will not reuse*

| ORDERED DATE | TIME | POST PARTUM ORDERS | DISC. |
|---|---|---|---|
| | | 1. Bed rest for 8 hrs., then ambulate with assistance. | |
| | | 2. Diet and fluids as tolerated after 1 hr. | |
| | | 3. Catheterize q 6 hrs. prn if unable to void. Insert foley catheter with second catheterization. | |
| | | 4. Instruct patient in perineal care and use of peri bottle. | |
| | | 5. Heat Lamp bid prn. | |
| | | 6. Hgb., Hct., and voided urine specimen on 1st PP day if not already done. | |
| | | 7. APC with Codeine grs. ss, tab. ii q 3-4 hrs. prn or Darvon Comp. 65 x 5 days. | |
| | | 8. Seconal grs. iss HS prn x 5 days. | |
| | | 9. Senokot tab. ii HS until normal BM and prn. Dulcolax Supp. on 3rd PP day if no BM. Fleets enema on 3rd PP day if Supp. unsuccessful. | |
| | | 10. Methergine tab. i tid x 6 doses. | |
| | | 11. Breast support and ice packs prn. | |
| | | 12. B/P, Pulse, Check fundus and bleeding q 15 min. x 1 hr., then q 1 hr. x 4 hrs., then bid x 2 days. | |
| | | 13. TPR qid. | |
| | | 14. *Take _____* | |
| | | 15. *American spray prn* | |
| | | 16. *Ice pack to perineum x 1 hr* | |

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

**Exhibit 38 - 20**