# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | **Honorable Terry Means** |
| JULIUS ROBINSON | : | **United States District Judge** |

_____

**EXHIBIT NUMBER 38 (PART 3 OF 4, PAGES 21-30)**

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

# CAPE FEAR VALLEY HOSPITAL
### FAYETTEVILLE, NORTH CAROLINA
DOCTORS ORDER SHEET

DOCTOR _____     DATE Aug 7 1976

Will not nurse

| ORDERED DATE | TIME | ORDERS | DISC. |
|---|---|---|---|
| 8/7/76 | | Admit to labor and delivery | |
| | | Prep | |
| | | Enema | |
| | 11⁴ | 1000 cc D5 ¼ NS @ 100 cc/hour | |
| | | P.O. Dr. J. Miller / S. Hoffman RN | |
| AUG | | Fetal Eck Monit | |
| | | Dr J Miller J. Miller/BBB / R. Mc Miller RN | |
| | | Demerol 50 mgm / I.V. @ 3¹⁰ | |
| | | Largon 20 mgm | |
| | | Dr J Miller | |
| AUG 9 1976 | | Flagyl 2 gm po now | |
| | 5⁵⁰ | A. Mc Lellan w/sec          E Hautmann MD | |
| AUG 10 1976 | | | |
| AUG 11 1976 | | D/C today | |
| | | E Hautmann | |
| | 7²⁹am | H. Jessie R.N. | |

CONFIDENTIAL
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

(19)

**Exhibit 38 - 21**

# CAPE FEAR VALLEY HOSPITAL
## FAYETTEVILLE, N. C.

### GRAPHIC SHEET

DOCTOR                                                    DATE:



**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

**Exhibit 38 - 22**

# CUMBERLAND COUNTY HOSPITAL SYSTEM, INC.

## CAPE FEAR VALLEY HOSPITAL

### OBSTETRIC FLOW SHEET

| DATE | 8-9-76 | | 8-10-76 | | 8-11-76 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| OBSERVATIONS | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. |
| Breast | | Soft | Supp Soft | Soft | Supp Soft | | | | | |
| Nipples | | Soft | Soft | Soft | soft | | | | | |
| Lochia | Med | med | Mod | Sml | Mod | | | | | |
| Fundus | | Six | Firm | firm | firm | | | | | |
| Bladder | | vd 85 | voids D.S | vdg. | vdgs | | | | | |
| Perineal Area | Clean | Clean | Clean | clean | clean | | | | | |
| Stools | ō | ō | ✓ | ō | Had BM | | | | | |
| Perineal Care | self | Self | self | self | self | | | | | |
| | | | BP 120/68 | | | | | | | |
| | | | | | | | | | | |
| Drs. Visit | | mula | LSMMH | | LSMMH | | | | | |
| Nurses Sig. | Elliott | Krube | WRN | Metad | | | | | | |
| Diet | Reg | Reg | Reg | Reg | Reg | Reg | | | | |

TEACHING INSTRUCTIONS: _____ in breast feeding given in PP 8/10 to baby care class M Junguirth RN PHN

@ 1:30 pm

DISCHARGE INSTRUCTIONS: 8/11/76 re: pp home care and 6/52 check-up discharged per w/c e baby in satis condition accompanied by family S Custurke _____ PNE 0487

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

**Exhibit 38 - 23**

# CUMBERLAND COUNTY HOSPITAL SYSTEM, INC.

Cape Fear Valley Hospital _____        _____ HIGHSMITH-RAINEY MEMORIAL HOSPITAL

## NURSES PROGRESS NOTES

| DATE | NOTES |
|------|-------|
| 8:00 AM | *(illegible)* DIET TAKEN *(illegible)* WHILE VISITED |
| 8:00 AM | SLEPT MOST OF MORNING — *(illegible)* |
| | MOD. FUNDUS FLOW — FIRM. BREASTS UNSUPPORTED. |
| 12:00 | DIET CONSUMED. 98⁸ 76 18 |
| 2:00 AM | BP 130/62 *(illegible)* no complaints *(illegible)* |
| | *(illegible)* |
| | 4pm OOB — *(illegible)* |
| | 5pm Reg diet taken well *(illegible)* |
| | *(illegible)* |
| | 7pm *(illegible)* |
| | BP 110/80 |
| | *(illegible)* |
| AUG 9 1976 | |
| AUG 10 1976 | *(illegible)* |
| AUG 11 1976 | |
| | *(illegible)* |

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

Exhibit 38 - 24

## CAPE FEAR VALLEY HOSPITAL
### FAYETTEVILLE, N. C.

BEST
AVAILABLE COPY

## Medication Record

Doctor:                                                                                                Date  *Aug. 7, 1976*

| MEDICATIONS | METHOD | 12 | AM 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | PM 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | |

Doctor                          Visited

Indicate by check ✓ mark should any of these services used on day of discharge.

LABORATORY                    X-RAY                    PHYSICAL THERAPY

Name:
Last              First

Room

CONFIDENTIAL
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

Exhibit 38 - 25

## CAPE FEAR VALLEY HOSPITAL
### FAYETTEVILLE, N. C.

BEST
AVAILABLE COPY

## Medication Record

Daniel

Date August 8, 1976

| MEDICATIONS | METHOD | 12 | AM 1 | 2 | 3 | 4 | 5 | 6 | 8 | 9 | 10 | 11 | PM 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| phenobarbital |  |  |  |  |  |  |  |  |  | Gm |  |  |  |  |  |  |  | 宋 |  |  |  |  |  |
| Methergine | B |  |  |  |  |  |  | Gm |  | Gm |  |  |  |  |  |  | H |  |  |  |  |  |  |
| Senikat tab ii | PO |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | H |  |  |  |  |  |

3-11 J. Knutson, R.N. (R)
Garcia R.N. 7-3 Gm

Doctor                    Visited

Indicate by check √ mark should any of these services used on day of discharge.

