# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

### EXHIBIT NUMBER 38 (PART 4 OF 4, PAGES 31-44)

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

# AFFIDAVIT AND CERTIFICATION

CERTIFICATION OF CUSTODIAN

RE:  JULIUS ROBINSON

The undersigned, being first duly sworn, states as follows:

I

I am the acting Medical Records Custodian employed by Cape Fear Valley Medical Center, in Fayetteville, North Carolina.  I maintain in my custody all of the hospital medical records for inpatients, Short Stay Center, Emergency Department, and Observation patients at Cape Fear Valley Medical Center.

II

As such custodian, I do hereby certify that the foregoing and attached medical records are true and accurate copies of the medical records pertaining to the treatment of **JULIUS OMAR ROBINSON, DOB: 08/08/1976, SSN: 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**, at Cape Fear Valley Medical Center from **1974 until 1980**.  These records were made and kept under a system whereby it is the practice that such records be made and kept in the regular course of business, at or near the time of acts, conditions or events recorded, and that they were made by doctors, nurses, and other health care professionals having knowledge of the information set forth in the records.

III

That this affidavit/certification, together with a true, accurate copy of said medical records are hereby tendered to the OFFICE OF THE FEDERAL PUBLIC DEFENDER, CENTRAL DISTRICT OF CALIFORNIA, 321 EAST 2nd STREET, LOS ANGELES, CALIFORNIA 90012.

**Sworn to and subscribed before me**

**This _13th_ day of _October_, 2005.**

_____
**NOTARY PUBLIC**

**My commission expires _5/15/2010_.**

-----------------------------------------
**SEAL**

**This 13th day of OCTOBER 2005.**

_Cathy Watts, RHIA_
**Cathy Watts, RHIA**
**Administrative Director**
**Health Information Management**
**Cape Fear Valley Medical Center**
**Fayetteville, North Carolina**

## Exhibit 38 - 31

FAYETTEVILLE, NORTH CAROLINA

NO: 294358

| 1. HISTORY NO. | 2. PATIENT'S NAME (LAST - FIRST - I. TITLE) | | | 3. AGE | 4. BIRTH DATE | 5. ADMIT DATE | 6. ADMIT TIME | 7. ROOM NO. | |
|---|---|---|---|---|---|---|---|---|---|
| 294912 | Robinson/Male/Rose | | | NB | 08-08-76 | 08-08-76 | 3:49AM | 0070 | 7 |

| 9. PATIENT'S ADDRESS (ST. NO.) | CITY | STATE | COUNTY | ZIP) | 10. DISCHARGE DATE | 11. DISCHARGE TIME | 12. DAYS OF CARE |
|---|---|---|---|---|---|---|---|
| 5987 Dunvegon St. | Fayetteville,NC | | 126 | 28301 | 8-11-76 | 2:00 pm | 3 |

| 13. SEX | 14. RACE | 15. CLASS | 16. MS | 17. COND | 18. ADMITTING PHYSICIAN | 19. PHYS. NO. | 20. SER | 21. HOME TELEPHONE | 22. REL | 23. | CHURCH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | N | 01 | 1 | U | Shaw/J.Miller/Daniel | 75530 | 32 | none | | | |

| 24. PATIENT'S EMPLOYER | 25. EMPLOYER'S ADDRESS | 26. EMPLOYER'S PHONE NO. |
|---|---|---|
| Newborn | | |

| 27. FATHER'S NAME (RANK) | 28. MOTHER'S NAME | 29. ADMITTED BY |
|---|---|---|
| | Rose Mary Robinson | 1m/nb |

| 30. RESPONSIBLE PARTY (RANK) | RELATIONSHIP | 31. RESPONSIBLE PARTY ADDRESS | 32. HOME TELEPHONE |
|---|---|---|---|
| Rose Mary Robinson, | Mother | same as above | same |

