# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | Honorable Terry Means |
| JULIUS ROBINSON | : | United States District Judge |

_____

### EXHIBIT NUMBER 39 (PART 3 OF 3, PAGES 71-104)

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
### AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
### AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## Human Health Assessment

### Toxicity

In studies using laboratory animals, metribuzin generally has been shown to be of low acute toxicity. It is slightly toxic by the oral and inhalation routes and has been placed in Toxicity Category III (the second lowest of four categories) for this effect. It is practically non-toxic by the dermal route of exposure and has been placed in Toxicity Category IV (the lowest of four categories).

A 21-day dermal toxicity study and a 21-day inhalation toxicity study were used to assess subchronic toxicity. In the dermal toxicity study, minimal systemic changes were noted at the highest dose level and no dermal irritation was noted at any dose level. In the inhalation study, systemic toxicity was observed at 720 mg/m$^3$ air (0.720 mg/L), and was based on clinical signs of toxicity, increased liver enzyme activities, and increased organ weights. Results of three developmental toxicity studies and one reproduction study suggest that although metribuzin is not considered a developmental toxicant it is associated with developmental toxicity effects. There was a lack of evidence for carcinogenicity in the following studies: 1) a mouse study in which there were no increases in tumor incidences at dosing levels up to 438 mg/kg/day for males and 567 mg/kg/day for females; 2) a rat study in which the observed pituitary adenomas and carcinomas were not statistically significant at dosing levels up to 14.36 mg/kg/day for males and 20.38 mg/kg/day for females; and 3) another rat study which indicated no evidence for carcinogenicity at dosing levels up to 42.2 mg/kg/day for males and 53.6 mg/kg/day for females. Available data also suggest that metribuzin is not mutagenic.

### Dietary Exposure

People may be exposed to residues of metribuzin through the diet. Tolerances were reassessed for metribuzin and three of its primary metabolites. Tolerances have been established in 40 CFR 180.332 for the following commodities: asparagus; barley, grain; barley, straw; carrots; corn, fodder; corn, forage; grass; grass, hay; lentils (dried); lentils, forage; peas; peas (dried), peas, forage; peas, vine hay; sainfoin, hay; soybeans; soybeans, forage; soybeans, hay; sugarcane; tomatoes; wheat forage; wheat, grain; and wheat straw. Additional confirmatory information are needed before several established tolerances for animal commodities can be reassessed. When these tolerances for animal commodities are reassessed, a separate dietary exposure assessment will be made.

### Occupational Exposure

Based on current use patterns, handlers (mixers, loaders, and applicators) may be exposed to metribuzin during and after normal use of liquid, wettable powder, and dry-flowable formulations. Since minimal systemic changes were noted at the highest dose level in a 21-day dermal toxicity study, a short-term or intermediate term dermal risk assessment was

## Exhibit 39 - 71

not required. However, an inhalation risk assessment is required based on clinical signs of toxicity, increased liver enzyme activities, and increased organ weights observed in a 21-day inhalation study. Based on the use patterns and potential exposures, ten exposure scenarios for handlers were identified and assessed for metribuzin.

**Human Risk Assessment**

Metribuzin generally is of low acute toxicity, and although it does show developmental effects in animal studies, it is not considered a developmental toxicant. It has been classified as a Group D chemical, not classifiable as to human carcinogenicity. Many food and feed crop uses are registered; however, dietary exposure to metribuzin residues in food and feed are not of concern. Also, the cancer risk posed to the general population is not of concern.

Of greater concern is the inhalation exposure risk posed to metribuzin handlers, particularly mixers/loaders/applicators, and field workers. This concern was identified for mixing and loading wettable powders for aerial and chemigation applications at 6 lbs active ingredient (ai)/acre. Exposure and risk to workers will be mitigated by the use of PPE required by the WPS, as well as additional risk mitigation measures described below. Post-application reentry workers will be required to observe a 12-hour Restricted Entry Interval.

The Agency has reassessed metribuzin food and feed related tolerances under the standards of the FQPA and determined that, based on available information, there is a reasonable certainty that no harm will result to infants and children or to the general population from aggregate exposure to metribuzin residues. The only type of exposures evaluated were dietary and drinking water routes, since significant non-occupational exposures are unlikely with metribuzin use.

The Agency believes that the acute and chronic total dietary (food source and drinking water source) risks from metribuzin are minimal. The total acute dietary (food and drinking water source) risk assessment was performed for the sub-population females (13+ years). The MOE was 1200 (rounded to two significant digits). Metribuzin's acute dietary MOE greatly exceeds 100; therefore, the Agency considers the MOE to be sufficiently protective for acute total dietary risk.

EPA has also assessed the chronic dietary risk posed by metribuzin. For the overall U.S. population and 22 subgroups, exposure from all current metribuzin tolerances represents 36% of the Reference Dose (RfD), or amount believed not to cause adverse effects if consumed daily over a 70-year lifetime. 1% of the RfD is reserved for exposure to residues of metribuzin in drinking water; therefore, the total chronic dietary risk is 37% of the RfD for the general population. The exposure level of residues of metribuzin in food commodities in the most highly exposed subgroup, children (1-6 years), is 75% of the RfD. For this subgroup, 4% of the RfD

3

**Exhibit 39 - 72**

is reserved for exposure to residues of metribuzin in drinking water; therefore, total chronic dietary risk is 79% of the RfD. It appears that total chronic dietary risk from food and drinking water sources is low.

EPA does not have, at this time, available data to determine whether metribuzin has a common mechanism of toxicity with other substances or how to include this pesticide in a cumulative risk assessment. Unlike other pesticides for which EPA has followed a cumulative risk approach based on a common mechanism of toxicity, metribuzin does not appear to produce a toxic metabolite produced by other substances. For the purposes of this tolerance action, therefore, EPA has not assumed that metribuzin has a common mechanism of toxicity with other substances.

### Environmental Assessment

An evaluation of the estimated exposure of metribuzin to the environment and the toxicity of metribuzin to nontarget organisms is required to assess the potential risk to the environment posed by metribuzin use.

Exposure of metribuzin to the environment is assessed by reviewing fate lab and field tests, and estimating terrestrial residues and aquatic concentrations with the use of models. Toxicity of metribuzin to nontarget organisms is extrapolated from lab studies conducted on a few species of birds, mammals, aquatic organisms, and plants.

### Environmental Fate

Based on available data, the primary routes of degradation of metribuzin and its primary degradates are microbial metabolism and photolytic degradation on soil. These compounds will be available for leaching to ground water and runoff to surface water in many use conditions because they are not volatile. Once in ground water, metribuzin is expected to persist due to its stability to hydrolysis and the lack of light penetration. Conversely, residues of metribuzin are not likely to persist in clear, well-mixed, shallow surface water with good light penetration since parent metribuzin degrades rapidly by aqueous photolysis.

### Ecological Effects

Laboratory study results indicate that metribuzin is moderately toxic to avian species on an acute oral basis, practically non-toxic to avian species on a subacute dietary basis, slightly toxic to small mammals on an acute oral basis, practically non-toxic to bees on an acute contact basis, slightly toxic to practically non-toxic to freshwater fish on an acute basis, moderately to slightly toxic to aquatic invertebrates on an acute basis, slightly toxic to estuarine/marine fish and invertebrates on an acute basis, and highly toxic to nontarget plants.

### Ecological Effects Risk Assessment

There is potential acute and chronic risk concern for avian species, including endangered species, for metribuzin application rates of 4 pounds

## Exhibit 39 - 73

(lb) active ingredient (ai) per acre or higher. Also acute and chronic risks are likely for mammalian species, including endangered species, for rates of 1 lb ai/acre or higher. Additionally, risks are likely for nontarget terrestrial and aquatic plant species, including endangered species, for rates of 0.5 lb ai/acre or higher.

