# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | **Honorable Terry Means** |
| JULIUS ROBINSON | : | **United States District Judge** |

---

## EXHIBIT NUMBER 42

### SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

(Filed Electronically Under the Electronic Filing System Requirements)

---

*extraordinary punishment*

*law pro - facts justify*

Last Name _DeBose_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

UNITED STATES OF AMERICA   §
                           §
VS.                        §          CRIMINAL NO. 4:00-CR-0260-Y
                           §
                           §
JULIUS OMAR ROBINSON (02)  §

*CAP?   ⊢— Spectrum —⊣*
*defense of poor people,*
*mitigating*

JUROR NO. _36_

# **JUROR INFORMATION SHEET**

*Woman seems very serious about this.*
*Not warming to Fred S.*    *no challenges*
                            *but Govt will strike.*

**INSTRUCTIONS:**

Your answers to the following questions are <u>very</u> important to the trial of this case, and are designed to shorten the jury selection process. Do not discuss any of these questions or your answers with anyone else, including any other prospective jurors. Please take as much time as is reasonably necessary to answer each question as completely and as honestly as possible. Please do not accept the assistance or the advice of anyone in answering these questions. If any questions should arise while completing this questionnaire, please contact the presiding judge. Do <u>not</u> speak to anyone else about the questionnaire or any questions you might have.

## <u>YOUR ANSWERS TO THESE QUESTIONS ARE BEING GIVEN UNDER OATH</u>

The answers to these questions will be used by the Court and the attorneys solely for the selection of the jury in this case and for <u>no other reason</u>. The confidentiality of your answers to these questions will be maintained by the Court.

<u>Juror Questionnaire</u>                     1                          Page 1 of 31

**Exhibit 42 - 1**

## PLEASE PRINT YOUR ANSWERS

## PERSONAL

1. NAME: *Dorothy* *Jean* *DeBose* *Prescott*
   (first)        (middle)        (last)        (maiden, if applicable)

   DATE OF BIRTH: *1-4-1946* AGE: *56* SEX: *F* RACE: *Black*

   BIRTHPLACE: *Groesbeck, Texas*
   (city  town)                    (state)

2. ADDRESS: *5713 Humbert* *Fort Worth* *TX* *76107*
   (number and street)        (city / town)        (zip)

   HOME PHONE: (*817*) *738-7552* BUSINESS PHONE: (___) _____

3. LENGTH OF TIME AT PRESENT ADDRESS: *26 years*

4. SINCE 1990 WHAT OTHER CITIES HAVE YOU LIVED IN AND FOR HOW LONG DID YOU
   LIVE IN EACH CITY? *None*

## EMPLOYMENT

5. PLACE OF EMPLOYMENT: *Unemployed*

6. JOB TITLE OR DESCRIPTION: _____

   BUSINESS HOURS: _____ LENGTH OF PRESENT EMPLOYMENT: _____

   SUPERVISOR: _____

7. PLEASE LIST YOUR OCCUPATION OR EMPLOYMENT FOR THE PAST TEN (10)
   YEARS: *John Peter Smith Hospital 1973 - Nov. 16, 2001*
   *Management -*

8. WHAT OTHER TYPES OF JOBS HAVE YOU HELD? *Nursing*

   If you could change your profession, what would you change it to? *Consultant*

**Exhibit 42 - 2**

## FAMILY

9.    MARTIAL STATUS: (circle appropriate answer(s))
a) (Married)
b). Single
c). Separated
d). Divorced
e). Spouse Deceased

f) Previously Divorced
      (how many times _1_ )

g). Living With Someone

10.    NAME OF SPOUSE: _Luster_ _K._ _DeBose_
                                   (first)        (middle)        (last)        (maiden, if applicable)

11.    SPOUSE'S EMPLOYER: _Retired_

       Job Title Or Description: _____

       Length Of Present Employment: _____

       What Other Types Of Jobs Has Your Spouse Held? _Management_

12.    PLEASE INDICATE THE APPROXIMATE TOTAL ANNUAL GROSS INCOME OF YOUR HOUSEHOLD:
       Under $10,000 _____        $10,000 to $30,000 _____
       $30,000 to $50,000 _____        $50,000 to $70,000 _____
       $70,000 to $100,000 _____        Over $100,000 _✓_____

13.    PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR CHILDREN AND STEPCHILDREN, IF ANY:

| | Name | Sex | Age | School or Occupation |
|---|---|---|---|---|
| a. | N/A | | | |
| b. | | | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |

14.    IF YOU HAVE GRANDCHILDREN, HOW MANY? _N/A_

**Exhibit 42 - 3**

15. PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR PARENTS AND YOUR STEPPARENTS, IF ANY:

| | Name | Age | City of Residence | Retired | Occupation/Employment (before retirement, if applicable) |
|---|---|---|---|---|---|
| Father: | Joe Prescott | (91) | Fort Worth | Yes | Driver |
| Mother: | Odessa Prescott | (90) | '' | '' yes | Domestic Work |
| Stepfather: | | | | | |
| Stepmother: | | | | | |

Were Your Parents Ever Divorced? _No_

16. PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR BROTHERS AND SISTERS, IF ANY?

| | Name | Sex | Age | School or Occupation |
|---|---|---|---|---|
| a. | Roberta Jones | F | 67 | Teacher |
| b. | Willie J. Graves | F | 69 | Teacher |
| c. | Helen Baker | F | 65 | Housewife |
| d. | Gene Prescott | M | 60 | Mechanic |
| e. | Pearl Stokes | F | 58 | Computer analysis |
| f. | Mildred Scott | F | 51 | Health aide |

