## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

---

## EXHIBIT NUMBER 43

**SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION
AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

---

## DECLARATION OF EDDY PEACH

I, Eddy Peach, declare as follows:

1.      I am the Head Coach for Lamar High School's football program.  I first saw Julius Robinson play football at Nichols Junior High.  He eventually played football at our school.  Lamar has several feeder schools and we, the coaches, visit them to look for potential players.  When Julius was attending school, the ninth grade was still part of the junior high schools.  It is now the first year of high school.

2.      There are three hundred kids in the football program.

3.      The football program is rigorous and demanding.  Julius was always at the school and did everything we asked him to do in terms of his work out and preparation for playing.  He had to work extremely hard and had to make sacrifices in order to play.  Julius was no different from any other kid in the program, it is understood that they have to really work at it and it is difficult, but Julius was a good athlete.

4.      I never had contact with Julius's parents.  Julius did not talk about his home life.  I did glean that Julius had a difficult home life from remarks other kids made and some off hand comments made by Julius.


EP

1

**Exhibit 43 - 1**

5.    An investigator contacted me in regards to Julius's case.  I testified in court a short time after I was contacted, perhaps a couple of weeks later.  I spoke with the investigator one time and did not speak with the attorneys before testifying.

I declare under penalty of perjury under the laws of the United States of America this 2⁄ day of November, 2005, at Arlington, Texas.

_____
Eddy Peach

2

**Exhibit 43 - 2**