**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF TEXAS**

**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **JULIUS ROBINSON** | : | **United States District Judge** |

---

**PROOF OF SERVICE RE: EXHIBITS (VOLUMES 1 AND 2) SUBMITTED IN
SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND
RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

---

DATED:  November 30, 2005

| | |
|---|---|
| MICHAEL B. CHARLTON | MARIA E. STRATTON |
| Attorney at Law | Federal Public Defender |
| | SEAN K. KENNEDY |
| | Deputy Federal Public Defender |

| | |
|---|---|
| s/ Michael B. Charlton | s/ Sean K. Kennedy |
| Law Office of Michael B. Charlton | Federal Public Defender's Office |
| P.O. Box 1964 | 321 East 2nd Street |
| El Prado, New Mexico 8759 | Los Angeles, California 90012 |
| Telephone: (505) 751-0515 | Telephone: (213) 894-5063 |
| Facsimile: (505) 751-1133 | Facsimile: (213) 894-0081 |
| E-mail: mike@charlton-legal.com | E-mail: sean_kennedy@fd.org |
| Attorney for Defendant, | Attorney for Defendant, |
| JULIUS ROBINSON | JULIUS ROBINSON |

## CERTIFICATE OF SERVICE

I, Jesse Wallis, hereby certify that on November 30, 2005, I electronically filed the **EXHIBITS (VOLUMES 1 AND 2) SUBMITTED IN SUPPORT OF MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

ANGIE L. HENSON
Assistant United States Attorney
U.S. Attorney's Office
Burnett Plaza
801 Cherry Street
Suite 1700
Fort Worth, Texas 76102-6882
Telephone: (817) 252-5234
Facsimile: (817) 978-6381

I, Jesse Wallis, hereby certify that on November 30, 2005, I served the document described

above by mailing a copy to the following individuals:

ANGIE L. HENSON                     JULIUS OMAR ROBINSON
DOUGLAS A. ALLEN                    BOP NO. 26190-177
FREDERICK M. SCHATTMAN              USP - Terre Haute
Assistant United States Attorneys   P.O. Box 33
U.S. Attorney's Office              Terre Haute, Indiana 47808
Burnett Plaza
801 Cherry Street
Suite 1700
Fort Worth, Texas 76102-6882
Telephone: (817) 252-5234
Facsimile: (817) 978-6381


                    s/  Jesse Wallis
                    JESSE WALLIS




3