IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL No. 4:00-CR-260-Y |
| | § | [CIVIL NO.4:05-CV-756-Y] |
| VS. | § | **Death-Penalty Case** |
| | § | |
| JULIUS OMAR ROBINSON (2) | § | |

<u>ORDER ASSIGNING CASE TO ELECTRONIC CASE FILING</u>

The Court has decided that this case and all civil cases on the "Y" docket will be enrolled in the Court's Electronic Case Filing ("ECF") system.

Accordingly, it is **ORDERED** that the above-referenced case is hereby **ENROLLED** in the ECF system.[1]

It is further **ORDERED** that, within ten days of the date of notice of this order, all counsel of record who have not already completed the following steps shall:

1.   Print and review Miscellaneous Order Number 61;

2.   Print and review the Administrative Procedure Manual;

---

[1] This order does **not** apply to the following:

(1)   **pro se, prisoner litigants** (and thus a copy of any document filed electronically in a case involving a pro-se prisoner litigant must be served on the prisoner via the non-electronic methods authorized by Federal Rule of Civil Procedure 5);

(2)   the filing of the **state-court record** in cases involving the pursuit of habeas relief under 28 U.S.C. § 2254 (thus, the state-court record must be filed by conventional, non-electronic means);

(3)   the filing of the **administrative record** in cases seeking judicial review of a decision of the Commissioner of Social Security under 42 U.S.C. § 405(g) (thus, the administrative record must be filed by conventional, non-electronic means); and

(4)   the filing of **sealed documents** (thus, all documents required by local civil rule 79.3(a)(2) must be filed by conventional, non-electronic means, including the motion to seal (this constitutes a modification to paragraph III(B) of the CM/ECF Civil and Criminal Administrative Procedures Manual)).

3.   Complete the online Attorney Tutorial for ECF Training;

4.   Print and review the User Guide; and

5.   Complete the Attorney/User Registration Form and forward it to the clerk's office.  Once you have received your login and password, you are registered for electronic filing in all divisions and do not need to submit registration forms for any other cases filed in the Northern District of Texas in which you are or become an attorney of record.

This information is located on the Court's website at:

http://www.txnd.uscourts.gov/filing/ecf.html

Questions regarding **registration** for the ECF system should be directed to **Autumn Yarnell, ECF Administrator, at 214-753-2160** or the **Fort Worth Help Desk at 817-850-6733** or **1-800-240-7240**.

It is further **ORDERED** that counsel in this case who have not already registered for notice by electronic transmission (e-mail) of all matters filed with the district clerk shall do so within ten days of the date of notice of this order.  Information about how to register for electronic noticing can be found on the Court's website at http://www.txnd.uscourts.gov/records/ens.html.

It is further **ORDERED** that:

1.   The electronic record will be the official court record in this case;

2.   This case will be governed, unless otherwise ordered, by Miscellaneous Order 61, the CM/ECF Civil and Criminal Administrative Procedures Manual, and the CM/ECF User Guide;

3.   Questions regarding **filing** under the ECF system should be directed to **Bob Barnes at**

**817-850-6612** or the **Fort Worth Help Desk at 817-850-6733** or **1-800-240-7240**;

4.  A paper copy of each document filed electronically must be delivered to the clerk's office within three days of the electronic file date. **The paper copy must be marked "Judge's Copy," must have a copy of the Notice of Electronic Filing[2] for that document affixed to the front of the copy, and must be submitted in the form otherwise required by the local rules for conventional filings;[3]**

5.  Local civil rule 15.1 will not apply to this case. The following shall apply instead:

      A party who electronically moves for leave to file an amended pleading must electronically attach the proposed amended pleading as an exhibit to the motion for leave. The party so moving must also comply with paragraph 4, above, with respect to such motion and attach-ment. If the motion for leave is granted, the moving party will be ordered to electronically file the amended pleading within a time certain.

6.  Local civil rule 7.1(c) is modified in that proposed orders must be electronically submitted with **every** motion in WordPerfect or Word format. These orders must be submitted on the ECF system simultaneously with the filing of the motion.

It is further **ORDERED** that Plaintiff serve a copy of this order on Defendant(s) with service of process. If process has already been served, Plaintiff is ORDERED to serve, within five

---

[2] The Notice of Electronic Filing will be automatically received by the filer of each document upon the completion of the electronic filing procedure.

[3] The Court will not begin its consideration of the document until receipt of the paper copy.

days of receipt of this order and in accordance with Federal Rule of Civil Procedure 5(b), a copy of this order on any Defendant who has not yet filed a response to Plaintiff's complaint.

SIGNED December 13, 2005.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/be
[07-05-05]