CT & R Smith

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

DEC 19

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | X | |
| | X | |
| **V** | X | **CAUSE NO. 4:05-cv-756-Y** |
| | X | **(DEATH PENALTY CASE)** |
| **JULIUS ROBINSON** | X | |

4:00CR 260-Y

**MOTION TO OBTAIN TRIAL COUNSEL'S CJA PAYMENT REQUEST  FORMS**

**AND ACCOMPANYING WORKSHEETS**

Julius Robinson, the defendant in this cause and petitioner in an action for writ of habeas

corpus asks this Court to enter an order compelling the District Clerk for the Fort Worth Division

of the Northern District of Texas to copy and make available to the undersigned counsel the CJA

payment request forms of trial counsel, Jack Strickland and Wes Ball and their investigator Bruce

Cummngs, together with the supporting worksheets, for the following reasons:

I.

**CERTIFICATE OF CONFERENCE**

Counsel has conferred with Susan Cowger of the United States Attorney's Office.

Because the issue concerns ex parte documents between defense counsel and the Court, she takes

no position on whether they should be disclosed.

II.

Mr. Robinson is a inmate convicted in this Court and sentenced to death.  The

undersigned counsel have been appointed to represent Mr. Robinson.

The Motion to Vacate the Sentence of Death under 28 USC section 2255 has been filed

with the Court and, among its allegations, are two alleging ineffective assistance of trial counsel

based on their failure to investigate.  Mr. Ball and Mr. Cummings have been interviewed but

/

neither were able to completely remember all that they had accomplished as part of their pretrial investigation.   Mr. Cummings in particular, could not recall what present counsel contends are key events.  The CJA payment request forms and especially the accompanying worksheets should detail the work performed by all three before and during trial and thus, would address a lot of the issues raised by the Motion to Vacate.

WHEREFORE, PREMISES CONSIDERED, Mr. Robinson respectfully requests that this Court grant this Motion and order the Clerk of the Northern District of Texas, Fort Worth Division, to copy and make available to the undersigned counsel, all the CJA payment request forms, together with their supporting worksheets.

Respectfully submitted,

Michael B. Charlton
P.O. Box 1964
El Prado, NM 87529
(505) 751 0515
(505) 751 1133 (fax)
mike@charlton-legal.com
State Bar of Texas # 04144800
COUNSEL FOR JULIUS ROBINSON


Sean Kennedy
Federal Public Defender's Office, Capital Habeas Unit
Middle District of California
321 East 2nd St.
Los Angeles, CA 90012

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Motion was served on Susan Cowger of the United States Attorney's Office for the Northern District of Texas, 1100 Commerce Street, Third Floor Dallas, Texas 75242  on December 14, 2005 by both email and by postal service.

Michael B. Charlton