IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA,       §
      Plaintiff,               §
                               §
V.                              §      CRIMINAL NO.  4:00-CR-0260-2-Y
                               §      **DEATH PENALTY CASE**
JULIUS ROBINSON,                §
      Defendant                §

## ORDER REQUIRING RESPONSE

Pending before the Court is Defendant's Motion to Vacate Conviction and Sentence and for New Trial Pursuant to 28 U.S.C. § 2255 and Rule 33 of the Federal Rules of Criminal Procedure.  The government is hereby ORDERED to file a response to said motion by 4:00 P.M. on February 27, 2006.

SIGNED January 3, 2006.


_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE