IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA,        §
       Plaintiff,             §
                               §
V.                                       §      CRIMINAL NO.  4:00-CR-0260-2-Y
                               §           **DEATH PENALTY CASE**
JULIUS ROBINSON,                 §
       Defendant              §

## ORDER GRANTING DEFENDANT ACCESS TO HIS ATTORNEY'S RECORDS

Pending before the Court is Defendant's Motion to Obtain Trial Counsel's CJA Payment Request Forms and Accompanying Worksheets. The Court finds that Defendant is entitled to access to all CJA payment request forms and accompanying worksheets submitted by his counsel or his investigator for all work done on his behalf in this cause.

IT IS, THEREFORE, ORDERED that the Clerk of this Court make available to his current attorneys all CJA payment request forms and accompanying worksheets submitted by any counsel or investigator for Julius Omar Robinson for any work done on his behalf in this cause.

SIGNED January 3, 2006.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE