IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON, | § | |
| aka Face, aka Scar, aka Scarface | § | |
| Defendant-Petitioner, | § | |
| | § | |
| v. | § | NO.  4:00-CR-260-Y |
| | § | (Civil No. 4:05-CV-756-Y) |
| | § | **DEATH PENALTY CASE** |
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent. | § | |

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO 28 U.S.C. § 2255 MOTION
(WITH PROPOSED ORDER)**

The United States requests an extension of time to March 31, 2006, to respond to

Robinson's motion under 28 U.S.C. § 2255.

On January 3, 2006, this Court entered an Order requiring the United States to

respond to Robinson's motion not later than February 27, 2006.  Preparation of the

response, however, is complicated and time-consuming, as this is a death penalty case and

Robinson has raised numerous fact-intensive issues that require investigation and

analysis.  Those undertakings are proceeding, but more time will be required to provide

the Court with a thorough, accurate, and well-reasoned response.

This motion is not being filed for purposes of delay.  Furthermore, the United

States is unaware of any prejudice to Robinson that will result from the enlargement of

time to respond.  His counsel is not opposed to the additional time, as indicated in the

**Motion for Extension of Time - Page 1**

certificate of conference

For these reasons, the United States asks that it be granted an extension of time to

March 31, 2006, to file its response in this case.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY


 /s/ Susan Cowger
SUSAN COWGER
Assistant United States Attorney
Texas State Bar No: 08390150
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:    214.659.8622
Facsimile:    214.767.2846
E-mail:        susan.cowger@usdoj.gov
Attorney for Respondent


## CERTIFICATE OF CONFERENCE

Mr. Michael Charlton advised me that he is unopposed to this motion.


SUSAN COWGER
Assistant United States Attorney


**Motion for Extension of Time - Page 2**

## CERTIFICATE OF SERVICE

I certify that a I filed this motion electronically on February 3, 2006 using the

court's electronic case filing (ECF) system.  The ECF system sent a "Notice of Electronic

Filing" to the attorneys of record who have consented in writing to accept this Notice as

service of this document by electronic means, whom I understand to be:

Michael B. Charlton
P.O. Box 1964
El Prado, New Mexico, 87529

Sean Kennedy
Assistant Federal Public Defender
321 E. 2nd Street
Los Angeles, California, 90012

If these or other attorneys have not consented in writing to electronic notice, I will serve

them by mail per the information given to me by the ECF system after I have effected this

filing.

SUSAN COWGER
Assistant United States Attorney

**Motion for Extension of Time - Page 3**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS ROBINSON, | § | |
| aka Face, aka Scar, aka Scarface, | § | |
| Defendant-Petitioner, | § | |
| | § | |
| v. | § | NO. 4-00-CR-260-Y |
| | § | (Civil No. 4:05-CV-756-Y) |
| | § | **DEATH PENALTY CASE** |
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent. | § | |

## PROPOSED ORDER

On this date came on to be considered the Motion of the United States for

Extension of Time to Respond to Petitioner's 28 U.S.C. § 2255 Motion, and the Court

after having considered the motion is of the opinion that it should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that the response of the

United States to Robinson's motion is due on or before March 31, 2006.

Signed this _____ day of February, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

**Order granting extension of time – Solo Page**