IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS ROBINSON,                            §
   aka Face, aka Scar, aka Scarface,        §
          Defendant-Petitioner,     §
                                            §
v.                                          §    CRIMINAL NO. 4-00-CR-260-Y (2)
                                            §    (Civil No. 4:05-CV-756-Y)
                                            §    **DEATH-PENALTY CASE**
UNITED STATES OF AMERICA,                    §
         Plaintiff-Respondent.          §

## ORDER GRANTING EXTENSION OF TIME

On this date came on to be considered the Motion of the United States for Extension of Time to Respond to Petitioner's 28 U.S.C. § 2255 Motion, and the Court after having considered the motion is of the opinion that it should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that the response of the United States to Robinson's motion is due on or before March 31, 2006.

Signed February 7th , 2006.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE