IN THE UNITED STATES DISTRICT COURT
FORT THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA,    §
                             §
        Plaintiff,           §
                             §
V.                           §
                             §    CRIMINAL NO.  4:00-CR-260-Y
JULIUS OMAR ROBINSON (02),   §        "Death-Penalty Case"
also known as Face, also     §
known as Scar, also known,   §
as Scarface                  §
                             §
        Defendant            §

ORDER REFERRING CJA 30 CLAIM FOR SERVICES AND EXPENSES TO THE
UNITED STATES MAGISTRATE JUDGE FOR FINDINGS AND RECOMMENDATIONS

Pending before the Court is Michael B. Charlton's CJA 30 Claim for Services and Expenses submitted on December 14, 2005, in the above-styled and -numbered cause.

It is **ORDERED** that Michael B. Charlton's CJA 30 Claim for Services and Expenses submitted on December 14, 2005, is hereby **REFERRED** to United States Magistrate Judge Paul Stickney in the Dallas division of this district for the preparation of findings and recommendations.

SIGNED February 10, 2006.



_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE


TRM/be