IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS OMAR ROBINSON,            §
   aka Face, aka Scar, aka Scarface     §
      Defendant-Petitioner,        §
                    §
v.                               §    NO.  4:00-CR-260-Y
                    §       (Civil No. 4:05-CV-756-Y)
                    §    **DEATH PENALTY CASE**
UNITED STATES OF AMERICA,         §
      Plaintiff-Respondent.       §

## MOTION FOR ADDITIONAL EXTENSION OF TIME
## TO RESPOND TO 28 U.S.C. § 2255 MOTION
## (WITH PROPOSED ORDER)

The United States requests an additional extension of time to April 30, 2006, to respond to Robinson's motion under 28 U.S.C. § 2255.

On January 3, 2006, this Court entered an Order requiring the United States to respond to Robinson's motion not later than February 27, 2006.  It later granted an extension to March 31, 2006.  Preparation of the response has proceeded, but additional time is necessary mainly because of the very busy and divergent schedules of the two attorneys against whom allegations of ineffective assistance are being made.  The government is seeking the extra month in order for those attorneys to respond fully to the allegations in written affidavits, and to provide the Court with a thorough, accurate, and well-reasoned response.

**Motion for Additional Extension of Time - Page 1**

This motion is not being filed for purposes of delay.  Furthermore, the United States is unaware of any prejudice to Robinson that will result from the enlargement of time to respond.  His counsel is not opposed to the additional time, as indicated in the certificate of conference.

For these reasons, the United States asks that it be granted an extension of time to April 30, 2006, to file its response in this case.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY


 /s/ Susan Cowger
SUSAN COWGER
Assistant United States Attorney
Texas State Bar No: 08390150
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:    214.659.8622
Facsimile:    214.767.2846
E-mail:        susan.cowger@usdoj.gov
Attorney for Respondent


## CERTIFICATE OF CONFERENCE

Mr. Michael Charlton advised me that he is unopposed to this motion.


 /s/ Susan Cowger
SUSAN COWGER
Assistant United States Attorney


**Motion for Additional Extension of Time - Page 2**

## CERTIFICATE OF SERVICE

I certify that a I filed this motion electronically on March 23, 2006 using the

court's electronic case filing (ECF) system.  The ECF system sent a "Notice of Electronic

Filing" to the following attorney of record who has consented in writing to accept this

Notice as service of this document by electronic means:

Michael B. Charlton
P.O. Box 1964
El Prado, New Mexico, 87529

The following attorney of record will be served by mail on March 23, 2006:

Sean Kennedy
Assistant Federal Public Defender
321 E. 2nd Street
Los Angeles, California, 90012

SUSAN COWGER
Assistant United States Attorney

**Motion for Additional Extension of Time - Page 3**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS ROBINSON,                          §
  aka Face, aka Scar, aka Scarface,       §
     Defendant-Petitioner,               §
                                    §
v.                                        §    NO. 4-00-CR-260-Y
                                     §    (Civil No. 4:05-CV-756-Y)
                                     §    **DEATH PENALTY CASE**
UNITED STATES OF AMERICA,                  §
     Plaintiff-Respondent.               §

## PROPOSED ORDER

On this date came on to be considered the Motion of the United States for

Additional Extension of Time to Respond to Petitioner's 28 U.S.C. § 2255 Motion, and

the Court after having considered the motion is of the opinion that it should be

GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that the response of the

United States to Robinson's motion is due on or before April 30, 2006.

Signed this _____ day of _____, 2006.

_____          _____
                                                 TERRY R. MEANS
                                                 UNITED STATES DISTRICT JUDGE

**Order granting extension of time – Solo Page**