IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4-00-CR-260-Y |
| | § | (Civil No. 4:05-CV-756-Y) |
| JULIUS ROBINSON (2) | § | **DEATH-PENALTY CASE** |

## ORDER GRANTING SECOND EXTENSION

Pending before the Court is the unopposed Motion for Extension of Time to Respond to Petitioner's 28 U.S.C. § 2255 Motion [doc. #2359], filed March 23, 2006, by the government. The Court concludes the motion is meritorious and that it should be, and is hereby, GRANTED.

Accordingly, the government's response to Robinson's motion is due on or before April 30, 2006. No further extensions will be granted.

Signed March 30, 2006.


TERRY R. MEANS
UNITED STATES DISTRICT JUDGE