IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS OMAR ROBINSON,                    §
   aka Face, aka Scar, aka Scarface      §
       Defendant-Petitioner,            §
                       §
v.                                       §     NO.  4:00-CR-260-Y
                       §          (Civil No. 4:05-CV-756-Y)
                       §     **DEATH PENALTY CASE**
UNITED STATES OF AMERICA,                 §
       Plaintiff-Respondent.             §

## MOTION TO SEAL EXHIBITS

The United States moves to file under seal certain exhibits to its response to

Robinson's 28 U.S.C. § 2255 motion.  The response is to be filed by April 30.  The

exhibits that require sealing consist of criminal history reports and FBI interview reports.

They would, if filed publicly, reveal personal identifiers and sensitive information such as

driver's license numbers, social security numbers, criminal histories, home addresses, and

the like.

For these reasons, the United States asks that the Court grant the motion to seal.

Respectfully submitted,

RICHARD B. ROPER
United States Attorney


 /s/ Susan Cowger
SUSAN COWGER
Assistant United States Attorney
Texas State Bar No. 08390150

1100 Commerce Street, Third Floor

**Motion to seal exhibits – Page 1**

Dallas, Texas 75242
Telephone:    214.659.8622
Facsimile:    214.767.2846
E-mail:        susan.cowger@usdoj.gov
Attorneys for Respondent

## CERTIFICATE OF CONFERENCE

I certify that I attempted to confer with Michael Charlton and Sean Kennedy but was unable to reach either.

 /s/ Susan Cowger
SUSAN COWGER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that I filed this motion electronically on April 26, 2006 using the court's electronic case filing (ECF) system.  The ECF system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

Michael B. Charlton
P.O. Box 1964
El Prado, New Mexico, 87529

A copy was sent by mail on April 26, 2006 to:

Sean Kennedy
Assistant Federal Public Defender
321 E. 2nd Street
Los Angeles, California, 90012

 /s/ Susan Cowger
SUSAN COWGER
Assistant United States Attorney

Motion to seal exhibits – Page 2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON,<br>    aka Face, aka Scar, aka Scarface<br>        Defendant-Petitioner, | §<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | NO.  4:00-CR-260-Y<br>    (Civil No. 4:05-CV-756-Y)<br>**DEATH PENALTY CASE** |
| UNITED STATES OF AMERICA,<br>        Plaintiff-Respondent. | §<br>§ | |

## ORDER TO SEAL EXHIBITS

Having reviewed the government's motion to seal exhibits, consisting of criminal history reports and FBI interview reports, in connection with its response to Robinson's pending 28 U.S.C. § 2255 motion, the Court is of the opinion the motion should be granted.

IT IS THEREFORE ORDERED that the United States may file under seal the described exhibits to its response.

TERRY R. MEANS
United Sates District Judge

**Order to seal exhibits – Solo Page**