IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON, | § | |
|    aka Face, aka Scar, aka Scarface | § | |
|       Defendant-Petitioner, | § | |
| | § | |
| v. | § | NO.  4:00-CR-260-Y (2) |
| | § | (Civil No. 4:05-CV-756-Y) |
| | § | **Death-Penalty Case** |
| UNITED STATES OF AMERICA, | § | |
|       Plaintiff-Respondent. | § | |

## ORDER TO SEAL EXHIBITS

Having reviewed the government's motion to seal exhibits [doc. #2363], filed April 26, 2006,

consisting of criminal history reports and FBI interview reports, in connection with its response to

Robinson's pending 28 U.S.C. § 2255 motion, the Court is of the opinion the motion should be

granted.

IT IS THEREFORE ORDERED that the United States may file **under seal** Exhibits G

through N submitted with the motion to seal.

SIGNED April 28, 2006.


TERRY R. MEANS
UNITED STATES DISTRICT JUDGE


Order to seal exhibits – Solo Page