# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON<br>aka Face, aka Scar, aka Scarface<br>Defendant-Petitioner,<br><br>v.<br><br><br><br>UNITED STATES OF AMERICA,<br>Plaintiff-Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 4:00-CR-260-Y<br>(Civil No. 4:05-CV-756-Y)<br>**DEATH PENALTY CASE** |

## AFFIDAVIT OF BRUCE CUMMINGS

I am in all respects competent to make this affidavit.

I do not have a criminal history. I became a licensed private investigator in 1989. From 1989 to 1991, I was primarily involved in asset searches for lending institutions. It was the period in time when most of the Savings & Loan industry had collapsed and I was involved in helping banking institutions finds assets. I began doing criminal defense investigations in 1991. Since 1991, over 95% of my work has been felony court-appointed and client paid work in State District Courts. My work in the felony courts has primarily involved Capital Murders, Murders, Aggravated Sexual Assault, and Crimes Involving Serious Bodily Injury. I have readied hundreds of cases for trial and have gone to trial on many Capital Murder cases, both when the State was seeking the death penalty and when they were not.



GOVERNMENT EXHIBIT
C

In regards to this case in particular, I reviewed the case material provided and proceeded with the investigation under the direction of the two attorneys and with input from Mr. Robinson. I had worked for both Wes Ball and Jack Strickland in the past, but more often for Mr. Ball. Our working relationship was that he would provide me material to review or give me specific tasks that I needed to accomplish. I would typically interview witnesses that we had determined need to be interviewed either with Mr. Ball or in those instances that I interviewed them by myself, I would typically call Mr. Ball with the substance of the interview and he would make a determination if more needed to be done or whether the information was not helpful and we would move on to the next area of concern.

In my first conversation with Mr. Robinson, it was quickly determined that he was not denying being at the crime scenes that the government was alleging. Mr. Robinson did not attempt to have me prepare an alibi case for him as he did not deny being at these murders. This, of course, did not preclude making the government prove its case against Mr. Robinson.

With respect to the penalty phase, Mr. Robinson was asked about his upbringing and was questioned about who might make good fact witnesses for him. It should be noted that at all times that I spoke to Mr. Robinson, it was my observation that he was intelligent and fully aware of the circumstances that he was involved in and I felt that he was providing accurate information to us. I

**Affidavit of David Bruce Cummings -- Page 2**

asked him about church, school teachers, and people of good character that might be willing to speak on his behalf. Mr. Robinson told me that he had been an average student in school. Mr. Robinson was not involved for the most part with people and/or activities that would bode well for him from the witness stand. A positive activity that he was involved in prior to his arrest was his attendance at CCI, a computer training school, in Arlington. It was my belief from speaking to Mr. Robinson that he was trying to use this computer training class to leave the life he was leading. I obtained his school records from the school and interviewed his instructor, Debbie Wesson. She testified on his behalf.

Other persons that Mr. Robinson directed me to were his football and track coaches at Lamar High School. I interviewed Eddy Peach, Mike Nelson, and David York who were all coaches at Lamar. All three had very limited knowledge of Mr. Robinson's activities away from school, but all remembered him fondly and were willing to testify for him. I also spoke with Willie Parker, a Dermott coach.

The attorneys wanted to show that Julius Robinson could and would adapt well in a structured environment like prison confinement which would be one of the future dangerousness considerations that the jury would have to decide. Mr. Ball, while being escorted to visit Mr. Robinson, learned from the guard that he had a pretty high opinion of Mr. Robinson. Following this conversation, we asked Mr. Robinson if there were any guards that he thought might speak for him on

**Affidavit of David Bruce Cummings – Page 3**

these issues and he gave us the names of those guards. I worked with Mr. Al Monguie and the warden of FMC, Dan McCauley to set up a meeting whereby we could interview those guards. Permission was granted and we interviewed Dan McCauley, and guards Frank Logan, Steve Sabolchick, Frederick Waggonner and Stan Gibson. All of the guards were of the same mind that we were, that Mr. Robinson would do well in confinement and they could not understand that of all the people involved in this case, why it was Julius Robinson that they were seeking the death penalty on. On the issue of a structured environment, I was also involved in the meetings with Dr. Cunningham.

We asked Mr. Robinson to provide us names and contact information of family members or people that could help us in understanding his upbringing and background. I spoke to Margaret Hollimon, Rosa Hollimon, Brenda Hollimon, Josephine Hollimon, Marcus Robinson, and Willie White. I met with Margaret Hollimon and Brenda Hollimon to review his upbringing. Mr. Ball interviewed John Hollimon, Jr., and perhaps others. We also interviewed Rosa Hollimon at length about the living environment that she provided for Julius Robinson in Arlington, Texas. Ms. Hollimon seemed to determine to paint a rosier picture of her role as a parent and to not take responsibility for the upbringing of Mr. Robinson. We were given permission by the Marshal's service to allow us to have her meet with Julius Robinson in the Marshal's office in an attempt to have her see

**Affidavit of David Bruce Cummings – Page 4**

the need to portray a more realistic accounting of what kind of mother she actually

was.  Those efforts proved fruitless.


_____
D. BRUCE CUMMINGS


THE STATE OF TEXAS          §

COUNTY OF TARRANT          §

BEFORE ME, the undersigned authority, on the 26 th day of April, 2006,

personally appeared BRUCE CUMMINGS, who under oath states that the

allegations in the foregoing affidavit are true and correct.



LOU LADD
Notary Public, State of Texas
My Commission Expires
November 25, 2007

_____
NOTARY PUBLIC, STATE OF TEXAS


**Affidavit of David Bruce Cummings – Page 5**