## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON, | § | |
| | § | |
| aka Face, aka Scar, aka Scarface | § | |
| Defendant-Petitioner, | § | |
| | § | |
| v. | § | NO.  4:00-CR-260-Y |
| | § | (Civil No. 4:05-CV-756-Y) |
| | § | DEATH PENALTY CASE |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent. | § | |

Statement of Facts from Britt brief

Britt admitted his nickname was Capone.  (R22/33.)  He admitted he grew up with Julius Robinson and that Robinson referred to him as his "number one homeboy."  (R22/34.)  Robinson was in the business of selling marijuana and cocaine, starting at least as early as 1996, along with Nathan Henderson and others. (R23/59, 62, 64; 27/42-43.)  Carmen Byrd, Robinson's girlfriend from 1996 to 1998, met Britt about a month after she met Robinson; he was introduced as Robinson's cousin from Arkansas.  (R23/66.)  At some point, Byrd began to hear Britt and Robinson speak together about their drug business.  (R23/68-69, 77-78.) She also saw them handling marijuana, readying it for distribution.  (R23/73-74.)

**Exhibit F to Government's Response to 28 U.S.C. § 2255 Motion – Page 1**

Jamila Camp, also a girlfriend of Robinson's, corroborated Britt's involvement in the marijuana business with Robinson. (R25/67-68, 77-78.) So did Jason Gehring, another coconspirator. (R26/110-12.)

Britt knew that marijuana sold for around $450 to $600 a pound around Arlington, but more like $750 in Arkansas. (R22/41.) He admitted that he paid those amounts himself, purchasing from Robinson and Nathan Henderson, and he also offered protection during transactions Robinson and Henderson conducted with others at an Arkansas motel. (R22/44-45.) Sometimes, people in the organization drove the marijuana for delivery across state lines. (R23/72, 80.) On other occasions, marijuana and money were sent across state lines by mail, wire, UPS, or Fedex. (R22/80-81, 92; 23/141-59.) In January, 1999, a UPS employee in Arlington, Texas discovered $27,400 in cash in a package addressed to Henderson's store, That Sounds Good, sent by a person in Arkansas. (R22/104-05, 107; 23/11, 17, 30.) Later the same month, Henderson shipped a package containing 38 pounds of marijuana, addressed to a business in Arkansas. (R23/48-49, 54.) Henderson also sent a package of marijuana to Kentucky, in May, 2000. (R24/7-8, 13-15.)[1]

---

[1] There were many taped phone conversations submitted in evidence, as well as testimony of witnesses, that established a number of additional narcotics negotiations, transactions, and shipments – planned and/or executed – either within Texas or to other states. (E.g., GX 299, 300, 305, 307, 309, 317-19, 326-27, 330, 332, 334, 341-42, 344, 351, 355, 361-62, 364; R24/41, 94; 105-07; 25/12-20, 24, 34-35, 69.) Britt has not claimed any lack of proof of the interstate aspect of the drug business.

**Exhibit F to Government's Response to 28 U.S.C. § 2255 Motion – Page 2**

Robinson would call Britt to the Arlington area to conduct "licks," which involved robbing other drug dealers. (R22/34.) Britt confessed to several of them when he was first arrested. One involved stealing six pounds of marijuana from a drug dealer in Texas, while armed with a pistol furnished by Robinson. Britt was paid $2,000 for his assistance in the robbery. (R22/37-38.) Another had Britt surveying a drug deal conducted by Henderson in Texas, to gain intelligence about the house where it took place. Again armed with a pistol furnished by Robinson, Britt participated in an attempted burglary of the house on a later date, but he claimed no drugs or money were found. (R22/39-40.)[2] A third involved a Hispanic male, in the summer of 1999. Robinson called Britt to town, gave him a pistol, and told him, Henderson, and Tyron Bryant the details. Britt and Bryant followed in a separate car; when the trunk of the target car was opened, it was Britt's cue to steal the marijuana out of the trunk, which he did. (R22/45-52.)[3]

Terence Holimon, Robinson's cousin, was an Arkansas customer, and knew that Britt both bought marijuana from Robinson and helped Robinson out as a sort of bodyguard sometimes. Holimon, Robinson, Britt, and Henderson once stole 100

---

[2] Tyron Bryant testified about a lick in which Britt helped to steal around $30,000 from a drug dealer's house, but it was not clear whether this was the same attempted lick to which Britt referred in his confession. (R27/46-51.)

