**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **X** | |
| | **X** | |
| **V** | **X** | **CAUSE NO. 4:00-CR-00260-2** |
| | **X** | **(Civil No. 4:05-CV-756-Y)** |
| | **X** | **Death Penalty Case** |
| **JULIUS ROBINSON** | **X** | |

**UNOPPOSED MOTION TO**
**EXTEND THE DEADLINE FOR**
**RESPONDING TO THE GOVERNMENT'S ANSWER**

Mr. Robinson, a death sentenced inmate has filed a motion to vacate his sentence of death under 28 USC Sec. 2255; the United States has responded. Mr. Robinson would like to reply to the Government's argument and requests some additional time to do so for the following reasons:

I.

**CERTIFICATE OF CONFERENCE**

This is to certify that Mr. Robinson's counsel has conferred with opposing counsel, Susan Cowger of the United States Attorney's Office; she is not opposed to the relief sought by this motion.

II.

The Government filed its answer on April 28, 2006; Mr. Robinson's reply to the legal arguments set forth would thus, be due on May 28, 2006. Mr. Robinson is asking for an additional 60 days, to July 28, 2006 to file a legal memorandum in response to the Government's contentions. Cocounsel, Sean Kennedy, has just been promoted from the head of the Capital Habeas Unit for the Middle District of California to the job of Federal Defender for that district. As such, he is acquiring new administrative responsibilities and is adjusting to his new role.

Further, the undersigned counsel has been working on a number of other cases, including

appearances before the United States Court of Appeals for the Fifth Circuit and an evidentiary

hearing held in the Southern District of Texas in a case styled Kenneth Morris v Dretke.

WHEREFORE, PREMISES CONSIDERED, counsel requests that they be permitted to

file their response to the Government's answer by July 28, 2006.

Respectfully submitted,

Michael B. Charlton
P.O. Box 1964
El Prado NM 87529
(505) 751 0515
(505) 751 1133(fax)
mike@charlton-legal.com
State Bar of Texas # 04144800
COUNSEL FOR JULIUS ROBINSON

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Motion was served on Susan Cowger of the United

States Attorneys office by both email on May 18, 2006.

Michael B. Charlton

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | X | |
| | X | |
| V | X | CAUSE NO. 4:00-CR-00260-2 |
| | X | (Civil No. 4:05-CV-756-Y) |
| JULIUS ROBINSON | X | Death Penalty Case |

## ORDER

On this the ___ day of May, 2006 came on to be heard Mr. Robinson's unopposed motion to extend the deadline for filing his reply to the Government's arguments against his motion to vacate his sentence of death. The Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Mr. Robinson file his reply argument by July 28, 2006.

HONORABLE TERRY MEANS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS