## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

UNITED STATES OF AMERICA      X

                                  X

V                                X    CAUSE NO. 4:00-CR-00260-2

                                  X    (Civil No. 4:05-CV-756-Y)

                                  X    Death Penalty Case

JULIUS ROBINSON              X

### UNOPPOSED MOTION FOR THE ISSUANCE OF A SUBPOENA

Mr. Robinson, a death sentenced inmate has filed a motion to vacate his sentence of death under 28 USC Sec. 2255; the United States has responded. Mr. Robinson would like to review and obtain the visitation logs maintained by FMC Fort Worth where Mr. Robinson was incarcerated while awaiting trial in this Court.

I.

### CERTIFICATE OF CONFERENCE

This is to certify that Mr. Robinson's counsel has conferred with opposing counsel, Susan Cowger of the United States Attorney's Office; she is not opposed to the relief sought by this motion.

II.

Mr. Robinson would like to review and obtain copies of the visitation logs maintained by FMC Fort Worth where he was incarcerated while awaiting trial.   That institution will not make available those logs absent a subpoena authorized by an order of this Court.

WHEREFORE, PREMISES CONSIDERED, counsel requests that this Court enter an order allowing him to examine and copy the visitation logs reflecting visits made to him.

Respectfully submitted,

Michael B. Charlton
P.O. Box 1964
El Prado NM 87529
(505) 751 0515
(505) 751 1133(fax)
mike@charlton-legal.com
State Bar of Texas # 04144800
COUNSEL FOR JULIUS ROBINSON

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Motion was served on Susan Cowger of the United

States Attorneys office by both email on May 18, 2006.

Michael B. Charlton

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **X** | |
| | **X** | |
| **V** | **X** | **CAUSE NO. 4:00-CR-00260-2** |
| | **X** | **(Civil No. 4:05-CV-756-Y)** |
| **JULIUS ROBINSON** | **X** | **Death Penalty Case** |

## ORDER

On this the ___ day of May, 2006 came on to be heard Mr. Robinson's unopposed motion for the issuance of a subpoena under F. R. Civ. Proc. 45 in order to obtain and review copies of the visitation logs maintained by FMC Fort Worth. The Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Mr. Robinson be allowed to issue a subpoena to the FMC Fort Worth and, upon service of that subpoena, together with a copy of this Court's order, FMC Fort Worth shall make available to the person serving the subpoena and order, all visitation logs of visits made to Mr. Robinson.

HONORABLE TERRY MEANS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS