IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS OMAR ROBINSON (02),    §
AKA Face, AKA Scar,           §
AKA Scarface,                 §
   Defendant-Petitioner    §    CRIMINAL NO. 4:00-CR-0260-Y (2)
V.                            §    (Civil No. 4:05-CV-756-Y)
                              §    **Death Penalty Case**
UNITED STATES OF AMERICA      §
   Plaintiff-Respondent    §

### ORDER GRANTING EXTENSION OF TIME TO FILE REPLY

On May 18, 2006, Julius Omar Robinson filed his Unopposed Motion to Extend the Deadline for Responding to the Government's Answer (doc. #2371), containing a certificate of conference indicating that the Government did not oppose the motion.

Having reviewed the motion and pleadings on file, the Court finds that it is in the interest of justice to grant additional time to file the reply. Therefore, petitioner Robinson's motion should be granted in part.

IT IS, THEREFORE, ORDERED that petitioner Robinson's Unopposed Motion to Extend the Deadline for Responding to the Government's Answer (doc. #2371) be, and it is hereby, GRANTED in part, and that the deadline for filing his reply is extended to July 28, 2006.

SIGNED June 1, 2006.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE