# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **(Civil No. 4:05-CV-756-Y)** |
| | : | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **JULIUS ROBINSON** | : | **United States District Judge** |

---

## UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR RESPONDING TO THE GOVERNMENT'S ANSWER TO SECTION 2255 MOTION

(Filed Electronically Under the Electronic Filing System Requirements)

---

MICHAEL B. CHARLTON, No. 04144800
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV  89101
Telephone: (702) 388-5106
Facsimile:  (702) 388 5103
E-Mail:  mike_charlton@fd.org

Attorney for Petitioner
JULIUS ROBINSON

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

### FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **(Civil No. 4:05-CV-756-Y)** |
| | : | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **JULIUS ROBINSON** | : | **United States District Judge** |

---

### UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR RESPONDING TO THE GOVERNMENT'S ANSWER TO SECTION 2255 MOTION

(Filed Electronically Under the Electronic Filing System Requirements)

---

Mr. Robinson, a death sentenced inmate has filed a motion to vacate his sentence of death under 28 USC Sec. 2255; the United States has responded. Mr. Robinson would like to reply to the Government's argument and requests some additional time to do so for the following reasons:

### I.

### CERTIFICATE OF CONFERENCE

This is to certify that Mr. Robinson's counsel has conferred with opposing counsel, Susan Cowger of the United States Attorney's Office; she is not opposed to the relief sought by this motion.

### II.

The Government filed its answer on April 28, 2006; Mr. Robinson's reply to the legal arguments set forth is due on July 28, 2006.   Mr. Robinson is asking for an additional 30 days, to

August 28, 2006 to file a legal memorandum in response to the Government's contentions.[1]  Mr. Sean Kennedy, who is now the Acting Federal Public Defender for the Central District of California, has seen his administrative responsibilities mushroom since taking over. Additionally, he has taken on trial responsibilities as well has maintained his former habeas cases.   He has had little time to devote to this project.  Though he has enlisted aid within his office, it has taken some time for that attorney to familiarize himself with the case.

Further, the undersigned counsel is now, himself, with the Federal Public Defender's office, though in his case, in the Federal District of Nevada.  He had to move to Las Vegas at the beginning of July while trying to close his Texas practice and sell his home.  Additionally, he is getting married on July 22, 2006.

WHEREFORE, PREMISES CONSIDERED, counsel requests that they be permitted to file their response to the Government's answer by August 28, 2006.

Respectfully submitted,

Michael B. Charlton
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
Telephone:  (702) 388-5106
Facsimile:   (702) 388 5103
E-Mail:  mike_charlton@fd.org
State Bar of Texas # 04144800
ATTORNEY FOR PETITIONER

---

[1] This Court has already given Mr. Robinson's counsel one extension of 60 days to file the response.

## CERTIFICATE OF SERVICE

I, Michael Charlton, hereby certify that on July 20, 2006, I electronically filed the

foregoing document with the clerk of the court for the U.S. District Court, Northern District of

Texas, using the electronic case filing system of the court.  The electronic case filing system sent

a "Notice of Electronic filing" to the following attorneys of record who have consented in writing

to accept this Notice as service of this document by electronic means:

SUSAN COWGER
Assistant United States Attorney
U.S. Attorney's Office
1100 Commerce Street, 3rd Fl.
Dallas, Texas  75242

MICHAEL B. CHARLTON
Attorney for Petitioner