# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **(Civil No. 4:05-CV-756-Y)** |
| | : | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **JULIUS ROBINSON** | : | **United States District Judge** |

---

## UNOPPOSED MOTION TO REDESIGNATE THE ORDER OF APPOINTMENT

(Filed Electronically Under the Electronic Filing System Requirements)

---

MICHAEL B. CHARLTON, No. 04144800
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV  89101
Telephone: (702) 388-5106
Facsimile:   (702) 388 5103
E-Mail:  mike_charlton@fd.org

Attorney for Petitioner
JULIUS ROBINSON

**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF TEXAS**

**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **(Civil No. 4:05-CV-756-Y)** |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **JULIUS ROBINSON** | : | **United States District Judge** |

---

**UNOPPOSED MOTION TO REDESIGNATE THE ORDER OF APPOINTMENT**

---

Comes now Julius Robinson to ask this Court to reappoint Michael B. Charlton as counsel for Julius Robinson for the reasons set forth below:

I.

Mr. Robinson is a death sentenced inmate whose petition for writ of habeas corpus under 28 USC Sec. 2255 is currently pending in this Court.

II.

Counsel has conferred with opposing counsel, Susan Cowger of the United States Attorney's Office for the Northern District of Texas; she is not opposed to the relief sought.

III.

The undersigned counsel took a position as an assistant federal public defender with the Federal Public Defender's office is Las Vegas, Nevada. Prior to taking the job, counsel asked various experienced habeas counsel in Texas to consider asking this Court for appointment and

substitution.  Because of the complexities of this case and the imminence of certain deadlines, all declined. The outlook was made even more difficult when co-counsel, Sean K. Kennedy, became the Acting Federal Public Defender for the Central District of California with the attendant increase in administrative responsibilities.

Because the undersigned counsel can no longer take cases as appointed counsel and because, other than Mr. Kennedy, no other counsel is as familiar with this case, counsel asked for and received permission from the Federal Public Defender for the District of Nevada, Franny Forsman, to remain as counsel in this case, assuming that the Court entered an order appointing the Law office of the Federal Defender for the District of Nevada in general and the undersigned counsel in particular to represent Mr. Robinson.

The effect of that order will be that no new counsel need be appointed and no further compensation to the undersigned counsel will either be sought or expected.  Mr. Robinson's case will simply be part of this counsel's case load as an assistant public defender.

WHEREFORE, PREMISES CONSIDERED, Mr. Robinson respectfully requests that this Court issue a new order of appointment appointing Michael B. Charlton as co-counsel in this cause.

Respectfully submitted,

Michael B. Charlton
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
Telephone:  (702) 388-5106
Facsimile:   (702) 388 5103
E-Mail:  mike_charlton@fd.org
State Bar of Texas # 04144800
ATTORNEY FOR PETITIONER

## CERTIFICATE OF SERVICE

I, Michael Charlton, hereby certify that on July 20, 2006, I electronically filed the

foregoing document with the clerk of the court for the U.S. District Court, Northern District of

Texas, using the electronic case filing system of the court.  The electronic case filing system sent

a "Notice of Electronic filing" to the following attorneys of record who have consented in writing

to accept this Notice as service of this document by electronic means:

SUSAN COWGER
Assistant United States Attorney
U.S. Attorney's Office
1100 Commerce Street, 3rd Fl.
Dallas, Texas  75242

MICHAEL B. CHARLTON
Attorney for Petitioner