IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON (02), | § | |
| AKA Face, AKA Scar, | § | |
| AKA Scarface, | § | |
|     Defendant-Petitioner | § | CRIMINAL NO. 4:00-CR-0260-Y (2) |
| V. | § | (Civil No. 4:05-CV-756-Y) |
| | § | **Death-Penalty Case** |
| UNITED STATES OF AMERICA | § | |
|     Plaintiff-Respondent | § | |

## ORDER GRANTING SECOND EXTENSION OF TIME TO FILE REPLY

On July 21, 2006, petitioner Robinson filed a second Unopposed Motion to Extend the Deadline for Responding to the Government's Answer (doc. #2376), containing a certificate of conference indicating that the Government did not oppose the motion.

Having reviewed the motion and pleadings on file, the Court finds that it is in the interest of justice to grant one additional extension of time to file the reply.  Therefore, petitioner Robinson's motion should be granted.

IT IS, THEREFORE, ORDERED that petitioner Robinson's Second Unopposed to Extend the Deadline for Responding to the Government's Answer (doc. #2376) be, and it is hereby, GRANTED, and that the deadline for filing his reply is extended to **August 28, 2006**.  No further extensions will be granted.

SIGNED July 25, 2006.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE