IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON (02), | § | |
| AKA Face, AKA Scar, | § | |
| AKA Scarface, | § | |
|     Defendant-Petitioner | § | CRIMINAL NO. 4:00-CR-260-Y (2) |
| V. | § | (Civil No. 4:05-CV-756-Y) |
| | § | **Death-Penalty Case** |
| UNITED STATES OF AMERICA | § | |
|     Plaintiff-Respondent | § | |

### <u>ORDER GRANTING REDESIGNATION OF COUNSEL</u>

On July 20, 2006, Julius Omar Robinson filed an Unopposed Motion to Redesignate the Order of Appointment (doc. #2377), containing a certificate of conference indicating that the Government did not oppose the motion.

Having reviewed the motion and pleadings on file, the Court finds that the requested redesignation is appropriate due to counsel's new status as an assistant federal public defender.

IT IS, THEREFORE, ORDERED that petitioner Robinson's Unopposed Motion to Redesignate the Order of Appointment (doc. #2377) be, and it is hereby, GRANTED, and that the Law Office of the Federal Public Defender for the District of Nevada in general, and Michael B. Charlton in particular, is appointed as lead counsel to represent petitioner, Julius Omar Robinson, in this cause.

SIGNED July 26, 2006.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

United States District Judge

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE