# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

_____

## EXHIBIT NO. 44

### SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255

(Filed Electronically Under the Electronic Filing System Requirements)

_____

### Bureau of Prisons, Federal Medical Center, Fort Worth
Recorded Telephone Call of JULIUS ROBINSON
12/28/2000
7:48 PM

### Partial transcript of phone call between JULIUS ROBINSON and MARCUS ROBINSON and others

Telephone voice - Thank You

Ringing

Marcus - Hello.

Julius - Yeah.

Recorded telephone message - This call is from a federal prison

Marcus - Hello

Julius - Yeah, yeah

Marcus - ...U/I   Man, hey look

Julius - Huh

Marcus - I ain't  ...U/I contact with your boy that's what ...U/I these days

Julius - Yeah but just tell him you know what I'm saying

Marcus - I know man I tried to call him last night, I guess he saw the number and just don't wanna talk to me

Julius - Don't talk to him on the phone.  His phone might be tapped but uh it probably is tapped but uh they, they recorded every conversation we had you know what I'm saying

Marcus - I haven't even talked to my um.  My homeboy he's gonna be gone till January um 3 or something, one

Julius - Oh, OK.  Well anyway call Joe back so I can talk to her for a minute

Marcus - Hold on

**Marcus places three way call to JOSEPHINE DOTSON residence**

Criminal No.:   4:00-CR-260-Y

USA  v. Nathan Henderson, et al

GOVERNMENT
EXHIBIT



929a

Exhibit 44 - 1

Miscellaneous conversation with JOSEPHINE including ROBINSON asking JOSEPHINE about her sons (three), particularly TERENCE

## Conversation continues

Julius- Hmm man Joe

Josephine- Huh

Julius- That dude ONE LOVE, Man that dude right there go hard Joe

In background
Marcus - He is lying and shit

Josephine- Uh huh

Julius- He still out he still down there ain't he

In background
Josephine- …Have any of y'all seen one love

Josephine - I haven't seen him.  I have not seen him.

## Conversation Continues

Julius- oh, so how's grandma doing

**Exhibit 44 - 2**