# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

---

## EXHIBIT NO. 46

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

---

JAMES DANIEL BARNA, PH.D., J.D.
FORENSIC CLINICAL PSYCHOLOGIST

7181 CHADBOURNE DRIVE    HUBER HEIGHTS, OHIO 45424-2630    937.236.2398    937.236.0085

CONFIDENTIAL - For Professional Use Only

PSYCHOLOGICAL EVALUATION
OF
ROSIE MAE HOLOMN aka HOLLIMON
DOB: MAY 16, 1958
SSN:  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

## REASON FOR REFERRAL

Ms. Rosie Mae Holomn is a 47 year old divorced, Black female who was referred to Dr. Barna by Deputy Federal Public Defender Sean K. Kennedy who wondered if Ms. Holomn was mentally retarded.

## EXAMINATION PROCEDURE

Ms. Holomn was initially interviewed and psychologically tested with the Wechsler Adult Intelligence Scale-Third Edition and the Letter-Word Identification subtest of the Woodcock-Johnson III Tests of Achievement, for 1.75 hours on March 2, 2006, at her home. With the Vineland-II Adaptive Behavior Scales this examiner, for 40 minutes interviewed Ms. Holomn's college educated son Marcus Jwain Robinson on March 15, 2006 at his and Rosie's home, and for 35 minutes interviewed Ms. Holomn's boyfriend Mack McCullough, age 60, on March 16, 2006.  Finally Ms. Holomn was interviewed again and psychologically tested with the Passage Comprehension subtest of the Woodcock-Johnson III Tests of Achievement for 35 minutes on March 25, 2006.

Records reviewed included her 1999 psychiatric treatment records from Good Samaritan Hospital.

The nature and purpose of this examination plus the limits of confidentiality were explained to Ms. Holomn.  She indicated that she comprehended the nature and purpose of the evaluation and the limits of confidentiality.  Initially her cooperation was adequate, but subsequent to the first session it was difficult to recontact and reschedule with her.

## BRIEF BACKGROUND INFORMATION

Ms. Holomn twice gave the same information that she was born on May 16, 1958 (but only 46 years old now) in Dermott, Arkansas, the seventh born child, followed by fraternal twins.  Her father farmed for others, and her mother was a housewife.  She said that she left Dermott High School in the tenth grade, where she took "English, math, science, physical education and biologist," after "I got pregnant."  She said that she should have graduated in 1975 and that in high school "I wanted to be a nurse."  She married Jimmy Robinson for six years and they produced two sons, Narcus Robinson now age 31 and Julius Robinson now age 26.

**Exhibit 46 - 1**

Ms. Holomn and her military husband moved to Ft. Bragg, NC, but she left her family "to go to Texas" where she divorced. She said that she lived in Wichita Falls, Texas, "for some years; I don't remember how many," moved back to Dermott, Arkansas, then back to Texas, before moving to the Dayton, Ohio area where she had some friends in 1999. In the Dayton area she first found employment at the Hampton Inn in Englewood for 4 months, at Summerville Assisted Living for 3 months, and then at the Kettering Medical Center for the last six years, full time, as an OB technician. Her Good Samaritan Hospital records noted that in 1999 she had worked ten months as a receptionist at Your Ideal.

Recently she has moved to her current residence because her son Marcus and his three children moved in with her in December, 2005. She drives a 1997 white Pontiac, and she said that she has a valid driver's license and insurance on her car.

Ms. Holomn said that she had only one prior psychiatric hospitalization for depression for three days, that she was not given any psychotropic medication, and that she never received any outpatient mental health counseling. However, her Good Sam Hospital records report two brief psychiatric admissions in 1999. The first admission was on August 12, 1999 for 23 hours and her second was on December 12, 1999 for 24 hours. Both discharge diagnoses were for depression.

She said that she never had any arrests. She will "go to church a little bit, every other weekend when I'm off," at the Omega Baptist Church on Salem Avenue near her home. She said that in the past year she will "get a bottle" of champagne to celebrate, "not every day," but that she drinks approximately four cans of beer every day without her alcoholic consumption interfering with her daily functioning. She denied using street drugs during the past year. She said that she "quit smoking before they (her son and his three daughters) got here," but that she resumed smoking cigarettes on March 20, 2006 because of the stress of working 12 hour shifts and having to drive her son to and from work and her granddaughters to where they wanted to go.

## TEST RESULTS

On the Wechsler Adult Intelligence Scale, Third Edition, she obtained 68 verbal IQ, 68 performance IQ and 65 full scale IQ scores, all of which are in the Extremely Low Range. Both her Similarities (for her ability to abstract and generalize) subtest score and her Digit Span (for her ability to repeat nominal numbers forward and backwards) subtest score were at scaled 7 in the Low Average range and her strongest intellectual assets. Her other verbal reasoning subtest scores were in the Extremely Low range.

On the Woodcock-Johnson III Tests of Achievement her Letter-Word Identification was at the 3.4 grade level, while her Passage Comprehension was at the 4.0 grade level. When asked to write out a paragraph about what she did the day before, she produced a

2

**Exhibit 46 - 2**

print and cursive combination of twelve words/numbers with no period at the end of the passage.

On the Vineland-II Adaptive Behavior Scales her reading and writing subdomain score was in the Low range with an 8.0 year age equivalence. Her other subdomain scores were in the Average or Below Average range; however, this examiner questioned the veracity of the reports by her college educated son who has lived with her for six months in the past ten years, and her boyfriend of six years, because they seemed to simply say that she can do everything well and has no deficits of which they are aware.

## MENTAL STATUS EXAMINATION

Ms. Holomn was a Black female who said that she was 4'11" tall and weighed 118 pounds. She noted that she regularly weighed 110-111 pounds for years, but recently went up to 118 pounds. She said that her appetite was bad and that she only ate one meal a day with "no urge to eat no more." She said her elimination was regular. She said that her sleep was poor in the past two weeks, with frequently waking up every hour during the night.

She did not wear corrective eyeglasses, but she said had a pair in her purse which she used for both reading and driving. She was right handed when using a writing instrument. Hygiene and grooming were casual and adequate for being at home.

She denied thoughts of suicide, homicide, crying spells, severe depression, and mood swings for no reason, but she reported being depressed because of the burdens placed on her by her son and his three daughters moving in with her, and due to working long hours at her full time job. She denied and did not display any signs of any form of hallucinations or that people were working against her. She did serial threes to 40 with no errors. Her future goal was to enroll in a nursing training program and obtain her RN license; she anticipated checking that out through the local Job Center.

## CLINICAL FORMULATION

It is my professional opinion that Rosie Mae Holomn is mildly mentally retarded but is not mentally ill with any serious mood or thought disorder. Intellectually she has an Extremely Low range of cognitive functioning as defined by her 65-68 scores on the WAIS-III. For the record the WAIS-III uses the term extremely low in place of the term mentally retarded which was used in the earlier edition of the WAIS-R. While her son reported that she has and uses a debit card and that he helps her with her e-mail, she has a significant deficit or impairment in the adaptive functioning of reading and writing. Mild Mental Retardation is her appropriate diagnosis in the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision.

3

**Exhibit 46 - 3**

FORENSIC CONCLUSIONS

Ms. Rosie Mae Holomn aka Hollimon is a 47 year old divorced Black woman who is mildly mentally retarded but not mentally ill.

*James Daniel Barna*

James Daniel Barna, Ph.D., J.D.
Forensic Clinical Psychologist
Ohio License No. 55
25 March 2006

4

**Exhibit 46 - 4**