# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

---

### EXHIBIT NO. 47

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

---

# Fetal Alcohol Syndrome:



## Guidelines for Referral and Diagnosis

National Center on Birth Defects and Developmental Disabilities
Centers for Disease Control and Prevention
Department of Health and Human Services

in coordination with

National Task Force on
Fetal Alcohol Syndrome and Fetal Alcohol Effect







**Exhibit 47 - 1**

# Fetal Alcohol Syndrome: Guidelines for Referral and Diagnosis

National Center on Birth Defects and Developmental Disabilities
Centers for Disease Control and Prevention
Department of Health and Human Services

in coordination with

National Task Force on Fetal Alcohol Syndrome and Fetal Alcohol Effect
American Academy of Pediatrics
American College of Obstetricians and Gynecologists
March of Dimes
National Organization on Fetal Alcohol Syndrome

## July 2004

*(2nd printing, August 2004)*
*(3rd printing, May 2005)*

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Centers for Disease Control and Prevention
*Julie Louise Gerberding, M.D., M.P.H., Director*

National Center on Birth Defects and Developmental Disabilities
*José Cordero, M.D. M.P.H., Director*

Division of Birth Defects and Developmental Disabilities
Fetal Alcohol Syndrome Prevention Team
*R. Louise Floyd, D.S.N., R.N., Team Leader*

**Exhibit 47 - 2**

*Fetal Alcohol Syndrome: Guidelines for Referral and Diagnosis*

---

## Table 3: Brief Outline of Diagnostic criteria for Fetal Alcohol Syndrome

**Facial dysmorphia**
Based on racial norms, individual exhibits all three characteristic facial features:
- Smooth philtrum (University of Washington Lip-Philtrum Guide rank 4 or 5)
- Thin vermillion border (University of Washington Lip-Philtrum Guide rank 4 or 5)
- Small palpebral fissures (at or below 10th percentile )

**Growth problems**
Confirmed prenatal or postnatal height or weight, or both, at or below the 10th percentile, documented at any one point in time (adjusted for age, sex, gestational age, and race or ethnicity).

**Central Nervous System Abnormalities**
    **I. Structural**
        1) Head circumference (OFC) at or below the 10th percentile adjusted for age and sex.
        2) Clinically significant brain abnormalities observable through imaging.
    **II. Neurological**
        Neurological problems not due to a postnatal insult or fever, or other soft neurological signs outside normal limits.
    **III. Functional**
        Performance substantially below that expected for an individual's age, schooling, or circumstances, as evidenced by:
    *1. Global cognitive or intellectual deficits representing multiple domains of deficit (or significant developmental delay in younger children) with performance below the 3rd percentile (2 standard deviations below the mean for standardized testing)*
        *or*
    *2. Functional deficits below the 16th percentile (1 standard deviation below the mean for standardized testing) in at least three of the following domains:*
        a) cognitive or developmental deficits or discrepancies
        b) executive functioning deficits
        c) motor functioning delays
        d) problems with attention or hyperactivity
        e) social skills
        f) other, such as sensory problems, pragmatic language problems, memory deficits, etc.

**Maternal Alcohol Exposure**
    I. Confirmed prenatal alcohol exposure
    II. Unknown prenatal alcohol exposure

**Criteria for FAS Diagnosis**
Requires all three of the following findings:
    1 Documentation of all three facial abnormalities (smooth philtrum, thin vermillion border, and small palpebral fissures);
    2. Documentation of growth deficits
    3. Documentation of CNS abnormality

20

**Exhibit 47 - 3**