# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** |  |
|  | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** |  |
|  | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
|  | **:** |  |
| **Plaintiff/Respondent.** | **:** |  |

_____

## EXHIBIT NO. 50

## SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255

(Filed Electronically Under the Electronic Filing System Requirements)

_____

**MedlinePlus**
Trusted Health Information for You

A service of the U.S. NATIONAL LIBRARY OF MEDICINE
and the NATIONAL INSTITUTES OF HEALTH

Search MedlinePlus

About MedlinePlus | Site Map | FAQs | Contact Us

Home | Health Topics | Drugs & Supplements | Encyclopedia | Dictionary | News | Directories | Other Resources

español

# Medical Encyclopedia

Other encyclopedia topics: A-Ag  Ah-Ap  Aq-Az  B-Bk  Bl-Bz  C-Cg  Ch-Co  Cp-Cz  D-Di  Dj-Dz  E-Ep  Eq-Ez  F  G  H-Hf  Hg-Hz  I-In  Io-Iz  J  K  L-Ln  Lo-Lz  M-Mf  Mg-Mz  N  O  P-Pl  Pm-Pz  Q  R  S-Sh  Si-Sp  Sq-Sz  T-Tn  To-Tz  U  V  W  X  Y  Z  0-9

# Small for gestational age (SGA)

🖷 Printer-friendly version    ✉ E-mail to a friend

## Contents of this page:

- Alternative names
- Definition

- Information

### Alternative names

Intrauterine growth restriction (IUGR); Low birth weight

### Definition    *Return to top*

The term "small for gestational age", or SGA, means a fetus or infant is smaller in size than is expected for the baby's gender, genetic heritage, and gestational age.

### Information    *Return to top*

Ultrasound is used to identify intrauterine growth restriction (a developing fetus that is smaller-than-normal for its age). The most widely used definition of SGA is birth weight below the 10th percentile.

Neonatal growth restriction is a syndrome that includes small size and specific metabolic abnormalities. These abnormalities include hypoglycemia (low blood sugar level), hypothermia (low body temperature), and polycythemia (increased level of red blood cells).

**Update Date: 8/8/2005**

Updated by: Sharon Roseanne Thompson, M.D., M.P.H., Clinical Fellow, Department of Obstetrics & Gynecology, Brighan and Women's Hospital, Boston, MA. Review provided by VeriMed Healthcare Network.

**⁂ADAM**



A.D.A.M., Inc. is accredited by URAC, also known as the American Accreditation HealthCare Commission (www.urac.org). URAC's accreditation program is the first of its kind, requiring compliance with 53 standards of quality and accountability, verified by independent audit. A.D.A.M. is among the first to achieve this important distinction for online health information and services. Learn more about A.D.A.M.'s editorial process. A.D.A.M. is also a founding member of Hi-Ethics (www.hiethics.com) and subscribes to the principles of the Health on the Net Foundation (www.hon.ch).

The information provided should not be used during any medical emergency or for the diagnosis or treatment of any medical condition. A licensed physician should be consulted for diagnosis and treatment of any and all medical conditions. Call 911 for all medical emergencies. Adam makes no representation or warranty regarding the accuracy, reliability, completeness, currentness, or timeliness of the content, text or graphics. Links to other sites are provided for information only -- they do not constitute endorsements of those other sites. Copyright 2005, A.D.A.M., Inc. Any duplication or distribution of the information contained herein is strictly prohibited.

Home | Health Topics | Drugs & Supplements | Encyclopedia | Dictionary | News | Directories | Other Resources

Copyright | Privacy | Accessibility | Quality Guidelines

**Exhibit 50 - 1**

U.S. National Library of Medicine, 8600 Rockville Pike, Bethesda, MD 20894
National Institutes of Health | Department of Health & Human Services

Page last updated: 11 August 2006

**Exhibit 50 - 2**