## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION


| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

_____

### EXHIBIT NO. 51

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____



A service of the National Library of Medicine and the National Institutes of Health

My NCBI
[Sign In] [Regis]

All Databases | PubMed | Nucleotide | Protein | Genome | Structure | OMIM | PMC | Journals | Bool

Search PubMed for [ ]  Go  Clear

Limits   Preview/Index   History   Clipboard   Details

Display AbstractPlus   Show 20   Sort by   Send to

All: 1   Review: 0 ✖

---

**1:** Community Genet. 1999;2(1):36-42.

Links
Full Text

### Study of 290 cases of polyhydramnios and congenital malformations in a series of 225,669 consecutive births.

**Stoll CG, Roth MP, Dott B, Alembik Y.**

Service de Genetique Medicale, Centre Hospitalo-Universitaire, Strasbourg, France. Claude.Stoll@chru-strasbourg.fr

OBJECTIVES: To provide data on polyhydramnios associated with congenital anomalies in 225,669 consecutive pregnancies. MATERIAL AND METHODS: The information in this study came from births of known outcome recorded in our registry of congenital malformations. Routine ultrasonographic examination was performed. Polyhydramnios was diagnosed ultrasonographically. A case-control study allowed the examination of genetic and environmental causal factors of polyhydramnios associated with congenital malformations. RESULTS: The prevalence of this association was 1.28/1,000 (290 cases). Polyhydramnios associated with congenital malformations was diagnosed prenatally in 44.5% of the cases, 10.3% of the infants were stillborn. Forty-one percent of the cases had more than one malformation, 14.5% had a chromosomal aberration, and 20.0% had multiple malformations that do not constitute a syndrome. The more frequent malformations associated with polyhydramnios were cardiac, digestive, central nervous system, musculoskeletal, and urinary. There was increased parental consanguinity. The incidence of polyhydramnios and congenital anomalies among first-degree relatives was 4.1% and first-degree relatives had more malformations than controls (6.2 vs. 3.2%, p < 0.05). Threatened abortions and diabetes mellitus were significantly more frequent among mothers of children with congenital malformations associated with polyhydramnios than among controls. CONCLUSIONS: Our study demonstrated that careful fetal examination has to be performed when polyhydramnios is diagnosed as congenital malformations are often associated with polyhydramnios. We recommend the use of fetal chromosome analysis and careful ultrasonographic examination in every pregnancy complicated by polyhydramnios.

PMID: 15178961 [PubMed]

**Related Links**

Study of 224 cases of oligohydramnios and congenital malformations in a series of 225,669 consecutive births [Community Genet. 1998]

Study of 156 cases of polyhydramnios and congenital malformations in a series of 118,265 consecutive [Am J Obstet Gynecol. 1991]

Epidemiology of congenital eye malformations in 131,760 consecutive births [Ophthalmic Paediatr Genet. 1992]

Risk factors in internal urinary system malformations [Pediatr Nephrol. 1990]

Congenital eye malformations in 212,479 consecutive births [Ann Genet. 1997]

See all Related Articles...

Display  AbstractPlus        ▓ Show  20  ▓ Sort by    ▓ Send to  ▓

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

Aug 14 2006 08:07:58

Exhibit 51 - 2