# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

---

## EXHIBIT NO. 52

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

---



A service of the National Library of Medicine
and the National Institutes of Health

My NCBI
[Sign In] [Regis

| All Databases | PubMed | Nucleotide | Protein | Genome | Structure | OMIM | PMC | Journals | Book |

Search PubMed for            Go  Clear

Limits    Preview/Index    History    Clipboard    Details

Display AbstractPlus      Show 20   Sort by    Send to

All: 1   Review: 0

---

**1:** Ann Ist Super Sanita. 2006;42(1):46-52.

**Full text**  Links

### Brain imaging and fetal alcohol spectrum disorders.

**McGee CL, Riley EP.**

Joint Doctoral Program in Clinical Psychology, San Diego State University, San Diego (CA), USA.

Over thirty years of research has revealed that prenatal exposure to alcohol has a devastating impact on the structure and function of the developing central nervous system. Imaging studies over the past ten years have improved our understanding of the structural alterations related to prenatal alcohol exposure and provided researchers with potential hypotheses for brain-behavior relationships. Structural alterations associated with prenatal alcohol exposure have been found in overall brain size, shape, and symmetry, along with regional decreases in white and gray matter. In addition, abnormalities have been noted in specific structures such as the cerebellum, basal ganglia, and corpus callosum. This review demonstrates that specific areas of the brain may be more vulnerable to prenatal exposure to alcohol.

PMID: 16801725 [PubMed - as supplied by publisher]

**Related Links**

A review of the neuroanatomical findings in children with fetal alcohol syndrome or prenatal exposure to alcohol.        [Alcohol Clin Exp Res. 1998]

Fetal alcohol spectrum disorders: an overview with emphasis on changes in brain and behavior. [Exp Biol Med (Maywood). 2005]

Teratogenic effects of alcohol: a decade of brain imaging. [Am J Med Genet C Semin Med Genet. 2004]

Regional brain shape abnormalities persist into adolescence after heavy prenatal alcohol exposure. [Cereb Cortex. 2002]

Interhemispheric transfer in children with heavy prenatal alcohol exposure.    [Alcohol Clin Exp Res. 2002]

See all Related Articles...

---

Display AbstractPlus      Show 20   Sort by    Send to

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

Aug 14 2006 08:07:58