# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

---

## EXHIBIT NO. 53

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

---

DEVELOPMENTAL NEUROPSYCHOLOGY, *18*(3), 331–354
Copyright © 2000, Lawrence Erlbaum Associates, Inc.

# Direct and Indirect Effects of Prenatal Alcohol Damage on Executive Function

## Paul D. Connor

*Department of Psychiatry and Behavioral Sciences*
*University of Washington*

## Paul D. Sampson

*Department of Statistics*
*University of Washington*

## Fred L. Bookstein

*Department of Biostatistics*
*University of Michigan*

## Helen M. Barr and Ann P. Streissguth

*Department of Psychiatry and Behavioral Sciences*
*University of Washington*

Patients with Fetal Alcohol Syndrome (FAS) and Fetal Alcohol Effects (FAE) often have difficulty functioning appropriately in everyday life and seem to employ poor problem-solving strategies. Tests of executive function are relevant for quantifying the functional deficits and underlying real-life problems associated with prenatal alcohol exposure. This study considers two pathways for the effects of prenatal alcohol on executive function: a direct effect and an indirect effect through prenatal alcohol's effect on IQ. We compared 30 men who had been diagnosed with FAS or FAE with young adults participating in a longitudinal prospective study ($n = 419$) and 15 control participants that comprised a comparison group. This study is unique in its analysis of the same battery of assessments of executive function in both a large low dose longitudinal study sample and a clinically diagnosed group. Participants were evaluated on 9

---

Requests for reprints should be sent to Paul D. Connor, Department of Psychiatry and Behavioral Sciences, University of Washington, Fetal Alcohol and Drug Unit, 180 Nickerson Street, Suite 309, Seattle, WA 98109. E-mail: cingulum@u.washington.edu

**Exhibit 53 - 1**

332    CONNOR, SAMPSON, BOOKSTEIN, STREISSGUTH

tests (including 58 scores) of executive function. For some but not all of the tests in this executive function battery, the decrement in the alcohol exposure group is greater than would be predicted from their IQ scores. We found that 3 of 6 Stroop scores, 2 of 4 Trails scores, 9 of 16 Wisconsin Card Sorting scores, 1 of 2 Ruff's Figural Fluency scores, and 2 of 4 Consonant Trigrams scores appear to be particularly sensitive to the direct effects of prenatal alcohol damage for patients with FAS and FAE. The findings suggest that these executive function tests would be particularly useful in clinical evaluations of persons suspected of fetal alcohol damage because they would not simply reflect deficits in IQ or facial stigmata.

Patients with Fetal Alcohol Syndrome (FAS) and Fetal Alcohol Effects (FAE) are often clinically characterized by behaviors resembling those for patients diagnosed with frontal lobe lesions. This is exemplified by descriptions of two individuals, one of a young man diagnosed with FAS and another of a young woman with known frontal lobe damage. RW is a 26-year-old man in our study who was born to a mother who abused alcohol during pregnancy. He was diagnosed with FAS at the age of 3. DT was 7 years old when she underwent surgery for a left frontal subarachnoid hemorrhage (Eslinger, Grattan, Damasio, & Damasio, 1992). When tested as adults, both RW and DT had IQ scores broadly within the average range. However, both RW and DT had difficulties with cognitive flexibility, maintaining set, planning and organizing information, utilizing feedback to alter behavior, and they displayed a perseverative response style. Behaviorally and socially, both had great difficulty maintaining employment because of poor judgement and inability to stay focused on tasks, and required assistance with many daily living skills including hygiene, structuring leisure time, and managing finances. Both RW and DT had great difficulty with relationships due to poor impulse control and decision-making skills. The pervasive impact of RWs disorder seems quite similar to that of DTs, no matter the difference in etiology, and a central theme appears to be an extensive deficit of executive function (EF), regardless of level of measured intelligence.

A number of researchers have defined EF as a group of cognitive abilities that include (a) self-regulation of behaviors, (b) sequencing of behaviors, (c) cognitive flexibility, (d) response inhibition, (e) planning, and (f) organization of behavior (Eslinger, 1996). Denckla (1996) suggested that executive functions are "future-oriented" processes. Most researchers agree that EFs are not basic cognitive processes such as motor activity, sensation, perception, attention, or memory, but instead involve the integration of the more basic cognitive processes and thus depend on their development. In other words, good EF depends on intact basic cognitive functioning. EF is of particular interest in evaluating people with prenatal alcohol effects because poor judgement and failure to consider consequences are often described clinically in this population.

According to Denckla (1996), EF is an integrative process, so it can sometimes be affected by performance on other tasks that reflect general intelligence and

**Exhibit 53 - 2**

Case 4:00-cr-00260-Y    Document 2380-11    Filed 08/28/06    Page 4 of 25    PageID 6899

other cognitive processes. For example, in the presence of high IQ, tasks of EF may be too easy and thus may not be sensitive to EF deficits that are subtle. Denckla described a complex overlap between general intelligence and EF, noting that Performance IQ, which emphasizes fluid intelligence and timed tasks, may be more closely related to EF than Verbal IQ, with its emphasis on more crystallized intelligence. In addition to the effects of IQ, individual tasks considered to tap EF, such as the Stroop task, can be impacted by other abilities, such as literacy.

EF deficits have been identified in many clinical populations (Arnett et al., 1994; Channon, 1996; Dise & Lohr, 1998; Eslinger et al., 1992; Foong et al., 1997; Hutton et al., 1998; Levin et al., 1997; Pantelis et al., 1997; Raskin & Rearick, 1996; Romans, Roeltgen, Kushner, & Ross, 1997; Shoqeirat, Mayes, MacDonald, Meudell, & Pickering, 1990). In addition, several studies have assessed EF deficits in populations of individuals prenatally exposed to alcohol. Kodituwakku and colleagues utilized the Wisconsin Card Sorting Test (WCST), Controlled Oral Word Association Test (COWAT), and a tower planning test with a small group of children with FAS and FAE (Kodituwakku, Handmaker, Cutler, Weathersby, & Handmaker, 1995). They found that children with FAS and FAE correctly identified significantly fewer categories and made significantly more perseverative errors on the WCST, generated significantly fewer words on the COWAT, and had significantly poorer performance on the tower test than did controls. A study using the D–KEFS (a battery of tests including versions of Trail Making, Stroop, Tower, and Word Context tests) was administered to children diagnosed with FAS or Prenatal Exposure to Alcohol and nonexposed controls (Mattson, Goodman, Caine, Delis, & Riley, 1999). This study found that alcohol-exposed participants, regardless of diagnosis, performed more poorly than control participants, with specific impairments in planning, response inhibition, abstract thinking, and flexibility. Another study compared performance on the WCST of children exposed to alcohol prenatally, children diagnosed with attention deficit hyperactivity disorder (ADHD), and control children (Coles et al., 1997). Children diagnosed with FAS or FAE completed significantly fewer categories than did either children with ADHD or controls. Adolescents and adults with FAS and FAE made many more bizarre responses than did control participants on a cognitive estimation task (Kopera-Frye, Dehaene, & Streissguth, 1996).

Very few of the studies we reviewed considered IQ effects and their complex overlap with EF (Denckla, 1996). However, we know from the literature that prenatal alcohol directly depresses IQ (Mattson, Riley, Grambling, Delis, & Jones, 1997; Streissguth et al., 1991; Streissguth, Barr, Sampson, Darby, & Martin, 1989) and thereby may indirectly depress EF. In addition, alcohol may directly affect at least some aspects of EF even more than would be predicted by the alcohol-related IQ deficit alone. Therefore, it is important to assess not only the indirect effects of EF through the mediation of IQ but also to determine the direct effects of alcohol damage on EF.

**Exhibit 53 - 3**

334    CONNOR, SAMPSON, BOOKSTEIN, STREISSGUTH

This study examines the direct effect of prenatal alcohol damage on EF, and also the indirect effect via IQ, in two groups of adult participants. One group, from a large population-based study, has available measures of prenatal alcohol exposure; the other group, from a clinic-based study, includes adults previously diagnosed with FAS or FAE, along with controls. All participants were examined on nine tests thought to be sensitive to EF and on a standardized IQ test. These nine tests yielded 58 EF outcome measures (Table 1). Each of these tests was examined with respect to IQ using data from both studies to compute coefficients reflecting the direct effects of prenatal alcohol damage as expressed in the FAS and FAE diagnosis according to a simple path model. These coefficients were used as weights to compute a composite EF outcome score embodying direct as well as indirect effects (Table 2).

