# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

---

## EXHIBIT NO. 55

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

---

# MEMORANDUM
**FEDERAL PUBLIC DEFENDER**
**CENTRAL DISTRICT OF CALIFORNIA**

**TO:**  Craig Harbaugh; Sean Kennedy; Mike Charlton            **DATE:** August 16, 2006

**FROM:**  Jesse Wallis

**RE:**  **USA v. Robinson** - CJA Fee Voucher Analysis

I have reviewed the CJA Vouchers and timesheets submitted by Wes Ball and Jack Strickland. The following is a breakdown of the investigative-related hours and expenses incurred by Ball and Strickland before and during the trial:

| WES BALL ANALYSIS | | | |
|---|---|---|---|
| **DATE** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
| 01/25/2002 | Tel. Conf. investigator. Memo to investigator, Research and Work on Jury Instructions[1] | 5.4 | $ 675.00 |
| 01/25/2002 | Fax to investigator | .3 | $ 37.50 |
| 01/25/2002 | Correspondence for investigator re: access | .4 | $ 50.00 |
| 02/07/2002 | Telephone conference with client's niece | .3 | $ 37.50 |
| 02/13/2002 | Telephone conference with John Hollimon | 1.6 | $ 200.00 |
| 02/19/2002 | Conference with J. Strickland, investigator | 1.8 | $ 225.00 |
| 02/20/2002 | Tel. Conf with client's mother | 1.0 | $ 125.00 |
| 02/20/2002 | Conference with J. Strickland, investigator | 1.0 | $ 125.00 |
| 02/20/2002 | Tel. Conf with client's mother | 1.2 | $ 150.00 |
| 03/12/2002 | Tel. Conf. with witness Landry Burdine & defense witnesses/coaches | 4.2 | $ 525.00 |
| **TOTAL SPENT BY WES BALL:** | | 17.2[2] | $ 2,150.00 |

---

[1]The voucher does not indicate how the total time was divided between the various tasks.

[2]According to the CJA Voucher submitted by Wes Ball, his hours were broken down by categories, including "Witness Interviews" and "Consultation with Investigators & Experts." For the "Witness Interviews" category, he noted 19.5 hours billed; for the "Investigators & Experts" category, he billed 54.9. I have reviewed his timesheets for any investigative entries, and the 13.8 hours listed here is all I could find based on the descriptions.

**Exhibit 55 - 1**

Memo re: Fee Voucher Analysis
August 16, 2006
Page 2

| JACK STRICKLAND ANALYSIS | | | |
|---|---|---|---|
| **DATE** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
| 01/22/2002 | t/c x 2: witnesses | .3 | $   37.50 |
| 01/27/2002 | Conf - witnesses | 4.3 | $   537.50 |
| 01/30/2002 | Conf witnesses | .7 | $   87.50 |
| 02/20/2002 | Conf - witness | 1.0 | $   125.00 |
| 03/09/2002 | EXPENSE:  Plane ticket - grandmother | | $   122.50 |
| 03/11/2002 | EXPENSE:  Plane ticket - mother | | $   310.50 |
| 03/12/2002 | Conf - witness | 1.0 | $   125.00 |
| **TOTAL SPENT BY JACK STRICKLAND:** | | 7.3[3] | $   1,345.50 |

## SUMMARY OF INVESTIGATIVE HOURS/EXPENSES

### WES BALL

TOTAL HOURS BILLED................ 777.5
TOTAL PAID.................................. $97,529.50 (@ $125/hour + expenses)
TOTAL INVESTIGATIVE
    HOURS SPENT............................17.2 (2.2% of total hours billed)
TOTAL INVESTIGATIVE
    EXPENSES................................. $2,150

### JACK STRICKLAND

TOTAL HOURS BILLED................ 540.6
TOTAL PAID.................................. $88,991.45 (@ $125/hour + expenses)
TOTAL INVESTIGATIVE
    HOURS SPENT............................7.3 (1.4% of total hours billed)
TOTAL INVESTIGATIVE
    EXPENSES................................. $1,345.50

---

[3]According to the CJA Voucher submitted by Jack Strickland, he noted 6.3 hours billed in the "Witness Interviews" category, and he noted 44.0 hours in the "Investigators & Experts" category.  I have reviewed his timesheets for any investigative entries, and the 7.3 hours listed here is all I could find based on the descriptions.

**Exhibit 55 - 2**