# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **<u>DEATH PENALTY CASE</u>** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

_____

## EXHIBIT NO. 57

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF MÓNICA GINER

I, Mónica Giner, declare:

1.      I am an investigator employed with the Office of the Federal Public Defender in the Central District of California.  The facts set forth herein are true and correct, of my own personal knowledge and if called upon as a witness, I could testify thereto.

2.      On August 10th and 11th, 2006, I accessed the Tarrant County District Court's Justice Information Management System in Fort Worth, Texas, and reviewed the case files of capital cases where Mr. Wessley T. Ball was the attorney of record.

3.      I reviewed case numbers: 0434173, *State of Texas v. Ringo John Davila*; 0480853, *State of Texas v. Brian Keith Williams*; 0563022, *State of Texas v. Benny W. Allen*; and 0741568, *State of Texas v. Henry Lee McDonald*.  The file for Case Number 0741568, *State of Texas v . Henry Lee McDonald* contained a motion for the appointment of a mental health professional.  This was the sole case file which reflected a request for the services of a mental health professional.

4.      Subsequent to the review of the above records, I identified three other


MG

Exhibit 57 - 1

capital cases tried by Mr. Ball, *State of Texas v. Cary Kerr*, *State of Texas v. Frank Allen Montgomery* and *State of Texas v. Aaron C. Foust*.  I found these cases online and have not yet obtained the files for these cases.

I declare under penalty of perjury under the laws of the United States of America this 28th day of August, 2006.

Mónica Giner

**Exhibit 57 - 2**