## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

_____

### EXHIBIT NO. 58

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF BRENDA HOLLIMON

I, Brenda Hollimon, declare:

1.      I am John Hollimon's wife.  My husband is Julius Robinson's maternal uncle.

2.      Before Julius's trial started, I received a telephone call from the office of Julius's attorneys.  The person was phoning to make an appointment with my husband and me.  The attorney wanted us to go to his office to talk about Julius's case and to bring the clothes Julius would be wearing in court.  I had been expecting a phone call because my husband told me they would be contacting us.

3.      On the day of the appointment, my husband and I went to an office located at 4025 Woodland Park in Arlington.  We brought Julius's clothes which his girlfriend Jamila had dropped off.  I do not remember the name of the attorney we saw.

4.      The attorney directed his questions to my husband.  I did not provide any information to that man, nor anyone else in his legal team during the trial.  No one ever asked me about Julius's background or life in Dermott.

5.      The only times I spoke with Julius's attorneys or anyone associated

1

*BH*

**Exhibit 58 - 1**

with them was when someone called my home to set up the appointment and when John and I went to the attorney's office.

6. On August 11, 2006, my husband and I met with an investigator from the Office of the Federal Public Defender and I provided the above information.

I declare under penalty of perjury under the laws of the United States of America this 25th day of August, 2006.

*Brenda Hollimon*

Brenda Hollimon

2

**Exhibit 58 - 2**