# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

_____

### EXHIBIT NO. 59

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF JERRY MELTON

I, Jerry Melton, declare:

1.     I was the Chief of Police for the City of Dermott, Arkansas, from 1978 until February of 1999.  I do not remember Julius Robinson nor do I recognize his face in a photograph.

2.     The people I recall are John and Margaret Hollimon.  I have been informed that they are Julius Robinson's grandparents.  The Hollimons were at the Dermott Police Station often, picking up their grandson Spyri who was always getting in trouble. I locked him up several times.  I would have remembered Julius Robinson if he had been getting into trouble.  John Hollimon was blind and used a white cane, Margaret Hollimon helped him get around.  I never could convince the Hollimons that their grandson Spyri had done anything wrong.  John and Margaret didn't have any idea what they were doing; they had no control over the kids.  Besides being old for reining in kids, Margaret was uneducated and on the slow side and John missed a lot on account of his blindness.  I have a vague recollection of their house.  I would say it was very poor. They lived on either Deer Street or Wolf Street in east Dermott.

3.     A guy from California came to Dermott in the eighties.  The name John John Wright sounds familiar but I couldn't remember the name until it was mentioned to me.  This guy tried to organize a gang.  We kept an eye on him but we could see he



JM

Exhibit 59 - 1

wasn't making much headway.

4.     There were some kids who called themselves the Crips and others claimed to be Bloods. They would wear blue or red colors accordingly. They didn't fight each other though and I looked at them as kids trying to imitate what they saw on television. They were little wannabes. One time I bought red and blue bandanas and had my officers wear the bandanas in their back pockets, just to poke fun at their silliness.

6.     On August 8, 2006, and some time last year I was contacted by investigators from the Office of the Federal Public Defender who informed me that their office represented a man named Julius Robinson. Had anyone asked me before, I would have provided the information contained herein and would have been willing to testify in court. I have read and reviewed this two page declaration.

I declare under penalty of perjury under the laws of the United States of America this 8th day of August, 2006.

Jerry Melton

2

JM

**Exhibit 59 - 2**