# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

JULIUS OMAR ROBINSON,                    :        CAUSE NO. 4:00-CR-00260-2
    aka Face, aka Scar, aka Scarface,   :          (Civil No. 4:05-CV-756-Y)
    Defendant/Petitioner,               :
                                          :        **DEATH PENALTY CASE**

vs.                                      :
                                          :        **Honorable Terry Means**

UNITED STATES OF AMERICA,                :        **United States District Judge**
                                          :

    Plaintiff/Respondent.               :

_____

## EXHIBIT NO. 61

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF JESSE WALLIS

I, Jesse Wallis, declare:

1.    I am employed as the Chief Paralegal with the Office of the Federal Public Defender in the Central District of California. The facts set forth herein are true and correct of my own personal knowledge and if called upon as a witness, I could testify thereto.

2.    On August 21, 2006, I searched our electronic copy of the records from Wes Ball and Jack Strickland to determine whether their files contained school records from Dermott Public Schools or Arlington Independent School District (Exh. 37, pp. 46-135). I was unable to locate these records in either Mr. Ball's or Mr. Strickland's files.

3.    On August 28, 2006, I again searched our electronic copy of the records to determine whether their files contained the prior conviction file for *State of Texas v. Julius O. Robinson*, Case No. 0574561D (deadly conduct charge on February 7, 1995). I was unable to locate these records in either Mr. Ball's or Mr. Strickland's files.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 28th day of August, 2006, in Los Angeles, California.

JESSE WALLIS

1

**Exhibit 61**