# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

_____

### EXHIBIT NO. 62

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

SUPPLEMENTAL DECLARATION OF JOSEPHINE DOTSON

I, Josephine Dotson, declare:

1.    I am Julius Robinson's maternal aunt.

2.    Around the time of Julius's trial, I received one phone call from someone on my nephew's legal team at my home in Dermott.  I think it was before the trial began but I don't know for certain.  I thought it was an attorney but it could have been an investigator.  The phone call lasted around fifteen minutes.

3.    The man asked me a question about Julius and his school in Dermott.  I do not remember what the question was.  I told him that I wasn't living in Dermott when Julius was growing up and I just returned to live in Dermott after Julius had left town.  I suggested to him that he contact my mother's half-sister, Bernice Johnson, and my sister, Mildred, if he had questions about Julius.  They told me he never called.  I told him my mother and father, Margaret and John Hollimon, had raised Julius but my father was deceased and my mother would not be really any help because she didn't remember a lot.

4.    The man asked me if I would be willing to travel to Texas to testify if they sent me the plane ticket.  He asked me this question more than once although I told him I did not know Julius very well because I hadn't been around him when he was growing up in Dermott.  I found it odd that he kept asking that I go to Texas to testify when I

JD

1

Exhibit 62 - 1

knew just a little.  The man told me that he would get back in touch with me if he needed more information.

5.    Apart from the question relating to Julius's school, I was not asked any questions about our family.  Specifically, I was not asked about any of the areas addressed in my previous declaration.  Also, I was not asked about any telephone calls I had with Julius from jail.

6.    Had I been asked, I would have told the investigator what I remembered about a telephone call I had with Julius where the name "One Love" came up.   The only thing that I can recall is that Julius mentioned his name.  I didn't believe at the time, and I don't believe now, that Julius was asking me to convey a message to anyone about "One Love."  Anyway, I certainly did not do anything following that conversation or talk anyone about it.

7.    On August 8th, 2006, I was contacted by an investigator from the Office of the Federal Public Defender.  The information above was provided at that time and on a subsequent phone call.

I declare under penalty of perjury under the laws of the United States of America on this ⏤⏤ day of August, 2006.

_Josephine Dotson_  9/22/06

Josephine Dotson

2

**Exhibit 62 - 2**