# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

_____

## EXHIBIT NO. 63

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

Supplemental Statement of Stephen K. Martin, Ph.D.

State of Texas            *

County of Smith           *

BEFORE ME, the undersigned official, personally appeared Stephen K. Martin, Ph.D., a person known to me, who, after being sworn upon his oath, deposed and stated:

On November 23, 2005, I issued a statement discussing the observations and results from my neuropsychological evaluation of Julius Omar Robinson. At that time, I had not been provided any material addressing possible drug or alcohol use by Mr. Robinson's mother during her pregnancy with Mr. Robinson.

Since that time, I have had the opportunity to review the following documents:

Declaration of Rosa Mae Hollimon
Declaration of Jimmie Lee Robinson
Declaration of Beotha Moore

Based upon my review, it is my opinion that Mr. Robinson suffered chronic exposure to cannabis and alcohol in utero.

The neuropsychological profile associated with pesticide exposure can share common neurocognitive characteristics with the neuropsychological profile associated with the teratogenic effects of fetal alcohol and fetal cannabis exposures. Although it remains my opinion that the results of Mr. Robinson's testing are generally consistent with subtle cognitive deficits associated with chronic exposure to organophosphate pesticides, fetal alcohol and cannabis exposure could serve as an additional etiological basis for Mr. Robinson's neuropsychological impairments.

FURTHER AFFIANT SAYETH NOT.


Stephen K. Martin, Ph. D.
Clinical Neuropsychologist

SWORN TO AND SUBSCRIBED before me, the undersigned official on this the 28th day of August, 2006.


Notary Public in and for
THE STATE OF TEXAS
My comm., Exp. 4-6-10

LOUELLEN HANNA
Notary Public, State of Texas
My Commission Expires 04-06-10

Exhibit 63