# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

_____

## EXHIBIT NO. 64

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## SUPPLEMENTAL DECLARATION OF MARCUS JWAIN ROBINSON

I, Marcus Jwain Robinson, declare:

1.   I have been infomed that Mr. Bruce Cummings provided a declaration indicating that he had spoken to me during the course of his pre-trial investigation. On August 14, 2006, I spoke with an investigator from the Office of the Federal Public Defender representing Julius Robinson and I was asked to respond to this allegation.

2.   Shortly before Julius Robinson's trial started, I met with two people working on his case.  We met at Colter's Restaurant and ate lunch there.  My brother's attorney, Mr. Wes Ball and another gentleman whose name I don't remember, asked me some questions.  They wanted to know what I knew about Julius' drug business.  They also asked me what I had heard about the shootings. Those were the only things that they asked me about, no more than that.

3.   Mr. Ball did not ask me any background questions about Julius or what his life was like.  Specifically, he didn't ask me any questions about our upbringing or my memories of our father and mother.  He did not ask me about what life was like in Dermott.  He didn't ask about the conditions of the places where we played. He did not ask me about any of my relatives.  He did not ask me any questions about my mother or her drug use.  He never asked me about the conditions at my mother's

1

M.J.R.

**Exhibit 64 - 1**

house in Arlington when she and Julius were living together there.  We spoke for no more than thirty or thirty-five minutes.

4.    Mr. Ball never asked me about a telephone conversation that I had with Julius and my Aunt Josephine when Julius was in jail before his trial.  I do not recall exactly what was said during this conversation.  I was informed that during this phone call, Julius said "That dude "One Love," man that dude right there go hard Joe."  I did not think Julius was asking me and our aunt to do anything to "One Love" Williams.  That's crazy.  I thought he was saying that "One Love" would do anything, say anything.  Anyway, I did not talk to anyone about this conversation.  Mr. Ball never asked me what I understood Julius to mean by that.

5.    Had Mr. Ball and his associate asked me about any of the things mentioned above and in my declaration, I would have willingly provided them with that information.  I have read and reviewed this _2_ page declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _18_ day of August, 2006 in Dayton, Ohio.

Marcus Jwain Robinson

2

**Exhibit 64 - 2**