# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **<u>DEATH PENALTY CASE</u>** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

---

## EXHIBIT NO. 65

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

---

## SUPPLEMENTAL DECLARATION OF WILLIE WHITE

I, Willie White, declare:

1.    Before his trial began, my nephew, Julius Robinson, told me to expect a call from his attorneys.  He had given them my phone number and had told them to call me.  Sometime later, I received a telephone call here in Little Rock from a man who identified himself as the investigator in Julius's case.  I do not remember the man's name, nor did I write it down.  The trial was going to start "real soon", the man said.  It was my impression that it was to begin in a couple of weeks but I don't know if that was the time frame the investigator gave.

2.    The investigator told me that they might have to talk with me and perhaps have me come out to Texas.  He asked me if I knew what kinds of activities Julius was involved in.  I told him that I knew that Julius was taking clothes and jeans to Dermott and selling them there.  The man asked questions about this topic, which I understood to mean Julius's possible  participation in criminal activities.  He asked about nothing else.

3.    I asked the investigator if the charges against Julius were serious.  He said, "I tell you right now, they want to kill him."

4.    It was a brief conversation, ten to fifteen minutes.  The investigator

*Willie E White*
WW

1

**Exhibit 65 - 1**

gave me his phone number, (817) 946-1588, which I wrote down in my address book. He also said that they would contact me if they needed anything else and if they decided to have me testify, though he did not mention the purpose of my testimony.

5.    Julius's investigator did not seek information about Julius's family history. I was not told that I could provide information which could be used to seek a lower sentence for Julius. Had I been informed of this, I would have told him what I knew and would have given the names and contact information of persons who could provide more details, for example, my brother Jimmy Lee Robinson, Julius's father.

6.    On August 9th, 2006, I was contacted by an investigator from the Office of the Federal Public Defender to whom I provided the information contained herein. I have reviewed and signed this two page declaration.

I declare under penalty of perjury under the laws of the United States of America this 22 day of August, 2006.

Willie White

2

**Exhibit 65 - 2**