# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

---

## EXHIBIT NO. 66

### SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255

(Filed Electronically Under the Electronic Filing System Requirements)

---

## DECLARATION OF JAMES W. MORGAN

I, James W. Morgan, declare:

1.    I am a research and writing specialist with the Office of the Federal Public Defender in the Central District of California.  The facts set forth herein are true and correct of my own personal knowledge and if called upon as a witness, I could testify thereto.

2.    I am an attorney duly licensed to practice law in the State of North Carolina.  In 2000, I obtained a master's degree in information studies from the University of California-Los Angeles.  I have been working as a research and writing specialist for the past seven years with the Federal Public Defender.  I am proficient in internet research, including computer-assisted legal research.  I am familiar with both Westlaw and Lexis databases.

3.    On August 25, 2006, I was asked to determine the ethnicity of each defendant in federal capital cases resulting in a death sentence since the Supreme Court lifted the constitutional moratorium on the death penalty in 1972.

4.    I obtained a list of both current and former federal capital cases from the website of the Death Penalty Information Center.  I then cross-referenced all cases with the Westlaw database to verify the accuracy of each case, including the imposition of a death sentence.  The results of my research are reflected in the attached table, which is

1

**Exhibit 66 - 1**

entitled, "Federal Capital Convictions Post-*Furman*," and included herein.

5.      Of the 50 capital convictions nationwide, 26 (52%) of the defendants are Black, 21 (42%) are White, 1 (2%) is Asian, 1 (2%) is Native American, and 1 (2%) is Hispanic.   Of the 10 convictions in federal district courts in Texas, 8 (80%) of the defendants were Black.  In the Northern District of Texas, all (100%) of the defendants sentenced to death were Black.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 28th day of August, 2006, in Los Angeles, California.


_____
JAMES W. MORGAN

2

**Exhibit 66 - 2**

# FEDERAL CAPITIAL CONVICTIONS POST-*FURMAN*

### SOURCE: DEATH PENALTY INFORMATION CENTER

| | NAME | RACE | DISTRICT |
|---|---|---|---|
| 1 | SHANNON AGOFSKY | WHITE | EASTERN DISTRICT OF TEXAS |
| 2 | BILLIE J. ALLEN | BLACK | EASTERN DISTRICT OF MISSOURI |
| 3 | AGILLIA BARNETTE | BLACK | WESTERN DISTRICT OF N.C. |
| 4 | BRANDON BASHAM | WHITE | DISTRICT OF SOUTH CAROLINA |
| 5 | ANTHONY BATTLE | BLACK | NORTHERN DISTRICT OF GEORGIA |
| 6 | KENNETH E. BARRETT | WHITE | EASTERN DISTRICT OF OKLAHOMA |
| 7 | BRANDON BERNARD | BLACK | WESTERN DISTRICT OF TEXAS |
| 8 | ROBERT BOLDEN | BLACK | EASTERN DISTRICT OF MISSOURI |
| 9 | ALFRED BOUGEOIS | BLACK | SOUTHERN DISTRICT OF TEXAS |
| 10 | MEIER J. BROWN | BLACK | SOUTHERN DISTRICT OF GEORGIA |
| 11 | DAVID R. CHANDLER** | WHITE | NORTHERN DISTRICT OF ALABAMA |
| 12 | BOUTAEM CHANTHADARA** | ASIAN | DISTRICT OF KANSAS |
| 13 | ODELL CORLEY | BLACK | NORTHERN DISTRICT OF INDIANA |
| 14 | LEN DAVIS | BLACK | EASTERN DISTRICT OF LOUISIANA |
| 15 | DONALD FELL | WHITE | DISTRICT OF VERMONT |
| 16 | EDWARD FIELDS | WHITE | EASTERN DISTRICT OF OKLAHOMA |
| 17 | SHERMAN L. FIELDS | BLACK | WESTERN DISTRICT OF TEXAS |
| 18 | CHADRICK E. FULKS | WHITE | DISTRICT OF SOUTH CAROLINA |
| 19 | MARVIN GABRION II | WHITE | WESTERN DISTRICT OF MICHIGAN |
| 20 | JUAN RAUL GARZA* | HISPANIC | SOUTHERN DISTRICT OF TEXAS |
| 21 | ORLANDO HALL | BLACK | NORTHERN DISTRICT OF TEXAS |
| 22 | DAVID P. HAMMER | WHITE | MIDDLE DISTRICT OF PENNSYLVANIA |
| 23 | PAUL HARDY | BLACK | EASTERN DISTRICT OF LOUISIANA |
| 24 | DUSTIN HIGGS | BLACK | DISTRICT OF MARYLAND |
| 25 | NORRIS HOLDER | BLACK | EASTERN DISTRICT OF MISSOURI |
| 26 | DUSTIN HONKEN | WHITE | NORTHERN DISTRICT OF IOWA |
| 27 | RICHARD JACKSON | WHITE | WESTERN DISTRICT OF N.C. |
| 28 | ANGELA JOHNSON | WHITE | NORTHERN DISTRICT OF IOWA |
| 29 | COREY JOHNSON | BLACK | EASTERN DISTRICT OF VIRGINIA |
| 30 | DARRYL L. JOHNSON | BLACK | NORTHERN DISTRICT OF ILLINOIS |
| 31 | LOUIS JONES* | BLACK | NORTHERN DISTRICT OF TEXAS |
| 32 | WILLIAM LECROY JR. | WHITE | NORTHERN DISTRICT OF GEORGIA |
| 33 | DANIEL L. LEE | WHITE | EASTERN DISTRICT OF ARKANSAS |
| 34 | KENNETH LIGHTY | BLACK | DISTRICT OF MARYLAND |
| 35 | JOHN MCCULLAH** | WHITE | EASTERN DISTRICT OF OKLAHOMA |
| 36 | TIMOTHY MCVEIGH* | WHITE | DISTRICT OF COLORADO |
| 37 | RONALD MIKOS | WHITE | NORTHERN DISTRICT OF ILLINOIS |
| 38 | LEZMOND MITCHELL | NATIVE AM. | DISTRICT OF ARIZONA |
| 39 | KEITH NELSON | WHITE | WESTERN DISTRICT OF MISSOURI |
| 40 | ARBOLEDA ORTIZ | COLUMBIAN BLACK | WESTERN DISTRICT OF MISSOURI |
| 41 | JEFFREY PAUL | WHITE | WESTERN DISTRICT OF ARKANSAS |
| 42 | WESLEY PURKEY | WHITE | WESTERN DISTRICT OF MISSOURI |
| 43 | JAMES ROANE JR. | BLACK | EASTERN DISTRICT OF VIRGINIA |
| 44 | JULIUS ROBINSON | BLACK | NORTHERN DISTRICT OF TEXAS |
| 45 | GARY SAMPSON | WHITE | DISTRICT OF  MASSACHUSETTS |
| 46 | GERMAN SINISTERRA | COLUMBIAN BLACK | WESTERN DISTRICT OF MISSOURI |
| 47 | RICHARD STITT | BLACK | EASTERN DISTRICT OF VIRGINIA |
| 48 | RICHARD TIPTON | BLACK | EASTERN DISTRICT OF VIRGINIA |
| 49 | CHRISTOPHER VIALVA | BLACK | WESTERN DISTRICT OF TEXAS |
| 50 | BRUCE WEBSTER | BLACK | NORTHERN DISTRICT OF TEXAS |

\* DENOTES SENTENCED TO DEATH AND EXECUTED

\*\* DENOTES RESENTENCED TO LIFE IN PRISON AFTER CLEMENCY OR REVERSAL ON APPEAL

## Exhibit 66 - 3