# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

_____

### EXHIBIT NO. 67

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

Mr.Julius O. Robinson
26190-177
Post Office Box33
Terre Haute, Indiana 47808


Mr, Charles R. Fulbruge, Clerk
United States Court of Appeals
Fifth Circuit
600 Camp Street
New Orleans, LA 70130



ATTN: Court of Appeal & Clerk

> RE: 02-10717 U.S.A. vs Julius Omar Robinson
> USDC No. 4:00-CR-260-2-Y

Dear Mr. Fulbruge:

I'm writing this court to ask if you could halt my appeal that my lawyers just file on June 21,2003. The reason am asking this is because I just found out what my lawyers file on my appeal. Before they file my appeal I had little or no communication between us and I had been writing them letters,telling them I needed my trial record and never receive them as of yet.(July, 1 2003) I believe that there are some more issue that could be raise on my appeal, but without my court records I can't find out and don't want this to hurt my chance on my other appeals because my lawyers didn't raise them now or ask me if I wanted them raise.

I hope that you could take this in consideration so that my lawyer & I could properly go over this together.

Thank you for your assistance.

Sincerely,


Julius O. Robinson



W/R/P

**Exhibit 67**