# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

### FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

_____

## EXHIBIT NO. 68

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

**United States Court of Appeals**

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

July 25, 2003



Mr Julius O Robinson
#26190-177
PO BOX 33 Building
Terre Haute, IN  47808

No. 02-10717 USA v. Robinson
    USDC No.  4:00-CR-260-2-Y

We will take no action on your request to "halt your appeal". Only your attorney can file motions or other documents on your behalf. Your motion is being forwarded to your attorneys' for whatever action they deem necessary.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Debbie Kranz, Deputy Clerk
    504-310-7698

cc:  Ms Susan B Cowger
     Mr Jack V Strickland
     Mr Wessley Thompson Ball

BR-9

**Exhibit 68**