## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

JULIUS OMAR ROBINSON,          :      **CAUSE NO. 4:00-CR-00260-2**
    aka Face, aka Scar, aka Scarface,  :     **(Civil No. 4:05-CV-756-Y)**
    Defendant/Petitioner,     :
                                 :      **DEATH PENALTY CASE**
vs.                           :
                                 :      **Honorable Terry Means**
UNITED STATES OF AMERICA,    :      **United States District Judge**
                                 :
    Plaintiff/Respondent.     :

---

### EXHIBIT NO. 69

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

---

July 30, 2003

Mr. Julius O Robinson
#26190-177
P.O. BOX 33
Terre Haute, IN    47808


Mr. Charles R. Fulbruge III Clerk
United States Court of Appeals
Fifth Circuit, office of the clerk
600 CAMP STREET
NEW ORLEANS, LA 70130



RE: No. 02-10717 USA v. Robinson
USDC No.   4:00-CR-260-2-Y

Mr. Fulbruge:

I recieved your response to my letter where you stated that you will take no action on my request to halt my appeal. My issue is with my attorney on the fact that he "isn't" filing issues in my brief that may later be denied by this court because I didn't raise them at the proper time. I'm also being denied " effective" counsel by my counsels failure to work with his client, which is me. I haven't recieved my transcripts, all my F.B.I. 302 forms which I need to help put on a defense for myself.

In U.S. v Greig 967 F.2d 1018,1022(5th Cir.1992) the court stated that it was a (violation of right to effective assistance of counsel when trial "court" knew of conflict of interest but failed to conduct further inquiry.) I understand that we are past the trial stage of this process, but what makes my case more important is that my life is on the line and if something doesn't get filed I'm the one that suffers. The conflict between my attorney and I is effecting not only my case but also my right to a fair appeal. If I can't turn to the courts, than I can"t turn to nobody.

Sincerely,
Julius O Robinson

W/R/P

Signed Before Me
July 30, 2003
Rivera, Juea -Notary
State of Indiana, Vigo Co
exp. Aug. 28, 2010

**Exhibit 69**