# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

_____

### EXHIBIT NO. 70

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

August 6, 2003

Mr Julius O Robinson
#26190-177
PO BOX 33
Terre Haute, IN 47808


        No. 02-10717 USA v. Robinson
             USDC No.  4:00-CR-260-2-Y


We will take no action on your letter dated July 30, 2003.  Only
your attorney can file motions or other documents on your behalf.
Your motion is being forwarded to your attorney for whatever action
he deems necessary.


                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk


                   By: _____
                        Debbie Kranz, Deputy Clerk
                        504-310-7698

cc:  Mr Jack V Strickland
     Mr Wessley Thompson Ball
     Ms Susan B Cowger

P.S. To Mr Ball and Mr Strickland:  Please discuss the enclosed letter
     with your client and advise the court as needed.

BR-9


**Exhibit 70**