# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

---

### EXHIBIT NO. 71

**SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 02-10717
USDC No. 4:00-CR-260-2-Y

---

U.S. COURT OF APPEALS

**FILED**

SEP 3 0 2003

CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JULIUS OMAR ROBINSON, also known as Face, also known as Scar,
also known as Scarface,

                              Defendant-Appellant.

-----------------------
Appeal from the United States District Court
for the Northern District of Texas
-----------------------

O R D E R:

Julius Omar Robinson moves the court to dismiss his court-appointed attorney and to appoint substitute counsel to represent him on appeal. Robinson has failed to demonstrate a level of incompatibility which would warrant the appointment of substitute counsel. Fifth Circuit Plan under the Criminal Justice Act §§ 2, 5.

MOTION DENIED.

FOR THE COURT:

ANTHONY J. BONFANTI
DEPUTY CLERK

**Exhibit 71**