## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

_____

**EXHIBITS IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO VACATE CONVICTION AND SENTENCE
AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## INDEX OF EXHIBITS

*United States of America v. Julius Robinson*
Case No. 4:00-CR-00260-2


44. Partial transcript of phone call between Julius Robinson and Marcus Robinson and Others (Prosecution Trial Exhibit 929A, filed in *USA v. Julius Robinson*)

45. Special Verdict Form filed in *USA v. Julius Robinson*

46. Report of Psychological Evaluation of Rosie Mae Hollimon by Dr. James Daniel Barna

47. Fetal Alcohol Syndrome: Guidelines for Referral and Diagnosis, Center for Disease Control (excerpt only, full report available on the internet at http://www.cdc.gov/ncbddd/fas/documents/FAS_guidelines_accessible.pdf)

48. Robert C. Vandenbosche & Jeffrey T. Kirchner, *Intrauterine Growth Retardation*, American Family Physician. 1998 Oct 15;58(6):1384-90, available on the internet at  http://www.aafp.org/afp/981015ap/vandenbo.html

49. Jennifer R Butler, *Postterm Pregnancy*, Emedicine.com (2006), available on the internet at www.emedicine.com/med/topic3248.htm

50. Medline Plus Medical Encyclopedia, available on the internet at http://www.nlm.nih.gov/medlineplus/ency/article/002302.htm (defining SGA)

51. Stoll CG, Roth MP, Dott B, Alembik Y, *Study of 290 Cases of Polyhydramnios and Congenital Malformations in a Series of 225,669 Consecutive Births*, Community Genet. 2(1):36-42 (1999), available on the internet at http://www.ncbi.nlm.nih.gov

52. C.L. McGee & E.P. Riley, *Brain Imaging and Fetal Alcohol Spectrum Disorders*, Ann Ist Super Sanita, 42(1):46-52 (2006), available on the internet at http://www.ncbi.nlm.nih.gov

53. Connor PD, Sampson PD, Bookstein FL, Barr HM, Streissguth AP. Related Articles, *Direct and Indirect Effects of Prenatal Alcohol Damage on Executive Function*., Dev Neuropsychol (2000) 18(3):331-54.)

54. Tarrant County Court records in *Texas v. Julius Robinson*, Case No. 0574361D

55. Memo of Jesse Wallis, dated August 16, 2006

## INDEX OF EXHIBITS

*United States of America v. Julius Robinson*
Case No. 4:00-CR-00260-2

56.    Affidavit of Danny Duane Burns, dated August 25, 2006

57.    Declaration of Monica Giner, dated August 28, 2006

58.    Declaration of Brenda Hollimon, dated August 25, 2006

59.    Declaration of Jerry Melton, dated August 8, 2006

60.    Declaration of John Niland, dated August 21, 2006

61.    Declaration of Jesse Wallis, dated August 28, 2006

62.    Supplemental Declaration of Josephine Dotson, dated August 22, 2006

63.    Supplemental Statement of Stephen K. Martin, Ph.D., dated August 28, 2006

64.    Supplemental Declaration of Marcus Jwain Robinson, dated August 18, 2006

65.    Supplemental Declaration of Willie White, dated August 22, 2006

66.    Declaration of James Morgan, dated August 28, 2006 (and Table of Federal Death Row Defendants)

67.    Letter from Julius Robinson to U.S. Court of Appeals, Fifth Circuit, stamped received on July 14, 2003

68.    Letter from U.S. Court of Appeals, Fifth Circuit, to Julius Robinson, dated July 25, 2003

69.    Letter from Julius Robinson to U.S. Court of Appeals, Fifth Circuit, dated July 30, 2003

70.    Letter from U.S. Court of Appeals, Fifth Circuit, to Julius Robinson, dated August 6, 2003

71.    U.S. Court of Appeals, Fifth Circuit Order denying motion to dismiss court-appointed counsel, dated September 30, 2003

## **CERTIFICATE OF SERVICE**

I, Jesse Wallis, hereby certify that on August 28, 2006, I electronically filed the foregoing

exhibits with the clerk of the court for the U.S. District Court, Northern District of Texas, using

the electronic case filing system of the court.  The electronic case filing system sent a "Notice of

Electronic filing" to the following attorneys of record who have consented in writing to accept

this Notice as service of this document by electronic means:

SUSAN COWGER
Assistant United States Attorney
U.S. Attorney's Office
1100 Commerce Street, 3rd Fl.
Dallas, Texas  75242

I, Jesse Wallis, hereby certify that on August 28, 2006, I served the foregoing document

by mailing a copy to the following individuals.

JULIUS OMAR ROBINSON
BOP NO. 26190-177
USP - Terre Haute
P.O. Box 33
Terre Haute, Indiana 47808

Dated: August 28, 2006                                    s/ Jesse Wallis
                                                                           JESSE WALLIS

-iii-