IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|       Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | CRIMINAL NO.  4:00-CR-260-Y |
| JULIUS OMAR ROBINSON (02), | § | |
| also known as Face, also | § | (Death-Penalty Case) |
| known as Scar, also known, | § | |
| as Scarface | § | |
|       Defendant | § | |

## ORDER GRANTING LEAVE OF COURT TO SUBPOENA JAIL RECORDS

On April 19, 2007, Julius Omar Robinson ("Robinson") filed his *Motion for Reconsideration of Order Denying Motion for Issuance of a Subpoena to Obtain Jail Records.* (Doc. #2399.)  The Government has not responded to this motion.  For the reasons set out below, this motion is granted.

On May 18, 2006, Robinson filed his *Unopposed Motion for Issuance of a Subpoena* (doc. #2372), containing a certificate of conference indicating that the Government did not oppose the motion.  This motion was denied for failing to comply with Rule 6 of the Rules Governing Section 2255 Proceedings in the United States District Court, which required that such motion state good cause for the requested discovery. (*See* Order Denying Leave of Court to Subpoena Records, doc. #2374.)  On April 19, 2007, Robinson filed his *Motion for Reconsideration of Order Denying Motion for Issuance of a Subpoena to Obtain Jail Records* (doc. #2399) with additional detail in order to satisfy the Rule 6 requirement, and referring to the claim, in his motion to vacate under 28 U.S.C. § 2255 (doc. 2279), that trial counsel failed to conduct an adequate

1

mitigation investigation.  Having reviewed the motion and pleadings on file, the Court concludes that leave of court should be granted to subpoena the jail records that are sought.  However, the Court takes no position on the merits of any claim for relief made in this cause.

IT IS, THEREFORE, ORDERED that Robinson's *Motion for Reconsideration of Order Denying Motion for Issuance of a Subpoena to Obtain Jail Records* (doc. #2399) be, and it is hereby, GRANTED, and Robinson is authorized to use the procedures set forth in Rule 45 of the Federal Rules of Civil Procedure to obtain the jail visitation logs during the time of his incarceration while awaiting trial through the conclusion of his trial.

SIGNED April 24, 2007.


_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

2