THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

_____

_____**NOTICE OF SERVICE OF SUBPOENA DUCES TECUM**
**PURSUANT TO RULE 45 (b)(1)**
(Filed Electronically Under the Electronic Filing System Requirements)

_____

MICHAEL B. CHARLTON, No. 04144800
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
Telephone: (702) 388-5106
mike_charlton@fd.org

SEAN K. KENNEDY, No. 145632
Federal Public Defender
CRAIG A. HARBAUGH, No. 194309
Deputy Federal Public Defender
Federal Public Defender's Office
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-7865
sean_kennedy@fd.org
craig_harbaugh@fd.org

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

_____

**NOTICE OF SERVICE OF SUBPOENA DUCES TECUM
PURSUANT TO RULE 45 (b)(1)**

_____

PLEASE TAKE NOTICE THAT pursuant to Rule 45(b)(1) of the Federal Rule of Civil

Procedure and Petitioner, Julius Omar Robinson, by and through his counsel, Michael Charlton,

Sean K. Kennedy, and Craig A. Harbaugh have caused to be served the subpoenas duces tecum

pursuant to the Court's Order dated April 24, 2007.  On May 14, 2007, Anthony T. Pagan,

Investigator, Federal Public Defender of the Northern District of Texas, personally served the

subpoena upon Paula Champion, Legal Instrument Examiner, Federal Correctional Institution -

Fort Worth, Texas.  The custodian of records has been given until June 11, 2007 to comply.

Respectfully submitted,

 s/  Sean K. Kennedy
Sean K. Kennedy, State Bar No. 145632
Federal Public Defender
321 E. 2nd St.
Los Angeles, CA  90012
Phone:  (213) 894-7865; Fax  (213) 894-4683
E-Mail:  sean_kennedy@fd.org
ATTORNEY FOR PETITIONER

## CERTIFICATE OF SERVICE

I, Sean K. Kennedy, hereby certify that on May 16, 2007, I electronically filed the

foregoing document with the clerk of the court for the U.S. District Court, Northern District

of Texas, using the electronic case filing system of the court.  The electronic case filing system

sent a "Notice of Electronic filing" to the following attorneys of record who have consented

in writing to accept this Notice as service of this document by electronic means:

SUSAN COWGER
Assistant United States Attorney
U.S. Attorney's Office
1100 Commerce Street, 3rd Fl.
Dallas, Texas  75242


 s/  Sean K. Kennedy
SEAN K. KENNEDY
Attorney for Petitioner