**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF TEXAS**

**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

_____

**EXHIBIT NO. 72**

**SUBMITTED IN SUPPORT OF IN SUPPORT OF DEFENDANT'S AMENDED
MOTION TO VACATE CONVICTION AND SENTENCE AND FOR
NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF MALCOLM W. KLEIN

I, Malcolm W. Klein, Ph.D., declare as follows:

1. I am currently a Professor Emeritus of the University of Southern California and an independent consultant on street gang issues. While at USC, I served 13 years as the chairman of the sociology department and was the founder and director of the University's Social Science Research Institute. My research on gangs has been supported by sixty grants and contracts from major foundations and from government agencies, including federal funding from the U.S. Department of Justice. I have published my research in over one hundred articles and invited chapters, as well as written eighteen books. I am continuing my research consultations for various groups, including the National Youth Gang Center, The Eurogang Program, and the International Self-Report Delinquency Program. Over the course of my career, I have served as a consultant to scores of local, state, national and international private and public agencies and commissions. I have also served as a consultant or expert witness in over one hundred court cases involving gang matters. (See attached resume).

2. Referral Question

I was contacted by Julius Robinson's counsel, and asked to conduct an assessment of the gang situation in Dermott, Arkansas, as well as Mr. Robinson's

1

M.K.

Exhibit 72 - 000001

personal involvement in gang activity during his childhood and adolescent years. As part of my assessment, I reviewed over 2,500 pages of material, including trial transcripts, indictments, witness statements, school records, medical records, prison records, media reports, and the like.

3. Gang Research

As a result of my research, I developed a classification system identifying five general types of street gangs within the United States. Malcolm W. Klein, Cheryl L. Maxson, *Gang Structures, Crime Patterns, and Police Responses: A Summary Report* (2001).

a. Traditional Gangs

Traditional gangs have generally been in existence for twenty or more years and continue to regenerate themselves. They contain fairly clear subgroups, usually separated by age, though occasionally by neighborhood. More than other gangs, traditional gangs tend to have a wide age range, ranging from nine or ten years of age into the thirties. These are usually very large gangs, numbering one hundred or even several hundred members. They are almost always territorial in the sense that they identify strongly with their "turf," and claim it as theirs alone. Generally, their turf includes the vicinity of their immediate neighborhood but may also extend to the surrounding area. In sum, this is a large, enduring, territorial gang with a wide range

2

M.K.

Exhibit 72 - 000002

and several internal cliques based on age or area.

b. Neotraditional Gangs

The Neotraditional gang resembles the Traditional form, but has not been in existence as long, probably no more than ten years, and often less. It is usually medium size, between fifty to one hundred members, but may also extend into the hundreds. The Neotraditional gang most likely has developed subgroups or cliques based on age or area, but sometimes may not. The age range is usually smaller than the Traditional gangs. The Neotraditional gang is also very territorial, claiming turf and defending it. The Neotraditional gang often engages in subgrouping, but may or may not have achieved the size and wide age range of the Traditional gang. In sum, the neotraditional gang is a newer territorial gang and its subgrouping, temporality, and size, suggests that it is evolving into the Traditional form.

c. Compressed Gangs

The compressed gang is small, usually in the size range of up to fifty members, and has not formed subgroups. The age range is probably narrow, ten or fewer years between the younger and older members. The small size, absence of subgroups, and narrow age range may reflect the newness of the group, in existence less than ten years and maybe for only a few years. Some of these Compressed gangs have become territorial, but many have not. In sum, compressed gangs have a relatively

3

M.K.

Exhibit 72 - 000003

short history, short enough that by size, duration, subgrouping and territoriality, it is unclear whether they will grow and solidify into the more traditional forms, or simply remain as less complex groups.

### d. Collective Gangs

The collective gang looks like the compressed form, but bigger and with a wider age range, approximately ten or more years between younger and older members. Size can be under a hundred, but is probably larger. Surprisingly, given these numbers, it has not developed subgroups, and may or may not be a territorial gang. It probably has a ten to fifteen-year existence. In sum, the collective gang resembles a kind of shapeless mass of adolescent and young adult members that has not developed the distinguishing characteristics of other gangs.

