## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

_____

### EXHIBIT NO. 74

**SUBMITTED IN SUPPORT OF IN SUPPORT OF DEFENDANT'S AMENDED
MOTION TO VACATE CONVICTION AND SENTENCE AND FOR
NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

## DECLARATION OF RICHARD SMART

I, Richard Smart, declare:

1.  I know Julius Robinson, we both went to Lamar High School in Arlington, Texas.

2.  In February of 1995, Julius was living in an apartment he shared with his mother in Arlington, but his mother was gone and had not paid the rent. The electricity in the apartment was turned off. Julius was angry and frustrated. He was anxious to finish his last year of high school, but was having a difficult time, coming home to a dark apartment every evening.

3.  I drove Julius to the apartment of Sara Tucker, a friend of his who owed him money. When we discovered that she was not home, we drove to her mother's house. In the parking lot, we saw the pickup truck owned by Sara Tucker. The truck appeared to be empty. I drove into the parking lot and past the truck. I was closest to the truck and no one was in the cab of the truck. I made a u-turn and drove back past the truck again. This time Julius, in the passenger seat, was the closest to the truck. Julius rolled his window down, took out a gun and fired shots into the truck. We did not see anyone inside it. We both believed the truck was empty. The incident happened in the night time when it was dark outside.

4.  No one from Julius Robinson's defense team ever contacted me, not before

R. S.

1

Exhibit 74 - 000001

or during his trial.  Had I been asked about the above information, I would have willingly discussed it.  I would have been willing to testify in court on Julius Robinson's behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of September, 2006 in Chicago, Illinois.

Richard Smart

2

Exhibit 74 - 000002