# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

---

## EXHIBIT NO. 78 (PART 1 OF 2)

**SUBMITTED IN SUPPORT OF IN SUPPORT OF DEFENDANT'S AMENDED
MOTION TO VACATE CONVICTION AND SENTENCE AND FOR
NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

---

STATE OF TEXAS       )

                                          **AFFIDAVIT**

COUNTY OF TARRANT   )

Before me, the undersigned authority, personally appeared **Walter S. Roach** who, after being by me duly sworn, deposed as follows:

My name is **Walter S. Roach**. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Records Custodian of the City of Arlington, Texas, Police Department, and as such I am the custodian of records of said Police Department.

Attached hereto are 25 pages of records from the Arlington Police Department. These said 25 pages of records are pertaining to Arlington Police Department report 950019017.

These are kept by the Arlington Police Department in the regular course of business, and it was the regular course of business in the Arlington Police Department for an employee or representative of the Arlington Police Department with knowledge of the act, event, condition, opinion, or diagnosis recorded to make or receive memorandum or record or to transmit information thereof to be included in such memorandum or record; and the memorandum or record was received or made at or near the time of the act, event, condition, opinion, or diagnosis recorded or reasonably soon thereafter.

The record attached hereto is an exact duplicate of the original and it is a rule of the Arlington Police Department to not permit the original to leave the Arlington Police Department.

_____
AFFIANT'S SIGNATURE

SUBSCRIBED AND SWORN TO BEFORE ME BY _WALTER S. ROACH_ ,

on this the _30th_ day of _November_ , _2006_ .

_____
Notary Public in and for
The State of Texas

(notary seal)

JOYCE A. MANSHIP
Notary Public
STATE OF TEXAS
My Comm. Exp. 08/14/2009

**OR**

_____
Officer's Signature

_____
Printed Rank, Name and ID #

*Authorized to administer oaths by Texas Government Code Sec. 602.002*

Exhibit 78 - 000001

02/14/95                    ARLINGTON POLICE DEPARTMENT                    18:11

                                ARREST REPORT

           PIN #:      0151484

           CALL #:     950019017

           DEFENDANT:  ROBINSON JULIUS O

Exhibit 78 - 000002

ADULT ARREST REPORT

ARREST #: 0151484                          CALL SHEET: 950019017
RELATED OFFENSE #: _____               P.C. REVIEW : 00690

MUGSHOT: X  FINGERPRINT: X                IL REVIEW BY ID #: _____

DEFENDANT: ROBINSON         JULIUS         O  ___
            LAST NAME      FIRST NAME     MI  SUFFIX

RACE: BLACK     (NEG SEX: M  DATE OF BIRTH: 08/08/76  CLASS: MG1
************************************************************************
************************************************************************
************************************************************************

PHYSICAL DESCRIPTORS

HEIGHT: 6'00  WEIGHT: 175  FACIAL HAIR: NONE         GLASSES: N
 HAIR: BLACK              EYES: BROWN

LAST FINGERPRINT DATE: 02/08/95  LAST MUG SHOT DATE: 02/08/95

SCARS/MARKS/TATOOS:

BODY PART        DESCRIPTION

*** NO SCARS/MARKS/TATOOS ON FILE ***

CLOTHING REMARKS:

BLUE PANTS/BLK TEE SHIRT/BLK/WHI TENNIS SHOES

VISIBLE INJURY:

*** NO REMARKS ON FILE ***

INJURY OCCURED: _____
************************************************************************
************************************************************************
************************************************************************

