# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

_____

## EXHIBIT NO. 82

**SUBMITTED IN SUPPORT OF IN SUPPORT OF DEFENDANT'S AMENDED
MOTION TO VACATE CONVICTION AND SENTENCE AND FOR
NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

_____

MEMO TO FILE

RE:    UNITED STATES OF AMERICA V. JULIUS OMAR ROBINSON

DATE:        DECEMBER 4, 2001

On December 4, 2001 I went to the Federal Medical Center at Fort Worth, to visit Mr. Robinson. I was escorted from the main entrance to the jail unit by a Bureau of Prisons employee (correctional officer) S. G. Sabolchick.  The officer asked me who I was going to visit, and I told him.  He immediately commented that the defendant was well behaved.  He said that if they were all like that in the jail unit, it would almost be fun working back there.  He said they never had any problems with the defendant.  He was quiet, read the newspaper and caused no problems.  He said he did not know what the defendant was in for, and didn't want to know what he was in for.

I identified the officer by his name badge.  I did not let him know the impact of his statements or that it might put him in a position of being a defense witness.  When I got to the jail unit I asked the defendant about the officer, and he said that he knew him.  I advised the defendant to keep up his good behavior.  The time of the conversation with the officer was approximately 2PM.

Wes Ball

Exhibit 82 - 000001