# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
Revised April 2006

## ORDER STRIKING AND UNFILING DOCUMENT

**The Clerk has identified a defect in the form of the document indicated below, and the Court has independently determined that the document should be stricken and unfiled, it is ORDERED that the document is stricken from the record of this case, and the Clerk is directed to note on the docket that the document has been unfiled.**

*Terry R. Means*

JUNE 25, 2007                         TERRY R. MEANS, U.S. DISTRICT JUDGE

## NOTICE OF DEFICIENCY

Judge:   Means                                          Date:      June 15, 2007

Case Number:   4:00-CR-260-Y [death-penalty]           Defendant:   Julius Omar Robinson (2)

Judicial Assistant:       BE                            Telephone Number:  817-850-6612

* * * * * * * * * * * * * *

An **Amended Motion to Vacate Under 28 U.S.C. § 2255** [doc. #2417] has been filed by **Defendant** and is considered deficient

in the areas(s) noted below:

| | | |
|---|---|---|
| _____ | 1. | A civil cover sheet must be filed with the complaint.  See LR 3.1(c). |
| _____ | 2. | The document(s) must be in proper form.  See LR 10.1. |
| _____ | 3. | The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11 and Section II.C of the CM/ECF Civil and Criminal Administrative Procedures Manual. |
| _____ | 4. | A completed certificate of service as defined in F.R.C.P. 5(d) is required. |
| _____ | 5. | Each separate document contained therein must be identified.  See LR 5.1(c). |
| _____ | 6. | The motion must include: |

     a.    ____   certificate of conference or inability to confer.  See LR 7.1(b).

     b.    ____   brief in support of motion.  See LR 7.1(d) or LR 56.5(a).

     c.    ____   electronic proposed order.  See Order Assigning Case to Electronic Case Filing entered on or after July 7, 2005;

     d.    ____   documentary or non-documentary evidence in a separate appendix.  See LR 7.1(i) or LR 56.6(a).

| | | |
|---|---|---|
| _____ | 7. | A motion for leave to amend must be accompanied by a copy of the proposed amended pleading attached as an exhibit. See LR 15.1 and the Order Assigning Case to ECF entered on or after July 7, 2005. |
| _____ | 8. | A motion for continuance of a trial setting must be signed by the party as well as by the attorney of record.  See LR 40.1. |
| _____ | 9. | An attorney seeking *pro hac vice* admission must apply for admission on an approved form and pay a $25.00 fee.  See LR 83.9(b). |
| _____ | 10. | Additional copies are required.  See LR 5.1(b). |
| _____ | 11. | The attorney filing the pleading is not admitted to practice in this district.  See LR 83.7. |
| _____ | 12. | The document requires a separately signed certificate of interested persons.  See LR 3.1(f), LR 7.4, or LR 81.1 (a)(3)(D). |
| ___X____ | 13. | Other: **The Motion for Leave to File Amended Motion to Vacate Under § 2255 [doc. #2416] must be ruled on prior to the filing of the Amended Motion to Vacate.  Accordingly, document 2417 is being unfiled as premature.** |