# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

---

**EXHIBITS IN SUPPORT OF AMENDED MOTION TO VACATE CONVICTION AND
SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255
AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

(Filed Electronically Under the Electronic Filing System Requirements)

---

**INDEX OF EXHIBITS**

*United States of America v. Julius Robinson*
Case No. 4:00-CR-00260-2

**EXHIBITS FILED WITH 2255 MOTION TO VACATE ON 11/30/2005**

1.      Declaration of Mark Cunningham, Ph.D., dated November 28, 2005

2.      Statement of Stephen K. Martin, Ph.D., dated November 23, 2005

3.      Declaration of Tony Billups, dated October 21, 2005

4.      Declaration of Landry Burdine, dated November 22, 2005

5.      Declaration of Jamila Camp, dated November 10, 2005

6.      Declaration of Christopher Scott Connor, dated November 28, 2005

7.      Declaration of Josephine Dotson, dated September 18, 2005

8.      Declaration of Keith Edington, dated October 22, 2005

9.      Declaration of Arlette Gorins, dated October 2005

10.     Declaration of Guffrie Gorins, dated October 21, 2005

11.     Declaration of Andrew Hagman, dated November 2005

12.     Declaration of Mildred Holliman, dated October 22, 2005

13.     Declaration of Milton Willis Holliman, dated October 21, 2005

14.     Declaration of John Hollimon, Jr., dated November 13, 2005

15.     Declaration of Robert Hollimon, dated November 21, 2005

16.     Declaration of Jana Holiman, dated October 23, 2005

17.     Declaration of Rose Mae Holomn, dated November 26, 2005

18.     Declaration of Bernice Johnson, dated September 18, 2005

-i-

**INDEX OF EXHIBITS**

*United States of America v. Julius Robinson*
Case No. 4:00-CR-00260-2

**EXHIBITS FILED WITH 2255 MOTION TO VACATE ON 11/30/2005 (cont'd)**

19.     Declaration of Louis Johnson, dated October 19, 2005

20.     Declaration of Elvin Jones, dated November 18, 2005

21.     Declaration of Wayne Jordan, dated October 20, 2005

22.     Declaration of Leroy Kennedy, dated October 21, 2005

23.     Declaration of Carl McCree, dated October 20, 2005

24.     Declaration of Beotha Moore, dated November 10, 2005

25.     Declaration of Willie Michael Nelson, dated November 20, 2005

26.     Declaration of Willie Nimmer, dated October 20, 2005

27.     Declaration of Willie Parker, dated November 2, 2005

28.     Declaration of Alquantis Kentrel Pitts, dated October 24, 2005

29.     Declaration of Jimmie Lee Robinson, dated November 18, 2005

30.     Declaration of Marcus Jwain Robinson, dated November 13, 2005

31.     Declaration of Jesse Wallis, dated November 28, 2005

32.     Declaration of Rodney White, dated October 21, 2005

33.     Declaration of Willie White, dated November 2005

34.     Declaration of Michael Williams, dated October 22, 2005

35.     Declaration of Carol Wilson, dated November 18, 2005

36.     Declaration of David York, dated November 18, 2005

**INDEX OF EXHIBITS**

*United States of America v. Julius Robinson*
Case No. 4:00-CR-00260-2

**EXHIBITS FILED WITH 2255 MOTION TO VACATE ON 11/30/2005 (cont'd)**

37.    School records of Julius Robinson

38.    Medical Records from Cape Fear Valley Medical Center re: Birth of Julius Robinson

39.    Pesticide Research and Information

40.    Juror questionnaire of Marchesa Amarh

41.    Juror questionnaire of Brenda Broadwell

42.    Juror questionnaire of Dorothy Jean Debose

43.    Declaration of Eddy Peach, dated November 28, 2005

**EXHIBITS FILED WITH REPLY BRIEF ON 8/28/2006**

44.    Partial transcript of phone call between Julius Robinson and Marcus Robinson and Others (Prosecution Trial Exhibit 929A, filed in *USA v. Julius Robinson*)

45.    Special Verdict Form filed in *USA v. Julius Robinson*

46.    Report of Psychological Evaluation of Rosie Mae Hollimon by Dr. James Daniel Barna

47.    Fetal Alcohol Syndrome:  Guidelines for Referral and Diagnosis, Center for Disease Control (excerpt only, full report available on the internet at http://www.cdc.gov/ncbddd/fas/documents/FAS_guidelines_accessible.pdf)

48.    Robert C. Vandenbosche & Jeffrey T. Kirchner, *Intrauterine Growth Retardation*, American Family Physician. 1998 Oct 15;58(6):1384-90, available on the internet at  http://www.aafp.org/afp/981015ap/vandenbo.html

-iii-

## INDEX OF EXHIBITS

*United States of America v. Julius Robinson*
Case No. 4:00-CR-00260-2

### EXHIBITS FILED WITH REPLY BRIEF ON 8/28/2006 (cont'd)

49.  Jennifer R Butler, *Postterm Pregnancy*, Emedicine.com (2006), available on the internet at www.emedicine.com/med/topic3248.htm

