# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON, | : | **CAUSE NO. 4:00-CR-00260-2** |
| aka Face, aka Scar, aka Scarface, | : | **(Civil No. 4:05-CV-756-Y)** |
| Defendant/Petitioner, | : | |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | **Honorable Terry Means** |
| UNITED STATES OF AMERICA, | : | **United States District Judge** |
| | : | |
| Plaintiff/Respondent. | : | |

---

## EXHIBIT NO. 78 (PART 2 OF 2)

## SUBMITTED IN SUPPORT OF IN SUPPORT OF DEFENDANT'S AMENDED MOTION TO VACATE CONVICTION AND SENTENCE AND FOR NEW TRIAL PURSUANT TO 28 U.S.C. § 2255

(Filed Electronically Under the Electronic Filing System Requirements)

---

```
COURT-TIME:            00000

REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***

----------------------------------------------------------------------
VIOL/PENAL DESC: CRIMINAL ATTEMPT - MURDER
TICKET/WARRANT: _____ AGENCY: ARL
CHARGE AMOUNT:    500,000.00  PLEA: N ARRAIGN. DATE/TIME: 02/09/95  0930000

    DISPOSITIONS:

    DISP. TYPE:        TCSO J
    DISP. DATE:        02/14/95
    DISP. TIME:        090909
    DISP. ID  :        09064
    DOLLARS RECEIVED:        0.00
    RECEIPT NUMBER     _____
    CREDIT EARNED:          0.00
    BOND AMOUNT:            0.00
    SURETY:           _____
    SUPERVISOR ID:     00000
    COURT DATE:       _____
    COURT-TIME:        00000

    REMARKS:

*** NO REMARKS ON FILE FOR THIS DISPOSITION ***


*****************************************************************************
*****************************************************************************
*****************************************************************************


                    BOOKIN-IN/OUT INFORMATION


    BOOK-IN DATE : 02/08/95  TIME: 01410  CELL: A06  JAILER: 01477
    BOOK-OUT DATE: 02/14/95  TIME: 00913  JAILER: 01055  PROB REVKD: _


    PROPERTY BIN : 007  DRAWER: 045


    ARRESTING OFFICER: 01157  DATE: 02/08/95  TIME: 01320
    PROBABLE CAUSE ID: 00690  CONT SHEETS: 00001  EVIDENCE REPORT: N
    OFFENSE/PROPERTY RPT: N   PULL CARD: N  FI CARD: N  PREMISE: 1

*** NO ASSISTING OFFICERS ON FILE ***
```

Exhibit 78 - 000014

ADDRESS OF ARREST:

1400 W LAMAR BL                          SUITE: _____
CITY: AR                       STATE: TX _____-____


ADDRESS OF OFFENSE:

1400 W LAMAR BL                          SUITE: _____
CITY: AR                       STATE: TX _____-____


RELATED OFFENSE:
    AGENCY HOLDS
    PC WARRANTS


*** NO AGENCIES ON FILE ***
*********************************************************************************
*********************************************************************************
*********************************************************************************


ARREST REMARKS


ON 02-08-95 AT APPROXIMATELY 1300HRS, I OFFICER L JONES ID 1157, ASSIGNED TO THE SCHOOL SERVICES DIVISION, WAS CONTACTED BY DETECTIVE J STANTON ID 0743 REGARDING THE LISTED ARRESTEE, JULIUS ROBINSON. DETECTIVE STANTON ADVISED THAT MR ROBINSON HAD APPROXIMATELY 18 OUTSTANDING TRAFFIC WARRANTS AND REQUESTED THAT I ARREST ROBINSON AND BRING HIM TO JAIL.
     I CONTACTED MR GREG YOUNG, THE ASSISTANT PRINCIPAL AT LAMAR HIGH SCHOOL. MR YOUNG TOOK ME TO ROBINSON'S CLASS. THERE I CONTACTED HIM AND PLACED HIM UNDER ARREST FOR THE OUTSTANDING WARRANTS. I HANDCUFFED ROBINSON PURSUANT TO DEPARTMENT POLICY AND DOUBLE LOCKED THE HANDCUFFS. ROBINSON RELEASED HIS SCHOOL BOOKS TO MR YOUNG.
     THE FOLLOWING TRAFFIC WARRANTS WERE CONFIRMED: #077349, #090627, #076632, #076631, #076630, #A73700, #A73699, #A73698, #A73697, #A73696, #A73695, #A72487, #A68444, #A68443, #A68442, #090629, #090628, AND #A77348. ALL 17 WARRANTS WERE CONFIRMED. THE SUBJECT WAS PROCESSED IN AND RELEASED TO THE JAILERS.
     I NOTIFIED DETECTIVE STANTON THAT THE SUBJECT WAS NOW IN THE ARLINGTON JAIL.
     NO FURTHER. NORTH##    JD 1424 02-08-95 1620HRS **************************
*********************************************************************************
*********************************************************************************
*********************************************************************************

Exhibit 78 - 000015

```
          A R L I N G T O N    P O L I C E    D E P A R T M E N T
  OFFICER NO. 1476                   OFFENSE REPORT              CASE NO. 950018762
  OFFICER NAME                   CRIMINAL ATTEMPT - MURDER         VICTIM 001 OF 001
  JORJANI, NICKOLAS A.           LAKE O WOODS APARTMENTS                   PAGE 0001
 ---------------------------------------------------------------------------------
  OFFENSE OCCURRED AT:              DATE OF OFFENSE: 02/07/95 TO
  2401 SPILLWAY LN
                                    TIME OF OFFENSE: 21:05    TO
 ---------------------------------------------------------------------------------
  VICTIM NAME                    RACE   SEX    DOB      OCCUPATION
  TUCKER, SARA M.                 W      F   02/07/76
                                 -----------------------------------------------
  VICTIM ADDRESS                     BUSINESS NAME AND ADDRESS
  1375 E JUAN PENICLE CIR
  APARTMENT 523
  EULESS, TX 76040                   WORK HOURS        TO
  VICTIM HOME PHONE                  VICTIM BUSINESS PHONE
  (000) 267-8999                     (000) 000-0000 EXT 0000
 ---------------------------------------------------------------------------------
  BRIEF NARRATIVE: KNOWN SUSPECT KNOWINGLY FIRED A WEAPON AT THE VICTIM WITH
  THE INTENT TO CAUSE HER DEATH.

 ---------------------------------------------------------------------------------
                           ** PROPERTY **
   ,9 SEIZED NO BRAND AMMUNITION
  SERIAL:                        OAN:
  DESCRIPTION:  9 MM SHELL CASINGS
                                                VALUE:        $0

  1 DAMAGED,
  BLUE OVER GRAY FORD TRUCK PICKUP
  LICENSE: TX 8052WM     EXP: 00 TRUCK LICENSE PLATE
  VIN:
  DESCRIPTION: FORD RANGER PICKUP TRUCK
                                            $          0
 ---------------------------------------------------------------------------------
  CRIME SCENE CALLED- YES    PROSECUTE- Y    DISP- ACTIVE
 ---------------------------------------------------------------------------------
```

Exhibit 78 - 000016

ARLINGTON   POLICE   DEPARTMENT

| OFFICER NO. 1476 | OFFENSE REPORT | CASE NO. 950018762 |
| OFFICER NAME, | CRIMINAL ATTEMPT - MURDER | VICTIM 001 OF 001 |
| JORJANI, NICKOLAS A. | LAKE O WOODS APARTMENTS | PAGE 0002 |

