# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | : | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | : | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | : | |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | : | **United States District Judge** |
| | : | |
| **Plaintiff/Respondent.** | : | |

---

## EXHIBIT NO. 80

**SUBMITTED IN SUPPORT OF IN SUPPORT OF DEFENDANT'S AMENDED
MOTION TO VACATE CONVICTION AND SENTENCE AND FOR
NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

---



## U.S. Department of Justice

Federal Bureau of Prisons

*South Central Regional Office*

4211 Cedar Springs Road, Suite 300
Dallas, Texas 75219

June 8, 2007

Craig A. Harbaugh
Deputy Federal Public Defender
Central District of California
321 East 2nd Street
Los Angeles, California 90012-4202

Re:   Subpoena in a Civil Case for United States v. Julius Robinson, Case No. 4:00-CR-00260-2
      Our Inmate:  ROBINSON, Julius, Register No.  26190-177

Dear Mr. Harbaugh:

This is in response to the subpoena received in our office on Monday, May 14, 2007 regarding visiting records for your client, Julius Robinson. You specifically request copies of Bureau of Prisons' records pertaining to attorney visits for Julius Robinson for the time period from November 27, 2000 to June 14, 2002.

A thorough search has been conducted and a total of seven (7) pages were located in response to your request. These documents have been reviewed and all seven are being released with certain information excised. The aforementioned withholding and/or excision of information is pursuant to:

Title 5, United States Code Section 552 (b) (7) (C), because release of the information which is compiled for law enforcement purposes would constitute an unwarranted invasion of the personal privacy of individuals.

We trust that the information furnished will be of assistance to you.

Sincerely,

Jason Sickler
Regional Counsel

Enclosures: 7

Exhibit 80 - 000001

3-19-02 | 3:43 | Bruce Cummings | [signature] | Julius Robinson |

Inmate Visiting

Opened: 3/12/02
Closed: 5/23/02

Exhibit 80 - 000002

| Date | Time | Visitor Print | Visitor Signature | Inmate Name | Inmate Number | Time Out |
|------|------|---------------|-------------------|-------------|---------------|----------|
| 3-1-02 | 8:35 | John Holliman | John Holliman | Julius Robinson | 26190777 | 10:00 |

# Inmates
## Log

Opened: 12/22/01

Closed: 3/11/02

Exhibit 80 - 000003

| Date | Time | Visitor/Sign | Visitor print | Inmate name | I/m number |
|------|------|--------------|---------------|-------------|------------|
| 1-22-01 | 9:45 | *signature* | Alex Tandy | Julius Robinson | 26190-177 |
| 1-22-01 | 9:45 | Barby D. Black | | Julius Robinson | 26190-177 |
| 1/22/01 | 10:00 | Louis Sandbote | *signature* | Julius Robinson | 26190-177 |
| 1/22/01 | 10:00 | Guy Walch | *signature* | Julius Robinson | 26190-177 |
| 1/22/01 | 10:01 | Michael Gregory | Michael Gregory | Julius Robinson | 26190-177 |

Inmates Visitor
Log

Opened   11-30-00
Closed  5-26-01

Exhibit 80 - 000004

11/26/11 | 1356 | Alex TANM AMATE Tony J. Robinson | 26190-177 H:

Inmate Visitor
Log
Opened: 11·30·00
Closed: 5·26·01

Exhibit 80 - 000005

2/10/01 | 12:15 | Alex Tandy | AlKTadi | Julius Robinson 35944-018

Inmate Visitor
Log

Opened: 11.30.00
Closed: 5.26.01

Exhibit 80 - 000006

| Date | Time | Visitor Print | Visitor Signature | Inmate Name | Inmate Number | Time Out |
|------|------|---------------|-------------------|-------------|---------------|----------|
| 10-10-01 | 1.00 | John Hollimon | John Hollimon | Julius Robinson | 2690-177 | 150 |

Inmate Visiting Log

Opened: 5·26·01

Closed: 10·22·01

Exhibit 80 - 000007

DATE , TIME , Visitor Name ; Signature ; INMATE NAME , Reg #

| 5-24 | 1:05 | Weil Ball | [signature] | Julius O. Robinson |

5/24 | 1:20 Hade Strebbell [signature] | Julius Robinson

Inmate Visiting

Opened: 5·23·02
Closed: 5-31·02

Exhibit 80 - 000008

Date    Time    Visitor Print    Visitor Signature    Inmate Name    Inmate Number    In Out

Inmates Log
Opened: 12/22/01
Closed: 3/11/02

1-21-02  | 12:30 | Luke Ball | Lu. Bah | Julius Robinson | 38835-019 | 30

Exhibit 80 - 000009

| DATE | TIME | Visitor Print 1 | Visitor Signature | Inmate Name | Inmate Number | |
|---|---|---|---|---|---|---|

Inmates Log

Opened: 12/22/01

Closed: 3/11/02

| 12-4-01 | 2:00 | Wes Ball | ~Ball~ | Julius Robinson | | 3 |

Exhibit 80 - 000010