# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | **:** | **(Civil No. 4:05-CV-756-Y)** |
| **Defendant/Petitioner,** | **:** | |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **UNITED STATES OF AMERICA,** | **:** | **United States District Judge** |
| | **:** | |
| **Plaintiff/Respondent.** | **:** | |

---

## EXHIBIT NO. 81

**SUBMITTED IN SUPPORT OF IN SUPPORT OF DEFENDANT'S AMENDED
MOTION TO VACATE CONVICTION AND SENTENCE AND FOR
NEW TRIAL PURSUANT TO 28 U.S.C. § 2255**

(Filed Electronically Under the Electronic Filing System Requirements)

---

Certified True Copy

THE STATE OF TEXAS          ı

COUNTY OF TARRANT          ı

I, Thomas A. Wilder, Clerk of the District Courts of Tarrant County, Texas, do hereby certify that the above and foregoing is a true and correct copy of all documents in Cause number 0676421A (870 pages).

In Cause Number 0676421A, THE STATE OF TEXAS vs. RUSSELL, CARLIS JOVONITE as the same appears on the file and/or record in my said office.

WITNESS MY SIGNATURE and seal of the Court at office in the city of Fort Worth, Tarrant County, Texas, this date of April 9, 2007.

THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS

By _____
KARA HAMILTON, Deputy District Clerk

Exhibit 81 - 000001

**Vince Gonzales**
Mitigation Specialist
2819 57th Street
Lubbock, TX 79413-5606
(806) 785-8257

# Statement

Closing Date:  **December 08, 2000**

**Bill To:**

Jack Strickland
Attorney at Law
909 Throckmorton Street
Fort Worth, TX 76102 USA

**Ship To:**

Jack Strickland
Attorney at Law
909 Throckmorton Street
Fort Worth, TX 76102 USA

| Date | Invoice Number | Amount | Payments | Due |
|------|---------------|--------|----------|-----|
| 12/08/2000 | 1001 | 1,160.20 | 0.00 | 1,160.20 |
| | | $1,160.20 | $0.00 | $1,160.20 |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|-------------|--------------|--------------|-----------|-------|
| $1,160.20 | $0.00 | $0.00 | $0.00 | $1,160.20 |

Exhibit 81 - 000002

**Vince Gonzales**
Mitigation Specialist
2819 57th Street
Lubbock, TX 79413-5606
(806) 785-8257

# Invoice

Number: **1001**

Date: **December 08, 2000**

**Bill To:**

Jack Strickland
Attorney at Law
909 Throckmorton Street
Fort Worth, TX 76102 USA

**Ship To:**

Jack Strickland
Attorney at Law
909 Throckmorton Street
Fort Worth, TX 76102 USA

| Project |
|---|
| Carliss Russell |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/5/2000 | Conference with Counsel, Investigator and Defense Expert.  Review tapes, photos, | 5.00 | 55.00 | 275.00 |
| 12/6/2000 | Conference with Jack Strickland | 0.75 | 55.00 | 41.25 |
| 12/6/2000 | Review previous records related to tape, review prior testimony related to tape and review literature regarding prison classification | 2.25 | 55.00 | 123.75 |
| 12/6/2000 | Hotel - 2 nights | 2.00 | 85.10 | 170.20 |
| 12/7/2000 | Testimony, court waiting time and preparation and conferences | 10.00 | 55.00 | 550.00 |
| | | | **Total** | **$1,160.20** |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $1,160.20 | $0.00 | $0.00 | $0.00 | $1,160.20 |

Exhibit 81 - 000003