**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**NORTHERN DISTRICT OF TEXAS**
501 W. TENTH ST., RM. 310
FT. WORTH, TX 76102

OFFICIAL BUSINESS

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 JAN 28  AM 10: 56

CLERK OF COURT

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004225332        $ 00.58⁰
                  JAN 07 2008
MAILED FROM ZIP CODE 76102

Jerome D Wurst
Vs.
Law Office of Jerome D Wurst
2501 Avenue J
Suite 100
Arlington, TX 76006

4:00·CR·260·YC

NIXIE        760    DE 1        00 01/26/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 76102363799        *2192-05765-26-19

Jerome D Wurst

Law Office of Jerome D Wurst
2501 Avenue J
Suite 100
Arlington, TX 76006

-------------------------------------------------------------------

You could have received this notice by email within minutes
of when it was filed. For more information and to obtain a copy
of the Consent Form, please review the Electronic Notice System
section of the court's website at:

http://www.txnd.uscourts.gov/pdf/ens_consent.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON (2), | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:00-CR-260-Y |
| | § | |
| UNITED STATES OF AMERICA, | § | DEATH-PENALTY CASE |
| Plaintiff-Respondent. | § | |

**ORDER GRANTING IN PART PETITIONER'S MOTION TO FILE
FIRST AMENDMENT TO HIS PETITION FOR WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner's Amended Motion for Leave to Amend Motion to Vacate Conviction and Sentence and For New Trial (Doc. 2422), which was filed with the Court on July 2, 2007. Petitioner requests, in part, that he be allowed to file this amendment to add documentary evidence and corresponding argument relating back to his original petition. Additionally, Petitioner seeks to add a new seventh ground to his original petition based on two recent cases handed down by the Supreme Court, *United States v. Gonzalez-Lopez*, 126 S.Ct 2557 (2006) and *United States v. Resendiz-Ponce*, 127 S.Ct 782 (2007). (*Id.* at 15-17). Finally, Petitioner seeks to amend his entire petition stylistically and structurally. (*Id.* at 2, fn. 1).

The original petition in this case was filed on November 29, 2005, over a year and a half prior to the filing of the first motion to amend, and was comprised of over 113 pages, not including

exhibits. (Doc. 2279).  The government filed its 91-page response to the original petition on April 28, 2006.  (Doc. 2365).

The government does not oppose Petitioner's request to amend his Petition to include additional alleged factual support or argument relating back to his original claims filed in November 2005.  (*Id.* at 2).  The government does, however, oppose Petitioner's request to add a new seventh ground and further objects to the numerous stylistic and structural changes proposed by Petitioner. (*Id.* at 1-2).

The Court will first address Petitioner's request to amend his petition to add a new seventh ground.  Petitioner previously claimed, both at his trial on the merits before this Court and on direct appeal before the Court of Appeals for the Fifth Circuit, that the government's failure to submit the death penalty aggravating factors to the grand jury violated the Indictment Clause of the Fifth Amendment.  (Doc. 2422, Motion for Leave at 15).  On appeal, the Fifth Circuit held that "the failure to charge those factors in an indictment did not contribute to Robinson's conviction or death sentence" and found that the error was harmless.  *United States v. Robinson*, 367 F.3d 278, 289 (5th Cir. (Tex.) 2004).  It is well-established that a petitioner may not raise an issue in his motion to vacate that has already been decided adversely to him on direct appeal.  *See, e.g., United*

-2-

*States v. Hoenig*, 2006 WL 2993262, *1 (N.D. Tex. Oct. 18, 2006) (citing *Ordonez v. United States,* 588 F.2d 448 at 448-49 (5th Cir. 1979)).

Petitioner claims, however, that two recent United States Supreme Court decisions "cast serious doubt on the viability of the Fifth Circuit's decision." (Doc. 2422, Motion for Leave at 15). In the first case cited by Petitioner, *Gonzalez-Lopez*, the Supreme Court held that the trial court's erroneous deprivation of a Defendant's right to counsel qualified as a structural error not subject to a review for harmlessness. *Id.* at 2563-2564. Petitioner's reliance on *Gonzalez-Lopez* is misplaced, however, as the case did not pertain to any type of indictment error.

