IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| JULIUS OMAR ROBINSON, | § | |
| aka Face, aka Scar, aka Scarface | § | |
| Defendant-Petitioner, | § | |
| | § | |
| v. | § | NO.  4:00-CR-260-Y |
| | § | (Civil No. 4:05-CV-756-Y) |
| | § | **DEATH PENALTY CASE** |
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent. | § | |

**MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO
FILE LATE RESPONSE TO SUPPLEMENT TO 28 U.S.C. § 2255 MOTION
(WITH PROPOSED ORDER)**

The United States requests an extension of time and asks for leave to file late its response to Robinson's supplement to his motion under 28 U.S.C. § 2255.  The response was due by February 19, 2008.  Undersigned counsel was out of the office ill on that day and the last two, February 19 through February 21.  Before that, and during the period since Robinson filed his supplement, counsel was involved in filing briefs in appellate matters: in U.S. v. Gomez-Herrera, 07-10153, U.S. v. McClain, 06-10971, and U.S. v. Vences-Castaneda, 07-10925.

This motion is not being filed for purposes of delay, but to allow sufficient time to provide the Court with a thorough response.  Furthermore, the United States is unaware of any prejudice to Robinson that will result from the enlargement of time to respond.

**Motion for Extension of Time and for Leave to File Late - Page 1**

For these reasons, the United States asks that it be granted an extension of time to March 7, 2008, to file its response to the supplement.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY


/s/ Susan Cowger
SUSAN COWGER
Assistant United States Attorney
Texas State Bar No: 08390150
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:    214.659.8622
Facsimile:    214.767.2846
E-mail:        susan.cowger@usdoj.gov
Attorney for Respondent


## CERTIFICATE OF CONFERENCE

I certify that I tried to reach Mr. Charlton, Mr. Kennedy, and Mr. Harbaugh, but was unable to do so.

/s/ Susan Cowger
SUSAN COWGER
Assistant United States Attorney

**Motion for Extension of Time and for Leave to File Late - Page 2**

## CERTIFICATE OF SERVICE

I certify that a I filed this motion electronically on February 22, 2008 using the

court's electronic case filing (ECF) system.  The ECF system sent a "Notice of Electronic

Filing" to the following attorney of record who has consented in writing to accept this

Notice as service of this document by electronic means:

Michael B. Charlton
P.O. Box 1964
El Prado, New Mexico, 87529

Sean Kennedy
Assistant Federal Public Defender
321 E. 2nd Street
Los Angeles, California, 90012

/s/  Susan Cowger
SUSAN COWGER
Assistant United States Attorney

**Motion for Extension of Time and for Leave to File Late - Page 3**