IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS ROBINSON, §
   aka face, aka scar, aka scarface, §
      Defendant-Petitioner, §
 §
VS. §   NO. 4-00-CR-260-Y (2)
 §   (CIVIL NO. 4:05-CV-756-Y)
 §   **(DEATH-PENALTY CASE**)
UNITED STATES OF AMERICA, §
      Plaintiff-Respondent. §

## ORDER

On this date came on to be considered the Motion of the United States for Extension of Time and for Leave to File a Late Response to Petitioner's Supplement to his 28 U.S.C. § 2255 Motion [doc. #2436], filed February 22, 2008, by the government. The Court concludes that the motion is meritorious, that it should be, and it is hereby, GRANTED.

Accordingly, the response of the United States to Robinson's supplement to his motion shall be filed on or before March 7, 2008.

SIGNED February 26, 2008.



_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE