## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **(Civil No. 4:05-CV-756-Y)** |
| | : | <u>**DEATH PENALTY CASE**</u> |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **JULIUS ROBINSON** | : | **United States District Judge** |

---

### UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR REPLYING TO THE GOVERNMENT'S RESPONSE TO PETITIONER'S SUPPLEMENT PLEADING TO 28 U.S.C.§ 2255 MOTION

(Filed Electronically Under the Electronic Filing System Requirements)

---

MICHAEL B. CHARLTON, No. 04144800
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
Telephone: (702) 388-5106
Facsimile: (702) 388-5103
E-Mail mike_charlton@fd.org

SEAN K. KENNEDY, No. 145632
Federal Public Defender
CRAIG A. HARBAUGH, No. 194309
Deputy Federal Public Defender
Federal Public Defender's Office
321 E. 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7865
Facsimile: (213) 894-7566
E-Mail sean_kennedy@fd.org
E-Mail craig_harbaugh@fd.org

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

### FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CAUSE NO. 4:00-CR-00260-2 |
| | : | (Civil No. 4:05-CV-756-Y) |
| | : | <u>DEATH PENALTY CASE</u> |
| vs. | : | |
| | : | Honorable Terry Means |
| JULIUS ROBINSON | : | United States District Judge |

---

## UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR REPLYING TO THE GOVERNMENT'S RESPONSE TO PETITIONER'S SUPPLEMENT PLEADING TO 28 U.S.C.§ 2255 MOTION

(Filed Electronically Under the Electronic Filing System Requirements)

---

Pursuant to this Court's order dated January 7, 2008, Mr. Robinson filed a supplemental pleading on January 17, 2008.  After the Court granted the Government's motion for leave to file a late pleading and extension of time, the Government responded on March 6, 2008.   Mr. Robinson would like to reply to the Government's argument and requests a one-week extension to do so for the following reasons:

I.

### CERTIFICATE OF CONFERENCE

This is to certify that Mr. Robinson's counsel has conferred with opposing counsel, Susan Cowger of the United States Attorney's Office; she is not opposed to the relief sought by this motion.

II.

Under the local rules, Mr. Robinson's reply to the Government's response is due on March 21, 2008.  Mr. Robinson is asking for an additional seven days, to March 28, 2008, to file a legal memorandum in response to the Government's contentions.  Undersigned counsel became the Federal Public Defender for the Central District of California after being assigned to this case.  This position requires substantial attention to administrative matters that consumes a significant amount of time.  Co-counsel, Craig A. Harbaugh, has been working on numerous other capital habeas cases that have required his immediate attention, including preparing extensively for a deposition in another capital case that will take place on March 20, 2008, as well as drafting significant pleadings in two other capital cases.  Absent exceptional circumstances, undersigned counsel believes that one additional week will suffice.

WHEREFORE, PREMISES CONSIDERED, Robinson seeks permission to file his reply to the Government's response by March 28, 2008.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

Dated: March 19, 2008

s/ Sean K. Kennedy
SEAN K. KENNEDY
Federal Public Defender
CRAIG A. HARBAUGH
Deputy Federal Public Defender
Federal Public Defender's Office
321 E. 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7865
Facsimile:  (213) 894-7566
E-Mail sean_kennedy@fd.org
E-Mail craig_harbaugh@fd.org