THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **NO. 4-00-CR-260-Y (2)** |
| | § | **(CIVIL NO. 4:05-CV-756-Y)** |
| **vs.** | § | **(DEATH PENALTY CASE)** |
| | § | |
| **JULIUS ROBINSON** | § | |
| | § | |
| | § | |

## ORDER

On this date came on to be considered the Motion of Petitioner Robinson to Extend the Deadline for Replying To the Government's Response to Petitioner's Supplement Pleading to 28 U.S.C.§ 2255 Motion [doc. #2438], filed March 19, 2008. The Court concludes that the motion is meritorious, that it should be, and it is hereby, GRANTED. Accordingly, the response of the United States to Robinson's supplement to his motion shall be filed on or before March 28, 2008.

SIGNED March __, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE