THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | **CRIMINAL NO. 4-00-CR-260-Y** |
| VS. | § | **(CIVIL NO. 4:05-CV-756-Y)** |
| | § | **(DEATH -PENALTY CASE)** |
| JULIUS ROBINSON        (2) | § | |
| | § | |
| | § | |

_____

## ORDER GRANTING MOTION TO EXTEND

On this date came on to be considered the Motion of Petitioner Robinson to Extend the

Deadline for Replying To the Government's Response to Petitioner's Supplement Pleading to 28

U.S.C.§ 2255 Motion [doc. #2440], filed March 19, 2008, by Petitioner.  The Court concludes

that the motion is meritorious, that it should be, and it is hereby, GRANTED.

Accordingly, Petitioner's reply in support of his supplemental pleading shall be filed on

or before March 28, 2008.


SIGNED March 26, 2008.




_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE