THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **DEATH PENALTY CASE** |
| **v.** | : | |
| | : | **Honorable Terry Means** |
| **JULIUS ROBINSON** | : | **United States District Judge** |

_____

**CERTIFICATE OF SERVICE
OF REPLY TO
THE GOVERNMENT'S OPPOSITION TO PETITIONER'S SUPPLEMENTAL
PLEADING AND EXHIBIT 83**

(Filed Electronically March 26, 2008 Under the Electronic Case Filing System Requirements)
_____

MICHAEL B. CHARLTON, No. 04144800
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
Telephone: (702) 388-5106
Facsimile: (702) 388-5103
mike_charlton@fd.org

SEAN K. KENNEDY, No. 145632
Federal Public Defender
CRAIG A. HARBAUGH, No. 194309
Deputy Federal Public Defender
Federal Public Defender's Office
321 E. 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7865
Facsimile:  (213) 894-7566
sean_kennedy@fd.org
craig_harbaugh@fd.org

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, hereby certify that on March 26, 2008, I electronically filed a copy of the Reply to the Government's Opposition to Petitioner's Supplemental Pleading and Exhibit 83 [Document Number 2443] with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

SUSAN COWGER
Assistant United States Attorney
U.S. Attorney's Office
1100 Commerce Street, 3rd Fl.
Dallas, Texas  75242


Dated:  March 27, 2008                                    s/Craig A. Harbaugh
                                                                      CRAIG A. HARBAUGH