ORIGINAL

**UNITED STATES DISTRICT COURT**

OFFICE OF THE CLERK

NORTHERN DISTRICT OF TEXAS

501 W. TENTH ST., RM. 310

FT. WORTH, TX 76102

———

OFFICIAL BUSINESS

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 APR 14  AM 11:58

CLERK OF COURT

UNITED STATES POSTAGE
PITNEY BOWES

02 1M      $ 00.41⁰
0004225332   MAR 26 2008
MAILED FROM ZIP CODE 76102

Glen W Wood

Law Office of Glen W Wood
PO Box 210173
Bedford, TX 76021-0173

NIXIE      760   DC 1        00 04/03/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 76102363799      *0882-11478-26-39

76095@9998
76095+76102@3637

4:00-CR-260-Y

Glen W Wood

Law Office of Glen W Wood
PO Box 210173
Bedford, TX 76021-0173

_____

You could have received this notice by email within minutes
of when it was filed. For more information and to obtain a copy
of the Consent Form, please review the Electronic Notice System
section of the court's website at:

http://www.txnd.uscourts.gov/pdf/ens_consent.pdf

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO. 4-00-CR-260-Y** |
| **VS.** | § | **(CIVIL NO. 4:05-CV-756-Y)** |
| | § | **(DEATH -PENALTY CASE)** |
| **JULIUS ROBINSON        (2)** | § | |
| | § | |
| | § | |

## ORDER GRANTING MOTION TO EXTEND

On this date came on to be considered the Motion of Petitioner Robinson to Extend the

Deadline for Replying To the Government's Response to Petitioner's Supplement Pleading to 28

U.S.C.§ 2255 Motion [doc. #2440], filed March 19, 2008, by Petitioner.  The Court concludes

that the motion is meritorious, that it should be, and it is hereby, GRANTED.

Accordingly, Petitioner's reply in support of his supplemental pleading shall be filed on

or before March 28, 2008.

SIGNED March 26, 2008.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@txndlei.txnd.circ5.dcn
Message-Id:<3639520@txnd.uscourts.gov>

Subject:Activity in Case 4:00-cr-00260 USA v. Henderson, et al Order on Motion
for Extension of Time
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of
the United States policy permits attorneys of record and parties in a case
(including pro se litigants) to receive one free electronic copy of all documents
filed electronically, if receipt is required by law or directed by the filer.
PACER access fees apply to all other users. To avoid later charges, download a
copy of each document during this first viewing.U.S. District Court
Northern District of Texas

Notice of Electronic Filing
The following transaction was entered on 3/26/2008 11:52 AM CDT and filed
on 3/26/2008

Case Name: USA v. Henderson, et al
Case Number: 4:00-cr-260-2 https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?58773


Filer:

Document Number: 2442
Copy the URL address from the line below into the location bar of your Web
browser to view the document: Document:
https://ecf.txnd.uscourts.gov/doc1/17703703110?magic_num=MAGIC&de_seq_num=427718
1&caseid=58773


Docket Text:
ORDER GRANTING MOTION TO EXTENDgranting [2440] as to Julius Omar Robinson
(2) Petitioner's reply in support of his supplemental pleading shall
be filed on or before 3/28/2008. (Signed by Judge Terry R Means on 03/26/2008)
(krg)
4:00-cr-260-2 Notice has been electronically mailed to:
Richard L Armstrong (Terminated) richard@armstrongthelawfirm.com

Marc W Barta marc.barta@usdoj.gov, carol.miller@usdoj.gov,
colleen.plowman@usdoj.gov,
kim.graciana@usdoj.gov, paula.a.smith@usdoj.gov, usatxn.ecfcriminal@usdoj.gov

Susan Beth Cowger susan.cowger@usdoj.gov, sue.pafford@usdoj.gov,
usatxn.ecfcriminal@usdoj.gov
J Steven Bush (Terminated) stiofanbush@gmail.com, naheed.irani@gmail.com

Jeff A Kearney (Terminated) jkearney@kearneywynn.com, dtrzepacz@kearneywynn.com,

rwynn@kearneywynn.com
Michael P Heiskell mheiskell@johnson-vaughn-heiskell.com,
cjones@johnson-vaughn-heiskell.com

