IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON, | § | |
| aka Face, aka Scar, aka Scarface | § | |
| Defendant-Petitioner, | § | |
| | § | |
| v. | § | NO.  4:00-CR-260-Y |
| | § | (Civil No. 4:05-CV-756-Y) |
| | § | **DEATH PENALTY CASE** |
| UNITED STATES OF AMERICA, | § | (ECF) |
| Plaintiff-Respondent. | § | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
MOTION FOR RECONSIDERATION OF 28 U.S.C. § 2255 RULING**

The United States requests an extension of time to December 23, 2008, to respond to Robinson's motion for reconsideration of the Court's order denying relief under 28 U.S.C. § 2255.

As the Court is aware, this is a fact-intensive case and it involves the death penalty.  Because of these circumstances, and because counsel for the government has two appellate briefs due to be filed in the Fifth Circuit in the next three weeks, the government seeks a brief extension of time to respond to Robinson's motion.

This request is not being made for purposes of delay.  Furthermore, the United States is unaware of any prejudice to Robinson that will result from the enlargement of time to respond.  His counsel is not opposed to the additional time, as indicated in the certificate of conference.

**Motion for Extension of Time - Page 1**

For these reasons, the United States asks that it be granted an extension of time to December 23, 2008, to file its response.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY


 /s/ Susan Cowger
SUSAN COWGER
Assistant United States Attorney
Texas State Bar No: 08390150
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:    214.659.8622
Facsimile:    214.659.8800
E-mail:        susan.cowger@usdoj.gov
Attorney for Respondent

**Motion for Extension of Time - Page 2**

**CERTIFICATE OF CONFERENCE**

Mr. Michael Charlton advised me that he is unopposed to this motion.

SUSAN COWGER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that a I filed this motion electronically on December 1, 2008, using the

court's electronic case filing (ECF) system.  The ECF system sent a "Notice of Electronic

Filing" to the following attorneys of record who have consented in writing to accept this

Notice as service of this document by electronic means:

Michael B. Charlton
Deputy Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, NV 89101-6632

Sean Kennedy                          Craig Harbaugh
Federal Public Defender               Deputy Federal Public Defender
321 E. 2nd Street                     321 E. 2nd Street
Los Angeles, California, 90012        Los Angeles, California 90012

SUSAN COWGER
Assistant United States Attorney

**Motion for Extension of Time - Page 3**