IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS ROBINSON, | § | |
|    aka Face, aka Scar, aka Scarface, | § | |
|       Defendant-Petitioner, | § | |
| | § | CRIMINAL NO. 4-00-CR-260-Y (2) |
| v. | § | (Civil No. 4:05-CV-756-Y) |
| | § | |
| | § | (death-penalty case) |
| UNITED STATES OF AMERICA, | § | |
|       Plaintiff-Respondent. | § | |

## ORDER GRANTING MOTION FOR EXTENSION

On December 1, 2008, the government filed an unopposed Motion for Extension of Time to Respond to Petitioner's Motion for Reconsideration of Order Denying Relief under 28 U.S.C. § 2255 (doc. #2458) , containing a certificate of conference indicating that petitioner Robinson does not oppose the motion.

Having reviewed the motion, the Court finds that it is in the interest of justice to grant an extension of time to file the response.  Therefore, the government's unopposed Motion for Extension of Time to Respond to Petitioner's Motion for Reconsideration of Order Denying Relief under 28 U.S.C. § 2255 is GRANTED, and the deadline for filing the government's response is extended to December 23, 2008.

SIGNED December 3, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE