IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS OMAR ROBINSON
§
VS.                                       §    CRIMINAL NO. 4:00-CR-260-Y (2)
                                          §    CIVIL NO. 4:07-CV-756-Y
SUN LIFE ASSURANCE COMPANY                §    (death-penalty case)
OF CANADA                                 §

**ORDER VACATING DOCUMENT NUMBER 2457**
(with special instructions to the clerk)

On November 25, 2008, this Court issued an Order Unfiling document number 2457 due to deficiencies. This order was issued in error and is, therefore, **VACATED**. The clerk of the Court is hereby DIRECTED to reinstate the Motion for Reconsideration of the Memorandum Opinion and Judgment [doc. #2456], as of its original filing date of November 24, 2008.

SIGNED December 3, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

1