IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No.  4:00-CR-260-Y |
| | § | |
| JULIUS OMAR ROBINSON (2) | § | |

### ENTRY OF APPEARANCE AS LEAD COUNSEL FOR
### THE UNITED STATES OF AMERICA

Susan B. Cowger, Assistant United States Attorney, enters her appearance as lead

counsel for the United States of America in this case.  Assistant United States Attorney

Marc W. Barta has the responsibility as co-counsel in this case on behalf of the United

States of America.  The United States requests that all notices relating to this case be sent

to the undersigned.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY


/s/ Susan B. Cowger
SUSAN B. COWGER
Assistant United States Attorney
State Bar of Texas No.  08390150
1100 Commerce St, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8800


**Entry of Appearance as Lead Counsel - Page 1**

## CERTIFICATE OF SERVICE

I certify that a I filed this motion electronically on December 5, 2008, using the court's electronic case filing (ECF) system.  The ECF system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Michael B. Charlton
Deputy Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, NV 89101-6632

Sean Kennedy                          Craig Harbaugh
Federal Public Defender               Deputy Federal Public Defender
321 E. 2nd Street                     321 E. 2nd Street
Los Angeles, California, 90012        Los Angeles, California 90012


/s/ Susan B. Cowger
SUSAN B. COWGER
Assistant United States Attorney

**Entry of Appearance as Lead Counsel - Page 2**