THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS OMAR ROBINSON,** | § | **CRIMINAL NO. 4:00-CR-00260-2** |
| **aka Face, aka Scar, aka Scarface,** | § | **(Civil Action no. 4:05-CV-0756-Y)** |
| **Defendant/Petitioner,** | § | |
| | § | **DEATH PENALTY CASE** |
| **vs.** | § | |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff/Respondent.** | § | |
| | § | |

---

### NOTICE OF APPEAL

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that Counsel for Petitioner JULIUS OMAR ROBINSON, pursuant to 28 U.S.C. § 1291 and F.R.A.P. 4, appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Dkt. 2454), Memorandum Opinion and Order (Dkt. 2453), filed November 7, 2008, in the above-numbered cause and the Order Denying the Motion for Reconsideration (Dkt. 2465), filed February 17, 2009 by the United States District Court for the Northern District of Texas, Fort Worth Division.

/ / /

/ / /

Mr. Robinson proceeds *in forma pauperis* pursuant to F.R.A.P. 24(a).

Respectfully submitted,

Dated: April 17, 2009

*Sean K. Kennedy*
SEAN K. KENNEDY
Federal Public Defender

SEAN K. KENNEDY, No. 145632
Federal Public Defender
CRAIG A. HARBAUGH, No. 194309
Deputy Federal Public Defender
Federal Public Defender's Office
321 East 2nd Street
Los Angeles, CA 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-7566
E-Mail: Sean_Kennedy@fd.org
         Craig_Harbaugh@fd.org

Attorneys for Petitioner
JULIUS ROBINSON

MICHAEL CHARLTON, No. 04144800
Deputy Federal Public Defender
Federal Public Defender's Office
411 East Bonneville Avenue, Suite 250
Las Vegas, NV   89101-6632
Telephone: (702) 388-6577
Facsimile: (702) 388-6261
E-Mail: mike_charlton@fd.org

Attorneys for Petitioner
JULIUS ROBINSON

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on *April 17, 2009*, I electronically filed the

foregoing document with the clerk of the court for the U.S. District Court, Northern District of

Texas, using the electronic case filing system of the court. The electronic case filing system sent

a "Notice of Electronic filing" to the following attorneys of record who have consented in writing

to accept this Notice as service of this document by electronic means:

Marc W Barta-DOJ
US Attorney's Office
1100 Commerce St, Third Floor
Dallas , TX 75242
214/659-8645; Fax: 214/767-2846
Email: marc.barta@usdoj.gov

Frederick Martin Schattman-DOJ
US Attorney's Office
Burnett Plaza
801 Cherry St Suite 1700
Fort Worth , TX 76102-6882
Email: frederick.schattman@usdoj.gov

SUSAN COWGER
Assistant United States Attorney
U.S. Attorney's Office
1100 Commerce Street, 3rd Fl.
Dallas, Texas 75242-1699
Email: susan.cowger@usdoj.gov

I, the undersigned, hereby certify that on *April 17, 2009*, I served the foregoing document

by mailing a copy to the following individuals:

***LEGAL & CONFIDENTIAL***
JULIUS OMAR ROBINSON
No. 26190-177
USP - Terre Haute
P.O. Box 33
Terre Haute, IN    47808

Dated: April 17, 2009                      *Sean K. Kennedy*
                                            SEAN K. KENNEDY
                                            Federal Public Defender

                                            Attorneys for Appellant/Pro Se
                                            JULIUS OMAR ROBINSON