# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CAUSE NO. 4:00-CR-00260-2** |
| | **:** | **(Civil No. 4:05-CV-756-Y)** |
| | **:** | **DEATH PENALTY CASE** |
| **vs.** | **:** | |
| | **:** | **Honorable Terry Means** |
| **JULIUS ROBINSON** | **:** | **United States District Judge** |

_____

## ORDER GRANTING CERTIFICATE OF APPEALABILITY
_____

Upon reading the Petitioner's Application for a Certificate of Appealability

and good cause thererfor, this Court grants the Certificate of Appealability on all

grounds.


DATED:_____          _____
                               HONORABLE TERRY MEANS
                               UNITED STATES DISTRICT JUDGE
                               NORTHERN DISTRICT OF TEXAS