

ecf_txnd@txnd.uscourts.go
v

04/17/2009 02:23 PM

To    Courtmail@txnd.uscourts.gov

cc

bcc

Subject    Activity in Case 4:00-cr-00260-Y USA v. Henderson, et al
Notice of Appeal

**09-70020**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

RECEIVED

MAY – 5 2009

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

The following transaction was entered by Kennedy, Sean on 4/17/2009 at 2:23 PM CDT and filed on 4/17/2009

| | |
|---|---|
| **Case Name:** | USA v. Henderson, et al |
| **Case Number:** | 4:00-cr-260 |
| **Filer:** | Dft No. 2 - Julius Omar Robinson |
| **Document Number:** | 2466 |

**Docket Text:**
**NOTICE OF APPEAL to the Fifth Circuit as to [2465] Order on Motion for Reconsideration, [2454] Judgment, [2453] Memorandum Opinion and Order, by Julius Omar Robinson. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. (Kennedy, Sean)**

**4:00-cr-260-2 Notice has been electronically mailed to:**

Bill Lane    bill_lane@sbcglobal.net