IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CRIMINAL NO.  4:00-CR-0260-Y |
| | § | (Civil Action No. 4:05-CV-0756-Y) |
| JULIUS OMAR ROBINSON (02), | § | |
| Defendant | § | |

## NOTICE OF DEFICIENCY AND ORDER

Upon review of the Notice of Appeal (doc. #2466) filed in the above styled and numbered cause, the following deficiencies appear:

( )  The $455 appellate filing fee has not been paid nor has a proper request to proceed *in forma pauperis* on appeal been submitted.  As no filing fee is required when filing a motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255, Movant is not proceeding *in forma pauperis* and he/she should either pay the appellate filing fee or submit a motion for leave to proceed *in forma pauperis* on appeal.

(**X**)  The request to proceed *in forma pauperis* on appeal does not include a certification of the balance and deposits in Movant's inmate trust account for the prior six months.  Movant must submit a new request to proceed *in forma pauperis* on appeal which includes a **certification** of the balance and deposits in his inmate trust account for the prior six months.  This can be obtained from an official at the law library.

**The clerk of the Court shall take the following indicated action:**

(**X**)  A true copy of this order shall be mailed to Movant or his attorney of record.

( )  A form application to proceed *in forma pauperis* on appeal shall be mailed to movant.

It is hereby **ORDERED** that Movant shall cure each aforementioned deficiency within thirty (30) days of the date of this order.

SIGNED May 18, 2009.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/drs