THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON, | : | Civil No. 4:05-CV-756-Y |
| aka Face, aka Scar, aka Scarface, | : | (Criminal No. 4:00-CR-00260-2) |
| Defendant/Petitioner, | : | |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | Honorable Terry Means |
| UNITED STATES OF AMERICA, | : | United States District Judge |
| | : | |
| Plaintiff/Respondent. | : | |

---

**APPLICATION TO PROCEED**
*IN FORMA PAUPERIS* **ON APPEAL**

---

SEAN K. KENNEDY, No. 145632
Federal Public Defender
CRAIG A. HARBAUGH, No. 194309
Deputy Federal Public Defender
Federal Public Defender's Office
321 East 2nd Street
Los Angeles, CA 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-7566
E-Mail: Sean_Kennedy@fd.org
          Craig_Harbaugh@fd.org

Attorneys for Petitioner
JULIUS ROBINSON

MICHAEL CHARLTON, No. 04144800
Deputy Federal Public Defender
Federal Public Defender's Office
411 East Bonneville Avenue, Suite 250
Las Vegas, NV  89101-6632
Telephone: (702) 388-6577
Facsimile: (702) 388-6261
E-Mail: mike_charlton@fd.org

Attorneys for Petitioner
JULIUS ROBINSON

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON, | : | Civil No. 4:05-CV-756-Y |
| aka Face, aka Scar, aka Scarface, | : | (Criminal No. 4:00-CR-00260-2) |
| Defendant/Petitioner, | : | |
| | : | DEATH PENALTY CASE |
| vs. | : | |
| | : | Honorable Terry Means |
| UNITED STATES OF AMERICA, | : | United States District Judge |
| | : | |
| Plaintiff/Respondent. | : | |

---

**APPLICATION TO PROCEED**
***IN FORMA PAUPERIS* ON APPEAL**

---

**APPLICATION**

Pursuant to the Court's Notice of Deficiency and Order dated May 18, 2009, Petitioner

Julius Robinson hereby files this application to proceed *in forma pauperis* on appeal.  In support

of this application, Petitioner provides the attached certification of the balance and deposits of

Petitioner's trust account for the prior six months.  An affidavit from Petitioner will be filed

forthwith.  (*See* Declaration of Sean K. Kennedy).

                              Respectfully submitted,

Dated:   June 4, 2009              *//s// Sean K. Kennedy*
                              SEAN K. KENNEDY
                              Federal Public Defender
                              MIKE CHARLTON
                              CRAIG A. HARBAUGH
                              Deputy Federal Public Defenders

**DECLARATION OF SEAN K. KENNEDY**

I, Sean K. Kennedy, declare as follows:

1. On June 5, 2002 Julius Robinson was convicted and sentenced to death. On April 14, 2004, Robinson's conviction and sentence were affirmed on appeal.

2. At each stage of these criminal proceedings, including post-conviction proceedings, Robinson has been indigent and represented by appointed counsel. Robinson has been incarcerated since his arrest on the instant offense. He was found to be indigent by this Court prior to trial and was provided court appointed counsel. Robinson was also provided court-appointed counsel for direct appeal. On January 10, 2005 (Dkt # 2218), the Court appointed Mike Charlton and Gary Taylor to represent Robinson. Thereafter, on July 21, 2005 (Dkt # 2271), the Court appointed the Federal Public Defender's Office for the Central District of California as co-counsel in this case with Michael Charlton, then a private Texas attorney. On July 26, 2006, the Court redesignated Mike Charlton as counsel after taking a position with the Federal Public Defender's Office for District of Nevada.

3. Based upon a misunderstanding regarding a requirement to re-submit a motion to proceed *in forma pauperis* on appeal of the denial of 2255 motion, even though counsel had been previously appointed on the 2255 motion, Robinson's counsel did not file a motion *in forma pauperis* or an *in forma pauperis* affidavit.

4. Pursuant to the Court's order, counsel has obtained the certification of the balance and deposits of Petitioner's trust account for the prior six months. Due to an oversight, however, the

/ / /

2

affidavit of Petitioner has not been obtained.  That deficiency has will soon be corrected.  As soon as the completed and signed affidavit is received, it will be submitted to the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  June 4, 2009                    _____//s// Sean K. Kennedy_____

                                                    SEAN K. KENNEDY