## All Transactions

| | | |
|---|---|---|
| Inmate Reg #: | 26190177 | Current Institution: | Terre Haute FCI |
| Inmate Name: | ROBINSON, JULIUS | Housing Unit: | THP-N-A |
| Report Date: | 05 21 2009 | Living Quarters: | X02-3201 |
| Report Time: | 9:20:26 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 5/19/2009 8:29:16 AM | Sales | ($4.20) | 66 | | $8.55 |
| 5/16/2009 9:40:40 PM | Phone Withdrawal | ($3.00) | TFN0516 | | $12.75 |
| 5/16/2009 3:12:27 PM | Phone Withdrawal | ($5.00) | TFN0516 | | $15.75 |
| 5/15/2009 9:27:53 PM | Phone Withdrawal | ($10.00) | TFN0515 | | $20.75 |
| 5/15/2009 5:34:46 PM | Phone Withdrawal | ($3.00) | TFN0515 | | $30.75 |
| 5/14/2009 3:42:03 PM | Phone Withdrawal | ($1.00) | TFN0514 | | $33.75 |
| 5/14/2009 2:23:44 PM | Phone Withdrawal | ($1.00) | TFN0514 | | $34.75 |
| 5/12/2009 5:33:56 PM | Phone Withdrawal | ($3.00) | TFN0512 | | $35.75 |
| 5/11/2009 12:17:22 PM | Sales | ($42.10) | 1 | | $38.75 |
| 5/10/2009 8:54:44 PM | Phone Withdrawal | ($3.00) | TFN0510 | | $80.85 |
| 5/10/2009 1:10:30 PM | Phone Withdrawal | ($7.00) | TFN0510 | | $83.85 |
| 5/10/2009 5:58:37 AM | Lockbox - CD | $40.00 | 70133002 | | $90.85 |
| 5/9/2009 4:30:06 AM | Bills | $10.00 | 1811-C | | $50.85 |
| 5/8/2009 5:55:31 AM | FRP Monthly Pymt | ($30.00) | IOS1070 | | $40.85 |
| 5/8/2009 5:47:55 AM | Payroll - IPP | $25.00 | IIPP0409 | | $70.85 |
| 5/7/2009 3:53:59 PM | Phone Withdrawal | ($2.00) | TFN0507 | | $45.85 |
| 5/7/2009 12:10:34 PM | Phone Withdrawal | ($3.00) | TFN0507 | | $47.85 |
| 5/7/2009 8:13:21 AM | Subscriptions | ($29.95) | | 3265 | $50.85 |
| 5/4/2009 6:11:12 PM | Phone Withdrawal | ($8.00) | TFN0504 | | $80.80 |
| 5/4/2009 1:35:47 PM | Phone Withdrawal | ($3.00) | TFN0504 | | $88.80 |
| 5/4/2009 12:08:54 PM | Sales | ($3.70) | 18 | | $91.80 |
| 5/4/2009 12:06:38 PM | Sales | ($40.15) | 17 | | $95.50 |
| 5/3/2009 5:48:50 PM | Phone Withdrawal | ($5.00) | TFN0503 | | $135.65 |
