## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CAUSE NO. 4:00-CR-00260-2** |
| | : | **(Civil No. 4:05-CV-756-Y)** |
| | : | **DEATH PENALTY CASE** |
| **vs.** | : | |
| | : | **Honorable Terry Means** |
| **JULIUS ROBINSON** | : | **United States District Judge** |

---

### ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED
### *IN FORMA PAUPERIS* ON APPEAL

---

On this the ___ day of June, 2009 came on to be heard Mr. Robinson's application to proceed *in forma pauperis* on appeal.

IT IS THEREFORE ORDERED that Mr. Robinson is hereby authorized to proceed *in forma pauperis* on appeal.


DATED:_____                    _____
                                          HONORABLE TERRY MEANS
                                          UNITED STATES DISTRICT JUDGE
                                          NORTHERN DISTRICT OF TEXAS