THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON, | : | Civil No. 4:05-CV-756-Y |
| aka Face, aka Scar, aka Scarface, | : | (Criminal No. 4:00-CR-00260-2) |
| Defendant/Petitioner, | : | |
| | : | **DEATH PENALTY CASE** |
| vs. | : | |
| | : | Honorable Terry Means |
| UNITED STATES OF AMERICA, | : | United States District Judge |
| | : | |
| Plaintiff/Respondent. | : | |

---

### SUPPLEMENTAL DOCUMENTS IN SUPPORT OF
### APPLICATION TO PROCEED
### *IN FORMA PAUPERIS* ON APPEAL

---

SEAN K. KENNEDY, No. 145632
Federal Public Defender
CRAIG A. HARBAUGH, No. 194309
Deputy Federal Public Defender
Federal Public Defender's Office
321 East 2nd Street
Los Angeles, CA 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-7566
E-Mail: Sean_Kennedy@fd.org
        Craig_Harbaugh@fd.org

Attorneys for Petitioner
JULIUS ROBINSON

MICHAEL CHARLTON, No. 04144800
Deputy Federal Public Defender
Federal Public Defender's Office
411 East Bonneville Avenue, Suite 250
Las Vegas, NV  89101-6632
Telephone: (702) 388-6577
Facsimile: (702) 388-6261
E-Mail: mike_charlton@fd.org

Attorneys for Petitioner
JULIUS ROBINSON

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON, | : | Civil No. 4:05-CV-756-Y |
| aka Face, aka Scar, aka Scarface, | : | (Criminal No. 4:00-CR-00260-2) |
| Defendant/Petitioner, | : | |
| | : | DEATH PENALTY CASE |
| vs. | : | |
| | : | Honorable Terry Means |
| UNITED STATES OF AMERICA, | : | United States District Judge |
| | : | |
| Plaintiff/Respondent. | : | |

---

## SUPPLEMENTAL DOCUMENTS IN SUPPORT OF
## APPLICATION TO PROCEED
## *IN FORMA PAUPERIS* ON APPEAL

---

Pursuant to the Court's Notice of Deficiency and Order dated May 18, 2009, Petitioner

Julius Robinson hereby files his signed affidavit and certificate of inmate trust account in support

of his application to proceed *in forma pauperis* on appeal previously filed with the Court (Dkt #

2471).

Respectfully submitted,

Dated:   June 16, 2009

*//s// Sean K. Kennedy*

SEAN K. KENNEDY
Federal Public Defender
MIKE CHARLTON
CRAIG A. HARBAUGH
Deputy Federal Public Defenders

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE** Northern **DISTRICT OF TEXAS**

Fort Worth **DIVISION**

Julius O Robinson 26190-177
Plaintiff's name and ID Number

USP Terre Haute
Place of Confinement

Civil No. 4:05-CV-756-Y
CASE NO. Criminal No. 4:00-CR-00260-2
(Clerk will assign the number)

v.

United States of America

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

Defendant's name and address

I, Julius Robinson, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1.       Have you received, within the past 12 months, any money from any of the following sources?

| | | |
|---|---|---|
| a. Business, profession or form of self-employment? | Yes | **No** |
| b. Rent payments, interest or dividends? | Yes | **No** |
| c. Pensions, annuities or life insurance payments? | Yes | **No** |
| d. Gifts or inheritances? | Yes | **No** |
| e. Family of friends? | **Yes** | No |
| f. Any other sources? | Yes | **No** |

If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

Can't describe each source of money, because they don't give us ~~more~~ receipt anymore, so you don't know who send what.

2.       Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

                    Yes          **No**

If you answered **YES**, state the total value of the items owned.

- 1 -

*Exhibit IV-2*
*Prisoner Motion to Proceed IFP*

3.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes    (No)

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this the ___8th___ day of ___June_____, 20 _09___.

___Julius O Robinson___    ___26190-177___
Signature of Plaintiff    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

*Exhibit IV-2*
*Prisoner Motion to Proceed IFP*

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the _Federal Correctional Complex Terre Haute_
(name of institution)
where _Julius Robinson_, Inmate ID No. _26690-177_, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1)    On this day the prisoner has in his account the sum of $ _0_.

