ORIGINAL



**United States District Court**
**Northern District of Texas**
**Office of the Clerk**

Fort Worth Division
501 West 10th Street Room 310
Ft. Worth, TX 76102-3673

Jul 30, 2009

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Maestri Place
New Orleans, LA 70130

SUBJECT:  4:00-CR-260-(2)-Y   USA v Julius O Robinson   09-70020*DEATH PENALTY*

Dear Mr. Fulbruge:
In connection with the appeal cited above, the following record is transmitted:

☒ Record on appeal or      ☒ Supplemental record on appeal

  consisting of ___18___ volumes of the record and/or any of the items indicated below:

  ___33___ Volume(s) of the transcript   1#1444 Volume(s) of depositions

  _4 Box_ Container(s) of exhibits       _____ Folder(s) of State Court Papers

  ___11___ Sealed documents              _____ Audio Visual Tapes

  ___1___ PSI and SOR page Sealed

☒ Other:  ***ORIGINAL DOCUMENTS PLEASE RETURN TO USDC***

☒ **ATTENTION:** Some of the documents noted above are ORIGINAL DOCUMENTS and must be returned to the district court.

☐ UPS Tracking #:  Fed ex tracking number  : _____

                          Sincerely,
                          KAREN MITCHELL
                          Clerk of Court

                  By:  Tamara Ellis
                          _____
                          Deputy Clerk