

RECEIVED

AUG 1 0 2009

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**United States District Court**
**Northern District of Texas**
**Office of the Clerk**

Fort Worth Division
501 West 10th Street Room 310
Ft. Worth, TX 76102-3673

DEATH PENALTY CASE

Jul 30, 2009



U.S. COURT OF APPEALS
RECEIVED
AUG 5 2009
NEW ORLEANS, LA.

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Maestri Place
New Orleans, LA 70130

**09-70020**

SUBJECT: 4:00-CR-260-(2)-Y   USA v Julius O Robinson   09-70020*DEATH PENALTY*

Dear Mr. Fulbruge:

In connection with the appeal cited above, the following record is transmitted:

☒ Record on appeal or      ☒ Supplemental record on appeal

consisting of ___18___ volumes of the record and/or any of the items indicated below:

| | | | |
|---|---|---|---|
| 33 | Volume(s) of the transcript | 1#1444 | Volume(s) of depositions |
| 4 Box | Container(s) of exhibits | | Folder(s) of State Court Papers |
| 11 | Sealed documents | | Audio Visual Tapes |
| 1 | PSI and SOR page Sealed | | |

☒ Other: ***ORIGINAL DOCUMENTS PLEASE RETURN TO USDC***

☒ **ATTENTION:** Some of the documents noted above are ORIGINAL DOCUMENTS and must be returned to the district court.

☐ UPS Tracking #: Fed ex tracking number :

Sincerely,
KAREN MITCHELL
Clerk of Court

By: Tamara Ellis

Deputy Clerk