*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION
JUN 15 2010

TEL. (504) 310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130
CLERK OF COURT

June 08, 2010

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

       No. 09-70020,  USA v. Julius Robinson
            USDC No.  4:05-CV-756
            USDC No. 4:00-CR-260-2

Dear Ms. Mitchell:

Enclosed is a copy of an opinion-order entered on 06/08/2010.  We
have closed the case in this court.

We will forward the record on appeal at a later date.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _James R. Cheramie_____
                    James R. Cheramie, Deputy Clerk

Enclosures

cc:
     Mr. Michael B Charlton
     Ms. Susan Cowger
     Mr. Craig Anthony Harbaugh
     Mr. Sean Kevin Kennedy
     Honorable Terry R. Means