FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2010 AUG 27 AM 11: 13

CLERK OF COURT

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 09-70020

---

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

JULIUS OMAR ROBINSON, also known as Face, also known as Scar, also known as Scarface,

      Defendant - Appellant

---

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

---

## ON PETITION FOR REHEARING EN BANC

(Opinion 6/8/10, 5 Cir., 2010 U.S. App Lexis , ~~====~~ 11675 )

Before HIGGINBOTHAM, SMITH, and WIENER, Circuit Judges.

PER CURIAM:

    Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED. No member of the panel nor judge in regular active service of the court having requested that the court be polled on Rehearing En Banc (FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By _Mary Stewart_

New Orleans, Louisiana
AUG 24 2010

(  )    Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED. The court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor (FED. R. APP. P. and 5ᵀᴴ CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

ENTERED FOR THE COURT:

United States Circuit Judge

*REHG6A*

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 24, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 09-70020    USA v. Julius Robinson
      USDC No. 4:05-CV-756
      USDC No. 4:00-CR-260-2

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Mr. Michael B Charlton
Ms. Susan Cowger
Mr. Craig Anthony Harbaugh
Mr. Sean Kevin Kennedy
Ms. Karen S. Mitchell

MOT-2