ORIGINAL

RECEIVED
SEP - 1 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 30, 2010

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

No. 09-70020,  USA v. Julius Robinson
        USDC No. 4:05-CV-756
        USDC No. 4:00-CR-260-2

The following is(are) returned:

Original Record on Appeal,    ( 52 ) Vols.

Original Exhibits         (3) Boxes SCP  (2) Sealed Envs.

Sincerely,

LYLE W. CAYCE, Clerk

By: Monica R. Washington, Deputy Clerk
504-310-7705

REC3

Boyd:
16 Vol CP
2 vol supl CP
1 Apdx # 1499
3 Boxes Exhibits
33 transc
1 PSR