THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

JULIUS OMAR ROBINSON,
    aka Face, aka Scar, aka Scarface,

    Defendant/Petitioner,

    v.

UNITED STATES OF AMERICA,

    Plaintiff/Respondent.

CAUSE NO. 4:00-CR-00260-2
(Civil No. 4:05-CV-756-Y)

**DEATH PENALTY CASE**

Honorable Terry R. Means
United States District Judge

**NOTICE OF APPEARANCE AND SUBSTITUTION**

(Filed Electronically Under the Electronic Filing System Requirements)

HILARY POTASHNER,
Federal Public Defender
JONATHAN C. AMINOFF,
California Bar No. 259290
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-5374
Facsimile:  (213) 894-0310
Email: Jonathan_Aminoff@fd.org

Attorneys for Defendant/Petitioner
JULIUS ROBINSON

Notice is hereby given that Deputy Federal Public Defender Jonathan C. Aminoff has been added as co-counsel with Deputy Federal Public Defender Craig A. Harbaugh, to represent Defendant/Petitioner Julius Omar Robinson. Sean Kennedy is no longer employed by the Office of the Federal Public Defender and is no longer assigned to represent Mr. Robinson. LR 83.12(c).

Please make all necessary changes to the Court's case management/ electronic filing system to ensure that Mr. Aminoff receives all notifications relating to filings in this case.

Please note that Mr. Aminoff is not barred in Texas, but has been approved for ECF registration in the Northern District of Texas. The Court previously appointed the Office of the Federal Public Defender ("FPD") for the Central District of California to represent Mr. Robinson in this matter and has allowed its attorneys to practice in this Court without requiring the attorneys apply for *pro hac vice* status. It is the FPD's intention to continue this practice unless the Court instructs otherwise.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: January 5, 2018          By */s/ Jonathan C. Aminoff*
                                JONATHAN C. AMINOFF
                                Deputy Federal Public Defender
                                Attorneys for Defendant/Petitioner

1