IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS OMAR ROBINSON,            §
        *Petitioner,*            §
                                 §      Civil No. 4:05-CV-0756-Y
V.                               §   Criminal No. 4:00-CR-0260-Y-2
                                 §
UNITED STATES OF AMERICA,        §       (death-penalty case)
        *Respondent.*            §

### ORDER EXTENDING TIME TO FILE RESPONSE

On February 23, 2018, the government filed an Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Relief from Judgment.  The government requests an additional sixty days in which to respond to Defendant Robinson's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) ("Rule 60(b) Motion"), which seeks to set aside a previous ruling under 28 U.S.C. § 2255.  The Court **GRANTS** the Government's motion (Dkt. No. 2540 in 4:00-CR-0260-Y-2).

Robinson filed his Rule 60(b) Motion on February 9, 2018.  The government shall therefore file its response on or before **Tuesday, May 1, 2018**.  *See* Local Civil Rule 7.1 (establishing deadlines for motion practice in civil cases).

### Instructions to the Clerk and Parties

The Rule 60(b) Motion and related documents have been misfiled under the criminal cause number 4:00-CR-0260-Y-2.  Accordingly:

1.   The Clerk shall reopen civil cause number 4:05-CV-0756-Y.

2.   The following documents, which have been filed in criminal case number 4:00-CR-0260-Y-2, shall be filed by the Clerk in 4:05-CV-0756-Y:

- Motion to Set Aside Judgment Pursuant to Rule 60(b)(6) (Dkt. No. 2537)
- Notice of Attorney Appearance by Stephen Fahey (Dkt. No. 2539)
- Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Relief from Judgment (Dkt. No. 2540)

3.   The parties are instructed to file all future documents relating to the Rule 60(b) Motion under cause number 4:05-CV-0756-Y only.

SIGNED February 28, 2018.

_Terry R. Means_
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ks

2