

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

RECEIVED

FEB 27 2020

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Scott S. Harris
Clerk of the Court
(202) 479-3011

4:00 -CR-260-Y
4:09 -CV- 756-Y

February 24, 2020

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:  Julius Omar Robinson
     v. United States
     No. 19-5535
     (Your No. 18-10732, 18-70022)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk