CTJ

ORIGINAL

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

RECEIVED

FEB 27 2020

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 26, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 18-10732   In re: Julius Robinson
                    USDC No. 4:05-CV-756
                    USDC No. 4:00-CR-260-2
                    USDC No. 4:05-CV-756

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    Stacy Carpenter
                    By: _____
                    Stacy M. Carpenter, Deputy Clerk