urt Clerk

8/31/22

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 7 2022

CLERK, U.S. DISTRICT COURT

By_____
Deputy

**4 - 00 CR - 260 - Y**

From: Julius Omar Robinson   case NO. 00-CR-260-2
26190-177

I would like a copy of my receipts from ~~May Sep~~
May - Sept of 2022 please.

Thanks!

Julius O. Robin



United State Penitentiary
Julius O. Robinson
26190-177
P.O. Box 33
Terre Haute, IN
47808

Special mail
28 CFR § 540.18

Legal mail

United States District Court
501 West 10th Street, Room #310
Fort Worth, Tx  76102-3673

INDIANAPOLIS IN  460

INMATE IDENTIFICATION CONFIDENTIAL

RECEIVED
SEP - 7 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RECEIVED

76102397759 C024



FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
**DATE:**_____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

Special mail
28 CFR § 540.18.
Legal mail

# United States District Court
## Northern District of Texas

*Fort Worth Division*

September 7, 2022.

JULIUS OMAR ROBINSON #26190-177
USP TERRE HAUTE
U.S. PENITENTIARY
P.O. BOX 33
TERRE HAUTE, IN  47808

Re: Your correspondence received in the U.S. District Clerk's Office on  September 7, 2022.
Case No./Style:  4:00-cr-00260-Y-2

Mr. Robinson,

Enclosed are the requested copies of your receipts from payments made between May 2022 and September 2022.

Sincerely,

Deputy Clerk -  SAW