TO; The Court Clerk

From: Julius Omar Robinson
26190-177        Case No, 00-CR-260-2

4:00-cr-00260-Y-2

I would like a copy of my payments receipts from.

Jan 23 - July 2023. please.
2023

Thank you.

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
*FILED*

JUL 2 8 2023

CLERK, U.S. DISTRICT COURT

By_____
Deputy

Case 4:00-cr-00260-Y   Document 2582   Filed 07/28/23   Page 2 of 3   PageID 9437



Julius Robinson
Name
26190-177
Reg. No.

☐ Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801

☐ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

✖ U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

RECEIVED

JUL 2 8 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

The Court Clerk
United States District Court
501 West 10th Street Room #310
Fort Worth, Tx   76102-3673

76102-975999

# United States District Court
## Northern District of Texas

*Fort Worth Division*

August 1, 2023

Julius Omar Robinson #26190-177
BOP Terre Haute FCI
PO Box 33
Terre Haute, IN 47808

Re: Your correspondence received in the U.S. District Clerk's Office on July 28, 2023.
Case No./Style: 4:00-cr-00260-Y-2

Julius Omar Robinson,

Please find enclosed a copy of your receipts from January 2023 to July 2023.

Sincerely,

Deputy Clerk - SAW