

**Clarke Johnston Thorp & Rice** *A Partnership of Professional Corporations*

Attorneys at Law – 180 Broadway, Suite 1800, San Diego, California 92101

May 3, 2023

> U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS
> FILED
>
> AUG – 8 2023
>
> CLERK, U.S. DISTRICT COURT
> By

Clerk of Court
United States District Court for the Northern District of Texas
501 West 10th Street Room 310
Fort Worth, TX 76102-3673

Re:      *United States of America v. Henderson et al.* (N.D. TX No. 4:00-cr-00260-Y)

Dear Clerk:

Early in 1992, at the request of the Federal Defender's Death Penalty Committee, the Defender Services Division of the Administrative Office of the United States Courts created the Federal Death Penalty Resource Counsel Project in connection with the defense of federal death penalty prosecutions throughout the country. Our function is to serve as a national clearinghouse for information which might be helpful to defense counsel and the courts in such cases. We have created a database of all possible federal capital prosecutions and are thereby interested in obtaining copies of the indictments returned in the above-styled case.

We would like the original indictment and all superseding indictments. Of these, the docket on PACER does reflect DE 1, DE 766, DE 919, DE 938, DE 179, and DE 1863.

For your information, pursuant to a 1994 technical amendment, district court clerks have waived fees for such project related requests.[1] Thank you in advance for your time and effort.

Sincerely,

Ashlyn Plant
FDPRC Database Paralegal Support
Email: ashlyn@cjtrlaw.com
Phone: (408) 677-8448

---

[1] A technical amendment, approved by the Judicial Conference in September 1994, to the Miscellaneous Fee Schedules promulgated under 28 U.S.C. §§ 1914, 1926 and 1930. The amendment, effective January 1, 1995, addresses the exemption from payment of fees for federal agencies and programs funded from judiciary appropriations. The Federal Death Penalty Resource Counsel Project is such a program.

**Clarke Johnston Thorp & Rice**
180 Broadway, Suite 1800
San Diego, CA 92101

Clerk of court
united states District court for the Northern District of Texas
501 west 10ᵗʰ street Room 310
Fort Worth, TX 76102-3673

RECEIVED

AUG - 8 2023

CLERK U.S. DIST...
NORTHE.. D'ST..