# United States District Court
## Northern District of Texas

*Fort Worth Division*

August 9, 2023

Clarke Johnston Thorp & Rice
Ashlyn Plant
180 Broadway Suite 1800
San Diego, CA 92101

Re: Your correspondence received in the U.S. District Clerk's Office on  August 8, 2023
Case No./Style:  4:00-cr-00260-Y

Copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page.  Certification of copies is an additional $11.00 per document. The indictment (ECF #1) and minute entry (ECF #179) are not currently available for production.

ECF #766 Superseding Indictment:   30 pages x .50 = $15.00
ECF #919 Superseding Indictment:    2 pages x .50  = $1.00
ECF #938 Superseding Indictment:   39 pages x .50 = $19.50
ECF #1863 Superseding Indictment: 29 pages x .50 = $14.50

Total = $50.00

Please make your check or money order payable to Clerk US District Court. We will provide the documents upon receipt of your payment.

You can also request the document through our website under the forms/records tab.

Sincerely,

Deputy Clerk -  MW