TO: Court clerk  9-8-2023

From: Julius OMAR Robinson #26190-177

    Case NO. 00-CR-260-2

I am requesting a copy of my receipt from march - Sept 2024 please. also I would like to know the balance owed for me and Harris on our case please.

             Thanks a lot!



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 10 2024

CLERK, U.S. DISTRICT COURT
By_____
       Deputy

Case 4:00-cr-00260-Y    Document 2584    Filed 09/10/24    Page 2 of 3    PageID 9443

NAME: Julius Robinson
NUMBER: 26190-177
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN  460

6 SEP 2024   PM 5  L

RECEIVED
SEP 1 0 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Court Clerk
United State District Court
501 West 10th Street, Room #310
Fort Worth, TX 76102-3673

76102-975999

# United States District Court
## Northern District of Texas

*Fort Worth Division*

September 10, 2024

Julius Omar Robinson
#26190-177
BOP Terre Haute FCI
PO Box 33
Terre Haute, IN 47808

Re: Your correspondence received in the U.S. District Clerk's Office on  September 10, 2024
Case No./Style:  4:00-cr-00260-Y-2

Mr. Robinson,

Please find enclosed the only receipt from 2024 for your case referenced above. To obtain your balance, please contact the Financial Litigation Unit. Their contact information is listed below:

Attention: Financial Litigation Unit
801 Cherry Street, Suite 4
Fort Worth, TX 76102

817-252-5200

Sincerely,

Deputy Clerk -  SRE