# Exhibit A

| | |
|---|---|
| **From:** | TXND Checks |
| **To:** | Michael Petersen |
| **Cc:** | Jonathan Aminoff; David Park - CAC |
| **Subject:** | RE: Restitution balance request |
| **Date:** | Wednesday, April 16, 2025 7:41:13 AM |
| **Attachments:** | 400cr260-02 Case Inquiry Summary 2025-04-11.pdf |

Hello,

The $22,220.00 joint and several restitution is paid and full, however, Julius Omar Robinson was assessed individual restitution interest of $9,409.60 and the remaining balance due as of today is $9,171.87.  Attached is a case inquiry report showing the outstanding interest owed by Julius Omar Robinson.

We hope you find this information helpful.

Thank you,

**Finance Division**
U.S. District Court
Northern District of Texas
214-753-2202
checks@txnd.uscourts.gov

**From:** Michael Petersen <Michael_Petersen@fd.org>
**Sent:** Monday, April 7, 2025 5:19 PM
**To:** TXND Checks <Checks@txnd.uscourts.gov>
**Cc:** Aminoff, Jonathan (FD) <Jonathan_Aminoff@fd.org>; Park, David (FD) <David_Park@fd.org>
**Subject:** RE: Restitution balance request

To whom it may concern,

Please see the attached letter, requesting additional information about Julius Robinson's current restitution balance, specifically the amount that has been paid by Mr. Angelo Harris. The restitution obligation in this case was imposed jointly and severally on Mr. Robinson and Mr. Harris. As such, payments toward the restitution balance made by Mr. Harris should also be reflected in Mr. Robinson's current balance.

Thank you, and please reach out if you need additional information.

Sincerely,

Michael



**Michael Petersen**
**Deputy Federal Public Defender, Capital Habeas Unit**
**Office of the Federal Public Defender**
**Central District of California**
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**Direct:** 213.894.1844

---

**From:** Michael Petersen
**Sent:** Thursday, March 6, 2025 1:44 PM
**To:** 'checks@txnd.uscourts.gov' <checks@txnd.uscourts.gov>
**Cc:** Jonathan Aminoff <Jonathan_Aminoff@fd.org>; David Park - CAC <David_Park@fd.org>
**Subject:** Restitution balance request

To whom it may concern:

Please see the attached letter, requesting that Julius Robinson's current restitution balance be sent to his counselor, **Jonathan Schmalensee**, at **jschmalensee@bop.govj**.

Thank you, and please reach out if you need additional information.

Sincerely,

Michael



**Michael Petersen**
**Deputy Federal Public Defender, Capital Habeas Unit**
**Office of the Federal Public Defender**
**Central District of California**
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**Direct:** 213.894.1844

04/11/2025 03:18 PM                                                                                    Version 7.0.2  Page  1   of   1

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DTXN400CR000260; Party Number: 002; Payee Code: N/A**
**Show Party Details: N; Show Payee Details: N; Show Transactions: N**

**Case Number**    DTXN400CR000260        **Case Title**    USA VS HENDERSON, NATHAN DESHAWN (J&S)
**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 002 | TXNA008431 | JULIUS OMAR ROBINSON | TXNACONV00002040 | SPECIAL PENALTY ASSESSMENT | | 600.00 | 600.00 | 0.00 |
| 002 | TXNA008431 | JULIUS OMAR ROBINSON | TXNACONV00002040 | OVERPAYMENT | | 0.00 | 0.00 | 0.00 |
| 002 | TXNA008431 | JULIUS OMAR ROBINSON | TXNACONV00002040 | VICTIM RESTITUTION | | 226.70 | 5.72 | 220.98 |
| 002 | TXNA008431 | JULIUS OMAR ROBINSON | TXNACONV00002040 | VICTIM RESTITUTION | | 9,182.90 | 232.01 | 8,950.89 |
| 002 | TXNA008431 | JULIUS OMAR ROBINSON | TXNACONV00002040 | VICTIM J&S RESTITUTION | DTXN400CR000260/A | 548.00 | 548.00 | 0.00 |
| 002 | TXNA008431 | JULIUS OMAR ROBINSON | TXNACONV00002040 | VICTIM J&S RESTITUTION | DTXN400CR000260/B | 22,220.00 | 22,220.00 | 0.00 |
| | | | | | | 32,777.60 | 23,605.73 | 9,171.87 |