# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

### FORT WORTH DIVISION

| | |
|---|---|
| JULIUS OMAR ROBINSON,<br><br>Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff. | Criminal No. 4:00-CR-00260-2<br><br>Honorable Terry R. Means<br>United States District Judge<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ISSUANCE OF AN AMENDED JUDGMENT RELATING TO RESTITUTION** |

The Defendant's Motion for Issuance of an Amended Judgment Relating to Restitution is granted.  Pursuant to 18 U.S.C. § 3612(f)(3), Julius Robinson's restitution judgment is amended to reflect a maximum interest payment of $847.73.  The restitution judgment is deemed paid in full.


DATED:_____        _____

                                     HONORABLE TERRY MEANS<br>                                     UNITED STATES DISTRICT JUDGE<br>                                     NORTHERN DISTRICT OF TEXAS