IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

JULIUS OMAR ROBINSON (02)

4:00-CR-260-Y

ENTRY OF APPEARANCE AS COUNSEL FOR
THE UNITED STATES OF AMERICA

Jonathan Bradshaw, Assistant United States Attorney, enters his appearance as

counsel for the United States of America in this case.    The United States requests that all

notices relating to this case be sent to the undersigned.

Respectfully submitted,

NANCY E. LARSON
UNITED STATES ATTORNEY

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
E-mail: jonathan.bradshaw@usdoj.gov

**Entry of Appearance as Counsel - Page 1**

## CERTIFICATE OF SERVICE

I certify that on July 18, 2025, I filed this notice with the clerk of court for the U.S. District Court, Northern District of Texas, which generated service to all counsel of record.

_s/ Jonathan Bradshaw_
Jonathan Bradshaw
Assistant United States Attorney