IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS OMAR ROBINSON            §
                                §
VS.                             §    ACTION NO. 4:00-CR-260-Y
                                §
UNITED STATES OF AMERICA        §

### ORDER REQUIRING RESPONSE FROM THE GOVERNMENT

Before the Court is Defendant's motion for issuance of an amended judgment relating to restitution (doc. 2588). In it, he contends that he has fully paid the amount ordered for restitution. He also asserts that he is being charged interest on the amount ordered by the Court and asks for the Court to limit any interest due on this amount to a specific dollar amount, $847.73, under § 3612(f)(3)(B).

Accordingly, the government shall respond to Defendant's motion **on or before September 4, 2025.**

SIGNED August 22, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER REQUIRING RESPONSE FROM THE GOVERNMENT – PAGE SOLO