CONFIDENTIAL
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

| LABORATORY | X-RAY | | PHYSICAL THERAPY | |
|---|---|---|---|---|
| Name: | | Hospital Number | | Room |
| Last     First | Middle | | | |



**Exhibit 38 - 26**

# CAPE FEAR VALLEY HOSPITAL
### FAYETTEVILLE, N. C.

## Medication Record

Doctor: ................................................    Date: ................

| MEDICATIONS | METHOD | 12 | AM 1 | 2 | 3 | 4 | 5 | 6 | | 8 | 9 | 10 | 11 | 12 | PM 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Methergine tabs | PO | | | | | | | | | Ⓔ | | | | | Ⓔ | | | | | | | | | | |
| Tace 12mg | PO | | | | | | | | | | | | | | | | | | | X | | | | | |
| Flagyl 2gm | PO | | | | | | | | | | | | | | | | | | | K | | | | | |
| Senekut tab ii | PO | | | | | | | | | | | | | | | | | | | X | | | | | |

3-11 H. Knutson RN HK

7-3 C. Carter RN Ⓔ

Doctor _____    Visited _____

Indicate by check ✓ mark should any of these services used on day of discharge.

LABORATORY          X-RAY          PHYSICAL THERAPY

Name: ................................    8  Rgm 76

Last      First

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.



**Exhibit 38 - 27**

# CAPE FEAR VALLEY HOSPITAL
### FAYETTEVILLE, N. C.

## Medication Record

Doctor:                                                                Date:

| MEDICATIONS | METHOD | 12 | AM 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | PM 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Doctor                          Visited

Indicate by check √ mark should any of these services used on day of discharge.

LABORATORY                    X-RAY                         PHYSICAL THERAPY

Name:

Last          First

**CONFIDENTIAL**
This information is confidential.
Rediscloure prohibited without
the expressed written consent of
the person to whom it pertains.

Room:



**Exhibit 38 - 28**

CUMBERLAND COUNTY HOSPITAL SYSTEM, INC.

CAPE FEAR VALLEY HOSPITAL                           HIGHSMITH-RAINEY MEMORIAL HOSPITAL

NURSES ADMISSION HISTORY

COMPLAINT: *Pregnant*

| | SENSORIUM: | | ABNORMALITIES: |
|---|---|---|---|
| WALKING | ALERT | UNCOOPERATIVE | DEAF        **OTHER |
| WHEELCHAIR | DROWSY | UNRESPONSIVE | BLIND |
| ✓STRETCHER | COOPERATIVE | COMBATIVE | LOSS OF MOTION |

ADMITTED THROUGH EMERGENCY ROOM   ✓YES    NO    OFFICE    HOME    TRANSFER

MOBILITY STATUS:

| SKIN: | | VALUABLES: |
|---|---|---|
| WARM & DRY | CYANOTIC | RINGS (No.)   WIGS |
| COLD & CLAMMY | **RASH | GLASSES   **OTHER |
| PALE | **REDDENED AREA | WATCH |
| FLUSHED | **DECUBITI | MONEY |

VALUABLES SENT TO ADMITTING OFFICE:    YES    NO    CLOTHING SENT HOME    ON WARD

*arrived in pt gown*

TIME          PULSE          RESP.          B/P          HT.          WT.

PHYSICIAN NOTIFIED:                                        IF UNABLE TO CONTACT, MESSAGE LEFT WITH

WHAT MEDICATIONS ARE YOU TAKING?

ANY MEDICATIONS BROUGHT TO THE HOSPITAL?    YES    NO    (IF YES, MEDICATION(s) PLACED IN MEDICATION CABINET BY:

PREVIOUS HOSPITALIZATION                           OTHER
OTHER MEDICAL PROBLEMS?

PRESENT DIET                                        APPETITE
DIET RESTRICTIONS                                  PREFERENCE
SLEEP PATTERN:  USUAL HOURS                         NAP
  INSOMNIA OR WALKING                               WHY
  SOLUTION FOR SLEEPLESSNESS
HYGIENE:  TUB    SHOWER    BED BATH        FEET CARE
  ORAL CARE:                                  SKIN CARE:
ELIMINATION PROBLEMS:   URINARY             SOLUTION
                        BOWELS              SOLUTION
ALLERGIES  NKA
PAIN & DISCOMFORT

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

NOTE:  PLEASE COMPLETE REVERSE SIDE                    ADDRESSOGRAPH

**Exhibit 38 - 29**

Cape Fear Valley Medical Center
October 12, 2005


Office Of The Public Defender
Central District Of California
321 East 2Nd St.
Los Angeles, CA 90012



RE:        294912  Robinson, Julius

Enclosed is the medical information you requested.

CFVMC MEDICAL RECORDS CORRESPONDENCE SECTIONS

Cape Fear Valley Health System      8:30AM - 5:00PM EST
P.O. Box 2000                          Monday - Friday
Fayetteville, NC  28302             Ph. (910)609-6626

     ATTN:  Health Information Management Department

HighSmith Rainey Memorial           9:00AM - 5:00PM EST
150 Robinson Street                    Monday - Friday
Fayetteville, NC  28301             Ph. (910)609-1153
     ATTN: Health Information ManagementDepartment

**Exhibit 38 - 30**