| 33. PLACE OF BUSINESS | 34. BUSINESS OR MILITARY ADDRESS | 35. BUS. TELEPHONE NO. |
|---|---|---|
| Unemployed | | |

| 36. THIRD PARTY COVERAGE (LIST PRIMARY FIRST) | 37. POLICY HOLDER | 38. GROUP | 39. CERTIFICATE NO. | 40. COVERAGE CODE |
|---|---|---|---|---|
| A. Self Pay | | | | |
| B. | | | | |

| CHAMPUS - I.D. CARD NO. | EFF. DATE | EXP. DATE | S.S. NO. |
|---|---|---|---|
| C. | | | |

**41. ADMITTING DIAGNOSIS**

Newborn  Mother rose Mary 294911

**DISCHARGE DIAGNOSIS** — CODE

PRIMARY DIAGNOSIS

SECONDARY DIAGNOSIS

COMPLICATIONS

INFECTIONS

PRIMARY SURGERY

DATE

SECONDARY SURGERY

DATE

SUMMARY OF PATIENT'S STAY

| CONSULTATIONS | | M. D. | | |
|---|---|---|---|---|
| DISCHARGE STATUS | ☐ ALIVE   ☐ DEATH + 48 | ☐ AUTOPSY   ☐ STILLBORN | ☐ TRANSFERRED | |
| ACCOMMODATION | ☐ CORONARY   ☐ INTENSIVE CARE   ☐ SELF CARE | ☐ OTHER | SIGNATURE OF ATTENDING PHYSICIAN | M. D |

CONFIDENTIAL
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

**Exhibit 38 - 32**

NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
DIVISION OF HEALTH SERVICES - VITAL RECORDS BRANCH

## CERTIFICATE OF LIVE BIRTH

REGISTRATION DISTRICT NO.    LOCAL NO.    BIRTH NO. 132

TYPE OR PRINT IN PERMANENT BLACK INK

**CHILD**

| NAME OF CHILD | FIRST | MIDDLE | LAST | SEX |
|---|---|---|---|---|
| 1 | Julius | Omar | Robinson | 2 Male |

| THIS BIRTH SINGLE TWIN TRIPLET ETC | IF NOT SINGLE BIRTH BORN FIRST SECOND THIRD ETC SPECIFY | DATE OF BIRTH | MONTH | DAY | YEAR | HOUR OF BIRTH |
|---|---|---|---|---|---|---|
| 3a Single | 3b | 4a | August | 8 | 1976 | 4b 3:49 A. M |

| PLACE OF BIRTH COUNTY | USUAL RESIDENCE OF MOTHER STATE | COUNTY |
|---|---|---|
| 5a Cumberland | 6a North Carolina | 6b Cumberland |

| CITY OR TOWN | CITY OR TOWN |
|---|---|
| 5b Fayetteville | 6c Fayetteville |

| NAME OF HOSPITAL IF NOT IN HOSPITAL GIVE STREET AND NUMBER | INSIDE CITY LIMITS SPECIFY YES OR NO | STREET ADDRESS OR R.F.D. NO. | INSIDE CITY LIMITS SPECIFY YES OR NO |
|---|---|---|---|
| 5c Cape Fear Valley | 5d Yes | 6d 5987 Dunvegon Street | 6e Yes |

**PARENTS**

| NAME OF FATHER | FIRST | MIDDLE | LAST | AGE AT TIME OF THIS BIRTH | STATE OF BIRTH IF NOT IN U.S.A. NAME COUNTRY |
|---|---|---|---|---|---|
| 7a | Jimmie | Lee | Robinson | 7b 23 YEARS 7c | Arkansas |

| MAIDEN NAME OF MOTHER | FIRST | MIDDLE | LAST | AGE AT TIME OF THIS BIRTH | STATE OF BIRTH IF NOT IN U.S.A. NAME COUNTRY |
|---|---|---|---|---|---|
| 8a | Rosie | Mary | Hollimon | 8b 18 YEARS 8c | Arkansas |

| MOTHER'S SIGNATURE I CERTIFY THAT I HAVE INSPECTED THIS CERTIFICATE FOR ACCURACY | RELATION TO CHILD IF MOTHER CANNOT SIGN |
|---|---|
| 9 | 10 Mother |