Although presently there are ground water advisories on metribuzin product labels, the Agency is still concerned with potential ground water contamination from metribuzin use. Data currently available to the Agency indicate that metribuzin and its degradates are very mobile and highly persistent, and thus have the potential to contaminate ground water and surface water; however, the persistence of parent metribuzin in surface water may be lessened by its susceptibility to photolytic degradation. Metribuzin use could adversely affect ground-water quality, especially in vulnerable areas. Detections have been reported in the "Pesticides in Ground Water Database" (EPA, 1992) and other studies. These ground water contamination concerns are enhanced by metribuzin's widespread use patterns.

**Risk Mitigation**

To lessen the risks to birds, mammals, and nontarget plants posed by metribuzin, EPA is taking the following risk mitigation measures.

o prohibiting aerial application on asparagus and tomatoes;

o reducing the application rate of metribuzin being applied to sugarcane via aerial and chemigation methods from 6.0 lb ai/acre to 2.0 lb ai/acre;

o adding specific spray drift labeling requirements.

To lessen the potential risks to humans posed by metribuzin, EPA is taking the following risk mitigation measures.

o reducing the application rate of metribuzin being applied to sugarcane via aerial and chemigation methods from 6.0 lb ai/acre to 2.0 lb ai/acre;

o prohibiting the use of low-pressure or high volume hand wand equipment.

To reduce the likelihood of metribuzin and its primary degradates contaminating ground and surface water, EPA is taking the following risk mitigation actions.

o specifying on the label Best Management Practices;

o determining areas that are vulnerable to ground-water contamination by metribuzin and recommending risk mitigation measures.

**Additional Data Required**

EPA is requiring the following additional generic studies for metribuzin to confirm its regulatory assessments and conclusions: 1) magnitude of residue studies (alfalfa and field corn trials, and field rotational crop studies, additional field trials for field corn and potatoes, and data for wheat aspirated grain fractions; 2) processing studies for sugarcane and wheat; 3) certified limits (GLN 62-2) and analytical methods to verify

**Exhibit 39 - 74**

certified limits (GLN 62-3) for three impurities related to the active ingredient in the 90% technical; 4) storage stability data for animal commodity samples from the previously evaluated poultry and ruminant feeding studies; 5) confined rotational crop and field rotational crop studies; and 6) additional ground water information.

The Agency also is requiring product-specific data including product chemistry and acute toxicity studies, revised Confidential Statements of Formula (CSFs), and revised labeling for reregistration.

## Product Labeling Changes Required

All metribuzin end-use products must comply with EPA's current pesticide product labeling requirements and with the following. For a comprehensive list of labeling requirements, please see the metribuzin RED document.

- For tomatoes and asparagus uses: "Aerial application is prohibited."
- For aerial application on sugarcane: "To assure that spray will not adversely affect adjacent sensitive nontarget plant, apply this product by aircraft at a minimum upwind distance of 400 ft from sensitive plants."
- For all uses: "Low-pressure and high volume hand wand equipment is prohibited."
- For the aerial and chemigation application methods of metribuzin on sugarcane: A "maximum application rate of 2.0 lb ai/acre" is specified.
- Specific spray drift label requirements are added.
- Best Management Practices to help reduce ground and surface water contamination.

## Regulatory Conclusion

The use of currently registered products containing metribuzin in accordance with approved labeling will not pose unreasonable risks or adverse effects to humans or the environment. Therefore, all uses of these products are eligible for reregistration under the conditions specified in this RED.

Metribuzin products will be reregistered once the required product-specific data, revised Confidential Statements of Formula, and revised labeling are received and accepted by EPA.

## For More Information

EPA is requesting public comments on the Reregistration Eligibility Decision (RED) document for metribuzin during a 60-day time period, as announced in a Notice of Availability published in the Federal Register. To obtain a copy of the RED document or to submit written comments, please contact the Pesticide Docket, Public Information and Record Integrity

## Exhibit 39 - 75

Branch, Informantion Resources and Services Division (7506C), Office of Pesticide Programs (OPP), US EPA, Washington, DC 20460, telephone 703-305-5805.

Electronic copies of the RED and this fact sheet are available on the Internet. See http://www.epa.gov/REDs.

Printed copies of the RED and fact sheet can be obtained from EPA's National Center for Environmental Publications and Information (EPA/NCEPI), PO Box 42419, Cincinnati, OH 45242-2419, telephone 1-800-490-9198; fax 513-489-8695.

Following the comment period, the metribuzin RED document also will be available from the National Technical Information Service (NTIS), 5285 Port Royal Road, Springfield, VA 22161, telephone 703-487-4650.

For more information about EPA's pesticide reregistration program, the metribuzin RED, or reregistration of individual products containing metribuzin, please contact the Special Review and Reregistration Division (7508W), OPP, US EPA, Washington, DC 20460, telephone 703-308-8000.

For information about the health effects of pesticides, or for assistance in recognizing and managing pesticide poisoning symptoms, please contact the National Pesticides Telecommunications Network (NPTN). Call toll-free 1-800-858-7378, from 6:30 am to 4:30 pm Pacific Time, or 9:30 am to 7:30 pm Eastern Standard Time, seven days a week.

**Exhibit 39 - 76**

**naptalam (Alanap) Herbicide Profile 3/85**

1.                              CHEMICAL FACT SHEET FOR:
                         NAPTALAM AND NAPTALAM SODIUM

FACT SHEET NUMBER: 49

DATE ISSUED: MARCH 31, 1985


                    1.   DESCRIPTION OF CHEMICAL

- Generic Name:  naptalam, naptalam sodium
- Common Name:  naptalam (WSSA, BSI, ISO)
- Trade Name:  Alanap-L
- EPA Shaughnessy Code:  030702
- Chemical Abstracts Service (CAS) Number:  132-66-1
- Year of Initial Registration:  1949
- Pesticide Type:  Herbicide
- Chemical Family:  Phthalic acid
- U.S. and Foreign Producers:  Uniroyal


             2.   USE PATTERNS AND FORMULATIONS

- Application sites:  Liquid and granular naptalam are used as selective
  preemergence herbicides for the control of a wide range of annual
  broadleaf weeds and grasses in soybeans, peanuts, cucumbers, melons,
  and established woody ornamental stock.  Naptalam may also be applied
  after emergence on soybeans.
- Types of formulations:  Liquid and granular forms.
- Types and methods of application:  Planter-mounted preemergence
  herbicide sprayer, aerial spraying, or granular applicator.
  Applications may be preemergence, or postemergence in soybeans and
  cucurbits.  One application per year, except on cucurbits, where there
  may be two.
- Application rates:  For the liquid formulations, rates range from 2.0-
  6.0 lbs. a.i./A, except on ornamental nursery stock, where 8.0 lbs.
  a.i./A may be used.  For the granular formulation, the rate is 4.3
  lbs. a.i./A, except on cranberries, where 8.1 lbs. a.i./A may be used.


                          **Exhibit 39 - 77**

- Usual carriers:  Water is the most common carrier for liquid
  formulations.