**Exhibit 42 - 4**

## EDUCATION

17. Please give your educational background. Please include how far you went in school, the names of any technical or trade schools attended, any college and graduate schools you have attended, together with major subject and degrees received, if any:

_MBA - from Amberton Univ. Register Nurse from TCC_
_UTA - BS + East Texas State - Health Care_
_administration_

18. Please give your spouse's educational background:

_Completed high School + attended Wiley_
_College_

19. Are you or your spouse presently enrolled as a student?  Yes _____  No _✓_
    If so, please give details: _____

## MILITARY

20. HAVE YOU EVER SERVED IN THE MILITARY? _No_ IF SO, PLEASE GIVE THE
    FOLLOWING INFORMATION:  Branch _____, Years of Service _____,
    Enlist? _____, Re-enlist? _____
    Highest grade or rank attained: _____
    Duties: _____

    Did you serve in combat? _____ Year Discharged? _____
    Type of Discharge: _____ Did you participate in any
    Courts Martial? _____ Please Explain: _____

    Did you ever serve in the military police? _____

21. HAS YOUR SPOUSE EVER SERVED IN THE MILITARY? _Yes_
    IF SO, PLEASE GIVE THE FOLLOWING INFORMATION:
    Branch _Army_, Years of Service _2 yr._,
    Enlist? _yes_, Re-enlist? _____
    Highest grade or rank attained: _____
    Duties: _____

    Did he/she serve in combat? _No_ Year Discharged? _1955_
    Type of Discharge: _Honorable_
    Did he/she participate in any Courts Martial? _No_
        IF SO, Please Explain: _____

    Did he/she ever serve in the military police? _No_

**Exhibit 42 - 5**

## RELIGION

22. RELIGIOUS PREFERENCE: *Holiness*

Name And Location Of Church, Temple, Synagogue Or Other Religious Organization with which you are affiliated, if any: *Lake Como Church of God In Christ*

Have you studied for the ministry, priesthood, rabbinic order, or any other clergy position? *No*

23. How often do you attend services? *seldom*

Past or present church offices held: *None*

Other than attendance, what activities do you participate in at your church? *None*

Have there been any recent changes in your religious activities? Yes _____ No __✓__
If Yes, Please explain: _____

24. Were you raised in a religion different from the one you now practice? If so, please explain: *No*

25. Does your spouse practice a religion different from yours? ~~No~~ *Yes*
If so, please explain: *Baptist*

26. Do you currently, or have you in the past, supported, or routinely watched or listened to any radio or television ministry? *No*
If so, please indicate which ministry: _____

27. Do you have a personal philosophy or favorite saying that reflects your personal philosophy that can be expressed in a few sentences or less? YES _____ NO _____ If yes, please state it:
*Treat others as you want to be treated.*

**Exhibit 42 - 6**

## POLITICAL

28. DO YOU HAVE A POLITICAL PREFERENCE? _____
Democrat ✓    Republican ___    Independent _____    Other _____
Does your spouse have a different preference? *No*
If so, please explain: _____

29. DO YOU IDENTIFY WITH OR SUPPORT A POLITICAL PARTY? If so, which one?
Democrat ✓    Republican ___    Independent _____    Other _____
Is your spouse a member or supporter of a different party? *No*
If so, please explain: _____

30. DO YOU CONSIDER YOURSELF TO BE POLITICALLY CONSERVATIVE, MODERATE, OR LIBERAL? *Moderate*
Does your spouse have a different political philosophy? *yes*
If so, please explain: *He is a liberal.*

31. HAVE YOU EVER SOUGHT OR HELD A POLITICAL OFFICE? *No* If yes, please give details: _____

32. Have you or your spouse ever worked in a political campaign for a candidate or for a political group, seeking change in a law or in enforcement of a law? *No*
If so, please describe: _____

## PHYSICAL/MEDICAL

33. DO YOU HAVE ANY DIFFICULTY IN READING OR WRITING? *No* If so, please explain: _____

34. DO YOU HAVE ANY DIFFICULTY IN SIGHT OR HEARING, OR DO YOU HAVE ANY OTHER DISABILITY OR DISEASE THAT WOULD MAKE JURY SERVICE A HARDSHIP FOR YOU? *No* If so, please explain: _____

35. ARE YOU CURRENTLY TAKING ANY MEDICATION? *Yes*
If so, please give the name of the medication and the reason you take it: *Lipitor - for high Cholestrol + Estrogen - a hormone tablet.*

**Exhibit 42 - 7**

36. ARE YOU OR ANY OF THE MEMBERS OF YOUR FAMILY CURRENTLY BEING TREATED FOR A MEDICAL ILLNESS WHICH WOULD PREVENT OR IMPAIR YOUR JURY SERVICE? *No*
If so, please explain: _____

_____

37. HAVE YOU, ANY FAMILY MEMBERS, OR ANY CLOSE FRIENDS EVER UNDERGONE COUNSELING, TREATMENT, OR HOSPITALIZATION FOR PSYCHIATRIC, EMOTIONAL, FAMILY, BEHAVIORAL, OR SUBSTANCE ABUSE PROBLEMS?
*No* _____
If so, please give details (including the name of the hospital and/or doctor/counselor seen): _____

_____

38. DO YOU HAVE A FAMILY MEMBER, FRIEND, OR OTHER PERSON WITH WHOM YOU ARE ASSOCIATED WHO HAS BEEN DIAGNOSED AS MENTALLY RETARDED OR AS HAVING A LEARNING DISABILITY? *Yes* _____

_____

39. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED IN A MENTAL HEALTH FACILITY OR HOSPITAL OF ANY KIND?   If so, please describe: *Yes – I am a nurse and I have worked in several acute care hospital*