[3] At trial, Britt did not mention or admit to this robbery. The only robbery shown by the evidence to have occurred in the summer of 1999 involving a Hispanic male was the one that resulted in the murder of Rudolfo Resendez.

**Exhibit F to Government's Response to 28 U.S.C. § 2255 Motion – Page 3**

pounds of marijuana together in Grand Prairie, Texas.  (R28/23-29.)[4]  Britt admitted to this job.  (R31/19-21.)  In around June, 2000, Britt told Henderson that if he and Robinson ever needed to rob someone, he would be willing to come and do it.  (R26/206.)

Robinson kept Britt apprised of events in the drug business.  After a woman named Jeanne Wilkins was arrested carrying about 100 pounds of marijuana from Dallas to Little Rock, Robinson told Britt about it over the phone.  Britt asked if anybody was "running off," meaning snitching or informing, but Robinson said no. Britt asked Robinson if he needed anything done.  (R24/77; 31/75-76; GX 378.) On one occasion, Robinson paid Britt's legal fees to get him out of jail.  (R25/103; 27/248; GX 600.)

Jamila Camp testified that Robinson had told her if he ever needed anyone killed, he could count on Britt.  (R25/78.)  This confidence was rewarded on two occasions.

1.  Shelton murder

On September 20, 1998, Robinson made a complaint to the Dallas police that the truck he was in, which belonged to Nathan Henderson, had been hijacked from him in a McDonald's parking lot by two men with guns.  (R25/145-48.)

---

[4] Richard Smart also testified about a lick involving this group, but he put the quantity at 200 pounds, and it was not clear whether he thought the burglary was successful.  (R27/241-42.)

**Exhibit F to Government's Response to 28 U.S.C. § 2255 Motion – Page 4**

Leteisha Barnett, who worked at That Sounds Good and knew that Robinson was in the drug business, heard from Henderson that a marijuana dealer nicknamed Big Friday (Roderick Fridia) had ripped Robinson off for about $30,000 or $35,000.[5] Robinson repeatedly said he wanted to get even for the robbery, and to kill Big Friday.  (R25/153-54, 171-76; 26/116, 119-20, 183, 207-08; 27/97.)

On the night of December 2-3, 1998, Jerrell Gardner and Johnny Lee Shelton were at the Spy Club.  They left around closing time, driving a white Cadillac.  (R26/54-56.)  Big Friday was also there and he, too, drove a white Cadillac.  (R26/212.)  Henderson and Jason Gehring were at the Spy Club that night, as well.  Henderson told Gehring that he saw Big Friday there.  Either Gehring or Henderson got word to Robinson on the phone to tell him the same thing, and Robinson said he was on his way over.  (R25/180-82; 26/123-25, 188-89; 27/98.)

After Robinson arrived, the group drove into a nearby parking lot.  In a few moments, Robinson shouted at Gehring to follow a white Cadillac, saying it was Big Friday's.  Gehring drove, with Britt and Robinson as passengers, in Henderson's truck.  Robinson was in the middle, and Britt was by the passenger door.  (R26/127, 131-32, 192, 195.)  While following the Cadillac on Central

---

[5] Barnett also implicated Britt in the drug business with Robinson, mentioning a lick the two had hit which yielded Britt $25,000.  (R25/166-67, 70.)

**Exhibit F to Government's Response to 28 U.S.C. § 2255 Motion – Page 5**

Expressway, there was discussion about whether one of the two men in it was the intended target. When the Cadillac sped up, Robinson said, "that's Big Friday." He and Britt reached behind the seat and grabbed guns, an AK 47 and an SK. (R26/134-36.) Robinson leaned over Britt and started shooting. Then Britt asked Robinson to let him "get some" too, and Britt fired several shots. (R26/137-39.) After the Cadillac pulled over to the side of the highway, Robinson and Britt wanted Gehring to stop so they could "unload" on it, but Gehring kept driving. (R26/142.)