## METHOD

### Participants

Participants from two studies who were administered an identical battery of tests were included in this analysis. The first study, a longitudinal prospective study, examined a cohort of 419 young adults between 20.8 and 23.4 years of age who had been followed since birth. Participants were originally selected based on maternal report of alcohol use during pregnancy. Pregnant women who were receiving prenatal care were interviewed in the 5th month of pregnancy about alcohol use patterns before pregnancy and during pregnancy. The participants from the prospective study have widely varying prenatal alcohol exposure levels, across the whole spectrum of use (Streissguth, Barr, Bookstein, Sampson, & Carmichael Olson, 1999), with relatively few at levels believed necessary for outcomes that can be diagnosed as FAS or FAE (Sampson et al., 1997). Only two members of this cohort had been identified at birth with FAS.

The second study, a clinic-based study, examined 45 men, including 15 control participants, 15 participants who were diagnosed with FAS, and 15 who were diagnosed with FAE, by experienced dysmorphologists according to established criteria (Clarren & Smith, 1978). The diagnosis of FAS was made when the participant presented with a triad of symptoms including specific facial stigmata, growth deficiency, and evidence of central nervous system (CNS) dysfunction or damage in the presence of significant alcohol exposure during pregnancy. The facial stigmata of FAS include short palpebral fissures (smaller than normal eye openings), a thin upper lip, and an indistinct philtrum (ridges just above the middle of the upper lip; Stratton, Howe, & Battaglia, 1996). By contrast, FAE was diagnosed when there was evidence of significant prenatal alcohol exposure and the presence of CNS dysfunction or damage but there was not sufficient evidence of facial anomalies or

**Exhibit 53 - 4**

Case 4:00-cr-00260-Y    Document 2380-11    Filed 08/28/06    Page 6 of 25    PageID 6901

Exhibit 53 - 5

### TABLE 1
Means and Standard Deviations of Executive Functioning Scores for the FAS and FAE Study (N = 45) and the Longitudinal Prospective Study

| | FAS and FAE Study | | | | | | Longitudinal Prospective Study[b] | |
| | FAS[a] | | FAE[a] | | Controls[a] | | | |
| Measures | M | SD | M | SD | M | SD | M | SD |
|---|---|---|---|---|---|---|---|---|
| Wechsler Adult Intelligence Scale–Revised (WAIS–R) | | | | | | | | |
| VIQ | 80.3 | 10.4 | 84.7 | 8.9 | 111.3 | 15.5 | 99.4 | 12.0 |
| PIQ | 91.7 | 17.1 | 93.7 | 14.9 | 111.1 | 16.3 | 104.8 | 13.6 |
| FSIQ | 83.9 | 12.9 | 87.1 | 9.8 | 112.7 | 16.6 | 101.9 | 12.5 |
| Wisconsin Card Sorting Test (WCST) | | | | | | | | |
| WCST1stCAT | 15.7 | 8.5 | 15.1 | 7.8 | 14.4 | 6.9 | 13.5 | 8.7 |
| WCSTSETFAIL | 0.9 | 1.6 | 1.2 | 1.5 | 1.1 | 1.3 | 0.8 | 1.1 |
| WCSTLTOL | −6.1 | 11.9 | −3.7 | 7.1 | 0.9 | 2.6 | −0.7 | 4.2 |
| WCST#CAT | 4.1 | 2.0 | 5.0 | 1.6 | 6.0 | 0.0 | 5.8 | 0.9 |
| WCST#COR | 70.3 | 19.1 | 73.8 | 12.4 | 75.3 | 10.8 | 71.7 | 9.6 |
| WCST#CONCEP | 58.6 | 27.1 | 64.5 | 15.7 | 72.3 | 10.3 | 68.0 | 10.0 |
| WCST#ERROR | 43.1 | 28.8 | 33.5 | 21.1 | 16.6 | 7.2 | 17.0 | 13.3 |
| WCST#NPERROR | 24.7 | 18.4 | 17.9 | 12.2 | 9.5 | 5.3 | 8.7 | 8.3 |
| WCST#PERROR | 18.4 | 13.5 | 15.6 | 11.0 | 7.1 | 3.6 | 8.3 | 5.8 |
| WCST#PRESP | 20.0 | 15.6 | 17.3 | 12.7 | 7.3 | 3.9 | 8.8 | 6.7 |
| WCST%CONCEP | 55.1 | 28.1 | 62.7 | 18.5 | 79.3 | 8.3 | 78.8 | 12.9 |
| WCST%ERROR | 35.6 | 20.6 | 29.6 | 14.7 | 17.5 | 5.9 | 17.7 | 9.2 |
| WCST%NPERROR | 20.4 | 13.5 | 15.7 | 8.7 | 9.9 | 4.6 | 8.9 | 6.1 |
| WCST%PERROR | 15.3 | 9.8 | 13.9 | 7.6 | 7.7 | 3.5 | 8.8 | 4.1 |
| WCST%PRESP | 16.6 | 11.3 | 15.5 | 9.0 | 7.9 | 3.8 | 9.3 | 4.8 |
| WCST#TRIALS | 113.4 | 20.0 | 107.3 | 18.8 | 91.9 | 15.1 | 88.6 | 18.0 |

(continued)

335

Case 4:00-cr-00260-Y    Document 2380-11    Filed 08/28/06    Page 7 of 25    PageID 6902

Exhibit 53 - 6

336

TABLE 1 (*Continued*)

| Measures | FAS and FAE Study | | | | | | Longitudinal Prospective Study[b] | |
| | FAS[a] | | FAE[a] | | Controls[a] | | | |
| | M | SD | M | SD | M | SD | M | SD |
|---|---|---|---|---|---|---|---|---|
| Cognitive Estimation (CE; folded rank scores) | | | | | | | | |
| CE–01 | 119.5 | 81.2 | 76.2 | 64.7 | 94.6 | 68.2 | 104.6 | 61.0 |
| CE–02 | 155.1 | 95.7 | 153.4 | 85.6 | 96.2 | 99.1 | 89.9 | 87.7 |
| CE–03 | 141.9 | 55.8 | 119.3 | 46.5 | 64.2 | 42.6 | 102.5 | 64.2 |
| CE–04 | 106.2 | 92.0 | 139.4 | 71.6 | 106.8 | 79.9 | 106.2 | 68.6 |
| CE–05 | 127.5 | 71.3 | 114.6 | 59.5 | 118.3 | 62.4 | 106.0 | 59.7 |
| CE–06 | 123.7 | 65.3 | 107.4 | 54.0 | 96.3 | 61.0 | 104.4 | 60.1 |
| CE–07 | 56.4 | 96.8 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | 18.0 |
| CE–08 | 143.0 | 74.7 | 129.5 | 47.4 | 121.6 | 59.8 | 103.9 | 67.5 |
| CE–09 | 132.7 | 71.1 | 127.2 | 89.8 | 103.7 | 70.6 | 101.2 | 73.1 |
| CE–10 | 141.0 | 66.9 | 90.8 | 91.9 | 86.8 | 76.4 | 89.9 | 76.4 |
| CE–11 | 122.8 | 74.2 | 111.1 | 64.9 | 97.6 | 54.4 | 105.9 | 60.2 |
| CE–12 | 147.7 | 80.6 | 141.6 | 55.8 | 86.4 | 76.2 | 103.6 | 65.7 |
| CE–13 | 127.7 | 66.8 | 116.8 | 78.6 | 122.8 | 77.2 | 106.2 | 67.9 |
| CE–14 | 110.5 | 72.2 | 108.8 | 77.1 | 93.4 | 66.1 | 104.5 | 65.4 |
| CE–15 | 135.4 | 70.7 | 124.5 | 72.5 | 79.3 | 64.0 | 101.7 | 68.8 |
| Controlled Oral Word Association Test (COWAT) | | | | | | | | |
| COWATF | 9.2 | 3.8 | 11.7 | 5.0 | 15.3 | 3.9 | 13.9 | 4.3 |
| COWATA | 7.8 | 2.5 | 8.7 | 3.8 | 13.3 | 4.2 | 11.7 | 4.2 |
| COWATS | 11.3 | 4.4 | 11.6 | 3.6 | 16.9 | 5.5 | 15.4 | 4.5 |
| COWATTOT | 28.3 | 9.1 | 32.1 | 10.6 | 45.5 | 11.8 | 40.9 | 11.1 |
| COWATANIM | 17.9 | 5.0 | 19.5 | 5.5 | 24.4 | 4.6 | 23.1 | 5.2 |