### e. Specialty Gangs

Unlike these other gangs that engage in a wide variety of criminal offenses, crime in this type of group is narrowly focussed on a few offenses; the group comes to be characterized by the specialty. The Specialty gang tends to be small, usually fifty or fewer members without any subgroups in most cases but there are exceptions. It probably has a history of less than ten years, but has developed a well-defined territory. The territory of the Speciality gang may be either residential or based on the opportunities, for the particular form of crime in which it specializes. The age

4

M.K.

Exhibit 72 - 000004

range of most Specialty gangs is narrow, but may be broad in others. In sum, the specialty gang is crime-focused in a narrow way. Its principal purpose is more criminal than social, and its smaller size and form of territoriality may be a reflection of this focused crime pattern.

4. <u>Opinion</u>

Of the five sub-types of street gangs in the U.S., the Dermott street gang of which Mr. Robinson was a member, the so-called "Playboy Hustler Crips," can be most accurately described as a Compressed gang. The Dermott street gang bore all of the common characteristics of Compressed gang, (short duration, small size, narrow age range, with no clear subgroups). The size of the group was relatively small, limited to individuals living in the small town of Dermott, Arkansas, with a population of less than 3,300. Moreover, the group was limited predominantly to preteen and teenage age males. Finally, the gang appears to have had an extremely short life-span. Although witness statements reflect that the Dermott Crips had been in existence during Mr. Robinson's preteen years, beginning in 1987, the gang has never been recognized by the National Youth Gang Center (N.Y.G.C.), an organization which has identified gang activity in 4,000 gang-involved jurisdictions.

5. Additional characteristics of the Dermott gang distinguish it from other more significant types of gangs. First, the criminal involvement of the Dermott Crips

5

M.K.

Exhibit 72 - 000005

was versatile without emphasis on violence or other serious offenses, thus, distinguishing the gang from Specialty gangs. Although there was evidence to indicate that drug use was fairly common, there was little evidence to indicate that the Dermott gang was involved in drug trafficking. Although one police officer noted that serious assaults, thefts, and drug activity increased around the time the Dermott Crip gang was formed, there was no indication that this activity was pervasive or continued over a significant period of time.

6. Finally, the assessment by local law enforcement dispels the notion that the Dermott gang resembled anything like Traditional gangs. According to then-Dermott Chief of Police Jerry Melton, although there was a group of teenagers that called themselves "Crips" and "Bloods," they were simply emulating what they saw on television. As Chief Melton observed, the Dermott gangs were nothing more than "little wannabes." In contrast to often bloody rivalry between Crips and Bloods often seen in urban areas, there was no fighting between the gangs in Dermott.

Apart from the limited danger that the Dermott Crips posed to the rural community, Mr. Robinson's role in the group was also quite limited. Mr. Robinson's activity in the Dermott gangs seems to derive from the particular vulnerabilities of his personal deficiencies and dysfunctional family situations, within the context of a segregated and poverty stricken community within Dermott. There is no evidence to

6

M.K.

Exhibit 72 - 000006

indicate that he played a leadership role in his Crips gang. Indeed, Mr. Robinson seemed more of a follower who role modeled on several older youth, including the gang initiator known as "John-John." Finally, even though drug activity may have increased as a result of the gang, one of the local officers was not aware that Mr. Robinson had been involved in drug trafficking. The limitations on Mr. Robinson's involvement were essentially dictated by his young age, having been jumped into the gang between twelve and thirteen years old.

### 7. Conclusion

In sum, the Dermott Crip gang during Mr. Robinson's youth did not qualify as a Traditional gang. At most, the group of preteen and teenage youth resembled a Compressed gang of short duration. Although there was an initial rise in criminal conduct, this activity differed in both scope and severity from that of Traditional gangs. Finally, Mr. Robinson appears to have served only a minimal role in the

///

///

///

///

7

M.K.

Exhibit 72 - 000007

Dermott gang, as evidenced by his young age and his narrow involvement with criminal activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of May, 2007 in Los Angeles, California.

Malcolm W. Klein

8                                                                M.K.

Exhibit 72 - 000008