PERSON BIOGRAPHICAL

POB CITY/STATE: FAYETVILLE              NC  CITIZEN: Y JAILER ID: 01477

Exhibit 78 - 000003

```
RES ADDR: 1413 N COOPER CI                    PHONE: _____
   APT #: A
     CITY: ARL                   STATE: TX  ZIP: 76011 ____


 BUS NAME: VENTURES
 BUS ADDR: _____ PHONE: 817-460-5115
  SUITE #: _____
     CITY: _____ STATE: __ ZIP: _____ ____
OCCUPATION: ATTENDANT


DRIVERS LICENSE: ████████  STATE: TX  YEAR: 1996  SSN: ████████████
MARITAL STATUS : SINGLE           RELIGIOUS PREFERENCE: NO PREFERENCE
MISCELLANEOUS  : _____


ALIAS                                ALIAS BIRTHDAY


*** NO ALIASES ON FILE ***
*************************************************************************
*************************************************************************
*************************************************************************



                    FRIEND/RELATIVE/EMERGENCY CONTACT




 FRIEND
   NAME: ORAL HOLMES                        PHONE: 817 460-3932
   ADDRESS: _____ SUITE: _____
   CITY: _____ STATE: __ ZIP: 00000-00000
*************************************************************************
*************************************************************************
*************************************************************************



                         BOOKING REMARKS


 PHONE CALL STATUS: Y   DATE: 02/08/95   TIME: 0001453


*** NO BOOKING REMARKS FOUND ***
*************************************************************************
*************************************************************************
*************************************************************************



                       CHARGES/ARRAIGNMENT


-------------------------------------------------------------------------
VIOL/PENAL DESC: FAIL TO APPEAR IN 10 DAYS ON CERTAIN STA
TICKET/WARRANT: A77349      AGENCY: ARL
```

Exhibit 78 - 000004

```
CHARGE AMOUNT:            110.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000


    DISPOSITIONS:

    DISP. TYPE:          TS    1
    DISP. DATE:          02/09/95        1
    DISP. TIME:          102513
    DISP. ID  :          01227
    DOLLARS RECEIVED:              0.00   1
    RECEIPT NUMBER       ------
    CREDIT EARNED:               110.00
    BOND AMOUNT:                   0.00
    SURETY:              ---------------------------------------------
    SUPERVISOR ID:       00000
    COURT DATE:          02/09/95
    COURT-TIME:          00000


    REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***


------------------------------------------------------------------------
VIOL/PENAL DESC: FAIL TO MAINTAIN FINANCIAL RESPONSIBILIT
TICKET/WARRANT: 090627      AGENCY: ARL
CHARGE AMOUNT:            340.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000


    DISPOSITIONS:

    DISP. TYPE:          TS    1
    DISP. DATE:          02/09/95        1
    DISP. TIME:          102517
    DISP. ID  :          01227
    DOLLARS RECEIVED:              0.00   1
    RECEIPT NUMBER       ------
    CREDIT EARNED:               340.00
    BOND AMOUNT:                   0.00
    SURETY:              ---------------------------------    ** VOIDED CHARGE **
    SUPERVISOR ID:       09059
    COURT DATE:          02/09/95
    COURT-TIME:          00000


    REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***


    DISP. TYPE:          TS
    DISP. DATE:          02/10/95        1
    DISP. TIME:          001905
    DISP. ID  :          09070
    DOLLARS RECEIVED:              0.00   1
    RECEIPT NUMBER       ------
    CREDIT EARNED:               340.00
```

Exhibit 78 - 000005

```
BOND AMOUNT:                 0.00
SURETY:          _____
SUPERVISOR ID:       00000
COURT DATE:          02/09/95
COURT-TIME:          00000

REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

------------------------------------------------------------
VIOL/PENAL DESC: NO VALID INSPECTION CERTIFICATE
TICKET/WARRANT: 076632      AGENCY: ARL
CHARGE AMOUNT:      105.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000

    DISPOSITIONS:

    DISP. TYPE:         TS
    DISP. DATE:         02/09/95
    DISP. TIME:         102523
    DISP. ID :          01227
    DOLLARS RECEIVED:        0.00
    RECEIPT NUMBER      _____
    CREDIT EARNED:          105.00
    BOND AMOUNT:             0.00
    SURETY:             _____
    SUPERVISOR ID:      00000
    COURT DATE:         02/09/95
    COURT-TIME:         00000

    REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

------------------------------------------------------------
VIOL/PENAL DESC: REGISTRATION VIOLATION-CAR OR TRUCK
TICKET/WARRANT: 076631      AGENCY: ARL
CHARGE AMOUNT:      105.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000

    DISPOSITIONS:

    DISP. TYPE:         TS
    DISP. DATE:         02/09/95
    DISP. TIME:         102529
    DISP. ID :          01227
    DOLLARS RECEIVED:        0.00
    RECEIPT NUMBER      _____
    CREDIT EARNED:          105.00
    BOND AMOUNT:             0.00
    SURETY:             _____
    SUPERVISOR ID:      00000
```