50.  Medline Plus Medical Encyclopedia, available on the internet at http://www.nlm.nih.gov/medlineplus/ency/article/002302.htm (defining SGA)

51.  Stoll CG, Roth MP, Dott B, Alembik Y, *Study of 290 Cases of Polyhydramnios and Congenital Malformations in a Series of 225,669 Consecutive Births*, Community Genet. 2(1):36-42 (1999), available on the internet at http://www.ncbi.nlm.nih.gov

52.  C.L. McGee & E.P. Riley, *Brain Imaging and Fetal Alcohol Spectrum Disorders*, Ann Ist Super Sanita, 42(1):46-52 (2006), available on the internet at http://www.ncbi.nlm.nih.gov

53.  Connor PD, Sampson PD, Bookstein FL, Barr HM, Streissguth AP. Related Articles, *Direct and Indirect Effects of Prenatal Alcohol Damage on Executive Function*., Dev Neuropsychol (2000) 18(3):331-54.)

54.  Arlington Police Department Offense Report re: Sarah Tucker incident; Petition to Proceed to Adjudication filed on 1/23/98 in *Texas v. Julius Robinson*, Case No. 0574361D

55.  Memo of Jesse Wallis, dated August 16, 2006

56.  Affidavit of Danny Duane Burns, dated August 25, 2006

57.  Declaration of Monica Giner, dated August 28, 2006

58.  Declaration of Brenda Hollimon, dated August 25, 2006

59.  Declaration of Jerry Melton, dated August 8, 2006

60.  Declaration of John Niland, dated August 21, 2006

61.  Declaration of Jesse Wallis, dated August 28, 2006

**INDEX OF EXHIBITS**

*United States of America v. Julius Robinson*
Case No. 4:00-CR-00260-2

**EXHIBITS FILED WITH REPLY BRIEF ON 8/28/2006 (cont'd)**

62.  Supplemental Declaration of Josephine Dotson, dated August 22, 2006

63.  Supplemental Statement of Stephen K. Martin, Ph.D., dated August 28, 2006

64.  Supplemental Declaration of Marcus Jwain Robinson, dated August 18, 2006

65.  Supplemental Declaration of Willie White, dated August 22, 2006

66.  Declaration of James Morgan, dated August 28, 2006 (and Table of Federal Death Row Defendants)

67.  Letter from Julius Robinson to U.S. Court of Appeals, Fifth Circuit, stamped received on July 14, 2003

68.  Letter from U.S. Court of Appeals, Fifth Circuit, to Julius Robinson, dated July 25, 2003

69.  Letter from Julius Robinson to U.S. Court of Appeals, Fifth Circuit, dated July 30, 2003

70.  Letter from U.S. Court of Appeals, Fifth Circuit, to Julius Robinson, dated August 6, 2003

71.  U.S. Court of Appeals, Fifth Circuit Order denying motion to dismiss court-appointed counsel, dated September 30, 2003

**INDEX OF EXHIBITS**

*United States of America v. Julius Robinson*
Case No. 4:00-CR-00260-2

**EXHIBITS FILED WITH AMENDED 2255 MOTION TO VACATE**

72.     Declaration of Dr. Malcolm Klein, dated May 18, 2007

73.     Declaration of Margaret O'Donnell, dated June 15, 2007

74.     Declaration of Richard Smart, dated September 27, 2006

75.     Declaration of Russell Stetler, dated May 21, 2007

76.     Declaration of Mandy Welch, dated June 11, 2007

77.     Report by Kate Allen, dated March 14, 2007

78.     Arlington Police Department reports re: Sarah Tucker incident (certified copies)

79.     Tarrant County Court records re: Sarah Tucker incident, *State of Texas v. Julius O. Robinson*, Case No. 0574361D (certified copies)

80.     Bureau of Prisons Jail Logs re: Attorney Visits with Julius Robinson

81.     Invoice of Vince Gonzales dated 12/8/2000 submitted to Jack Strickland in *State of Texas v. Carlis Jovonite Russell,* Case No. 0676421A

82.     Memo to file prepared by Wes Ball re: visit with Julius Robinson, dated 12/4/2001

## **CERTIFICATE OF SERVICE**

I, Jesse Wallis, hereby certify that on July 2, 2007, I electronically filed the foregoing

exhibits with the clerk of the court for the U.S. District Court, Northern District of Texas, using

the electronic case filing system of the court.  The electronic case filing system sent a "Notice of

Electronic filing" to the following attorneys of record who have consented in writing to accept

this Notice as service of this document by electronic means:

SUSAN COWGER
Assistant United States Attorney
U.S. Attorney's Office
1100 Commerce Street, 3rd Fl.
Dallas, Texas  75242


Dated: July 2, 2007                                        s/ Jesse Wallis
                                                          JESSE WALLIS