REPORTEES NAME

RACE   SEX   DOB   RELATIONSHIP
00/00/00   NO RELATION

ID SUSPECT   FORGERY AFFIDAVIT   ACCT.HOLDER CONTACT
N   N   N

REPORTEE ADDRESS   BUSINESS NAME AND ADDRESS
2401 SPILLWAY LN
APARTMENT 907
ARL, TX 00000
HOME PHONE: (000) 000-0000   BUS. PHONE: (000) 000-0000 EXT 0000

WITNESS NAME   RACE   SEX   DOB   RELATIONSHIP
BECKHAM, TIM L.   W   M   12/26/51   NO RELATION

ID SUSPECT   FORGERY AFFIDAVIT   ACCT.HOLDER CONTACT
N   N   N

WITNESS ADDRESS   BUSINESS NAME AND ADDRESS
2318 STREAMBED CT
APARTMENT 101
ARL, TX 00000
HOME PHONE: (000) 633-7448   BUS. PHONE: (214) 315-0020 EXT 0000

SUSPECT NAME   RACE   SEX   DOB   OCCUPATION
JULIUS   B   M   00/00/77   STUDENT

ID CODE/DESCRIPTION   ID CODE/DESCRIPTION
0   0

SUSPECT ADDRESS   DESC. BLACK MALE 5FT. 08", WEIGHT IS 175 LBS.,
ADDRESS IS UNKNOWN.   EYE COLOR IS UNKNOWN, BLACK HAIR
PARTS OF THE BODY / DESCRIPTION
FACE / SCAR

CLOTHING: ALSO KNOWN AS 'SCARFACE', APTS ON SE COO
PER AND RD TO 6 FLAG

SUSPECT HOME PHONE   SUSPECT BUSINESS PHONE
(000) 828-4042   ARRESTED- NO

*** SUSPECT VEHICLE   ***
80 BROWN OVER BROWN DATSUN B-210 SEDAN, 2D(SIDE WINDOW FRAME)
LICENSE:   EXP:   LICENSE:
DESCRIPTION:   80'S MODEL, POSSIBLY A B210

**EVIDENCE**

Exhibit 78 - 000017

ARLINGTON   POLICE   DEPARTMENT

OFFICER NO. 1476                    OFFENSE REPORT               CASE NO. 950018762
OFFICER NAME                   CRIMINAL ATTEMPT - MURDER         VICTIM 001 OF 001
JORJANI, NICKOLAS A.            LAKE O WOODS APARTMENTS                 PAGE 0003
-------------------------------------------------------------------------------
PREMISE CODE:                              POINT OF ENTRY
APT/TOWNHOUSE/CONDO                        NOT APPLICABLE
METHOD OF ENTRY                            TOOL OR WEAPON
NOT APPLICABLE                             PISTOL

SUSPECT ACTIONS
KNEW/DATED VICTIM
SHOT/DRUGGED VICTIM

-------------------------------------------------------------------------------

OFFICER NARRATIVE.........# 01
ON TUESDAY  , FEB  07, 1995 AT 2108 HOURS., N. JORJANI          , ID 1476,
AND OFFICER D GLENN, ID 1348, WERE DISPATCHED TO 2401 SPILLWAY LN #902.  UPON
ARRIVAL, I MET WITH OFFICER GLENN, WHO HAD ARRIVED ON SCENE A FEW MINUTES PRIOR
THAN I.  OFFICER GLENN WAS SPEAKING TO A LARGE GROUP OF PEOPLE WHO WERE
GATHERED OUT IN THE PARKING LOT AND WAS GETTING STATEMENTS FROM THEM.  I
APPROACHED OFFICER GLENN AND AFTER SPEAKING WITH HIM, WAS INFORMED THE SHOOTING
HAD TAKEN PLACE RIGHT THERE, WHICH WAS THE APARTMENT COMPLEX PARKING LOT,
DIRECTLY SOUTH OF APTS 902, 904, 905, AND 901, ALL OF WHICH ARE AT 2401
SPILLWAY LN.  AFTER MAKING SURE THAT NOBODY WAS HURT, DOING SO BY CHECKING EACH
APARTMENT IN WHICH THE FIRE OF THE HANDGUN SEEMED TO BE DIRECTED IN, OFFICER
GLENN AND I COMMENCED TO SECURE THE CRIME SCENE.  THIS CONSISTED OF
PROTECTING THE 9 SHELL CASINGS WHICH WE HAD FOUND IN THE PARKING LOT DIRECTLY
SOUTH OF 2401, AND RIGHT NEXT TO THE VEHICLES PARKED IN FRONT OF THAT BUILDING.
   AFTER SECURING THE CRIME SCENE, I CONTACTED CRIME SCENE TO COME OUT TO THE
LOCATION FOR FURTHER INVESTIGATION AND DOCUMENTATION OF EVIDENCE.  FROM THE
LOOKS OF THE CRIME SCENE, IT WAS OBVIOUS THAT THE INTENDED TARGET WAS A BLUE
AND SILVER FORD RANGER PICKUP, LICENSE PLATE ████████.  ALSO, THERE SEEMED TO
HAVE BEEN SHOTS FIRED DIRECTLY IN FRONT OF APT 902.  OFFICERS WERE SPEAKING TO
WITNESSES, BUT ONE HAD ONLY HEARD THE SHOTS AND HAD NOT SEEN THE VEHICLE OR ANY
OF THE SUSPECTS.  THE CONSENSUS BETWEEN THE WITNESSES WERE THERE WERE 7-10
SHOTS FIRED.  A VOLLEY OF 4-6 SHOTS WITH A SHORT PERIOD IN BETWEEN, THEN
ANOTHER VOLLEY OF 3-4 SHOTS FIRED.
   ONE WITNESS DID NOTICE A BROWN OLDER MODEL COMPACT ECONOMY TYPE CAR,
LEAVING THE SCENE ALMOST IMMEDIATELY AFTER THE SHOTS WERE FIRED IN FRONT OF
THOSE APARTMENTS.  THE WITNESS WAS TIM BECKHAM, W/M, 12/26/51, WHO LIVED
DIRECTLY ACROSS THE PARKING LOT, SOUTH OF THE RESIDENCE AND THE TRUCK WHICH
WAS FIRED UPON.  I FOUND WHO THE DRIVER OF THE TRUCK WAS.  THE DRIVER OF THE
TRUCK WAS A W/F, WHO WAS LATER IDENTIFIED AS SARA ANN TUCKER, W/F, 2/7/76.
I ASKED SARA TUCKER WHAT HAD TAKEN PLACE, AND TUCKER STATED SHE HAD NO IDEA
WHAT HAD HAPPENED.  TUCKER DID SAY THAT WAS HER TRUCK THAT WAS HIT BY THE
BULLETS, THE APARTMENT THAT WAS HIT WAS HER PARENT'S APARTMENT, AND SHE HAD
BEEN WAITING IN APT 904 FOR HER MOTHER TO ARRIVE.  THEY WERE SUPPOSED TO MEET

Exhibit 78 - 000018

ARLINGTON POLICE DEPARTMENT

OFFICER NO. 1476                    OFFENSE REPORT                  CASE NO. 950018762
OFFICER NAME                 CRIMINAL ATTEMPT — MURDER            VICTIM 001 OF 001
JORJANI, NICKOLAS A.          LAKE O WOODS APARTMENTS                      PAGE 0004
------------------------------------------------------------------------------------

OFFICER NARRATIVE........# 01
EACH OTHER.