In the second case, *Resendiz-Ponce*, the Supreme Court granted certiorari to consider whether the omission of an element of a criminal offense--specifically omission of an overt act from an indictment charging attempted illegal reentry--can constitute harmless error. *Id.* at 785. Finding that the indictment was not in fact defective, the Court never reached the harmless-error issue. *Id.* at 785-86.

Finally, even if the cases relied upon by Petitioner were on point, because they speak to procedural error they would not become retroactively applicable to cases that, like Petitioner's, became final on direct review before the decisions were announced. *See,*

-3-

*e.g., Schriro v. Summerlin*, 542 U.S. 348, 355 (2004). Petitioner has not addressed this issue in his motion to amend and, for the reasons set forth, Petitioner's motion to amend his Petition to add a new seventh ground is DENIED.

As for the remainder of Petitioner's proposed amendments to his claim, the Court notes that the proposed changes are both substantive, including new evidentiary support and argument, and stylistic. As mentioned previously, the government opposes Petitioner's proposed "stylistic and structural" changes to the petition as a whole, stating that such changes would "impose an undue hardship on the government in terms of the efforts that would become necessary to respond to the amended petition as a unified document." (Doc. 2365, Response at 3). The Court agrees.

The Court recognizes that Petitioner's petition for writ of habeas corpus is his sole opportunity to raise all constitutional challenges to his conviction and sentence. Therefore, Petitioner's motion to file an amended petition is GRANTED in part but DENIED in part. Petitioner's request to amend his Petition to include a new seventh claim is DENIED. As for the remainder of Petitioner's proposed amendment, the Court orders Petitioner to segregate his new material (with the exception of Ground Seven) and file it as a supplement to his original petition with the new exhibits attached, within ten (10) days of this Order. The Government is directed to

-4-

file a response to Petitioner's supplementary material within thirty (30) days of Petitioner's filing.

SIGNED January 7, 2008.


TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@txndlei.txnd.circ5.dcn
Message-Id:<3507098@txnd.uscourts.gov>

Subject:Activity in Case 4:00-cr-00260 USA v. Henderson, et al Order on Motion
to Amend/Correct
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** You may view the filed
documents once without charge. To avoid later charges, download a copy of each
document during this first viewing.U.S. District Court
Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 1/7/2008 1:44 PM CST and filed
on 1/7/2008

Case Name: USA v. Henderson, et al
Case Number: 4:00-cr-260-2 https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?58773

Filer:

Document Number: 2430
Copy the URL address from the line below into the location bar of your Web
browser to view the document:
https://ecf.txnd.uscourts.gov/cgi-bin/show_case_doc?2430,58773,,MAGIC,,,4277100

Docket Text:
ORDER granting in part and denying in part [2422] Motion to Amend/Correct
as to Julius Omar Robinson (2). See Order for specifics. (Signed by Judge
Terry R Means on 01/07/2008) (krg)
4:00-cr-260-2 Notice has been electronically mailed to:
Richard L Armstrong (Terminated) richard@armstrongthelawfirm.com

Susan Beth Cowger susan.cowger@usdoj.gov, sue.pafford@usdoj.gov,
usatxn.ecfcriminal@usdoj.gov
J Steven Bush (Terminated) stiofanbush@gmail.com, naheed.irani@gmail.com

Jeff A Kearney (Terminated) jkearney@kearneywynn.com, dtrzepacz@kearneywynn.com,

rwynn@kearneywynn.com
Michael P Heiskell mheiskell@johnson-vaughn-heiskell.com,
cjones@johnson-vaughn-heiskell.com

Angie L Henson angie.henson@usdoj.gov, Paula.A.Smith@usdoj.gov,
carol.miller@usdoj.gov, colleen.plowman@usdoj.gov, kim.graciana@usdoj.gov,
usatxn.ecfcriminal@usdoj.gov
Michael Logan Ware (Terminated) mware@dallascounty.org
R Maureen Tolbert (Terminated) rmtolbert@hotmail.com
J Warren St John (Terminated) jwlawyer@aol.com
Teresia J DePoyster (Terminated) atty4defens@aol.com
Christopher M McCaffrey (Terminated) Barrister3@aol.com
R Sam Pestinger (Terminated) Sampmyoung@aol.com
Brett D Boone (Terminated) bboone@flash.net
J Rex Barnett (Terminated) jrexbarnett@netscape.net
Francisco Hernandez, Jr (Terminated) francisco@texasmexicolaw.com