Michael Logan Ware (Terminated) mware@dallascounty.org
R Maureen Tolbert (Terminated) rmtolbert@hotmail.com
J Warren St John (Terminated) jwlawyer@aol.com
Teresia J DePoyster (Terminated) atty4defens@aol.com
Christopher M McCaffrey (Terminated) Barrister3@aol.com
R Sam Pestinger (Terminated) Sampmyoung@aol.com
Brett D Boone (Terminated) bboone@flash.net
J Rex Barnett (Terminated) jrexbarnett@netscape.net
Francisco Hernandez, Jr (Terminated) francisco@texasmexicolaw.com

Christopher A Curtis chris_curtis@fd.org, beverley_mckenzie@fd.org,
norma_vidaurre@fd.org, rhonda_lopez@fd.org
Bill Lane bill_lane@sbcglobal.net
Danny D Pitzer (Terminated) seapearl@sbcglobal.net
Don L Davidson (Terminated) donatty@flash.net
William H Ray (Terminated) bill@billraylawyer.com, suzanne328@aol.com

William E Johnson (Terminated) karolaw76@aol.com, rmhunter189@yahoo.com

Phillip A Linder (Terminated) philliplinder@msn.com, schmidtbretw@msn.com

Greg Westfall (Terminated) westfall@wpcfirm.com, mbwestfall@charter.net

Michael D Samonek (Terminated) mikedfwlw@aol.com
Victor Amador (Terminated) vicamador@verizon.net, kristine@amadorcpa.com

Peter Christian Smythe (Terminated) pcsmythe@smythelawfirm.com
Marc F Gault (Terminated) marcgault@sbcglobal.net
R Christopher Goldsmith rcgoldsmith@pdq.net, rar@ratlifflegalgroup.com,
terry@ratlifflegalgroup.com
Joetta Keene (Terminated) keene.joetta@paxlawfirm.com, joettakeene@sbcglobal.net


G Andrew Platt (Terminated) platt@wpcfirm.com, pitt@wpcfirm.com

Michael B Charlton mike_charlton@fd.org, charltonlegal@gmail.com,
gary_taylor@fd.org
Leigh W Davis leighwdavis@gmail.com, davislawoffice@gmail.com

Raymond Jonas Rodgers rayrodgesq@sbcglobal.net
Sean Kennedy sean_kennedy@fd.org, craig_harbaugh@fd.org, jesse_wallis@fd.org,
mariza_vergara@fd.org


4:00-cr-260-2 Notice will not be electronically mailed to:
David Bays (Terminated)
Law Office of David Bays
6125 Airport Freeway
Suite 110
Fort Worth, TX 76117

Bryan K Buchanan (Terminated)
Buchanan & Meyer Attorneys
103 S Woodrow Ln
Suite 1
Denton, TX 76205

Eduardo Canas (Terminated)
Canas & Flores
600 N Main
Suite 101
Fort Worth, TX 76106

Casey Joe Cole (Terminated)

Law Office of Casey Cole
1307B West Abram St
Suite 214
Arlington, TX 76013

Raymond E Daniel (Terminated)

Law Office of Raymond Daniel
101 Summit Ave
Suite 403
Fort Worth, TX 76102

Jill Davis (Terminated)
Law Office of Jill Davis
1300 South University
Suite 602
Fort Worth, TX 76107

Douglas T Emerson (Terminated)

Law Office of Douglas T Emerson

105 York Ave
Weatherford, TX 76086

Dennis A Fuller (Terminated)

McCurley Orsinger McCurley Nelson & Downing
5950 Sherry Lane
Suite 800
Dallas, TX 75225

Heath G Harris (Terminated)
Scottie D Allen & Associates
4144 N Central Expwy
Suite 650
Dallas, TX 75204

Gerhard Ernst Kleinschmidt (Terminated)

Law Office of Gerhard Kleinschmidt
101 Oak Creek Trail
Aledo, TX 76008

Bret W Schmidt (Terminated)
Law Office of Bret W Schmidt
3500 Oak Lawn
Suite 700
Dallas, TX 75219

Frederick C Shelton , Jr
Law Office of Frederick C Shelton
PO Box 1335
Greenville, TX 75403

Glen W Wood (Terminated)
Law Office of Glen W Wood
PO Box 210173
Bedford, TX 76021-0173

Jerome D Wurst (Terminated)

Law Office of Jerome D Wurst
2501 Avenue J
Suite 100
Arlington, TX 76006


The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1004035775 [Date=3/26/2008] [FileNumber=3639519-0]
[e90d3535bfb80926a9cf05637d7055c84d6a528de71085e2f33c2221f6f58626f7fb6c7f516e696
e8b1fa8744e99e60d7765482ecf014e88985b8af850d12d85]]