| 5/2/2009 3:25:57 PM | Phone Withdrawal | ($5.00) | TFN0502 | | $140.65 |
| 5/2/2009 1:12:05 PM | Phone Withdrawal | ($5.00) | TFN0502 | | $145.65 |
| 4/30/2009 3:02:21 PM | Phone Withdrawal | ($4.00) | TFN0430 | | $150.65 |
| 4/30/2009 1:27:52 PM | Phone Withdrawal | ($3.00) | TFN0430 | | $154.65 |
| 4/29/2009 6:48:17 PM | Phone Withdrawal | ($3.00) | TFN0429 | | $157.65 |
| 4/29/2009 11:27:01 AM | Phone Withdrawal | ($5.00) | TFN0429 | | $160.65 |
| 4/28/2009 4:11:22 PM | Western Union | $150.00 | 33315009 | | $165.65 |
| 4/28/2009 3:13:12 PM | Phone Withdrawal | ($3.00) | TFN0428 | | $15.65 |
| 4/28/2009 1:31:46 PM | Phone Withdrawal | ($2.00) | TFN0428 | | $18.65 |
| 4/27/2009 7:03:23 PM | Phone Withdrawal | ($4.00) | TFN0427 | | $20.65 |
| 4/27/2009 12:35:43 PM | Phone Withdrawal | ($5.00) | TFN0427 | | $24.65 |
| 4/27/2009 9:36:44 AM | Sales | ($60.35) | 1 | | $29.65 |
| 4/26/2009 7:55:23 PM | Phone Withdrawal | ($5.00) | TFN0426 | | $90.00 |
| 4/26/2009 11:34:51 AM | Phone Withdrawal | ($5.00) | TFN0426 | | $95.00 |
| 4/25/2009 6:30:51 PM | Phone Withdrawal | ($2.00) | TFN0425 | | $100.00 |
| 4/24/2009 9:02:55 PM | Phone Withdrawal | ($10.00) | TFN0424 | | $102.00 |
| 4/23/2009 6:10:51 PM | Western Union | $100.00 | 33314709 | | $112.00 |
| 4/23/2009 12:29:53 PM | Phone Withdrawal | ($1.00) | TFN0423 | | $12.00 |
| 4/22/2009 1:12:51 PM | Phone Withdrawal | ($5.00) | TFN0422 | | $13.00 |
| 4/22/2009 12:29:01 PM | Phone Withdrawal | ($2.00) | TFN0422 | | $18.00 |
| 4/21/2009 4:10:03 PM | Western Union | $20.00 | 33314509 | | $20.00 |
| 4/8/2009 5:18:39 AM | FRP Monthly Pymt | ($26.85) | IOS1061 | | $0.00 |
| 4/8/2009 5:10:10 AM | Payroll - IPP | $25.00 | IIPP0309 | | $26.85 |
| 4/6/2009 7:49:43 PM | Phone Withdrawal | ($1.00) | TFN0406 | | $1.85 |
| 4/6/2009 6:52:26 PM | Phone Withdrawal | ($2.00) | TFN0406 | | $2.85 |
| 4/6/2009 7:56:23 AM | Sales | ($11.60) | 31 | | $4.85 |
| 4/3/2009 8:33:01 PM | Phone Withdrawal | ($2.00) | TFN0403 | | $16.45 |