(2)    During the past six months, the prisoner's:

Average monthly balance was $ _34.63_.

Average monthly deposits to the prisoner's account were $ _168.83_.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent)

showing transactions for the past six months.

Signed this _10_ day of _June_, 20 _09_.


_Brian K Englisl Bri K 2_
Authorized Officer

_FCC Terre Haute_
Institution of Confinement

*Exhibit IV-2*
*Prisoner Motion to Proceed IFP*

# Inmate Statement



| Inmate Reg #: | 26190177 | Current Institution: | Terre Haute FCI |
|---|---|---|---|
| Inmate Name: | ROBINSON, JULIUS | Housing Unit: | THP-X-A |
| Report Date: | 06-10-2009 | Living Quarters: | X02-320L |
| Report Time: | 10:55:12 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 6/8/2009 5:30:07 AM | IOS1080 | | | FRP Monthly Pymt | ($25.30) | | $0.00 |
| THA | 6/8/2009 5:17:29 AM | IIPP0509 | | | Payroll - IPP | $25.00 | | $25.30 |
| THA | 6/5/2009 11:22:12 AM | TFN0605 | | | Phone Withdrawal | ($7.00) | | $0.30 |
| THA | 6/5/2009 10:34:09 AM | TFN0605 | | | Phone Withdrawal | ($3.00) | | $7.30 |
| THA | 6/4/2009 2:24:18 PM | TFN0604 | | | Phone Withdrawal | ($3.00) | | $10.30 |
| THA | 6/4/2009 7:50:56 AM | TFN0604 | | | Phone Withdrawal | ($4.00) | | $13.30 |
| THA | 6/2/2009 7:01:30 PM | TFN0602 | | | Phone Withdrawal | ($3.00) | | $17.30 |
| THA | 6/1/2009 9:00:00 PM | TFN0601 | | | Phone Withdrawal | ($3.00) | - | $20.30 |
| THA | 6/1/2009 11:54:57 AM | TFN0601 | | | Phone Withdrawal | ($3.00) | | $23.30 |
| THA | 6/1/2009 7:24:10 AM | 30 | | | Sales | ($23.75) | | $26.30 |
| THA | 5/28/2009 3:09:00 PM | 33317209 | | | Western Union | $50.00 | | $50.05 |
| THA | 5/27/2009 7:29:10 AM | 51 | | | Sales | ($8.50) | | $0.05 |
| THA | 5/19/2009 8:29:16 AM | 66 | | | Sales | ($4.20) | | $8.55 |
| THA | 5/16/2009 9:40:40 PM | TFN0516 | | | Phone Withdrawal | ($3.00) | | $12.75 |
| THA | 5/16/2009 3:12:27 PM | TFN0516 | | | Phone Withdrawal | ($5.00) | | $15.75 |
| THA | 5/15/2009 9:27:53 PM | TFN0515 | | | Phone Withdrawal | ($10.00) | | $20.75 |
| THA | 5/15/2009 5:34:46 PM | TFN0515 | | | Phone Withdrawal | ($3.00) | | $30.75 |
| THA | 5/14/2009 3:42:03 PM | TFN0514 | | | Phone Withdrawal | ($1.00) | | $33.75 |
| THA | 5/14/2009 2:23:44 PM | TFN0514 | | | Phone Withdrawal | ($1.00) | | $34.75 |
| THA | 5/12/2009 5:33:56 PM | TFN0512 | | | Phone Withdrawal | ($3.00) | | $35.75 |
| THA | 5/11/2009 12:17:22 PM | 1 | | | Sales | ($42.10) | | $38.75 |
| THA | 5/10/2009 8:54:44 PM | TFN0510 | | | Phone Withdrawal | ($3.00) | | $80.85 |
| THA | 5/10/2009 1:10:30 PM | TFN0510 | | | Phone Withdrawal | ($7.00) | | $83.85 |
| THA | 5/10/2009 5:58:37 AM | 70133002 | | | Lockbox - CD | $40.00 | | $90.85 |
| THA | 5/9/2009 4:30:06 AM | 1811-C | | | Bills | $10.00 | | $50.85 |
| THA | 5/8/2009 5:55:31 AM | IOS1070 | | | FRP Monthly Pymt | ($30.00) | | $40.85 |
| THA | 5/8/2009 5:47:55 AM | IIPP0409 | | | Payroll - IPP | $25.00 | | $70.85 |
| THA | 5/7/2009 3:53:59 PM | TFN0507 | | | Phone Withdrawal | ($2.00) | | $45.85 |
| THA | 5/7/2009 12:10:34 PM | TFN0507 | | | Phone Withdrawal | ($3.00) | | $47.85 |
| THA | 5/7/2009 8:13:21 AM | | 3265 | | Subscriptions | ($29.95) | | $50.85 |
| THA | 5/4/2009 6:11:12 PM | TFN0504 | | | Phone Withdrawal | ($8.00) | | $80.80 |
| THA | 5/4/2009 1:35:47 PM | TFN0504 | | | Phone Withdrawal | ($3.00) | | $88.80 |
| THA | 5/4/2009 12:08:54 PM | 18 | | | Sales | ($3.70) | | $91.80 |