**ATTENDANT**

I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE    ATTENDANT M.D. MIDWIFE OTHER SPECIFY    DATE SIGNED

| SIGNATURE | | |
|---|---|---|
| 11a | 11b | 11c |

| ATTENDANT'S NAME TYPE OR PRINT | ADDRESS |
|---|---|
| 11d Joseph M. Miller, Jr.,M. D. | 11e Cape Fear Valley Hospital |

| DATE REC'D BY LOCAL REG | SIGNATURE OF REGISTRAR | DATE NAME ADDED | DATE AMENDED |
|---|---|---|---|
| 12 | 13 | 14 | 15 |

### FOR MEDICAL AND HEALTH USE ONLY

**FATHER**

| COLOR OR RACE SPECIFY WHITE NEGRO AMERICAN INDIAN ETC | EDUCATION SPECIFY HIGHEST GRADE COMPLETED | | | PREVIOUS DELIVERIES HOW MANY OTHER CHILDREN BORN TO THIS MOTHER | | |
|---|---|---|---|---|---|---|
| | ELEMENTARY (0 1 2 3 4 5 6 7 8) | HIGH SCHOOL (9 10 11 12) | COLLEGE (13 14 15 16 OR 17) | ARE NOW LIVING | WERE BORN ALIVE NOW DEAD | WERE BORN DEAD FETAL DEATH AT ANY TIME AFTER CONCEPTION |
| 16 Negro | 17a | 17b 12 | 17c | 18a 1 | 18b 0 | 18c 0 |

**MOTHER**

| COLOR OR RACE SPECIFY WHITE NEGRO AMERICAN INDIAN ETC | EDUCATION SPECIFY HIGHEST GRADE COMPLETED | | | DATE OF LAST LIVE BIRTH | | | DATE OF LAST FETAL DEATH | | |
|---|---|---|---|---|---|---|---|---|---|
| | ELEMENTARY (0 1 2 3 4 5 6 7 8) | HIGH SCHOOL (9 10 11 12) | COLLEGE (13 14 15 16 17) | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| 19 Negro | 20a | 20b 11 | 20c | 21 November 16, 1974 | | | 22 0 | | |

| DATE LAST NORMAL MENSES BEGAN | MONTH OF PREGNANCY PRENATAL CARE BEGAN (FIRST SECOND THIRD ETC) | TOTAL NUMBER OF PRENATAL VISITS IF NONE SO STATE |
|---|---|---|
| 23 October 15 1975 | 24 1st | 25 15 |

| CHILD'S WEIGHT AT BIRTH | IS MOTHER MARRIED? SPECIFY YES OR NO | DID MOTHER HAVE BLOOD TEST FOR SYPHILLIS? SPECIFY YES OR NO |
|---|---|---|
| 26 5 LBS 6 OZS | 27 Yes | 28 Yes |

DHS-1201 FORM 15 REV. 9-73

the person to whom it pertains.

## Exhibit 38 - 33

3923

MOTHER

Age _18_ Race _Negro_ Gr _II_ P _I_ [redacted] Neonatal deaths __ Blood group [redacted] Rh _pos_ Diabetes? ___
General Health ___

PREGNANCY

Prenatal care: Pvt ___ Clinic _√_ None ___ STS (include date) _NR 5-6-76_ Toxemia? ___
Other complications ___ EDC _July 81_ Length _40T wk_
Mother's health during pregnancy ___