## 3.  SCIENCE FINDINGS

Chemical Characteristics

- Physical state:  solid
- Color:  purple
- Odor:  no data
- Vapor pressure:  not available and not required
- Melting point:  185 degrees C (acid) and 234 degrees C (sodium salt)
- Octanol/water partition coefficient:  not available
- Stability:  not stable above pH 9.5 or above 180 degrees C. Tends to
  form the imide at elevated temperatures.
- Solubility:

| Solvent | Naptalam | Naptalam, Sodium |
|---|---|---|
| - Water | 0.02 | 30.0 |
| - Acetone | 0.59 | 1.68 |
| - Xylene | * | 0 04 |
| - Benzene | * | 0.05 |
| - Hexane | * | * |
| - Chloroform | 0.01 | * |
| - DMF | 3 94 | 5 53 |
| - DMSO | 4.31 | 140 0 |
| - Ether | 0 11 | 0 01 |
| - 2-propanol | 0.21 | 2.09 |
| - MEK | 0.37 | 0.59 |

Note: * = insoluble in this solvent

- Unusual handling characteristics:  Very hard water and water with low
  pH may cause precipitatiDn of free acid from solution of naptalam
  sodium.  May be incompatible with some pesticides.  High electrolyte
  may be a problem in mixtures with soluble fertilizers.


Toxicological Characteristics

Acute effects:
- Acute oral LD50:  (rats) 8.2 g/kg (naptalam), 1.7 g/kg (naptalam

**Exhibit 39 - 78**

sodium).  Category IV
- Acute dermal LD50:  not available
- Acute inhalation toxicity:  not available
- Primary eye irritation:  (rabbits) Corneal opacity in 5 of 6
  animals; reversed in 4 of 6 animals at day 7.  Conjunctival
  damage in 6 of 6 animals; reversed in 3 of 6 animals at day 7.
  Category I
- Major routes of exposure:  Dermal is the major route, followed
by
  ocular and inhalation.

Chronic effects:
- Oncogenicity:  Mice - negative at 5000 ppm, the highest dose
tested.
  Rats - data gap.
- Teratology:  Sprague-Dawley rats:  Increased maternal mortality
and
  resorptions were noted at the mid dose level and above.  NOEL
for
  maternal and fetotoxic effects is therefore 15 mg/kg/day
(lowest
  dose tested).
- Reproduction:  data gap
- Mutagenicity:  data gap
- Chromosomal aberration:  data gap


Physiological and Biochemical Behavioral Characteristics

- Translocation:  When applied to soil, naptalam is absorbed by
the
  roots and translocated to the leaves.
- Mechanism of action:  Blockage of indoleacetic acid (IAA)
action.


Environmental Characteristics

- Absorption and leaching characteristics:  Incomplete data
indicate
  that naptalam is very mobile in a fine sand, a sandy loam, and
a
  silt loam soil, and slightly mobile in muck soil.  Retention of
  naptalam by soil is correlated with CEC and organic matter
content.
  The submitted data are not sufficient to fill data
requirements.
- Microbial breakdown:  data gap
- Loss from photodegradation and/or volatilization:  data gap
- Resultant average persistence:  unknown


**Exhibit 39 - 79**

- Half-life in water:  unknown


Ecological Characteristics

- Hazards to birds:  Low toxicity, suggesting minimal hazards
- Hazards to fish and aquatic invertebrates:  Low toxicity, suggesting
  minimal hazards
- Potential problems with endangered species:  No hazards indicated.


Tolerance Assessment

- List of crops and tolerances (40 CFR 180.297):  cantaloupes, cran-
  berries, cucumbers, muskmelons, peanuts, peanut hulls, peanut hay,
  soybeans, soybean hay, and watermelons.  The tolerance for each
  of the above is 0.1N (N = negligible).
- List of food contact uses:  cantaloupes, cranberries, cucumbers,
  muskmelons, peanuts, soybeans, and watermelons.
- Results of tolerance assessment:  No ADI can be set at this time.
  The Agency will recommend that the negligible (N) classification
  be removed from all tolerances.


Summary Science Statement


          4.   SUMMARY OF REGULATORY POSITION AND RATIONALE

- Use classification:  Not a restricted use pesticide.  Low toxicity.
- Groundwater monitoring:  Not required at this time.  Data may be
  required later if warranted by environmental fate data.
- New uses:  The Agency will not approve new tolerances for significant
  new crops until data gaps regarding acute toxicity, teratogenicity,
  oncogenicity, plant and an1mal metabolism, storage stability,
  reproductive effects, and environmental fate are filled.
- Use, formulation, or geographic restrictions:  Manufacturing-use
  products (of which there are none registered at this time) may

**Exhibit 39 - 80**

only be
   formulated into end-use products intended for use an a
herbicide on
   cucurbits, soybeans, peanuts, cranberries, or woody ornamental
stock.
- Unique label warning statements
   - Use pattern statements:
   - Labels of all MPs must bear the statement:  For formulation
into
      end-use herbicide products intended only for use on soybeans,
      peanuts, cucurbits, cranberries, or woody nursery stock.
   - Precautionary statements.  Labels of MPs and EPs must bear
the
      statements:
      - Hazards to humans statement:  DANGER.  Harmful if
swallowed.
         Corrosive.  Causes irreversible eye damage.  Do not get in
eyes
         or on clothing.  Wear a face shield or goggles.  Wash
thoroughly
         with soap and water after handling and before eating or
smoking.
         Remove contaminated clothing and wash before reuse.
      - Statements of practical treatment:
      - If in eyes:  Flush with water for fifteen minutes.  Call
a
         physician.
      - If swallowed:  Call a physician or Poison Control Center.
Drink
         promptly a large quantity of milk, gelatin solution, or,
if
         these are not available, drink large quantities of water.
Avoid
         alcohol.  NOTE TO PHYSICIAN:  Probable mucosal damage may
         contraindicate the use of gastric lavage.
      - Environmental hazard statements:
      - The following specific statements must appear on the
labels of
         all MPs:  Do not discharge effluent containing this
product into
         lakes, streams, ponds, estuaries, oceans, or public
waters
         unless this product is specifically identified and
addressed in
         an NPDES permit.  Do not discharge effluent containing
this
         product to sewer systems without previously notifying the
sewage
         treatment plant authority.  For guidance, contact your
State

**Exhibit 39 - 81**

Water Board or Regional Office of the EPA.
- The labels of EPs intended for outdoor use must bear one of the
following statements, depending on the formulation of the product:
- Granular products must bear the statement:  Do not apply
directly to water.  In case of spills, collect for reuse or
properly dispose of the granules.  Do not contaminate water
by cleaning of equipment or disposal of wastes.
- Non-granular products must bear the statement:  Do not apply
directly to water.  Do not contaminate water by cleaning of
equipment or disposal of wastes.
- Grazing restrictions statement:
- The label of all EPs registered for use on peanuts must bear
the statement:  Do not graze or feed forage or hay from treated
peanuts to livestock.
- The label of all EPs registered for use on soybeans must bear
the statement:  Do not harvest soybeans or soybean hay earlier
than 90 days posttreatment.  Do not graze or feed soybean forage
or hay from treated fields to livestock.