40. HAVE YOU EVER READ BOOKS OR ARTICLES DEALING WITH PSYCHIATRY, PSYCHOLOGY, MENTAL HEALTH OR MENTAL RETARDATION?   If so, please describe: *Yes – in nursing school training + when I was working to obtain my master.*

41. DO YOU OR YOUR SPOUSE PERSONALLY KNOW ANY PSYCHIATRISTS OR PSYCHOLOGISTS?   If so, please name: *No* _____

42. HAVE YOU EVER TAKEN ANY COURSES IN THE FIELDS OF PSYCHIATRY OR PSYCHOLOGY?   If so, please describe: *Yes – Child psychology + when psychiatry is a part of RN training.*

43. DO YOU HAVE ANY PREJUDICE IN FAVOR OF, AGAINST, OR ANY FIXED OPINIONS CONCERNING PSYCHIATRIC OR PSYCHOLOGICAL TESTIMONY? *No*   If so, please explain: _____

_____

**Exhibit 42 - 8**

## CAPITAL PUNISHMENT/DEATH PENALTY

44. DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM SITTING IN JUDGMENT OF ANOTHER HUMAN BEING?
     YES _____          NO _✓_

45. ARE YOU IN FAVOR OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME?
     YES _____          NO _____
     Please explain: *Yes + No, it depends on the Crime.*

46. DO YOU BELIEVE THAT THE DEATH PENALTY SERVES ANY LEGITIMATE PURPOSE OR PURPOSES IN OUR SOCIETY?
     YES _____          NO _✓_
     If so, what purpose or purposes do you believe that it serves? _____

47. WITH REFERENCE TO THE DEATH PENALTY, WHICH OF THE FOLLOWING SIX STATEMENTS BEST REPRESENT YOUR BELIEFS: (circle one)

     a.     "I believe that the death penalty is appropriate for all crimes involving murder."

     b.     "I believe that the death penalty is appropriate for some crimes involving murder and I could return a verdict which assessed the death penalty in a proper case."

     c.     "I believe that the death penalty is appropriate for some crimes involving murder, but I could never return a verdict which assessed the death penalty."

     d.     "Although I do not believe that the death penalty ever ought to be invoked, as long as the law provides for it, I could assess it, under the proper set of circumstances."

     e.     "I could never, regardless of the facts and circumstances, return a verdict which assessed the death penalty."

     f.     None of the above.

48. FOR WHAT CRIMES DO YOU THINK THE DEATH PENALTY SHOULD BE AVAILABLE?
     *Murder where victim is brutalized, and for killing children*

Exhibit 42 - 9

49. DO YOU BELIEVE THAT THE DEATH PENALTY SHOULD BE USED MORE FREQUENTLY, LESS FREQUENTLY, ABOUT THE SAME AS IT HAS BEEN, OR NOT AT ALL, AS A PUNISHMENT FOR CRIME? *Less frequent*

50. DO YOU KNOW WHETHER YOUR RELIGION OR YOUR SPOUSE'S RELIGION HAS AN OFFICIAL POSITION IN REGARD TO THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES _____ NO __✓__ If yes, what position has it taken?

Does this conflict with your own personal feelings regarding the death penalty?

50a. DO YOU AND YOUR SPOUSE HAVE CONFLICTING BELIEFS REGARDING THE USE OF THE DEATH PENALTY AS A PUNISHMENT FOR CRIME? YES _____ NO __✓__
If yes, how do they conflict?

51. DO YOU BELIEVE THAT THE DEATH PENALTY IS NOW BEING, OR HAS IN THE PAST BEEN, APPLIED IN A RACIALLY DISCRIMINATORY MANNER? YES __✓__ NO _____
PLEASE EXPLAIN: *Usual the poor can not afford a good attorney to defend them, and the court appointed quite often do not have experience, therefore more poor folks are found guilty.*

52. DO YOU HAVE ANY MORAL, RELIGIOUS, OR PERSONAL BELIEFS THAT WOULD PREVENT YOU FROM RETURNING A VERDICT WHICH WOULD ULTIMATELY RESULT IN THE EXECUTION OF ANOTHER HUMAN BEING? YES _____ NO __✓__
If yes, please explain:

52a. IF A SENTENCE OF LIFE WITHOUT THE POSSIBILITY OF PAROLE IS AN OPTION, COULD YOU NEVERTHELESS RECOMMEND A SENTENCE OF DEATH?
YES __✓__ NO _____
Please explain:

52b. DO YOU BELIEVE THAT AN INNOCENT PERSON HAS EVER BEEN EXECUTED FOR A CRIME IN THE UNITED STATES IN THE LAST 20 YEARS? *yes*

Exhibit 42 - 10

53c.   DO YOU KNOW OF ANY CASES WHERE THE GOVERNMENT SOUGHT THE DEATH PENALTY AT TRIAL AND WAS UNSUCCESSFUL?
YES _✓_   NO ____
IF YES, HOW DID YOU FEEL ABOUT THE OUTCOME OF THE CASE?
*The evidence was not presented to jury to support case of death.*

## PERSONAL

53.   DO YOU OR THE MEMBERS OF YOUR IMMEDIATE FAMILY OWN A PET(S).
If so, what kind? *No*

54.   WHAT KIND OF VEHICLE DO YOU DRIVE? *Maximum -*
WHAT KIND OF VEHICLE DOES YOUR SPOUSE DRIVE? *Catrath cadilac*

55.   To which civic clubs, societies, professional associations, or other organizations do you belong? Please indicate offices held, if any:
*Nurse & Executive*
*ONE*
*Neighborhood Advisory Council*
*Lake Como Area Council*

56.   Do you contribute money or services to any charitable organization? If so, please describe: *United Way + Boy + Girl Club*