Big Friday was not in the Cadillac; it contained Johnny Lee Shelton and Jerell Gardner. While they were driving down the highway, Gardner heard what he thought were shots. As Shelton was saying that he didn't think it was gunfire, he was shot in the stomach; Gardner saw him holding his side and there was blood. Gardner took the wheel and pulled the car over to the shoulder as Shelton braked. Gardner tried to drive the car to a hospital, but a tire was blown out and it wouldn't move. He flagged someone down, while Shelton was writhing in the car and bleeding. A van stopped, and drove Shelton to Parkland Hospital, where he died. (R26/59-65.)

After the highway shooting, Gehring, Robinson, and Britt met up with Henderson. Robinson put the guns in Gehring's trunk, and came by the next

**Exhibit F to Government's Response to 28 U.S.C. § 2255 Motion – Page 6**

morning to get them.  (R26/143-44, 146.)  Also that day, both Henderson and Gehring told Leteisha Barnett about the highway shooting.  (R25/183-85.)

2. Resendez murder

Robinson told Gehring about a lick he had hit for twenty kilos of cocaine. The people involved were Robinson, Tyron Bryant, Hank Tunstall, and Britt.  The deal was set up for Tunstall and Britt to pretend to be buyers from a Mexican dealer and to ride in a car with him to make the purchase, while Robinson and Bryant followed in another car.  Robinson said Britt "unloaded [a] clip at [the Mexican's] head."  The participants then split up the stolen cocaine.  (R26/153-4.)

Bryant also testified about the Resendez killing.  He explained that the murder came about because of a suspicion that Resendez had robbed the Zamudio/Morales family (several of whom were indicted as coconspirators) of 100 kilos of cocaine.  (R27/52-58.)  Bryant learned they wanted revenge, and asked Robinson if he could help.  Robinson said he could, and asked Britt to join the plan. (R27/58-60.)

On the day of the event, July 12, 1999, Robinson and Britt met some of the other participants at a house.  They waited there to meet Christian Morales, who arrived in a car with Resendez.  Tunstall and Britt got in that car, while Bryant and Robinson followed in a second car.  Tunstall sat behind Morales, and Britt sat

behind Resendez.  Earlier, it had been settled that all the attackers would be sure to have guns.  (R27/65-69.)  The convoy drove for a while, heading to a relatively isolated location.  (R27/71-72, 75.)  The first car stopped and its lights went off; Bryant also turned off the second car's lights.  Then Bryant saw shots fired in the lead car.  After the shooting, the two cars drove to another spot and dumped Resendez's body.  (R27/75-76.)

When splitting up the cocaine the group got from Resendez, Robinson and Britt claimed a bigger share, in part because Britt had been the one to shoot first.  (R27/80-81.)  A few days later, Bryant, Robinson, and Britt sold their share of the cocaine in Little Rock.  (R27/84-88.)[6]

In that same summer of 1999, Robinson gave $25,000 cash to his friend, Richard Smart, and asked him to hold it.  The money belonged in part to Robinson and in part to Britt; Robinson explained they got it by hitting a lick.  Smart gave Robinson $6,000 of the money on one occasion, $5,000 on another occasion, and $1,000 on a third occasion, all to be passed on to Britt.  Smart also wired $1,000 directly to Britt.  (R27/237-39.)

Further corroboration of the murder came from Holimon, who testified that Britt admitted robbing a Mexican of  20 kilos of cocaine and shooting him.

---

[6] The events of the murder were corroborated by Hank Tunstall.  (R27/146-51.) *See infra* at 18-19.

**Exhibit F to Government's Response to 28 U.S.C. § 2255 Motion – Page 8**

(R28/29-31.)  Michael Williams also testified that Britt admitted "splitting a mother fucker's head" and "leaving him stinking."  (R27/215-16.)  Finally, Reginald Polk testified that Britt admitted "he and Hank had shot up this Mexican," and showed Polk a blood-stained pair of pants.  (R28/52, 54.)