Exhibit 53 - 7

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Ruff's Figural Fluency Test (RFF)** | | | | | | | | |
| RFFPERSEV | 8.1 | 10.4 | 6.8 | 7.7 | 5.1 | 4.9 | 5.3 | 5.3 |
| RFFUNIQUE | 65.3 | 20.7 | 65.3 | 24.7 | 111.3 | 20.7 | 96.0 | 22.7 |
| **Trail Making Test** | | | | | | | | |
| TRLAERROR | 0.1 | 0.3 | 0.5 | 0.6 | 0.2 | 0.6 | 0.2 | 0.5 |
| TRLASECONDS | 38.1 | 15.9 | 36.1 | 11.6 | 23.3 | 6.6 | 25.0 | 8.1 |
| TRLBERROR | 0.9 | 1.8 | 1.1 | 1.2 | 0.1 | 0.3 | 0.4 | 0.8 |
| TRLBSECONDS | 100.2 | 51.2 | 103.1 | 28.4 | 55.2 | 20.5 | 57.8 | 24.6 |
| **Stroop Color–Word Test** | | | | | | | | |
| STROOPW | 85.5 | 16.2 | 80.1 | 13.8 | 105.7 | 14.6 | 103.2 | 15.5 |
| STROOPWERR | 0.7 | 1.2 | 1.1 | 1.0 | 0.5 | 0.8 | 0.5 | 0.9 |
| STROOPC | 60.8 | 16.4 | 57.7 | 12.0 | 74.5 | 9.7 | 74.8 | 12.4 |
| STROOPCERR | 1.8 | 1.7 | 1.4 | 1.8 | 0.9 | 0.9 | 1.0 | 1.1 |
| STROOPCW | 33.9 | 10.7 | 31.1 | 8.3 | 45.6 | 7.9 | 45.8 | 10.0 |
| STROOPCWERR | 2.2 | 1.7 | 2.5 | 2.7 | 1.2 | 1.1 | 1.6 | 1.5 |
| **Consonant Trigrams Test (CTT)** | | | | | | | | |
| CTT03 | 10.9 | 3.4 | 10.5 | 2.3 | 13.2 | 2.5 | 12.8 | 2.2 |
| CTT09 | 7.1 | 2.9 | 8.1 | 3.0 | 11.0 | 3.1 | 10.4 | 3.0 |
| CTT18 | 5.1 | 2.8 | 5.5 | 2.5 | 8.8 | 3.1 | 8.8 | 3.3 |
| CTTPOS | 32.9 | 8.1 | 33.2 | 6.3 | 44.7 | 8.6 | 43.3 | 8.0 |
| **Digit Span (DS; WAIS–R)** | | | | | | | | |
| DSSCALE | 7.0 | 2.9 | 7.5 | 2.2 | 12.0 | 2.9 | 10.5 | 2.6 |

*(continued)*

Exhibit 53 - 8

338

TABLE 1 (*Continued*)

| Measures | FAS and FAE Study | | | | | | Longitudinal Prospective Study[b] | |
| | FAS[a] | | FAE[a] | | Controls[a] | | | |
| | M | SD | M | SD | M | SD | M | SD |
| California Verbal Learning Test (CVLT) | | | | | | | | |
| CVLTPERSEV | 5.4 | 5.0 | 5.7 | 4.4 | 5.6 | 4.6 | 5.5 | 4.8 |
| CVLTASEM | 14.9 | 7.4 | 11.1 | 8.4 | 21.7 | 9.3 | 25.5 | 13.2 |
| CVLTLDSEM | 3.1 | 3.3 | 4.3 | 2.7 | 7.5 | 2.7 | 7.5 | 3.3 |
| CVLTSDSEM | 2.8 | 2.8 | 3.9 | 3.3 | 6.7 | 2.7 | 6.9 | 3.2 |
| CVLTINTRUS | 9.4 | 10.8 | 4.7 | 4.2 | 1.7 | 1.5 | 2.5 | 3.9 |

*Note.* FAS = Fetal Alcohol Syndrome; FAE = Fetal Alcohol Effects; VIQ = verbal IQ; PIQ = performance IQ; FSIQ = full scale IQ; WCST1stCAT = number of first category correctly identified; WCSTSETFAIL = number of set breaks; WCSTLTOL = the learning to learn factor; WCST#CAT = number of categories correctly identified; WCST#COR = number of correct responses; WCST#CONCEP = number of conceptual level responses; WCST#ERROR = number of errors; WCST#NPERROR = number of nonperseverative errors; WCST#PERROR = number of perseverative errors; WCST#PRESP = number of perseverative responses; WCST%CONCEP = percentage of conceptual level responses; WCST%ERROR = percentage of errors; WCST%NPERROR = percentage of nonperseverative errors; WCST%PERROR = percentage of perseverative errors; WCST%PRESP = percentage of perseverative responses; WCST#TRIALS = number of trials completed; COWATF = number of words: "F" trial; COWATA = number of words: "A" trial; COWATS = number of words: "S" trial; COWATTOT = total words generated from letters; COWATANIM = number of animal words generated; RFFPERSEV = total number of perseverative errors; RFFUNIQUE = number of unique designs; TRLAERROR = number of errors for the Trails A; TRLASECONDS = total amount of time to reach the goal; TRLBERROR = number of errors for the Trails B; TRLBSECONDS = total amount of time to reach the goal; STROOPW = number of correct responses in a 45-sec time period when reading colors; STROOPWERR = number of errors reading color words; STROOPC = number of correct responses naming color of ink; STROOPCERR = number of errors made naming colors; STROOPCW = number of correct responses when naming colors ignoring printed words; STROOPCWERR = number of errors naming colors ignoring printed words; CTT03 = total number of letters remembered, 3-sec delay; CTT09 = total number of letters remembered, 9-sec delay; CTT18 = total number of letters remembered, 18-sec delay; CTTPOS = total number of letters placed in the correct sequence; DSSCALE = scaled score of both conditions combined; CVLTPERSEV = number of perseverations; CVLTASEM = semantic clustering; CVLTLDSEM = long-delay semantic clustering; CVLTSDSEM = short-delayed semantic clustering; CVLTINTRUS = number of intrusions.

[a]n = 15. [b]n = 419.

TABLE 2
Performance Versus Expectation Given IQ for 58 Executive Function Scores and
Their Weights