Exhibit 78 - 000006

```
COURT DATE:         02/09/95
COURT-TIME:         00000                  1

REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

-----------------------------------------------------------------------

VIOL/PENAL DESC: FAIL TO MAINTAIN FINANCIAL RESPONSIBILIT
TICKET/WARRANT: 076630      AGENCY: ARL
CHARGE AMOUNT:          340.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000

DISPOSITIONS:

DISP. TYPE:         TS
DISP. DATE:         02/09/95      1
DISP. TIME:         102536
DISP. ID  :         01227
DOLLARS RECEIVED:          0.00     1
RECEIPT NUMBER      _____
CREDIT EARNED:          340.00
BOND AMOUNT:            0.00
SURETY:             _____
SUPERVISOR ID:      09059                    ** VOIDED CHARGE **
COURT DATE:         02/09/95
COURT-TIME:         00000

REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

DISP. TYPE:         TS
DISP. DATE:         02/10/95      1
DISP. TIME:         001914
DISP. ID  :         09070
DOLLARS RECEIVED:          0.00     1
RECEIPT NUMBER      _____
CREDIT EARNED:          340.00
BOND AMOUNT:            0.00
SURETY:             _____
SUPERVISOR ID:      00009
COURT DATE:         02/09/95
COURT-TIME:         00000

REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

-----------------------------------------------------------------------
```

Exhibit 78 - 000007

VIOL/PENAL DESC: FAILURE TO APPEAR (MUNICIPAL COURT)
TICKET/WARRANT: A73700      AGENCY: ARL
CHARGE AMOUNT:          110.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000

    DISPOSITIO:

    DISP. TYPE:          TS
    DISP. DATE:          02/09/95      1
    DISP. TIME:          102540
    DISP. ID :           01227
    DOLLARS RECEIVED:          0.00
    RECEIPT NUMBER      ------
    CREDIT EARNED:            110.00
    BOND AMOUNT:              0.00
    SURETY:
    SUPERVISOR ID:       00000
    COURT DATE:          02/09/95
    COURT-TIME:          00000

    REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

-----------------------------------------------------------------------

VIOL/PENAL DESC: FAILURE TO APPEAR (MUNICIPAL COURT)
TICKET/WARRANT: A73699      AGENCY: ARL
CHARGE AMOUNT:          110.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000

    DISPOSITIONS:

    DISP. TYPE:          TS
    DISP. DATE:          02/09/95
    DISP. TIME:          102544
    DISP. ID :           01227
    DOLLARS RECEIVED:          0.00
    RECEIPT NUMBER      ------
    CREDIT EARNED:            110.00
    BOND AMOUNT:              0.00
    SURETY:
    SUPERVISOR ID:       00000
    COURT DATE:          02/09/95
    COURT-TIME:          00000

    REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

-----------------------------------------------------------------------

VIOL/PENAL DESC: FAILURE TO APPEAR (MUNICIPAL COURT)
TICKET/WARRANT: A73698      AGENCY: ARL
CHARGE AMOUNT:          110.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000

Exhibit 78 - 000008

DISPOSITIONS:

DISP. TYPE:        TS
DISP. DATE:        02/09/95
DISP. TIME:        102551
DISP. ID           01227
DOLLARS RECEIVED:          0.00
RECEIPT NUMBER     ------
CREDIT EARNED:             110.00
BOND AMOUNT:               0.00
SURETY:            ------------------------------------
SUPERVISOR ID:     00000
COURT DATE:        02/09/95
COURT-TIME:        00000

REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

------------------------------------------------------------
VIOL/PENAL DESC: FAILURE TO APPEAR (MUNICIPAL COURT)
TICKET/WARRANT: A73697     AGENCY: ARL
CHARGE AMOUNT:         110.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000

DISPOSITIONS:

DISP. TYPE:        TS
DISP. DATE:        02/09/95
DISP. TIME:        102555
DISP. ID           01227
DOLLARS RECEIVED:          0.00
RECEIPT NUMBER     ------
CREDIT EARNED:             110.00
BOND AMOUNT:               0.00
SURETY:            ------------------------------------
SUPERVISOR ID:     00000
COURT DATE:        02/09/95
COURT-TIME:        00000

REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

------------------------------------------------------------
VIOL/PENAL DESC: FAILURE TO APPEAR (MUNICIPAL COURT)
TICKET/WARRANT: A73696     AGENCY: ARL
CHARGE AMOUNT:         110.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000

DISPOSITIONS:

Exhibit 78 - 000009

```
DISP. TYPE:            TS
DISP. DATE:            02/09/95
DISP. TIME:            102559
DISP. ID :             01227
DOLLARS RECEIVED:              0.00
RECEIPT NUMBER         ------
CREDIT EARNED:               110.00
BOND AMOUNT:                   0.00
SURETY:                ------------------------------------
SUPERVISOR ID:         00000
COURT DATE:            02/09/95
COURT-TIME:            00000


REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***


----------------------------------------------------------------
VIOL/PENAL DESC: FAILURE TO APPEAR (MUNICIPAL COURT)
TICKET/WARRANT: A73695      AGENCY: ARL
CHARGE AMOUNT:         110.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000


DISPOSITIONS:

DISP. TYPE:            TS
DISP. DATE:            02/09/95
DISP. TIME:            102604
DISP. ID :             01227
DOLLARS RECEIVED:              0.00
RECEIPT NUMBER         ------
CREDIT EARNED:               110.00
BOND AMOUNT:                   0.00
SURETY:                ------------------------------------
SUPERVISOR ID:         00000
COURT DATE:            02/09/95
COURT-TIME:            00000


REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***


----------------------------------------------------------------
VIOL/PENAL DESC: FAIL TO APPEAR IN 10 DAYS ON CERTAIN STA
TICKET/WARRANT: A72487      AGENCY: ARL
CHARGE AMOUNT:         110.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000


DISPOSITIONS:

DISP. TYPE:            TS
DISP. DATE:            02/09/95
```

Exhibit 78 - 000010

```
DISP. TIME:              102610
DISP. ID   :             01227
DOLLARS RECEIVED:                0.00      1
RECEIPT NUMBER           _____
CREDIT EARNED:                110.00
BOND AMOUNT:                   0.00            1
SURETY:                  _____
SUPERVISOR ID:           00000
COURT DATE:              02/09/95
COURT-TIME:              00000
```

REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

-----------------------------------------------------------------------

```
VIOL/PENAL DESC: FAIL TO APPEAR IN 10 DAYS ON CERTAIN STA
TICKET/WARRANT: A68444      AGENCY: ARL
CHARGE AMOUNT:         110.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000
```

DISPOSITIONS:

```
DISP. TYPE:              TS
DISP. DATE:              02/09/95
DISP. TIME:              102643
DISP. ID   :             01227
DOLLARS RECEIVED:                0.00     1
RECEIPT NUMBER           _____
CREDIT EARNED:                110.00
BOND AMOUNT:                   0.00
SURETY:                  _____
SUPERVISOR ID:           00000
COURT DATE:              02/09/95
COURT-TIME:              00000
```

REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

-----------------------------------------------------------------------

```
VIOL/PENAL DESC: FAIL TO APPEAR IN 10 DAYS ON CERTAIN STA
TICKET/WARRANT: A68443      AGENCY: ARL
CHARGE AMOUNT:         110.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000
```

DISPOSITIONS:

```
DISP. TYPE:              TS
DISP. DATE:              02/09/95
DISP. TIME:              102657
DISP. ID   :             01227
DOLLARS RECEIVED:                0.00
```

Exhibit 78 - 000011

```
RECEIPT NUMBER        -------
CREDIT EARNED:              110.00
BOND AMOUNT:                 0.00
SURETY:               -----------------------------------
SUPERVISOR ID:        00000
COURT DATE:           02/09/95
COURT-TIME:           00000


REMARKS:
```

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

```
-------------------------------------------------------------------
VIOL/PENAL DESC: FAIL TO APPEAR IN 10 DAYS ON CERTAIN STA
TICKET/WARRANT: A68442      AGENCY: ARL
CHARGE AMOUNT:            110.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000


DISPOSITIONS:

DISP. TYPE:           TS
DISP. DATE:           02/09/95
DISP. TIME:           102703
DISP. ID :            01227
DOLLARS RECEIVED:           0.00
RECEIPT NUMBER        -------
CREDIT EARNED:             110.00
BOND AMOUNT:                0.00
SURETY:               -----------------------------------
SUPERVISOR ID:        00000
COURT DATE:           02/09/95
COURT-TIME:           00000


REMARKS:
```

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

```
-------------------------------------------------------------------
VIOL/PENAL DESC: REGISTRATION VIOLATION-CAR OR TRUCK
TICKET/WARRANT: 090629     AGENCY: ARL
CHARGE AMOUNT:            105.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000


DISPOSITIONS:

DISP. TYPE:           TS
DISP. DATE:           02/09/95
DISP. TIME:           102748
DISP. ID :            01227
DOLLARS RECEIVED:           0.00
RECEIPT NUMBER        -------
CREDIT EARNED:             105.00
BOND AMOUNT:                0.00
```

Exhibit 78 - 000012

```
SURETY:                 --------------------------------------
SUPERVISOR ID:          00000
COURT DATE:             02/09/95
COURT-TIME:             00000


REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***


--------------------------------------------------------------
VIOL/PENAL DESC: NO VALID INSPECTION CERTIFICATE
TICKET/WARRANT: 090628      AGENCY: ARL
CHARGE AMOUNT:          105.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000


DISPOSITIONS:

DISP. TYPE:             TS
DISP. DATE:             02/09/95
DISP. TIME:             102754
DISP. ID :              01227
DOLLARS RECEIVED:           0.00
RECEIPT NUMBER          ------
CREDIT EARNED:             105.00
BOND AMOUNT:                0.00
SURETY:                 --------------------------------------
SUPERVISOR ID:          00000
COURT DATE:             02/09/95
COURT-TIME:             00000


REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***


--------------------------------------------------------------
VIOL/PENAL DESC: FAIL TO APPEAR IN 10 DAYS ON CERTAIN STA
TICKET/WARRANT: A77348      AGENCY: ARL
CHARGE AMOUNT:          110.00  PLEA: G ARRAIGN. DATE/TIME: 02/09/95  0930000


DISPOSITIONS:

DISP. TYPE:             TS
DISP. DATE:             02/09/95
DISP. TIME:             102801
DISP. ID :              01227
DOLLARS RECEIVED:           0.00
RECEIPT NUMBER          ------
CREDIT EARNED:             110.00
BOND AMOUNT:                0.00
SURETY:                 --------------------------------------
SUPERVISOR ID:          00000
COURT DATE:             02/09/95
```

Exhibit 78 - 000013