OFFICER GLENN ALSO WALKED UP TO SARA TUCKER IN MY PRESENCE, AND ASKED HER IF SHE KNEW WHAT WAS GOING ON, IF SHE KNEW OF ANYBODY THAT MIGHT BE MAD AT HER, OR MIGHT CONSIDER HER AN ENEMY THAT MIGHT WANT TO HURT HER. TUCKER QUICKLY STATED THAT SHE HAD NO ENEMIES. THIS WAS HER PARENT'S HOUSE, AND HER FATHER HAS AN IDENTICAL TRUCK TO HERS, YET SHE DID NOT KNOW OF ANYBODY THAT WOULD BE HER FATHER'S ENEMY EITHER. AFTER A FEW MOMENTS OF SPEAKING WITH SARA TUCKER, HER MOTHER, OZLA ANN TUCKER, W/F, 3/7/52, ARRIVED ON SCENE AND APPROACHED THE OFFICERS AND HER DAUGHTER, SARA TUCKER. OZLA TUCKER WAS SLIGHTLY HYSTERICAL, AND WHEN SHE ARRIVED SHE WAS YELLING, MUMBLING, AND BASICALLY IN A PANICKY STATE. I DID NOTICE THAT SHE WAS STATING, "WHAT IS IT THIS TIME... WHAT HAVE YOU DONE NOW." AT THAT POINT MRS OZLA TUCKER ALLOWED US TO GO INTO HER RESIDENCE, IN ORDER TO SEE IF THERE HAD BEEN ANY DAMAGE INSIDE THE RESIDENCE. BEFORE GOING IN, I OBSERVED WHAT SEEMED TO BE 5 OR 6 ROUNDS THAT HAD HIT THE FORD PICKUP TRUCK. THERE WERE 2 ROUNDS FIRED TOWARDS THE REAR RIGHT QUARTER PANEL AND THE RIGHT MID-SECTION OF THE TRUCK, AND THERE WAS ONE SHOT THAT FIRED THROUGH THE TAILGATE, WHICH PENETRATED THE TAILGATE, AND WENT ALL THE WAY THROUGH HITTING THE BACK PART OF THE CAB DIRECTLY BEHIND THE PASSENGER SIDE SEAT. ANOTHER ROUND HIT THE FRONT LEFT TIRE, CAUSING IT TO GO FLAT. THERE WAS ALSO ANOTHER ROUND DIRECTLY IN FRONT OF THE TRUCK IN THE WALL OF APT 904. THERE WERE 3 OTHER ROUNDS THAT WERE FOUND TO HAVE PENETRATED AT THE POINTS OF APT 902, WHICH WAS THE TUCKER'S RESIDENCE BEDROOM WINDOW, AS WELL AS THE WALL THAT FACED THE LIVING ROOM.

AFTER BEING ALLOWED TO ENTER THE TUCKER RESIDENCE, I NOTICED THAT MS TUCKER WAS CONTINUOUSLY ASKING SARA TUCKER, "WHO WAS IT THIS TIME. WHAT DO YOU KNOW ABOUT THIS. WHAT HAVE YOU GOT US INTO THIS TIME", AND THAT TYPE QUESTIONING ON AND ON. I SEPARATED SARA TUCKER FROM HER MOTHER AND SPOKE WITH SARA WHILE OFFICER GLENN TOOK THE MOTHER'S STATEMENT. AS I SPOKE TO SARA TUCKER, SHE SEEMED TO BE CHANGING HER STORY AND HINTING IN A WAY THAT SHE KNEW WHO THE SUSPECT WAS THAT HAD FIRED UPON HER WAS. THIS WAS DONE BY HER STATEMENT OF, "THERE'S NOTHING YOU GUYS CAN REALLY DO ABOUT WHO DID THIS, THESE GUYS KNOW WHAT THEY'RE DOING AND THEY'RE SERIOUS. YOU GUYS CANNOT PROTECT ME." I WAS CONTINUING TO SPEAK WITH SARA TUCKER WHEN HER MOTHER ENTERED THE BEDROOM WHERE WE WERE SPEAKING, AND WALKED TOWARDS THE ANSWERING MACHINE AND TURNED IT ON. ON THE ANSWERING MACHINE, THERE WAS A MESSAGE FROM SARA TUCKER'S EX-BOYFRIEND, TIM J TAYLOR, W/M, 3/1/69 OF RICHARDSON, TEXAS, PHONE NUMBER OF 214-234-1722. HE IS A MANAGER AT JACKSON PADRE IN DALLAS. THE PHONE NUMBER THERE IS 214-350-9200. THE MESSAGE ON THE ANSWERING MACHINE SAID, "THIS MESSAGE IS FOR SARA. SARA, I'M GLAD THAT YOU AND YOUR FAMILY ARE OUT OF MY LIFE. YOU'RE ALL CRAZY. I DON'T EVER WANT TO SEE YOU AGAIN, AND I HOPE THAT YOU ALL GO TO HELL."

I ASKED SARA WHAT THAT STATEMENT WAS ALL ABOUT, ONCE AGAIN, SARA STARTED TO BE UNCOOPERATIVE BY NOT ANSWERING ANY OF THE OFFICERS QUESTIONS. AT THIS TIME HER MOTHER INTERFERRED BY STATING TO THE OFFICERS THIS WAS HER BOYFRIEND WHO WAS HATEFUL AND HAD THREATENED THEIR FAMILY BEFORE. HE HAD KNOWN SARA FOR APPROX A YEAR, AND SINCE THEIR BREAKUP, HAD BEEN MAKING HARASSING PHONE CALLS TO THE SAME EFFECT OF THIS MESSAGE ON THE ANSWERING MACHINE FOR A COUPLE OF WEEKS NOW. ONCE AGAIN, SARA AND HER MOTHER WERE SEPARATED, AND I CONTINUED

Exhibit 78 - 000019

A R L I N G T O N    P O L I C E    D E P A R T M E N T

OFFICER NO. 1476                    OFFENSE REPORT                 CASE NO. 950018762
OFFICER NAME                  CRIMINAL ATTEMPT - MURDER            VICTIM 001 OF 001
JORJANI, NICKOLAS A.          LAKE O WOODS APARTMENTS                       PAGE 0005
-------------------------------------------------------------------------------