Christopher A Curtis chris_curtis@fd.org, beverley_mckenzie@fd.org,
norma_vidaurre@fd.org, rhonda_lopez@fd.org
Bill Lane bill_lane@sbcglobal.net
Danny D Pitzer (Terminated) seapearl@sbcglobal.net
Don L Davidson (Terminated) donatty@flash.net
William H Ray (Terminated) bill@billraylawyer.com, suzanne328@aol.com

Phillip A Linder (Terminated) philliplinder@msn.com, schmidtbretw@msn.com

Greg Westfall (Terminated) westfall@wpcfirm.com, mbwestfall@charter.net

Michael D Samonek (Terminated) mikedfwlw@aol.com
Victor Amador (Terminated) vicamador@verizon.net, kristine@amadorcpa.com

Peter Christian Smythe (Terminated) pcsmythe@smythelawfirm.com
Marc F Gault (Terminated) marcgault@sbcglobal.net
R Christopher Goldsmith rcgoldsmith@pdq.net, rar@ratlifflegalgroup.com,
terry@ratlifflegalgroup.com
Robert A Ratliff rar@ratlifflegalgroup.com, terry@ratlifflegalgroup.com

Joetta Keene (Terminated) keene.joetta@paxlawfirm.com, joettakeene@sbcglobal.net


G Andrew Platt (Terminated) platt@wpcfirm.com, pitt@wpcfirm.com

Michael B Charlton mike_charlton@fd.org, charltonlegal@gmail.com,
gary_taylor@fd.org
Leigh W Davis leighwdavis@gmail.com
Raymond Jonas Rodgers rayrodgesq@sbcglobal.net
Sean Kennedy sean_kennedy@fd.org, craig_harbaugh@fd.org, jesse_wallis@fd.org,
mariza_vergara@fd.org


4:00-cr-260-2 Notice will not be electronically mailed to:
David Bays (Terminated)
Law Office of David Bays
6125 Airport Freeway
Suite 110
Fort Worth, TX 76117

Bryan K Buchanan (Terminated)
Buchanan & Meyer Attorneys
103 S Woodrow Ln
Suite 1
Denton, TX 76205

Eduardo Canas (Terminated)
Canas & Flores
600 N Main
Suite 101
Fort Worth, TX 76106

Casey Joe Cole (Terminated)

Law Office of Casey Cole
1307B West Abram St
Suite 214
Arlington, TX 76013

Raymond E Daniel (Terminated)

Law Office of Raymond Daniel
101 Summit Ave
Suite 403
Fort Worth, TX 76102

Jill Davis (Terminated)
Law Office of Jill Davis
1300 South University
Suite 602
Fort Worth, TX 76107

Douglas T Emerson (Terminated)

Law Office of Douglas T Emerson
105 York Ave
Weatherford, TX 76086

Dennis A Fuller (Terminated)

McCurley Orsinger McCurley Nelson & Downing
5950 Sherry Lane
Suite 800

Dallas, TX 75225

Heath G Harris (Terminated)
Scottie D Allen & Associates
4144 N Central Expwy
Suite 650
Dallas, TX 75204


William E Johnson (Terminated)

Law Office of William E Johnson
3300 Oak Lawn Avenue
Suite 600
Dallas, TX 75219


Gerhard Ernst Kleinschmidt (Terminated)

Law Office of Gerhard Kleinschmidt
101 Oak Creek Trail
Aledo, TX 76008


Bret W Schmidt (Terminated)
Law Office of Bret W Schmidt
3500 Oak Lawn
Suite 700
Dallas, TX 75219


Frederick C Shelton , Jr
Miller Shelton & Pace
Highland Park Place
4514 Cole Avenue
Suite 525
Dallas, TX 75205


Glen W Wood (Terminated)
Law Office of Glen W Wood
PO Box 210173
Bedford, TX 76021-0173


Jerome D Wurst (Terminated)

Law Office of Jerome D Wurst
2501 Avenue J
Suite 100
Arlington, TX 76006


The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=1/7/2008] [FileNumber=3507097-0]
[957ce619b999320f637fc27ea1f1d1798ffaf30f070f2c50c501ea73da4ed2f3fe1fd1652a271d7
c1711ce56f3e00fc4a3206dc6de2b55278e8d08f621dafc0c]]