1 2 3 4 5 6

Notarized this 21st day of MAY, 2009.
Bruce Ryherd, Notary Public
Vigo County, Indiana
Commission Expires April 5, 2012.

## All Transactions

| Inmate Reg #: | 26190177 | Current Institution: | Terre Haute FCI |
| Inmate Name: | ROBINSON, JULIUS | Housing Unit: | THP-X-A |
| Report Date: | 05 21 2009 | Living Quarters: | X02-320L |
| Report Time: | 9:20:41 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|-----------|------------------|--------|------|----------|---------|
| 4/3/2009 7:44:40 PM | Phone Withdrawal | ($2.00) | TFN0403 | | $18.45 |
| 4/2/2009 1:47:33 PM | Phone Withdrawal | ($1.00) | TFN0402 | | $20.45 |
| 4/2/2009 12:43:32 PM | Phone Withdrawal | ($1.00) | TFN0402 | | $21.45 |
| 4/1/2009 7:02:07 PM | Phone Withdrawal | ($1.00) | TFN0401 | | $22.45 |
| 3/31/2009 8:36:47 PM | Phone Withdrawal | ($2.00) | TFN0331 | | $23.45 |
| 3/30/2009 7:51:10 PM | Phone Withdrawal | ($2.00) | TFN0330 | | $25.45 |
| 3/30/2009 7:15:37 PM | Phone Withdrawal | ($3.00) | TFN0330 | | $27.45 |
| 3/21/2009 8:24:25 PM | Phone Withdrawal | ($1.00) | TFN0321 | | $30.45 |
| 3/20/2009 8:28:50 PM | Phone Withdrawal | ($1.00) | TFN0320 | | $31.45 |
| 3/20/2009 7:51:13 PM | Phone Withdrawal | ($1.00) | TFN0320 | | $32.45 |
| 3/19/2009 1:09:10 PM | Phone Withdrawal | ($1.00) | TFN0319 | | $33.45 |
| 3/19/2009 10:54:07 AM | Phone Withdrawal | ($1.00) | TFN0319 | | $34.45 |
| 3/18/2009 6:19:07 PM | Phone Withdrawal | ($2.00) | TFN0318 | | $35.45 |
| 3/16/2009 7:59:46 PM | Phone Withdrawal | ($2.00) | TFN0316 | | $37.45 |
| 3/16/2009 7:40:27 AM | Sales | ($4.50) | 29 | | $39.45 |
| 3/15/2009 6:33:13 PM | Phone Withdrawal | ($2.00) | TFN0315 | | $43.95 |
| 3/14/2009 9:31:32 PM | Phone Withdrawal | ($2.00) | TFN0314 | | $45.95 |
| 3/14/2009 8:46:35 PM | Phone Withdrawal | ($3.00) | TFN0314 | | $47.95 |
| 3/14/2009 5:20:31 PM | Western Union | $20.00 | 33311809 | | $50.95 |
| 3/14/2009 6:02:19 AM | Lockbox - CD | $30.00 | 70129001 | | $30.95 |
| 3/9/2009 10:08:26 AM | Sales | ($21.95) | 70 | | $0.95 |