| THA | 5/4/2009<br>12:06:38 PM | 17 | | Sales | ($40.15) | $95.50 |
| THA | 5/3/2009<br>5:48:50 PM | TFN0503 | | Phone Withdrawal | ($5.00) | $135.65 |
| THA | 5/2/2009<br>3:25:57 PM | TFN0502 | | Phone Withdrawal | ($5.00) | $140.65 |
| THA | 5/2/2009<br>1:12:05 PM | TFN0502 | | Phone Withdrawal | ($5.00) | $145.65 |
| THA | 4/30/2009<br>3:02:21 PM | TFN0430 | | Phone Withdrawal | ($4.00) | $150.65 |
| THA | 4/30/2009<br>1:27:52 PM | TFN0430 | | Phone Withdrawal | ($3.00) | $154.65 |
| THA | 4/29/2009<br>6:48:17 PM | TFN0429 | | Phone Withdrawal | ($3.00) | $157.65 |
| THA | 4/29/2009<br>11:27:01 AM | TFN0429 | | Phone Withdrawal | ($5.00) | $160.65 |
| THA | 4/28/2009<br>4:11:22 PM | 33315009 | | Western Union | $150.00 | $165.65 |
| THA | 4/28/2009<br>3:13:12 PM | TFN0428 | | Phone Withdrawal | ($3.00) | $15.65 |
| THA | 4/28/2009<br>1:31:46 PM | TFN0428 | | Phone Withdrawal | ($2.00) | $18.65 |
| THA | 4/27/2009<br>7:03:23 PM | TFN0427 | | Phone Withdrawal | ($4.00) | $20.65 |
| THA | 4/27/2009<br>12:35:43 PM | TFN0427 | | Phone Withdrawal | ($5.00) | $24.65 |
| THA | 4/27/2009<br>9:36:44 AM | 1 | | Sales | ($60.35) | $29.65 |
| THA | 4/26/2009<br>7:55:23 PM | TFN0426 | | Phone Withdrawal | ($5.00) | $90.00 |
| THA | 4/26/2009<br>11:34:51 AM | TFN0426 | | Phone Withdrawal | ($5.00) | $95.00 |
| THA | 4/25/2009<br>6:30:51 PM | TFN0425 | | Phone Withdrawal | ($2.00) | $100.00 |

1 2 3 4 5 6

**Total Transactions: 283**

**Totals:** ($75.29)   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,013.00 | $1,013.00 | $34.63 | $80.85 | $17.21 | N/A | N/A |