LABOR AND DELIVERY

Onset labor _7PM 8/7/76_ Membranes ruptured at _230 8/8/76_ Spontaneous ___ Artificial _✓_
Amniotic fluid _clear_ Drugs during labor (include date, time, dose, route): ___
___
Type delivery _Spont_ Anesthesia _local infiltration_
Presentation _vert_ Forceps ___ Complications _0_
Date and time of delivery _8 Aug 76 347/a_ Length of labor ___

NEWBORN IN DELIVERY ROOM

General appearance _good - male_
Respiration ___
Resuscitation _0 10_
AgNO3 in eyes _@_
Bottle _✓_ Breast ___
Obstetrician _Loller morris_
Delivery Room Nurse _n Bal g_
PEDIATRICIAN _Show_

| APGAR SCORE at 1' _8_     5' (if 6 or less at 1') _9_ |
| (please circle one in each category) |

| | HEART RATE | RESPIRATORY EFFORT | MUSCLE TONE | REFLEX IRRITABILITY | COLOR |
|---|---|---|---|---|---|
| 0 | Absent | 0 Absent | 0 Limp | 0 No response | 0 Blue, pale |
| 1 | Below 100 | 1 Slow, Irregular | 1 Some flex. ext. | 1 Grimace | 1 Body pink, ext. blue |
| 2 | Over 100 | 2 Good, Crying | 2 Active motion | 2 Cough or sneeze | 2 Completely pink |

NEWBORN IN NURSERY

General appearance ___ Temp. _98_ Sex _M_ Race _Negro_
Admitted to nursery by ___

PHYSICAL EXAM

ADMISSION     O – Normal   X – Abnormal     DISCHARGE _8-11-76_

| Height | Weight 5-6 | Head circ. | | Comment by number | | Weight 5-3 | Head circ. |
|---|---|---|---|---|---|---|---|
| | | | | 1 Gen. appearance | | | |
| | | | | 2 Skin | @ | 1) Jittery | |
| | | | | 3 Head, neck | | | |
| | | | | 4 Eyes | | | |
| | | | | 5 E. N. T. | | | |
| | | | | 6 Thorax | | | |
| | | | | 7 Lungs | | | |
| | | | | 8 Heart | | | |
| | | | | 9 Abdomen | | | |
| | | | | 10 Genitalia | | | |
| | | | | 11 Trunk & Spine | | | |
| | | | | 12 Extremities | | | |
| | | | | 13 Reflexes | | | |
| | | | | 14 Anus | | | |

(Signature) _____ M.D. 8/8/76 (date)          (Signature) _____ M.D. 8/11/ (date)

Hct ___ Blood Group ___ Rh ___ Coombs ___ Serology ___ PKU _8-11-76 JH_

PROGRESS NOTES

Circumcised (Date & Doctor): ___

DISCHARGE DIAGNOSIS: ___
DISPOSITION: ___

Mother's name _Robinson Rose_
Address _5987 Dundgan H_
Home telephone # ___ Hosp. # **CONFIDENTIAL**
Room # _409_ Newborn's Hosp. # _2_

This information is confidential. Rediscloshure prohibited without the expressed written consent of the person to whom it pertains.

③

**Exhibit 38 - 34**

## CONSENT FOR CIRCUMCISION

I hereby authorize the performance of a circumcision on baby Day Robinson
which is advised by the attending physician, Dr. _____.
Furthermore, I respectfully request the use of any facilities of this hospital
which may be regarded as necessary or beneficial in the performance of said
procedure.

8-7-76
DATE

S. Bulluan RN
WITNESS

_____
SIGNATURE

_____
RELATIONSHIP TO PATIENT

ccha  076      2/16/71

the person to whom it pertains.

**Exhibit 38 - 35**



the person to whom it pertains.

**Exhibit 38 - 36**



the person to whom it pertains.