- The labels of all products must bear the appropriate container
disposal statement.  See Appendix IV-4 oP the guidance package.
- The required statements listed in the Standard must appear on the
labels of all MPs and EPs released for shipment after March 1, 1986.
The labels of all MPs and EPs currently in the channels of trade
must be modified to include all the listed statements by March 1,

**Exhibit 39 - 82**

1987. After review of data to be submitted under the Standard,
the
Agency may impose additional label requirements.


5. Summary of Major Data Gaps

| - Data Required (time allowed after publication of the Standard) | Due date |
|---|---|
| Description of beginning materials and manufacturing process | 12 months |
| Discussion of formation of unintentional ingredients | 12 months |
| Preliminary analysis of samples | 6 months |
| Certification of limits | 6 months |
| Odor | 6 months |
| Density, bulk density, or specific gravity | 6 months |
| Dissociation constant | 6 months |
| pH | 6 months |
| Livestock metabolism | 24 months |
| Plant metabolism | 24 months |
| Storage stability data | 24 months |
| Magnitude of the residue for each food use | 24 months |
| Accumulation studies | |
| (confined rotational crops) | 24 months |
| (in fish) | 6 months |
| (in non-target aquatic organisms) | 6 months |
| Dermal toxicity | 6 months |
| Inhalation toxicity | 6 months |
| 90-day feeding (rodent, non-rodent) | 12 months |
| Chronic toxicity | 4 years |
| Reproduction (2-generation) | 22 months |
| Chromosomal aberration | 10 months |
| Other genotoxic effects (DNA repair) | 10 months |
| - Data Required Under a Data Call-in | Approximate Due Date |
| Letter Sent October 31, 1984 | |
| Hydrolysis | August 1, 1985 |
| Photodegradation (water, soil) | August 1, |

**Exhibit 39 - 83**

1985
  Metabolism studies in lab                                  November 1,
1987
  Mobility studies - leaching and absorption/    August 1,
1985
    desorption
  Dissipation studies in field (soil, water)    November 1,
1987

  Octanol/water partition coefficient           August 1,
1985
  Oncogenicity                                November 1,
1988
  Teratogenicity                            January 1,
1987
  Water solubility                        August 1,
1985
  Vapor pressure                         August 1,
1985

6.   Contact Person at EPA

    Robert Taylor
    U.S. Environmental Protection Agency
    TS-767-C
    401 M Street S.W.
    Washington, DC  20460
    (703)557-1650

**Exhibit 39 - 84**

| United States Environmental Protection Agency | Prevention, Pesticides And Toxic Substances (7508W) | EPA-738-F-97-007 June 1997 |
|---|---|---|

 **EPA**

# R.E.D. FACTS

# Pendimethalin

**Pesticide Reregistration**

All pesticides sold or distributed in the United States must be registered by EPA, based on scientific studies showing that they can be used without posing unreasonable risks to people or the environment. Because of advances in scientific knowledge, the law requires that pesticides which were first registered before November 1, 1984, be reregistered to ensure that they meet today's more stringent standards.

In evaluating pesticides for reregistration, EPA obtains and reviews a complete set of studies from pesticide producers, describing the human health and environmental effects of each pesticide. To implement provisions of the Food Quality Protection Act of 1996, EPA considers the special sensitivity of infants and children to pesticides, as well as aggregate exposure of the public to pesticide residues from all sources, and the cumulative effects of pesticides and other compounds with common mechanisms of toxicity. The Agency develops any mitigation measures or regulatory controls needed to effectively reduce each pesticide's risks. EPA then reregisters pesticides that meet the safety standard of the FQPA, and can be used without posing unreasonable risks to human health or the environment.

When a pesticide is eligible for reregistration, EPA explains the basis for its decision in a Reregistration Eligibility Decision (RED) document. This fact sheet summarizes the information in the RED document for reregistration case 0187, pendimethalin.

**Use Profile**

Pendimethalin is a selective herbicide used to control broadleaf weeds and grassy weed species in a number of crop and noncrop areas and on residential lawns and ornamentals. Formulations include liquid, solid, granular, emsulsifiable concentrate, and dry flowables. Pendimethalin is applied by broadcast, chemigation, conservation tillage, containerized plant treatment, soil incorporation, and directed spray.

**Regulatory History**

Pendimethalin was first registered as a pesticide in the U.S. in 1972. EPA issued a Registration Standard for pendimethalin in March 1985 (PB86-172814). A October 1990 Data Call-In (DCI) required additional product and residue chemistry, toxicology, ecological effects and environmental fate data. Currently, 58 pendimethalin products are registered.

**Exhibit 39 - 85**

## Human Health Assessment

### Toxicity

In studies using laboratory animals, pendimethalin generally has been shown to be of low acute toxicity. It is slightly toxic by the oral and eye route and has been placed in Toxicity Category III (the second lowest of four categories) for these effects. It is practically non-toxic by the dermal and inhalation routes and has been placed in Toxicity Category IV (the lowest of four categories).

### Dietary Exposure

People may be exposed to residues of pendimethalin through the diet. Tolerances or maximum residue limits have been established for pendimethalin (please see 40 CFR 180.361). EPA has reassessed the pendimethalin tolerances and found that data for cotton gin by-products and tobacco are required. The need for additional tolerances will be determined upon receipt and evaluation of these data.

EPA has assessed the dietary risk posed by pendimethalin. For the overall U.S. population, exposure from all current pendimethalin tolerances represents less than 1% of the Reference Dose (RfD), or amount believed not to cause adverse effects if consumed daily over a 70-year lifetime. The exposure level of the most highly exposed subgroup, non-nursing infants, represents less than 2% of the RfD. Actual risks using anticipated residue information would be considerably less than 1% of the RfD for all population subgroups. Therefore, it appears that chronic dietary risk is minimal.

### Occupational and Residential Exposure

Based on current use patterns, handlers (mixers, loaders, and applicators) may be exposed to pendimethalin during and after normal use of pendimethalin formulations.

### Human Risk Assessment

Pendimethalin generally is of low acute toxicity, but causes thyroid follicular cell adenomas in male and female rats and has been classified as a Group C, possible human carcinogen. Many food and feed crops are registered; however, dietary exposure to pendimethalin residues in foods is extremely low, as is the cancer risk posed to the general population.

Of greater concern is the risk posed to occupational handlers involved in food, feed, fiber, ornamental, turf, rights-of-way and other noncrop treatments; and homeowner handlers making applications to residential turf.

Occupational/Short and Intermediate Term:

Agency calculations indicate that Margins of Exposure (MOEs) for handlers wearing baseline attire (long-sleeve shirt, long pants, shoes and socks) are acceptable (over 100) for all but three scenarios: (1) mixing/loading liquid for aerial applications and irrigation systems, (2) mixing/loading liquid for rights-of-way spraying, and (3) mixing/loading liquid for groundboom applications. These MOEs range from 1.5 to 59.

2

### Exhibit 39 - 86

The risks to handlers in these scenarios are reduced to an adequate level (MOEs range from 110 to 33,333) when chemical-resistant gloves are added to the baseline attire.

Occupational/Post Application:

The Agency has determined that there are risks following applications to commercial or research food, feed, fiber, turf, and ornamental crops. Restricted Entry Intervals ( REIs) can allow sufficient time to pass for residues to dissipate to levels that result in adequate MOEs. Pending the development of pendimethalin specific data, the Agency is requiring that the 12-hour interim REI be increased to 24 hours for all pendimethalin uses within the scope of the Worker Protection Standard (WPS).

However, REIs are generally not feasible as a mitigation measure for occupational exposures in noncrop areas (such as rights-of-way). Therefore, as a risk mitigation measure, the Agency is requiring a reduction in the maximum use rate from 3 lbs active ingredient(ai)/acre to 2 lbs. ai/acre. The registrant agreed to this reduction in the maximum application rate.

Residential/Post Application:

Again, REIs are not practical or feasible for residential or recreational turf; consequently, the Agency is requiring a reduction in the maximum use rate to 2 lbs. ai/acre.

## FQPA Considerations

EPA has determined that the established tolerances with amendments and changes as specified in this document, meet the FQPA safety standard for the general population. In reaching this determination, EPA has considered the available information on aggregate exposures (both acute and chronic) from non-occupational sources, food and drinking water.

Pendimethalin has both food and non-occupational uses; therefore, the considerations for aggregate exposure are those from food, drinking water, and residential non-occupational sources.

Chronic dietary risks utilizing tolerance level residues and 100% crop treated (TMRC) are <1% of the RfD for the general population.