57.   Are you or your spouse a member of (Or have you ever been a member of) any neighborhood, local, state, or nationwide crime prevention watch organization? YES _✓_   NO ____
If yes, please describe: *Citizen on Patrol*

58.   WHAT ARE YOUR HOBBIES? *Reading*

59.   DO YOU SUBSCRIBE TO AND/OR REGULARLY READ A NEWSPAPER?
YES _✓_   NO ____   If yes, which one(s): *Star Telegram*

60.   WHAT ARE YOUR FAVORITE MOVIES? *Sisters, act I + II, Air force one, Waiting to Exhale*

**Exhibit 42 - 11**

61. WHAT ARE YOUR FAVORITE TELEVISION SHOWS, OR WHICH SHOWS DO YOU REGULARLY WATCH? *Wheel of Fortune, CNN, Boston Martin, Becker, West Wing, Diagnosis Murder Martin, The Practice*

62. WHAT WAS THE LAST BOOK YOU READ? *Ransom*

63. WHAT IS YOUR <u>LEAST</u> FAVORITE TYPE OF READING MATERIAL? *Romance, + fiction, + suspense*

64. HAVE YOU EVER READ A BOOK ABOUT A MURDER TRIAL?  YES ____  NO ✓
Which book or trial? _____

65. WHAT IS YOUR FAVORITE RADIO STATION? *K 107.5*

66. DO YOU SUBSCRIBE TO OR REGULARLY READ ANY MAGAZINES?
YES ✓  NO ____
If so, which one(s)? *Ebony + Times*

67. Have you ever written a letter to the editor? YES ____ NO ✓
If so, about what subject? _____

68. Do you or have you displayed a bumper sticker on your car?
YES ____ NO ✓
If yes, what was the message: _____

69. HAVE YOU EVER BEEN OPPOSED TO ANY GOVERNMENT ACTION?
YES ✓  NO ____
If so, did you express your opposition? Yes ✓   No ____
How? *Wrote letters to my senator + state representative*

70. Have you ever owned personalized licensed plates?  YES ____  NO ✓ If yes, what was the message: _____

71. LIST FIVE INDIVIDUALS WHO ARE PUBLICLY KNOWN WHOM YOU MOST RESPECT: *Mike Moncrief, Kay B Hutcheson, Martin L King, Micheal Jordan, Barbara Jordan, Ethel Kennedy*

**Exhibit 42 - 12**

72.  HAVE YOU, A FAMILY MEMBER OR CLOSE FRIEND EVER HAD A BAD EXPERIENCE WITH A PERSON OF ANOTHER RACE?   YES ✓   NO _____   If yes, please explain:

~~I have to~~ I do not believe the race had anything to do with the bad experience, but I was fired by someone of another race. No more than been seated at back of resturants + call the N word a few times.

**Exhibit 42 - 13**

# CRIMINAL JUSTICE SYSTEM/LAW ENFORCEMENT

73. HAVE YOU, YOUR SPOUSE, ANY FAMILY MEMBER, OR CLOSE FRIEND EVER BEEN ACCUSED, ARRESTED, INDICTED, CHARGED BY ANY MEANS, OR CONVICTED (including probation, deferred adjudication, conditional discharge, etc.) OF A CRIME OTHER THAN A TRAFFIC TICKET?    YES ✓    NO _____

If yes, please give details: *A brother convicted for drug possession, also my spouse convicted for drug possession.*

74. HAVE YOU, YOUR SPOUSE, OR ANY FAMILY MEMBER EVER USED THE SERVICES OF AN ATTORNEY FOR ANY REASON?    YES ✓    NO _____

If yes, please give details and name of attorney: *I was not I do not know my husband attorney, this occurred before we married.*

75. DO YOU, YOUR SPOUSE, OR ANY FAMILY MEMBERS KNOW OR HAVE ANY FRIENDS WHO ARE ATTORNEYS?    YES ✓    NO _____

If yes, please give attorneys' names and the types of practice they have: *Kaye de Walt - ass't D.A. - Houston + now work for Houston I SD.*

76. WHAT IS YOUR IMPRESSION OF PROSECUTORS IN GENERAL? *There are good + bad prosecutors that will go to the extreme to win a case.*

77. WHAT IS YOUR IMPRESSION OF CRIMINAL DEFENSE ATTORNEYS IN GENERAL? *There are good + bad defense attorneys that work very hard for their clients.*

78. PLEASE INDICATE WHICH OF THE FOLLOWING YOU BELIEVE WOULD BE THE GREATER WRONG:

_____ For a jury to find a guilty person "not guilty;"
___✓___ For a jury to find an innocent person "guilty."

79. PLEASE RANK IN ORDER OF IMPORTANCE TO YOU THE FOLLOWING PURPOSES FOR PUNISHMENT IN A CRIMINAL CASE:

__(1)__ Punishment/retribution
__(3)__ Deterrence/prevention
__(2)__ Rehabilitation/reform

**Exhibit 42 - 14**

80.  Do you know anyone who has been in jail, or who has been to prison, or who is in prison?
YES ✓ NO ____
If yes, please give details: *My brother is in prison.*

81.  Have you or any member of your family ever been associated or worked with any program involved with the prevention of crime, the apprehension or punishment of offenders, or the rehabilitation of persons convicted of a crime? YES ____ NO ✓ If yes, please give details: ____

82.  Have you, your spouse, any family member or close friend ever been the victim of a crime, a witness to a crime, or been interested in the outcome of any criminal case (either personally or through the media)?
YES ____ NO ✓   If yes, please give details: ____

83.  Have you ever been to any of the Federal, State, or County courthouses before?
YES ✓ NO ____
If yes, for what reason: *Served on a jury in State court*