| Test Score | Better Than Expected | Worse Than Expected | Weight[a] |
|---|---|---|---|
| STROOPW | 5 | 24 | 0.71 |
| STROOPCW | 5 | 24 | 0.68 |
| TRLBSECONDS | 6 | 23 | 0.65 |
| TRLASECONDS | 9 | 20 | 0.65 |
| WCST#ERROR | 6 | 23 | 0.60 |
| WCST#NPERROR | 7 | 22 | 0.58 |
| WCST%ERROR | 6 | 23 | 0.57 |
| WCST%NPERROR | 7 | 22 | 0.55 |
| WCST#TRIALS | 9 | 20 | 0.55 |
| WCST%CONCEP | 6 | 23 | 0.55 |
| RFFUNIQUE | 8 | 21 | 0.54 |
| WCST#PERROR | 9 | 20 | 0.53 |
| STROOPC | 6 | 23 | 0.53 |
| CTTPOS | 7 | 22 | 0.52 |
| WCST#PRESP | 9 | 20 | 0.52 |
| WCST#CAT | 15 | 14 | 0.50 |
| CTT18 | 6 | 23 | 0.49 |
| WCST%PERROR | 9 | 20 | 0.46 |
| WCST%PRESP | 8 | 21 | 0.45 |
| CVLTASEM | 11 | 18 | 0.44 |
| CVLTSDSEM | 10 | 19 | 0.44 |
| CVLTLDSEM | 11 | 18 | 0.43 |
| DSSCALE | 8 | 21 | 0.43 |
| CVLTINTRUS | 12 | 17 | 0.41 |
| CE–08 | 10 | 19 | 0.38 |
| CE–15 | 8 | 21 | 0.36 |
| COWATTOT | 12 | 17 | 0.35 |
| CTT09 | 10 | 19 | 0.35 |
| WCSTLTOL | 7 | 22 | 0.32 |
| CE–05 | 12 | 17 | 0.31 |
| COWATS | 13 | 16 | 0.30 |
| COWATANIM | 10 | 19 | 0.26 |
| WCST1STCAT | 14 | 15 | 0.26 |
| COWATF | 11 | 18 | 0.25 |
| CE–07 | 25 | 4 | 0.23 |
| RFFPERSEV | 13 | 16 | 0.22 |
| CE–02 | 13 | 16 | 0.18 |
| COWATA | 13 | 16 | 0.17 |
| CE–12 | 13 | 16 | 0.16 |
| CTT03 | 9 | 20 | 0.14 |
| CE–11 | 14 | 15 | 0.11 |
| CE–03 | 12 | 17 | 0.11 |

*(continued)*

339

Exhibit 53 - 9

TABLE 2 (Continued)

| Test Score | Better Than Expected | Worse Than Expected | Weight[a] |
|---|---|---|---|
| CE–10 | 12 | 17 | 0.09 |
| STROOPWERR | 14 | 15 | 0.08 |
| STROOPCWERR | 14 | 15 | 0.07 |
| WCSTSETFAIL | 14 | 15 | 0.07 |
| CE–13 | 16 | 13 | 0.06 |
| WCST#CONCEP | 16 | 13 | 0.03 |
| TRLBERROR | 17 | 12 | 0.02 |
| CE–04 | 12 | 17 | 0.02 |
| CE–09 | 18 | 11 | 0.02 |
| WCST#COR | 20 | 9 | 0.01 |
| TRLAERROR | 22 | 7 | 0.01 |
| CE–14 | 14 | 15 | –0.03 |
| STROOPCERR | 17 | 12 | –0.03 |
| CE–06 | 19 | 10 | –0.25 |
| CVLTPERSEV | 20 | 9 | –0.42 |
| CE–01 | 21 | 8 | –0.62 |

*Note.* STROOPW = number of correct responses in a 45-sec time period when reading colors; STROOPCW = number of correct responses when naming colors ignoring printed words in a 45-sec time period; TRLBSECONDS = total amount of time to reach the goal; TRLASECONDS = total amount of time to reach the goal; WCST#ERROR = number of errors; WCST#NPERROR = number of nonperseverative errors; WCST%ERROR = percentage of errors; WCST%NPERROR = percentage of nonperseverative errors; WCST#TRIALS = number of trials completed; WCST%CONCEP = percentage of conceptual level responses; RFFUNIQUE = number of unique designs; WCST#PERROR = number of perseverative errors; STROOPC = number of correct responses in a 45-sec time period when reading color of ink; CTTPOS = total number of letters placed in the correct sequence; WCST#PRESP = number of perseverative responses; WCST#CAT = number of categories correctly identified; CTT18 = total number of letters remembered during 18-sec delay period; WCST%PERROR = percentage of perseverative errors; WCST%PRESP = percentage of perseverative responses; CVLTASEM = semantic clustering; CVLTSDSEM = short-delayed semantic clustering; CVLTLDSEM = long-delay semantic clustering; DSSCALE = scaled score of both conditions combined; CVLTINTRUS = number of intrusions; CE–08, CE–15, CE–05, CE–07, CE–02, CE–12, CE–11, CE–03, CE–10, CE–13, CE–04, CE–09, CE–14, CE–06, CE–01 = scoring in the Cognitive Estimation questionnaire; COWATTOT = total words generated from letters; WCSTLTOL = the learning to learn factor; COWATS = number of words: "S" trial; COWATANIM = number of animal words generated; WCST1stCAT = number of trials to first category correctly identified; COWATF = number of words: "F" trial; RFFPERSEV = total number of perseverative errors; COWATA = number of words: "A" trial; CTT03 = total number of letters remembered during 3-sec delay period; STROOPWERR = number of errors reading colors; STROOPCWERR = number of errors when naming colors ignoring printed words; WCSTSETFAIL = number of set breaks; WCST#CONCEP = number of conceptual level responses; TRLBERROR = number of errors for the trail; WCST#COR = number of correct responses; TRLAERROR = number of errors for the trail; STROOPCERR = number of errors made; CVLTPERSEV = number of perseverations.

[a]Weights are computed as the mean of the deviations of Fetal Alcohol Syndrome and Fetal Alcohol Effects cases from the loess regression curves for each of the items, as illustrated for WCST%CONCEP and COWATA in Figure 2.

340

Exhibit 53 - 10

growth deficiency. All of the participants with FAS or FAE were selected from a study of secondary disabilities conducted in our lab for the Centers for Disease Control and Prevention (Streissguth, Barr, Kogan, & Bookstein, 1996). All of these diagnosed participants have been involved in follow-up studies in this lab for many years. Many of them were identified at birth, whereas others were identified later in life by the diagnostic clinic at the University of Washington, Seattle.

Control participants for the clinic-based study were recruited by advertisements placed at local universities, community colleges, and the University Medical Center. They were matched for age and ethnicity. Potential control participants were screened for prenatal alcohol exposure, head trauma involving loss of consciousness, history of neurological disturbances (i.e., seizures, Parkinson's disease, Alzheimer's disease, and birth defects involving damage to the brain), and current psychiatric problems (i.e. hearing voices, seeing visions, and alcohol or drug abuse problems). Control participants reporting any of these symptoms were not included in the study.

The participants from the longitudinal prospective study ($n = 419$) and control participants from the clinic-based study ($n = 15$) were compared with the participants diagnosed with either FAS or FAE from the clinic-based study. Demographic characteristics of the participants diagnosed with FAS or FAE, the 15 control participants from the clinic-based study, and 419 comparison participants from the longitudinal prospective study are presented in Table 3.

Participants from both studies were administered an identical group of neuropsychological tests. One of the 15 participants with FAS was unable to complete the EF battery; therefore the results reported are based on 29 patients with FAS or FAE, 15 control participants from the clinic-based sample, and 419 comparison participants from the longitudinal prospective study.

## Measures

Nine tests of EF with a total of 58 scores were recorded and administered under identical conditions to participants in both studies.

*Wisconsin Card Sorting Test (WCST).* The WCST (Heaton & Staff, 1993) is a computerized task which requires participants to match individual response cards to one of four key cards (one red triangle, two green stars, three yellow crosses, and four blue circles). The participant is required to correctly identify the sorting principle (i.e., color, shape, or number) on 10 consecutive trials at which point the sorting principle changes. The three different sorting principles are each repeated twice over the 128 possible trials. Some controversy is attached to the use of the computerized version of the WCST versus the standard administration. In one

**Exhibit 53 - 11**

342   CONNOR, SAMPSON, BOOKSTEIN, STREISSGUTH

TABLE 3
Comparison of Demographic Characteristics by Group: FAS and FAE Study ($N = 45$) and
the Longitudinal Prospective Study

| Characteristics | FAS and FAE Study | | | Longitudinal Prospective Study[b] |
| | FAS[a] | FAE[a] | Control[a] | |
|---|---|---|---|---|
| Sex | | | | |
| Male | 15 (100%) | 15 (100%) | 15 (100%) | 220 (53%) |
| Female | — | — | — | 199 (47%) |
| Ethnicity | | | | |
| White | 9 (60%) | 9 (60%) | 10 (67%) | 347 (83%) |
| Black | — | 2 (13%) | 2 (13%) | 31 (7%) |
| Native American | 6 (40%) | 4 (27%) | 3 (20%) | 12 (3%) |
| Other | — | — | — | 29 (7%) |
| Age at exam | | | | |
| 18–24.9 years | 10 (67%) | 10 (67%) | 10 (67%) | 419 (100%) |
| 25–31.9 years | 4 (26%) | 4 (26%) | 4 (26%) | — |
| 32–38.9 years | 1 (7%) | 1 (7%) | 1 (7%) | — |
| Highest grade completed | | | | |
| High school incomplete | 6 (40%) | 5 (33%) | 1 (6%) | 48 (11%) |
| High school graduate | 7 (47%) | 9 (60%) | 1 (6%) | 92 (22%) |
| Beyond high school | 2 (13%) | 1 (6%) | 13 (87%) | 279 (67%) |