OFFICER NARRATIVE.........# 01
QUESTIONING SARAH, REFERENCE THIS PRESENT SITUATION.
     SARA AT THIS TIME ADMITTED THAT SHE HAD BEEN HAVING PROBLEMS WITH HER
BOYFRIEND, AND THE PROBLEM BEGAN FROM THE FACT THAT SHE HAD BECOME PREGNANT IN
EARLY JANUARY AND HAD DECIDED TO HAVE AN ABORTION.  HER BOYFRIEND, TAYLOR, HAD
DISAGREED WITH THE ABORTION, WANTED TO MARRY HER, AND SHE REFUSED TO MARRY HIM.
AT THIS POINT, TAYLOR HAD BECOME ANGRY WITH HER AND WANTED TO PUSH HER INTO A
MARRIAGE OR SOME TYPE OF FURTHER RELATIONSHIP, AND SARA HAD DECIDED TO CUT IT
OFF TOTALLY BETWEEN THEM.  SHE STARTED REFUSING TO ANSWER HIS CALLS OR HAVE
ANYTHING TO DO WITH HIM, WHICH RESULTED IN HIS CONTINUOUS PHONE CALLS TO HER
APARTMENT, AS WELL AS HER PARENT'S APARTMENT.  AT THIS TIME I INFORMED SARA
THAT HER CHANCES WERE GOOD THAT HER BOYFRIEND TAYLOR WOULD BE OUR PRIMARY
SUSPECT IN THIS SHOOTING, CONSIDERING THE TONE OF THE THREAT, AS WELL AS THE
TIMING OF THE MESSAGE ON THE ANSWERING MACHINE AND THE SHOOTING.  SARA
IMMEDIATELY BECAME DEFENSIVE AND WAS STATING THAT HER BOYFRIEND TAYLOR HAD
NOTHING TO DO WITH THE SHOOTING, AND SHE KNEW THIS AS A FACT.
     AT THIS POINT, I REALIZED SARA DID KNOW WHO DID THE SHOOTING.  FROM THAT
POINT ON, I DIRECTED THE QUESTIONING IN THAT DIRECTION.  AFTER CLOSE TO 2 HOURS
OF CONTINUOUS QUESTIONING OF SARA, THROUGH MUCH OF WHICH SARA REFUSED TO
ANSWERED.   AT SOME POINT SHE STATED THAT SHE WAS NOT WILLING TO PRESS CHARGES,
AND IN FACT THAT SHE HAD NEVER MADE A PHONE CALL TO 911, AND HAD THE NEIGHBORS
NOT CALLED, SHE WOULD HAVE NEVER CALLED.  I LEFT AT THIS POINT TO GET WITH
CRIME SCENE, WHICH ARRIVED ON SCENE, AND WAS BRIEFING THEM AND WORKING WITH
CRIME SCENE WHILE OFFICER GLENN SWITCHED PLACES WITH MYSELF AND THE QUESTIONING
OF SARA.
     AFTER SOME TIME, OFFICER GLENN AND MYSELF SWITCHED PLACES AGAIN.  AFTER
CONFERRING WITH EACH OTHER, I WAS TOLD THAT OFFICER GLENN HAD TOLD SARA THAT
HER PARENT'S LIVES WERE IN DANGER NOW, BECAUSE OF HER ACTIONS, AND IT WAS
INPERATIVE THAT SHE TELL US WHO WAS INVOLVED.  ONCE AGAIN SHE REFUSED TO DO SO
TO OFFICER GLENN.  AT THIS POINT, OFFICER GLENN AND I ONCE AGAIN SWITCHED
ROLLS, AND OFFICER GLENN STEPPED OUT TO HELP CRIME SCENE, AS WELL AS QUESTION
THE MOTHER SOME MORE.  ONCE AGAIN, I ENGAGED IN QUESTIONING WITH SARA TUCKER,
STILL PRESSING THE ISSUE THAT IT WAS IMPERATIVE THAT SHE TELL THIS OFFICER
EXACTLY WHAT SHE KNEW, AND THAT BY KEEPING INFORMATION, SHE NOT ONLY WAS
ENDANGERING HER LIFE, BUT HER PARENT'S LIVES AS WELL.  SARA TUCKER FINALLY
AGREED TO GIVE ME THE INFORMATION I WAS REQUESTING.
     SARA TUCKER STATED THAT AT APPROX 2030 HRS, SHE ATTEMPTED TO CONTACT HER
MOTHER.  AFTER BEING UNABLE TO CONTACT HER MOTHER, HAD DRIVEN FROM HER
APARTMENT TO HER MOTHER'S APARTMENT, IN HOPES OF BEING ABLE TO SPEAK WITH HER
MOTHER AND STAY WITH HER MOTHER.  HER REASONING FOR THIS WAS THEY HAD AN
ARGUMENT EARLIER ON, AND SHE WISHED TO MAKE UP WITH HER MOTHER.  SHE ARRIVED ON
SCENE SHORTLY AFTER 2030 HRS, AND PARKED HER FORD RANGER PICKUP IN A PARKING
SPOT IN FRONT AND TO THE RIGHT OF HER MOTHER'S APARTMENT.  SARA STATED THAT SHE
WAS SITTING IN HER TRUCK WAITING FOR HER MOTHER TO ARRIVE, WHEN SHE NOTICED IN
HER REAR VIEW MIRROR, THAT A BROWN OLDER TYPE EARLY 80'S MODEL DATSUN, POSSIBLY
A B210 TYPE, DROVE PAST HER TRUCK, HEADING EASTBOUND IN THE PARKING LOT.  SARA
WAS IMMEDIATELY FRIGHTENED DUE TO THE FACT SHE RECOGNIZED THE VEHICLE AS
BELONGING TO JULIUS 'SCARFACE', B/M, APPROX 18 YOA, WHO SARA KNEW THROUGH
DRUG DEALINGS.  SARA LATER ADMITTED TO ME THAT SHE HAD HAD SOME DRUG DEALINGS

Exhibit 78 - 000020

ARLINGTON  POLICE  DEPARTMENT

OFFICER NO. 1476                    OFFENSE REPORT                CASE NO. 950018762
OFFICER NAME                  CRIMINAL ATTEMPT - MURDER          VICTIM 001 OF 001
JORJANI, NICKOLAS A.           LAKE O WOODS APARTMENTS                  PAGE 0006
------------------------------------------------------------------------------------

OFFICER NARRATIVE........# 01

WITH THIS JULIUS PERSON. SHE STATED THAT AFTER RECOGNIZING THE CAR AS IT DROVE PAST THE BACK OF HER TRUCK, SHE PANICKED AND STARTED LOOKING AROUND TO SEE IF HE WAS GETTING OUT OF THE VEHICLE TO APPROACH HER. SARA STATED THE VEHICLE DID NOT STOP AND JUST DROVE BY DOWN THE DRIVEWAY EASTBOUND. AFTER REACHING THE MAILBOX AREA, DIRECTLY TO THE EAST OF THE DRIVEWAY, HE DID A UTURN, AND STARTED DRIVING BACK TOWARDS HER FORD RANGER TRUCK. SARA, WHILE LOOKING OUT OF THE BACK WINDOW OF HER CAB AND TRUCK, NOTICED THAT THE PASSENGER OF THE VEHICLE LOOKED DIRECTLY AT HER, AND SHE ASSUMED HE RECOGNIZED HER AT THAT POINT. SHE STATED AT THAT POINT SHE NOTICED HE DREW UP A WEAPON AND STARTED FIRING TOWARDS THE BACK OF THE CAB, THROUGH THE BACK WINDOW, TOWARDS THE DRIVERS SEAT WHERE SHE WAS SITTING. SARA IMMEDIATELY DUCKED DOWN AND STAYED DOWN, WHILE THE SUSPECT FIRED A TOTAL OF APPROX 6 ROUNDS TOWARDS THE FORD RANGER PICKUP. AFTER DRIVING BY THE TRUCK, THE SUSPECT ALSO FIRED, WHAT SEEMED TO BE 3 ROUNDS, TOWARDS THE APARTMENT BUILDING WHERE SARA'S PARENTS LIVE. SARA STATED THAT AT POINT, SHE JUMPED OUT OF THE VEHICLE AND AS SHE WAS LEAVING HER VEHICLE, SHE NOTICED THAT THE VEHICLE WAS A BROWNISH COLORED DATSUN B210 (POSSIBLY) EARLY 80'S MODEL. ONCE AGAIN, SHE STATED TO THIS OFFICER SHE RECOGNIZED THAT VEHICLE AND KNEW WHAT THE ORDEAL WAS ABOUT.