| 3/9/2009 5:28:37 AM | FRP Quarterly Pymt | ($45.00) | IOS1049 | | $22.90 |
| 3/9/2009 5:21:44 AM | Payroll - IPP | $24.00 | IPP0209 | | $67.90 |
| 3/6/2009 10:26:09 PM | Phone Withdrawal | ($2.00) | TFN0306 | | $43.90 |
| 3/6/2009 9:50:52 PM | Phone Withdrawal | ($1.00) | TFN0306 | | $45.90 |
| 3/5/2009 12:21:05 PM | Phone Withdrawal | ($7.00) | TFN0305 | | $46.90 |
| 3/5/2009 11:16:41 AM | Phone Withdrawal | ($2.00) | TFN0305 | | $53.90 |
| 3/4/2009 6:40:39 PM | Phone Withdrawal | ($5.00) | TFN0304 | | $55.90 |
| 3/4/2009 1:34:13 PM | Phone Withdrawal | ($5.00) | TFN0304 | | $60.90 |
| 2/26/2009 11:26:04 AM | Phone Withdrawal | ($1.00) | TFN0226 | | $65.90 |
| 2/25/2009 11:17:16 AM | Sales | $65.00 | 67 | | $66.90 |
| 2/23/2009 10:04:47 AM | Sales | ($88.95) | 46 | | $1.90 |
| 2/22/2009 6:28:09 PM | Phone Withdrawal | ($3.00) | TFN0222 | | $90.85 |
| 2/22/2009 9:35:12 AM | Phone Withdrawal | ($2.00) | TFN0222 | | $93.85 |
| 2/21/2009 9:15:05 PM | Phone Withdrawal | ($3.00) | TFN0221 | | $95.85 |
| 2/21/2009 11:20:31 AM | Phone Withdrawal | ($3.00) | TFN0221 | | $98.85 |
| 2/19/2009 4:09:14 PM | Western Union | $100.00 | 33310209 | | $101.85 |
| 2/17/2009 7:34:16 AM | Sales | ($8.00) | 40 | | $1.85 |
| 2/15/2009 2:03:50 PM | Phone Withdrawal | ($6.00) | TFN0215 | | $9.85 |
| 2/15/2009 11:37:26 AM | Phone Withdrawal | ($3.00) | TFN0215 | | $15.85 |
| 2/13/2009 2:16:50 PM | Phone Withdrawal | ($2.00) | TFN0213 | | $18.85 |
| 2/12/2009 2:59:25 PM | Phone Withdrawal | ($3.00) | TFN0212 | | $20.85 |
| 2/12/2009 1:31:35 PM | Phone Withdrawal | ($2.00) | TFN0212 | | $23.85 |
| 2/11/2009 2:06:50 PM | Phone Withdrawal | ($2.00) | TFN0211 | | $25.85 |
| 2/10/2009 2:33:27 PM | Phone Withdrawal | ($3.00) | TFN0210 | | $27.85 |
| 2/9/2009 8:35:18 PM | Phone Withdrawal | ($2.00) | TFN0209 | | $30.85 |
| 2/9/2009 7:58:45 PM | Phone Withdrawal | ($2.00) | TFN0209 | | $32.85 |
| 2/9/2009 7:00:05 AM | Sales | ($16.75) | 23 | | $34.85 |
| 2/9/2009 5:25:00 AM | Payroll - IPP | $24.00 | IIPP0109 | | $51.60 |
| 2/8/2009 2:57:17 PM | Phone Withdrawal | ($2.00) | TFN0208 | | $27.60 |