## Inmate Statement



| Inmate Reg #: | 26190177 | Current Institution: | Terre Haute FCI |
|---|---|---|---|
| Inmate Name: | ROBINSON, JULIUS | Housing Unit: | IHP-N-A |
| Report Date: | 06/10/2009 | Living Quarters: | X02-320L |
| Report Time: | 10:56:10 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 4/24/2009 9:02:55 PM | TFN0424 | | | Phone Withdrawal | ($10.00) | | $102.00 |
| THA | 4/23/2009 6:10:51 PM | 33314709 | | | Western Union | $100.00 | | $112.00 |
| THA | 4/23/2009 12:29:53 PM | TFN0423 | | | Phone Withdrawal | ($1.00) | | $12.00 |
| THA | 4/22/2009 1:12:51 PM | TFN0422 | | | Phone Withdrawal | ($5.00) | | $13.00 |
| THA | 4/22/2009 12:29:01 PM | TFN0422 | | | Phone Withdrawal | ($2.00) | | $18.00 |
| THA | 4/21/2009 4:10:03 PM | 33314509 | | | Western Union | $20.00 | | $20.00 |
| THA | 4/8/2009 5:18:39 AM | IOS1061 | | | FRP Monthly Pymt | ($26.85) | | $0.00 |
| THA | 4/8/2009 5:10:10 AM | IIPP0309 | | | Payroll - IPP | $25.00 | | $26.85 |
| THA | 4/6/2009 7:49:43 PM | TFN0406 | | | Phone Withdrawal | ($1.00) | | $1.85 |
| THA | 4/6/2009 6:52:26 PM | TFN0406 | | | Phone Withdrawal | ($2.00) | | $2.85 |
| THA | 4/6/2009 7:56:23 AM | 31 | | | Sales | ($11.60) | | $4.85 |
| THA | 4/3/2009 8:33:01 PM | TFN0403 | | | Phone Withdrawal | ($2.00) | | $16.45 |
| THA | 4/3/2009 7:44:40 PM | TFN0403 | | | Phone Withdrawal | ($2.00) | | $18.45 |
| THA | 4/2/2009 1:47:33 PM | TFN0402 | | | Phone Withdrawal | ($1.00) | | $20.45 |
| THA | 4/2/2009 12:43:32 PM | TFN0402 | | | Phone Withdrawal | ($1.00) | | $21.45 |
| THA | 4/1/2009 7:02:07 PM | TFN0401 | | | Phone Withdrawal | ($1.00) | | $22.45 |
| THA | 3/31/2009 8:36:47 PM | TFN0331 | | | Phone Withdrawal | ($2.00) | | $23.45 |
| THA | 3/30/2009 7:51:10 PM | TFN0330 | | | Phone Withdrawal | ($2.00) | | $25.45 |
| THA | 3/30/2009 7:15:37 PM | TFN0330 | | | Phone Withdrawal | ($3.00) | | $27.45 |
| THA | 3/21/2009 8:24:25 PM | TFN0321 | | | Phone Withdrawal | ($1.00) | | $30.45 |
| THA | 3/20/2009 8:28:50 PM | TFN0320 | | | Phone Withdrawal | ($1.00) | | $31.45 |
| THA | 3/20/2009 7:51:13 PM | TFN0320 | | | Phone Withdrawal | ($1.00) | | $32.45 |
| THA | 3/19/2009 1:09:10 PM | TFN0319 | | | Phone Withdrawal | ($1.00) | | $33.45 |
| THA | 3/19/2009 10:54:07 AM | TFN0319 | | | Phone Withdrawal | ($1.00) | | $34.45 |
| THA | 3/18/2009 6:19:07 PM | TFN0318 | | | Phone Withdrawal | ($2.00) | | $35.45 |
| THA | 3/16/2009 7:59:46 PM | TFN0316 | | | Phone Withdrawal | ($2.00) | | $37.45 |
| THA | 3/16/2009 7:40:27 AM | 29 | | | Sales | ($4.50) | | $39.45 |
| THA | 3/15/2009 6:33:13 PM | TFN0315 | | | Phone Withdrawal | ($2.00) | | $43.95 |
| THA | 3/14/2009 9:31:32 PM | TFN0314 | | | Phone Withdrawal | ($2.00) | | $45.95 |
| THA | 3/14/2009 8:46:35 PM | TFN0314 | | | Phone Withdrawal | ($3.00) | | $47.95 |
| THA | 3/14/2009 5:20:31 PM | 33311809 | | | Western Union | $20.00 | | $50.95 |
| THA | 3/14/2009 6:02:19 AM | 70129001 | | | Lockbox - CD | $30.00 | | $30.95 |
| THA | 3/9/2009 10:08:26 AM | 70 | | | Sales | ($21.95) | | $0.95 |