**Exhibit 38 - 37**



**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

**Exhibit 38 - 38**

CUMBERLAND COUNTY HOSPITAL SYSTEM, INC.
CAPE FEAR VALLEY HOSPITAL

DOCTORS ORDER SHEET
"HOUSE FORMULA"

| ORDERED | | ORDERS | DISC. |
|---|---|---|---|
| DATE | TIME | | |
| | | 1.  Vitamin K  1mg. I. M. | |
| | | 2.  Nothing by mouth for 3-4 hours. | |
| | | Sterile water orally x 1;  followed by "House" formula. | |
| | | 3.  Phisoderm bath including cord care every day. | |
| | | 4.  P. K. U. blood sample to be obtained before discharge. | |
| | | | |
| AUG 1975 | | | |
| | | | |

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.



**Exhibit 38 - 39**



CAPE FEAR VALLEY HOSPITAL



BEST AVAILABLE COPY

### INFANT RECORD

| DATE HOUR | WT. | TEMP. | FEEDINGS | URINE | STOOLS | REMARKS OR MEDICATIONS |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  | 9 |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| 4ᵖ |  | 98²/99 | Spit formula | | | Spit lg amt form c mucous. |
| 4³⁰ᵖ |  |  |  |  |  | eyes rinsed c Dacriose |
|  |  |  |  |  |  |  |

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

9

**Exhibit 38 - 40**

BEST AVAILABLE COPY

 

CAPE FEAR VALLEY HOSPITAL

INFANT RECORD

| DATE HOUR | WT. | TEMP. | FEEDINGS | URINE | STOOLS | REMARKS OR MEDICATIONS |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  | 3-3 |  |  | a | sg |  |
|  |  |  | SPIT |  |  |  |
|  |  |  |  |  | a |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**CONFIDENTIAL**
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

**Exhibit 38 - 41**



CAPE FEAR VALLEY HOSPITAL

INFANT RECORD

| DATE HOUR | WT. | | | URINE | STOOLS | REMARKS OR MEDICATIONS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | 98⁶ | form T | vv | sq | |
| | | | | | | |
| | | | | | | |
| AUS 11 1976 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | 99 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CONFIDENTIAL
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

Exhibit 38 - 42

CAPE FEAR VALLEY HOSPITAL

BEST
AVAILABLE COPY

INFANT RECORD

| DATE HOUR | WT. | TEMP. | FEEDINGS | URINE | STOOLS | REMARKS OR MEDICATIONS |
|---|---|---|---|---|---|---|
| AUG 11 1976 | | | | | | |
| | | | | | | Discharged to Mother |
| | | | | | | |

CONFIDENTIAL
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

ccha   033   3/11/70

Exhibit 38 - 43

CAPE FEAR VALLEY HOSPITAL
Fayetteville, North Carolina

NEWBORN IDENTIFICATION

BEST AVAILABLE COPY

| | | | |
|---|---|---|---|
| Mother's Name: Robinson, Rose | Hospital No. 294911 | Infant's Name: Robinson | Hospital No. 294912 |

Printed Number / Signature, Person Applying
9924    K Jambore
PRINTS

Signature, Person Taking
K Jambore

Infant's Birth Date: 8-8-76    Time: 3:41/2    Sex: m

Color or Race: Negro    Weight: 5-6    Length: 18 1/2"

MOTHER'S RIGHT INDEX FINGERPRINT    INFANT'S LEFT FOOTPRINT (or palmprint)    INFANT'S RIGHT FOOTPRINT (or palmprint)

Signatures, Persons Confirming Sex and Identification

Physician: Joseph M. Miles J MD

Delivery Room Nurse: R. Beery

Nursery Nurse: C. Hamilton, R.N.

9924

Date 8-11-76

I CERTIFY that during the discharge procedure I received my baby, examined it and determined that it was mine. I checked the Ident-A-Band parts sealed on the baby and on me and found that they were identically numbered 9924 and contained correct identifying information.

Signed Rosie M. Robinson

Witness: Carretha Adams
Hospital Representative

Mother

CONFIDENTIAL
This information is confidential.
Redisclosure prohibited without
the expressed written consent of
the person to whom it pertains.

Exhibit 38 - 44