Based on limited ground water monitoring data (data from 8 states with 2 states with detectable residues), the maximum level found was 0.9 ppb. The maximum level of pendimethalin found in surface water is 17.6 ppb. Based on this information, the estimated risks from water are <2% RfD for all population subgroups, including those most highly exposed to pendimethalin residues.

In evaluating the potential for cumulative effects, EPA does not have, at this time, available data to determine whether pendimethalin has a common mechanism of toxicity with other substances or how to include this pesticide in a cumulative risk assessment. Unlike other pesticides for which

3

**Exhibit 39 - 87**

EPA has followed a cumulative risk approach based on common mechanism of toxicity, pendimethalin does not appear to produce a toxic metabolite produced by other substances. For the purposes of this tolerance action, therefore, EPA has not assumed that pendimethalin has a common mechanism of toxicity with other pesticides.

## Environmental Assessment

### Environmental Risk Characterization

Pendimethalin dissipates in the environment by binding to soil, microbially-mediated metabolism and volatilization. It is essentially immobile in soil.

Based on laboratory studies and limited field study information, pendimethalin is slightly to moderately persistent in aerobic soil environments. Persistence decreases with increased temperature, increased moisture and decreased soil organic carbon.

Additional terrestrial field dissipation studies for major pendimethalin uses (cotton and soybeans) are requested to fully characterize the fate of pendimethalin.

Pendimethalin may contaminate surface water from spray drift associated with aerial and ground spray application, or in runoff from rainfall events and through irrigation waters (chemigation). However, its high affinity to bind to soil and sediment particles should limit concentrations of pendimethalin in surface waters.

Although pendimethalin has been detected in ground water (at very low levels), the potential for ground water contamination from pendimethalin residues is low.

Pendimethalin would not represent a high acute risk to birds or a high acute or chronic risk to mammals. The chronic risk to birds could not be determined because avian reproduction studies have not been submitted. These studies are required.

Chronic risk Levels of Concern (LOCs) for fish were exceeded by a small margin. But it is presumed that overall, pendimethalin does not represent a high risk to aquatic animals and plants, including estuarine organisms.

The use of pendimethalin may adversely effect endangered species of terrestrial and semi-aquatic plants, aquatic plants and invertebrates including mollusks, fish, and birds (specifically grazers).

The risk to nontarget terrestrial and semi-aquatic plants is expected to be moderate.

## Risk Mitigation

To lessen the risks posed by pendimethalin, EPA is requiring the following risk mitigation measures:

For occupational handlers/use sites:

4

**Exhibit 39 - 88**

o  increase restricted entry interval from 12 to 24 hours;

o  add chemical resistant gloves;

o  engineering controls--all WP formulations must be contained in water-soluble packaging.

For residential lawns and sod farm use sites:

o  reduce maximum application rate from 3 lbs. ai/acre to 2 lbs. ai/acre for residential and sod farm use sites

To reduce risks to nontarget plants:

o  Add spray drift best management practices.

## Additional Data Required

EPA is requiring the following additional generic studies for pendimethalin to confirm its regulatory assessments and conclusions: post application reentry studies (guidelines 132-1a, b), physical/chemical properties for the 86.8% and 60% FIs (61-1 through 61-3, 62-2, 62-3), magnitude of residue for tobacco and cotton gin byproducts (171-4k), processing for rice (171-4l), avian chronic (71-4), field dissipation for cotton and soybeans (164-1), and aquatic dissipation for rice (164-2).

The Agency also is requiring product-specific data including product chemistry and acute toxicity studies, revised Confidential Statements of Formula (CSFs), and revised labeling for reregistration.

## Product Labeling Changes Required

All pendimethalin end-use products must comply with EPA's current pesticide product labeling requirements and with the following. For a comprehensive list of labeling requirements, please see the pendimethalin RED document.

The Agency is establishing minimum (baseline) **engineering controls** for occupational uses of pendimethalin end-use products formulated as wettable powders. All wettable powder formulations must be contained in water-soluble packaging.

**Products Intended for Occupational Use- WPS Uses**

The **minimum (baseline) PPE** for occupational uses of pendimethalin end-use products are:

For emulsifiable concentrate formulations:

Mixers and loaders must wear:

-- long-sleeved shirt and long pants,

-- chemical-resistant gloves, and

-- shoes plus socks

For water-dispersible granule, wettable powder, and emulsifiable concentrate formulations whose use directions reasonably permit application using hand-held sprayers:

5

## Exhibit 39 - 89

Commercial Handlers (mixers, loaders, and applicators) who apply this product using hand-held equipment or hoses (not including hoses attached to truck-mounted equipment) must wear:

-- long-sleeved shirt and long pants,

-- chemical-resistant gloves, and

-- shoes plus socks

**Restricted-entry interval:**

A 24-hour restricted-entry interval (REI) is required for uses on food, feed, fiber, ornamental, forestry, and turf crops within the scope of the WPS on all pendimethalin end-use products.

Exception: if the product is soil-injected or soil-incorporated, the Worker Protection Standard, under certain circumstances, allows workers to enter the treated area if there will be no contact with anything that has been treated.

The labels of all pendimethalin end-use products must be revised to bear the following application rate for the respective uses:

**For residential lawn and sod farm uses:**

"Maximum application rate of 2.0 lbs. active ingredient per acre."

**NonWPS uses**

For liquid applications:

"Do not enter or allow others to enter the treated area until sprays have dried."

For dry applications:

"Do not enter or allow others to enter the treated area until dusts have settled."

**Products Intended Primarily for Homeowner Use**

**Entry restrictions:**

The Agency is establishing the following entry restrictions for all homeowner uses of pendimethalin end-use products (NOTE: This presumes the registrant reduces the maximum application rate for turf at residential sites and parks and recreation areas to two pounds active ingredient per acre.):

For liquid applications:

"Do not allow people or pets to touch treated plants until the sprays have dried."

For dry applications:

"Do not allow people or pets to enter the treated area until dusts have settled."

**Exhibit 39 - 90**

**Products Intended Primarily for Occupational Use**

The Agency is requiring the following labeling statements to be located on all end-use products containing pendimethalin that are intended primarily for occupational use.

**<u>Application Restrictions</u>**

"Do not apply this product in a way that will contact workers or other persons, either directly or through drift.  Only protected handlers may be in the area during application."

**<u>Engineering Controls</u>**

"When handlers use closed systems, enclosed cabs, or aircraft in a manner that meets the requirements listed in the Worker Protection Standard (WPS) for agricultural pesticides (40 CFR 170.240)(d)(4-6), the handler PPE requirements may be reduced or modified as specified in the WPS."

**<u>Application Restrictions</u>**

"Do not apply this product in a way that will contact workers or other persons, either directly or through drift.  Only protected handlers may be in the area during application."

**<u>Engineering Controls</u>**

"When handlers use closed systems, enclosed cabs, or aircraft in a manner that meets the requirements listed in the Worker Protection Standard (WPS) for agricultural pesticides (40 CFR 170.240)(d)(4-6), the handler PPE requirements may be reduced or modified as specified in the WPS."

**Products Intended Primarily for Home Use**

**<u>Application Restrictions</u>**

"Do not apply this product in a way that will contact any person or pet, either directly or through drift.  Keep people and pets out of the area during application."

**<u>User Safety Recommendations</u>**

- "Users should wash hands before eating, drinking, chewing gum, using tobacco, or using the toilet."
- "Users should remove clothing immediately if pesticide gets inside.  Then wash thoroughly and put on clean clothing."