84.  Have you ever used the services of the United States Attorney's office or any other prosecutor's office (for example: hot checks, child support)?
YES ✓ NO ____
If yes, please give details: ____

85.  HAVE YOU OR YOUR SPOUSE EVER SERVED ON A GRAND JURY?
YES ✓ NO ____
If yes, please give details: *State court grand jury*

86.  HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CIVIL CASE?
YES ✓ NO ____              If Yes, please provide the following information:
Who (i.e. you) your spouse, or both)? *Me*              When? *1980th*
What type of case? *Back Injuries* Were you/spouse the foreperson? Yes ✓ No ____
What Court was it in? *Civil*              Did the jury assess damages? Yes ____ No ✓
Is there anything about your/your spouse's experience as a juror in that case which would affect your service in this case? Yes ____ No ✓ If yes, please give details: ____

**Exhibit 42 - 15**

87. HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CRIMINAL CASE?
YES _✓_ NO _____        If Yes, please provide the following information:
Who (i.e. you, your spouse, or both)? _me_____ When? _In the late 80_
What type of case? _Injury to Child___ Were you/spouse the foreperson? Yes ____ No _✓_
What Court was it in? _State_____ Did the jury reach a verdict? Yes _✓_ No ____
What was your verdict? _Not guilty ~~state~~ due to insanity_
Was the jury called upon to assess punishment? Yes ____ No _✓_
What was the punishment assessed: _____
Is there anything about your/your spouse's experience as a juror in that case which would affect
your service in this case?    Yes _____    No _✓_    If yes, please give    details:
_____
_____

88. HAVE YOU, YOUR SPOUSE, A RELATIVE OR CLOSE FRIEND, PRESENTLY OR IN THE
PAST, BEEN A MEMBER OR EMPLOYEE OF A LAW ENFORCEMENT AGENCY OR
ORGANIZATION? (Example: city, county, state or federal police officer; constable; deputy
sheriff; ranger; Texas Department of Public Safety officer; auxiliary or reserve of any such
organization or agency?) If so, please give name and describe: _N/a_____
_____
_____
_____

89. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER APPLIED FOR A
JOB IN LAW ENFORCEMENT? If so, please describe: _No_____
_____

90. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER BEEN
CONNECTED WITH LAW ENFORCEMENT IN ANY OTHER WAY?
If so, please describe: _Nr_____
_____
_____

91. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER STUDIED LAW?
YES _✓_ NO ____ If yes, please give details: _Neice is a lawyer_
_____
_____

92 HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER HAD AN
UNPLEASANT EXPERIENCE INVOLVING LAW ENFORCEMENT?
YES _____ NO _✓_ If yes, please give details: _____
_____

**Exhibit 42 - 16**

93. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER WORKED AS A SECURITY GUARD OR FOR A SECURITY SERVICE?   If so, please give details:

_No_

94. Do you have any strong personal feelings about law enforcement in general, or police officers in particular?     YES _____  NO _✓_
If yes, please explain: _____

95. What is your personal opinion about the criminal justice system and the way it works? _The system works best when there both lawyers are competent one for the defense + the prosecutor_

95a   What is your opinion of plea bargaining? _This is part of system that seems to work._

95b   Do you believe the testimony of an accomplice to a violent crime is generally reliable?
Yes _✓_ No _✓_, Please explain. _Depend on the circunstances + what is in it for the accomplice._

95c   Do you believe that the testimony of witnesses that have admitted committing crimes and who have entered plea agreements with the government calling for the possibility of leniency for their assistance is generally reliable?   Yes _____. No _✓_
Please explain _____

96. Do you believe that there are any changes which we could make in our criminal justice system which would make it more efficient in dealing with the problem of crime?   Yes _✓_ No ___
If so, what changes could be made? _Ensure correct the public defense lawyers are competent + have experience. Do a serbious investigation to identify the guilty party._

97. Do you believe that trial by jury is the best system for the trial of criminal cases?
YES _✓_ NO ___   What factors about the jury trial system make you feel this way? _If the defense lawyer is prepared to defend the client._

98. Do you believe the question of punishment, once a person has been found guilty of a crime, should be decided by a judge or by a jury? _Jury_

**Exhibit 42 - 17**

99. Do you believe that the death penalty should be assessed by a judge or by a jury? _*jury*_
Why do you believe this method is more appropriate? _*Usually the jury has not been involved in many cases like the judge & they should be able to weigh the facts & make a decision.*_

100. Do you believe that a person who is charged with committing a violent crime should be allowed to be released from custody on a reasonable bail pending the trial of that case? _*~~no~~ Yes, if this crime was in self defense & this is the first crime.*_

101. Do you believe that most people charged with having committed a crime are actually guilty of that crime? _*No, not until all facts are presented.*_

102. Do you believe that most eyewitnesses to violent crimes are generally reliable in their recollections of the facts? _*No,*_

103. HAVE YOU EVER BEEN ACCUSED OF DOING SOMETHING THAT YOU DID NOT DO?
If yes, please explain: _*No*_

104. HAVE YOU EVER VISITED INSIDE A PRISON OR A JAIL? YES _✓_ NO ___
If yes, what was your impression? _*Not a place I would want to be in.*_

105. Do you believe our penal system is ever successful in rehabilitating/reforming persons convicted of crime? YES ____ NO _✓_
Please explain your answer: _____

106. Do you believe that innocent people ever actually get convicted of crimes? _*yes*_

107. Do you believe that there is more, less, or about the same amount of violent crime in your community as there was ten years ago? _*less*_
If you believe there is _more_ or _less_ crime now, for what reason do you believe there has been a change? _*The citizen becomming involved in the citizen on patrol programs*_