*Note.*   FAS = Fetal Alcohol Syndrome; FAE = Fetal Alcohol Effects.
[a]$n = 15$. [b]$n = 419$.

study of autistic and nonautistic children, the two forms of the test were found to have low to moderate alternate forms validity, and a somewhat attenuated effect was found with the computerized version (Ozonoff, 1995). In contrast, another study of neurologically intact participants found the two versions of the test to be quite comparable (Artiola-i-Fortuny & Heaton, 1996). Computerized administration offers the benefit that all of the tests are identically administered and reliably scored, thus removing much examiner error that could occur in hand administration. Scores for this task include the number of trials completed, number correct responses, number and percentage of errors, number and percentage of perseverative responses, number and percentage of perseverative errors, number and percentage of nonperseverative errors, number of categories correctly identified, number of trials to completion of the first category, number and percentage of conceptual level responses, number of set breaks (making an incorrect response after a run of six correct responses), and the "learning to learn" factor.

*Cognitive Estimation (CE).*   This 15-item questionnaire was originally based on the questionnaire developed by Shallice and Evans (Shallice & Evans,

Exhibit 53 - 12

1978). The current questions were derived from a previous study in our unit (Kopera-Frye et al., 1996). The participant is asked to make a reasonable guess about such questions as the length of a dollar bill, weight of the heaviest dog, and the height of the tallest tree in the world. The original scoring system devised by Shallice and Evans was a 4-point scale based on the extremeness of the response (Shallice & Evans, 1978). This method of scoring is quite dependent on the size of the normative group as extremeness was based on the response being outside the range of the full normative sample. Instead, in this study each participant's responses were rank ordered and the folded ranks (distance from the median rank) used for scoring.

*Controlled Oral Word Association Test (COWAT).*     This is a task of verbal fluency in which the participant is given 1 min to name as many words as possible beginning with the letters "F," "A," and "S," and as many animals as possible (Spreen & Strauss, 1991). Scores were the number of words generated for each condition in the 1-min period.

*Ruff's Figural Fluency Test (RFF).*     This nonverbal analog of COWAT requires the participant to create unique designs by connecting dots with and without distracting interference (Evans, Ruff, & Gualtieri, 1985). Scores recorded are the numbers of unique designs over the five trials and the total number of perseverative errors.

*Trail Making Test.*     This test, especially Trails B, is a measure of shifting attentional set (Spreen & Strauss, 1991). Trails B requires the participant to switch between numbers and letters when connecting dots to reach the goal. Scores for this test are the total amount of time to reach the goal and the number of errors for each of the trails.

*Stroop Color–Word Test.*     The three-part Golden version of the task (Golden, 1978) requires the participant to read the names of colors, name the color of ink, and name the color of ink when words printed are in contrast to the colored ink (interference task). The interference task is a measure of response inhibition. Scores for this test are the numbers of correct responses named in a 45-sec time period and the number of errors made.

*Consonant Trigrams Test (CTT).*     This is a test of letter memory in the presence of a distraction task and is a measure of working memory (Stuss, Stethem,

**Exhibit 53 - 13**

344   CONNOR, SAMPSON, BOOKSTEIN, STREISSGUTH

& Poirier, 1987). In this task the participant is given a string of three consonants and is asked to remember them while counting backward by threes for delay periods of 3, 9, and 18 sec. Scores recorded are the total number of letters remembered at each of the delay periods and the total number of letters placed in the correct sequence.

*Digit Span (DS).* This subtest from the Wechsler Adult Intelligence Scale–Revised (WAIS–R) is a rudimentary measure of working memory. On this task, the participant is required to repeat numbers presented first forwards and then backwards. The score recorded is the scaled score of both conditions combined.

*California Verbal Learning Test (CVLT).* This test of list learning over repeated trials (Delis, Kramer, Kaplan, & Ober, 1987) has a component that measures the number of items the participant clusters through semantic methods (items within the same category). The clustering of information can be seen as a form of working memory. The test also measures the number of intrusions and perseverations. Scores recorded for this test include List A semantic clustering, short-delayed semantic clustering, long-delay semantic clustering, number of intrusions, and the number of perseverations.

*Wechsler Adult Intelligence Scale–Revised(WAIS–R).* In addition to the EF tests, a measure of intellectual functioning was administered. For these studies a prorated form of the WAIS–R was utilized (Wechsler, 1981). This prorated form of the WAIS–R eliminated the vocabulary and comprehension verbal subtests to shorten administration times. Correlation between prorated Full Scale IQ (FSIQ) and the traditional FSIQ was .96 and correlation between the prorated Verbal IQ (VIQ) and traditional VIQ was .95. Scores recorded from this test included the prorated VIQ, Performance IQ, and the FSIQ.

Statistical Analysis

The analysis in this report utilizes a unique strategy for combining data from a population-based longitudinal prospective study with corresponding data from a comparative clinic-based study of FAS and FAE. We first studied the relation between IQ and the individual EF measures using a composite pool of "control" participants, taken to be the 15 control participants from the comparative study, together with those participants from the longitudinal prospective study not having the highest levels of prenatal alcohol exposure. Those participants in the top 10% on a composite prenatal alcohol exposure score (computed as an "alcohol latent variable" according to the method explained in Streissguth, Bookstein, Sampson, & Barr,

Exhibit 53 - 14

EXECUTIVE FUNCTION AND PRENATAL ALCOHOL   345

1993) were excluded. This exclusion of participants was to ensure that the IQ–EF relations observed were not influenced by participants who could be judged clinically to have FAE. The second stage of analysis combined the EF measures into a composite score that best expresses the alcohol-related deficits in EF that are not explained by corresponding deficits in IQ.

One convenient way of disentangling systems involving multiple causal systems like this is the method of path analysis originally developed by Sewall Wright for applications in genetics (Bookstein et al., 1985). A path analysis is an alternative to multiple regression analysis in which each of a variety of postulated causal mechanisms is examined with the others controlled as well as possible by explicit subtabulations. In view of the complex overlap between the constructs of IQ and EF (Denckla, 1996), two paths of effect can be identified (Figure 1). In one, prenatal alcohol damage would indirectly affect EF through the mediation of IQ, and in another, the effects of prenatal alcohol damage would directly affect EF irrespective of IQ. When the fact of alcohol damage is encoded as a binary indicator distinguishing the FAS and FAE patients from the comparison control group, the coefficient representing the direct effect of prenatal alcohol according to the path diagram of Figure 1 is just the difference between the mean of the IQ-adjusted EF scores for the FAS and FAE patients and the mean of the IQ-adjusted EF scores for the comparison group. This logic is identical with Wright's original strategy of controlling for the effect of "general factors" (Bookstein et al., 1985). For any given EF score, the IQ-adjusted scores are the differences between the EF score and a regression-based prediction of EF from IQ computed from the pooled comparison or control group. We compute this regression relation using only the composite comparison group (longitudinal study participants plus 15 control participants from the comparison study), for whom the mean IQ-adjusted score (the mean residual) will then be zero. The direct effect coefficient is then just the mean of the IQ-adjusted EF scores for the FAS and FAE patients.

To account for varying types of distributions of the 58 individual EF scores, including features such as skewness, outliers, and ceiling effects, we chose to replace the original EF scores by a transformation of their ranks known as "normal scores," except that we constrained the (nonlinear) predictions of each EF outcome



FIGURE 1   Path model for alcohol effect on executive function (EF). There is a direct effect of alcohol, and also an indirect effect through IQ. In the usual notation of path analysis, the direct effect is measured by $d_{AE}$, the indirect effect by the product of direct effects $i_{AQ}$ of alcohol exposure on IQ and $i_{QE}$ of IQ deficit on EF deficit.