SARA STATED TO ME THAT SHE HAD A DRUG DEALING WITH THIS JULIUS "SCARFACE" GUY IN EARLY JANUARY. SHE HAD BOUGHT $130 WORTH OF CRACK COCAINE FROM HIM, AND HAD NOT PAID HIM FOR IT. FOLLOWING THAT, JULIUS HAD CONTINOUSLY CALLED HER RESIDENCE AND HER PARENT'S RESIDENCE REQUESTING THE MONEY. SARA STATED THAT SHE NEVER CALLED HIM BACK, DUE TO THE FACT THAT SHE DID NOT HAVE THE MONEY, AND THOUGHT IF SHE JUST IGNORNED HIM, HE WOULD STOP BOTHERING HER. LET IT BE NOTED THAT SARA STATED THAT SHE KNEW JULIUS SINCE SHE WAS IN THE 7TH GRADE, EVEN THOUGH THEY HAD NOT BEEN FRIENDS, SHE KNEW OF HIM AND HE KNEW OF HER. SARA ALSO STATED THAT SHE KNEW THE VEHICLE DID NOT BELONG TO JULIUS, AND THAT HE HAD A FRIEND, ANOTHER B/M WHO WAS SKINNY AND TALL, DO THE DRIVING. SARA STATED THIS WAS DUE TO THE FACT THAT JULIUS HAD SOMEWHERE IN THE NEIGHBORHOOD OF 18 OUTSTANDING WARRANTS, AS WELL AS HIS DEALINGS WITH DRUGS AND GUNS. HE DID NOT WISH TO DRIVE A VEHICLE, BUT EVERYTIME SHE DEALT WITH HIM IN BUYING DRUGS, OR IN ANY OTHER MANNER, JULIUS ALWAYS WAS IN THE PASSENGER SEAT OF THIS BROWN B210 TYPE VEHICLE, EARLY 80'S MODEL, WHICH BELONGED TO THE THIN B/M DRIVER (UNKNOWN NAME).

AFTER SARA MADE THE STATEMENT TO THE OFFICER, I ATTEMPTED TO CONTACT THE GANG UNIT, IN ORDER TO FIND MORE INFORMATION ON JULIUS, BUT WAS UNABLE TO DO SO. SARA STATED TO THIS OFFICER THAT SHE EXTREMELY AFRAID THAT THEY WOULD TRY TO KILL HER AGAIN. THEY, BEING JULIUS AND HIS UNKNOWN DRIVER. SHE STATED THAT JULIUS WENT TO LAMAR HIGH SCHOOL AND WAS ON THE FOOTBALL TEAM, AS WELL AS THE TRACK TEAM, AND IS 18 YOA. THIS IS WHAT SHE KNEW OF HIM, OTHER THAN HE LIVED IN THE APARTMENTS THAT SAT IN THE SOUTHEAST CORNER OF COOPER AND ROAD TO SIX FLAGS. SHE DID NOT KNOW WHICH APARTMENT BY NUMBER, BUT TOLD OFFICERS SHE COULD SHOW WHOEVER NEEDED TO KNOW, THE EXACT LOCATION BY BEING TAKEN OUT THERE.

AT THIS POINT, CRIME SCENE HAD FINISHED THEIR INVESTIGATION, AND OFFICER GLENN AND MYSELF HAD GATHERED ALL THE INFORMATION WE NEEDED FROM WITNESSES AND THE VICTIM. IT SHOULD BE NOTED THAT OZLA TUCKER, SARA'S MOTHER, TOLD ME THAT SARA HAD BEEN INTO DRUGS AND SEMI-GANG ACTIVITY FOR QUITE A WHILE NOW. SHE STATED THAT SARA'S BEEN THROWN OUT OF SEVERAL SCHOOLS, AND THE REASON SHE WAS

Exhibit 78 - 000021

ARLINGTON POLICE DEPARTMENT

OFFICER NO. 1476                  OFFENSE REPORT              CASE NO. 950018762
OFFICER NAME                CRIMINAL ATTEMPT - MURDER          VICTIM 001 OF 001
JORJANI, NICKOLAS A.         LAKE O WOODS APARTMENTS                 PAGE 0007
-----------------------------------------------------------------------------

OFFICER NARRATIVE.......# 01
MADE TO MOVE OUT OF HER HOUSE, WAS BECAUSE, SHE WOULD STEAL AND PAWN HER GOODS
IN ORDER TO PAY FOR DRUGS.
        AT THE END OF THE EVENING, BEFORE THESE OFFICERS LEFT, OZLA TUCKER AND
SARA TUCKER TOLD THESE OFFICERS THAT THEY WOULD BE STAYING IN A HOTEL, UNKNOWN
LOCATION, AND THEY WOULD CONTACT DETECTIVES IN THE MORNING, INCASE THEY NEEDED
TO CONTACT THEM.  THE MOTHER LEFT A PAGER NUMBER OF 669-0770, AND SARA'S PAGER
NUMBER IS 214-408-1665.
        BASED ON MY INVESTIGATION, THE REPORTS FROM WITNESSES AND THE STATEMENTS
MADE BY SARAH TUCKER HERSELF, AND HER MOTHER, A KNOWN SUSPECT, THAT GOES BY
THE NAME OF JULIUS OR "SCARFACE", B/M, APPROX 18 YOA, A STUDENT AT LAMAR HIGH
SCHOOL, ALSO A KNOWN GANG MEMBER, ALONG WITH A DRIVER THAT DROVE AN EARLY
MODEL BROWN DATSUN B210 TYPE, DID IN FACT DRIVE BY SARA TUCKER'S BLUE FOR
RANGER PICKUP, KNOWING THAT SHE WAS IN THE VEHICLE.  THE SUSPECT JULIUS, DID IN
FACT RAISE A WEAPON, POINT IT TOWARDS SARA'S HEAD AREA, WITH THE INTENT TO
CAUSE THE DEATH OF SARA.  AFTER FIRING 6 ROUNDS TOWARDS THE TURK, HITTING THE
TRUCK, JULIUS DROVE UP A FEW MORE FEET AND FIRED 3 OR 4 ADDITIONAL ROUNDS
TOWARDS THE BUILDING WHERE TUCKER'S PARENTS LIVE.  THESE ROUNDS ENTERED INTO
THE WINDOW, AS WELL AS ENTERING A WALL IN THE LIVING ROOM, AND PENETRATING
THROUGH THE COUCH, IN WHICH OZLA ANN TUCKER USUALLY SITS.  THE SUSPECTS AT THIS
TIME DROVE OFF.  THIS SHOOTING WAS BASED UPON A DRUG TRANSACTION WHERE SARA
TUCKER OWED $130 TO THIS JULIUS, FOR THE PURCHASE OF SOME CRACK COCAINE BACK IN
EARLY JANUARY.  BOTH ON HER NON-PAYMENT, JULIUS ATTEMPTED TO CAUSE THE DEATH OF
SARA TUCKER.  PLEASE FORWARD A COPY OF THIS REPORT TO THE DETECTIVES AT CRIME
AGAINST PERSONS.  ALSO, A COPY OF IT SHOULD BE FORWARDED TO THE GANG UNIT.
NO FURTHER.  NORTH    #1490