1 2 3 4 5 6

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 26190177 |
| Inmate Name: | ROBINSON, JULIUS |
| Report Date: | 05/21/2009 |
| Report Time: | 9:20:51 AM |

| | |
|---|---|
| Current Institution: | Terre Haute FCI |
| Housing Unit: | THP-X-A |
| Living Quarters: | X02-320I |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 2/8/2009 2:33:04 PM | Phone Withdrawal | ($2.00) | TFN0208 | | $29.60 |
| 2/6/2009 6:39:36 PM | Phone Withdrawal | ($1.00) | TFN0206 | | $31.60 |
| 2/4/2009 3:53:12 PM | Phone Withdrawal | ($6.00) | TFN0204 | | $32.60 |
| 2/4/2009 2:09:34 PM | Phone Withdrawal | ($2.00) | TFN0204 | | $38.60 |
| 2/3/2009 6:08:47 AM | Sales | ($15.70) | 2 | | $40.60 |
| 2/2/2009 7:01:47 PM | Phone Withdrawal | ($2.00) | TFN0202 | | $56.30 |
| 2/1/2009 5:45:14 PM | Phone Withdrawal | ($6.00) | TFN0201 | | $58.30 |
| 2/1/2009 4:50:49 PM | Phone Withdrawal | ($2.00) | TFN0201 | | $64.30 |
| 1/30/2009 2:56:22 PM | Phone Withdrawal | ($2.00) | TFN0130 | | $66.30 |
| 1/29/2009 8:12:49 PM | Western Union | $50.00 | 33308709 | | $68.30 |
| 1/29/2009 6:08:46 PM | Phone Withdrawal | ($6.00) | TFN0129 | | $18.30 |
| 1/29/2009 4:59:32 PM | Phone Withdrawal | ($2.00) | TFN0129 | | $24.30 |
| 1/26/2009 8:30:54 PM | Phone Withdrawal | ($2.00) | TFN0126 | | $26.30 |
| 1/26/2009 8:03:41 PM | Phone Withdrawal | ($2.00) | TFN0126 | | $28.30 |
| 1/26/2009 9:04:39 AM | Sales | $1.15 | 32 | | $30.30 |
| 1/26/2009 6:46:40 AM | Sales | ($41.35) | 31 | | $29.15 |
| 1/25/2009 6:03:48 PM | Phone Withdrawal | ($2.00) | TFN0125 | | $70.50 |
| 1/24/2009 9:00:19 PM | Phone Withdrawal | ($2.00) | TFN0124 | | $72.50 |
| 1/24/2009 8:07:57 PM | Phone Withdrawal | ($4.00) | TFN0124 | | $74.50 |
| 1/24/2009 1:10:59 PM | Western Union | $50.00 | 33308309 | | $78.50 |
| 1/24/2009 1:10:56 PM | Western Union | $20.00 | 33308309 | | $28.50 |
| 1/23/2009 8:05:29 PM | Phone Withdrawal | ($2.00) | TFN0123 | | $8.50 |
| 1/23/2009 7:30:03 PM | Phone Withdrawal | ($2.00) | TFN0123 | | $10.50 |
| 1/22/2009 7:05:24 PM | Phone Withdrawal | ($2.00) | TFN0122 | | $12.50 |
| 1/21/2009 9:24:19 PM | Phone Withdrawal | ($3.00) | TFN0121 | | $14.50 |
| 1/20/2009 8:24:35 PM | Sales | ($23.75) | 132 | | $17.50 |
| 1/20/2009 8:01:54 PM | Phone Withdrawal | ($1.00) | TFN0120 | | $41.25 |
| 1/19/2009 5:30:49 PM | Phone Withdrawal | ($2.00) | TFN0119 | | $42.25 |
| 1/16/2009 6:14:35 PM | Phone Withdrawal | ($2.00) | TFN0116 | | $44.25 |
| 1/15/2009 4:38:46 PM | Phone Withdrawal | ($5.00) | TFN0115 | | $46.25 |
| 1/15/2009 3:43:20 PM | Phone Withdrawal | ($3.00) | TFN0115 | | $51.25 |
| 1/14/2009 2:10:06 PM | Western Union | $50.00 | 33307609 | | $54.25 |
| 1/14/2009 12:34:42 PM | Phone Withdrawal | ($1.00) | TFN0114 | | $4.25 |
| 1/14/2009 10:43:53 AM | Sales | ($37.30) | 4 | | $5.25 |
| 1/13/2009 6:23:36 PM | Phone Withdrawal | ($2.00) | TFN0113 | | $42.55 |
| 1/13/2009 5:22:07 PM | Phone Withdrawal | ($4.00) | TFN0113 | | $44.55 |
| 1/13/2009 6:05:11 AM | Lockbox - CD | $40.00 | 70124801 | | $48.55 |
| 1/11/2009 5:24:55 PM | Phone Withdrawal | ($2.00) | TFN0111 | | $8.55 |
| 1/10/2009 1:37:51 PM | Phone Withdrawal | ($2.00) | TFN0110 | | $10.55 |
| 1/9/2009 8:45:36 PM | Phone Withdrawal | ($1.00) | TFN0109 | | $12.55 |
| 1/9/2009 7:57:40 PM | Phone Withdrawal | ($3.00) | TFN0109 | | $13.55 |
| 1/8/2009 6:39:42 AM | Payroll - IPP | $15.00 | IPP1208 | | $16.55 |
| 1/7/2009 12:36:40 PM | Sales | ($13.40) | 27 | | $1.55 |
| 1/6/2009 9:19:37 PM | Phone Withdrawal | ($1.00) | TFN0106 | | $14.95 |
| 1/5/2009 5:53:12 PM | Phone Withdrawal | ($1.00) | TFN0105 | | $15.95 |
| 1/4/2009 5:49:31 PM | Phone Withdrawal | ($2.00) | TFN0104 | | $16.95 |
| 1/2/2009 8:29:07 PM | Phone Withdrawal | ($3.00) | TFN0102 | | $18.95 |
| 1/2/2009 7:36:15 PM | Phone Withdrawal | ($1.00) | TFN0102 | | $21.95 |
| 1/1/2009 5:38:31 PM | Phone Withdrawal | ($2.00) | TFN0101 | | $22.95 |
| 12/30/2008 5:12:18 PM | Western Union | $20.00 | 33306509 | | $24.95 |