| | | | | | |
|---|---|---|---|---|---|
| THA | 3/9/2009 5:28:37 AM | IOS1049 | FRP Quarterly Pymt | ($45.00) | $22.90 |
| THA | 3/9/2009 5:21:44 AM | IIPP0209 | Payroll - IPP | $24.00 | $67.90 |
| THA | 3/6/2009 10:26:09 PM | TFN0306 | Phone Withdrawal | ($2.00) | $43.90 |
| THA | 3/6/2009 9:50:52 PM | TFN0306 | Phone Withdrawal | ($1.00) | $45.90 |
| THA | 3/5/2009 12:21:05 PM | TFN0305 | Phone Withdrawal | ($7.00) | $46.90 |
| THA | 3/5/2009 11:16:41 AM | TFN0305 | Phone Withdrawal | ($2.00) | $53.90 |
| THA | 3/4/2009 6:40:39 PM | TFN0304 | Phone Withdrawal | ($5.00) | $55.90 |
| THA | 3/4/2009 1:34:13 PM | TFN0304 | Phone Withdrawal | ($5.00) | $60.90 |
| THA | 2/26/2009 11:26:04 AM | TFN0226 | Phone Withdrawal | ($1.00) | $65.90 |
| THA | 2/25/2009 11:17:16 AM | 67 | Sales | $65.00 | $66.90 |
| THA | 2/23/2009 10:04:47 AM | 46 | Sales | ($88.95) | $1.90 |
| THA | 2/22/2009 6:28:09 PM | TFN0222 | Phone Withdrawal | ($3.00) | $90.85 |
| THA | 2/22/2009 9:35:12 AM | TFN0222 | Phone Withdrawal | ($2.00) | $93.85 |
| THA | 2/21/2009 9:15:05 PM | TFN0221 | Phone Withdrawal | ($3.00) | $95.85 |
| THA | 2/21/2009 11:20:31 AM | TFN0221 | Phone Withdrawal | ($3.00) | $98.85 |
| THA | 2/19/2009 4:09:14 PM | 33310209 | Western Union | $100.00 | $101.85 |
| THA | 2/17/2009 7:34:16 AM | 40 | Sales | ($8.00) | $1.85 |

1 2 3 4 5 6

**Total Transactions: 283**

**Totals:**    ($75.29)    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Case 4:00-cr-00260-Y    Document 2472    Filed 06/16/09    Page 10 of 13    PageID 8876