**Environmental Hazards Statement**

"Do not apply directly to water, or to areas where surface water is present or to intertidal areas below the mean high water mark. Do not contaminate water when disposing of equipment washwaters."

7

**Exhibit 39 - 91**

### Application Rates

The labels of all pendimethalin end-use products must be revised to bear the following application rate for the respective uses:

**For residential lawn and sod farm uses:**

"Maximum application rate of 2.0 lbs. active ingredient per acre."

### Spray Drift

A spray drift labeling advisory is required for labels of all products that can be applied aerially.

## Regulatory Conclusion

The use of currently registered products containing pendimethalin in accordance with approved labeling will not pose unreasonable risks or adverse effects to humans or the environment. Therefore, all uses of these products are eligible for reregistration.

Pendimethalin products will be reregistered once the required product-specific data, revised Confidential Statements of Formula, and revised labeling are received and accepted by EPA.

## For More Information

EPA is requesting public comments on the Reregistration Eligibility Decision (RED) document for pendimethalin during a 60-day time period, as announced in a Notice of Availability published in the Federal Register. To obtain a copy of the RED document or to submit written comments, please contact the Pesticide Docket, Public Response and Program Resources Branch, Field Operations Division (7506C), Office of Pesticide Programs (OPP), US EPA, Washington, DC 20460, telephone 703-305-5805.

Electronic copies of the RED and this fact sheet can be downloaded from the Pesticide Special Review and Reregistration Information System at 703-308-7224. They also are available on the Internet using ftp on *FTP.EPA.GOV*, or using WWW (World Wide Web) on *WWW.EPA.GOV*.

Printed copies of the RED and fact sheet can be obtained from EPA's National Center for Environmental Publications and Information (EPA/NCEPI), PO Box 42419, Cincinnati, OH 45242-2419, telephone 1-800-490-9198, fax 513-489-8695.

Following the comment period, the pendimethalin RED document also will be available from the National Technical Information Service (NTIS), 5285 Port Royal Road, Springfield, VA 22161, telephone 703-487-4650.

For more information about EPA's pesticide reregistration program, the pendimethalin RED, or reregistration of individual products containing pendimethalin, please contact the Special Review and Reregistration Division (7508W), OPP, US EPA, Washington, DC 20460, telephone 703-308-8000.

8

## Exhibit 39 - 92

For information about the health effects of pesticides, or for assistance in recognizing and managing pesticide poisoning symptoms, please contact the National Pesticides Telecommunications Network (NPTN).  Call toll-free 1-800-858-7378, between 9:30 am and 7:30 pm Eastern Standard Time, Monday through Friday.

9

**Exhibit 39 - 93**

**sethoxydim (Poast) Chemical Profile 3/85**

1.                            sethoxydim

CHEMICAL NAME:    2-[1-(ethoxyimino)butyl]-5-[2-ethylthio)propyl]-3- hydroxy-2-
                  cyclohexen-1-one (58).

TRADE NAME(S):    Poast (58)

FORMULATION(S):    Liquid emulsifiable concentrate (1.5 lb/gal - 184 g/l) (56)

TYPE:        Herbicide

BASIC PRODUCER(S):  Nippon Soda Co., Ltd.
            Agro-Pharm Div.
            2-2-1, Ohtemachi, Chiyoda-kv,
            Tokyo 100, Japan

            BASF Wyandotte Corp.
            100 Cherry Hill Rd.
            Parsippany, NJ 07054

PRINCIPAL USES:  For selective postemergence control of annual and
perennial grasses in soybeans, cotton, peanuts, sugar beets, flax, rape
seed (Canola/Canada), alfalfa, vegetables, and many other
dicotyledoneous crops (56).

APPLICATION METHOD(S):  Ground or aerial postemergence spray (58).


I. EFFICACY

Important Weeds Controlled:  All annual grasses except Poa spp. and
most perennial grasses.
    All broadleaf plants and sedges are tolerant to this product.
Rainfall within 4-5 hours of application will not reduce grass control.
Noticeable control of perennials the following season has been
observed.  Some fesque species are tolerant (8b).


II. PHYSICAL PROPERTIES

MOLECULAR FORMULA:  C17 H29 O3 NS (58)

MOLECULAR WEIGHT:  327.5 (58)


**Exhibit 39 - 94**

PHYSICAL STATE:    Oily liquid, amber (pure compound) (58)

ODOR:          Odorless (pure compound) (58)

DECOMPOSITION TEMPERATURE:  Unstable at room temperature if
          unformulated (58).

BOILING POINT:    >90 C/3 x 10-5 mmHg (pure compound) (62)

VAPOR PRESSURE:    1.6 x 10-7 mmHg at 25 C (pure compound) (58)

SOLUBILITY:      25 - 4700 mg/l water at 20 C (pH 4-7) (pure
          compound) (62)


III.  HEALTH HAZARD INFORMATION

OSHA STANDARD:  None established

NIOSH RECOMMENDED LIMIT:  None established

ACGIH RECOMMENDED LIMIT:  None established

TOXICOLOGY

   A.  ACUTE TOXICITY

   DERMAL:  LD50 = >5000 mg/kg (rat) (62).
        Product is non-toxic by dermal route.  Dermal
          irritation in rabbits from formulation is moderate.
          The active ingredient has low dermal toxicity, is
          non-irritating to skin and is not a skin sensitizer
          (58).
        LD50 >4 g/kg (rat, formulated product) (65b).

   ORAL:   LD50 = 3200 mg/kg (rat) (62).
        LD50 = 4920 mg/kg (rat, formulated product) (56).
        LD50 = 2676 - 3,125 mg/kg (rat, technical compound)
          (58).

   INHALATION:  Rat inhalation LC50 for one hour is >30 mg/l for
          formulated compound.  The active ingredient has low
          inhalation toxicity (58).

   EYES:   Eye irritation in rabbits from formulation is moderate.

**Exhibit 39 - 95**

The active ingredient is nonirritating to eyes (58).


B.  SUBACUTE AND CHRONIC TOXICITY:

Technical Compound:

In a 90-day dietary rat and mouse study the minimum effect level was 900 ppm.
In a 6-month dietary dog study, the minimum effect level was 600 ppm (58).

For Active Ingredient:

Teratogenicity (rat and rabbit) - negative.
Reproduction studies (2 generations rat) - negative (65b).


## IV.  ENVIRONMENTAL CONSIDERATIONS

Behavior In Or On Soils

1.  Adsorption and leaching characteristics in basic soil types:
    These characteristics are under investigation.
2.  Microbial breakdown:  Under investigation.
3.  Loss from photodegradation and/or volatilization:  Photolysis is
    under investigation.  Loss from volatilization is mimimal.
4.  Resultant average persistence at recommended rates:

    | Soil | Half-Life of Parent |
    |------|--------------------|
    | loamy sand pH 6.8 | 4-5 days |
    | loam pH 7.4 | 11 days |

    Soil persistence is rather short and the magnitude depends on soil
    type, moisture, and possibly other environmental conditions
    still to be investigated.  Efficiency is not dependent upon
    soil persistence, but soil activity prevents germination of
    grasses immediately after application (58).

    The technical formulation has demonstrated low toxicity to rodents,
rabbits, birds, fish, aquatic invertebrates and pollinating insects (58).


## V.  EMERGENCY AND FIRST AID PROCEDURES

**Exhibit 39 - 96**

The chemical information provided below has been condensed from original source documents, primarily from "Recognition and Management of Pesticide Poisonings", 3rd ed. by Donald P. Morgan, which have been footnoted. This information has been provided in this form for your convenience and general guidance only. In specific cases, further consultation and reference may be required and is recommended. This information is not intended as a substitute for a more exhaustive review of the literature nor for the judgement of a physician or other trained professional.