**Exhibit 42 - 18**

## CASE SPECIFICS

108.   DO YOU KNOW OR BELIEVE YOU KNOW, ANYTHING ABOUT THE FACTS OR PURPORTED FACTS OF THIS CASE, EITHER FROM THE NEWSPAPER, TV OR OTHER SOURCES? _No_ If so, what facts or purported facts and from what source (be as specific as possible--include information about all publicity related to this case to which you have been exposed):

108a   Did you know Rudolfo Resendez or any of his family members during his lifetime? Yes _____ No _✓_. If yes, in what capacity? _____

108b   Did you know Juan Reyes or any of his family members during his lifetime? Yes _____ No _✓_. If yes, in what capacity? _____

108c   Did you know Johnny Shelton or any of his family members during his lifetime? Yes _____ No _✓_. If yes, in what capacity? _____

108d   Have you ever been to Dermott, Arkansas?  Yes _____ No _✓_. If yes, why, when and how long were you there? _____

109.   DO YOU KNOW OR HAVE YOUR HEARD OF EITHER OF THE DEFENSE ATTORNEYS IN THIS CASE, Wes Ball or Jack Strickland?  YES _____  NO _✓_ If yes, how do you know them or what have your heard about them?

110.   DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE PROSECUTORS IN THIS CASE, Fred Schattman or Reed O'Connor ? YES _____  NO _✓_ If yes, how do you know them or what have your heard about them?

111   DO YOU KNOW OR THINK YOU MIGHT KNOW THE DEFENDANT IN THIS CASE, JULIUS OMAR ROBINSON, OR ANY OF HIS FAMILY?  YES _____  NO _✓_

**Exhibit 42 - 19**

If yes, in what capacity? _____

_____

112.. DO YOU KNOW JUDGE TERRY R. MEANS OR ANY OF THE COURT PERSONNEL?
YES _____ NO _✓_ If so, please list their names and in what capacity you know them:

_____

_____

113. DO YOU KNOW RICHARD STEPHENS, THE UNITED STATES ATTORNEY FOR THE
NORTHERN DISTRICT OF TEXAS, OR ANY OTHER MEMBERS OF HIS STAFF?
YES _____ NO _✓_ If so, please list their names and in what capacity you know them:

_____

114. DO YOU KNOW ANY OF THE OTHER PROSPECTIVE JURORS IN THIS CASE?
YES _____ NO _✓_ If so, please list their names and in what capacity you know them:

_____

_____

_____

115. DO YOU CURRENTLY HAVE ANY PERSONAL PROBLEMS THAT WOULD PREVENT
YOU FROM GIVING YOUR FULL ATTENTION TO THE TESTIMONY DURING THE
TRIAL? YES _____ NO _✓_ If yes, please explain: _____

_____

_____

116. If you have any plans to be out of the Fort Worth area during February and/or early March 2002,
please indicate the dates and the reason for your absence:

_____

_____

_____

117. How do you feel about being asked to answer the questions contained in this juror information
sheet?
*I know you need information, but this is a little much to ask of ~~person~~ someone.*

118. Have you, from any source, formed an opinion in this case? Yes _____ No _✓_
If yes, please explain what opinion you have: _____

_____

_____

119. Do you want to serve as a juror in this case? Yes _____ no _✓_ please explain: _____
*To decide where a person live or die is not something I am excited about doing. If possible I would like to not have this experience.*

**Exhibit 42 - 20**

120    Is there any information about you which you feel the judge and the attorneys should know in reference to your ability to serve as a juror in this case that has not been set forth above?
Yes _____ no _✓_
If yes, please explain: _____

_____

_____

121.    Do you believe that there may be any reason why it would be difficult or impossible for you to be completely fair and impartial in this case? _____ *No* _____ if so, what reason is there?

_____

_____

**Exhibit 42 - 21**

122. Do you know or have you heard of any of the following potential witnesses in this cause; if so, please circle their name(s):

## GOVERNMENT'S WITNESSES

1. Tim McAuliffe
2. Ben Lopez
3. Brian Finney
4. Andrew Merlino
5. Jamilla Camp
6. Leteisha Barnett
7. Jason Gehring
8. Dakari Warner
9. Carmen Byrd
10. Nathan Henderson
11. Luis Patino
12. Wendy Patino
13. Nicholas Marquez
14. Raul Patino
15. Vivian Clinkscales
16. Willie Mae Merritt
17. Anita Brown
18. Yolanda Reyes
19. Marcus Robinson
20. Brandi Scales
21. Paulino Toscano
22. Sheila Spotswood, M.D.
23. Terry Weber
24. Juan Hinohosa
25. Sgt. Bassinger
26. Linda Crum
27. Umberto Resendez
28. Isaac Rodriguez
29. Alfred Garcia
30. Arlia Cheater
31. Robert Cheater
32. Jerry Robinson
33. Detective David Rivers
34. Leon Jenkins
35. Maria Reyes
36. Robert Plummer
37. Officer Richards
38. Toy Payne
39. Investigator R.A. Pope