**Exhibit 53 - 15**

346    CONNOR, SAMPSON, BOOKSTEIN, STREISSGUTH

not to exceed the 98th percentile of the actual outcome distribution because of occasional overextrapolation of unconstrained regressions due to "ceiling effects." This replaces, for example, the 40th lowest score by the equivalent Gaussian quantile: the 40th lowest score that would be expected under a Gaussian (normal) distribution. For each of the 58 EF measures, we plotted its normal scores against FSIQ, and to account for nonlinearity in the IQ–EF relations, estimated the regression relations for IQ adjustment using the fit of a nonlinear scatterplot smoother ("loess" in S-plus; StatSci, 1993).

For each of the 58 normal-equivalent EF measures, the computed nonlinear regression on IQ was used to adjust the scores of the FAS and FAE participants (by simple subtraction of the regression prediction, given IQ, from the normal scores of the EF measures). The direct effect of FAS and FAE, measure by measure, is then the average over the 30 cases of these IQ-adjusted normal scores. Any collection of direct effect coefficients like these can be used to form the estimate of a "latent variable" (Bookstein et al., 1985). We used the 58 direct effects here to generate a weighted combination of the 58 normal-equivalent EF items; a diagnosis-informed composite EF score that is explicitly controlled for IQ by the nature of its construction. A scatterplot of this EF composite against IQ lets us assess the variation of this net EF performance over the cases.

## RESULTS

Means and standard deviations of the 58 EF scores are presented in Table 1 for each of the three groups in the FAS and FAE study and the longitudinal prospective study. Note that, in nearly all cases, patients with FAS or FAE performed more poorly than either controls or participants in the longitudinal prospective study. Average IQ scores for each group were consistent with previous findings in which patients with FAS had a mean FSIQ score of 79 and patients with FAE had a mean score of 90 (Streissguth et al., 1996).

Scatterplots of FSIQ versus each of the 58 EF measures, each transformed to "normal scores" as previously explained, were examined in our analysis of the complex overlap between IQ and EF. Figure 2 shows two of the resulting 58 scatterplot analyses: for COWAT words named in the A condition (COWATA), and for the percentage of conceptual responses on the WCST (WCST%CONCEP). We show scatters for both the original measurement units and the normal score equivalents.

The regression predictions on the scatterplots generated residuals for each FAS and FAE patient, deviations from the regression curve indicating whether the patient's EF is better or worse than would be expected given his or her IQ. Table 2 tabulates this classification of FAS and FAE residuals for all 58 EF measures. The plot for

Exhibit 53 - 16

EXECUTIVE FUNCTION AND PRENATAL ALCOHOL    347



FIGURE 2    Examples of nonlinear regressions of executive function (EF) normal scores and raw scores on IQ. Controls, Fetal Alcohol Effects (FAE), and Fetal Alcohol Syndrome (FAS) participants are indicated by circles, triangles, and diamonds, respectively, as in the legend on Figure 3. The regression curve is based on 377 participants from the longitudinal study (dots) plus the 15 control participants for the FAS and FAE study (circles). Wisconsin Card Sorting Test percentage of conceptual responses was one of the best measures to identify worse than expected performance based on IQ and thus the direct effect of prenatal alcohol damage on EF. Controlled Oral Word Association Test letter "A" condition exemplifies one of the tasks in which almost half of the patients performed better than expected and half performed worse than

the variable COWATA (Figure 2c) shows that 13 patients lie below the regression curve of the performance expected given their IQ, and 16 lie above. In this sense, the COWATA EF score may be considered "uninformed by fetal alcohol diagnosis." By contrast, a typical Wisconsin outcome performance score, WCST%CONCEP, is better than expected for IQ in only six patients, versus 23 in which it is worse than expected (Figure 2a). As previously explained, the computation of a coefficient representing the direct effect of prenatal alcohol damage according to the simple diagram of Figure 1 ($d_{AE}$) is just the mean of the residuals of the FAS and FAE patients (because the mean of the residuals of the comparison participants is zero by fitting of the regression to just these cases). These coefficients appear as "weights" in the third column of Table 2. Table 2 orders the 58 EF measures by the mean residual score of the patients, the weights in the third column. As previously explained, we used these

**Exhibit 53 - 17**

348    CONNOR, SAMPSON, BOOKSTEIN, STREISSGUTH

weights to compute a diagnosis-informed EF composite score that emphasizes those EF measures, indicating the greatest direct effects of prenatal alcohol exposure. This composite is scattered against IQ in Figure 3. Shown here is the usual "complex overlap" (Denckla, 1996) between the constructs. The Fetal Alcohol diagnosed patients, however, are consistently in more extreme deficit as in the individual scatters for many of the Wisconsin, Stroop, Trails, RFF, and CTT measures. Note, in particular, that for IQ below 80 there seems to be no real possibility of acceptable performance on the EF composite. In addition, the results show that there is a complete intermingling of the patients with FAS and FAE, with no difference between the two groups on measures of EF. This can be seen in the similarity of group means for the patients with FAS and FAE displayed in Table 1 and in the intermingling of the two groups in Figure 3.

## DISCUSSION

In view of the complex overlap between the constructs of IQ and EF (Denckla, 1996), two paths of effect can be identified (Figure 1). In one, prenatal alcohol dam-



FIGURE 3    Summary of alcohol sensitive executive function (EF) composite score by IQ. Most of the participants with Fetal Alcohol Syndrome and Fetal Alcohol Effects have EF performance worse than expected based on the IQ regression curve.

Exhibit 53 - 18

age would indirectly affect EF through the mediation of IQ, and in another, the effects of prenatal alcohol damage would directly affect EF irrespective of IQ. We have in effect sorted the EF block based on a path analysis model of direct versus indirect effects. For more on path analysis, see Bookstein et al., 1985, section 4.2.

In this way we have sorted the EF outcome block along a continuum of apparent direct effects of alcohol. The EF scores most specific to alcohol damage, those appearing first in Table 2's ordination of the EF outcome battery, all seem to pertain to the WCST, the Stroop performance scores, Trails, RFF production, or CTT. This is analogous to the better known phenomenon that adaptive behavior scores such as the Vineland are in deficit in patients with FAS and FAE to an extent even greater than is predicted by their deficits in IQ (Streissguth et al., 1996). By contrast, the EF deficits in patients with FAS and FAE shown by the COWAT scores, the Stroop error scores, CVLT and RFF perseveration scores, Trails error scores, and cognitive estimation scores, can be wholly explained by IQ deficit.

EFs have long been associated with frontal lobe integrity. Patient DT (discussed earlier) presented with left frontal subarachnoid hemorrhaging and had concomitant EF deficits (Eslinger et al., 1992). Functional neuroimaging studies of working memory have consistently shown dorsolateral prefrontal cortex (DLFPC) activation in control participants (Cohen et al., 1994; Mellers et al., 1995; Smith & Jonides, 1999). Using this same working memory paradigm, Weinberger and colleagues found that participants with schizophrenia had significantly less activation of the DLFPC compared to controls (Weinberger et al., 1996). Although, to our knowledge, no studies of participants with FAS or FAE, in either humans or animal models, have demonstrated structural damage to the frontal lobe, it seems reasonable to predict that in accordance with the EF deficits evidenced, participants with FAS and FAE will have structural or functional changes to the frontal lobes or to pathways that link frontal lobe functions with the rest of the brain.

Several studies have addressed plasticity of the frontal lobes following early lesions in a rat model (Kolb & Gibb, 1993; Kolb & Whishaw, 1985). In one study, rats were given medial frontal lesions on postnatal day 1 or postnatal day 10 (Kolb & Gibb, 1993). Both groups of rats performed equally poorly on the Morris water task shortly after surgery. However, the rats receiving surgery on day 10 improved their performance on this task after longer recovery, whereas the rats receiving surgery on day 1 did not improve their performance postsurgery. In addition, rats with later lesions showed generation of more dendritic spines per unit dendritic length in the parietal layer II to III pyramidal cells than did rats undergoing surgery on postnatal day 1. This suggests that early damage to the brain, as is caused by prenatal alcohol exposure, may not result in significant brain plasticity and recovery of function as might be seen after lesions acquired later in childhood.