CONTINUATION NARRATIVE..# 01
        ON TUESDAY, 2/7/95, AT APPROX 2108 HRS, I, OFFICER GLENN, ID 1348, ALONG
WITH OFFICER JORJIANI, ID 1476, WAS DISPATCHED TO 2401 SPILLWAY LN APT 907,
LAKE O THE WOODS APARTMENTS, IN REFERENCE TO AN INVESTIGATION.  I ARRIVED ON
THE SCENE PRIOR TO OFFICER JORJANI.  WHILE I WAS RIDING IN THE PARKING LOT, I
OBSERVED SEVERAL SUBJECTS STANDING OUT IN THE PARKING LOT JUST SOUTH OF BLDG
2401.  I WAS WAY DOWN BY ONE OF THE SUBJECTS STANDING IN THE PARKING LOT.  WHEN
I PARKED MY VEHICLE AND GOT OUT, I WAS CONTACTED BY AN UNIDENTIFIED W/M, WHO
STATED TO ME THAT SOMEONE WAS SHOOTING IN THE PARKING LOT.  THE W/M STATED TO
ME THAT HE LIVED IN 2401, APT 905.  HE SHOWED ME SOME BULLET CASINGS THAT WERE
IN THE PARKING LOT, THAT THE SUSPECT LEFT BEHIND IN THE PARKING LOT.  THE W/M
WHO LIVES IN APT 905, POINTED OUT A BLUE FORD RANGER PICKUP TRUCK DISPLAYING
1995 TEXAS PLATES, 8052WM.  THE SUBJECT STATED TO ME THAT THE FRONT TIRE TO
THIS VEHICLE WAS FLAT, WHICH OCCURRED DURING THE SHOOTING.  THE SUBJECT ALSO
SHOWED THIS OFFICER THAT THE SUSPECT ALSO SHOT THE RIGHT SIDE OF THE FORD
RANGER PICKUP TRUCK.  HE ALSO STATED TO ME THAT THERE WAS A FEMALE DRIVING THE
VEHICLE DURING THE SHOOTING.  WHEN I ASKED THE W/M WHERE WAS THE W/F DRIVER, HE

Exhibit 78 - 000022

ARLINGTON POLICE DEPARTMENT

OFFICER NO. 1476                    OFFENSE REPORT                CASE NO. 950018762
OFFICER NAME                 CRIMINAL ATTEMPT - MURDER            VICTIM 001 OF 001
JORJANI, NICKOLAS A.            LAKE O WOODS APARTMENTS                   PAGE 0008
------------------------------------------------------------------------

CONTINUATION NARRATIVE..# 01
STATED SHE RAN INTO APT 904, TO NOTIFY THE POLICE DEPT.  THE ARL POLICE DEPT
DID RECEIVE SEVERAL CALLS ABOUT THE SHOOTING.  AT THAT TIME, I ASKED THE W/M
TO HAVE THE W/F SUBJECT COME OUT OF APT 904, AND COME TALK TO THIS OFFICER.
     AT THAT TIME WHILE THE SUBJECT WENT TO GET THE FEMALE SUBJECT WHO WAS
INSIDE THE VEHICLE, I CONTINUED TO INVESTIGATE THE AREA WHERE THE SHOOTING
OCCURRED. I NOTICED THAT THE SUSPECT FIRED ONE ROUND IN THE TAIL GATE OF THE
BLUE FORD RANGER, WHICH THE W/F SUBJECT WAS IN. THAT BULLET WENT THROUGH THE
TAILGATE AND THROUGH THE BACK PORTION OF THE BED OF THE PICKUP TRUCK, BUT THE
BULLET DID NOT PENETRATE THROUGH THE CAB OF THE VEHICLE. I NOTICED ANOTHER
HOLE ON THE RIGHT SIDE OF THE FORD RANGER PICKUP TRUCK, RIGHT ABOVE THE
RIGHT REAR TIRE. THERE WAS ANOTHER BULLET HOLE JUST INCHES AWAY FROM THE
PASSENGER DOOR TO THE FORD PICKUP TRUCK. I NOTED THERE WERE SEVERAL BULLET
CASINGS ON THE GROUND, APPROX 60 TO 75 FEET SPREAD OUT. I DID NOT FIND ANY
OTHER BULLET HOLES IN ANY OF THE VEHICLES THAT WERE PARKED NEXT TO THE
FORD RANGER, THAT THE FEMALE OCCUPANT WAS IN.
     I OBSERVED APPROX 8 CASINGS ON THE GROUND. BY THIS TIME, THE FEMALE WHO
WAS INSIDE THE FORD RANGER PICKUP CAME OUT; SHE WAS LATER IDENTIFIED AS
SARAH TUCKER, W/F, DOB 02/07/76. MS TUCKER TOLD ME THAT SHE WAS INSIDE HER
PICKUP TRUCK WHEN THE SHOOTING OCCURRED. SHE TOLD ME THE REASON SHE WAS INSIDE
THE PICKUP TRUCK WAS BECAUSE SHE WAS WAITING ON HER MOTHER, WHO LIVES APT
902, BUILDING 2401, TO ARRIVE HOME. MS TUCKER STATED SHE WAS IN HER VEHICLE
APPROX 10 MINUTES WHEN SHE OBSERVED A BROWN CAR TRAVELING EASTBOUND THROUGH
THE PARKING LOT. MS TUCKER SAID SHE THEN NOTICED THAT THE VEHICLE MADE A
U-TURN. MS TUCKER STATED WHEN THE VEHICLE CAME BACK WESTBOUND IN THE LOT,
SHE SAID SHE HEARD SOME SHOOTING. SHE SAW THE SUSPECT ON THE PASSENGER SIDE
OF THE BROWN VEHICLE SHOOTING. SHE STATED SHE DUCKED DOWN IN THE DRIVERS
SEAT TO KEEP FROM GETTING HIT BY ONE OF THE BULLETS. SHE STATED THE SUSPECT
CONTINUED TO FIRE WHEN SHE LAID DOWN IN THE SEAT OF HER PICKUP TRUCK.
SHE STATED THE SUSPECT CONTINUED TO FIRE AND SHE NOTICED THE SUSPECT LEAVING
THE AREA, BUT THEY LEFT VERY SLOWLY, AS THOUGH THEY WERE NOT IN A HURRY
TO LEAVE THE APARTMENT COMPLEX AFTER SHOOTING SEVERAL ROUNDS IN THE AREA.
MS TUCKER STATED WHEN SHE NOTICED THE SUSPECTS WERE GONE, SHE RAN TO AND
KNOCKED ON HER MOTHER'S DOWNSTAIR NEIGHBOR'S DOOR TO GET INSIDE, WHICH
WAS APT 904. I ADVISED MS TUCKER THAT I BELIEVED THE SUSPECT WAS SHOOTING
AT HER, DUE TO THE FACT THAT THERE WERE NO OTHER VEHICLES IN THE PARKING
LOT WITH BULLET HOLES IN THEM, AND THAT HER VEHICLE WAS THE ONLY ONE THAT
HAD BULLET HOLES IN IT. MS TUCKER THEN TOLD ME THAT SHE DID NOT HAVE ANY
ENEMIES AND SHE COULD NOT ADVISE ME OF ANYONE WHO MIGHT WANT TO SHOOT AT
HER. MOMENTS LATER SHE TOLD ME THAT HER FATHER HAD AN IDENTICAL FORD RANGER
PICKUP TRUCK AS SHE DOES, BUT SHE ALSO STATED THAT HER FATHER DID NOT HAVE
ANY ENEMIES. I THEN ASKED MS TUCKER IF THERE WAS ANYONE WHO PROBABLY WOULD
BE MAD AT HER, THAT WOULD POSSIBLY SHOOT AT HER AND SHE STATED "NO." AT THIS
TIME OFFICER JORJANI ARRIVED AT THE SCENE. I ADVISED OFFICER JORJANI WHAT I
FOUND AND HAD DISCOVERED.
     OFFICER JORJANI AND I THEN TOOK OUT THE TRAFFIC CONES AND STARTED COVERING
UP THE BULLET CASINGS THAT WERE ON THE GROUND. I THEN ADVISED OFFICER JORJANI
TO CALL CRIME SCENE OUT, TO TAKE PHOTOGRAPHS OF THE CASINGS. THERE WAS A BULLET
FOUND IMBEDDED INTO THE WOOD OF BUILDING 2401, NEAR APT 904. OFFICER JORJANI