1 2 3 4 5 6

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 26190177 |
| Inmate Name: | ROBINSON, JULIUS |
| Report Date: | 05/21/2009 |
| Report Time: | 9:21:01 AM |

| | |
|---|---|
| Current Institution: | Terre Haute FCI |
| Housing Unit: | THP-X-A |
| Living Quarters: | X02-320L |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 12/29/2008 6:29:06 PM | Sales | ($6.45) | 112 | | $4.95 |
| 12/28/2008 7:11:05 PM | Phone Withdrawal | ($2.00) | TFN1228 | | $11.40 |
| 12/26/2008 10:06:15 PM | Phone Withdrawal | ($3.00) | TFN1226 | | $13.40 |
| 12/26/2008 9:12:19 PM | Phone Withdrawal | ($4.00) | TFN1226 | | $16.40 |
| 12/25/2008 2:21:40 PM | Phone Withdrawal | ($10.00) | TFN1225 | | $20.40 |
| 12/24/2008 5:40:24 PM | Phone Withdrawal | ($10.00) | TFN1224 | | $30.40 |
| 12/22/2008 1:19:52 PM | Phone Withdrawal | ($7.00) | TFN1222 | | $40.40 |
| 12/22/2008 12:25:42 PM | Phone Withdrawal | ($3.00) | TFN1222 | | $47.40 |
| 12/22/2008 11:48:29 AM | Sales | ($42.85) | 13 | | $50.40 |
| 12/21/2008 8:30:19 PM | Phone Withdrawal | ($3.00) | TFN1221 | | $93.25 |
| 12/21/2008 7:30:25 PM | Phone Withdrawal | ($4.00) | TFN1221 | | $96.25 |
| 12/18/2008 7:27:37 PM | Phone Withdrawal | ($10.00) | TFN1218 | | $100.25 |
| 12/18/2008 5:29:01 AM | Lockbox - CD | $60.00 | 70123201 | | $110.25 |
| 12/17/2008 3:13:57 PM | Western Union | $50.00 | 33305609 | | $50.25 |
| 12/17/2008 1:28:43 PM | Sales | ($18.75) | 61 | | $0.25 |
| 12/16/2008 9:38:14 PM | Phone Withdrawal | ($1.00) | TFN1216 | | $19.00 |
| 12/14/2008 5:07:52 PM | Phone Withdrawal | ($5.00) | TFN1214 | | $20.00 |
| 12/14/2008 4:10:32 PM | Western Union | $25.00 | 33305409 | | $25.00 |
| 12/10/2008 11:51:40 AM | Sales | $0.00 | 16 | | $0.00 |
| 12/8/2008 5:55:57 AM | FRP Quarterly Pymt | ($43.44) | IOS1018 | | $0.00 |
| 12/8/2008 5:35:02 AM | Lockbox - CD | $25.00 | 70122403 | | $43.44 |
| 12/7/2008 6:13:28 PM | Phone Withdrawal | ($5.00) | TFN1207 | | $18.44 |
| 12/7/2008 5:43:19 PM | Phone Withdrawal | ($2.00) | TFN1207 | | $23.44 |
| 12/6/2008 6:41:21 PM | Phone Withdrawal | ($3.00) | TFN1206 | | $25.44 |
| 12/6/2008 5:57:58 PM | Phone Withdrawal | ($2.00) | TFN1206 | | $28.44 |
| 12/5/2008 4:52:57 PM | Phone Withdrawal | ($2.00) | TFN1205 | | $30.44 |
| 12/5/2008 3:52:11 PM | Phone Withdrawal | ($2.00) | TFN1205 | | $32.44 |
| 12/4/2008 6:19:50 PM | Western Union | $30.00 | 33304709 | | $34.44 |
| 12/3/2008 8:36:00 PM | Phone Withdrawal | ($2.00) | TFN1203 | | $4.44 |
| 12/3/2008 12:01:40 PM | Sales | ($24.25) | 45 | | $6.44 |
| 11/29/2008 7:44:19 PM | Phone Withdrawal | ($5.00) | TFN1129 | | $30.69 |
| 11/29/2008 5:32:58 PM | Phone Withdrawal | ($5.00) | TFN1129 | | $35.69 |
| 11/28/2008 3:00:23 PM | Phone Withdrawal | ($1.00) | TFN1128 | | $40.69 |
| 11/27/2008 7:57:47 PM | Phone Withdrawal | ($3.00) | TFN1127 | | $41.69 |
| 11/27/2008 12:36:22 PM | Phone Withdrawal | ($3.00) | TFN1127 | | $44.69 |
| 11/26/2008 7:41:55 PM | Phone Withdrawal | ($4.00) | TFN1126 | | $47.69 |
| 11/25/2008 3:07:59 PM | Sales | ($61.40) | 111 | | $51.69 |
| 11/25/2008 10:16:07 AM | Phone Withdrawal | ($2.00) | TFN1125 | | $113.09 |
| 11/24/2008 8:14:52 PM | Phone Withdrawal | ($4.00) | TFN1124 | | $115.09 |
| 11/24/2008 8:11:58 PM | Phone Withdrawal | ($1.00) | TFN1124 | | $119.09 |
| 11/20/2008 5:56:49 PM | Phone Withdrawal | ($6.00) | TFN1120 | | $120.09 |
| 11/20/2008 9:08:25 AM | Western Union | $80.00 | 33303709 | | $126.09 |
| 11/19/2008 3:04:30 PM | Sales | ($22.05) | 101 | | $46.09 |
| 11/18/2008 9:38:14 PM | Phone Withdrawal | ($2.00) | TFN1118 | | $68.14 |
| 11/18/2008 7:28:42 PM | Phone Withdrawal | ($4.00) | TFN1118 | | $70.14 |
| 11/18/2008 10:14:19 AM | Western Union | $30.00 | 33303509 | | $74.14 |
| 11/17/2008 7:34:15 PM | Western Union | $25.00 | 33303409 | | $44.14 |
| 11/17/2008 5:45:16 PM | Phone Withdrawal | ($1.00) | TFN1117 | | $19.14 |
| 11/15/2008 7:32:56 PM | Phone Withdrawal | ($3.00) | TFN1115 | | $20.14 |
| 11/15/2008 3:38:22 PM | Phone Withdrawal | ($2.00) | TFN1115 | | $23.14 |

1 2 3 4 5 6