## Inmate Statement



| | | | |
|---|---|---|---|
| Inmate Reg #: | 26190177 | Current Institution: | Terre Haute FCI |
| Inmate Name: | ROBINSON JULIUS | Housing Unit: | THP-X-A |
| Report Date: | 06-10-2009 | Living Quarters: | X02-320L |
| Report Time: | 10:56:32 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 2/15/2009 2:03:50 PM | TFN0215 | | | Phone Withdrawal | ($6.00) | | $9.85 |
| THA | 2/15/2009 11:37:26 AM | TFN0215 | | | Phone Withdrawal | ($3.00) | | $15.85 |
| THA | 2/13/2009 2:16:50 PM | TFN0213 | | | Phone Withdrawal | ($2.00) | | $18.85 |
| THA | 2/12/2009 2:59:25 PM | TFN0212 | | | Phone Withdrawal | ($3.00) | | $20.85 |
| THA | 2/12/2009 1:31:35 PM | TFN0212 | | | Phone Withdrawal | ($2.00) | | $23.85 |
| THA | 2/11/2009 2:06:50 PM | TFN0211 | | | Phone Withdrawal | ($2.00) | | $25.85 |
| THA | 2/10/2009 2:33:27 PM | TFN0210 | | | Phone Withdrawal | ($3.00) | | $27.85 |
| THA | 2/9/2009 8:35:18 PM | TFN0209 | | | Phone Withdrawal | ($2.00) | | $30.85 |
| THA | 2/9/2009 7:58:45 PM | TFN0209 | | | Phone Withdrawal | ($2.00) | | $32.85 |
| THA | 2/9/2009 7:00:05 AM | 23 | | | Sales | ($16.75) | | $34.85 |
| THA | 2/9/2009 5:25:00 AM | IIPP0109 | | | Payroll - IPP | $24.00 | | $51.60 |
| THA | 2/8/2009 2:57:17 PM | TFN0208 | | | Phone Withdrawal | ($2.00) | | $27.60 |
| THA | 2/8/2009 2:33:04 PM | TFN0208 | | | Phone Withdrawal | ($2.00) | | $29.60 |
| THA | 2/6/2009 6:39:36 PM | TFN0206 | | | Phone Withdrawal | ($1.00) | | $31.60 |
| THA | 2/4/2009 3:53:12 PM | TFN0204 | | | Phone Withdrawal | ($6.00) | | $32.60 |
| THA | 2/4/2009 2:09:34 PM | TFN0204 | | | Phone Withdrawal | ($2.00) | | $38.60 |
| THA | 2/3/2009 6:08:47 AM | 2 | | | Sales | ($15.70) | | $40.60 |
| THA | 2/2/2009 7:01:47 PM | TFN0202 | | | Phone Withdrawal | ($2.00) | | $56.30 |
| THA | 2/1/2009 5:45:14 PM | TFN0201 | | | Phone Withdrawal | ($6.00) | | $58.30 |
| THA | 2/1/2009 4:50:49 PM | TFN0201 | | | Phone Withdrawal | ($2.00) | | $64.30 |
| THA | 1/30/2009 2:56:22 PM | TFN0130 | | | Phone Withdrawal | ($2.00) | | $66.30 |
| THA | 1/29/2009 8:12:49 PM | 33308709 | | | Western Union | $50.00 | | $68.30 |
| THA | 1/29/2009 6:08:46 PM | TFN0129 | | | Phone Withdrawal | ($6.00) | | $18.30 |
| THA | 1/29/2009 4:59:32 PM | TFN0129 | | | Phone Withdrawal | ($2.00) | | $24.30 |
| THA | 1/26/2009 8:30:54 PM | TFN0126 | | | Phone Withdrawal | ($2.00) | | $26.30 |
| THA | 1/26/2009 8:03:41 PM | TFN0126 | | | Phone Withdrawal | ($2.00) | | $28.30 |
| THA | 1/26/2009 9:04:39 AM | 32 | | | Sales | $1.15 | | $30.30 |
| THA | 1/26/2009 6:46:40 AM | 31 | | | Sales | ($41.35) | | $29.15 |
| THA | 1/25/2009 6:03:48 PM | TFN0125 | | | Phone Withdrawal | ($2.00) | | $70.50 |
| THA | 1/24/2009 9:00:19 PM | TFN0124 | | | Phone Withdrawal | ($2.00) | | $72.50 |
| THA | 1/24/2009 8:07:57 PM | TFN0124 | | | Phone Withdrawal | ($4.00) | | $74.50 |
| THA | 1/24/2009 1:10:59 PM | 33308309 | | | Western Union | $50.00 | | $78.50 |
| THA | 1/24/2009 1:10:56 PM | 33308309 | | | Western Union | $20.00 | | $28.50 |