If poisoning is suspected, do not wait for symptoms to develop. Contact a physician, the nearest hospital, or the nearest Poison Control Center.

EFFECTS OF OVEREXPOSURE:  Contact with eyes causes irritation, redness, corneal clouding which may persist a few days.  Prolonged skin contact produces irritation, redness and swelling.  Irritating to the nose, throat and lungs if mists are inhaled.  If swallowed may cause sedation, stomach upset, diarrhea, possible liver damage (65b).
Ataxia, sedation, lachrymation, salivation, tremor, hematuria, diarrhea (58).

SKIN CONTACT:  Wash skin thoroughly with soap and water.  Remove contaminated clothing and launder before wearing again.  If irritation develops, get medical attention (65b).

INGESTION:  If swallowed, do not induce vomiting.  Consult a physician at once (65b).

INHALATION:  If inhaled, move to fresh air.  Aid breathing, if necessary.  If irritation develops get medical attention (65b).

EYE CONTACT:  Flush with flowing water at least 25 minutes. Consult a physician for eyes (65b).


VI.  FIRE AND EXPLOSION INFORMATION

GENERAL:  Flash point 146 F (T.C.C.).  Flammability limits in air (% by volume):  Lower 1%, Upper 7%.  Firefighters should be equipped with full turn-out gear and self-contained breathing apparatus (65b).

EXTINGUISHER TYPE:  Water fog, foam, $CO_2$, dry chemical (65b).


**Exhibit 39 - 97**

## VII.  COMPATIBILITY

No incompatibilities known.  Non-corrosive (58).

## VIII.  PROTECTIVE MEASURES

STORAGE AND HANDLING:  Storage stability:  2 years (tests continuing) (58).  Keep out of reach of children.  Avoid prolonged contact with skin or clothing.  Do not get in eyes.  Do not take internally (65b).

PROTECTIVE CLOTHING:  Goggles or side shield safety glasses, as conditions warrant (65b).

PROTECTIVE EQUIPMENT:  Cannister or cartridge respirator for herbicides and hydrocarbon solvent mists if exposure to spray mist or vapors will occur (65b).

## IX.  PROCEDURES FOR SPILLS AND LEAKS

IN CASE OF EMERGENCY, CALL, DAY OR NIGHT
(800) 424-9300
PESTICIDE TEAM SAFETY NETWORK/CHEMTREC

Wear rubber gloves, goggles and boots when cleaning up liquid spill.  Cover contaminated area with absorbent material until dry. After absorbent is removed, wash down the area with trisodium phosphate, household lye.  Poast is a regulated product.  Spills should be contained, absorbed and placed in suitable containers for disposal in an RCRA licensed facility (65b).

## X.  LITERATURE CITED

8b. Thomson, W.T.  1981.  Agricultural chemicals - book 2: herbicides.  Revised ed.  Thomson Publications, Fresno, CA. 274 pp.

56.  Farm Chemicals Handbook, 70th ed.  1984.  R. T. Meister, G. L. Berg, C. Sine, S. Meister, and J. Poplyk, eds.  Meister Publishing Co., Willoughby, OH.

58.  Weed Science Society of America, Herbicide Handbook Committee.

**Exhibit 39 - 98**

1983.  Herbicide handbook of the weed science society of America, 5th ed.  Weed Science Society of America, Champaign, IL.  515 pp.

62.  The Pesticide Manual:  A World Compendium, 7th ed.  1983.  C.R. Worthing, ed.  The British Crop Protection Council, Croydon, England.  695 pp.

65b. BASF Wyandotte Corporation.  1982.  Material safety data sheet: sethoxydim.  Wyandotte, MI.

3/11/85

**Exhibit 39 - 99**

| United States Environmental Protection Agency | Prevention, Pesticides And Toxic Substances (7508W) | EPA-738-F-95-035 April 1996 |
|---|---|---|

 **&EPA**

# R.E.D. FACTS

# Trifluralin

**Pesticide Reregistration**

All pesticides sold or distributed in the United States must be registered by EPA, based on scientific studies showing that they can be used without posing unreasonable risks to people or the environment. Because of advances in scientific knowledge, the law requires that pesticides which were first registered before November 1, 1984, be reregistered to ensure that they meet today's more stringent standards.

In evaluating pesticides for reregistration, EPA obtains and reviews a complete set of studies from pesticide producers, describing the human health and environmental effects of each pesticide. The Agency develops any mitigation measures or regulatory controls needed to effectively reduce each pesticide's risks. EPA then reregisters pesticides that can be used without posing unreasonable risks to human health or the environment.

When a pesticide is eligible for reregistration, EPA explains the basis for its decision in a Reregistration Eligibility Decision (RED) document. This fact sheet summarizes the information in the RED document for reregistration case 0179, trifluralin.

**Use Profile**

Trifluralin is a preemergent herbicide used to control annual grasses and broadleaf weeds on a variety of food crops and is also currently registered for non-food uses, including residential use sites. The herbicide is formulated as a liquid, emulsifiable concentrate, granular, flowable concentrate, impregnated material, soluble concentrate/liquid, soluble concentrate/solid, and water dispersible granules (dry flowable). Trifluralin is typically applied at the dormant, semi-dormant, preplant, pre-transplant, postplant, preemergence, postemergence, layby, or postharvest stage as a soil-incorporated treatment. It can be applied by aerial equipment, tractor-drawn groundbooms, tractor-drawn granular spreaders, push-type spreaders, "whirly-bird" spreaders, and commercial granular turf spreaders.

**Regulatory History**

Trifluralin was first registered in the United States in 1963 as a selective preemergent herbicide. A Registration Standard for trifluralin was issued in April 1987 (NTIS# PB87-201935) and a Data Call-In (DCI) for reentry protection data and mixer/loader/applicator exposure monitoring data for trifluralin products used on turf was issued in March 1995.

**Exhibit 39 - 100**

EPA initiated a Special Review of trifluralin in August, 1979 because it was found to contain N-nitroso-di-n-propylamine (NDPA or nitrosamine) at levels that met or exceeded the Agency's oncogenic risk criterion. In concluding the Special Review in 1982, EPA required registrants to achieve a 0.5 ppm upper limit for nitrosamines in their technical products. As part of the reregistration eligibility decision on trifluralin, the Agency is requiring that all technical and manufacturing-use registrants submit nitrosamine analysis data to confirm that levels remain at or below the 0.5 ppm limit.

## Human Health Assessment

### Toxicity

Trifluralin technical is classified under Toxicity Category IV (practically non-toxic) for acute oral toxicity and dermal irritation, and Toxicity Category III (slightly toxic) for acute dermal toxicity, acute inhalation toxicity and eye irritation potential. Trifluralin is also classified as a dermal sensitizer.

Trifluralin has been classified as a Group C, possible human carcinogen by the OPP Carcinogenicity Peer Review Committee on April 4, 1986. Limited evidence of carcinogenicity exists in male and female rats based on an increase in combined malignant and benign urinary bladder tumors in females, renal pelvis carcinomas in male rats, and thyroid gland follicular cell tumors in males.

### Dietary Exposure

People may be exposed to residues of trifluralin through the diet. Tolerances or maximum residue limits have been established for residues of trifluralin in many food and feed crops (40 CFR 180.207). EPA has reassessed the trifluralin tolerances and found that some are acceptable, while others must be revoked because of refinements in established crop group tolerances and where no registered uses exist. Tolerances that are revoked because of refinements in crop groups must be replaced with new tolerances for the new crop groupings. The tolerance for residues of trifluralin in/on wheat straw, barley straw, and barley hay should be increased to 0.1 ppm.