**Exhibit 42 - 22**

40.    Dr. Guileyardo
41.    Dr. Ross
42.    Dr. Townsend-Parchman
43.    Dr. Joni McLain
44.    Dr. Barnard
45.    Dr. Joseph Prahlow
46.    Dr. Charles Odom
47.    Derrick Frazier
48.    Roderick Fridia
49.    Johntan Smith
50.    Dettective Danny Muniz
51.    CSSU Daniel Wojcik
52.    CSSU Donald Whitsitt
53.    CSSU Daniel Cannon
54.    Jerrell Gardner
55.    Donald Ray Britton
56.    Rodney O'Neal Wilson
57.    Cheryl Chappel
58.    Quinton Knox
59.    Sheila Shelton
60.    Mark A. Johnson
61.    Phillip E. Jones
62.    Tyrone Bryant
63.    Hendrick Ezell Tunstall
64.    Dr. Marc Krouse
65.    Dr. Nizam Peerwani
66.    Dr. Sissler
67.    Dr. Konzelmann
68.    J. Randy Owen
69.    Haitham Jabsheh
70.    Anita Bonds
71.    Clifford Rogers
72.    Andy Farrell
73.    Larry Taylor
74.    Paul Escamillo
75.    Edvette Russell
76.    Michael Williams
77.    Lisa Hernandez
78.    Crystal Mancilla
79.    Shannon Vega
80.    Ron Fazio
81.    Misty Grounds
82.    Shanita Tarvette Lewis
83.    Kiesha Johnson
84.    Dorothy Hodges

**Exhibit 42 - 23**

85.    Selena Carter
86.    Jennifer Edwards
87.    Lindsey Hoy
88.    Richard Smart
89.    Cantrall Huggins
90.    Jewell Ewing
91.    Myesha Harmon
92.    Dalia Davidson
93.    Trooper Brian Sturgill
94.    LaQuita Delasbour
95.    Lynn Griffin
96.    Tom Ekis
97.    Max Courtney
98.    Richard Dawes
99.    Karla Davis
100.    Raymond E. Cooper
101.    T.L. Armstrong
102.    Leslie May
103.    Herschel Tebay
104.    Stephen Hester
105.    Paul DesCamps
106.    Ray Perez
107.    Michael Kropff
108.    Richard Clough
109.    Stephen Farrow
110.    Kevin Brown
111.    Perry Moore
112.    Dale Malugani
113.    Ray Hinojosa
114.    Terry Tabor
115.    Richard Martinez
116.    Bill Vivoni
117.    Daniel Garza
118.    Rico Lucero
119.    Leslie Tate
120.    Vince Ramsour
121.    James Malloy
122.    Nancy Gilchrest
123.    Dan Poe
124.    Jeff Rogers
125.    Bob Calhoun
126.    Dan Goss
127.    Stephanie Stanley
128    Mindy Price
129.    A.J. Reed

**Exhibit 42 - 24**

130. R.C. Adams
131. Robert Durko
132. Tim Pinckney
133. Tony Folkers
134. Kirk Dunlop
135. Jerry Wenzel
136. Gregory Cuppett
137. Stephanie Pearson
138. Mark Cox
139. Task Force Agent Thomas Vohsen
140. Frank Christopher
141. Andrew Christopher
142. Tim Heller
143. Tony Dyess
144. TFO Barry Ragsdale
145. Scott Giovanelli
146. Troy Lee Simpson
147. Victor Jiminez
148. Vic Routh
149. Juan Villareal
150. Joe Mata
151. Tim Gilpin
152. Kim Sanders
153. Tony Rivera
154. Matthew Fihlman
155. Anthony Shell
156. Frank Cook
157. Mike Hodges
158. Charmane Camp
159. Special Agent Michael R. Weir
160. Gerardo Briones
161. Carlos Aponte
162. William Claus
163. Patricia Fernandez
164. Ignacio Aranda
165. Wilberto Hernandez
166. Mary Lu Martinez
167. Vince Edsall
168. Richard Mendez
169. Dwayne Birton
170. N. Jeniece Heggins
171. Tim Starmer
172. Ryan Black
173. Dennis K. Pridgen
174. Claybion Cloud III

Juror Questionnaire

25

**Exhibit 42 - 25**

175. Jeanna Oxenham
176. Darin Marcinkiewicz
177. Jody Augsberger
178. Jeanne D. Wilkins
179. Trooper Brian Wworley
180. Sgt. David Beasley
181. Iris Wade
182. Dawn Wallace
183. Takenya Weston
184. Reginald Kinchen
185. Angie Franco
186. Kimball Hardeman
187. Joey Branch
188. Troy Pitcock
189. Trooper Bruce Dalme
190. Lidelle Kendrick
191. Collin Hill
192. Tommy Ballentine
193. Andrew Jeager
194. Cody Elliott
195. Javier Aguilar
196. Angela Leach
197. Jennifer White
198. Sean Sowards
199. Jennifer Nelson
200. Kimberly Johnson
201. Brian Newell
202. Tommy Sawyer
203. Howard Ringer
204. Michael Pines
205. Chief Carl McCree
206. Bobby Robinson
207. Trooper J.D. Abernathy
208. Brenda Anderson
209. Jim Harris
210. Terrence Holimon
211. Timothy Caldwell
212. Sandra Ramsey
213. Steve Thomas
214. Deputy Andrew Hawks
215. Vicki Anderson
216. Sherry Alsbury
217. John McLemore
218. Phil Foster
219. Daria Hogg

**Exhibit 42 - 26**

220. Jeff Green
221. Earl Hewitt
222. Detective Gary Sodoma
223. Detective Quinn Turner
224. Officer Peeler
225. Ginger Courtney
226. Officer Ryan Eastlick
227. Officer Glenn Norwood
228. Dennis Craig
229. Ozla Ann Tucker

## DEFENDANT'S WITNESSES

1. John Turner
2. Misty Grounds
3. Michael S. Poche
4. Fanisha Hill
5. Detective Karney
6. Hendrick (Hank) Tunstall
7. Isaac Rodriquez
8. Robert Henry
9. Margaret Holiman
10. Rosa Mae Robinson (Holiman)
11. Betty Britt
12. Lynette Wolfe
13. Sgt. Michael Wolfe
14. Kim Burnett
15. Michelle Washington
16. Katrina Washington
17. Cassandra Washington
18. Arlin Cheeter
19. Richard Smart
20. Jerry Robinson
21. Sheila Spotswood, M.D.
22. Jerell Gardner
23. Dakari Warner
24. Nicolas Marquez
25. Wendy Patina
26. Raul Patina
27. Chris Gant
28. Detective Crum