**Exhibit 53 - 19**

350    CONNOR, SAMPSON, BOOKSTEIN, STREISSGUTH

The results of this study suggest a lack of relation between EF performance and the facial features of FAS. The performance of participants with FAS and FAE on EF measures in this study was completely intermingled, suggesting that the facial features of FAS do not and should not indicate that the damage caused by prenatal alcohol exposure to patients with FAS is any more severe than the damage caused to patients with FAE. This has been noted in a number of studies (Mattson et al., 1997; Mattson, Riley, Gramling, Delis, & Jones, 1998).

Findings from previous studies in our laboratory have not consistently demonstrated deficits on WCST performance in participants exposed to alcohol in utero (Carmichael et al., 1998; Sampson, Streissguth, Barr, & Bookstein, 1989; Streissguth et al., 1999). However, those reports with one exception (Carmichael et al., 1998), were based on a longitudinal prospective study of participants exposed to "social" levels of drinking during pregnancy. In that study, very few participants were diagnosed with FAS and only a small subset can be classified as FAE or Alcohol Related Neurodevelopmental Disorder (Sampson et al., 1997). The relative inability of WCST to correctly identify participants exposed to lower doses of alcohol suggests that this test is not as sensitive at measuring EF functions in relatively "normal" populations with subtle alcohol effects. In addition, the version of the WCST used previously in our labs was unable to calculate some of the scores that may be more sensitive to these subtle effects.

Despite Denckla's (1996) admonition that intelligence must be taken into account when assessing EFs because of the complex overlap with IQ, the majority of studies we reviewed did not address this issue. Previous studies of EF in FAS and FAE populations did not specifically assess the complex overlap between general intelligence and EF (Coles et al., 1997; Kodituwakku et al., 1995; Kopera-Frye et al., 1996), and so were not able to determine which EF tasks are directly affected by alcohol exposure, and which are only indirectly affected through the mediation of IQ. Several studies assessing EF in a variety of other disorders have made some attempts to address the overlap between EF and IQ (Foong et al., 1997; Rumsey, 1985; Welsh, Pennington, Ozonoff, Rouse, & McCabe, 1990). However, in each case statistical errors precluded identification of both the direct effects of the disorder on EF and the indirect effects through the mediation of IQ. For instance, it is inappropriate to adjust an alcohol–EF regression coefficient for IQ (as one of the other studies in another population did), as this is actually the partialling of a correlation for a mediating variable.

This study emphasizes that one cannot assess alcohol-affected patients (diamonds vs. triangles in Figure 3) by only focusing on the degree of mental retardation. In fact, very few of the participants in this study had IQs within the borderline to mentally retarded range. Instead, it is important when assessing alcohol-affected patients to measure the full range of EF skills, emphasizing those representing the direct effects of exposure, as this study demonstrates those are the tests for which FAS and FAE performance is typically worse than would be predicted from the concomitant IQ deficit alone.

Exhibit 53 - 20

Case 4:00-cr-00260-Y   Document 2380-11   Filed 08/28/06   Page 22 of 25   PageID 6917

The tests that are directly affected by prenatal alcohol damage appear to be assessing the ability to shift tasks, maintain complex attention, perform visuospatially mediated tasks, and maintain and manipulate information in working memory despite distraction. EF tasks that are mediated by the effects of IQ appear to reflect errors.

Patients with FAS and FAE who present the specific EF deficits of direct effects of alcohol have difficulties shifting or changing strategies, especially when there is uncertainty about which rules to employ. They may have difficulty maintaining important information in distracting situations and may need to be reminded frequently. Patients who present with EF deficits that are mediated by IQ will likely be seen as performing commensurate with their IQ and are likely to be more error prone. Employment settings in which there is a pressure for rapid production and in which tasks shift frequently with some uncertainty about the requirements of the task would not be a good fit for a person with these deficits. In interpersonal situations, patients with these problems may have difficulties with the subtle and complex interactions that underlie personal relationships. Thus, these participants may feel isolated or may be prone to inappropriate behaviors that could get them into trouble both socially and legally. It is therefore important to take EF deficits into account when working with patients with FAS and FAE. Discussions and instructions should be concrete with little ambiguity. Information will probably need to be repeated several times, and multiple modalities of presentation should be considered. Also, because of the problems of abstraction, planning, and problem solving with which these patients present, it is important to plan out contingencies for many possible problems that they may face during the course of their daily lives. This suggests that many patients with FAS and FAE who display EF deficits will have great difficulties with independent living and will often need a caretaker to assist them with many life activities.

## ACKNOWLEDGMENTS

This research was supported by National Institute of Alcohol Abuse and Alcoholism Grants AA01455–01–25 and AA10836.

We acknowledge Kaylin Anderson and Julia Kogan for patient outreach, Michael Hampton for testing most of the participants from both of these samples, Kieran O'Malley for assistance with interpretation of results, and Susan Toth for comments on earlier drafts of this article.

## REFERENCES

Arnett, P. A., Rao, S. M., Bernardin, L., Grafman, J., Yetkin, F. Z., & Lobeck, L. (1994). Relationship between frontal lobe lesions and Wisconsin Card Sorting Test performance in patients with multiple sclerosis. *Neurology, 44,* 420–425.

Exhibit 53 - 21

352    CONNOR, SAMPSON, BOOKSTEIN, STREISSGUTH

Artiola-i-Fortuny, L., & Heaton, R. (1996). Standard versus computerized administration of the Wisconsin Card Sorting Test. *Clinical Neuropsychologist, 10,* 419–424.

Bookstein, F. L., Chernoff, B., Elder, R., Humphries, J., Smith, G., & Strauss, R. (1985). *Morphometrics in evolutionary biology.* Philadelphia: Academy of Natural Sciences of Philadelphia.

Carmichael Olson, H., Feldman, J. J., Streissguth, A. P., Sampson, P. D., & Bookstein, F. L. (1998). Neuropsychological deficits in adolescents with Fetal Alcohol Syndrome: Clinical findings. *Alcoholism: Clinical and Experimental Research, 22,* 1998–2012.

Channon, S. (1996). Executive dysfunction in depression: The Wisconsin Card Sorting Test. *Journal of Affective Disorders, 39,* 107–114.

Clarren, S. K., & Smith, D. W. (1978). The Fetal Alcohol Syndrome. *New England Journal of Medicine, 298,* 1063–1067.

Cohen, J. D., Forman, S. D., Braver, T. S., Casey, B. J., Servan-Schreiber, D., & Noll, D. C. (1994). Activation of the prefrontal cortex in a nonspatial working memory task with functional MRI. *Human Brain Mapping, 1,* 293–304.

Coles, C. D., Platzman, K. A., Raskind-Hood, C. L., Brown, R. T., Falek, A., & Smith, I. E. (1997). A comparison of children affected by prenatal alcohol exposure and attention deficit, hyperactivity disorder. *Alcoholism: Clinical and Experimental Research, 21,* 150–161.

Delis, D. C., Kramer, J. H., Kaplan, E., & Ober, B. A. (1987). California Verbal Lerning Test Research Edition, adult version. San Antonio, TX: The Psychological Corporation.

Denckla, M. B. (1996). A theory and model of executive function: A neuropsychological perspective. In G. R. Lyon & N. A. Krasnegor (Eds.), *Attention, memory, and executive function* (pp. 263–278). Baltimore: Brookes.

Dise, J. E., & Lohr, M. E. (1998). Examination of deficits in conceptual reasoning abilities associated with spina bifida. *American Journal of Physical Medicine and Rehabilitation, 77,* 247–251.

Eslinger, P. J. (1996). Conceptualizing, describing, and measuring components of executive function: A summary. In G. R. Lyon & N. A. Krasnegor (Eds.), *Attention, memory, and executive function* (pp. 367–395). Baltimore: Brookes.

Eslinger, P. J., Grattan, L. M., Damasio, J., & Damasio, A. R. (1992). Developmental consequences of childhood frontal lobe damage. *Archives of Neurology, 49,* 764–769.

Evans, R. W., Ruff, R. M., & Gualtieri, C. T. (1985). Verbal fluency and figural fluency in bright children. *Perceptual and Motor Skills, 61,* 699–709.