Exhibit 78 - 000023

ARLINGTON    POLICE    DEPARTMENT

OFFICER NO. 1476                      OFFENSE REPORT              CASE NO. 950018762
OFFICER NAME                   CRIMINAL ATTEMPT - MURDER          VICTIM 001 OF 001
JORJANI, NICKOLAS A:              LAKE O WOODS APARTMENTS                PAGE 0009
----------------------------------------------------------------------------

CONTINUATION NARRATIVE..@ 01
AND I THEN STARTED CHECKING ALL THE APARTMENTS IN THE AREA AND MAKING SURE
THAT NO ONE HAD BEEN SHOT. I KNOCKED ON SOME DOORS THAT I DID NOT GET ANY
ANSWER. I CHECKED THE WINDOWS TO EACH APARTMENT (UPSTAIRS & DOWNSTAIRS) TO MAKE
SURE NO BULLET HAD GONE THROUGH THE WINDOWS OR THE WALLS. I THEN WALKED NEAR
APT 902 (ON THE SOUTH SIDE) AND I NOTED THERE WAS A BULLET THAT HAD GONE
THROUGH ONE OF THE SCREENS, RIGHT INTO THE WINDOW THAT LED ONE OF THE BEDROOMS.
MS TUCKER TOLD ME THAT THIS APARTMENT BELONGS TO HER MOTHER.
     MOMENTS LATER, MS TUCKER'S MOTHER ARRIVED AT THE SCENE. I THEN ASKED MS
TUCKER'S MOTHER, LATER IDENTIFIED AS OZELA ANN TUCKER, W/F, DOB 03/07/52,
IF WE COULD ENTER HER HOUSE (APARTMENT) AND MAKE SURE THAT NO BULLETS HAD
ENTERED. I THEN WENT TO THE BACK BEDROOM AND OBSERVED WHERE A BULLET HAD
ENTERED THE BEDROOM WINDOW, HITTING THE BLINDS.
     WHEN CRIME SCENE TECHNICIAN JOEL STEPHENSON ID 1297 ARRIVED, I ADVISED
HIM WHERE THE BULLETS WE FOUND WERE LOCATED INSIDE OF MS OZELA TUCKER'S
APARTMENT. WE ADVISED CRIME SCENE TECHNICIAN STEPHENSON WHERE THE BULLET
WAS LOCATED OUTSIDE OF APT 904, WHICH WAS IMBEDDED INSIDE THE WOOD OUTSIDE.
     I WAS INVITED INSIDE APT 904, TO MAKE SURE THAT NO BULLETS HAD GONE
THROUGH THE WALLS, TO WHICH I DID NOT FIND ANYTHING.
     WHILE CRIME SCENE TECHNICIAN STEPHENSON WAS GETTING HIS EQUIPMENT
TOGETHER, I FOUND TWO MORE BULLET HOLES THAT WENT THROUGH THE WALL FROM
THE OUTSIDE, TO THE INSIDE OF OZELA TUCKER'S LIVING ROOM. I OBSERVED THAT
BOTH BULLET HOLES WERE APPROX 12 INCHES FROM ONE ANOTHER. I NOTICED THERE
WAS ONE BULLET THAT WENT THROUGH THE WALL, LAYING ON THE FLOOR NEXT TO
THE BIG SCREEN TELEVISION, IN THE LIVING ROOM, AND CRIME SCENE TECHINICIAN
STEPHENSON FOUND THE OTHER BULLET THAT TRAVELED THROUGH THE WALL, THEN WENT
THROUGH A PILLOW, THEN THROUGH THE COUCH ON THE NORTH WALL IN THE LIVING
ROOM. THE BULLET THEN TRAVELED THROUGH A WALL, WHERE IT FINALLY RESTED IN
A CLOSET INSIDE OF THE LIVING ROOM.
     I ASKED SARAH TUCKER IF THERE WAS MORE TO THIS SITUATION THAN SHE WAS
TELLING US, AND THEN OFFICER JORJANI WENT INSIDE THE BEDROOM AND STARTED
TALKING TO SARAH TUCKER. OZELA TUCKER LET OFFICER JORJANI LISTEN TO A
MESSAGE THAT WAS LEFT ON THE ANSWERING MACHINE. APPARENTLY IT WAS SARAH
TUCKER'S EX-BOYFRIEND, WHO WAS UPSET WITH HER ABOUT THE SITUATION THAT THEY
BROKE UP. OFFICER JORJANI AND I THEN ASKED SARAH TUCKER WHY SHE DID NOT
TELL US AT THE BEGINNING THAT HER BOYFRIEND AND HER WERE HAVING SOME TYPE
OF FEUD AGAINST ONE ANOTHER? SHE TOLD OFFICER JORJANI AND MYSELF THAT IT
WAS NOT HER BOYFRIEND WHO DID THE SHOOTING. SHE THEN ONLY TOLD ME THAT IT
WAS "TWO BLACK GUYS WHO DONE THE SHOOTING." WHEN I ASKED HER WHY SHE DID NOT
TELL ME AT THE BEGINNING AT THE INTERVIEW WHAT OCCURRED, SHE STATED SHE WAS
AFRAID AND THERE WAS NOTHING THAT THE POLICE COULD DO TO THE TWO SUBJECTS
THAT WERE SHOOTING AT HER. SHE LATER TOLD ME THAT SHE KNEW WHO THE TWO
SUSPECTS WERE, BUT SHE WOULD NOT GIVE THEIR NAME OR ANY IDENTIFICATION. SHE
STATED SHE OBSERVED THE DRIVER OF THE VEHICLE AND SHE BELIEVES SHE KNOW THE
SUSPECT WELL. WHILE I WAS ASSISTING TECHNICIAN STEPHENSON IN LOCATING ONE
OF THE BULLETS THAT WENT INSIDE OF THE BEDROOM, THE VICTIM, WHO WAS VERY
UNCOOPERATIVE WITH OFFICERS AT FIRST, STARTED TALKING TO OFFICER JORJANI.
SHE TOLD OFFICER JORJANI WHO THE SUSPECTS WERE AND WHY THEY CAME TO HER
MOTHER'S APARTMENT AND STARTED SHOOTING AT HER AND AT THE APARTMENT. REFER

Exhibit 78 - 000024

A R L I N G T O N   P O L I C E   D E P A R T M E N T

OFFICER NO. 1476                    OFFENSE REPORT                CASE NO. 950018762
OFFICER NAME                        CRIMINAL ATTEMPT - MURDER      VICTIM 001 OF 001
JORJANI, NICKOLAS A.                LAKE O WOODS APARTMENTS              PAGE 0010
----------------------------------------------------------------------------------