| | | | | | |
|---|---|---|---|---|---|
| THA | 1/23/2009 8:05:29 PM | TFN0123 | Phone Withdrawal | ($2.00) | $8.50 |
| THA | 1/23/2009 7:30:03 PM | TFN0123 | Phone Withdrawal | ($2.00) | $10.50 |
| THA | 1/22/2009 7:05:24 PM | TFN0122 | Phone Withdrawal | ($2.00) | $12.50 |
| THA | 1/21/2009 9:24:19 PM | TFN0121 | Phone Withdrawal | ($3.00) | $14.50 |
| THA | 1/20/2009 8:24:35 PM | 132 | Sales | ($23.75) | $17.50 |
| THA | 1/20/2009 8:01:54 PM | TFN0120 | Phone Withdrawal | ($1.00) | $41.25 |
| THA | 1/19/2009 5:30:49 PM | TFN0119 | Phone Withdrawal | ($2.00) | $42.25 |
| THA | 1/16/2009 6:14:35 PM | TFN0116 | Phone Withdrawal | ($2.00) | $44.25 |
| THA | 1/15/2009 4:38:46 PM | TFN0115 | Phone Withdrawal | ($5.00) | $46.25 |
| THA | 1/15/2009 3:43:20 PM | TFN0115 | Phone Withdrawal | ($3.00) | $51.25 |
| THA | 1/14/2009 2:10:06 PM | 33307609 | Western Union | $50.00 | $54.25 |
| THA | 1/14/2009 12:34:42 PM | TFN0114 | Phone Withdrawal | ($1.00) | $4.25 |
| THA | 1/14/2009 10:43:53 AM | 4 | Sales | ($37.30) | $5.25 |
| THA | 1/13/2009 6:23:36 PM | TFN0113 | Phone Withdrawal | ($2.00) | $42.55 |
| THA | 1/13/2009 5:22:07 PM | TFN0113 | Phone Withdrawal | ($4.00) | $44.55 |
| THA | 1/13/2009 6:05:11 AM | 70124801 | Lockbox - CD | $40.00 | $48.55 |
| THA | 1/11/2009 5:24:55 PM | TFN0111 | Phone Withdrawal | ($2.00) | $8.55 |