Processing studies show that residues of trifluralin concentrate in peppermint oil and spearmint oil. New processing data are required on a confirmatory basis for both peppermint and spearmint oils to determine the actual amount of trifluralin that concentrates in both commodities. Available processing data are sufficient, however, to determine that trifluralin residues in ready-to-eat foods prepared from the mint oils will not exceed existing raw agricultural commodity tolerances. Therefore, the existing tolerance is sufficient to cover the residue levels of trifluralin in food containing mint oil, and a food additive regulation under Section 409 of the Federal Food, Drug, and Cosmetic Act is not necessary.

Exhibit 39 - 101

EPA has assessed the dietary risk posed by trifluralin. The Anticipated Residue Concentration (ARC) for the overall U.S. population represents 1% of the Reference Dose (RfD), or amount believed not to cause adverse effects if consumed daily over a 70-year lifetime. The most highly exposed subgroup, non-nursing infants less than one year old, has an ARC which represents 2% of the RfD. This low fraction of the allowable RfD is considered to be an acceptable dietary exposure risk.

### Occupational and Residential Exposure

Based on current use patterns, handlers (mixers, loaders, and applicators) may be exposed to trifluralin during and after applications in agricultural and other use sites. The occupational/residential cancer exposure risk assessment for all uses indicates a level of risk that does not exceed $10^{-5}$ for occupational handlers or $10^{-7}$ for residential handlers, levels considered reasonable by the Agency.

### Human Risk Assessment

Trifluralin generally is of low acute toxicity, but has been classified as a Group C, possible human carcinogen. Many food crop uses are registered, however, dietary exposure to trifluralin residues in food is at a low level, as is the cancer risk posed to the general population.

Of greater concern is the carcinogenicity risk posed to trifluralin handlers, particularly mixers/loaders/applicators, and field workers who come into contact with treated areas. Exposure and risk to workers will be mitigated by the use of Personal Protective Equipment required by the Worker Protection Standard, including coveralls, chemical-resistant gloves, shoes, and socks. Post-application reentry workers will be required to observe a 12-hour Restricted Entry Interval.

## Environmental Assessment

### Environmental Fate

Trifluralin is moderately persistent and non-mobile in a microbially active soil environment. In general, high persistence and high mobility promote movement into ground water. Because annual average surface water concentrations are not likely to exceed the lifetime health advisory level (2 ug/L) and peak/short term averages are not likely to exceed 1 day and 10 day health advisory levels, exposure/risk from trifluralin in drinking water is expected to be minimal. Although trifluralin has no direct aquatic applications, contamination of surface water may occur by spray drift and under some circumstances, runoff.

### Ecological Effects

Trifluralin is practically non-toxic to birds and mammals on an acute basis. It does not pose acute risks of concern to terrestrial vertebrates, except to those which are endangered species. Also, two of four laboratory bird studies indicate chronic risk, as evidenced by egg shell cracking.

3

**Exhibit 39 - 102**

For aquatic animals (fish and invertebrates), trifluralin is considered moderately to highly toxic, and poses acute toxicity risks of concern to endangered species. In addition, laboratory and field studies suggest exposure-related abnormalities in vertebral development, at concentrations below those where acute effects are anticipated. Also, this assessment is based on trifluralin dissolved in the water column and does not take into account trifluralin adsorbed to sediment. Trifluralin adsorbed to sediment may pose a risk for fish species that forage by feeding from sediment, particularly since it has a moderate tendency to bioaccumulate. EPA will explore the need for further monitoring efforts or additional analyses with the registrants of technical trifluralin in order to obtain more refined characterization of the risk to fish.

While semi-aquatic plants exceed the "high risk" level of concern, EPA does not note concerns for effects on aquatic plants resulting from use of trifluralin. To control adverse effects resulting from aerial application of trifluralin, the Agency will require a spray drift advisory as precautionary labeling.

## Additional Data Required

EPA is requiring the following additional generic studies for trifluralin to confirm its regulatory assessments and conclusions: nitrosamine analysis data and peppermint oil and spearmint oil processing data. Residue chemistry data are also required for nongrass forage/fodder/straw/hay and dill uses because the Agency does not have enough information at this time to make an eligibility decision for trifluralin products labeled for those uses.

The Agency also is requiring product-specific data including product chemistry and acute toxicity studies, revised Confidential Statements of Formula (CSFs), and revised labeling for reregistration.

## Product Labeling Changes Required

All trifluralin end-use products must comply with EPA's pesticide product labeling requirements. A 12-hour restricted-entry interval (REI) is required for uses within the scope of the WPS on all trifluralin end-use products. Early-entry personal protective equipment (PPE) required for occupational uses within the scope of the WPS include coveralls, chemical-resistant gloves and socks plus shoes. Aquatic impact labeling is required for all trifluralin end-use products. For all trifluralin products that can be applied aerially, special spray drift prevention language is required.

## Regulatory Conclusion

The use of currently registered products containing trifluralin in accordance with approved labeling will not pose unreasonable risks or adverse effects to humans or the environment. EPA has determined that products containing trifluralin are eligible for reregistration **except** products labeled for use on nongrass forage/fodder/straw/hay and dill. EPA does not have enough information at this time to make an eligibility decision for

4

**Exhibit 39 - 103**

trifluralin products labeled for those uses. The Agency is requiring additional data in order to develop a more complete data base regarding these uses of trifluralin.

Before reregistering any trifluralin product, the Agency will review product specific data, Confidential Statements of Formula and revised labeling imposed by the RED. Once this information is accepted, the Agency will reregister trifluralin products bearing only eligible uses. After the Agency receives the data necessary to make a reregistration eligibility decision on nongrass forage/fodder/straw/hay and dill and the data show that these uses will not cause unreasonable adverse effects, the Agency will reregister products bearing these uses. Products which contain active ingredients in addition to trifluralin will be reregistered when all of their other active ingredients also are eligible for reregistration.

## For More Information

EPA is requesting public comments on the Reregistration Eligibility Decision (RED) document for trifluralin during a 60-day time period, as announced in a Notice of Availability published in the Federal Register. To obtain a copy of the RED document or to submit written comments, please contact the Pesticide Docket, Public Response and Program Resources Branch, Field Operations Division (7506C), Office of Pesticide Programs (OPP), US EPA, Washington, DC 20460, telephone 703-305-5805.

Electronic copies of the RED and this fact sheet can be downloaded from the Pesticide Special Review and Reregistration Information System at 703-308-7224. They also are available on the Internet on EPA's gopher server, *GOPHER.EPA.GOV*, or using ftp on *FTP.EPA.GOV*, or using WWW (World Wide Web) on *WWW.EPA.GOV*.

Printed copies of the RED and fact sheet can be obtained from EPA's National Center for Environmental Publications and Information (EPA/NCEPI), PO Box 42419, Cincinnati, OH 45242-0419, telephone 513-489-8190, fax 513-489-8695.

Following the comment period, the trifluralin RED document also will be available from the National Technical Information Service (NTIS), 5285 Port Royal Road, Springfield, VA 22161, telephone 703-487-4650.

For more information about EPA's pesticide reregistration program, the trifluralin RED, or reregistration of individual products containing trifluralin, please contact the Special Review and Reregistration Division (7508W), OPP, US EPA, Washington, DC 20460, telephone 703-308-8000.

For information about the health effects of pesticides, or for assistance in recognizing and managing pesticide poisoning symptoms, please contact the National Pesticides Telecommunications Network (NPTN). Call toll-free 1-800-858-7378, between 9:30 am and 7:30 pm Eastern Standard Time, Monday through Friday.

**Exhibit 39 - 104**