**Exhibit 42 - 27**

29.    Victoria Nieto
30.    Yolanda Reyes
31.    Rodney Tilley
32.    Jason Barrett
33.    Polino Toscano
34.    Mike Aginada
35.    Marc Krouse, M.D.
36.    Ronald Fazio
37.    Detective Osegara
38.    Shannon Vega
39.    Benjamin Garcia
40.    Tim McAuliffe
41.    Ben Lopez
42.    Brian Finney
43.    Andrew Merlino
44.    Daniel McCauley
45.    S.G. Sabolchick
46.    John Holimon
47.    Josephine Holimon
48.    Willie White
49.    Eddy Peach
50.    Correctional Officer Wagner
51.    Correctional Officer Logan
52.    Correctional Officer Gibson
53.    Shanita Lewis
54.    LaToya Logan
55.    Travis Dixon
56.    Terrance Holimon
57.    Jamila Camp
58.    Spyra Holimon
59.    Mark Cunningham

**Exhibit 42 - 28**

DIRECTIONS: Below, you will find a number of statements expressing different attitudes toward the Death Penalty. Place a check in one of the spaces next to each statement indicating your agreement and/or disagreement with the statement.

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | Statement |
|---|---|---|---|---|---|---|---|
| A. | | | | ✓ | | | The death penalty is wrong. |
| B. | | | | | | ✓ | The death penalty is the best crime preventative. |
| C. | | | | ✓ | | | The death penalty is absolutely never justified. |
| D. | | | ✓ | | | | I think the death penalty is necessary. |
| E. | | ✓ | | | | | I wish the death penalty were not necessary. |
| F. | | | | ✓ | | | Any person (man or woman, young or old) who commits murder should pay with his own life. |
| G. | | | ✓ | | | | The death penalty cannot be regarded as a sane method for dealing with crime. |
| H. | | | | ✓ | | | The death penalty is wrong, and it is unnecessary even in our imperfect civilization. |
| I. | | | | | | ✓ | The death penalty has never been effective in preventing crime. |
| J. | | ✓ | | | | | We must have the death penalty for some crimes. |
| K. | | | | ✓ | | | I think the return of the whipping post would be more effective than the death penalty. |
| L. | | | | ✓ | | | The death penalty is not necessary to modern civilization. |
| M. | | | ✓ | | | | Life imprisonment is more effective than the death penalty. |

**Exhibit 42 - 29**

Case 4:00-cr-00260-Y Document 2335 Filed 11/30/05 Page 31 of 32 PageID 6307

**Exhibit 42 - 30**

| | Strongly Agree | Agree | Slightly Agree | Slightly Disagree | Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| N. | | | | | ✓ | | Execution of criminals is a disgrace to a civilized society. |
| O. | | | ✓ | | | | The death penalty gives the criminal what he deserves. |
| P. | | | | | ✓ | | The State cannot teach the sacredness of human life by destroying it. |
| Q. | | | | | ✓ | | It doesn't make any difference to me whether we have the death penalty or not. |
| R. | | ✓ | | | | | The death penalty is justified only for premeditated murder |

DIRECTIONS: Please mark the blank that best corresponds with your opinion as to each of the following statements.

| | Strongly Agree | Slightly Agree | Agree | Disagree | Slightly Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| a. | | | | ✓ | | | Black males commit most of the violent crimes in our society. |
| b. | | | | ✓ | | | Today's welfare society is the major cause of crime. |
| c. | | | | | | ✓ | People in prison live a better-quality life than most of the taxpayers who support their lifestyle. |
| d. | | | | | | ✓ | Death by lethal injection is too good/easy for people convicted of capital murder. |
| e. | | | | ✓ | | | There are too many technicalities in the law that allow guilty people to go free. |
| f. | | | | | ✓ | | The law should concern itself more with victims of crime than with those accused /convicted of crimes. |
| g. | | | | | | ✓ | Police officers must be obeyed without question because they have society's best interests at heart. |

Case 4:00-cr-00260-Y   Document 2335   Filed 11/30/05   Page 32 of 32   PageID 6608

**Exhibit 42 - 31**

| | Strongly Agree | Slightly Agree | Agree | Disagree | Slightly Disagree | Strongly Disagree | |
|---|---|---|---|---|---|---|---|
| h. | | | | | | ✓ | It is not wrong to lie if it is for a good reason. |
| i. | | | | ✓ | | | Only a guilty person would object to a warrantless search of their home, car, or person. |
| j. | | | | | | ✓ | People sentenced to prison do not serve any significant portion of their punishment. |
| k. | | | ✓ | | | | Parolees are the major cause of crime in today's society. |
| l. | ✓ | | | | | | It is morally wrong to be racially prejudiced. |
| m. | | | ✓ | | | | Black people who kill white people have received harsher punishment in the past than blacks who kill blacks. |
| o. | | ✓ | | | | | The high incidence of violent crime in the United States is largely attributable to the fact that this country is a "melting pot" for different cultures, races, and religions. |
| p. | | | | ✓ | | | Eyewitness testimony is the strongest evidence that could be offered to prove who committed a crime. |
| q. | | | | ✓ | | | Minorities blame too many problems on racial discrimination. |

## DECLARATION

I declare under penalty of perjury that the information I have provided in this Juror Information Sheet is true and correct.

Executed on ___*Jan 25, 2007*___
   (Date)

___*Dorothy DeBose*___
Juror's Signature