Foong, J., Rozewicz, R. G., Quaghebeur, G., Davie, C. A., Kartsounis, L. D., Thompson, A. J., Miller, D. H., & Ron, M. A. (1997). Executive function in multiple sclerosis: The role of frontal pathology. *Brain, 120,* 15–26.

Golden, C. J. (1978). *Stroop Color and Word Test.* Wood Dale, IL: Stoelting Company.

Heaton, R. K., & Staff, P. (1993). Wisconsin Card Sorting Test: Computer Version–2 [Computer software].Odessa, FL: Psychological Assessment Resources.

Hutton, S. B., Puri, B. K., Duncan, L. J., Robbins, T. W., Barnes, T. R. E., & Joyce, E. M. (1998). Executive function in first-episode schizophrenia. *Psychological Medicine, 28,* 463–473.

Kodituwakku, P. W., Handmaker, N. S., Cutler, S. K., Weathersby, E. K., & Handmaker, S. D. (1995). Specific impairments in self-regulation in children exposed to alcohol prenatally. *Alcoholism: Clinical and Experimental Research, 19,* 1558–1564.

Kolb, B., & Gibb, R. (1993). Possible anatomical basis of recovery of function after neonatal frontal lesions in rats. *Behavioral Neuroscience, 107,* 799–811.

Kolb, B., & Whishaw, I. Q. (1985). Early is not always better: Behavioral dysfunction and abnormal cerebral morphogenesis following neonatal cortical lesions in the rat. *Behavioral Brain Research, 17,* 25–43.

Kopera-Frye, K., Dehaene, S., & Streissguth, A. P. (1996). Impairments of number processing induced by prenatal alcohol exposure. *Neuropsychologia, 34,* 1187–1196.

Levin, H. S., Song, J., Scheibel, R. S., Fletcher, J. M., Harward, H., Lilly, M., & Goldstein, F. (1997). Concept formation and problem-solving following closed head injury in children. *Journal of the International Neuropsychological Society, 3,* 598–607.

**Exhibit 53 - 22**

Mattson, S. N., Goodman, A. M., Caine, C., Delis, D. C., & Riley, E. P. (1999). Executive functioning in children with heavy prenatal alcohol exposure. *Alcoholism: Clinical and Experimental Research, 23,* 1808–1815.

Mattson, S. N., Riley, E. P., Grambling, L., Delis, D. C., & Jones, K. L. (1997). Heavy prenatal alcohol exposure with or without physical features of Fetal Alcohol Syndrome leads to IQ deficits. *Journal of Pediatrics, 131,* 718–721.

Mattson, S. N., Riley, E. P., Gramling, L., Delis, D. C., & Jones, K. L. (1998). Neuropsychological comparison of alcohol-exposed children with or without physical features of Fetal Alcohol Syndrome. *Neuropsychology, 12,* 146–153.

Mellers, J. D. C., Bullmore, E., Brammer, M., Williams, S. C. R., Andrew, C., Sachs, N., Andrews, C., Cox, T. S., Simmons, A., Woodruff, P., David, A. S., & Howard, R. (1995). Neural correlates of working memory in a visual letter monitoring task: An fMRI study. *NeuroReport, 7,* 109–112.

Ozonoff, S. (1995). Reliability and validity of the Wisconsin Card Sorting Test in studies of autism. *Neuropsychology, 9,* 481–500.

Pantelis, C., Barnes, T. R. E., Nelson, H. E., Tanner, S., Weatherley, L., Owen, A. M., & Robbins, T. W. (1997). Frontal-striatal cognitive deficits in patients with chronic schizophrenia. *Brain, 120,* 1823–1843.

Raskin, S. A., & Rearick, E. (1996). Verbal fluency in individuals with mild traumatic brain injury. *Neuropsychology, 10,* 416–422.

Romans, S. M., Roeltgen, D. P., Kushner, H., & Ross, J. L. (1997). Executive function in girls with Turner's syndrome. *Developmental Neuropsychology, 13,* 23–40.

Rumsey, J. M. (1985). Conceptual problem-solving in highly verbal, nonretarded autistic men. *Journal of Autism and Developmental Disorders, 15,* 23–36.

Sampson, P. D., Streissguth, A. P., Barr, H. M., & Bookstein, F. L. (1989). Neurobehavioral effects of prenatal alcohol: Part II. Partial least squares analysis. *Neurotoxicology and Teratology, 11,* 477–491.

Sampson, P. D., Streissguth, A. P., Bookstein, F. L., Little, R. E., Clarren, S. K., Dehaene, P., Hanson, J. W., & Graham, J. M. (1997). Incidence of Fetal Alcohol Syndrome and prevalence of alcohol-related neurodevelopmental disorder. *Teratology, 56,* 317–326.

Shallice, T., & Evans, M. E. (1978). The involvement of the frontal lobes in cognitive estimation. *Cortex, 14,* 294–303.

Shoqeirat, M. A., Mayes, A., MacDonald, C., Meudell, P., & Pickering, A. (1990). Performance on tests sensitive to frontal lobe lesions by patients with organic amnesia: Leng and Parkin revisited. *British Journal of Clinical Psychology, 29,* 401–408.

Smith, E. E., & Jonides, J. (1999). Storage and executive processes in the frontal lobes. *Science, 283,* 1657–1661.

Spreen, O., & Strauss, E. (1991). *A compendium of neuropsychological tests: Administration, norms, and commentary.* New York: Oxford University Press.

StatSci. (1993). S-Plus (Version 3.2) [Computer software]. Seattle, WA: MathSoft, Inc.

Stratton, K., Howe, C., & Battaglia, F. (1996). *Fetal Alcohol Syndrome: Diagnosis, epidemiology, prevention, and treatment.* Washington, DC: National Academy Press.

Streissguth, A. P., Aase, J. M., Clarren, S. K., Randels, S. P., LaDue, R. A., & Smith, D. F. (1991). Fetal Alcohol Syndrome in adolescents and adults. *Journal of the American Medical Association, 265,* 1961–1967.

Streissguth, A. P., Barr, H. M., Bookstein, F. L., Sampson, P. D., & Carmichael Olson, H. (1999). The long-term neurocognitive consequences of prenatal alcohol exposure: A 14-year study. *Psychological Science, 10,* 186–190.

Streissguth, A. P., Barr, H., Kogan, J., & Bookstein, F. L. (1996). *Understanding the occurrence of secondary disabilities in clients with Fetal Alcohol Syndrome (FAS) and Fetal Alcohol Effects (FAE). Final report to the Centers for Disease Control and Prevention* (Grant No. R04/CCR008515). Seattle: University of Washington School of Medicine.

Exhibit 53 - 23

354    CONNOR, SAMPSON, BOOKSTEIN, STREISSGUTH

Streissguth, A. P., Barr, H. M., Sampson, P. D., Darby, B. L., & Martin, D. C. (1989). IQ at age 4 in relation to maternal alcohol use and smoking during pregnancy. *Developmental Psychology, 25*, 3–11.

Streissguth, A. P., Bookstein, F. L., Sampson, P. D., & Barr, H. M. (1993). *The enduring effects of prenatal alcohol exposure on child development: Birth through 7 years, a partial least squares solution.* Ann Arbor: University of Michigan Press.

Stuss, D. T., Stethem, L. L., & Poirier, C. A. (1987). Comparison of three tests of attention and rapid information processing across six age groups. *The Clinical Neuropsychologist, 1*, 139–152.

Wechsler, D. (1981). *Wechsler Adult Intelligence Scale–Revised.* San Antonio, TX: Psychological Corporation.

Weinberger, D. R., Mattay, V., Callicott, J., Kotrla, K., Santha, A., van Gelderen, P., Duyn, J., Moonen, C., & Frank, J. (1996). fMRI applications in schizophrenia research. *NeuroImage, 4*, S118–S126.

Welsh, M. C., Pennington, B. F., Ozonoff, S., Rouse, R., & McCabe, E. R. B. (1990). Neuropsychology of early-treated phenylketonuria: Specific executive function deficits. *Child Development, 61*, 1697–1713.

Exhibit 53 - 24