CONTINUATION NARRATIVE..# 01
TO OFFICER JORJANI'S REPORT ON SARAH TUCKER'S VERBAL STATEMENT THAT SHE
GAVE.
     NO FURTHER. NORTH SIDE  01490/1381  AM/RAW


INVESTIGATOR NARRATIVE..# 01
VICTIM: TUCKER, SARA                          DET. ASSIGNED: J.T. STANTON #743
OFFENSE: ATT. MURDER                          DATE ASSIGNED: 2-8-95

I WAS ASSIGNED THIS CASE INVOLVING THE SHOOTING OF VICTIM ON 2-7-95. THE VICTIM
AND HER PARENTS CALLED THE C.I.D. AND ASKED FOR HELP WITH THE VICTIM SINCE THEY
WERE AFRAID TO GO HOME. THE VICTIM WAS SCARED THAT THE SUSPECT WOULD TRACK HER
DOWN AND KILL HER OR HAVE SOME OF HIS FRIENDS KILL HER. THE PARENTS WERE
SECRETING THE VICTIM IN A LOCAL HOTEL AND THEY WERE TOLD BY SGT. SIMONDS TO
COME TO THE POLICE STATION AND THE INVESTIGATION WOULD GET STARTED.
     STANTON WAS ASSIGNED TO CONTACT THE PARENTS AND THE VICTIM. PRIOR TO THE
VICTIM'S ARRIVAL, STANTON REVIEWED THE CASE AND NOTED THAT THE SUSPECT WAS A
BLACK MALE WHO WAS KNOWN TO THE VICTIM AS 'JULIUS' AND WHO HAD THE STREET NAME
OF 'SCARFACE'. THE VICTIM TOLD THE REPORTING OFFICERS THAT JULIUS GOES TO LAMAR
HIGH AND IS ON THE FOOTBALL AND TRACK TEAMS. STANTON CALLED LAMAR AND SPOKE TO
ASST. PRINCIPAL GREG JUNG. THE ASST PRIN. STATED THAT MY SUSPECT WOULD BE
JULIUS O. ROBINSON, B/M, 8-8-76 WITH AN ADDRESS OF 1413 N. COOPER APT. #A. THE

Exhibit 78 - 000025

ARLINGTON  POLICE  DEPARTMENT

OFFICER NO. 1476                     OFFENSE REPORT                    CASE NO. 950018762
OFFICER NAME                    CRIMINAL ATTEMPT - MURDER              VICTIM 001 OF 001
JORJANI, NICKOLAS A.             LAKE O WOODS APARTMENTS                    PAGE 0011

INVESTIGATOR NARRATIVE..# 01
SUSPECT WAS FOUND TO HAVE A RECENT ARREST RECORD IN THE APD AND HIS MUG PHOTO
WAS OBTAINED. STANTON COMPOSED THE PHOTO SPREAD AND THEN MET WITH THE VICTIM
AND HER FAMILY IN THE LOBBY. STANTON ARRANGED FOR THE GROUP TO MEET WITH THE
VICTIM'S ASSISTANCE COORDINATOR AND A STATEMENT WAS SCHEDULED TO BE TAKEN. THE
VICTIM WAS SHOWN THE COMPOSED SPREAD AND MADE AN IMMEDIATE AND POSITIVE
IDENTIFICATION OF THE PHOTO OF JULIUS O. ROBINSON AS THE MAN WHO SHOT AT HER
AND TRIED TO KILL HER. THE VICTIM'S SWORN STATEMENT WAS TAKEN AND SHE ADMITTED
THAT SHE DID OWE MR. ROBINSON $130.00 FOR SOME DRUGS (CRACK COCAINE) THAT SHE
HAD BOUGHT FROM HIM. THE VICTIM STATED THAT ROBINSON HAD BEEN CALLING AND
LEAVING MESSAGES ON HER HOME ANSWERING MACHINE AND LEAVING A "COUNTDOWN" ON HER
BEEPER. STANTON ASKED THE VICTIM WHAT A "COUNTDOWN" WAS AND SHE REPLIED THAT IT
WAS A PAGE THAT SHE WOULD GET EVERYDAY AND EACH DAY WOULD BE ONE NUMBER LESS
THAN THE DAY BEFORE. THE VICTIM STATED THAT THE COUNTDOWN HAD GOTTEN TO TODAY
BEING THE ZERO DAY, BUT THE CODE WAS "19" ON THE DAY OF THE SHOOTING. THE 19
WOULD SYMBOLIZE THE VICTIM'S 19TH BIRTHDAY, WHICH WAS ON THE DAY OF THE
SHOOTING. THE VICTIM AND HER FAMILY PROVIDED WHERE THEY WOULD BE STAYING, OUT
OF TOWN, TO STANTON.
     THIS CASE WAS PRESENTED TO THE D.A. AND MR. PRICE ADVISED THAT THE CASE
WOULD STILL BE FILEABLE EVEN IF IT WAS OVER A DRUG DEBT. STANTON RAN ROBINSON
AND FOUND THAT HE HAD 17 OUTSTANDING WARRANTS OUT OF THE ARLINGTON COURT FOR
HIS ARREST. STANTON CALLED SCHOOL RESOURCE OFFICER L. JONES AND ASKED JONES IF
MR. ROBINSON WAS IN SCHOOL. THE SRO REPLIED THAT ROBINSON WAS INDEED IN CLASS
ON THAT DAY. I ADVISED THE SRO OF THE OUTSTANDING WARRANTS AND OFFICER JONES
TOOK ROBINSON INTO CUSTODY FROM LAMAR HIGH. STANTON FINISHED THE NECESSARY
CASE REPORT FOR THE ATT. MURDER AND ADDED THE CHARGE TO THE SEVENTEEN ALREADY
ON MR. ROBINSON IN THE JAIL. THE CASE WAS FILED WITH THE D.A. AND ROBINSON HAD
A BOND SET AT $500,000.00
     STANTON HAD A BRIEF INTERVIEW WITH ROBINSON IN THE JAIL. ROBINSON DENIED
HAVING BEEN ANYWHERE NEAR THE VICTIM'S APARTMENTS ON THE PREVIOUS NIGHT. HE
CLAIMED TO HAVE BEEN WITH FRIENDS AT HIS APARTMENT WATCHING VIDEOS. ROBINSON
GAVE STANTON THE PHONE NUMBERS FOR HIS FRIENDS THAT WERE WITH HIM AND STANTON
WAS ABLE TO TALK TO ONE OF THEM NAMED RICHARD SMART. MR. SMART GAVE THE SAME
INFO AS MR. ROBINSON ABOUT THEM WATCHING VIDEOS AT ROBINSON'S APARTMENT. THE
OTHER FRIENDS GIVEN BY ROBINSON COULD NOT BE LOCATED. THIS CASE WILL BE CLEARED
BY DETECTIVE ARREST WITH THE CASE OF ATT. MURDER FILED ON MR. ROBINSON WHILE HE
WAS IN CUSTODY IN THE ARLINGTON JAIL.
     JTS #743                        CBA (DET)                          2-10-95


DATE ENTERED - 02/08/95                    ENTERED BY -
REVIEWED BY -                              DET. ASSGN - STANTON, JOHN T.

Exhibit 78 - 000026