1 2 3 4 5 6

**Total Transactions: 283**

**Totals:** **($75.29)** **$0.00**

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

## Inmate Statement



| | | | | | |
|---|---|---|---|---|---|
| Inmate Reg #: | 26190177 | | Current Institution: | Terre Haute FCI | |
| Inmate Name: | ROBINSON, JULIUS | | Housing Unit: | THP-X-A | |
| Report Date: | 06/10/2009 | | Living Quarters: | X02-320L | |
| Report Time: | 10:56:51 AM | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 1/10/2009 1:37:51 PM | TFN0110 | | | Phone Withdrawal | ($2.00) | | $10.55 |
| THA | 1/9/2009 8:45:36 PM | TFN0109 | | | Phone Withdrawal | ($1.00) | | $12.55 |
| THA | 1/9/2009 7:57:40 PM | TFN0109 | | | Phone Withdrawal | ($3.00) | | $13.55 |
| THA | 1/8/2009 6:39:42 AM | IIPP1208 | | | Payroll - IPP | $15.00 | | $16.55 |
| THA | 1/7/2009 12:36:40 PM | 27 | | | Sales | ($13.40) | | $1.55 |
| THA | 1/6/2009 9:19:37 PM | TFN0106 | | | Phone Withdrawal | ($1.00) | | $14.95 |
| THA | 1/5/2009 5:53:12 PM | TFN0105 | | | Phone Withdrawal | ($1.00) | | $15.95 |
| THA | 1/4/2009 5:49:31 PM | TFN0104 | | | Phone Withdrawal | ($2.00) | | $16.95 |
| THA | 1/2/2009 8:29:07 PM | TFN0102 | | | Phone Withdrawal | ($3.00) | | $18.95 |
| THA | 1/2/2009 7:36:15 PM | TFN0102 | | | Phone Withdrawal | ($1.00) | | $21.95 |
| THA | 1/1/2009 5:38:31 PM | TFN0101 | | | Phone Withdrawal | ($2.00) | | $22.95 |
| THA | 12/30/2008 5:12:18 PM | 33306509 | | | Western Union | $20.00 | | $24.95 |
| THA | 12/29/2008 6:29:06 PM | 112 | | | Sales | ($6.45) | | $4.95 |
| THA | 12/28/2008 7:11:05 PM | TFN1228 | | | Phone Withdrawal | ($2.00) | | $11.40 |
| THA | 12/26/2008 10:06:15 PM | TFN1226 | | | Phone Withdrawal | ($3.00) | | $13.40 |
| THA | 12/26/2008 9:12:19 PM | TFN1226 | | | Phone Withdrawal | ($4.00) | | $16.40 |
| THA | 12/25/2008 2:21:40 PM | TFN1225 | | | Phone Withdrawal | ($10.00) | | $20.40 |
| THA | 12/24/2008 5:40:24 PM | TFN1224 | | | Phone Withdrawal | ($10.00) | | $30.40 |
| THA | 12/22/2008 1:19:52 PM | TFN1222 | | | Phone Withdrawal | ($7.00) | | $40.40 |
| THA | 12/22/2008 12:25:42 PM | TFN1222 | | | Phone Withdrawal | ($3.00) | | $47.40 |
| THA | 12/22/2008 11:48:29 AM | 13 | | | Sales | ($42.85) | | $50.40 |
| THA | 12/21/2008 8:30:19 PM | TFN1221 | | | Phone Withdrawal | ($3.00) | | $93.25 |
| THA | 12/21/2008 7:30:25 PM | TFN1221 | | | Phone Withdrawal | ($4.00) | | $96.25 |
| THA | 12/18/2008 7:27:37 PM | TFN1218 | | | Phone Withdrawal | ($10.00) | | $100.25 |
| THA | 12/18/2008 5:29:01 AM | 70123201 | | | Lockbox - CD | $60.00 | | $110.25 |
| THA | 12/17/2008 3:13:57 PM | 33305609 | | | Western Union | $50.00 | | $50.25 |
| THA | 12/17/2008 1:28:43 PM | 61 | | | Sales | ($18.75) | | $0.25 |
| THA | 12/16/2008 9:38:14 PM | TFN1216 | | | Phone Withdrawal | ($1.00) | | $19.00 |
| THA | 12/14/2008 5:07:52 PM | TFN1214 | | | Phone Withdrawal | ($5.00) | | $20.00 |
| THA | 12/14/2008 4:10:32 PM | 33305409 | | | Western Union | $25.00 | | $25.00 |
| THA | 12/10/2008 11:51:40 AM | 16 | | | Sales | $0.00 | | $0.00 |
| THA | 12/8/2008 5:55:57 AM | IOS1018 | | | FRP Quarterly Pymt | ($43.44) | | $0.00 |
| THA | 12/8/2008 5:35:02 AM | 70122403 | | | Lockbox - CD | $25.00 | | $43.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| THA | 12/7/2008 6:13:28 PM | TFN1207 | | Phone Withdrawal | ($5.00) | $18.44 |
| THA | 12/7/2008 5:43:19 PM | TFN1207 | | Phone Withdrawal | ($2.00) | $23.44 |
| THA | 12/6/2008 6:41:21 PM | TFN1206 | | Phone Withdrawal | ($3.00) | $25.44 |
| THA | 12/6/2008 5:57:58 PM | TFN1206 | | Phone Withdrawal | ($2.00) | $28.44 |
| THA | 12/5/2008 4:52:57 PM | TFN1205 | | Phone Withdrawal | ($2.00) | $30.44 |
| THA | 12/5/2008 3:52:11 PM | TFN1205 | | Phone Withdrawal | ($2.00) | $32.44 |
| THA | 12/4/2008 6:19:50 PM | 33304709 | | Western Union | $30.00 | $34.44 |
| THA | 12/3/2008 8:36:00 PM | TFN1203 | | Phone Withdrawal | ($2.00) | $4.44 |
| THA | 12/3/2008 12:01:40 PM | 45 | | Sales | ($24.25) | $6.44 |
| THA | 11/29/2008 7:44:19 PM | TFN1129 | | Phone Withdrawal | ($5.00) | $30.69 |
| THA | 11/29/2008 5:32:58 PM | TFN1129 | | Phone Withdrawal | ($5.00) | $35.69 |
| THA | 11/28/2008 3:00:23 PM | TFN1128 | | Phone Withdrawal | ($1.00) | $40.69 |
| THA | 11/27/2008 7:57:47 PM | TFN1127 | | Phone Withdrawal | ($3.00) | $41.69 |
| THA | 11/27/2008 12:36:22 PM | TFN1127 | | Phone Withdrawal | ($3.00) | $44.69 |
| THA | 11/26/2008 7:41:55 PM | TFN1126 | | Phone Withdrawal | ($4.00) | $47.69 |
| THA | 11/25/2008 3:07:59 PM | 111 | | Sales | ($61.40) | $51.69 |
| THA | 11/25/2008 10:16:07 AM | TFN1125 | | Phone Withdrawal | ($2.00) | $113.09 |

1 2 3 4 5 6

**Total Transactions: 283**

**Totals:**    **($75.29)**    **$0.00**

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |